**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TRINA BROWN-SIMMONS** | **CIVIL ACTION NO. 2:24-cv-00305-WBV-DPC** |
| **V.** | **JUDGE WENDY B. VITTER** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**DEFENDANTS' STATEMENT OF CORPORATE DISCLOSURE**

Defendant, The Lincoln National Life Insurance Company, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this statement of corporate disclosure and states:

The Lincoln National Life Insurance Company, an Indiana insurance company, is a nongovernmental corporate party with the following parent corporation(s):

Lincoln National Corporation

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ James H. Gilbert*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**