**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TRINA BROWN-SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-305** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION: D (2)** |

## ORDER

Considering the *Ex Parte* Motion for Admission *Pro Hac Vice* (R. Doc. 4) filed by Defendant Lincoln National Life Insurance Company;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Iwana Rademaekers be granted *pro hac vice* admission and be permitted to appear as additional counsel of record for all purposes on behalf of Defendant Lincoln National Life Insurance Company in the above-captioned case.

New Orleans, Louisiana, March 28, 2024.

Wendy B. Vitter

**WENDY B. VITTER**
**United States District Judge**