**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TRINA BROWN-SIMMONS** **CIVIL ACTION**

**VERSUS** **NO. 24-305**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY** **SECTION: D (2)**

## ORDER

Considering the Joint Motion to Enter Proposed Rule 16 Scheduling Order for ERISA Benefits Case to be Determined on Administrative Record (R. Doc. 8) filed by Plaintiff Trina Brown-Simmons and Defendant Lincoln National Life Insurance Company;

**IT IS HEREBY ORDERED** that the Motion is **DENIED as moot**. Following the filing of this Motion, the Court entered an ERISA Case Management Order partially addressing the scheduling order deadlines the parties seek to establish in the instant Motion. As that Order makes clear, after the parties complete the first three stages of the Case Management Order, this Court will issue a briefing order governing the deadlines to file motions for judgment on the administrative record. The parties may reurge this Motion and the suggested dates at an appropriate time.

**IT IS FURTHER ORDERED** that a Telephone Status Conference be held in this matter on Wednesday, July 31, 2024 at 10:00 a.m.

New Orleans, Louisiana, April 25, 2024.

Wendy B Vitter

**WENDY B. VITTER**
**United States District Judge**