**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TRINA BROWN-SIMMONS** | **CIVIL ACTION NO. 2:24-cv-00305-WBV-DPC** |
| **V.** | **JUDGE WENDY B. VITTER** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes The Lincoln National Life Insurance Company ("Defendant"), who respectfully requests that this Honorable Court grant an order withdrawing James H. Gilbert (Bar No. 36468) and substituting Keiran S. McCluskie (Bar No. 40874) as co-counsel of record for Defendant.

Mr. Gilbert is no longer affiliated with Phelps Dunbar, L.L.P. This motion is not interposed for delay and will not cause delay in the matter. Lindsay Calhoun and Iwana Rademaekers will continue their representation of Defendant in this matter. As indicated by his electronic signature on this motion, James H. Gilbert consents to this motion.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com

and

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560) *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

and

*/s/James H. Gilbert*
James H. Gilbert
**FLANAGAN PARTNERS LLP**
201 St. Charles Ave., Ste. 3300
New Orleans, LA 70170
504-569-0073 (Direct)
504-569-0235 (Main)
504-592-0251 (Fax)
jgilbert@flanaganpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*s/ Lindsay Calhoun*