**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TRINA BROWN-SIMMONS** | **CIVIL ACTION NO. 2:24-cv-00305-WBV-DPC** |
| **V.** | **JUDGE WENDY B. VITTER** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**ORDER**

Considering the Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that James H. Gilbert (Bar No. 36468) is hereby allowed to withdraw as counsel of record substituting in Keiran S. McCluskie (Bar No. 40874) as co-counsel for The Lincoln National Life Insurance Company with Lindsay Calhoun and Iwana Rademaekers remaining as counsel for The Lincoln National Life Insurance Company.

Entered this ________ day of _______________________________, 2024.

_____________________________________
UNITED STATES JUDGE