**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11059701 Claim Last Updated 12/28/2023 Printed On 2/14/2024

Claimant Information

Name TRINA B SIMMONS | SSN | Birth Date

Address | Salary Amount $ 2811.03 | Mode B

Date of Hire 11/09/2011

Last Work Date 12/05/2020

Federal Tax None | State Tax No

Phone | Phys Demands Medium

JobDesc (USA) FRESH/FOOD/CONSUMABLE AS_100021136 _040216

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 03/17/2021 |
| Disability Date | 08/31/2020 | Close Date | 03/09/2023 | Reopen Date | |
| Sick Days Left | 190 | Max Ben Date | 09/23/2039 | RTW FT / PT | |
| Ben Begin Date | 03/09/2021 | Apprv Thru Date | 03/08/2023 | Gross Ben $ | |

Diagnosis 1 Code/Desc M72.2 Plantar fascial fibromatosis

Diagnosis 2 Code/Desc M79.672 Pain in left foot

Policyholder Information

Customer ID 05 - 290765 WALMART, INC.

Subsidiary WM00 WALMART, INC.

Location 1353XXXX FACILITY CODE 1353

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 12/01/2010

Class C1 ALL FULL-TIME ACTIVE ELIGIBLE NON-PUERTO RICO SALARIED ASSOCIATES, MAI

Waiting Period: New/Mode-Current/Mode 0 | | 0 | | Days in WRKWK

Elimination Period: Days/Type 180 Sickness | COLA: Mode/Duration

Successive Period: Period/Mode 6 Month | SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 | Survivor Ben Months/Wait Period | 180

Non-Verifiable Symptoms Limit | Own Occupation Definition Limit 24 | M/N Limit 24

Benefit % | Max Benefit $ | Min Benefit $ | Employer Contr % | Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | C1 | 01/01/2016 |

Additional Information:



EXHIBIT

3, part 1

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
***Claim/Event/Leave Number** 11059701 **Accommodation Number**
**Note type:**

Primary Sort Order | Sec
Note Type ●
Note Number
● Note Date/Time
Accm. No.

**02/13/2024 4:13 PM - CLAIM Note 131**
Claim/Event/Leave: 11059701
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [02/13/2024 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**01/30/2024 1:24 PM - OVERPMT Note 9**
Claim/Event/Leave: 11059701
NoteSubject : OP/Refund
Other Subject : LFG VENDOR ACH ERROR
Text: [01/30/2024 - GOWEN, RILEY]LFG ACH VENDOR ERROR - CLAIM #11059701, EFT #111458916, $190.00. OP CREATED, REFUND APPLIED, REFUND #13275522. OP PROCESSING IS NOW COMPLETE.

**01/04/2024 11:44 AM - CLAIM Note 130**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : FILE COPY
Text: [01/04/2024 - NILES, CATHY]REQUEST TO SEND A COPY OF THE COMPLETE CLAIM FILE AND POLICY HAS BEEN COMPLETED. SENT TO EMAIL SUPPORT@JPRICEMCNAMARA.COM THRU ONEDRIVE.

**01/04/2024 7:56 AM - CLAIM Note 129**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : REQ FOR CLAIM FILE
Text: [01/04/2024 - KING, JERRONDA]LETTER RECEIVED FROM ATTY REQUESTING A COPY OF THE CLAIM FILE AND CV S. IT WAS REQUESTED THAT THE CLAIM FILE BE EMAILED TO SUPPORT@JPRICEMCNAMARA.COM OR MAILED. ***** REACHED OUT TO VENDOR ECN FOR CV FOR ANNIE LAYNO-MOSES.

**01/03/2024 10:23 AM - CLAIM Note 128**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject :
Text: [01/03/2024 - MALAGUERRA, JEFFREY]RECEIVED LETTER FROM ATTORNEY DATED 12/29/23

**12/28/2023 4:57 PM - CLAIM Note 127**
Claim/Event/Leave: 11059701
NoteSubject : Appeal
Other Subject : OUT
Text: [12/28/2023 - KING, JERRONDA]MAINTAIN DENIAL. THE INFORMATION RECEIVED ON APPEAL WOULD NOT ALTER THE PRIOR CLAIM DETERMINATION. NOTIFIED ATTY

**12/28/2023 3:54 PM - CLAIM Note 126**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject :
Text: [12/28/2023 - KING, JERRONDA]LETTER REC'D FROM ATTY DATED 12/5 AND CRS NOT NOTIFIED OF RECEIPT, TASK WAS SENT FOR THE RTR DEADLINE DATE.

**12/04/2023 3:25 PM - CLAIM Note 125**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTR 12/24

Text: [12/04/2023 - KING, JERRONDA]PM&R REVIEW REC'D, ADDITIONAL TSA COMPLETED BASED ON FINDINGS. MEDICAL ASSESSMENT AND VOCATIONAL REPORT SENT TO ATTY WITH 12/24 DEADLINE TO RESPOND

**12/04/2023 10:33 AM - CLAIM Note 124**
Claim/Event/Leave: 11059701
NoteSubject : Voc Rehab
Other Subject : APPEAL TSA
Text: [12/04/2023 - HALL, NICOLE]RCVD REFERRAL FOR APPEAL TSA AS UPDATED MEDICAL INFORMATION HAS BEEN OBTAINED. COMPLETED TSA MEMORANDUM AND PLACED REPORT IN S1 WITH NOTIFICATION TO ARC. ALTERNATE OCCUPATIONS WERE IDENTIFIED.

**12/01/2023 8:51 PM - CLAIM Note 123**
Claim/Event/Leave: 11059701
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/1/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**11/30/2023 12:44 PM - CLAIM Note 122**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/30/2023 - WEBB, DEVON]INVOICE DATED 11/28/2023 FROM ECN INV # BOCA 209344 IN THE AMT OF $ 776.75 FOR PHYSICAL MEDICINE AND REHAB LAYNO-MOSES PEER REVIEW. INVOICE PAID IN FULL.

**11/30/2023 8:06 AM - CLAIM Note 121**
Claim/Event/Leave: 11059701
NoteSubject : Appeal
Other Subject : STATUS
Text: [11/30/2023 - DANIELL, JANE]RECEIVED AND REVIEWED THE PMR/PAIN PEER REPORT FROM DR. ANNIE LAYNO-MOSES. REFERRED CLAIM FOR TSA

**11/16/2023 8:50 PM - CLAIM Note 120**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/16/2023 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**11/16/2023 4:20 PM - CLAIM Note 119**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : MEDS
Text: [11/16/2023 - KING, JERRONDA]FROM: ECN-NO-REPLY@ECNIME.COM <ECN-NO-REPLY@ECNIME.COM> SENT: THURSDAY, NOVEMBER 16, 2023 3:13 PM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: CLAIM #11059701 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HELLO, WE HAVE RECEIVED THE MEDICAL RECORDS FOR THE ABOVE-REFERENCED PR. THANK YOU FOR THE REFERRAL. HAVE A GREAT DAY! ECN, A DIVISION OF GENEX 6111 BROKEN SOUND PARKWAY NW SUITE207 BOCA RATON, FL 33487 1-877-463-9463

**11/15/2023 2:06 PM - CLAIM Note 118**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject :
Text: [11/15/2023 - KING, JERRONDA]CLAIM IS ATTY REPRESENTED. DOD: 8/31/2020, LDW 12/05/2020, CLAIM PAID THRU 3/8/2023 AND CLOSED NOT TDAO. SSDI AWARDED. PRIOR REVIEW WAS COMPLETED BY DR. BRUCE MYERS WHO SUPPORTED TOTAL IMPAIRMENT FROM 3/9/2021 TO 11/15/2021, WITH SUPPORTED RESTRICTIONS AND LIMITATIONS FROM 11/16/2023 FORWARD. TSA IDENTIFIED ALT OCCS. CLAIM WAS PAID THRU 3/8/2023 AND DENIED NOT TDAO. DENIAL WAS ISSUED 4/15/2023. ATTY APPEALED WITH 500+ PAGE OF MEDICAL. CLAIM HAS BEEN REFERRED FOR A PM&R REVIEW WITH AP CONTACT. LETTER SENT TO ATTY NOTED DEADLINE FOR REPORT 12/14/2023. DATY 45 12/17/2023, DAY 90 1/31/2024

**11/08/2023 9:06 AM - CLAIM Note 117**
Claim/Event/Leave: 11059701
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [11/08/2023 - AVERILL, REBECCA]RECVD COMPLETE APPEAL ON 11/3/23 FROM LAW OFFICES OF J. PRICE MCNAMARA. ASSIGNED TO JERRONDA KING, ASSIGNMENT W/O TOLLING LETTER SENT, NO TOLLING OR EXTENSION.

**10/19/2023 9:46 AM - CLAIM Note 116**
Claim/Event/Leave: 11059701
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE.
Text: [10/19/2023 - AVERILL, REBECCA]PRESCREEN COMPLETE. FI LTD ERISA CLAIM RECVD ON 3/17/21. AUTH AND JD ON FILE. CLOSED NOT TD AO. LETTER SENT 4/15/23. APPEAL TIMEFRAME 180 DAYS. APPEAL DEADLINE 10/11/23. RECVD REQUEST TO EXTEND THE APPEAL DEADLINETO 11/13/23 ON 10/10/23. APPEAL LETTER RECVD ON 10/12 BUT WILL HOLD AS AN INTENT AS THE APPEAL IS NOT COMPLETE. EXTENDED APPEAL DEADLINE TO 11/13/23 PER ATTNY REQUEST. WILL

SEND THE INTENT TO APPEAL ACK TO ATTORNEY.

**10/13/2023 7:36 AM - CLAIM Note 115**
Claim/Event/Leave: 11059701
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [10/13/2023 - ARVENITIS, KERRY]ASSIGNED TO BECKY AVERILL

**10/12/2023 8:51 PM - CLAIM Note 114**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 10/12/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**10/12/2023 3:32 PM - CLAIM Note 113**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [10/12/2023 - IVEY, TIFFANY]AGREE WITH REFERRAL TO CRU FOR REVIEW AT ATTY LTR RECVD BEYOND 180 DAYS FROM CLOSURE.

**10/12/2023 2:38 PM - CLAIM Note 112**
Claim/Event/Leave: 11059701
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [10/12/2023 - MALAGUERRA, JEFFREY]RECOMMEND REFERRAL TO ARU TO ADDRESS ATTORNEY LETTER. ASSC IS 49 YRS OLD OWN. OCC IS FRESH/FOOD/CONSUMABLE AS (MEDIUM). LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20) AND LTD BBD 3/9/21. ASC SEPARATED FROM WORK DUE TO PAIN IN LEFT FOOT DIAGNOSED AS PLANTAR FASCIITIS. SHE IS STATUS POST-SURGERY CALLED ENDOSCOPIC PLANTAR FASCIOTOMY PERFORMED BY AP LANG DPM/PODIATRIST IN 04/2021. MDS REVIEW COMPLETED ON 2/11/22 CONCLUDED THAT THE IMPAIRING DX'S ARE PLANTARFASCIAL FIBROMATOSIS AND CO-MORBIDS OF HYPERTENSION, OBESITY, AND HISTORY OF LOW BACK PAIN, SEIZURES (NOT TREATING), AND DEPRESSION/ANXIETY. R&LS OF NO LIFT/PUSH/PULL GREATER THAN 20 LBS, SUPPORTED THROUGH ABOUT THE END OF 04/2022. UPDATED MEDICAL RECORDS WERE RECEIVED THRU 06/21/22. RECENT UPDATE WITH ASC REVEALS NO CHANGE IN MEDICAL STATUS. CI REVIEW STARTED. UPDATED EE FORMS REQUESTED. WILL UPDATE MEDICAL RECEIVED AND FILE REFERRED FOR PM&R PEER REVIEW. THAT REPORT DATED 01/13/22 SUPPORTED PERMANENT SEDENTARY TO LIGHT RESTRICTIONS. TSA IDENTIFIED ALT OCC'S. CLAIM CLOSURE FOR NOT TD ANY OCC. RECEIVED LETTER FROM ATTORNEY REQUESTING EXTENSION ON APPEAL

**10/12/2023 1:53 PM - CLAIM Note 111**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject :
Text: [10/12/2023 - MALAGUERRA, JEFFREY]RECEIVED ATTORNEY LETTER REQUESTING EXTENSION

**04/26/2023 1:09 PM - CLAIM Note 110**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/26/2023 - HOFFNER, FAYE]FULL CLAIM FILE FOR 11059701 SUBMITTED TO PROVIDED EMAIL SUPPORT@JPRICEMCNAMARA.COM- BCC ASSOCIATE FOR REFERENCE OF SUBMISSION.

**04/18/2023 6:46 PM - CLAIM Note 109**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : LOR ATTY
Text: [04/18/2023 - RIOS, TIFFANY]DCM RCVD ATRY LTR FROM (LAW OFFICER OF J. PRICE MCNAMARA) REQ FOR COPY OF CLAIM FILE.

**04/14/2023 8:26 AM - CLAIM Note 108**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject :
Text: [04/14/2023 - MALAGUERRA, JEFFREY]RESENDING CLOSURE LETTER

**04/13/2023 3:18 PM - PHONE Note 69**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject : ACD
Text: [04/13/2023 - WOODS, MARTIN]DCM RECEIVED A CALL FROM ASC ASKING FOR A COPY OF THE CLOSURE LTR. DCM CHECKED AND DID NOT SEE A CLOSURE LTR FOR THE NOT TD AO. DCM ATTEMPTED TO OPEN FILES IN THE DOC LIST AND THE SYSTEM WAS NOT ALLOWING ME TO. DCM ADVISEDTHE ASC OF THE CLOSURE FOR NOT TD AO AND EXPLAINED THE PROCESS. ASC STATED THAT SHE HAD TRIED TO CALL THE ADCM SEVERAL TIMES WITH NO CALL BACKS FROM HIM. DCM STATED THAT DUE TO THE SYSTEM ISSUES I WAS HAVING I COULD NOT BE GREAT HELP AT THE MOMENT AS I COULD NOT OPEN DOCS. ASC STATED THAT SHE HAD GOTTEN A LAWYER DUE TO THE ISSUES SHE WAS HAVING AND THANKED DCM FOR THE HELP GIVEN IN THE CALL CC C

FOR THE HELP GIVEN IN THE CALL.CC C

**02/14/2023 11:16 AM - PHONE Note 68**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [02/14/2023 - MALAGUERRA, JEFFREY]RETURNED ASC CALL AT NO A SWER. LEFT VM MESSAGE

**02/01/2023 7:30 AM - OVERPMT Note 8**
Claim/Event/Leave: 11059701
NoteSubject : OP/Refund & Ck Adj.
Other Subject : PAID IN FULL
Text: [02/01/2023 - PATTON, LAURA]SSDI PAID IN FULL, DATE OF LAST RECOVERY 1/31/2023. OPTO/BR NOTIFICATION COMPLETE

**01/31/2023 8:50 PM - CLAIM Note 107**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ADVANCE PAY AND CLOSE HAS BEEN REASSIGNED TO JESSICA KEEFER.

**01/31/2023 10:48 AM - CLAIM Note 106**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : AP&C
Text: [01/31/2023 - KEEFER, JESSICA]REFERRAL RECEIVED AND MANUAL PAYMENT ISSUED FROM 1/24/23 THRU 3/8/23 FOR $2345.96 AS REQUESTED BY CS, AS THERE IS AN OVERPAYMENT ON FILE BENEFIT REDUCTION ADDED OF $872.39. PAYMENT WILL BE APPLIED TO THE OVERPAYMENT, FRSHAS BEEN NOTIFIED. COPY OF CALC WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**01/30/2023 8:50 PM - CLAIM Note 105**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ADVANCE PAY AND CLOSE HAS BEEN RECEIVED AND ASSIGNED TO FELICIA HONAKER.

**01/27/2023 8:50 PM - CLAIM Note 104**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ADVANCE PAY AND CLOSE.

**01/27/2023 3:32 PM - PHONE Note 67**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [01/27/2023 - MALAGUERRA, JEFFREY]CALLED ASC AND WENT OVER CID DECISION AND OFFERED AP&C. ASC AGREED

**01/26/2023 11:56 AM - CLAIM Note 103**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [01/26/2023 - KRAFT, MELANIE]AGREE WITH CLOSURE FOR NOT TD ANY OCC BASED ON MEDICAL REVIEW AND ALT OCCS IDENTIFIED ON TSA. AGREE WITH APC

**01/26/2023 11:37 AM - CLAIM Note 102**
Claim/Event/Leave: 11059701
NoteSubject : Closed
Other Subject : MANAGER REVIEW
Text: [01/26/2023 - MALAGUERRA, JEFFREY]RECOMMEND CLOSURE FOR NOT TD ANY OCC. ASSC IS 49 YRS OLD OWN. OCC IS FRESH/FOOD/CONSUMABLE AS (MEDIUM). LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20) AND LTD BBD 3/9/21. ASC SEPARATED FROM WORK DUE TO PAIN IN LEFT FOOT DIAGNOSED AS PLANTAR FASCIITIS. SHE IS STATUS POST-SURGERY CALLED ENDOSCOPIC PLANTAR FASCIOTOMY PERFORMED BY AP LANG DPM/PODIATRIST IN 04/2021. MDS REVIEW COMPLETED ON 2/11/22 CONCLUDED THAT THE IMPAIRING DX'S ARE PLANTAR FASCIAL FIBROMATOSIS AND CO-MORBIDS OF HYPERTENSION, OBESITY, AND HISTORY OF LOW BACK PAIN, SEIZURES (NOT TREATING), AND DEPRESSION/ANXIETY. R&LS OF NO LIFT/PUSH/PULL GREATER THAN 20 LBS, SUPPORTED THROUGH ABOUT THE END OF 04/2022. UPDATED MEDICAL RECORDS WERE RECEIVED THRU 06/21/22. RECENT UPDATE WITH ASC REVEALS NO CHANGE IN MEDICAL STATUS. CI REVIEW STARTED. UPDATED EE FORMS REQUESTED. WILL UPDATE MEDICAL RECEIVED AND FILE REFERRED FOR PM&R PEER REVIEW. THAT REPORT DATED 01/13/22 SUPPORTED PERMANENT SEDENTARY TO LIGHT RESTRICTIONS. TSA IDENTIFIED ALT OCC'S

**01/25/2023 8:13 AM - CLAIM Note 101**
Claim/Event/Leave: 11059701

NoteSubject : Ref to Voc Rehab
Other Subject :
Text: [01/25/2023 - MALAGUERRA, JEFFREY]RECEIVED TSA WITH ALT OCC'S IDENTIFIED

**01/24/2023 10:56 AM - CLAIM Note 100**
Claim/Event/Leave: 11059701
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [01/24/2023 - HESTER, MEREDITH]THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED'S PHYSICAL ABILITIES AND THEIR IDENTIFIED SKILL LEVEL.

**01/24/2023 10:22 AM - CLAIM Note 99**
Claim/Event/Leave: 11059701
NoteSubject : Voc Rehab
Other Subject : JD
Text: [01/24/2023 - HESTER, MEREDITH]VRC VERIFIED WORK HISTORY AND JOB DESCRIPTION IN VIA ONE. PER REVIEW, ASC WAS EMPLOYED AS AN ASSISTANT MANAGER. CORRECT JD UPLOADED TO DOCS LIST.

**01/23/2023 8:51 PM - CLAIM Note 98**
Claim/Event/Leave: 11059701
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/23/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HESTER, MEREDITH. CLAIM/AS EVENT IS PENDING REVIEW.

**01/17/2023 8:50 PM - CLAIM Note 97**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/17/2023 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**01/17/2023 3:39 PM - CLAIM Note 96**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : NP APR 2023
Text: [01/17/2023 - LOWE, ERIC]ASC IS A 58 Y/O ON STOCKING TA LDW 08/04/2022 DOD 08/07/2022 DX: LEFT KIDNEY MASS N28.89, ATRIAL FIBRILLATION I48.91 AND CVA I63.9. CO-MORBIDS: ANXIETY WITH DEPRESSION F41.8 AND PLEURAL EFFUSION LEFT J90. BASED ON MEDICAL RECORDS FROM DR. BENJAMIN RATHER DATED 12/29/22. RECORDS SHOW ASC HAS HISTORY OF STROKE ASC WILL HAVE LEFT KIDNEY REMOVED IN EARLY FEBRUARY. FORMS HAVE NOT BEEN RECEIVED. II HAS NOT BEEN COMPLETED. SSDI STATUS UNK. DCM WILL NOT SCHEDULE BENEFITS UNTIL II HAS COMPLETED DUE TO GAP BETWEEN LDW AND DOD. DCM WILL PLACE ON NP FOR UTC AND FORMS.[01/17/2023 - LOWE, ERIC]***DISREGARD***

**01/17/2023 3:37 PM - CLAIM Note 95**
Claim/Event/Leave: 11059701
NoteSubject : Approved
Other Subject : INITIAL
Text: [01/17/2023 - LOWE, ERIC]ASC IS A 58 Y/O ON STOCKING TA LDW 08/04/2022 DOD 08/07/2022 DX: LEFT KIDNEY MASS N28.89, ATRIAL FIBRILLATION I48.91 AND CVA I63.9. CO-MORBIDS: ANXIETY WITH DEPRESSION F41.8 AND PLEURAL EFFUSION LEFT J90. BASED ON MEDICAL RECORDS FROM DR. BENJAMIN RATHER DATED 12/29/22. RECORDS SHOW ASC HAS HISTORY OF STROKE ASC WILL HAVE LEFT KIDNEY REMOVED IN EARLY FEBRUARY. BASED ON MEDICAL RECORDS RECEIVED CX DX AND UPCOMING SX DCM RECOMMENDS APPROVAL.[01/17/2023 - LOWE, ERIC]***DISREGARD***

**01/17/2023 1:08 PM - PHONE Note 66**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [01/17/2023 - BRAILSFORD, JARVIS]ASC ADVISED THAT SHE WANTED A LTR RESENT TO HER SHOWING HOW MUCH SHE WAS RECEIVING PRIOR TO OP. ASC ADVISED THAT THE LTR WAS FROM AUG OR JULY. DCM ADVISED LTR IN AUG HAS OP INFO. DCM ADVISED LTR FROM JULY HAS AMOUNT ASC WAS RECEIVING PRIOR TO OFFSET BEING PLACED FOR SS. ASC ADVISED LTR FROM SEPT HAS OP INFO, BUT SHOWS AMOUNT THAT ASC WAS RECEIVING ONCE SS OFFSET WAS PLACED. ASC ASKED THAT LTR FROM JULY BE SENT TO HER. DCM RESENT LTR IN CORRESPONDENCE VIA EMAIL, ASC CONF EMAIL. ASC ADVISED WILL TAKE A LOOK AT THE LTR AND SEE IF THAT IS WHAT SHE NEEDED. IF NOT, SHE WILL WAIT FOR ADCM TO R/C. ASC THANKED.

**01/17/2023 12:36 PM - PHONE Note 65**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [01/17/2023 - DOUGHTY, AUSTYN]ASC NEEDED COPY OF LETTER THAT WAS SENT IN AUG 2022 TO SHOW HOW MUCH SHE WAS RECEIVING AFTER SSDI OFFSET, PRIOR TO OVP BEING PLACED ON HER BENEFITS. DCM FOUND LETTER AND WILL SEND HER THE COPY OF THE LETTER. ASC WANTED TO KNOW WHEN HER OVP OFFSET WILL END. ADVISED SHE CAN CONTACT RECOVERY SPECIALIST, AND CONTACT INFO WILL BE ON LETTER ASC UNDERSTOOD AND HAD NFQ C/E.

**01/17/2023 8:29 AM - CLAIM Note 94**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Voc Rehab
Other Subject :
Text: [01/17/2023 - MALAGUERRA, JEFFREY]FILE REFERRED TO VOC FOR TSA

**01/17/2023 8:24 AM - CLAIM Note 93**
Claim/Event/Leave: 11059701
NoteSubject : Peer Review
Other Subject :
Text: [01/17/2023 - MALAGUERRA, JEFFREY]RECEIVED PM&R PEER REVIEW DATED 01/13/23 SUPPORTING LIGHT WORK RESTRICTIONS ON A PERMANENT BASIS

**01/10/2023 7:24 AM - CLAIM Note 92**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/10/2023 - SRP042, SRP042]INVOICE RECEIVED FROM RELEASEPOINT. , INV #718249, IN THE AMOUNT OF $216.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**12/29/2022 7:55 AM - CLAIM Note 91**
Claim/Event/Leave: 11059701
NoteSubject : Peer Review
Other Subject :
Text: [12/29/2022 - MALAGUERRA, JEFFREY]FILE REFERRED FOR PM&R PEER REVIEW

**12/29/2022 7:49 AM - CLAIM Note 90**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : DR ROACH
Text: [12/29/2022 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL INCLUDING OV NOTES THRU 10/13/22

**12/28/2022 9:02 AM - CLAIM Note 89**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : MELCHER
Text: [12/28/2022 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL INCLUDING OV NOTES THRU 08/30/22

**12/23/2022 7:57 AM - CLAIM Note 88**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : HIRSCH
Text: [12/23/2022 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL INCLUDING OV NOTE DATED 10/11/22

**12/20/2022 7:28 AM - CLAIM Note 87**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : FERRIS
Text: [12/20/2022 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL INCLUDING OV NOTES DATED THROUGH 10/24/22

**12/16/2022 8:03 AM - CLAIM Note 86**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : DR STAAB
Text: [12/16/2022 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL INCLUDING OV NOTES THRU 11/15/22

**12/14/2022 8:18 AM - CLAIM Note 85**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : JONES
Text: [12/14/2022 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL INCLUDING OV NOTES THRU 07/07/22

**12/08/2022 10:14 AM - CLAIM Note 84**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject :
Text: [12/08/2022 - MALAGUERRA, JEFFREY]SENDING 01/23/23 N&P LETTER

**12/08/2022 10:10 AM - CLAIM Note 83**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject :
Text: [12/08/2022 - MALAGUERRA, JEFFREY]DCM REQUESTED MEDICAL RECORDS VIA RELEASEPOINT FROM DR. STAAB, DR MELCHER, DR ROUCH, DR HIRSCH, DR FERRIS AND DR JONES FOR THE PERIOD OF 11/2021 TO THE PRESENT

**12/07/2022 1:52 PM - PHONE Note 64**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [12/07/2022 - MALAGUERRA, JEFFREY]CALLED ASC TO GO OVER THEIR CURRENT TREATING PROVIDERS ON EE FORMS. THE ASC PCP IS DR STAAB (504) 348-4357. THEY SAW THEM RECENTLY BUT DO NOT HAVE A F/U APPT RIGHT NOW. THEY WOULD BE THE ONE TO COMMENT OF THEIR WORK RESTRICTIONS. THE ASC WAS REFERRED TO A NEUROLOGIST, DR MELCHER (504) 885-7337 IN 10/2022 BECAUSE IT WAS FELT HER ANKLE FEET PAIN MAY BE NEUROLOGICAL. DR MELCHER FELT IT WAS MORE LIKELY VASCULAR AND REFERRED HER TO A DR ROUCH. SHE SAW DR ROUCH(504) 424-2222 WHO WANTED TO DO A KINDS OF TESTING. SHE IS WAITING TO HEAR BACK FOR A F/U. DR HIRSCH (985) 785-2218 IS TREATING HER FOR HER BACK. DR FERRIS IS HER REGUALR CARDIOLOGIST AND DR JONES TREATS HER FOR HER EXZEMA

**11/10/2022 8:44 AM - CLAIM Note 82**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : LTD FORMS
Text: [11/10/2022 - MALAGUERRA, JEFFREY]RECEIVED LTD FORMS

**11/07/2022 8:37 AM - CLAIM Note 81**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW AO MAR 2023
Text: [11/07/2022 - MALAGUERRA, JEFFREY]ASSC IS 49 YRS OLD OWN. OCC IS FRESH/FOOD/CONSUMABLE AS (MEDIUM). LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20) AND LTD BBD 3/9/21. ASC SEPARATED FROM WORK DUE TO PAIN IN LEFT FOOT DIAGNOSED AS PLANTAR FASCIITIS. SHE IS STATUS POST-SURGERY CALLED ENDOSCOPIC PLANTAR FASCIOTOMY PERFORMED BY AP LANG DPM/PODIATRIST IN 04/2021. MDS REVIEW COMPLETED ON 2/11/22 CONCLUDED THAT THE IMPAIRING DX'S ARE PLANTAR FASCIAL FIBROMATOSIS AND CO-MORBIDS OF HYPERTENSION, OBESITY, AND HISTORY OF LOW BACK PAIN, SEIZURES (NOT TREATING), AND DEPRESSION/ANXIETY. R&LS OF NO LIFT/PUSH/PULL GREATER THAN 20 LBS, SUPPORTED THROUGH ABOUT THE END OF 04/2022. UPDATED MEDICAL RECORDS WERE RECEIVED THRU 06/21/22. RECENT UPDATE WITH ASC REVEALS NO CHANGE IN MEDICAL STATUS. CI REVIEW STARTED. UPDATED EE FORMS REQUESTED. WILL UPDATE MEDICAL IN 11/2022

**10/20/2022 9:35 AM - CLAIM Note 80**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : CID REVIEW
Text: [10/20/2022 - GEESEY, KELSEY]CID 3/9/23. CID NOTED AS DISCUSSED W/ ASC ON 10/19/22- AT THAT TIME ASC ADV HAD SEEN SEVERAL PROVIDERS RECENTLY BUT DID NOT HAVE THE INFORMATION AVAILABLE AT THE TIME. AO NOTIFICATION LETTER W/ REQUEST FOR CID FORMS SENTON 10/19/22. TEE ON FILE DOC DATE 8/25/22. RECOMMEND ADDITIONAL ATTEMPT TO VERIFY CURRENT TREATING PROVIDERS INFO FOR TIMELY INITIATION OF CID N&P FOR MEDICAL RECORDS. RECOMMEND UPDATE ACTION PLAN AT THIS TIME.

**10/19/2022 3:04 PM - CLAIM Note 79**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject :
Text: [10/19/2022 - MALAGUERRA, JEFFREY]SENDING CID LETTER WITH EE FORMS

**10/19/2022 3:02 PM - PHONE Note 63**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [10/19/2022 - MALAGUERRA, JEFFREY]CALLED ASC AND WENT OVER CID REVIEW. ASC HAD NO QUESTIONS. THEY HAVE SEN SEVERAL DOCTORS RECENTLY AND IS NOT AT HOME TO PROVIDE THERE INFO. DCM WILL SEND NEW EE FROMS AND SHE WILL LIST HER DOCTORS

**09/22/2022 8:50 PM - CLAIM Note 78**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**09/22/2022 12:11 PM - OVERPMT Note 7**
Claim/Event/Leave: 11059701
NoteSubject : OP/SS
Other Subject : PAYMENT RECEIVED
Text: [09/22/2022 - WILLRICH, NICOLE]VERIFIED LUMP SUM RECEIVED. FULL BR IN PLACE AS AGREED. MOVED REFERRAL TO MAINTENANCE.

**09/15/2022 9:35 AM - OVERPMT Note 6**
Claim/Event/Leave: 11059701
NoteSubject : OP/SS

Other Subject : PROCESSED ACH
Text: [09/15/2022 - WILLRICH, NICOLE]RECEIVED THE COMPLETED ACH DEBIT FORM FROM THE CLAIMANT ON 9/13/22. THIS HAS BEEN SAVED TO THE DOC LIST. FORM IS AUTHORIZING LINCOLN LIFE ASSURANCE COMPANY OF BOSTON TO DEBIT $10,000.00 FROM CLAIMANT'S CHECKING ACCOUNT ON OR AFTER 9/9/22. PROCESSED THE ACH DEBIT IN THE AMOUNT OF $10,000.00 ON 9/15/22 TO BE DRAFTED FROM CLAIMANT'S CHECKING ACCOUNT.

**09/14/2022 5:31 PM - CLAIM Note 77**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/14/2022 - SRP042, SRP042]INVOICE RECEIVED FROM RELEASEPOINT. , INV #717384, IN THE AMOUNT OF $121.50 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**09/13/2022 11:05 AM - PHONE Note 62**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [09/13/2022 - MALAGUERRA, JEFFREY]ASC CALLED AND LEFT VM MESSAGE THEY HAVE THEIR FOV WITH THE VASCULAR DOCTOR ON 10/13, THEIR FOV WITH ORTHO ON 10/11/22 AND A UPDATED OV WITH THEIR CARDIOLOGIST ON 10/12/22

**09/13/2022 10:38 AM - OVERPMT Note 5**
Claim/Event/Leave: 11059701
NoteSubject : OP/SS
Other Subject :
Text: [09/13/2022 - SMITH, TAMMY]RECEIVED A CALL FROM TRINA TO CONFIRM THE EMAIL ADDRESS TO SEND THE ACH FORM TO. PROVIDED HER WITH DISABILITYDOCUMENTS@LFG.COM

**09/12/2022 11:22 AM - PHONE Note 61**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [09/12/2022 - MALAGUERRA, JEFFREY]THE ASC CALLED BACK. SHE HAS BEEN TO THE NEUROLOGIST ALREADY. SHE HAD AND MRI AND EMG. THEY WANT HER TO DO ANOTHER MRI. SHE WILL CALL BACK WITH HER NOV DATE. SHE ALSO HAS BEEN REFERRED TO A VASCULAR DOCTOR AND ORTHOPEDIC DOCTOR FOIR HER KNEES. THOSE APPTS HAVE NOT BEEN SCHEDULED YET

**09/09/2022 3:45 PM - PHONE Note 60**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [09/09/2022 - MALAGUERRA, JEFFREY]CALLED ASC AT TO UPDATE THEIR STATUS. NO ANSWER. LEFT VM MESSAGE

**09/08/2022 10:53 AM - OVERPMT Note 4**
Claim/Event/Leave: 11059701
NoteSubject : OP/SS
Other Subject : CALL FROM CLAIMANT
Text: [09/08/2022 - CLARKE, HILLARY]EE CALLED, STATED CS SAID EE COULD PAY PART OF OVP SO THAT CAN USE SOME OF RETRO TO GET CAUGHT UP AND THAT CAN HAVE REPAYMENT PLAN FOR REMAINING. EE ASKED IF CAN SEND $10,000.00 TOWARDS OVP AND FULL B/R FOR REMAINING BALANCE. LET EE KNOW WOULD TAKE A LITTLE OVER 5 MONTHS TO REPAY AND THAT FRS ABLE TO AGREE TO THIS. EE CONFIRMED WILL HAVE DAUGHTER FILL OUT ACH DEBIT FORM AND EMAIL TO LFG FOR LUMP SUM PAYMENT. LET EE KNOW WILL SEE CHANGES IN NEXT CHECK SCHEDULED TO ISSUE ON 9/19/22. LET EE KNOW FRS WILL SEND EE LETTER ADVISING OF REPAYMENT AGREEMENT FOR EE RECORDS. EE THANKED, CALL ENDED.

**09/02/2022 11:25 AM - CLAIM Note 76**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2022
Text: [09/02/2022 - MALAGUERRA, JEFFREY]ASSC IS 49 YRS OLD OWN. OCC IS FRESH/FOOD/CONSUMABLE AS (MEDIUM). LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20) AND LTD BBD 3/9/21. ASC SEPARATED FROM WORK DUE TO PAIN IN LEFT FOOT DIAGNOSED AS PLANTAR FASCIITIS. SHE IS STATUS POST-SURGERY CALLED ENDOSCOPIC PLANTAR FASCIOTOMY PERFORMED BY AP LANG DPM/PODIATRIST IN 04/2021. MDS REVIEW COMPLETED ON 2/11/22 CONCLUDED THAT THE IMPAIRING DX'S ARE PLANTAR FASCIAL FIBROMATOSIS AND CO-MORBIDS OF HYPERTENSION, OBESITY, AND HISTORY OF LOW BACK PAIN, SEIZURES (NOT TREATING), AND DEPRESSION/ANXIETY. R&LS OF NO LIFT/PUSH/PULL GREATER THAN 20 LBS, SUPPORTED THROUGH ABOUT THE END OF 04/2022. UPDATED MEDICAL RECORDS WERE RECEIVED THRU 06/21/22. WILL CALL ASC IN 09/2022 FOR MORE RECENT OV NOTES AND UPDATE MEDICAL. WHEN RECEIVED WILL REVIEW FOR R&L

**08/23/2022 9:34 AM - PHONE Note 59**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [08/23/2022 - HOLZINGER, KAYLEIGH]R/C TO ASSC. LEFT VM ADVISED ASSC IN VM THAT THE RECORDS FROM AP LANG

Text: [08/23/2022 - HOLZINGER, KAYLEIGH]R/C TO ASSC. LEFT VM ADVISED ASSC IN VM THAT THE RECORDS FROM AP LANG WERE RCVD, ADCM IS JUST WAITING ON THE UPDATED FORMS FROM ASSC. ADVISED ASSC THAT THE CLAIM HAS BEEN TRANSFERRED TO A NEW DCM AND PROVIDED NEW ADCM CONTACT INFORMATION. ADVISED ASSC TO R/C WITH ANY FURTHER QUESTIONS.

**08/23/2022 9:30 AM - PHONE Note 58**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [08/23/2022 - HOLZINGER, KAYLEIGH]ASSC CALLED AND LEFT VM. ASSC REQUESTED A R/C.

**08/19/2022 9:42 AM - OVERPMT Note 3**
Claim/Event/Leave: 11059701
NoteSubject : OP/SS
Other Subject : **OVP CREATED
Text: [08/19/2022 - CLARKE, HILLARY]************** ON BEHALF OF NICOLE WILLRICH ****************** THE OVERPAYMENT DUE IS $18,336.79 FOR THE PERIOD OF 03/09/21 THRU 08/08/22. ASSOCIATE WAS ORIGINALLY PAID $52,004.24. PAY WAS RECALCULATED DUE TO SS DISABILITY AND ASSOCIATE SHOULD HAVE BEEN PAID $27,667.45. DETAILED OP LETTER SENT TO ASSOCIATE REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES WERE CREDITED IN THE AMOUNT OF $6,000.00.

**08/18/2022 5:15 PM - OVERPMT Note 2**
Claim/Event/Leave: 11059701
NoteSubject : OP/SS
Other Subject : AWARD INFO
Text: [08/18/2022 - WILLRICH, NICOLE]DATE OF ENTITLEMENT 2/21. INITIAL BENEFIT AMOUNT IS $1,423.00. 12/21 COLA $1,507.00. 1/22 CAE $1,512.00. OFFSET IN SYSTEM. TOTAL ATTY FEES TO BE CREDITED ARE $6,000.00. RETRO PAID WAS $20,321.00 (2/21 - 7/22). NO DEPENDENTS. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION. SET FOLLOW UP TO COMPLETE CALC.

**08/16/2022 10:54 AM - CLAIM Note 75**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject :
Text: [08/16/2022 - MALAGUERRA, JEFFREY]SENDING CHANGE IN CM LETTER

**08/16/2022 9:45 AM - CLAIM Note 74**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : LANG
Text: [08/16/2022 - STOVER, HANNAH]OVN 12/30/21- 6/21/22

**08/15/2022 1:01 PM - CLAIM Note 73**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : REASSIGNED
Text: [08/15/2022 - KRAFT, MELANIE]CLAIM REASSIGNED TO J. MALAGUERRA

**08/15/2022 9:52 AM - PHONE Note 57**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [08/15/2022 - HOLZINGER, KAYLEIGH]R/C TO ASSC. ASSC ANSWERED AND ADCM ADVISED OF MESSAGES RCVD. ASSC ADVISED THAT SHE WANTED TO MAKE ADCM AWARE THAT SHE WAS UNABLE TO UPLOAD THE DOCUMENTS FROM HER PORTAL AND WAS SCHEDULED TO GO PICK THEM UP IN PERSONTODAY, HOWEVER, SHE CAME DOWN WITH COVID. ASSC STATED THAT SHE HAS COVID AS WELL AS HER DAUGHTER AND GRANDDAUGHTER AND THINKS ITS FROM HER GRANDDAUGHTER RETURNING TO SCHOOL. ADCM ACK AND EXPRESSED EMPATHY AND WISHED ASSC AND HER FAMILY A SPEEDY RECOVERY. ASSC THANKED ADCM AND ADVISED THAT SHE SPOKE WITH HER AP OFFICE AND WAS TOLD THAT THE RECORDS WOULD BE SENT OVER TO ADCM TODAY. A DCM ACK AND ADVISED THAT ADCM WILL KEEP AN EYE OUT FOR THE INFORMATION AND NOTIFY ASSC ONCE RCVD. ASSC ACK. ASSC ALSO ADVISED THAT SHE RCVD A COPY OF HER AWARD LETTER AND WILL TRY AND SEND THIS TO ADCM ALSO. ADCM ACK AND ADVISED THAT HER ATTY ALSO AGREED TO SEND OVER A COPY SO ADCM WILL KEEP AN EYE OUT FOR THIS INFORMATION. ASSC STATED SHE HAS THE FORMS AND CANTRY AND SEND THEM TO ADCM HOWEVER THE LAST TIME SHE TOOK PICTURES AND SENT THE INFORMATION IN THERE WERE ISSUES. ADCM ACK AND ADVISED FOR ASSC TO STILL TRY AND SEND THEM IN AND TO MAKE SURE THEY ARE ON A CLEAR BACKGROUND AND THAT ADCM WILL NOTIFY ASSC IF THEY DON'T COME THROUGH CLEARLY. ASSC ACK AND THANKED ADCM.

**08/15/2022 9:37 AM - PHONE Note 56**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [08/15/2022 - HOLZINGER, KAYLEIGH]ASSC CALLED AND LEFT MULTIPLE MESSAGES REQUESTING A R/C.

**08/11/2022 3:51 PM - PHONE Note 55**
Claim/Event/Leave: 11059701

Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : 45 DAY NP
Text: [08/11/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 45 DAY NOTICE AND PROOF. ASSC ANSWERED AND ADCM ADVISED ASSC THAT AS OF TODAY THE RECORDS FROM AP LANG REMAIN OUTSTANDING AS WELL AS THE LTD FORMS. ASSC STATED THAT SHE HAS COMPLETED THE FORMS AND SHEWILL GET THESE OVER TO ADCM AND SHE SPOKE WITH AP LANG OFFICE LAST WEEK AND THEY CONFIRMED THAT THEY WILL BE SENDING THE RECORDS BUT SHE WILL GET ON HER PORTAL AND SEND THEM TO ADCM NOW. ADCM ADVISED THAT THE RECORDS FROM 12/2021 THRU PRESENT ARE NEEDED. ASSC ACK AND ASKED IF ADCM RCVD THE INFORMATION FROM HER ATTY? ADVISED ASSC THAT ADCM DID RCVD A LETTER CONFIRMING ADCM REQUEST AND THAT SHE WOULD SEND THE INFORMATION OVER TO ADCM ONCE AVAILABLE. ASSC ACK. ADVISED ASSC THAT ADCM WILL FOLLOW UPWITH HER AGAIN ONCE ANOTHER UPDATE IN CLAIM STATUS IS AVAILABLE. ASSC ACK AND THANKED ADCM.

**08/11/2022 3:49 PM - CLAIM Note 72**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : 45 DAY NP
Text: [08/11/2022 - HOLZINGER, KAYLEIGH]SENT ASSC 45 DAY NOTICE AND PROOF LETTER ADVISING ASSC THAT THE MEDICAL RECORDS FROM AP LANG REMAIN OUTSTANDING AS WELL AS THE LTD FORMS. ADVISED ASSC THAT THE DUE DATE FOR THIS INFORMATION IS 9/9/22.

**08/11/2022 3:40 PM - CLAIM Note 71**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : NO SUSPENSION
Text: [08/11/2022 - HOLZINGER, KAYLEIGH]ADCM FINDS IT REASONABLE TO NOT SUSPEND BENEFITS AT THIS TIME AS THE MAJORITY OF THE MEDICAL INFORMATION HAS BEEN RCVD.

**08/11/2022 3:40 PM - CLAIM Note 70**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : DAY 45 NP
Text: [08/11/2022 - HOLZINGER, KAYLEIGH]ADCM REFERENCED RELEASEPOINT SYSTEM FOR 45 DAY NOTICE AND PROOF FOR RECORDS REQUEST SENT TO AP LANG OFFICE FOR ALL MEDICAL INFORMATION FROM 12/31/21 THRU PRESENT. THE MOST RECENT UPDATE RCVD WAS DATED 8/9/22 ADVISINGTHAT A STATUS REQUEST WAS SENT TO AP OFFICE IN AN ATTEMPT TO CONFIRM THAT THE INITIAL REQUEST WAS RCVD AND WAS IN PROCESS. A FAX CONFIRMATION WAS RCVD CONFIRMING THAT THE REQUEST WAS SUBMITTED SUCCESSFULLY. TO DATE, NO FURTHER UPDATES HAVE YET BEENRCVD.

**08/05/2022 9:07 AM - OVERPMT Note 1**
Claim/Event/Leave: 11059701
NoteSubject : OP/SS
Other Subject : AWAITING AWARD INFO
Text: [08/05/2022 - WILLRICH, NICOLE]WAITING COPY OF AWARD INFO TO COMPLETE OVP CALCULATION. F/U SET TO RECEIVE NEEDED INFO.

**08/04/2022 8:51 PM - CLAIM Note 69**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO NICOLE WILLRICH.

**08/04/2022 8:50 PM - CLAIM Note 68**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: ASSC ADVISED OF VERBAL AWARD. SENT REQUEST TO ATTY OFFICE FOR AWARD LETTER.

**08/04/2022 2:20 PM - CLAIM Note 67**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : FRS
Text: [08/04/2022 - HOLZINGER, KAYLEIGH]REFERRED CLAIM TO FRS TO ADVISE OF SSDI AWARD. AWARD DETAILS UNKNOWN AT THIS TIME.

**08/04/2022 2:16 PM - CLAIM Note 66**
Claim/Event/Leave: 11059701
NoteSubject : LTR to Atty
Other Subject : SS MATRIX
Text: [08/04/2022 - HOLZINGER, KAYLEIGH]SENT SS MATRIX LETTER TO ASSC ATTY REQUESTING A COPY OF SSDI AWARD LETTER.

**08/04/2022 2:14 PM - PHONE Note 54**

Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [08/04/2022 - HOLZINGER, KAYLEIGH]R/C TO ASSC. ASSC ANSWERED AND ADCM ADVISED OF MESSAGE RCVD. ASSC WANTED TO MAKE ADCM AWARE THAT SHE GOT A CALL FROM HER ATTY ADVISING THAT SHE WAS AWARDED SSDI BY THE JUDGE BUT THE AWARD DETAILS ARE NOT YET KNOWN. ADCM ACK AND THANKED ASSC FOR THE UPDATE AND ADVISED THAT ADCM WILL SEND A LETTER TO HER ATTY REQUESTING FOR THE COPY OF THE AWARD LETTER. ASSC STATED THAT HER ATTY WILL SEND ADCM THE INFORMATION ALSO ONCE RCVD. ADCM ACK AND ASSC ASKED HOW IT WILL WORK BEING AWARDED WITH HER LTD CLAIM? ADVISED ASSC THAT ONCE HER AWARD LETTER IS RCVD, IT WILL BE DETERMINED WHAT THE OVERPAYMENT IS ON THE CLAIM. ADCM ENCOURAGED ASSC TO REFRAIN FROM SPENDING ANY LUMP SUM PAYMENT RCVD UNTIL SHE IS NOTIFIED FROM LFG ABOUT THE BALANCE OF THE OP SO SHE CAN SUBMIT THE BALANCE BACK TO LFG IN FULL. ASSC ACK. ADVISED ASSC THAT FROM THERE, THE SSDI MONTHLY BENEFITS WILL BE DEDUCTED FROM HER LTD BENEFITS AND THEN THE DIFFERENCE WOULD BE ISSUED TO ASSC. ADVISED ASSC THAT THE MAJORITY OF HER PAY AT THIS POINT WILL COME FROM SSDI AND THEN THE DIFFERENCE WILL BE PAID BY LFG. ASSC ACK. ASS ALSO CONFIRMED THAT SHE WILL SEND ADCM THE FORMS THAT ARE NEED. ADCM THANKED ASSC AND ADVISED THAT ADCM IS JUST WAITING ON THE RECORDSFROM AP LANG. ASSC STATED THAT SHE SENT ADCM HER PATIENT PORTAL LOGIN. ADVISED ASSC THAT ADCM CANNOT ACCESS HER PATIENT PORTAL FOR CONFIDENTIAL REASONS SO ASSC WOULD NEED TO OBTAIN THE NOTES FROM HER PORTAL AND THEN SEND TO ADCM. ASSC STATED THAT SHE WILL DO SO AND WILL GET ALL OF THE OUTSTANDING INFORMATION TO ADCM. ADCM THANKED ASSC FOR DOING SO AND ADVISED WILL FOLLOW UP NEXT WEEK WITH FURTHER UPDATES. ASSC THANKED ADCM FOR THE R/C.

**08/04/2022 2:04 PM - PHONE Note 53**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [08/04/2022 - HOLZINGER, KAYLEIGH]ASSC CALLED AND LEFT VM. ASSC REQUESTED A R/C.

**08/02/2022 2:09 PM - CLAIM Note 65**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : STAAB
Text: [08/02/2022 - HOLZINGER, KAYLEIGH]RCVD MEDICAL RECORDS FROM AP OFFICE. RECORDS INCLUDED OVN'S AND LAB RESULTS DATED 3/3/22 THRU 7/26/22.*****NO ACTION NEEDED AT THIS TIME AS RECORDS FROM AP LANG REMAIN OUTSTANDING.

**08/01/2022 8:27 PM - CLAIM Note 64**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2022
Text: [08/01/2022 - HOLZINGER, KAYLEIGH]ASSC IS 49 YEAR OLD FEMALE, MARRIED, NO DEPENDENTS UNDER THE AGE OF 19, JOB DESCRIPTION, USA) FRESH/FOOD/CONSUMABLE AS, FULL TIME, HOURLY, MEDIUM OCC. ASSC LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20) AND LTDBBD 3/9/21. MDS REVIEW COMPLETED ON 2/11/22 CONCLUDED THAT THE IMPAIRING DX'S ARE PLANTAR FASCIAL FIBROMATOSIS AND PAIN IN THE LEFT FOOT. MDS REVIEW ADVISED ASSC WITH HYPERTENSION, OBESITY, AND HISTORY OF LOW BACK PAIN, SEIZURES (NOT TREATING), AND DEPRESSION/ANXIETY SEPARATED FROM WORK DUE TO PAIN IN LEFT FOOT DIAGNOSED AS PLANTAR FASCIITIS. SHE IS STATUS POST-SURGERY CALLED ENDOSCOPIC PLANTAR FASCIOTOMY PERFORMED BY AP LANG DPM/PODIATRIST IN 04/2021. (ASSC HAD AN INITIAL LEFT FOOT SURGERY IN 12/2020 BY ANOTHER AP WITH WHOM SHE NO LONGER TREATS.) ASSC HAS CONTINUED TO HAVE PAIN DESPITE SURGERY, AND HAS BEEN TREATED WITH IMMOBILIZATION IN BOOT, COMPRESSION SOCKS, ANKLE BRACE, AND MEDICATIONS INCLUDING LYRICA NARCOTIC PAIN MEDICATION, NONSTEROIDAL ANTI-INFLAMMATORY MEDICATION (NSAIDS), AND TOPICAL PAIN CREAMS. LOV WITH AP LANG WAS 12/30/21 AND ASSC REPORTED CONTINUED PAIN IN LEFT HEEL, TOP OF LEFT FOOT, AND INNER ASPECT OF LEFT FOOT AND ANKLE. AP LANG STATED ASSC WAS HAVING NERVE-RELATEDPAIN AND REFERRED HER TO NEUROLOGIST. AP STATED THAT THE ETIOLOGY OF ASSC S PAIN AND SWELLING MORE SUGGESTIVE OF VASCULAR/LYMPH ISSUE; ORDERED ULTRASOUND OF LEFT LOWER EXTREMITY AND REFERRED ASSC TO VASCULAR SURGERY (FOR EVALUATION OF CIRCULATION).R&LS OF NO LIFT/PUSH/PULL GREATER THAN 20 LBS, NO CLIMBING, CRAWLING, SQUATTING AND KNEELING, AND NO MORE THAN OCCASIONAL STAND/WALK ARE SUPPORTED THROUGH ABOUT THE END OF 04/2022 (3 MONTHS FROM LOV DATE) BASED ON EDEMA AND PAIN IN LEFT LOWER EXTREMITY AND TIME NEEDED FOR EVALUATION AND POSSIBLE TREATMENT WITH VASCULAR SURGEON. *****ADCM SPOKE WITH ASSC ON 5/18 AND CONFIRMED THAT ASSC FIRST NEUROLOGY APPT IS SCHEDULED FOR 6/21 AND ADCM WILL PLAN ON FOLLOWING UP WITH ASSC AFTER THIS VISIT AND WILLPLAN TO REQUEST UPDATED RECORDS AT THAT TIME PER LAST REVIEW RECOMMENDATIONS. ****UPDATED MEDICAL RECORDS WERE REQUESTED ON 6/27 AND WAS PLACED ON NOTICE AND PROOF WITH DUE DATE OF 9/9/22. ONCE UPDATED MEDICAL RECORDS HAVE BEEN RCVD, ADCM WILL SENDCLAIM FOR REVIEW WITH MDS OR WITH PM&R DEPENDING ON RECORDS TO DETERMINE ONGOING R/L'S AND DURATION. SSDI HEARING DATE PENDING.

**07/26/2022 3:40 PM - CLAIM Note 63**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [07/26/2022 - HOLZINGER, KAYLEIGH]REQUESTED ADDITIONAL RECORDS VIA RELEASEPOINT FROM AP STAAB FROM 10/1/21 THRU PRESENT. ATTACHED AUTH FORMS TO REQUEST.

**07/26/2022 3:33 PM - PHONE Note 52**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : 30 DAY NP

Other Subject : 30 DAY NP
Text: [07/26/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 30 DAY NOTICE AND PROOF. ASSC ANSWERED AND ADCM ADVISED THAT AS OF TODAY THE RECORDS FROM AP FERRIS AND AP MELCHER HAVE BEEN RCVD, HOWEVER, THE FORMS FROM ASSC AND THE RECORDS FROM AP LANG REMAIN OUTSTANDING. ASSC CONFIRMED RECEIPT OF THE FORMS AND THAT SHE WILL GET THIS BACK TO ADCM SOON AND THAT SHE WILL HAVE HER RECORDS FOR AP LANG PULLED FROM THE PATIENT PORTAL. ASSC STATED THAT DR. LANG KEEPS TELLING HER ASSC FOOTS ISSUES ARE DUE TO NERVE PAIN BUT NOTHING IS HELPING. ASSC STATED THAT SHE AHS A NERVE TEST SCHEDULED FOR AUGUST AND THEN A FOLLOW UP APPT WITH AP LANG IN SEPTEMBER. ASSC STATED THAT SHE IS IN A LOT OF PAIN RIGHT NOW, SHE IS GOING TO BE 50 IN SEPTEMBER AND SHE NEVER THOUGHT THIS IS HOW SHE WOULD BE AT 50 AND SHE IS REALLY DISAPPOINTED. ASSC CONFIRMED THAT SHE IS SEEING HER PCP, DR. PAUL STAAB TODAY TO LOOK AT HER FOOT. ADCM ACK AND THANKED ASSC FOR THE UPDATE AND ADVISED ASSC THAT ADCM WILL FOLLOW UP WITH HER AGAIN ONCE ANOTHER UPDATE IN CLAIM STATUS IS AVAILABLE AND FOR ASSC TO R/C TO PROVIDE FURTHER UPDATES PRIOR TO THEN IF NEEDED. ASSC ACK AND THANKED ADCM.

**07/26/2022 3:20 PM - CLAIM Note 62**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : NP WARNING
Text: [07/26/2022 - HOLZINGER, KAYLEIGH]SENT 30 DAY NOTICE AND PROOF WARNING LETTER TO ASSC ADVISING ASSC THAT THE MEDICAL RECORDS FROM AP LANG REMAIN OUTSTANDING AS WELL AS THE LTD APPROVAL FORMS.

**07/26/2022 3:03 PM - CLAIM Note 61**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : 30 DAY NP
Text: [07/26/2022 - HOLZINGER, KAYLEIGH]ADCM REFERENCED RELEASEPOINT SYSTEM FOR 30 DAY NOTICE AND PROOF FOR RECORDS REQUEST SENT TO AP LANG FOR ALL MEDICAL INFORMATION FROM 12/31/21 THRU PRESENT. THE MOST RECENT UPDATE RCVD WAS DATED 7/19 ADVISING THAT A STATUS REQUEST WAS SENT TO AP OFFICE IN AN ATTEMPT TO CONFIRM THAT THE INITIAL REQUEST WAS RCVD AND WAS IN PROCESS. A FAX CONFIRMATION WAS RCVD CONFIRMING THAT THE REQUEST WAS SUBMITTED SUCCESSFULLY. TO DATE, NO FURTHER UPDATES HAVE YET BEEN RCVD.

**07/25/2022 11:26 AM - CLAIM Note 60**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : MELCHER
Text: [07/25/2022 - DOUGHTY, AUSTYN]RCVD OVN DATED 6/15/22

**07/19/2022 1:52 PM - CLAIM Note 59**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/19/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #716944, IN THE AMOUNT OF $20.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**07/13/2022 11:00 AM - CLAIM Note 58**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject :
Text: [07/13/2022 - HOLZINGER, KAYLEIGH]SENT INCOME VERIFICATION LETTER VIA EMAIL TO ASSC PER HER REQUEST.

**07/13/2022 9:57 AM - PHONE Note 51**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [07/13/2022 - HOLZINGER, KAYLEIGH]ASSC CALLED AND ADVISE THAT HER ATTY IS NEEDING SOMETHING FROM LFG ADVISING OF WHAT HER EARNINGS WERE FOR 2021 AS THIS INFORMATION IS NEEDED FOR HER SSDI APPLICATION. ADVISED ASSC THAT THE ONLY THING ADCM WOULD BE ABLE TO SEND IS A BENEFIT VERIFICATION LETTER ADVISING OF WHAT HER BIWEEKLY PAYMENTS ARE FROM LFG. ASSC STATED THAT THIS SHOULD BE SUFFICIENT AND THAT ADCM CAN EMAIL THIS INFORMATION TO HER. ADVISED ACK AND ADVISED WILL SEND THIS OUT TO ASSC LATER THISMORNING. ASSC THANKED ADCM.

**07/11/2022 3:50 PM - CLAIM Note 57**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : FERRIS
Text: [07/11/2022 - DOUGHTY, AUSTYN]RCVD OVNS AND LABS DATED 12/3/2020-6/24/22

**06/27/2022 2:38 PM - CLAIM Note 56**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : NP
Text: [06/27/2022 - DOUGHTY, AUSTYN]DCM MAILED ASC PROOF LETTER REQUESTING MEDICAL AND FORMS. 30 DAYS 7/26/2022 ;45 DAYS 8/10/2022 ;75 DAYS 9/9/2022

**06/27/2022 2:33 PM - CLAIM Note 55**

Claim/Event/Leave: 11059701
NoteSubject : LTR to AP
Other Subject : RP
Text: [06/27/2022 - DOUGHTY, AUSTYN]OFFICE VISIT NOTES, HOSPITAL NOTES, TEST RESULTS, TREATMENT PLANS FROM (FERRIS, LANG, AND MELCHER) FROM (8/1/2020) TO PRESENT.

**06/27/2022 1:52 PM - PHONE Note 50**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : RC
Text: [06/27/2022 - DOUGHTY, AUSTYN]ASC SAW NEUROLOGY. AP ORDERED MORE TEST. MRI STOMACH AND PELVIS INSURANCE HAS DENIED THOSE TEST SO NEUROLOGIST WILL GOING THRU MORE STEPS IN ORDER TO HAVE TESTING. ASC HAS ANOTHER NERVE TEST ON 8/30. ASC HAD MRI ON SPINEFRIDAY. NO F/U WITH NEURO AT THIS TIME. NEURO RECOEMDNED TO SEE VASCULAR PROVIDER, BUT ASC HAS NO BEEN REF TO ONE YET. ASC SAW PODIATRIST LAST WEEK AND NOTHING ELSE THAT THEY CAN DO AT THIS TIME. NOV WITH PODIATRIST IN AUGUST. ASC LAST SAW CARDIOLOGIST FRIDAY, NOV: NONE AT THIS TIME. NO ERTW AT THIS TIME NO PROVIDES HAVE TODL HER ANYTHING. SC HAS HEARING ON 7/21 FOR SS. ADVISED ASC OF DCM NEEDING UPDATED RECORDS AND FORM FOR COMPLETION AND NP DL. ASC HAD NO QUESTIONS C/E.

**06/27/2022 1:52 PM - PHONE Note 49**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject : LVM
Text: [06/27/2022 - DOUGHTY, AUSTYN]ASC LVM FOR ADCM ON 355PM 6/23 REQUESTING RC.

**06/23/2022 3:35 PM - PHONE Note 48**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [06/23/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC TO GET UPDATE ON HOW HER APPT WENT WITH NEUROLOGY ON 6/21, TO OBTAIN AP CONTACT INFORMATION AND TO CONFIRM NEXT STEPS. CALL WENT DIRECTLY TO VM. LEFT MESSAGE FOR ASKING FOR A R/C TO DISCUSS FURTHER AND PROVIDED ADCM CONTACT INFORMATION.

**05/18/2022 3:46 PM - CLAIM Note 54**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2022
Text: [05/18/2022 - HOLZINGER, KAYLEIGH]ASSC IS 49 YEAR OLD FEMALE, MARRIED, NO DEPENDENTS UNDER THE AGE OF 19, JOB DESCRIPTION, USA) FRESH/FOOD/CONSUMABLE AS, FULL TIME, HOURLY, MEDIUM OCC. ASSC LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20) AND LTDBBD 3/9/21. MDS REVIEW COMPLETED ON 2/11/22 CONCLUDED THAT THE IMPAIRING DX'S ARE PLANTAR FASCIAL FIBROMATOSIS AND PAIN IN THE LEFT FOOT. MDS REVIEW ADVISED ASSC WITH HYPERTENSION, OBESITY, AND HISTORY OF LOW BACK PAIN, SEIZURES (NOT TREATING), AND DEPRESSION/ANXIETY SEPARATED FROM WORK DUE TO PAIN IN LEFT FOOT DIAGNOSED AS PLANTAR FASCIITIS. SHE IS STATUS POST-SURGERY CALLED ENDOSCOPIC PLANTAR FASCIOTOMY PERFORMED BY AP LANG DPM/PODIATRIST IN 04/2021. (ASSC HAD AN INITIAL LEFT FOOT SURGERY IN 12/2020 BY ANOTHER AP WITH WHOM SHE NO LONGER TREATS.) ASSC HAS CONTINUED TO HAVE PAIN DESPITE SURGERY, AND HAS BEEN TREATED WITH IMMOBILIZATION IN BOOT, COMPRESSION SOCKS, ANKLE BRACE, AND MEDICATIONS INCLUDING LYRICA NARCOTIC PAIN MEDICATION, NONSTEROIDAL ANTI-INFLAMMATORY MEDICATION (NSAIDS), AND TOPICAL PAIN CREAMS. LOV WITH AP LANG WAS 12/30/21 AND ASSC REPORTED CONTINUED PAIN IN LEFT HEEL, TOP OF LEFT FOOT, AND INNER ASPECT OF LEFT FOOT AND ANKLE. AP LANG STATED ASSC WAS HAVING NERVE-RELATEDPAIN AND REFERRED HER TO NEUROLOGIST. AP STATED THAT THE ETIOLOGY OF ASSC S PAIN AND SWELLING MORE SUGGESTIVE OF VASCULAR/LYMPH ISSUE; ORDERED ULTRASOUND OF LEFT LOWER EXTREMITY AND REFERRED ASSC TO VASCULAR SURGERY (FOR EVALUATION OF CIRCULATION).R&LS OF NO LIFT/PUSH/PULL GREATER THAN 20 LBS, NO CLIMBING, CRAWLING, SQUATTING AND KNEELING, AND NO MORE THAN OCCASIONAL STAND/WALK ARE SUPPORTED THROUGH ABOUT THE END OF 04/2022 (3 MONTHS FROM LOV DATE) BASED ON EDEMA AND PAIN IN LEFT LOWER EXTREMITY AND TIME NEEDED FOR EVALUATION AND POSSIBLE TREATMENT WITH VASCULAR SURGEON. *****ADCM SPOKE WITH ASSC ON 5/18 AND CONFIRMED THAT ASSC FIRST NEUROLOGY APPT IS SCHEDULED FOR 6/21 AND ADCM WILL PLAN ON FOLLOWING UP WITH ASSC AFTER THIS VISIT AND WILL PLAN TO REQUEST UPDATED RECORDS AT THAT TIME PER LAST REVIEW RECOMMENDATIONS. SSDI HEARING DATE IS SCHEDULED FOR LATE JULY. ADCM WAITING ON LTD APPROVAL FORMS TO BE RCVD.

**05/18/2022 3:42 PM - CLAIM Note 53**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : FORMS
Text: [05/18/2022 - HOLZINGER, KAYLEIGH]RESENT OUTSTANDING FORMS TO ASSC FOR COMPLETION.

**05/18/2022 3:32 PM - PHONE Note 47**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [05/18/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC TO GET UPDATE ON HOW HER NEUROLOGY APPT WENT AND TO CONFIRM WHAT THE NEXT STEPS ARE FOR ASSC. ASSC ANSWERED AND ADVISED THAT HER APPT WITH NEUROLOGY IS NOT ACTUALLY UNTIL THE END OF JUNE, AROUND 6/21. ASSC STATED THAT SHE THOUGHT IT WAS IN MAY ALSO BUT SHE GOT A CALL CONFIRMING THE APPT DATE AND THEY ADVISED JUNE. ASSC STATED THAT SHE DOESN'T HAVE THE NAME

OR PHONE NUMBER FOR THE NEUROLOGIST AVAILABLE AT THIS TIME BUT DID STATE THE DOCTOR IS LOCATEDAT EAST JEFFERSON HOSPITAL. ADCM ACK. ASSC STATED THAT SHE ALSO HAD AN APPT TODAY WITH AP LANG AND HE HAS PLACED ASSC BACK ON LYRICA AND STARTED ASSC A NEW MEDICATION AND SAID THAT THESE WERE BE TRIED UNTIL ASSC IS ABLE TO SEE THE NEUROLOGIST TO HOPEFULLY DETERMINE WHAT CONTINUES TO BE THE SOURCE OF ASSC PAIN. DCM EXPRESSED UNDERSTANDING AND ASKED IF SHE RCVD ADCM FORMS? ASSC STATED THAT SHE WILL CHECK WITH HER DAUGHTER TO CONFIRM RECEIPT. ADVISED ASSC THAT ADCM WILL RESEND THE FORMS OUT TO HERTO BE COMPLETED AND CONFIRMED ASSC EMAIL ADDRESS. ASSC ALSO ADVISED THAT HER HEARING DATE FOR SSDI IS TOWARDS THE END OF JULY. ADCM EXPRESSED UNDERSTANDING AND THANKED ASSC FOR THE UPDATE. ADVISED ASSC THAT ADCM WILL FOLLOW UP AGAIN IN LATE JUNE TO GET UPDATE ON HOW HER NEUROLOGY APPT WENT AND FOR ASSC TO CALL ADCM PRIOR TO THEN WITH ANY UPDATES OR CHANGES THAT MAY OCCUR. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**04/19/2022 10:05 AM - CLAIM Note 52**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : INFO FROM ATTY
Text: [04/19/2022 - HOLZINGER, KAYLEIGH]RCVD A RESPONSE FROM ASSC ATTY ADVISING THAT NO WC CASE IS PENDING OR HAS BEEN FILED. ****** NO FURTHER ACTION NEEDED AT THIS TIME.

**04/18/2022 9:22 AM - CLAIM Note 51**
Claim/Event/Leave: 11059701
NoteSubject : LTR to Atty
Other Subject : FERRARO
Text: [04/18/2022 - HOLZINGER, KAYLEIGH]SENT RETURN RESPONSE TO ASSC ATTY OFFICE ADVISING THAT NO RECENT MEDICAL INFORMATION AVAILABLE AND ASKED TO CONFIRM IF A WC CASE WAS PENDING.

**04/18/2022 9:13 AM - CLAIM Note 50**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : INFO FROM ATTY
Text: [04/18/2022 - HOLZINGER, KAYLEIGH]RCVD FAX FROM ASSC ATTY ADVISING THAT ASSC SSDI APPLICATION IS PENDING AT THE HEARING LEVEL TO BE SCHEDULED. ATTY ALSO REQUESTED FOR DOCUMENTATION FROM ASSC PROVIDERS ABOUT HER INABILITY TO RTW. ****ADCM WILL EMAIL ATTY TO ADVISE OF NO NEW RECENT INFORMATION AVAILABLE.

**04/13/2022 4:52 PM - CLAIM Note 49**
Claim/Event/Leave: 11059701
NoteSubject : LTR to Atty
Other Subject : MONICA FERRARO
Text: [04/13/2022 - HOLZINGER, KAYLEIGH]SENT REQUEST TO ATTY OFFICE ASKING FOR CURRENT SSDI STATUS DOCUMENTATION. ATTACHED AUTH FORMS TO REQUEST.

**04/13/2022 4:52 PM - CLAIM Note 48**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : FORMS
Text: [04/13/2022 - HOLZINGER, KAYLEIGH]RESENT THE OUTSTANDING LTD FORMS TO ASSC FOR COMPLETION VIA EMAIL PER ASSC REQUEST.

**04/13/2022 12:02 PM - PHONE Note 46**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [04/13/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 60 DAY FOLLOW UP TO GET UPDATE ON HOW RECOVERY AND TREATMENT WERE GOING AND TO SEE IF ANY UPDATES WERE AVAILABLE. ASSC ANSWERED AND ADVISED THAT THINGS ARE GOING OKAY, SHE ENDED UP SEEING AP LANG RECENTLY WHO WAS VERY DISAPPOINTED THAT THE NEUROLOGIST ASSC WAS SEEN BY AT THE END OF JANUARY DIDN'T DO A MORE THOROUGH EXAM ON ASSC BECAUSE ITS THE NERVES IN ASSC KNEES THAT ARE THE ISSUE AND THE NEUROLOGIST DIDN'T EVEN ADDRESS THIS SO DR. LANG HAS REFERRED ASSC TO SEE ANOTHER NEUROLOGIST WHICH WILL THAT INITIAL VISIT WILL TAKE PLACE EITHER ON 5/14 OR 5/16. ASSC STATED THAT SHE DOESN'T HAVE THE AP CONTACT INFORMATION AVAILABLE AT THIS TIME. ASSC STATED THAT SHE DOES HAVE ANOTHER APPT WITH AP LANGSCHEDULED FOR 4/18. ADCM ASKED ASSC IF SHE RCVD THE UPDATED LTD FORMS FROM ADCM? ASSC STATED NO BUT CONFIRMED HER EMAIL ADDRESS AND ADVISED FOR ADCM TO RESEND THE INFORMATION. ADVISED ASSC THAT ADCM WILL DO SO AND ASKED ASSC WHO HER ATTY WAS BECAUSEADCM GOT A RESPONSE FROM MR. GARY SELLS THAT HE WAS NOT REPRESENTING ASSC. ASSC STATED THAT SHE HAS A NEW ATTY, SHE THOUGHT SHE PROVIDED THIS PREVIOUSLY, ITS MONICA FERRIA, PHONE: 504-420-7606. ASSC STATED THAT A HEARING DATE FOR HER SSDI APPLICATIONIS CURRENTLY PENDING. ADCM THANKED ASSC FOR THE UPDATE AND ADVISED ASSC THAT ADCM WILL CONTACT HER AGAIN IN MID MAY TO GET UPDATE ON HOW THIS INITIAL VISIT WENT AND TO KEEP AN EYE OUT FOR THE UPDATED LTD FORMS AND TO CALL ADCM PRIOR TO NEXT FOLLOW UP WITH ANY FURTHER UPDATES. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**03/11/2022 5:37 PM - CLAIM Note 47**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/11/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT - INV #716119, IN THE AMOUNT OF $54.00 FOR

Text: [03/11/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT: , INV #710119, IN THE AMOUNT OF $34.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**02/24/2022 12:26 PM - CLAIM Note 46**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : CLOSED
Text: [02/24/2022 - ADAMS, RAHKIA]TRINA SIMMONS CB SSN EMAILED W2

**02/16/2022 12:28 PM - CLAIM Note 45**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [02/16/2022 - HOLZINGER, KAYLEIGH]SENT EMAIL TO ASSC REQUESTING A RESPONSE REGARDING HER ATTY CONTACT INFORMATION AS MR. GARY SELLS ADVISED THAT HE DOESN'T HAVE A CASE FOR ASSC AND IS RETIRED. PROVIDED WMCLAIMS@LFG.COM EMAIL ADDRESS TO ASSC FOR HER TO PROVIDE THIS INFORMATION TOO.

**02/16/2022 12:23 PM - PHONE Note 45**
Claim/Event/Leave: 11059701
NoteSubject : Other Called
Other Subject : GARY SELLS
Text: [02/16/2022 - HOLZINGER, KAYLEIGH]RCVD A VM FROM ASSC ATTY GARY SELLS. GARY ADVISED IN VM THAT HE HAS NEVER REPRESENTED ASSC, HE NEVER HAD A CASE FOR HER AND HE IS NOW RETIRED. GARY PROVIDED CALL BACK NUMBER, 504-258-9099, IN THE EVENT FURTHER INFORMATION IS NEEDED.*********NO R/C WARRANTED AT THIS TIME.

**02/15/2022 2:12 PM - CLAIM Note 44**
Claim/Event/Leave: 11059701
NoteSubject : LTR to Atty
Other Subject : GARY SELLS
Text: [02/15/2022 - HOLZINGER, KAYLEIGH]EMAILED REQUEST TO ATTY OFFICE FOR SSDI APPLICATION STATUS.

**02/15/2022 2:09 PM - CLAIM Note 43**
Claim/Event/Leave: 11059701
NoteSubject : LTR to Atty
Other Subject : FAILED
Text: [02/15/2022 - HOLZINGER, KAYLEIGH]LETTER TO ASSC ATTY, GARY SELLS FAILED AS THE FAX NUMBER WAS BUSY. ADCM PERFORMED GOOGLE SEARCH AND FOUND EMAIL ADDRESS. ADCM WILL SEND REQUEST TO ATTY VIA EMAIL.

**02/14/2022 10:56 AM - PHONE Note 44**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [02/14/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC TO ADVISE OF COMPLETED REVIEW. ASSC ANSWERED AND ADCM ADVISED THAT THE REVIEW WAS COMPLETED ON CLAIM AND THE MEDICAL RECORDS CONTINUE TO SUPPORT. ADVISED ASSC THAT ADCM WILL CALL HER AGAIN IN APRIL TO GETUPDATE ON HOW SHE IS DOING AND TO CONFIRM IF APPT WITH VASCULAR SPECIALISTS HAS TAKEN PLACE OR HAS BEEN SCHEDULED. ADVISED ASSC THAT ADCM HAS ALSO SENT HER OUT SOME FORMS TO BE COMPLETED AS THEY WERE NOT RCVD BACK PREVIOUSLY. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**02/14/2022 10:56 AM - CLAIM Note 42**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : FORMS
Text: [02/14/2022 - HOLZINGER, KAYLEIGH]SENT OUT TEE, FIQ, AND REIMBURSEMENT AGREEMENT FORM TO ASSC FOR COMPLETION AS THEY ARE CURRENTLY OUTSTANDING.

**02/14/2022 10:46 AM - CLAIM Note 41**
Claim/Event/Leave: 11059701
NoteSubject : LTR to Atty
Other Subject : GARY SELLS
Text: [02/14/2022 - HOLZINGER, KAYLEIGH]SENT SUBSEQUENT REQUEST TO ATTY OFFICE ASKING FOR PROOF OF CURRENT SSDI APPLICATION. ATTACHED ORIGINAL REQUEST AND AUTH FORMS TO SUBSEQUENT REQUEST.

**02/14/2022 10:40 AM - CLAIM Note 40**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO MAY 2022
Text: [02/14/2022 - HOLZINGER, KAYLEIGH]ASSC IS 49 YEAR OLD FEMALE, MARRIED, NO DEPENDENTS UNDER THE AGE OF 19, JOB DESCRIPTION, USA) FRESH/FOOD/CONSUMABLE AS, FULL TIME, HOURLY, MEDIUM OCC. ASSC LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20) AND LTDBBD 3/9/21. MDS REVIEW COMPLETED ON 2/11/22 CONCLUDED THAT THE IMPAIRING DX'S ARE PLANTAR FASCIAL FIBROMATOSIS AND PAIN IN THE LEFT FOOT. MDS REVIEW ADVISED ASSC WITH HYPERTENSION, OBESITY, AND HISTORY OF LOW BACK PAIN, SEIZURES (NOT TREATING), AND DEPRESSION/ANXIETY SEPARATED FROM WORK DUE TO PAIN IN LEFT FOOT DIAGNOSED AS PLANTAR FASCIITIS. SHE IS STATUS POST-SURGERY CALLED ENDOSCOPIC PLANTAR FASCIOTOMY PERFORMED BY AP LANG DPM/PODIATRIST IN 04/2021. (ASSC HAD AN INITIAL LEFT FOOT SURGERY IN 12/2020 BY ANOTHER AP WITH WHOM SHE NO LONGER TREATS.) ASSC HAS CONTINUED

TO HAVE PAIN DESPITE SURGERY, AND HAS BEEN TREATED WITH IMMOBILIZATION IN BOOT, COMPRESSION SOCKS, ANKLE BRACE, AND MEDICATIONS INCLUDING LYRICA NARCOTIC PAIN MEDICATION, NONSTEROIDAL ANTI-INFLAMMATORY MEDICATION (NSAIDS), AND TOPICAL PAIN CREAMS. LOV WITH AP LANG WAS 12/30/21 AND ASSC REPORTED CONTINUED PAIN IN LEFT HEEL, TOP OF LEFT FOOT, AND INNER ASPECT OF LEFT FOOT AND ANKLE. AP LANG STATED ASSC WAS HAVING NERVE-RELATED PAIN AND REFERRED HER TO NEUROLOGIST. AP STATED THAT THE ETIOLOGY OF ASSC S PAIN AND SWELLING MORE SUGGESTIVE OF VASCULAR/LYMPH ISSUE; ORDERED ULTRASOUND OF LEFT LOWER EXTREMITY AND REFERRED ASSC TO VASCULAR SURGERY (FOR EVALUATION OF CIRCULATION).R&LS OF NO LIFT/PUSH/PULL GREATER THAN 20 LBS, NO CLIMBING, CRAWLING, SQUATTING AND KNEELING, AND NO MORE THAN OCCASIONAL STAND/WALK ARE SUPPORTED THROUGH ABOUT THE END OF 04/2022 (3 MONTHS FROM LOV DATE) BASED ON EDEMA AND PAIN IN LEFT LOWER EXTREMITY AND TIME NEEDED FOR EVALUATION AND POSSIBLE TREATMENT WITH VASCULAR SURGEON. ADCM WILL CONTINUE TO FOLLOW UP WITH ASSC EVERY 60 DAYS TO OBTAIN UPDATES ON RECOVERY AND ONGOING TREATMENT PLANS AND WILL PLAN ON REQUESTING UPDATED MEDICAL RECORDS AGAIN AT THE END OF APRIL OR EARLY MAY DEPENDING ON WHEN FOLLOW UP APPTS ARE COMPLETED. SSDI APPLICATION IS CURRENTLY PENDING AT THE RECONSIDERATION LEVEL.

**02/13/2022 4:45 PM - MDS Note**
Claim/Leave: 11059701
Episode #: 1
Nurse Name: ABERT, DEBRA
Service #: 17332033
Service Date: 02/11/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KAYLEIGH, HOLZINGER
Note Type: INFORMATION OBTAINED DESC
Text: NURSE ASSESSMENT COMPLETE; SEE DOC LIST FOR FULL REPORT.

**02/09/2022 1:38 PM - MDS Note**
Claim/Leave: 11059701
Episode #: 1
Nurse Name: SULLIVAN, MAGGIE
Service #: 17329719
Service Date: 02/09/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: ACTION PLAN DESCRIPTION
Text: 03D

**02/09/2022 1:38 PM - MDS Note**
Claim/Leave: 11059701
Episode #: 1
Nurse Name: SULLIVAN, MAGGIE
Service #: 17329719
Service Date: 02/09/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: 03D QUEUE

**02/08/2022 9:33 AM - PHONE Note 43**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [02/08/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC TO ADVISE OF ALL MEDICAL INFORMATION RCVD. ASSC ANSWERED AND ADCM ADVISED ASSC THAT ALL MEDICAL INFORMATION HAS BEEN RCVD AND THANKED ASSC FOR SUBMITTING THE INFORMATION AND THAT ADCM HAS SENT THE CLAIM FOR REVIEW AND WILL CONTACT ASSC AGAIN ONCE THE INFORMATION HAS BEEN RCVD. ASSC EXPRESSED UNDERSTANDING AND STATED THAT SHE WANTED TO MAKE SURE ADCM RCVD IT. ADCM EXPRESSED GRATITUDE TOWARDS ASSC FOR SUBMITTING INFORMATION AND ADVISED ASSC TO NOTIFY ADCM ONCE ADDITIONAL APPTS HAVE BEEN SCHEDULED REGARDING ULTRASOUND AND REFERRAL TO VASCULAR SPECIALISTS AND ADCM WILL CONTACT HER AGAIN ONCE THE REVIEW IS COMPLETED. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**02/08/2022 9:28 AM - CLAIM Note 39**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Managed Care
Other Subject : FFR LEVEL 2
Text: [02/08/2022 - HOLZINGER, KAYLEIGH]49 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PLANTAR FASCIAL FIBROMATOSIS/ PAIN IN LEFT FOOT. PER 2/23/21 OVN FROM AP ELLIOTT ASC STILL HAS EDEMA, JOINTSTIFFNESS, DIFFICULTY WALKING AND PROLONGED STANDING. OOW NOTE FROM AP ELLIOTT DATED 3/16/21 STATES ASC CAN RESUME LIGHT DUTY OR SEDENTARY POSITION W/ LIMITED STANDING OF 3HRS DAILY. PER II ASC HAS RECENTLY GONE FOR A SECOND OPINION W/ AP LANG AS OFTWO WEEKS AGO, NOV 3/22/21. ******* UPDATED MEDICAL RECORDS HAVE BEEN RCVD FROM ALL TREATING PROVIDERS. PLEASE ADVISE ON CURRENT PROGNOSIS OF IMPAIRING CONDITION(S), ASSOCIATED R/L'S AND DURATION. ****ASSC IS PENDING ULTRASOUND AND REFERRAL TO VASCULAR SURGEON, HOWEVER, APPT DATES HAVE NOT YET BEEN SCHEDULED/CONFIRMED. OKAY TO CONTACT PROVIDERS IF WARRANTED.

**02/07/2022 11:54 AM - CLAIM Note 38**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : RODRIGUEZ
Text: [02/07/2022 - DOWLING, GAYLE]RP - OCHSNER HEALTH - REC OV NOTE DATED 1/28/22 - ADDED TO DOC LIST

**02/07/2022 11:38 AM - CLAIM Note 37**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : LANG
Text: [02/07/2022 - DOWLING, GAYLE]RP - NEW ORLEANS PODIATRY ASSOCIATES - REC OV NOTES FROM 11/15/21-12/30/21- ADDED TO DOC LIST

**02/03/2022 4:03 PM - PHONE Note 42**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [02/03/2022 - HOLZINGER, KAYLEIGH]R/C TO ASSC. ASSC ANSWERED AND ADCM ADVISED OF MESSAGE RCVD AND ADVISED ASSC THAT AS OF TODAY THE MEDICAL RECORDS FROM AP LANG STILL REMAIN OUTSTANDING. ASSC STATED THAT SHE WILL TAKE CARE OF GETTING THE INFORMATIONHERSELF AND DOESN'T UNDERSTAND WHY THE OFFICE CANT SEND THE RECORDS. ASSC DID SAY THOUGH SHE SAW THE NEUROLOGIST AND THE NEUROLOGIST IS THINKING THAT ASSC MAY HAVE PERIPHERAL VASCULAR DISEASE AND THAT WOULD EXPLAIN WHY HER FOOT IS NOT HEALING CORRECTLY SO SHE IS SCHEDULED FOR AN ULTRASOUND ON 2/11 AND THEN WILL BE REFERRED TO A VASCULAR SURGEON. ADCM EXPRESSED UNDERSTANDING. ASSC ADVISED THAT SHE WILL SEND ADCM THE NOTES FROM HER NEUROLOGY VISIT AND WILL WORK ON GETTING THE RECORDS FROM AP LANGOFFICE ALSO. ADCM THANKED ASSC FOR THE ASSISTANCE AND ADVISED THAT ADCM WILL FOLLOW UP AGAIN ONCE ANOTHER UPDATE IS AVAILABLE. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**02/03/2022 4:00 PM - PHONE Note 41**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [02/03/2022 - HOLZINGER, KAYLEIGH]ASSC CALLED AND LEFT VM. ASSC REQUESTED A R/C.

**01/31/2022 2:05 PM - CLAIM Note 36**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [01/31/2022 - HOLZINGER, KAYLEIGH]REQUESTED MEDICAL RECORDS VIA RELEASEPOINT FROM DR. SOFIA MATTA RODRIGUEZ FROM 1/1/22 THRU PRESENT. ATTACHED AUTH FORMS TO REQUEST. ***** ASSC IS ALREADY ON NOTICE AND PROOF.

**01/24/2022 11:02 PM - NOTIFICATION Note 19**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 01/11/2022 through 01/24/2022 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 01/24/2022 11:02 PM EST
Current Status: DELIVERED
Delivered ON: 01/25/2022 10:01 AM EST

**01/21/2022 4:13 PM - PHONE Note 40**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [01/21/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC TO GET UPDATE ON IF SHE WAS IN FACT SEEN BY DR. YU OR IF ASSC CONFIRMED THAT THIS WAS NOT THE CORRECT PROVIDER AND WENT PHYSICALLY TO OCHSNER AND THEY CONFIRMED THAT THE APPT SCHEDULED WITH DR. YU WAS INVALID SO ASSC WAS SET UP FOR AN NEUROLOGY APPT WITH DR. SOFIA C. MATTA RODRIGUEZ(LOCATED AT OCHSNER) ON 1/28. ADCM EXPRESSED UNDERSTANDING AND ASKED IF ADCM RCVD THE RECORDS FROM AP LANG? ADVISED ASSC NO, THAT THE INFORMATION HASN'T YET BEEN RCVD ANDALL INBOXES HAVE BEEN CHECKED. ASSC STATED THAT SHE WILL FOLLOW UP WITH AP OFFICE AND ADCM PROVIDED FAX NUMBER SO THE RECORDS CAN BE PROVIDED IF ASSC GOES TO AP OFFICE. ADVISED ASSC THAT ADCM WILL CONTACT HER ONCE ANOTHER UPDATE IS AVAILABLE AND FORASSC TO CALL ADCM PRIOR TO THEN IF ANYTHING FURTHER IS NEEDED. ASSC THANKED ADCM.

**01/14/2022 1:36 PM - CLAIM Note 35**
Claim/Event/Leave: 11059701
NoteSubject : LTR to Atty
Other Subject : GARY SELLS
Text: [01/14/2022 - HOLZINGER, KAYLEIGH]SENT LETTER TO ATTY OFFICE REQUESTING FOR A COPY OF CURRENT SSDI STATUS. ATTACHED AUTH FORMS TO REQUEST.

**01/14/2022 1:31 PM - PHONE Note 39**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : 45 DAY NP
Text: [01/14/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 45 DAY NOTICE AND PROOF. ASSC ANSWERED AND ADCM ADVISED ASSC THAT AS OF TODAY THE RECORDS FROM AP LANG REMAIN OUTSTANDING. ADVISED ASSC THAT RP DID CONTACT AP OFFICE EARLIER TODAY AND AP OFFICE CONFIRMED THEY HAVE THE RECORDS AVAILABLE AND WILL RESEND TODAY SO HOPEFULLY ADCM WILL RCVD THIS INFORMATION SHORTLY. ASSC STATED THAT SHE DOESNT UNDERSTAND WHAT THE HOLD UP IS AND WISHES THEY WOULD THE SEND INFORMATION ALREADY AND IF SHE HAS TOO, SHE WILLGO AND WAIT IN THE OFFICE UNTIL DONE. ASSC CONFIRMED THAT HER APPT IS STILL SCHEDULED FOR 1/18 WITH A NEUROLOGIST, HOWEVER, LOOKING AT HER PATIENT PORTAL, IT SHOWS HER APPT IS SCHEDULED WITH A DR. CHARLES YU AND THIS IS THE PROVIDER SHE TREATS WITHFOR HER BACK. ADVISED ASSC THAT THE PROVIDER MAY HAVE MORE THAN ONE SPECIALITY BUT ASSC IS GOING TO CALL AP OFFICE TO MAKE SURE BECAUSE SHE DID REQUEST TO SEE A NEUROLOGIST. ADCM THEN ASKED ASSC IF SHE RCVD ANY UPDATES REGARDING HER SSDI APPLICATION.ASSC STATED THAT IT WAS DENIED AGAIN AND HER ATTY IS GOING TO SUBMIT ANOTHER APPEAL REQUEST. ADCM VERIFIED ATTY CONTACT INFORMATION AND ADVISED THAT A REQUEST WILL BE SENT TO AP OFFICE FOR INFORMATION THAT IS NEEDED FOR CLAIM. ADVISED ASSC THAT ADCMWILL CONTACT HER AGAIN NEXT WEEK TO VERIFY HOW HER APPTS WENT AND ADVISE OF RECORDS STATUS FROM AP LANG AND FOR ASSC TO CALL PRIOR TO THEN WITH ANY UPDATES OR CHANGES. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**01/14/2022 1:13 PM - CLAIM Note 34**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : 45 DAY NP
Text: [01/14/2022 - HOLZINGER, KAYLEIGH]SENT 45 DAY NOTICE AND PROOF LETTER TO ASSC ADVISING THAT THE RECORDS FROM AP LANG REMAIN OUTSTANDING AND ARE DUE NO LATER THAN 2/15/22.

**01/14/2022 12:26 PM - CLAIM Note 33**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : NO SUSPENSION
Text: [01/14/2022 - HOLZINGER, KAYLEIGH]ADCM FINDS IT REASONABLE TO NOT SUSPEND BENEFITS AT THIS TIME AS ASSC HAS ACTIVELY PARTICIPATED IN ATTEMPTING TO GET AP OFFICE TO SEND OVER THE RECORDS AND RP HAS HAD SUCCESSFULLY CONTACT WITH AP OFFICE AND WAS ADVISED THAT THE INFORMATION WOULD BE RESENT ON 1/14.

**01/14/2022 12:23 PM - CLAIM Note 32**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : 45 DAY NP
Text: [01/14/2022 - HOLZINGER, KAYLEIGH]ADCM REFERENCED RELEASEPOINT SYSTEM FOR 45 DAY NOTICE AND PROOF FOR RECORDS REQUEST SENT TO AP LANG OFFICE FOR ALL MEDICAL INFORMATION FROM 10/5/21 THRU PRESENT INCLUDING COMPLETION OF WM RESTRICTIONS FORM. THE MOSTRECENT UPDATE RCVD WAS DATED 1/14 ADVISING THAT CONTACT WITH AP OFFICE WAS MADE AND AP REP ADVISED THAT THE REQUEST WAS RCVD AND THE RECORDS WERE PROVIDED, HOWEVER, RP CONFIRMED THE ONLY RECORDS RCVD WERE OUT OF SCOPE AND REQUESTED FOR THE INFORMATION TO BE RESENT AGAIN AND ADVISED THAT IT HAD BEEN OVER 2 WEEKS SINCE AP OFFICE ADVISED THEY WOULD RESEND THE INFORMATION PREVIOUSLY. TO DATE, NO FURTHER UPDATES HAVE YET BEEN RCVD.

**01/11/2022 9:08 AM - NOTIFICATION Note 18**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 12/28/2021 through 01/10/2022 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 01/11/2022 09:08 AM EST
Current Status: DELIVERED
Delivered ON: 01/11/2022 10:02 AM EST

**01/07/2022 3:40 PM - PHONE Note 38**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [01/07/2022 - HOLZINGER, KAYLEIGH]R/C TO ASSC. ASSC ANSWERED AND ADCM ADVISED OF MESSAGE RCVD AND ADVISED ASSC THAT AS OF TODAY THE RECORDS HAVE NOT YET BEEN RCVD FROM AP LANG OFFICE. ADVISED ASSC THAT RP CONTACTED AP OFFICE ON 1/4 AND REQUESTED FORTHE INFORMATION TO BE RESENT AND AP OFFICE AGREED BUT THE INFORMATION STILL REMAINS OUTSTANDING. ASSC STATED THAT THIS IS CRAZY THAT THEY HAVENT PROVIDED THE INFORMATION TO ADCM AS OF YET. ASSC STATED THAT SHE WILL GO TO AP OFFICE TO GET THE INFORMATION IF THEY DONT SEND IT. ASSC ALSO CONFIRMED SHE WAS ABLE TO GET IN TO SEE A NEUROLOGIST AT OCHSNER, NAME OF AP UNKNOWN, AND HER INITIAL APPT WILL TAKE PLACE ON 1/18. ADCM EXPRESSED UNDERSTANDING AND ADVISED ASSC THAT ADCM IS SCHEDULED TO FOLLOW UPWITH HER AROUND THAT TIME ALSO SO ADCM WILL KEEP HER POSTED REGARDING RECORDS STATUS AND ADVISED ASSC TO R/C WITH ANY FURTHER UPDATES. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**01/07/2022 3:32 PM - PHONE Note 37**

Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [01/07/2022 - HOLZINGER, KAYLEIGH]ASSC CALLED AND LEFT VM. ASSC REQUESTED A R/C TO CONFIRM IF THE INFORMATION WAS RCVD.

**01/03/2022 2:21 PM - PHONE Note 36**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [01/03/2022 - HOLZINGER, KAYLEIGH]ASSC CALLED AND STATED THAT SHE WAS LAST SEEN BY AP LANG ON 12/30 AND HE INDICATED THAT THERE ISN'T ANYTHING FURTHER THAT CAN BE DONE AND RECOMMENDED ASSC BE SEEN BY NEUROLOGY AS ASSC ONGOING ISSUES MUST BE NERVE RELATED. ASSC STATED THAT SHE HASN'T YET SCHEDULED AN APPT WITH NEUROLOGY AT THIS TIME. ADCM EXPRESSED UNDERSTANDING AND ADVISED ASSC THAT THE RECORDS FROM AP LANG REMAIN OUTSTANDING AND ARE DUE NO LATER THAN 1/16 OR BENEFITS MAY BE SUSPENDED. ASSC ASKED IF SHE COULD THREE-WAY CALL AP LANG OFFICE TO CONFIRM STATUS AS SHE SPOKE WITH THEM EARLIER REQUESTING THE INFORMATION TO BE SENT. ADCM AGREED. AP REP ANSWERED AND CONFIRMED ASSC MESSAGE FROM EARLIER THIS MORNING WAS GIVEN TO THE AP REP WHO HANDLESTHE MEDICAL RECORDS AND ADCM PROVIDED FAX NUMBER FOR WHEN THE RECORDS COULD BE SENT. AP REP THANKED AND ENDED CALL AND ADCM ADVISED ASSC TO KEEP ADCM UP TO DATE REGARDING NEUROLOGIST AND THAT ADCM WILL NOTIFY ASSC ONCE ANOTHER UPDATE IN CLAIM STATUSIS AVAILABLE. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**01/03/2022 1:51 PM - PHONE Note 35**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : 30 DAY NP
Text: [01/03/2022 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 30 DAY NOTICE AND PROOF. LEFT VM. ADVISED ASSC IN VM THAT THE MEDICAL RECORDS FROM AP LANG REMAIN OUTSTANDING AND THAT THIS INFORMATION IS NEEDED NO LATER THAN 1/16 OR BENEFITS MAY BE SUSPENDED. ADVISED ASSC TO CALL BACK WITH ANY QUESTIONS AND ADCM WILL BE IN TOUCH AGAIN ONCE ANOTHER UPDATE IS AVAILABLE AND PROVIDED ADCM CONTACT INFORMATION.

**01/03/2022 1:48 PM - CLAIM Note 31**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : NP WARNING
Text: [01/03/2022 - HOLZINGER, KAYLEIGH]SENT 30 DAY NOTICE AND PROOF WARNING LETTER TO ASSC ADVISING ASSC THAT THE MEDICAL RECORDS REMAIN OUTSTANDING FROM AP LANG AND ARE DUE NO LATER THAN 2/15/22.

**01/03/2022 1:41 PM - CLAIM Note 30**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : 30 DAY NP
Text: [01/03/2022 - HOLZINGER, KAYLEIGH]ADCM REFERENCED RELEASEPOINT SYSTEM FOR 30 DAY NOTICE AND PROOF FOR RECORDS REQUEST SENT TO AP LANG OFFICE FOR ALL MEDICAL INFORMATION FROM 10/5/21 THRU PRESENT ALONG WITH COMPLETION OF WM RESTRICTIONS FORM. THE MOSTRECENT UPDATE RCVD WAS DATED 12/23 ADVISING THAT ADDITIONAL REQUEST WAS SENT TO AP OFFICE REQUESTING INFORMATION AND A FAX CONFIRMATION WAS RCVD CONFIRMING THAT THE REQUEST WAS SUBMITTED SUCCESSFULLY. TO DATE, NO FURTHER UPDATES HAVE YET BEEN RCVD.

**12/27/2021 11:36 PM - NOTIFICATION Note 17**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 12/14/2021 through 12/27/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 12/27/2021 11:36 PM EST
Current Status: DELIVERED
Delivered ON: 12/28/2021 10:00 AM EST

**12/14/2021 3:49 PM - PHONE Note 34**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [12/14/2021 - HOLZINGER, KAYLEIGH]R/C TO ASSC. ASSC ANSWERED AND WAS RELIVED ADCM AND ASSC WERE ABLE TO CONNECT. ADVISED ASSC THAT ADCM RCVD HER MESSAGE AND THAT THE INFORMATION FROM AP OFFICE HAS NOT YET BEEN RCVD. ASSC STATED THAT SHE SPOKE WITH APOFFICE LAST WEEK WHEN SHE WAS AT HER APPT AND THEY SAID THEY WERE WORKING ON IT. ADCM CHECKED RP SYSTEM WHILE ON THE PHONE WITH ASSC AND CONFIRMED A CALL TO AP OFFICE TOOK PLACE ON 12/10 BUT OFFICE WAS CLOSED AND A FOLLOW UP REQUEST WAS THEN SENT. ADVISED ASSC THAT NO FURTHER UPDATES HAVE BEEN RCVD. ASSC STATED THAT SHE WILL FOLLOW UP WITH AP OFFICE AGAIN BECAUSE HER MEDICATION WAS INCREASED AND SHE HAS ANOTHER APPT COMING UP. ADCM EXPRESSED UNDERSTANDING AND ADVISED ASSC THAT ADCM WILL CONTACTHER AGAIN ONCE THE INFORMATION HAS BEEN RCVD. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**12/14/2021 3:39 PM - PHONE Note 33**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [12/14/2021 - HOLZINGER, KAYLEIGH]ASSC CALLED AND LEFT VM. ASSC REQUESTED A R/C TO CONFIRM IF HER INFORMATION WAS RCVD.

**12/13/2021 11:18 PM - NOTIFICATION Note 16**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 11/30/2021 through 12/13/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 12/13/2021 11:18 PM EST
Current Status: DELIVERED
Delivered ON: 12/14/2021 10:03 AM EST

**12/03/2021 4:10 PM - CLAIM Note 29**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2022
Text: [12/03/2021 - HOLZINGER, KAYLEIGH]49 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PLANTAR FASCIAL FIBROMATOSIS/ PAIN IN LEFT FOOT. PER 2/23/21 OVN FROM AP ELLIOTT ASC STILL HAS EDEMA, JOINTSTIFFNESS, DIFFICULTY WALKING AND PROLONGED STANDING. OOW NOTE FROM AP ELLIOTT DATED 3/16/21 STATES ASC CAN RESUME LIGHT DUTY OR SEDENTARY POSITION W/ LIMITED STANDING OF 3HRS DAILY. PER II ASC HAS RECENTLY GONE FOR A SECOND OPINION W/ AP LANG AS OFTWO WEEKS AGO, NOV 3/22/21. ********ADCM OBTAINED THOROUGH UPDATE FROM ASSC ON 10/15/21 AND ADDITIONAL UPDATE WAS OBTAINED VIA VOICEMAIL ON 11/17 CONFIRMING THAT ASSC MEDICATION WAS INCREASED BY DR. LANG AND ANOTHER FOLLOW UP WILL TAKE PLACE IN 2 WEEKS. *****ADCM REQUESTED UPDATED MEDICAL RECORDS ON 12/3/21 AND PLACED ASSC ON NOTICE AND PROOF WITH DUE DATE OF 2/15/22. ONCE UPDATED MEDICAL RECORDS ARE RCVD ADCM WILL CONSULT WITH CLINICAL IF WARRANTED TO CLARIFY PROGNOSIS AND THE NEED FOR ONGOINGR/L'S. ASSC HAS FILED FOR SSDI AND THE APPLICATION IS CURRENTLY PENDING.

**12/03/2021 4:07 PM - CLAIM Note 28**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : ONGOING NP
Text: [12/03/2021 - HOLZINGER, KAYLEIGH]SENT ASSC ONGOING NOTICE AND PROOF LETTER ADVISING ASSC THAT UPDATED MEDICAL RECORDS WERE REQUESTED FROM DR. EDWARD LANG FROM 10/5/21 THRU PRESENT AND THAT THE RECORDS ARE DUE NO LATER THAN 2/15/22.

**12/03/2021 3:49 PM - CLAIM Note 27**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [12/03/2021 - HOLZINGER, KAYLEIGH]REQUESTED UPDATED MEDICAL RECORDS VIA RELEASEPOINT FROM ALL TREATING PROVIDERS INCLUDING AP LANG FROM 10/5/21 THRU PRESENT INCLUDING COMPLETION OF RESTRICTIONS FORM. ATTACHED LFG AUTH FORMS TO REQUEST. ADCM WILL FOLLOW UP ON THE STATUS OF THE RECORDS REQUEST PER THE NP GUIDELINES.

**12/03/2021 3:34 PM - PHONE Note 32**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [12/03/2021 - HOLZINGER, KAYLEIGH]R/C TO ASSC. CALL WENT DIRECTLY TO VM. LEFT MESSAGE FOR ASSC ADVISING THAT ADCM IS GOING TO REQUEST HER UPDATED MEDICAL RECORDS TODAY AND ADCM WILL BE SENDING ASSC A LETTER ADVISING OF THIS. ADCM STILL REQUESTED FORASSC TO R/C TO PROVIDE UPDATE AND TO CONFIRM IF ANY CHANGES WITH PROVIDERS OR TREATMENT PLANS HAVE OCCURRED. PROVIDED ADCM CONTACT INFORMATION.

**12/03/2021 3:32 PM - PHONE Note 31**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [12/03/2021 - HOLZINGER, KAYLEIGH]ASSC R/C TO ADCM AND LEFT VM. ASSC REQUESTED A R/C.

**12/02/2021 11:45 AM - PHONE Note 30**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [12/02/2021 - HOLZINGER, KAYLEIGH]CALLED ASSC TO GET UPDATE ON HOW SHE IS DOING AND TO SEE HOW RECOVERY IS GOING AND TO CONFIRM ONGOING TREATMENT PLANS. LEFT VM. REQUESTED A R/C TO DISCUSS CLAIM AND PROVIDED ADCM CONTACT INFORMATION.

**11/29/2021 11:12 PM - NOTIFICATION Note 15**

Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 11/16/2021 through 11/29/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 11/29/2021 11:12 PM EST
Current Status: DELIVERED
Delivered ON: 11/30/2021 10:00 AM EST

**11/18/2021 10:43 AM - CLAIM Note 26**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2022
Text: [11/18/2021 - HOLZINGER, KAYLEIGH]49 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PLANTAR FASCIAL FIBROMATOSIS/ PAIN IN LEFT FOOT. PER 2/23/21 OVN FROM AP ELLIOTT ASC STILL HAS EDEMA, JOINTSTIFFNESS, DIFFICULTY WALKING AND PROLONGED STANDING. OOW NOTE FROM AP ELLIOTT DATED 3/16/21 STATES ASC CAN RESUME LIGHT DUTY OR SEDENTARY POSITION W/ LIMITED STANDING OF 3HRS DAILY. PER II ASC HAS RECENTLY GONE FOR A SECOND OPINION W/ AP LANG AS OFTWO WEEKS AGO, NOV 3/22/21. *************ADCM OBTAINED THOROUGH UPDATE FROM ASSC ON 10/15/21 AND ADDITIONAL UPDATE WAS OBTAINED VIA VOICEMAIL ON 11/17 CONFIRMING THAT ASSC MEDICATION WAS INCREASED BY DR. LANG AND ANOTHER FOLLOW UP WILL TAKE PLACE IN2 WEEKS. ADCM WILL PLAN ON FOLLOWING UP WITH ASSC AGAIN IN EARLY DECEMBER TO GET UPDATE ON HOW SHE IS DOING AND NEXT STEPS AND WILL PLAN ON REQUESTING UPDATED MEDICAL RECORDS AFTER NEXT UPDATE IS OBTAINED. ASSC HAS FILED FOR SSDI AND THE APPLICATIONIS CURRENTLY PENDING.

**11/18/2021 10:13 AM - PHONE Note 29**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [11/18/2021 - HOLZINGER, KAYLEIGH]R/C TO ASSC. LEFT VM. ADVISED ASSC IN VM THAT ADCM RCVD HER MESSAGE REGARDING INCREASE IN MEDICATION AND THAT NEXT APPT IS IN 2 WEEKS SO ADCM WILL PLAN ON CONTACTING HER AGAIN IN EARLY DECEMBER TO OBTAIN FURTHER UPDATE. ADVISED ASSC NO NEED TO R/C UNLESS SHE HAS ANY FURTHER QUESTIONS AND PROVIDED ADCM CONTACT INFORMATION.

**11/18/2021 9:55 AM - PHONE Note 28**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [11/18/2021 - HOLZINGER, KAYLEIGH]ASSC R/C TO ADCM AND LEFT VM. ASSC ADVISED IN VM THAT HER MEDICATION WAS INCREASED AND THAT SHE HAS ANOTHER APPT IN 2 WEEKS.

**11/16/2021 11:38 AM - PHONE Note 27**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [11/16/2021 - HOLZINGER, KAYLEIGH]R/C TO ASSC. LEFT VM. ADVISED ASSC THAT HER MESSAGE WAS RCVD AND ADCM REQUESTED A R/C TO DISCUSS RECENT APPTS AND NEXT STEPS. PROVIDED ADCM CONTACT INFORMATION.

**11/16/2021 11:36 AM - PHONE Note 26**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [11/16/2021 - HOLZINGER, KAYLEIGH]ASSC R/C TO ADCM AND LEFT VM. ASSC REQUESTED A R/C.

**11/15/2021 11:15 PM - NOTIFICATION Note 14**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 11/02/2021 through 11/15/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 11/15/2021 11:15 PM EST
Current Status: DELIVERED
Delivered ON: 11/16/2021 10:02 AM EST

**11/12/2021 2:55 PM - CLAIM Note 25**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/12/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #715250, IN THE AMOUNT OF $32.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**11/12/2021 2:36 PM - PHONE Note 25**
Claim/Event/Leave: 11059701

NoteSubject : Called EE
Other Subject :
Text: [11/12/2021 - HOLZINGER, KAYLEIGH]CALLED ASSC TO GET UPDATE ON HOW RECOVERY AND TREATMENT WERE GOING AND TO SEE IF ANY UPDATES WERE AVAILABLE. LEFT VM. REQUESTED A R/C TO DISCUSS FURTHER AND PROVIDED ADCM CONTACT INFORMATION.

**11/01/2021 11:19 PM - NOTIFICATION Note 13**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 10/19/2021 through 11/01/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 11/01/2021 11:19 PM EST
Current Status: DELIVERED
Delivered ON: 11/02/2021 11:00 AM EST

**10/18/2021 11:09 PM - NOTIFICATION Note 12**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 10/05/2021 through 10/18/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 10/18/2021 11:09 PM EST
Current Status: DELIVERED
Delivered ON: 10/19/2021 11:00 AM EST

**10/18/2021 12:44 PM - CLAIM Note 24**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : LANG
Text: [10/18/2021 - HOLZINGER, KAYLEIGH]RCVD MEDICAL RECORDS FROM AP OFFICE. RECORDS INCLUDED OVN'S 7/14/21 THRU 10/4/21.******NO ACTION NEEDED AT THIS TIME.

**10/15/2021 9:38 AM - PHONE Note 24**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [10/15/2021 - HOLZINGER, KAYLEIGH]R/C TO ASSC. ASSC ANSWERED AND ADCM THANKED ASSC FOR THE R/C. ADVISED ASSC THAT ADCM WAS CALLING TO GET UPDATE TO SEE HOW SHE WAS DOING AND TO SEE IF ANY UPDATES WERE AVAILABLE. ASSC EXPRESSED UNDERSTANDING AND STATED THAT SHE WENT BACK TO SEE AP LANG WHO TOLD HER THAT HER FOOT IS FINE AND THAT THERE IS NOTHING WRONG WITH IT BUT THAT THE PAIN MUST BE STEMMING FROM THE NERVE SO HE PRESCRIBED A NERVE MEDICATION FOR ASSC WHICH SHE WAS INSTRUCTED TO TAKE AT NIGHT AND ASSC STATED THAT IT MAKES HER SO SLEEPY. ASSC STATED THAT SHE IS STILL IN PAIN AND NOTHING IS GETTING BETTER. ASSC STATED THAT SHE GOES BACK TO SEE AP LANG ON 10/18. ASSC STATED THAT SOMETHING HAS GOT TO HAPPEN BECAUSE SHE CANNOT EVEN KEEP A SHOE ON HER FOOT. ASSC BECAME EMOTIONAL WHILE ON THE PHONE WITH ADCM ADVISING THAT SHE HAS GAINED SO MUCH WEIGHT FROM BEING INACTIVE AND NOT BEING ABLE TO GET UP AND MOVE AROUND LIKE SHE USE TO. WHEN SHE HAS TO GO TO THE STORE SHE HAS TO USE A CART AND PEOPLE LOOK AT HER AND SHE IS JUST SO UPSET AND THAT SHE WANTS TO GET BETTER. ADCM EXPRESSED EMPATHY TOWARDS ASSC AND ADVISED ASSC TO MAKE SURE TO ADDRESS HER CONCERNS WITH HER DOCTOR IF NOT ALREADY DONE SO. ASSC THANKED ADCM AND ADVISED THAT SHE WILL BE DISCUSSING THIS WITH AP LANG NEXT WEEK AND ALSO MENTIONED THAT SHE LOST HER INSURANCE THROUGH WM BECAUSE SHE WAS ABLE TO KEEP UP WITH THE PAYMENT SO HER DAUGHTER IS HELPING HER SEE IF SHE IS ABLE TO GET ON MEDICAID. ASSC STATED THAT HER SSDI APPLICATION REMAINS PENDED ALSO. ASSC ASKED IF ADCM RCVD ANY MEDICAL RECORDS FROM AP LANG OFFICE? ADVISED ASSC NO BUT THAT ADCM HASN'T REQUESTED ANY INFORMATION EITHER. ASSC STATED THAT SHE WAS TOLD BY AP OFFICE THAT THEY WOULD BE SENDING OVER THE MEDICALRECORDS. ADVISED ASSC THAT NOTHING HAS BEEN RCVD BUT THAT ADCM WILL REQUEST THE INFORMATION ONCE NEEDED. ADVISED ASSC THAT ADCM WILL CONTACT HER AGAIN NEXT MONTH TO GET FURTHER UPDATE AND TO R/C PRIOR TO THEN WITH ANY UPDATES OR QUESTIONS. ASSC EXPRESSED UNDERSTANDING AND THANKED ADCM.

**10/15/2021 9:21 AM - PHONE Note 23**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [10/15/2021 - HOLZINGER, KAYLEIGH]ASSC R/C AND LEFT VM. ASSC REQUESTED A R/C.

**10/13/2021 2:52 PM - PHONE Note 22**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [10/13/2021 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 60 DAY FOLLOW UP TO GET UPDATE ON HOW RECOVERY AND TREATMENT WERE GOING AND TO SEE IF ANY UPDATES WERE AVAILABLE. LEFT VM. REQUESTED A R/C TO DISCUSS FURTHER AND PROVIDED ADCM CONTACT INFORMATION.

**10/04/2021 11:13 PM - NOTIFICATION Note 11**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 09/21/2021 through 10/04/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 10/04/2021 11:13 PM EST
Current Status: DELIVERED
Delivered ON: 10/05/2021 11:01 AM EST

**09/29/2021 11:50 AM - CLAIM Note 23**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : DYNAMIC P.T.
Text: [09/29/2021 - HOLZINGER, KAYLEIGH]RCVD MEDICAL RECORDS FROM AP OFFICE. RECORDS INCLUDED P.T. NOTES DATED 2/3/21 THRU 9/27/21.******NO ACTION NEEDED AT THIS TIME.

**09/21/2021 2:01 PM - CLAIM Note 22**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : CHANGE IN DCM
Text: [09/21/2021 - HOLZINGER, KAYLEIGH]SENT CHANGE IN DCM LETTER TO ASSC.

**09/20/2021 11:11 PM - NOTIFICATION Note 10**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 09/07/2021 through 09/20/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 09/20/2021 11:11 PM EST
Current Status: DELIVERED
Delivered ON: 09/21/2021 11:01 AM EST

**09/10/2021 8:56 AM - CLAIM Note 21**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : FOOT & ANKLE CENTER
Text: [09/10/2021 - CHISOLM, KEESHA]DCM REC'D MED RECORDS VIA RP DATE RANGE 2/4/2021 - 2/23/2021 ****SEE DOC LIST

**09/06/2021 11:09 PM - NOTIFICATION Note 9**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 08/24/2021 through 09/06/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 09/06/2021 11:09 PM EST
Current Status: DELIVERED
Delivered ON: 09/07/2021 11:01 AM EST

**09/01/2021 4:03 PM - PHONE Note 21**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [09/01/2021 - HOLZINGER, KAYLEIGH]R/C TO ASSC. ASSC ANSWERED AND DCM ADVISED OF MESSAGE RCVD AND ASKED IF ASSC WAS OKAY AND WAS SOMEWHERE SAFE. ASSC ADVISED YES, HER HUSBAND WHO WORKS IN FLORIDA CAME AND GOT HER AND TOOK HER TO HOUSTON TO STAY WITH HER SISTER. ASSC STATED THAT THE HURRICANE WAS VERY INTENSE SHE COULD HEAR THE SIDING BEING TAKEN OFF OF HER HOUSE. DCM EXPRESSED EMPATHY TOWARDS ASSC AND WAS GLAD TO HEAR THAT ASSC WAS ABLE TO GET SOMEWHERE SAFE. ASSC STATED THAT HER FOOT CONTINUES TO BE PROBLEM, IT IS NOT ANY BETTER AT THIS POINT AND SHE DOESN'T KNOW WHAT TO DO. SHE ISN'T SURE IF GETTING ANOTHER DOCTOR INVOLVED WILL BE HELPFUL OR NOT OR WHAT BUT SOMETHING HAS TO GIVE. ASSC DOESN'T WANT TO BE TERMINATED FROM HER EMPLOYER, HER LOA IS EXHAUSTED AS OF 9/5, SHE HAS WORKED HER ENTIRE LIFE AND WANTS TO GET BACK TO NORMAL. SHE IS BORED AT HOME AND SHE JUST WANTS TO FEEL BETTER. DCM EXPRESSED EMPATHY AND UNDERSTANDING TOWARDS ASSC AND ADVISED ASSC THAT DCM HAD REQUESTED MEDICAL RECORDS BUT WILL CANCEL THIS GIVEN THE CURRENT HURRICANE SITUATION AND WILL PLAN ON FOLLOWING UP WITH ASSC AGAIN IN OCTOBER TO GET UPDATE ON HOW SHE IS DOING AT THAT TIME AND ASKED FOR ASSC TO CALL ADCM PRIOR TO THEN WITH ANY UPDATES. ASSC EXPRESSED UNDERSTANDING AND THANKED DCM.[09/01/2021 - HOLZINGER, KAYLEIGH]****ASSC ALSO MENTIONED THAT SHE APPEALED HER SSDI RECONSIDERATION DENIAL.

**09/01/2021 4:00 PM - PHONE Note 20**
Claim/Event/Leave: 11059701
NoteSubject : EE Called

Other Subject :
Text: [09/01/2021 - HOLZINGER, KAYLEIGH]ASSC R/C TO DCM AND LEFT VM. ASSC REQUESTED A R/C.

**08/30/2021 3:40 PM - CLAIM Note 20**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2021
Text: [08/30/2021 - HOLZINGER, KAYLEIGH]49 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PLANTAR FASCIAL FIBROMATOSIS/ PAIN IN LEFT FOOT. PER 2/23/21 OVN FROM AP ELLIOTT ASC STILL HAS EDEMA, JOINTSTIFFNESS, DIFFICULTY WALKING AND PROLONGED STANDING. OOW NOTE FROM AP ELLIOTT DATED 3/16/21 STATES ASC CAN RESUME LIGHT DUTY OR SEDENTARY POSITION W/ LIMITED STANDING OF 3HRS DAILY. PER II ASC HAS RECENTLY GONE FOR A SECOND OPINION W/ AP LANG AS OFTWO WEEKS AGO, NOV 3/22/21. *************DCM ATTEMPTED TO OBTAIN UPDATE FROM ASSC HOWEVER NO RESPONSE WAS RCVD, THEREFORE, ADCM REQUESTED UPDATED MEDICAL RECORDS ON 8/30/21 AND PLACED ASSC ON PROOF FOR RECORDS AND CONTACT WITH DUE DATE OF 11/12/21.ONCE UPDATED RECORDS ARE RCVD DCM WILL REVIEW AND IF WARRANTED WILL CONSULT WITH CLINICAL TO DETERMINE PROGNOSIS AND IF ONGOING R/LS REMAIN SUPPORTIVE. ASSC HAS FILED FOR SSDI.

**08/30/2021 3:36 PM - CLAIM Note 19**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : ONGOING NP & UTC
Text: [08/30/2021 - HOLZINGER, KAYLEIGH]SENT ASSC ONGOING NOTICE AND PROOF LETTER ADVISING ASSC THAT UPDATED MEDICAL RECORDS WERE REQUESTED FROM ALL TREATING PROVIDERS INCLUDING DYNAMIC PHYSICAL THERAPY, FOOT AND ANKLE CENTER, DR. EDWARD LANG FROM 2/1/21 THRU PRESENT AND THAT THE RECORDS ARE DUE NO LATER THAN 11/12/21. DCM ALSO INCLUDED UTC LANGUAGE.[09/01/2021 - HOLZINGER, KAYLEIGH]*****************DCM IS CANCELLING NP DUE TO CONTACT RCVD FROM ASSC AS WELL AS HURRICANE IDA IMPACT TO ASSC APPTS.

**08/30/2021 3:29 PM - CLAIM Note 18**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [08/30/2021 - HOLZINGER, KAYLEIGH]REQUESTED UPDATED MEDICAL RECORDS VIA RELEASEPOINT FROM ALL TREATING PROVIDERS INCLUDING DYNAMIC PHYSICAL THERAPY, FOOT AND ANKLE CENTER AND AP LANG FROM 2/1/21 THRU PRESENT. ATTACHED LFG AUTH FORMS TO EACH REQUEST.ADCM WILL FOLLOW UP ON THE STATUS OF THE RECORDS REQUEST PER THE NP GUIDELINES.

**08/30/2021 3:25 PM - PHONE Note 19**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [08/30/2021 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 2ND ATTEMPT 60 DAY FOLLOW UP. LEFT VM. REQUESTED A R/C FROM ASSC TO DISCUSS TREATMENT PLANS AND PROVIDED. PROVIDED ADCM CONTACT INFORMATION.

**08/27/2021 3:34 PM - PHONE Note 18**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [08/27/2021 - HOLZINGER, KAYLEIGH]R/C TO ASSC. LEFT VM. ADVISED ASSC THAT DCM WAS JUST LOOKING TO OBTAIN UPDATE ON PROVIDERS AND ONGOING TREATMENT PLANS AND REQUESTED A R/C TO DISCUSS FURTHER. PROVIDED ADCM CONTACT INFORMATION.

**08/27/2021 3:32 PM - PHONE Note 17**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [08/27/2021 - HOLZINGER, KAYLEIGH]ASSC R/C AND LEFT VM. ASSC REQUESTED A R/C.

**08/26/2021 1:44 PM - PHONE Note 16**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [08/26/2021 - HOLZINGER, KAYLEIGH]CALLED ASSC FOR 60 DAY FOLLOW UP TO GET UPDATE ON HOW RECOVERY AND TREATMENT WERE GOING. LEFT VM. REQUESTED A R/C TO DISCUSS FURTHER AND PROVIDED ADCM CONTACT INFORMATION.

**08/23/2021 11:10 PM - NOTIFICATION Note 8**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 08/10/2021 through 08/23/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/23/2021 11:10 PM EST
Current Status: DELIVERED

Delivered ON: 08/24/2021 11:00 AM EST

**07/26/2021 11:32 PM - NOTIFICATION Note 7**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 07/13/2021 through 07/26/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/26/2021 11:32 PM EST
Current Status: DELIVERED
Delivered ON: 07/27/2021 11:00 AM EST

**07/13/2021 5:57 PM - PHONE Note 15**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject :
Text: [07/13/2021 - GRIFFIN, IEESHA]RCVD VM FROM ASC ASKING IF SS INFO WAS RCVD? DCM RTC AND CX THIS.

**07/12/2021 11:06 PM - NOTIFICATION Note 6**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 06/29/2021 through 07/12/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/12/2021 11:06 PM EST
Current Status: DELIVERED
Delivered ON: 07/13/2021 11:04 AM EST

**07/12/2021 2:21 PM - CLAIM Note 17**
Claim/Event/Leave: 11059701
NoteSubject : Social Security
Other Subject : DENIAL/APPEAL
Text: [07/12/2021 - GRIFFIN, IEESHA]RCVD SSDI DENIAL AND PROOF OF APPEAL.

**07/08/2021 11:33 AM - PHONE Note 14**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [07/08/2021 - GRIFFIN, IEESHA]RCVD CALL FROM ASC ADVISING SHE EMAILED SSA INFO TO DCM. DCM WILL REVIEW THIS ONCE RCVD.

**07/08/2021 9:08 AM - CLAIM Note 16**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject :
Text: [07/08/2021 - GRIFFIN, IEESHA]RESENT PROOF LTR W/ DEADLINE. DCM WILL NOT OFFSET BENS AT THIS TIME PER CONTACT W/ ASC TODAY ADVISING SHE IS SENDING SS INFO TO DCM.

**07/08/2021 9:01 AM - PHONE Note 13**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject : DAY 45
Text: [07/08/2021 - GRIFFIN, IEESHA]RCVD CALL FROM ASC ADVISING THAT SHE RCVD PROOF LTR, FORMS. SHE IS HAVING TROUBLE GETTING THE PROOF OF APPEAL TO DCM B/C THERE ISN'T A PRINT OPTION ON THE SSA WEBSITE. DCM SUGGESTED THAT ASC SCREENSHOT THE INFORMATION AND CX THAT IT COULD BE EMAILED. ASC THANKED, SAYS SHE WILL SEND THIS TO DCM.[07/08/2021 - GRIFFIN, IEESHA]*

**06/28/2021 11:09 PM - NOTIFICATION Note 5**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 06/15/2021 through 06/28/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/28/2021 11:09 PM EST
Current Status: DELIVERED
Delivered ON: 06/29/2021 11:01 AM EST

**06/28/2021 5:45 PM - CLAIM Note 15**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : RP
Text: [06/28/2021 - GRIFFIN, IEESHA]DCM HAS REQ MED DATED 8/1/20 PRESENT FROM AP LANG W/ AUTH TO UPDATE

Text: [06/28/2021 - GRIFFIN, IEESHA]DCM HAS REQ MED DATED 8/1/20-PRESENT FROM AP LANG W/ AUTH TO UPDATE MEDICAL FILE. YOUR WEBORDER TRANSACTION ID IS: 55196544

**06/28/2021 1:57 PM - PHONE Note 12**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : DAY 30
Text: [06/28/2021 - GRIFFIN, IEESHA]CALLED AND LVM ADVISING OF PROOF STATUS, POF-APPEAL NEEDED AND APPVL FORMS. DAY 45 IS 7/8/21.

**06/24/2021 5:36 PM - CLAIM Note 14**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : DAY 30
Text: [06/24/2021 - GRIFFIN, IEESHA]RESENT PROOF LTR TO ASC.

**06/24/2021 5:36 PM - PHONE Note 11**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : DAY 30
Text: [06/24/2021 - GRIFFIN, IEESHA]CALLED TO ADVISED OF PROOF STATUS. LVM STATING POF-APPEAL NEEDED ALONG W/ APPVL FORMS. DAY 45 IS 7/8/21.

**06/14/2021 11:09 PM - NOTIFICATION Note 4**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 06/01/2021 through 06/14/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/14/2021 11:09 PM EST
Current Status: DELIVERED
Delivered ON: 06/15/2021 11:01 AM EST

**06/03/2021 5:56 PM - CLAIM Note 13**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2021
Text: [06/03/2021 - GRIFFIN, IEESHA]48 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PLANTAR FASCIAL FIBROMATOSIS/ PAIN IN LEFT FOOT. PER 2/23/21 OVN FROM AP ELLIOTT ASC STILL HAS EDEMA, JOINT STIFFNESS, DIFFICULTY WALKING AND PROLONGED STANDING. OOW NOTE FROM AP ELLIOTT DATED 3/16/21 STATES ASC CAN RESUME LIGHT DUTY OR SEDENTARY POSITION W/ LIMITED STANDING OF 3HRS DAILY. PER II ASC HAS RECENTLY GONE FOR A SECOND OPINION W/ AP LANG AS OF TWOWEEKS AGO, NOV 3/22/21. *************DCM TO CON'T TO F/U ON R/LS AND WILL GATHER MED IF THESE ARE UNCLEAR. DCM HAS REQ POF FOR CLAIM. PROOF DAY 105 IS 9/6/21.

**05/31/2021 11:38 PM - NOTIFICATION Note 3**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 05/18/2021 through 05/31/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/31/2021 11:38 PM EST
Current Status: DELIVERED
Delivered ON: 06/01/2021 11:01 AM EST

**05/25/2021 9:38 AM - CLAIM Note 12**
Claim/Event/Leave: 11059701
NoteSubject : Notice/Proof Review
Other Subject : DAY 105=9/6/21
Text: [05/25/2021 - GRIFFIN, IEESHA]SENT LTR TO ASC REQ PROOF OF APPEAL FOR SSDI APP, APPVL FORMS. DAY 45 IS 7/8/21, DAY 105 IS 9/6/21.

**05/25/2021 9:28 AM - PHONE Note 10**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject : UPDATES
Text: [05/25/2021 - GRIFFIN, IEESHA]RCVD CALL FROM ASC ADVISING SHE HAD A SX 4/23/21 NOV IS 5/26/21 W/ LANG. ASC SAYS THE SX ISN'T WORKING. FOOT IS STILL SWOLLEN AND SHE DOESN'T KNOW WHY BUT ASC IS TIRED OF HAVING SX AND SHE HAS A KNOT ON THE SIDE OF HER FOOT. SHE DOESN'T KNOW WHAT IS GOING ON WITH HER FOOT. ALL SHE CAN DO IS HAVE HER OV TOMORROW. ASC IS TOO YOUNG TO JUST SIT AROUND BUT IF THIS PROVIDER CAN'T DO ANYTHING SHE WILL TRY TO SEE ANOTHER PROVIDER IF THAT IS WHAT IT TAKES. STICHES WERE REMOVED FROM HER FOOT TWO WEEKS AGO. SHE IS ONLY ABLE TO WALK 30 MINS AT A TIME. ASC SAYS HER SSDI APP WAS DENIED BUT SHE OBTAINED AN ATTNY FOR THIS. DCM REQ LTR WITH UPDATED SSDI STATUS OR LTR THAT CX ASC SUBMITTED HER APPEAL. APPVL

FORMS ARE ALSO NEEDED, ASKED IF ASC RCVD THESE? SHE DIDN'T, SO DCM ASKED IF THIS COULD BE EMAILED TO HER, SHE CX THEY COULD AND THAT SHE IS ABLE TO PRINT THE FORMS IF NEEDED. DCM WILL SEND PROOF LTR FOR THIS INFO, DAY 45 IS 7/8/21.

**05/24/2021 5:31 PM - PHONE Note 9**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : UPDATES
Text: [05/24/2021 - GRIFFIN, IEESHA]CALLED FOR UPDATES. LVM REQ A RTC.

**05/17/2021 11:12 PM - NOTIFICATION Note 2**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 05/04/2021 through 05/17/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/17/2021 11:12 PM EST
Current Status: DELIVERED
Delivered ON: 05/18/2021 11:01 AM EST

**05/03/2021 11:15 PM - NOTIFICATION Note 1**
Claim/Event: 11059701
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 11059701. Your benefit payment for 04/20/2021 through 05/03/2021 in the net amount of $1,405.52 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/03/2021 11:15 PM EST
Current Status: DELIVERED
Delivered ON: 05/04/2021 11:01 AM EST

**04/20/2021 8:33 AM - PHONE Note 8**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject : CHECK
Text: [04/20/2021 - GRIFFIN, IEESHA]RCVD CALL FROM ASC RE: CHECK. DCM ADVISED THAT CHECK ISSUED YESTERDAY, PAYS BI WEEKLY. ENROLLED ASC IN TEXT NOTIFICATIONS.

**03/24/2021 8:13 AM - CLAIM Note 11**
Claim/Event/Leave: 11059701
NoteSubject : Social Security
Other Subject : POF
Text: [03/24/2021 - GRIFFIN, IEESHA]RCVD POF.

**03/23/2021 2:35 PM - PHONE Note 7**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [03/23/2021 - GRIFFIN, IEESHA]REC'D CALL FROM ASC ASKING HOW TO CONTACT WM BENEFITS TO PAY PREMIUMS. DCM PROVIDED CONTACT INFO.

**03/23/2021 1:45 PM - CLAIM Note 10**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject : INITIAL CALC
Text: [03/23/2021 - GRIFFIN, IEESHA]RCVD EH FROM WM, DCM HAS SCHEDULED PMTS. ASC ELIGIBLE FOR 50% OF WAGE BIWEEKLY OR $1405.52. CHECK TO ISSUE 3/24/21.

**03/22/2021 5:42 PM - CLAIM Note 9**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : APPVL
Text: [03/22/2021 - GRIFFIN, IEESHA]APPVL LTR SENT TO ASC.

**03/22/2021 5:31 PM - PHONE Note 6**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject : APPVL
Text: [03/22/2021 - GRIFFIN, IEESHA]ASC RTC TO DCM, SO DCM ADVISED OF APPVL, BEN SUPPORTIVE TO 6/2021, DCM TO F/U AGAIN 5/2021 FOR UPDATES. REMINDED ASC THAT POF IS NEEDED, DCM TO SEND APPVL LTR W/ FORMS. DCM ASKED IF ASC WANTED TO SET UP DD? ASC DID, PROVIDED RN: , ACCT#: . ASC SHOULD HAVE HER FIRST CHECK DD BY THIS TIME NEXT WEEK. ASC THANKED DCM.

**03/22/2021 5:22 PM - PHONE Note 5**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : APPVL
Text: [03/22/2021 - GRIFFIN, IEESHA]CALLED AND LVM ADVISING OF APPVL. BEN SUPPORTIVE TO 6/2021, DCM TO F/U AGAIN 5/2021 FOR UPDATES, POTENTIALLY GATHER MED. DCM TO SEND APPVL LTR AND FORMS AT THIS TIME. ASC IS WELCOME TO C/B DCM WITH DD INFO IF SHE WISHESTO SET THIS UP.

**03/22/2021 11:59 AM - CLAIM Note 8**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : RTWOO JUN 2021
Text: [03/22/2021 - GRIFFIN, IEESHA]48 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PLANTAR FASCIAL FIBROMATOSIS/ PAIN IN LEFT FOOT. PER 2/23/21 OVN FROM AP ELLIOTT ASC STILL HAS EDEMA, JOINT STIFFNESS, DIFFICULTY WALKING AND PROLONGED STANDING. OOW NOTE FROM AP ELLIOTT DATED 3/16/21 STATES ASC CAN RESUME LIGHT DUTY OR SEDENTARY POSITION W/ LIMITED STANDING OF 3HRS DAILY. PER II ASC HAS RECENTLY GONE FOR A SECOND OPINION W/ AP LANG AS OF TWOWEEKS AGO, NOV 3/22/21. *************DCM TO CON'T TO F/U ON R/LS AND WILL GATHER MED IF THESE ARE UNCLEAR. DCM HAS REQ POF FOR CLAIM.

**03/22/2021 11:58 AM - CLAIM Note 7**
Claim/Event/Leave: 11059701
NoteSubject : Ref to Other
Other Subject : RCMD APPVL
Text: [03/22/2021 - GRIFFIN, IEESHA]48 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PLANTAR FASCIAL FIBROMATOSIS/ PAIN IN LEFT FOOT. PER 2/23/21 OVN FROM AP ELLIOTT ASC STILL HAS EDEMA, JOINT STIFFNESS, DIFFICULTY WALKING AND PROLONGED STANDING. OOW NOTE FROM AP ELLIOTT DATED 3/16/21 STATES ASC CAN RESUME LIGHT DUTY OR SEDENTARY POSITION W/ LIMITED STANDING OF 3HRS DAILY. RCMD APPVL

**03/22/2021 11:49 AM - PHONE Note 4**
Claim/Event/Leave: 11059701
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [03/22/2021 - GRIFFIN, IEESHA]48 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PAIN IN LEFT FOOT. ASC SAYS SHE HAS PLANTAR FACITIS (AP HUDSON LOV 11/2020 AND ASC WAS REF'D ASC TO AP ELLIOTT). ASC WAS ORIGINALLY GIVEN A CAST BY AP HUDSON TWICE BUT FOOT DID NOT HEAL. SX ON 12/22/20 W/ AP ELLIOTT , ASC WAS SUPPOSED TO RTW 2/2021 BUT THE FOOT NEVER HEALED, SHE WAS DOING PT AFTER SX 3X PER WEEK AT DYNAMIC PHYSICAL THERAPY AND THIS DID NOT HELP, ASC STILL HAD SWELLING. ASC HAD A SECOND OPINION W/ AP LANG ABOUT 2 WEEKS AGO (NOV IS TODAY) AND THIS PROVIDER TOLD ASC HER SX WAS NOT DONE CORRECTLY. ASC WILL NOT BE RETURNING TO AP HUDSON OR AP ELLIOTT. ASC IS STILL UNABLE TO WALK OR GO TO THE MALL TO WALK. ASC SAYS HER FOOT WILL SWELL EVEN WHEN SHE ISN'T WALKING ON IT. IT WILL SWELL IN THE CAR ON ITS OWN. ASC SAYS AP HUDSON WAS ONLY GIVING HER RX SO ASC DOESN'T FEEL LIKE THIS PROVIDER WAS ACTUALLY TRYING TO HELP HER. ASC IS TRYING TO RTW, SHE WANTS TO GET BACK TO HER LIFE. ASC IS ABLE TO PERFORM ADLS BUT FROM ONE SPOT. SHE WILL PROP HER FOOT ON A STEP STOOL TO WASH DISHES. UNABLE TO WEAR A SHOE ON HER FOOT, WEARS A SLIPPER. MARRIED TO CHRISTOPHER WHO DOES CONSTRUCTION. NO DEPENDENTS, NO HELP DURING THE DAY, HAS GRANDBABY THAT WILL VISIT DURING THE WEEK TO HELP HER. ASC'S HUSBAND IS ONLY THERE ON THE WEEKENDS RIGHT NOW DUE TO HIS JOB. HE IS DOING CONSTRUCTION IN FORT LAUDERDALE, FL. ASC HAS NO OTHER JOBS, DOESN T OWN BUSINESS.APPLIED FOR SSDI ON 1/27/21, LAST TIME SHE CHECKED THE STATUS OF THE APPLICATION IT SAYS SHE HAS 170 DAYS FOR THE CLAIM TO BE REVIEWED, DCM ADVISED OF OFFSET, REQ POF. ADVISED OF BBD, 50% BEN, BI WEEKLY PMTS. CLAIM IS BEING MEDICALLY REVIEWED AT THISTIME. DAY 45 IS 5/5/21.

**03/18/2021 5:18 PM - CLAIM Note 6**
Claim/Event/Leave: 11059701
NoteSubject : Action Plan
Other Subject : PENDED
Text: [03/18/2021 - GRIFFIN, IEESHA]48 YOF. LDW 12/5/20, DOD 8/31/20 (ASC RTW 11/28/20-12/5/20). LTD BBD 3/9/21. (USA) FRESH/FOOD/CONSUMABLE DX: PAIN IN LEFT FOOT. ****** DCM TO COMPLETE II, GATHER MED FOR INITIAL DETERMINATION.

**03/18/2021 5:18 PM - PHONE Note 3**
Claim/Event/Leave: 11059701
NoteSubject : Initial EE Interview
Other Subject : ATTEMPTED
Text: [03/18/2021 - GRIFFIN, IEESHA]CALLED FOR II. LVM REQ A RTC.

**03/17/2021 5:11 PM - CLAIM Note 5**
Claim/Event/Leave: 11059701
NoteSubject : Med Records Rcvd
Other Subject : SW
Text: [03/17/2021 - GRIFFIN, IEESHA]ADDED MED FROM SW DATED 9/14/20- 2/23/20.

**03/17/2021 9:47 AM - CLAIM Note 4**
Claim/Event/Leave: 11059701
NoteSubject : Other

NoteSubject : Other
Other Subject : LTD FORMS
Text: [03/17/2021 - SWAIM, KIMBERLY]FORMS RECEIVED AND CLAIM ASSIGNED TO LTD DCM

**03/03/2021 8:54 AM - PHONE Note 2**
Claim/Event/Leave: 11059701
NoteSubject : EE Called
Other Subject :
Text: [03/03/2021 - BROWN-BENTON, SHERIA]ASC CALLED AND STATED SHE DID NOT RECEIVE FORMS AND ASK IF CAN SEND AGAIN VIA EMAIL. EMAIL ADDRESS ON FILE IS CORRECT. NOV: 3/23/21. ASC STATED SHE HAS APPLIED FOR SSDI JAN 2021. STILL CANNOT STAND ON FOOT FOR A LONG PERIOD OF TIME WITHOUT SWELLING AND HURTING. CAN FEEL PAIN WHEN SHE WALKS. DCM ADVISED WE WILL RESEND AND THEY NEED TO COMPLETED AND RETURNED BY 3/17/21.

**02/16/2021 3:23 PM - CLAIM Note 3**
Claim/Event/Leave: 11059701
NoteSubject : LTR to EE
Other Subject : ACK AD FORMS
Text: [02/16/2021 - HALL, TIFFANY]AUTH TO OBTAIN AND RELEASE INFORMATION, MEDICAL AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION, PSYCHOTHERAPY TA SENT LTD ESCALATION LTR AND THE FOLLOWING FORMS. AUTHORIZATION ACTIVITIES QUESTIONNAIRE, CLAIMANT INFORMATION FORM, CLAIMANT SUPPLEMENTARY STATEMENT, SURVIVOR ESTATE FORM COPY OF YOUR DRIVERS LICENSE WM RFL LETTER. FORMS SHOULD BE RETURNED WITHIN 30 DAYS AND DEADLINE 3/17/21

**02/16/2021 3:23 PM - PHONE Note 1**
Claim/Event/Leave: 11059701
NoteSubject : Called EE
Other Subject : REG LTD BENS
Text: [02/16/2021 - HALL, TIFFANY]CALLED . S/W ASC @ ASKED IF ASC PLANNED TO RTW PRIOR TO OR ON STD MAX BEN DATE. ASC UNSURE OF RTW ADVISED TO FILL OUT FORMS AND RETURN BY 3/17/21

**02/12/2021 10:58 AM - CLAIM Note 2**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject :
Text: [02/12/2021 - MORRISON, MATTHEW]INITIAL CLAIM REVIEW COMPLETED AND CLAIM ASSIGNED TO TRIAGE TEAM

**02/12/2021 8:17 AM - CLAIM Note 1**
Claim/Event/Leave: 11059701
NoteSubject : Other
Other Subject :
Text: [02/12/2021 - HALL, TIFFANY]DCM CLAIM INFO FROM EMAIL SENT BY SEDGWICK (SEE DOC LIST). ASSIGNED TO LTD DCM

---

**PHYSICIAN/ MEDICAL EXPERIENCE – evaluating, diagnosing, and managing complex neuromuscular/ musculoskeletal conditions for over 30 years**

| | |
|---|---|
| CEO<br>BRM Medical Consulting PLLC<br>Portsmouth, NH | Jan 2020 - present |
| Medical Provider - Physiatry<br>Wentworth Health Partners Seacoast Physiatry<br>Portsmouth, NH | Dec 2020 - present |
| President, Founder and Senior Partner<br>Seacoast Area Physiatry LLC<br>Portsmouth, NH | Aug 1989 - Nov 2020 |
| Medical Director<br>Physical Medicine and Rehabilitation Services<br>Portsmouth Regional Hospital, Portsmouth, NH | Aug 1989 - present |
| Medical Director<br>Neuro-Day Outpatient Rehabilitation Program<br>Portsmouth Regional Hospital Rehabilitation Dept.<br>Portsmouth, NH | Jan 2007 - present |
| Physician Disability Consultant<br>Liberty Mutual/ Lincoln Financial Group<br>Commercial Insurance Department<br>Dover, NH | Dec 2014 - present |
| Physician Consultant<br>Briggs Development Group<br>Briggs Belt System LLC | Feb 2016 - present |
| Physician Disability Consultant<br>The Hartford<br>Hartford, CT | Aug 1995 - 1997 |
| Medical Co-Director<br>“ReWorking”, Occupational Rehabilitation Facility<br>Newington, NH | Jun 1990 - Sep 1993 |
| Physiatry Consultant<br>Occupational Health Solutions of New England (OHSNE)<br>Portsmouth, NH | Nov 1993 - 1995 |

**MEDICAL LICENSES**

State of New Hampshire

**MEDICAL SPECIALTY CERTIFICATION**

| | |
|---|---|
| Physical Medicine and Rehabilitation | 1990 |
| Diplomat, American Board of Electrodiagnostic Medicine | 1992 |
| American Registry for Diagnostic Medical Sonography (ARDMS) | 2015 |

**MEMBERSHIPS**

American Institute of Ultrasound in Medicine
American Academy of Physical Medicine and Rehabilitation
American Academy of Electrodiagnostic Medicine

**MEDICAL DEGREE**

Medical College of Wisconsin 1985

**RESIDENCY**

Physical Medicine and Rehabilitation 1985-1989
University of Wisconsin Hospital and Clinics
Madison, WI

**UNDERGRADUATE:**

University of Wisconsin 1980
BS Biochemistry

**CLINICAL EXPERTISE**

- Musculoskeletal/sports injury; diagnosis and treatment
- Complex neuromusculoskeletal conditions; diagnosis and treatment
- Electrodiagnostic medicine
- Musculoskeletal ultrasound; diagnostic and interventional
- Independent medical evaluations
- Permanent impairment evaluations
- Expert witness testimony
- Depositions
- Record review

**PUBLICATIONS**

Co-Author, “A Simple Method for the Evaluation of EMG Needles”. Abstract published, September 1987, Archives Physical Medicine and Rehabilitation. Poster presented at the 1987 AAPM&R annual meeting.

Rodriquez AA, Myers BR, Ford CN, “Laryngeal Electromyography in the Diagnosis of Laryngeal Nerve Injuries”. Phys Med Rehabil. 1990; 70(8):587-90

REFERENCES AVAILABLE UPON REQUEST

# Annie R. Layno-Moses

11944 Montana Avenue Apt.205; Los Angeles, CA 90049
248-930-4556, annie.laynomoses@gmail.com


## SPECIALTY

**Physical Medicine and Rehabilitation and Interventional Pain Management –** specializing in diagnosis and treatment of spinal and musculoskeletal injuries, electrodiagnostics, and interventional pain management including but not limited to: acute and chronic pain management, spinal cord stimulator trials and implants, ultrasound-guided injection, botox injections, trained in minimally invasive indirect decompression and sacroiliac joint fusion

## PROFESSIONAL EXPERIENCE

**Source Healthcare,** Associate Physician, Santa Monica, CA — September 2018-current

**Alpha Diagnostics,** Neuromonitoring Physician, Santa Monica, CA — Sept 2018-present

**Advanced Rehabilitation Care,** PMR Consultant, Chicago, IL — Oct 2015-June 2017

- Moonlighting opportunity at sub-acute rehabilitation facilities

## EDUCATION

**Loma Linda University,** Loma Linda, CA — July 2017-June 2018
*Pain Management Fellow*

**Schwab Rehabilitation Hospital,** Chicago, IL — July 2014-June 2017
*Physical Medicine and Rehabilitation (PMR) Resident*

**St. Francis Hospital,** Evanston, IL — July 2013-June 2014
*Preliminary Medicine Intern*

**Medical College of Wisconsin (MCW),** Milwaukee, WI — Aug 2009-May 2013
*Doctorate of Medicine Graduate*

- PMR Student of the Year 2013

**University of Michigan,** Ann Arbor, MI — Aug 2005-May 2009
*Bachelor of Science,* Brain, Behavior, and Cognitive Sciences
*Bachelor of Arts*, Hebrew and Jewish Cultural Studies
*Minor*, Biology

- University Honors
- National Honors Scholars

**University of Judaism**, Jerusalem, Israel — Aug 2004-June 2005
Emphasis on Hebrew and Judaic Studies

## LICENSURE AND CERTIFICATION

State of California- Permanent License — July 2017-present
American Board of Physical Medicine and Rehabilitation Board Certified — 2018
American Board of Physical Medicine and Rehabilitation Pain Medicine Board Certified — 2018
California Department of Public Health Fluoroscopy and X-ray Supervisor and Operator License — July 2018-present

## PROFESSIONAL SOCIETIES

American Academy of Physical Medicine and Rehabilitation

North American Neuromodulation Society
The American Society of Pain and Neuroscience
Pacific Spine Pain Society
Sierra Spine Society

## PUBLICATIONS

**Layno-Moses A,** Davis TT. Recommendations Re: Regenerative Therapies—Mesenchymal Stem Cells (Allograft). Consensus Guidelines on Interventional Therapies for Knee Pain (STEP Guidelines). In progress.

Sara AA, Nguyen T, **Layno-Moses A,** et. al. Case Series: Lumbosacral Nerve Impingement by Uterine Leiomyoma as an Underlying Cause of Sciatic Neuralgia. In progress.

**Layno-Moses A,** Davis TT, et al. Key Steps in the Pump Implant Procedure, Chapter 6. Inthrathecal Pump Drug Delivery. Springer 2020. Submitted for publication.

**Layno-Moses A,** Ajay B. Antony, et. al. Cool RFA, section in Chapter 3. Essentials of Radiofrequency Ablation of the Spine and Joints. Deer T, Azeem N. Springer 2020. Submitted for publication.

**Layno-Moses A,** Sara AA, et. al. Section III- Overview of Therapeutic Modalities for Pain. Canabinoids, Chapter 9. Common Pain Conditions- Diagnosis and Treatment. Hunter C, Deer T. 2020. Submitted for Publication.

Abd-Elsayed A, Davis TT, **Layno-Moses A.** Pain Management during the COVID 19 pandemic: Recommendations from the American Society of Pain and Neuroscience (ASPN) COVID-19 Taskforce. Pain Medicine. April 2020.

Hagedorn JM, **Layno-Moses A,** et. al. Overview of HF10 spinal cord stimulation for the treatment of chronic pain and an introduction to the Senza Omnia™ system. Pain Management. August 2020.

"Patient with Lumbar Compression Fracture," Scientific American Pain Management Textbook, Co-author Jan 2016

**Rehabilitation in Review** March 2015-November 2015

- Submitted journal article summaries for potential publication in national newsletter
- "Neuropsychological Functioning in a National Cohort of Severe Traumatic Brain Injury: Demographic and Acute Injury-Related Predictors"
- "Association of Cerebrospinal Fluid Levels of Lateral Olfactory Usher Substance (LOTUS) With Disease Activity in Multiple Sclerosis (MS)"
- "An 8-Year Follow-Up on the Effect of Subthalamic Nucleus Deep Brain Stimulation on Pain in Parkinson Disease"

## RESEARCH/PRESENTATIONS

**Sierra Spine Society Annual Meeting,** Mammoth Mountain, CA March 2021

- Presentation, "Intradiscal Biologic Trials for Back Pain Due to Lumbar Degenerative Disc Disease"

**Association of Academic Physiatrists Annual Meeting,** San Juan, PR Feb 2019

- Poster presentation, "Below Knee Amputation secondary to Knee Dislocation," second author

**Schwab Rehabilitation Hospital/University of Chicago,** Chicago, IL June 2015-June 2017

- "Analysis of predictors for acute discharges from a rehabilitation setting." Quality Improvement Project.

**Association of Academic Physiatrists Annual Meeting,** Las Vegas, NV Feb 2017

- Poster presentation, "Bamboo Cervical Spine and Neck Pain in a Patient with AA Amyloidosis: A Case Report," first author

**American Academy of Physical Medicine and Rehabilitation,** New Orleans, LA Oct 2016

- Poster presentation, "Bamboo Cervical Spine and Neck Pain in a Patient with AA Amyloidosis: A Case Report," first author

**University of Illinois Musculoskeletal/Sports Medicine Journal Club,** Chicago, IL June 2016

- "Climbing Has a Positive Impact on Low Back Pain: A Prospective Randomized Controlled Trial"

**University of Illinois Musculoskeletal/Sports Medicine Rotation Final Presentation**, Chicago, IL June 2016

- "Neurovascular Injuries of the Upper and Lower Limbs"

**Chicago Pain Summit,** "Intrathecal Opioid Therapy for Cancer Patients: The Psychological Assessment," Co-Presenter, University of Chicago Feb 2016

**Association of Academic Physiatrists Annual Meeting,** Sacramento, CA Feb 2016

- Poster presentation, "Devic's Disease and Inpatient Rehabilitation: A Case Report," first author

**American Academy of Physical Medicine and Rehabilitation,** Boston, MA Oct 2015

- Poster presentation, "First Ever Reported Case of Anterior Spinal Artery Syndrome Caused by Aortic Ulcers: A Case Report," second author

**Continuous Safety Improvement Presentation,** Schwab Rehabilitation Hospital May 2015, Jan 2016

- Discussed necessity and prevention of acute transfer of a patient to improve future patient care

**Children's Hospital of Wisconsin - Rheumatology,** Milwaukee, WI Aug 2011-May 2012

- Performed chart review and data entry for multiple Juvenile Idiopathic Arthritis projects
- Goal of research was to improve patient care by providing clinicians with up-to-date diagnosis criteria

**"Spinal Bifida and Prenatal Surgery to Repair,"** Milwaukee, WI Aug 2011

- Conference presentation for the Pediatric Physical Medicine and Rehabilitation Department

## LEADERSHIP/COMMITTEES

**Pain Management Committee,** Member, Loma Linda Hospital July 2017-June 2018

- Corroborate with hospital staff regarding pain management in the hospital setting as well as starting an inpatient ketamine protocol

**Code Blue Committee,** Member, Schwab Rehabilitation Hospital July 2014-June 2017
- Work with hospital personnel regarding improving immediate resuscitation protocols

**Clinical Key Trainer for Future Interns,** Schwab Rehabilitation Hospital Feb 2015-June 2016
- Train incoming residents to navigate through Clinical Key search engine

**American Academy of Physical Medicine and Rehabilitation Resident Physician Council,** Residency Program Liaison Jan 2015-Jan 2016
- Assisted with broadening Ambassador Program to help educate residency programs about AAPMR opportunities
- Attended multiple in-person meetings and conference calls regarding AAPMR leadership and programming
- Led chief resident meeting
- Presented update about expansion of Ambassador Program at Resident Town Hall Meeting

**RN/MD Committee,** Resident Liaison, St. Francis Hospital Nov 2013-June 2014
- Collaborated with nurses to help close the gap in communication with residents

**Jewish Student Union,** Co-President, M1 Liaison, Milwaukee, WI Sept 2009-May 2011
- Organized and oversaw all events including speakers, holiday events, and community service activities, as well as was in charge of communication between members

**Global Health Organization,** Treasurer, Milwaukee, WI Sept 2010-May 2011
- In charge of group finances while helping plan lunch speaker events and annual global health fair

## ACTIVITIES

**Interdisciplinary Pain Management Course,** Attendee, Rehabilitation Institute of Chicago Center for Pain Management, Chicago, IL Jan 2016
- Attended interactive, comprehensive course geared toward educating residents and fellows regarding interdisciplinary approach to chronic pain management

**Mock Interview Night Hosted by AMSA,** Milwaukee, WI Jan 2011
- Helped prepare prospective medical students for the medical school interview process

**MCW Office of Admissions,** Milwaukee, WI Oct 2009-Oct 2010
- Hosted prospective Medical College of Wisconsin students and served as a tour guide

**St. John's Medical Center,** Bangalore, India June 2010-Aug 2010
- Organized an international elective between M1 and M2 year for exposure to patient care and medical needs in a third-world country

**Oakwood Hospital OBGYN Externship,** Dearborn, MI June 2010
- Participated in clinical duties and procedures as a rotating extern on Labor and Delivery

## VOLUNTEER/TEACHING EXPERIENCE

**Anti-Hypertensive Medication Nursing In-Service,** Chicago, IL Jan 2017
- Reviewed various pharmacological agents used to treat hypertension with Schwab Hospital nursing staff

**Saturday Clinic for the Uninsured,** Milwaukee, WI Sept 2009-May 2013

- Mentored younger medical students, educating them on good patient H&P techniques

**Clinica Latina,** Milwaukee, WI Jan 2010-May 2013

- Volunteered and provided patient care in a pulmonology clinic in the Milwaukee Latino community

**MCW CARES—Council on AIDS: Reaching and Educating Students,** Treasurer Sept 2009-May 2011

- Educated local high school students about HIV/AIDS and sexually-transmitted infections

**AMSA AIDS Education Chair,** Milwaukee, WI May 2010-May 2011

- Communicated as liaison between American Medical Students Association and MCW CARES

**Habitat for Humanity,** South Miami, FL March 2010

- Volunteered to build homes, roofs, and dig driveways for those in need of a home

## INTERESTS

- Flag Football, Beach and Indoor Volleyball, Yoga
- Travel - 1-year study abroad experience and army simulation program in Israel, 2-month long backpacking trip through Europe, trips to Philippines, India, Dubai, Thailand, Laos, Costa Rica, Brazil, Japan
- Classical pianist - performed concerto with high school symphony orchestra as well as 10-piece formal senior recital, achieved highest level of a Michigan statewide competition
- Languages - Fluent in Hebrew, semi-fluent in French, actively learning Spanish

# SYSTEMONE FILE COPY REQUEST FORM

| | |
|---|---|
| Date of Request: | January 4, 2024 |
| Claimant Name: | Trina Simmons |

**Is there an ISO Report in the doc list?** Yes ☐ No ☒

| | | | |
|---|---|---|---|
| If yes, document date | | Doc Type/Title | |

**Claim number(s)** *Please list only the claims required for the file copy (i.e., LTD, STD, STAT, etc.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| Disability | 11059701 | | | | | |
| Leave | | | | | | |
| Life | | | | | | |
| AS Event | | | | | | |

**Required for delivery information:**

| | |
|---|---|
| One Drive-Recipient Name/Email Address: | support@jpricemcnamara.com |

*All SystemOne files copies are delivered via a secure link through OneDrive. If you require delivery by another method, please inquire with Claims Support by providing the delivery method in the special requests/handling instructions below:

**Please select one of the following options:**

***Request for Administrative Record***

☒ **Request for Administrative Record (COMPLETE FILE)**

*Administrative Record will include the following for each claim number specified above, otherwise specify individual items below*

- ☐ Claim Note(s)
- ☐ Coversheet(s)
- ☐ ALL documents & letters in Doc List and Correspondence Link
- ☐ Surveillance video (*obtained by CE, if any*)
- ☐ Applicable policy (*obtained by CE*)

***Request for Specific Records only***

**Medical**

- ☐ Medical/Medical Records only
- ☐ Medical/Medical Correspondence only
- ☐ Medical/CP Peer Review only

☐ Policy only (*obtained by CE*)

☐ Specific Letters in Correspondence Link/Doc List: Letter Name/date _____

| | |
|---|---|
| **Special Requests or Handling Instructions** | Please provide a complete copy of the claim file to the attorney |

**Please email completed file copy request to Claims Support team:** ClaimsHOAdmin@lfg.com

- Requests will be completed within 2 business days.
- Please Note: secure OneDrive links expire with 24 hours. The password for the secure OneDrive link, unless otherwise specified in this request, is the first two letters of the claimant's first name followed by date of birth in the format **MMDDYYYY**. The first letter of the claimant name is uppercase, and password is case sensitive. **Ex: Ja08102010**.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | January 4, 2024 |
| To: | LAW OFFICES OF J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>SUITE130<br>BATON ROUGE LA 70809 |
| Attn: | |
| Fax: | (225) 201-8313 |
| From: | Jerronda King<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 2 |
| RE:<br><br>Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 4, 2024

Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

To Whom It May Concern:

We have received your request for a copy of the administrative record on behalf of Trina Simmons. We have referred the claim to administration to send a complete copy of the claim file via secure email to support@jpricemcnamara.com. The link provided will be time sensitive and password protected.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

December 29, 2023

**<u>SENT VIA CERTIFIED MAIL</u>**
**<u>& FAX (603) 334-0401</u>**

The Lincoln National Life Insurance Company
**Attn: Jerronda King**
PO Box 2578
Omaha, NE 68103

**Re: Long Term Disability (LTD) Benefits**
**Walmart, Inc.**
**Claim #: 11059701**
**Claimant: Trina Simmons**

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Jerronda King,

**I represent Trina Brown-Simmons in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, <u>and any and all policies of insurance covering the plan</u>.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**NOTICE OF LIEN AND INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eem
Enclosure

**U.S. Department of Labor**

Employee Benefits Security Administration
Washington, D.C. 20210

June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was ... generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

We hope this information is of assistance to you.

Sincerely,

Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

December 5, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

The Lincoln National Life Insurance Company
**Attn: Jerronda King**
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

**Re: Claimant: Trina B. Simmons**
**Claim #: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

Dear Ms. King,

In response to Lincoln's letter of December 4, 2023, this is to advise that Ms. Simmons will not be submitting additional evidence. Please resume the appeal review.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

FILEVINE

# Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 427-1877 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Simmons - Ltr to Lincoln Req Resume Review - 12-05-23_2023-12-05-1135-PST.pdf | **Pages:** | 1 |
| **Sent:** | December 5, 2023 11:35 AM PST | **Rec'd:** | December 5, 2023 11:36 AM PST |

Lincoln Financial Group

**Nicole Hall, MS, CRC**
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis**

**From:** Nicole Hall, MS, CRC
**Date**: 12/04/2023
**To:** Jerronda King, Appeal Review Consultant
**Claim#:** 11059701
**Claimant:** Trina Simmons
**Policyholder:** Walmart, Inc.

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Assistant Manager employed with Walmart, Inc. since 11/09/11. The insured discontinued work on 08/31/20 due to left-sided plantar fasciitis and bilateral knee pain. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) dated 01/24/22 completed by Meredith Hester, MS, CRC, NCC (Please see the completed report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages).

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Physical Medicine & Rehabilitation Peer Review completed by Dr. Layno-Moses, M.D., dated 11/27/23. Restrictions include the following:

- "Sitting: Constantly
- Standing: Frequently
- Walking: Frequently
- Lifting: Frequently, up to 30 lbs. BUE
- Carrying: Frequently, up to 30 lbs. BUE
- Pushing: Frequently, up to 30 lbs. BUE
- Pulling: Frequently, up to 30 lbs. BUE
- Climbing stairs: Frequently
- Balancing: Frequently
- Stooping: Frequently
- Kneeling: Occasionally
- Crouching: Occasionally
- Crawling: Frequently
- Reaching: Unrestricted to all three levels, BUE
- Use lower extremities for foot controls: Occasionally LLE; Frequently RLE
- Fine manipulation: Unrestricted BUE
- Simple and firm grasping: Unrestricted BUE
- No climbing ladders or operating heavy machinery"

Upon review of the available information, the previously identified occupational alternatives continue to remain viable at this time. Updated wages have been provided below:

**Examples of Occupations identified based on National labor market and the insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Biweekly Wage | National Monthly Wage |
|---|---|---|---|---|
| 241.137-014 | Supervisor, Customer-Complaint Service | S | $2,361 | $5,115 |
| 249.137-026 | Supervisor, Order Takers | S | $2,361 | $5,115 |

| | | | | |
|---|---|---|---|---|
| 239.362-014 | Customer Service Representative | S | $1,453 | $3,148 |
| 209.567-014 | Order Clerk, Food and Beverage | S | $1,464 | $3,172 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

While additional occupational alternatives were identified through the updated OASYS analysis, these options were ultimately omitted from the report as they fell outside of the insured's pre-disability earnings.

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

Respectfully submitted,

*Electronically Signed by*
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 185.167-046 | Manager, Retail Store | 7 | 4 | 9 | Y | N | N | L | 11.11.05 |
| 299.137-010 | Manager, Department | 7 | 3 | 0 | Y | N | N | M | 11.11.05 |
| 211.462-014 | Cashier-Checker | 3 | 0 | 6 | Y | N | N | L | 07.03.01 |
| 241.137-014 | Supervisor, Customer-Complaint Service | 6 | 7 | 8 | Y | N | N | S | 07.04.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 4 Grades 9-12 | No Change |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | Frequently |
| Stooping | | Occasionally | Frequently |
| Kneeling | | Occasionally | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Never | Frequently |
| Reaching | | Constantly | No Change |
| Handling | | Constantly | No Change |
| Fingering | | Constantly | No Change |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

| | | |
|---|---|---|
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | Yes | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | December 4, 2023 |
| To: | LAW OFFICES OF J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>SUITE130<br>BATON ROUGE LA 70809 |
| Attn: | |
| Fax: | (225) 201-8313 |
| From: | Jerronda King<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 25 |
| RE: | Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 4, 2023

Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

To Whom It May Concern:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Walmart, Inc.'s Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy on behalf of Trina Simmons.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached the medical and vocational reports completed on appeal, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or December 24, 2023, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by December 24, 2023, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 11059701-MEDICAL-CP/PEER REVIEW-11.28.2023
11059701-VOC-TRANSFERRABLE SKILLS ASSESSMENT-12.04.2023

# Annie Layno-Moses, MD
***Board-Certified in Physical Medicine & Rehabilitation***
***Pain medicine***

CLAIMANT NAME: Simmons, Trina
EXAMINER: Annie Layno-Moses, MD
ECN #: 253603-1
CLAIM #: 11059701
DATE OF LOSS: 8/31/2020
DATE OF SERVICE: 11/27/2023

**Peer Review**

This is a peer review regarding Simmons, Trina. I have been asked to review the medical records on behalf of ECN. I reviewed records from 05/07/2014 through 06/13/2023 including:

- Catherine Hudson, DPM / Doctor of Podiatric Medicine, extending from 09/14/2020 to 11/24/2020
- Samuel Ferris, MD / Cardiology, extending from 12/03/2020 to 05/05/2023
- Denise Elliott, DPM / Doctor of Podiatric Medicine, extending from 12/08/2020 to 02/23/2021
- Paul Naccari, PT / Physical Therapist, on 02/03/2021
- Craig Long, PTA / Physical Therapy Assistant, extending from 02/04/2021 to 03/05/2021
- Janie Irvin, PT / Physical Therapist, on 02/19/2021
- Cassie Mayer, PT / Physical Therapist, on 03/04/2021
- Edward Lang, DPM / Doctor of Podiatric Medicine, extending from 03/08/2021 to 05/30/2023
- Sofia Rodriguez, MD / Resident Physician, on 01/28/2022
- Robert Jones, MD / Dermatology, extending from 02/04/2022 to 07/07/2022
- Clinical Pathology Laboratories, on 03/03/2022
- Paul Staab, MD / Family Medicine, extending from 03/17/2022 to 11/15/2022
- Archibald Melcher, MD / Neurology, extending from 06/15/2022 to 09/09/2022
- Harry A. Roach, MD / Thoracic Surgery, extending from 10/07/2022 to 02/03/2023
- Howard Hirsch, MD / Hip and Knee Orthopedic Surgery, extending from 10/11/2022 to 01/24/2023
- William Troxler, MD / Anatomic & Clinical Pathology, on 11/08/2022
- Stacy Luna, PA-C / Physician Assistant-Certified, on 01/25/2023
- Troy Drewitz, MD / Obstetrics and Gynecology, on 03/10/2023
- Ileannette Robledo Vega, MD / Rheumatology, extending from 04/10/2023 to 05/04/2023
- David Beary, MD / Internal Medicine, on 06/13/2023
- Adam C. Wells, MD / Diagnostic Radiology, on 10/11/2022
- Hernan Bazan, MD / Vascular Surgery, on 03/09/2022
- Edward Bluth, MD / Diagnostic Radiology, on 02/11/2022
- Stephen Johnson, MD / Diagnostic Radiology, on 04/20/2022

- Ernest Rudman, MD / Diagnostic Radiology, on 04/20/2022
- James Milburn, MD / Neuroradiology, on 09/02/2019
- Dee D. Malkerneker, MD / Diagnostic Radiology, on 06/03/2019
- Noah Emerson, DO / Interventional Radiology, on 05/06/2019
- Jason Giardina, MD / Diagnostic Radiology, on 05/06/2019
- Adam Dowling, MD / Diagnostic Radiology, on 02/04/2019
- Matthew Irwine, MD / Diagnostic Radiology, on 07/24/2018
- Nancy Diethelm, MD / Diagnostic Radiology, on 07/24/2018
- Richard Tupler, MD / Diagnostic Radiology, on 02/12/2015
- Francine Belleville, MD / Diagnostic Radiology, on 05/07/2014
- Michael Alline, MD / Diagnostic Radiology, extending from 10/31/2019 to 05/02/2023
- Susan Fuzzard, MD / Neuroradiology, on 02/03/2023
- William Shaffer, MD / Diagnostic Radiology, on 10/07/2022
- Scott Carbajal, MD / Diagnostic Radiology, on 09/09/2022
- Jay Helgason, MD / Diagnostic Radiology, on 02/24/2022
- Rodrigo Saenz, MD / Diagnostic Radiology, on 04/22/2021
- David Theriot, MD / Diagnostic Radiology, on 12/21/2020
- James Hanemann, MD / Diagnostic Radiology, on 12/10/2020
- Charles Chism, MD / Diagnostic Radiology, on 06/02/2020

The claimant is a 51-year-old female with a medical history significant for Plantar fascial fibromatosis, left foot pain, edema, Achilles tendinitis, neuropathic pain, cervical radiculopathy, and RA.

10/26/2021, Michael Alline, MD / Diagnostic Radiology: The claimant presents for an X-ray of the lumbar spine due to intervertebral disc degeneration of the lumbar region. The procedure showed no significant bony abnormalities.

02/11/2022, Edward Bluth, MD / Diagnostic Radiology: The claimant presents for a venous ultrasound of the bilateral lower extremity due to lower extremity edema and peripheral vascular disease. The procedure showed no evidence of DVT in either lower extremity.

09/09/2022, Scott Carbajal, MD / Diagnostic Radiology: The claimant presents for an MRI of the cervical spine due to radiculopathy. The procedure showed reversal of the cervical spine lordosis, no significant spinal canal or neuroforaminal compromise, T4 vertebral body lesion, old right cerebellar lobe infarcts, and mild lymphoproliferative process.

10/11/2022, Adam C. Wells, MD / Diagnostic Radiology: The claimant presents for an X-ray of the bilateral knees due to pain in the right knee. The procedure showed medial compartment joint space loss bilaterally but there is no evidence of fracture, dislocation oe bony erosion, however, there is ossepus spur at the superior aspect of the patella bilaterally.

01/13/2023, Dr. Bruce Myers: Peer Review: The claimant's primary diagnoses include Peripheral neuropathic pain M792, Lower extremity edema R260, Left ankle pain M967, and Knee pain M170. Based on the medical evidence from 03/09/2021 through 11/15/2021, the claimant appears precluded from performing activities greater than required for activities of daily living. From 11/16/2021 to the present and ongoing the claimant does not appear to have been precluded from performing the following activities. At one time: Sit - 1 hours, Stand - 1/2-hour Walk - 1/2-hour, Drive - 1 hour In an 8-hour workday. Sit - 8 hours Stand - 1 hour Walking - 1 hour Drive – 2 hours, Walk stairs – occasionally Climb ladders – never Handle, grasp, manipulate, finger, key – continuously Reach floor to waist – occasionally Reach waist to over shoulder – occasionally Lift, carry – up to 10 pounds occasionally Push, pull – up to 20 pounds occasionally Bend, stoop, twist – occasionally Crawl, kneel, squat – occasionally Duration – permanent.

01/25/2023, Stacy Luna, PA-C / Physician Assistant-Certified: The claimant presents for a follow-up visit. The claimant complained of significant pain in the bilateral knee. It was noted that her pain is worse on the left, and she has documented slight narrowing in the bilateral knees. She has attended 6 PT visits in the past, was given Mobic, and was recommended to lose weight. She noted that she has constant pain in the knees which is worse with walking and prolonged sitting with associated locking and catching, but there is no symptoms of giving away. The claimant also endorsed intermittent numbness in the left leg for which she is following vascular and neurology. It was also noted that she has a history of chronic left foot pain with a current severity of 8/10. She was advised to wear the knee brace as needed for prolonged walking for support and help with pain. She was also placed on OR meloxicam and Naprosyn to help with pain/inflammation. Her physical examination of the bilateral knees showed trace effusion in the knees but she has full/normal ROM of the bilateral knees as well as intact sensation. Her assessment showed osteoarthritis of the bilateral knees.

02/03/2023, Rafael Figuerora, MD / Radiology: The claimant presents for an X-ray of the bilateral hips and pelvis due to a history of left leg pain. The procedure showed bilateral hip osteophyte formation as well as some degenerative changes of the right hip, but there is no evidence of acute fractures or dislocations.

02/03/2023, Susan Fuzzard, MD / Neuroradiology: The claimant presents for an MRI of the lumbar spine due to back pain and left lower extremity pain. The procedure showed a stable exam, however, there is the presence of facet arthropathy at L4-5 as well as L5-S1.

02/28/2023, Edward Lang, DPM / Doctor of Podiatric Medicine: The claimant presents for a follow-up visit with a chief complaint of foot pain. It was noted that she has a history of left ruptured AFT, she is currently reporting pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot/ankle during activity. Her pain severity was noted to bet at 8/10. It was also noted that she is being followed for neuropathy as well as due to pain being present in both feet however she reported that she has been able to increase her activity since her last visit. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the

ankle/foot/digits, diminished pulse in the bilateral LE , she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally. Her assessment showed plantar fasciitis, pain in the bilateral foot, non-displaced fracture of the body of the left valcaneus, sprain of the ligament of the left ankle, idiopathic peripheral autonomic neuropathy, morbid obesity, and xerosis cutis.

03/28/2023, Edward Lang, DPM / Doctor of Podiatric Medicine: The claimant presents for a follow-up visit. She reported no new complaints during this visit, and no changes in her symptoms or conditions were noted.

03/30/2023, Ryan J. Charles, DO / Orthopedic Surgery: The claimant presents for a follow-up visit for pain in the bilateral knees. She reported that she continues to experience bilateral knee pain L>R, she also noted that she has been evaluated by other orthopedic surgeons and was informed that she has mild age-appropriate radiographic changes in her knees. Her assessment showed mild bilateral knee osteoarthritis and multiple joint pains with a possible rheumatologic diagnosis. The claimant also complains of hip arthralgias, back pain as well as shoulder pain. It was also noted that there is no focal unclear etiologies for this multiple joint pain. It was also noted that all these constellation of symptoms appear to have more rheumatologic etiology due to her labs showing elevated ESR and CRP. She also noted that her pain is now progressing to interfere with activities which include walking, functional ADLs at home, rising from a sitting position, standing for prolonged periods of time, and getting out of a car. She also reported resolution of catching/clicking/popping in the bilateral knees. Her physical examination of the bilateral knees showed no abnormalities except TTP over the medial joint and lateral joint line.

04/10/2023, Ileannette Robledo Vega, MD / Rheumatology: The claimant presents for a follow-up visit. It was noted that she has a history of chest pain, peripheral neuropathic pain, chronic bilateral knee pain, seizures, and left-sided plantar fasciitis. It was noted that she is been seen in the setting of multiple joint pains. She reported that she has had plantar fasciitis on the left foot after several procedures in the left foot which also led to subsequent chronic edema and pain. She also reported that she has bilateral knee pain and is being evaluated by orthopedics with her X-ray showing mild OA of the bilateral knees. However, it was noted that her referral despite these findings is due to multiple joint pain with elevated CRP. Her physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle.

05/04/2023, Ileannette Robledo Vega, MD / Rheumatology: The claimant presents for a follow-up visit. It was noted that she is still having left ankle and foot pain as well as neuropathy. It was also noted that she continues to experience low back pain and hip stiffness. Her physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle.

05/30/2023, Edward Lang, DPM / Doctor of Podiatric Medicine: The claimant presents for a follow-up visit. She reported no new complaints during this visit, However, her

reported pain during this visit was improved noting a current pain severity of 4/10. She also reports decreased swelling. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE, she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally.

**DIAGNOSES:**

**Primary Diagnosis:** Plantar fascial fibromatosis.

**Medical/Surgical Conditions:** Left foot pain, edema, Achilles tendinitis, neuropathic pain, cervical radiculopathy, RA.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Left-sided plantar fasciitis- M72. 2
Bilateral knee pain- M17. 0

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

S/P left ruptured AFT- S63. 332A

3. **Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from March 8, 2023 to the present, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has a supported level of impairment that translates into restrictions and limitations from March 8, 2023 to the present.

The claimant is a 51-year-old female with a medical history significant for Plantar fascial fibromatosis, Left foot pain, edema, Achilles tendinitis, neuropathic pain, cervical radiculopathy, and RA.

The claimant was seen on 1/25/23 by Stacy Luna, PA-C / Physician Assistant-Certified for a follow-up visit. The claimant complained of significant pain in the bilateral knee. It was noted that her pain is worse on the left, and she has documented a slight narrowing in the bilateral knees. She has attended 6 PT visits in the past, was given Mobic, and was recommended to lose weight. She noted that she has constant pain in the knees which is

worse with walking and prolonged sitting with associated locking and catching, but there are no symptoms of giving away. The claimant also endorsed intermittent numbness in the left leg for which she is following vascular and neurology. It was also noted that she has a history of chronic left foot pain with a current severity of 8/10. She was advised to wear the knee brace as needed for prolonged walking for support and help with pain. She was also placed on OR meloxicam and Naprosyn to help with pain/inflammation. Her physical examination of the bilateral knees showed trace effusion in the knees but she has full/normal ROM of the bilateral knees as well as intact sensation. Her assessment showed osteoarthritis of the bilateral knees. Edward Lang, DPM / Doctor of Podiatric Medicine saw her on 2/28/23 for a follow-up visit with a chief complaint of foot pain. It was noted that she has a history of left ruptured AFT, she is currently reporting pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot/ankle during activity. Her pain severity was noted to be at 8/10. It was also noted that she is being followed for neuropathy as well as due to pain being present in both feet however she reported that she has been able to increase her activity since her last visit. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE, she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally. Her assessment showed plantar fasciitis, pain in the bilateral foot, non-displaced fracture of the body of the left calcaneus, sprain of the ligament of the left ankle, idiopathic peripheral autonomic neuropathy, morbid obesity, and xerosis cutis.

Ryan J. Charles, DO / Orthopedic Surgery saw the claimant on 3/30/23 for a follow-up visit for pain in the bilateral knee. She reported that she continues to experience bilateral knee pain L>R, she also noted that she has been evaluated by other orthopedic surgeons and was informed that she has mild age-appropriate radiographic changes in her knees. Her assessment showed mild bilateral knee osteoarthritis and multiple joint pains with a possible rheumatologic diagnosis. The claimant also complains of hip arthralgias, back pain as well as shoulder pain. It was also noted that there are no clear etiologies for this multiple joint pain. It was also noted that the constellation of symptoms appears to have more rheumatologic etiology due to her labs showing elevated ESR and CRP. She also noted that her pain is now progressing to interfere with activities which include walking, functional ADLs at home, rising from a sitting position, standing for prolonged periods of time, and getting out of a car. She also reported a resolution of catching/clicking/popping in the bilateral knees. Her physical examination of the bilateral knees showed no abnormalities except TTP over the medial joint and lateral joint line. Ileannette Robledo Vega, MD / Rheumatology saw her on 4/10/23 for a follow-up visit. It was noted that she has a history of chest pain, peripheral neuropathic pain, chronic bilateral knee pain, seizures, and left-sided plantar fasciitis. It was noted that she is been seen in the setting of multiple joint pains. She reported that she has had plantar fasciitis on the left foot after several procedures in the left foot which also led to subsequent chronic edema and pain. She also reported that she has bilateral knee pain and is being evaluated by orthopedics with her X-ray showing mild OA of the bilateral knees. However, it was noted that her referral despite these findings is due to multiple joint pain with elevated CRP. Her

physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle. It was noted on 5/4/23 that she is still having left ankle and foot pain as well as neuropathy. It was also noted that she continues to experience low back pain and hip stiffness. Her physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle. Edward Lang, DPM / Doctor of Podiatric Medicine saw her on 5/20/23 for a follow-up visit. She reported no new complaints during this visit, However, her reported pain during this visit was improved noting a current pain severity of 4/10. She also reports decreased swelling. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE , she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally.

The claimant has a history of osteoarthritis of the bilateral knee with complaints of significant bilateral knee pain worse on the left. Her imaging studies showed slight narrowing in the bilateral knees. The claimant also endorsed a history of chronic left leg pain secondary to left ruptured AFT and current symptoms of intermittent numbness in the left leg. She has attended PT in the past and a recommendation for weight loss was issued and she was placed on Mobic. She noted that her symptoms are worse with sitting and walking with associated locking and catching, but there are no symptoms of giving away. Despite these reported symptoms her physical exam on 1/25/23 showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE, she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally. She was given knee braces and advised to use them for prolonged walking to help with pain and for support. She reports Pain being present in her bilateral legs as well as her back and shoulders and is being evaluated for neuropathy. The claimant has not yet been evaluated by rheumatology, but her AP opined that the constellation of symptoms appears to have more rheumatologic etiology due to her labs showing elevated ESR and CRP. The claimant was evaluated by Rheum on 4/10/23 due to complaints of multiple joint pain and her labs showing elevated CRP. The claimant continued to endorse a history of back pain, her recent MRI of the lumbar spine showed, the presence of facet arthropathy at L4-5 as well as L5-S1, and her MRI of the cervical spine showed a reversal of the cervical lordosis. Despite these findings and numerous clinical visits with multiple specialties, the claimant does not demonstrate any physical deficits or pain reproduction related to spinal exams. The claimant's impairing conditions are Left-sided plantar fasciitis and bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and mild OA of the bilateral knees. The claimant has no clinical evidence or tests to support radicular symptoms in the UE or the LE. She has full motor strength of the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions. The sum of the findings presented so far suggests that the claimant has significant residual impairments in her function that warrant the recommendation of restrictions and limitations within the period of review.

Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Frequently, up to 30 lbs. BUE
Carrying: Frequently, up to 30 lbs. BUE
Pushing: Frequently, up to 30 lbs. BUE
Pulling: Frequently, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Frequently
Reaching: Unrestricted to all three levels, BUE
Use lower extremities for foot controls: Occasionally LLE; Frequently RLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
No climbing ladders or operating heavy machinery

The above-recommended restrictions and limitations are indicated from March 8, 2023 to the present with reassessment on or around 05/30/24.

**4. Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

There are no restrictions and/or limitations recommended by treating providers within the period of review.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are not any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

The claimant's reported history of back pain is not substantiated with sufficient clinical evidence, her recent MRI of the lumbar spine showed, the presence of facet arthropathy at L4-5 as well as L5-S1, and her MRI of the cervical spine showed reversal of the cervical lordosis. Despite these findings and numerous clinical visits with multiple specialties, the claimant does not demonstrate any physical deficits or pain reproduction related to spinal exams. The claimant's impairing conditions are Left-sided plantar fasciitis and Bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and Mild OA of the bilateral knees. The claimant has no clinical evidence or tests to support radicular symptoms in the UE or the LE. She has full motor strength in the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions.

7. **Does the medical evidence support the claimant has the ability to sustain full-time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from March 8, 2023 to present? Please explain your medical rationale.**

Yes, the medical evidence supports that the claimant has the ability to sustain full-time capacity within the identified restrictions and limitations from March 8, 2023, to the present.

8. **Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

No, the medical evidence does not support that the claimant experiences any side effects from the prescribed medications.

9. **Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, swelling (edema), etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The claimant's reported history of back pain is not substantiated with sufficient clinical evidence, her recent MRI of the lumbar spine showed, the presence of facet arthropathy at L4-5 as well as L5-S1, and her MRI of the cervical spine showed reversal of the cervical lordosis. Despite these findings and numerous clinical visits with multiple specialties, the claimant does not demonstrate any physical deficits or pain reproduction related to spinal exams. The claimant's impairing conditions are Left-sided plantar fasciitis and Bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and Mild OA of the bilateral knees. The claimant has no

clinical evidence or tests to support radicular symptoms in the UE or the LE. She has full motor strength in the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions.

**10. When contacting the treating providers, please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you are unable to concur. Please contact any other needed providers. If you did not reach the providers after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have like to clarify.**

Phone call to Dr. Lang's office - Monday, 11/20/23, 1:51PM, left a message at New Orleans Podiatry Associates with specialist, John. Contact number used for outreach: 504-897-3627

Phone call to Colleen Tran, PA-C's office - Monday, 11/20/23, 2:01PM, unable to leave a message at Michael Brothers MD Lung Cancer Surgeons due to the office being closed with no option to leave a voicemail. Contact number used for outreach: 504-454-2222

Phone call to Dr. Vega's office - Monday, 11/20/23, 2:02PM, medical receptionist, Jeanine at LCMC Health advised Dr. Vega is no longer with the claimant is not being treated by another provider. Contact number used for outreach: 504-210-4290

Phone call to Dr. Lang's office - Tuesday, 11/21/23, 9:58AM, left a message at New Orleans Podiatry Associates with scheduling, Caroline. Contact number used for outreach: 504-897-3627

Phone call to Colleen Tran, PA-C's office - Tuesday, 11/21/23, 10:00AM, Colleen Tran, PA-C at Michael Brothers MD Lung Cancer Surgeons requested to have the questions faxed in writing to 504-454-2388. Contact number used for outreach: 504-454-2222

**11. If your conclusions are different from the conclusions in the review by Dr. Bruce Myers, please explain the medical rationale and evidence used resulting in different conclusions.**

01/13/2023, Dr. Bruce Myers: Peer Review: The claimant's primary diagnoses include Peripheral neuropathic pain, Lower extremity edema, Left ankle pain, and Knee pain. From 11/16/2021 to the present and ongoing the claimant does not appear to have been precluded from performing the following activities. At one time: Sit - 1 hours, Stand - 1/2-hour Walk - 1/2-hour, Drive - 1 hour. In an 8-hour workday. Sit - 8 hours; Stand - 1 hour; Walking - 1 hour; Drive – 2 hours, Walk stairs – occasionally; Climb ladders – never; Handle, grasp, manipulate, finger, key – continuously; Reach floor to waist – occasionally; Reach waist to over shoulder – occasionally; Lift, carry – up to 10 pounds

occasionally; Push, pull – up to 20 pounds occasionally; Bend, stoop, twist – occasionally; Crawl, kneel, squat – occasionally; Duration – permanent.

Based in my review of the medical records, the claimant does not have sufficient evidence to support restrictions or limitations of peripheral neuropathic pain. There are no formal neurologic tests to show evidence of radicular symptoms, and the claimant's imaging of the lumbar and cervical spine does not show any evidence of significant spinal canal or neuroforaminal compromise. However, the claimant's impairing conditions are Left-sided plantar fasciitis and bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and mild OA of the bilateral knees. She has full motor strength of the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions. Given these deficits, I opine she requires the R/Ls as outlined above in Q3, which differ from those opined by Dr. Bruce Myers, as it appears she has greater functionality, as indicated by full motor strength/intact sensation in the BLEs; also, I kindly disagree that the R/Ls are permanent, as there may be alterations in her condition.

Sincerely,

**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

ECN

Corporate Office

Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Trina Simmons
Claim Number: 11059701
Case Number: 253603-1

"I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

11/27/2023

Signature of Physician Date

Medical/Professional License # A 149708

Annie R Layno-Moses, MD

November 28, 2023

Dr. Lang
Phone Number: 504-897-3627
Fax Number: 504-897-3339

Re: Disability Benefits
Claimant Name: Trina Simmons
Claimant DOB:
Claim Number: 11059701

Dear Dr. Lang,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 11/20/23 at 1:51PM and 11/21/23 at 9:58AM with messages left with John and Caroline, but we were unable to connect.

If you would like to submit any additional information on your patient's behalf, you can direct any records or correspondence to the claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

**-Electronically Signed-**

Annie R Layno-Moses, MD

Board Certified: Physical Medicine and Rehabilitation

AP Name Date

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

**From:** Fax2Mail powered by OpenText
**To:** West, Kate
**Subject:** T. Simmons - 253603-1 Dr. Lang
**Date:** Tuesday, November 28, 2023 9:59:44 AM

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Kate West |
| **Job Number** | 1626403504 |
| **Sent By User** | F2M/85300779093 |
| **Entered Fax2Mail System** | 11/28 06:47 |
| **Report Generated** | 11/28 06:59 |
| **Subject** | T. Simmons - 253603-1 Dr. Lang |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 504-897-3339 | SENT | 11/28 | 06:58 | 2 |

Annie R Layno-Moses, MD

November 28, 2023

Dr. Vega
Phone Number: 504-210-4290
Fax Number: 504-897-7789

Re: Disability Benefits
Claimant Name: Trina Simmons
Claimant DOB:
Claim Number: 11059701

Dear Dr. Vega,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 11/20/23 at 2:02PM and per Jeanine, Dr. Vega is no longer with the practice and claimant is not being treated by another provider in the office.

If you would like to submit any additional information on your patient's behalf, you can direct any records or correspondence to the claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

**-Electronically Signed-**

Annie R Layno-Moses, MD

Board Certified: Physical Medicine and Rehabilitation

AP Name Date

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

**From:** Fax2Mail powered by OpenText
**To:** West, Kate
**Subject:** T. Simmons - 253603-1 Dr. Vega
**Date:** Tuesday, November 28, 2023 10:19:20 AM

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| Attention | Kate West |
| Job Number | 1428750121 |
| Sent By User | F2M/85300779093 |
| Entered Fax2Mail System | 11/28 06:46 |
| Report Generated | 11/28 07:19 |
| Subject | T. Simmons - 253603-1 Dr. Vega |
| Page Count | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| Sent: 1 | Errors: 0 | Cancelled: 0 |
| Total: 1 | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 504-897-7789 | SENT | 11/28 | 07:18 | 4 |

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5906
Fax: (561) 392-5881
E-mail: info@ecninc.com Web: www.ecninc.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | November 28, 2023 | | |
| **TO:** | Colleen Tran, PA-C | **FROM:** | Kate West<br>Annie R Layno-Moses, MD |
| **FAX:** | 504-454-2388 | **FAX:** | (561) 392-5881 |
| **RE:** | Trina Simmons | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 11059701 | **PAGES:** | 2 |

## COMMENTS:

Good morning,

Please see the attached ROI form for Trina Simmons, At the request of our client, Lincoln Financial Group, **Annie R Layno-Moses, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. **From a physiatry and pain management standpoint, what activity restrictions would you recommend?**

Dr. Layno-Moses has been requested to have their report completed by **12/4/2023** and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number or email to BocaReports@genexservices.com, and we will forward it to Dr. Layno-Moses.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

**From:** Fax2Mail powered by OpenText
**To:** West, Kate
**Subject:** T. Simmons - 253603-1 Colleen Tran, PA-C
**Date:** Tuesday, November 28, 2023 9:50:04 AM

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Kate West |
| **Job Number** | 1528742211 |
| **Sent By User** | F2M/85300779093 |
| **Entered Fax2Mail System** | 11/28 06:46 |
| **Report Generated** | 11/28 06:49 |
| **Subject** | T. Simmons - 253603-1 Colleen Tran, PA-C |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 504-454-2388 | SENT | 11/28 | 06:49 | 1 |

Lincoln Financial Group

Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis**

**From:** Nicole Hall, MS, CRC
**Date:** 12/04/2023
**To:** Jerronda King, Appeal Review Consultant
**Claim#:** 11059701
**Claimant:** Trina Simmons
**Policyholder:** Walmart, Inc.

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Assistant Manager employed with Walmart, Inc. since 11/09/11. The insured discontinued work on 08/31/20 due to left-sided plantar fasciitis and bilateral knee pain. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) dated 01/24/22 completed by Meredith Hester, MS, CRC, NCC (Please see the completed report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages).

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Physical Medicine & Rehabilitation Peer Review completed by Dr. Layno-Moses, M.D., dated 11/27/23. Restrictions include the following:

- "Sitting: Constantly
- Standing: Frequently
- Walking: Frequently
- Lifting: Frequently, up to 30 lbs. BUE
- Carrying: Frequently, up to 30 lbs. BUE
- Pushing: Frequently, up to 30 lbs. BUE
- Pulling: Frequently, up to 30 lbs. BUE
- Climbing stairs: Frequently
- Balancing: Frequently
- Stooping: Frequently
- Kneeling: Occasionally
- Crouching: Occasionally
- Crawling: Frequently
- Reaching: Unrestricted to all three levels, BUE
- Use lower extremities for foot controls: Occasionally LLE; Frequently RLE
- Fine manipulation: Unrestricted BUE
- Simple and firm grasping: Unrestricted BUE
- No climbing ladders or operating heavy machinery"

Upon review of the available information, the previously identified occupational alternatives continue to remain viable at this time. Updated wages have been provided below:

**<u>Examples of Occupations identified based on National labor market and the insured's ability profile analysis:</u>**

| DOT Code | Occupation | Strength | National Biweekly Wage | National Monthly Wage |
|---|---|---|---|---|
| 241.137-014 | Supervisor, Customer-Complaint Service | S | $2,361 | $5,115 |
| 249.137-026 | Supervisor, Order Takers | S | $2,361 | $5,115 |

| | | | | |
|---|---|---|---|---|
| 239.362-014 | Customer Service Representative | S | $1,453 | $3,148 |
| 209.567-014 | Order Clerk, Food and Beverage | S | $1,464 | $3,172 |

** Wage information is based on median 2022 national data from the Bureau of Labor Statistics*

While additional occupational alternatives were identified through the updated OASYS analysis, these options were ultimately omitted from the report as they fell outside of the insured's pre-disability earnings.

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

Respectfully submitted,

*Electronically Signed by*
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 185.167-046 | Manager, Retail Store | 7 | 4 | 9 | Y | N | N | L | 11.11.05 |
| 299.137-010 | Manager, Department | 7 | 3 | 0 | Y | N | N | M | 11.11.05 |
| 211.462-014 | Cashier-Checker | 3 | 0 | 6 | Y | N | N | L | 07.03.01 |
| 241.137-014 | Supervisor, Customer-Complaint Service | 6 | 7 | 8 | Y | N | N | S | 07.04.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 4 Grades 9-12 | No Change |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | Frequently |
| Stooping | | Occasionally | Frequently |
| Kneeling | | Occasionally | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Never | Frequently |
| Reaching | | Constantly | No Change |
| Handling | | Constantly | No Change |
| Fingering | | Constantly | No Change |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

| | | |
|---|---|---|
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | Yes | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☑ ATTORNEY INFO (if applicable)

FROM: Jane Daniell DATE: Thursday, November 30, 2023

## CLAIM BACKGROUND

Claimant Name: TRINA SIMMONS Claim Number: 11059701

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: WALMART, INC.

Change In DEF. Date: 03/08/2023

Pre-Disability Earnings: $2,811.03 / B (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

CRS referral on behalf of Jerronda King. No contract specifics; gross benefit amount $1,405.52/biweekly or $3,045.28 monthly Please use peer review from Dr. Annie Layno Moses dated 11/27/23.

DP 512

# Annie Layno-Moses, MD

***Board-Certified in Physical Medicine & Rehabilitation***
***Pain medicine***

CLAIMANT NAME: Simmons, Trina
EXAMINER: Annie Layno-Moses, MD
ECN #: 253603-1
CLAIM #: 11059701
DATE OF LOSS: 8/31/2020
DATE OF SERVICE: 11/27/2023

**Peer Review**

This is a peer review regarding Simmons, Trina. I have been asked to review the medical records on behalf of ECN. I reviewed records from 05/07/2014 through 06/13/2023 including:

- Catherine Hudson, DPM / Doctor of Podiatric Medicine, extending from 09/14/2020 to 11/24/2020
- Samuel Ferris, MD / Cardiology, extending from 12/03/2020 to 05/05/2023
- Denise Elliott, DPM / Doctor of Podiatric Medicine, extending from 12/08/2020 to 02/23/2021
- Paul Naccari, PT / Physical Therapist, on 02/03/2021
- Craig Long, PTA / Physical Therapy Assistant, extending from 02/04/2021 to 03/05/2021
- Janie Irvin, PT / Physical Therapist, on 02/19/2021
- Cassie Mayer, PT / Physical Therapist, on 03/04/2021
- Edward Lang, DPM / Doctor of Podiatric Medicine, extending from 03/08/2021 to 05/30/2023
- Sofia Rodriguez, MD / Resident Physician, on 01/28/2022
- Robert Jones, MD / Dermatology, extending from 02/04/2022 to 07/07/2022
- Clinical Pathology Laboratories, on 03/03/2022
- Paul Staab, MD / Family Medicine, extending from 03/17/2022 to 11/15/2022
- Archibald Melcher, MD / Neurology, extending from 06/15/2022 to 09/09/2022
- Harry A. Roach, MD / Thoracic Surgery, extending from 10/07/2022 to 02/03/2023
- Howard Hirsch, MD / Hip and Knee Orthopedic Surgery, extending from 10/11/2022 to 01/24/2023
- William Troxler, MD / Anatomic & Clinical Pathology, on 11/08/2022
- Stacy Luna, PA-C / Physician Assistant-Certified, on 01/25/2023
- Troy Drewitz, MD / Obstetrics and Gynecology, on 03/10/2023
- Ileannette Robledo Vega, MD / Rheumatology, extending from 04/10/2023 to 05/04/2023
- David Beary, MD / Internal Medicine, on 06/13/2023
- Adam C. Wells, MD / Diagnostic Radiology, on 10/11/2022
- Hernan Bazan, MD / Vascular Surgery, on 03/09/2022
- Edward Bluth, MD / Diagnostic Radiology, on 02/11/2022
- Stephen Johnson, MD / Diagnostic Radiology, on 04/20/2022

- Ernest Rudman, MD / Diagnostic Radiology, on 04/20/2022
- James Milburn, MD / Neuroradiology, on 09/02/2019
- Dee D. Malkerneker, MD / Diagnostic Radiology, on 06/03/2019
- Noah Emerson, DO / Interventional Radiology, on 05/06/2019
- Jason Giardina, MD / Diagnostic Radiology, on 05/06/2019
- Adam Dowling, MD / Diagnostic Radiology, on 02/04/2019
- Matthew Irwine, MD / Diagnostic Radiology, on 07/24/2018
- Nancy Diethelm, MD / Diagnostic Radiology, on 07/24/2018
- Richard Tupler, MD / Diagnostic Radiology, on 02/12/2015
- Francine Belleville, MD / Diagnostic Radiology, on 05/07/2014
- Michael Alline, MD / Diagnostic Radiology, extending from 10/31/2019 to 05/02/2023
- Susan Fuzzard, MD / Neuroradiology, on 02/03/2023
- William Shaffer, MD / Diagnostic Radiology, on 10/07/2022
- Scott Carbajal, MD / Diagnostic Radiology, on 09/09/2022
- Jay Helgason, MD / Diagnostic Radiology, on 02/24/2022
- Rodrigo Saenz, MD / Diagnostic Radiology, on 04/22/2021
- David Theriot, MD / Diagnostic Radiology, on 12/21/2020
- James Hanemann, MD / Diagnostic Radiology, on 12/10/2020
- Charles Chism, MD / Diagnostic Radiology, on 06/02/2020

The claimant is a 51-year-old female with a medical history significant for Plantar fascial fibromatosis, left foot pain, edema, Achilles tendinitis, neuropathic pain, cervical radiculopathy, and RA.

10/26/2021, Michael Alline, MD / Diagnostic Radiology: The claimant presents for an X-ray of the lumbar spine due to intervertebral disc degeneration of the lumbar region. The procedure showed no significant bony abnormalities.

02/11/2022, Edward Bluth, MD / Diagnostic Radiology: The claimant presents for a venous ultrasound of the bilateral lower extremity due to lower extremity edema and peripheral vascular disease. The procedure showed no evidence of DVT in either lower extremity.

09/09/2022, Scott Carbajal, MD / Diagnostic Radiology: The claimant presents for an MRI of the cervical spine due to radiculopathy. The procedure showed reversal of the cervical spine lordosis, no significant spinal canal or neuroforaminal compromise, T4 vertebral body lesion, old right cerebellar lobe infarcts, and mild lymphoproliferative process.

10/11/2022, Adam C. Wells, MD / Diagnostic Radiology: The claimant presents for an X-ray of the bilateral knees due to pain in the right knee. The procedure showed medial compartment joint space loss bilaterally but there is no evidence of fracture, dislocation oe bony erosion, however, there is ossepus spur at the superior aspect of the patella bilaterally.

01/13/2023, Dr. Bruce Myers: Peer Review: The claimant's primary diagnoses include Peripheral neuropathic pain M792, Lower extremity edema R260, Left ankle pain M967, and Knee pain M170. Based on the medical evidence from 03/09/2021 through 11/15/2021, the claimant appears precluded from performing activities greater than required for activities of daily living. From 11/16/2021 to the present and ongoing the claimant does not appear to have been precluded from performing the following activities. At one time: Sit - 1 hours, Stand - 1/2-hour Walk - 1/2-hour, Drive - 1 hour In an 8-hour workday. Sit - 8 hours Stand - 1 hour Walking - 1 hour Drive – 2 hours, Walk stairs – occasionally Climb ladders – never Handle, grasp, manipulate, finger, key – continuously Reach floor to waist – occasionally Reach waist to over shoulder – occasionally Lift, carry – up to 10 pounds occasionally Push, pull – up to 20 pounds occasionally Bend, stoop, twist – occasionally Crawl, kneel, squat – occasionally Duration – permanent.

01/25/2023, Stacy Luna, PA-C / Physician Assistant-Certified: The claimant presents for a follow-up visit. The claimant complained of significant pain in the bilateral knee. It was noted that her pain is worse on the left, and she has documented slight narrowing in the bilateral knees. She has attended 6 PT visits in the past, was given Mobic, and was recommended to lose weight. She noted that she has constant pain in the knees which is worse with walking and prolonged sitting with associated locking and catching, but there is no symptoms of giving away. The claimant also endorsed intermittent numbness in the left leg for which she is following vascular and neurology. It was also noted that she has a history of chronic left foot pain with a current severity of 8/10. She was advised to wear the knee brace as needed for prolonged walking for support and help with pain. She was also placed on OR meloxicam and Naprosyn to help with pain/inflammation. Her physical examination of the bilateral knees showed trace effusion in the knees but she has full/normal ROM of the bilateral knees as well as intact sensation. Her assessment showed osteoarthritis of the bilateral knees.

02/03/2023, Rafael Figuerora, MD / Radiology: The claimant presents for an X-ray of the bilateral hips and pelvis due to a history of left leg pain. The procedure showed bilateral hip osteophyte formation as well as some degenerative changes of the right hip, but there is no evidence of acute fractures or dislocations.

02/03/2023, Susan Fuzzard, MD / Neuroradiology: The claimant presents for an MRI of the lumbar spine due to back pain and left lower extremity pain. The procedure showed a stable exam, however, there is the presence of facet arthropathy at L4-5 as well as L5-S1.

02/28/2023, Edward Lang, DPM / Doctor of Podiatric Medicine: The claimant presents for a follow-up visit with a chief complaint of foot pain. It was noted that she has a history of left ruptured AFT, she is currently reporting pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot/ankle during activity. Her pain severity was noted to bet at 8/10. It was also noted that she is being followed for neuropathy as well as due to pain being present in both feet however she reported that she has been able to increase her activity since her last visit. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the

ankle/foot/digits, diminished pulse in the bilateral LE , she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally. Her assessment showed plantar fasciitis, pain in the bilateral foot, non-displaced fracture of the body of the left valcaneus, sprain of the ligament of the left ankle, idiopathic peripheral autonomic neuropathy, morbid obesity, and xerosis cutis.

03/28/2023, Edward Lang, DPM / Doctor of Podiatric Medicine: The claimant presents for a follow-up visit. She reported no new complaints during this visit, and no changes in her symptoms or conditions were noted.

03/30/2023, Ryan J. Charles, DO / Orthopedic Surgery: The claimant presents for a follow-up visit for pain in the bilateral knees. She reported that she continues to experience bilateral knee pain L>R, she also noted that she has been evaluated by other orthopedic surgeons and was informed that she has mild age-appropriate radiographic changes in her knees. Her assessment showed mild bilateral knee osteoarthritis and multiple joint pains with a possible rheumatologic diagnosis. The claimant also complains of hip arthralgias, back pain as well as shoulder pain. It was also noted that there is no focal unclear etiologies for this multiple joint pain. It was also noted that all these constellation of symptoms appear to have more rheumatologic etiology due to her labs showing elevated ESR and CRP. She also noted that her pain is now progressing to interfere with activities which include walking, functional ADLs at home, rising from a sitting position, standing for prolonged periods of time, and getting out of a car. She also reported resolution of catching/clicking/popping in the bilateral knees. Her physical examination of the bilateral knees showed no abnormalities except TTP over the medial joint and lateral joint line.

04/10/2023, Ileannette Robledo Vega, MD / Rheumatology: The claimant presents for a follow-up visit. It was noted that she has a history of chest pain, peripheral neuropathic pain, chronic bilateral knee pain, seizures, and left-sided plantar fasciitis. It was noted that she is been seen in the setting of multiple joint pains. She reported that she has had plantar fasciitis on the left foot after several procedures in the left foot which also led to subsequent chronic edema and pain. She also reported that she has bilateral knee pain and is being evaluated by orthopedics with her X-ray showing mild OA of the bilateral knees. However, it was noted that her referral despite these findings is due to multiple joint pain with elevated CRP. Her physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle.

05/04/2023, Ileannette Robledo Vega, MD / Rheumatology: The claimant presents for a follow-up visit. It was noted that she is still having left ankle and foot pain as well as neuropathy. It was also noted that she continues to experience low back pain and hip stiffness. Her physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle.

05/30/2023, Edward Lang, DPM / Doctor of Podiatric Medicine: The claimant presents for a follow-up visit. She reported no new complaints during this visit, However, her

reported pain during this visit was improved noting a current pain severity of 4/10. She also reports decreased swelling. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE, she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally.

**DIAGNOSES:**

**Primary Diagnosis:** Plantar fascial fibromatosis.

**Medical/Surgical Conditions:** Left foot pain, edema, Achilles tendinitis, neuropathic pain, cervical radiculopathy, RA.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Left-sided plantar fasciitis- M72. 2
Bilateral knee pain- M17. 0

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

S/P left ruptured AFT- S63. 332A

3. **Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from March 8, 2023 to the present, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has a supported level of impairment that translates into restrictions and limitations from March 8, 2023 to the present.

The claimant is a 51-year-old female with a medical history significant for Plantar fascial fibromatosis, Left foot pain, edema, Achilles tendinitis, neuropathic pain, cervical radiculopathy, and RA.

The claimant was seen on 1/25/23 by Stacy Luna, PA-C / Physician Assistant-Certified for a follow-up visit. The claimant complained of significant pain in the bilateral knee. It was noted that her pain is worse on the left, and she has documented a slight narrowing in the bilateral knees. She has attended 6 PT visits in the past, was given Mobic, and was recommended to lose weight. She noted that she has constant pain in the knees which is

worse with walking and prolonged sitting with associated locking and catching, but there are no symptoms of giving away. The claimant also endorsed intermittent numbness in the left leg for which she is following vascular and neurology. It was also noted that she has a history of chronic left foot pain with a current severity of 8/10. She was advised to wear the knee brace as needed for prolonged walking for support and help with pain. She was also placed on OR meloxicam and Naprosyn to help with pain/inflammation. Her physical examination of the bilateral knees showed trace effusion in the knees but she has full/normal ROM of the bilateral knees as well as intact sensation. Her assessment showed osteoarthritis of the bilateral knees. Edward Lang, DPM / Doctor of Podiatric Medicine saw her on 2/28/23 for a follow-up visit with a chief complaint of foot pain. It was noted that she has a history of left ruptured AFT, she is currently reporting pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot/ankle during activity. Her pain severity was noted to be at 8/10. It was also noted that she is being followed for neuropathy as well as due to pain being present in both feet however she reported that she has been able to increase her activity since her last visit. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE, she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally. Her assessment showed plantar fasciitis, pain in the bilateral foot, non-displaced fracture of the body of the left calcaneus, sprain of the ligament of the left ankle, idiopathic peripheral autonomic neuropathy, morbid obesity, and xerosis cutis.

Ryan J. Charles, DO / Orthopedic Surgery saw the claimant on 3/30/23 for a follow-up visit for pain in the bilateral knee. She reported that she continues to experience bilateral knee pain L>R, she also noted that she has been evaluated by other orthopedic surgeons and was informed that she has mild age-appropriate radiographic changes in her knees. Her assessment showed mild bilateral knee osteoarthritis and multiple joint pains with a possible rheumatologic diagnosis. The claimant also complains of hip arthralgias, back pain as well as shoulder pain. It was also noted that there are no clear etiologies for this multiple joint pain. It was also noted that the constellation of symptoms appears to have more rheumatologic etiology due to her labs showing elevated ESR and CRP. She also noted that her pain is now progressing to interfere with activities which include walking, functional ADLs at home, rising from a sitting position, standing for prolonged periods of time, and getting out of a car. She also reported a resolution of catching/clicking/popping in the bilateral knees. Her physical examination of the bilateral knees showed no abnormalities except TTP over the medial joint and lateral joint line. Ileannette Robledo Vega, MD / Rheumatology saw her on 4/10/23 for a follow-up visit. It was noted that she has a history of chest pain, peripheral neuropathic pain, chronic bilateral knee pain, seizures, and left-sided plantar fasciitis. It was noted that she is been seen in the setting of multiple joint pains. She reported that she has had plantar fasciitis on the left foot after several procedures in the left foot which also led to subsequent chronic edema and pain. She also reported that she has bilateral knee pain and is being evaluated by orthopedics with her X-ray showing mild OA of the bilateral knees. However, it was noted that her referral despite these findings is due to multiple joint pain with elevated CRP. Her

physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle. It was noted on 5/4/23 that she is still having left ankle and foot pain as well as neuropathy. It was also noted that she continues to experience low back pain and hip stiffness. Her physical exam showed edema in the left ankle/foot compared to the right and it also showed tenderness in the left ankle. Edward Lang, DPM / Doctor of Podiatric Medicine saw her on 5/20/23 for a follow-up visit. She reported no new complaints during this visit, However, her reported pain during this visit was improved noting a current pain severity of 4/10. She also reports decreased swelling. Her physical exam showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE , she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally.

The claimant has a history of osteoarthritis of the bilateral knee with complaints of significant bilateral knee pain worse on the left. Her imaging studies showed slight narrowing in the bilateral knees. The claimant also endorsed a history of chronic left leg pain secondary to left ruptured AFT and current symptoms of intermittent numbness in the left leg. She has attended PT in the past and a recommendation for weight loss was issued and she was placed on Mobic. She noted that her symptoms are worse with sitting and walking with associated locking and catching, but there are no symptoms of giving away. Despite these reported symptoms her physical exam on 1/25/23 showed pain on palpation of the left foot, there is 1+ pitting edema in the bilateral LE located at the ankle/foot/digits, diminished pulse in the bilateral LE, she has intact LE strength/ROM, there is moderate pain with palpation along the median band of the bilateral foot plantar fascia, and there is no evidence of neurological deficits or intermetarsal neuroma bilaterally. She was given knee braces and advised to use them for prolonged walking to help with pain and for support. She reports Pain being present in her bilateral legs as well as her back and shoulders and is being evaluated for neuropathy. The claimant has not yet been evaluated by rheumatology, but her AP opined that the constellation of symptoms appears to have more rheumatologic etiology due to her labs showing elevated ESR and CRP. The claimant was evaluated by Rheum on 4/10/23 due to complaints of multiple joint pain and her labs showing elevated CRP. The claimant continued to endorse a history of back pain, her recent MRI of the lumbar spine showed, the presence of facet arthropathy at L4-5 as well as L5-S1, and her MRI of the cervical spine showed a reversal of the cervical lordosis. Despite these findings and numerous clinical visits with multiple specialties, the claimant does not demonstrate any physical deficits or pain reproduction related to spinal exams. The claimant's impairing conditions are Left-sided plantar fasciitis and bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and mild OA of the bilateral knees. The claimant has no clinical evidence or tests to support radicular symptoms in the UE or the LE. She has full motor strength of the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions. The sum of the findings presented so far suggests that the claimant has significant residual impairments in her function that warrant the recommendation of restrictions and limitations within the period of review.

Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Frequently, up to 30 lbs. BUE
Carrying: Frequently, up to 30 lbs. BUE
Pushing: Frequently, up to 30 lbs. BUE
Pulling: Frequently, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Frequently
Reaching: Unrestricted to all three levels, BUE
Use lower extremities for foot controls: Occasionally LLE; Frequently RLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
No climbing ladders or operating heavy machinery

The above-recommended restrictions and limitations are indicated from March 8, 2023 to the present with reassessment on or around 05/30/24.

**4. Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

There are no restrictions and/or limitations recommended by treating providers within the period of review.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are not any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

The claimant's reported history of back pain is not substantiated with sufficient clinical evidence, her recent MRI of the lumbar spine showed, the presence of facet arthropathy at L4-5 as well as L5-S1, and her MRI of the cervical spine showed reversal of the cervical lordosis. Despite these findings and numerous clinical visits with multiple specialties, the claimant does not demonstrate any physical deficits or pain reproduction related to spinal exams. The claimant's impairing conditions are Left-sided plantar fasciitis and Bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and Mild OA of the bilateral knees. The claimant has no clinical evidence or tests to support radicular symptoms in the UE or the LE. She has full motor strength in the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions.

7. **Does the medical evidence support the claimant has the ability to sustain full-time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from March 8, 2023 to present? Please explain your medical rationale.**

Yes, the medical evidence supports that the claimant has the ability to sustain full-time capacity within the identified restrictions and limitations from March 8, 2023, to the present.

8. **Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

No, the medical evidence does not support that the claimant experiences any side effects from the prescribed medications.

9. **Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, swelling (edema), etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The claimant's reported history of back pain is not substantiated with sufficient clinical evidence, her recent MRI of the lumbar spine showed, the presence of facet arthropathy at L4-5 as well as L5-S1, and her MRI of the cervical spine showed reversal of the cervical lordosis. Despite these findings and numerous clinical visits with multiple specialties, the claimant does not demonstrate any physical deficits or pain reproduction related to spinal exams. The claimant's impairing conditions are Left-sided plantar fasciitis and Bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and Mild OA of the bilateral knees. The claimant has no

clinical evidence or tests to support radicular symptoms in the UE or the LE. She has full motor strength in the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions.

**10. When contacting the treating providers, please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you are unable to concur. Please contact any other needed providers. If you did not reach the providers after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have like to clarify.**

Phone call to Dr. Lang's office - Monday, 11/20/23, 1:51PM, left a message at New Orleans Podiatry Associates with specialist, John. Contact number used for outreach: 504-897-3627

Phone call to Colleen Tran, PA-C's office - Monday, 11/20/23, 2:01PM, unable to leave a message at Michael Brothers MD Lung Cancer Surgeons due to the office being closed with no option to leave a voicemail. Contact number used for outreach: 504-454-2222

Phone call to Dr. Vega's office - Monday, 11/20/23, 2:02PM, medical receptionist, Jeanine at LCMC Health advised Dr. Vega is no longer with the claimant is not being treated by another provider. Contact number used for outreach:  504-210-4290

Phone call to Dr. Lang's office - Tuesday, 11/21/23, 9:58AM, left a message at New Orleans Podiatry Associates with scheduling, Caroline. Contact number used for outreach: 504-897-3627

Phone call to Colleen Tran, PA-C's office - Tuesday, 11/21/23, 10:00AM, Colleen Tran, PA-C at Michael Brothers MD Lung Cancer Surgeons requested to have the questions faxed in writing to 504-454-2388. Contact number used for outreach: 504-454-2222

**11. If your conclusions are different from the conclusions in the review by Dr. Bruce Myers, please explain the medical rationale and evidence used resulting in different conclusions.**

01/13/2023, Dr. Bruce Myers: Peer Review: The claimant's primary diagnoses include Peripheral neuropathic pain, Lower extremity edema, Left ankle pain, and Knee pain. From 11/16/2021 to the present and ongoing the claimant does not appear to have been precluded from performing the following activities. At one time: Sit - 1 hours, Stand - 1/2-hour Walk - 1/2-hour, Drive - 1 hour. In an 8-hour workday. Sit - 8 hours; Stand - 1 hour; Walking - 1 hour; Drive – 2 hours, Walk stairs – occasionally; Climb ladders – never; Handle, grasp, manipulate, finger, key – continuously; Reach floor to waist – occasionally; Reach waist to over shoulder – occasionally; Lift, carry – up to 10 pounds

occasionally; Push, pull – up to 20 pounds occasionally; Bend, stoop, twist – occasionally; Crawl, kneel, squat – occasionally; Duration – permanent.

Based in my review of the medical records, the claimant does not have sufficient evidence to support restrictions or limitations of peripheral neuropathic pain. There are no formal neurologic tests to show evidence of radicular symptoms, and the claimant's imaging of the lumbar and cervical spine does not show any evidence of significant spinal canal or neuroforaminal compromise. However, the claimant's impairing conditions are Left-sided plantar fasciitis and bilateral knee pain, with a contributing history of left ruptured AFT s/p multiple surgeries on the left leg and mild OA of the bilateral knees. She has full motor strength of the BLE, and intact sensation in the BLE; however, she has documented physical functional deficits in the LE which have improved since the onset of these conditions. Given these deficits, I opine she requires the R/Ls as outlined above in Q3, which differ from those opined by Dr. Bruce Myers, as it appears she has greater functionality, as indicated by full motor strength/intact sensation in the BLEs; also, I kindly disagree that the R/Ls are permanent, as there may be alterations in her condition.

Sincerely,



**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Trina Simmons
Claim Number: 11059701
Case Number: 253603-1

"I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 11/27/2023

Signature of Physician Date

Medical/Professional License # A 149708

Annie R Layno-Moses, MD

November 28, 2023

Dr. Lang
Phone Number: 504-897-3627
Fax Number: 504-897-3339

Re: Disability Benefits
Claimant Name: Trina Simmons
Claimant DOB:
Claim Number: 11059701

Dear Dr. Lang,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 11/20/23 at 1:51PM and 11/21/23 at 9:58AM with messages left with John and Caroline, but we were unable to connect.

If you would like to submit any additional information on your patient's behalf, you can direct any records or correspondence to the claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

**-Electronically Signed-**

Annie R Layno-Moses, MD

Board Certified: Physical Medicine and Rehabilitation

__________ __________
AP Name Date

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

| | |
|---|---|
| **From:** | Fax2Mail powered by OpenText |
| **To:** | West, Kate |
| **Subject:** | T. Simmons - 253603-1 Dr. Lang |
| **Date:** | Tuesday, November 28, 2023 9:59:44 AM |

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Kate West |
| **Job Number** | 1626403504 |
| **Sent By User** | F2M/85300779093 |
| **Entered Fax2Mail System** | 11/28 06:47 |
| **Report Generated** | 11/28 06:59 |
| **Subject** | T. Simmons - 253603-1 Dr. Lang |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 504-897-3339 | SENT | 11/28 | 06:58 | 2 |

Annie R Layno-Moses, MD

November 28, 2023

Dr. Vega
Phone Number: 504-210-4290
Fax Number: 504-897-7789

Re: Disability Benefits
Claimant Name: Trina Simmons
Claimant DOB:
Claim Number: 11059701

Dear Dr. Vega,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 11/20/23 at 2:02PM and per Jeanine, Dr. Vega is no longer with the practice and claimant is not being treated by another provider in the office.

If you would like to submit any additional information on your patient's behalf, you can direct any records or correspondence to the claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

**-Electronically Signed-**

Annie R Layno-Moses, MD

Board Certified: Physical Medicine and Rehabilitation

__________ AP Name __________ Date

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

**From:** Fax2Mail powered by OpenText
**To:** West, Kate
**Subject:** T. Simmons - 253603-1 Dr. Vega
**Date:** Tuesday, November 28, 2023 10:19:20 AM

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Kate West |
| **Job Number** | 1428750121 |
| **Sent By User** | F2M/85300779093 |
| **Entered Fax2Mail System** | 11/28 06:46 |
| **Report Generated** | 11/28 07:19 |
| **Subject** | T. Simmons - 253603-1 Dr. Vega |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 504-897-7789 | SENT | 11/28 | 07:18 | 4 |

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | November 28, 2023 | | |
| **TO:** | Colleen Tran, PA-C | **FROM:** | Kate West<br>Annie R Layno-Moses, MD |
| **FAX:** | 504-454-2388 | **FAX:** | (561) 392-5881 |
| **RE:** | Trina Simmons | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 11059701 | **PAGES:** | 2 |

## COMMENTS:

Good morning,

Please see the attached ROI form for Trina Simmons, At the request of our client, Lincoln Financial Group, **Annie R Layno-Moses, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. **From a physiatry and pain management standpoint, what activity restrictions would you recommend?**

Dr. Layno-Moses has been requested to have their report completed by **12/4/2023** and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number or email to BocaReports@genexservices.com, and we will forward it to Dr. Layno-Moses.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

**From:** Fax2Mail powered by OpenText
**To:** West, Kate
**Subject:** T. Simmons - 253603-1 Colleen Tran, PA-C
**Date:** Tuesday, November 28, 2023 9:50:04 AM

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Kate West |
| **Job Number** | 1528742211 |
| **Sent By User** | F2M/85300779093 |
| **Entered Fax2Mail System** | 11/28 06:46 |
| **Report Generated** | 11/28 06:49 |
| **Subject** | T. Simmons - 253603-1 Colleen Tran, PA-C |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 504-454-2388 | SENT | 11/28 | 06:49 | 1 |

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Tue, 28 Nov 2023 21:29:16 +0000
**To:**VendorReferrals
**Subject:**T. Simmons Claim #11059701
**Attachments:**Peer Review Report_11194119BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
*Quality Assurance Coordinator*
*Boca Raton, FL*
ECN, a division of Genex Services
**T**: 858.368.7360 | **F**: 561.392.5581

urac ACCREDITED Independent Medical Examinations Expires 04/01/2024

**Access our portal at: View My Cases**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**In oice:** **BOCA 20**

**Date** **11 2 202**

***Bill To:***

**Jerronda ing**
**Lincoln Financial London Y**
**P.O. Box 20**
**London Y 0 2**

| | |
|---|---|
| **Claim** | 11059701 |
| **Date o Loss:** | 8/31/2020 |
| **ECN Account** | 253603-1 |

**Claimant** Trina Simmons

| | | |
|---|---|---|
| 11/17/2023 | Peer Review - Long Term Disability: Service<br>Provider: Annie R Layno-Moses, MD<br>Specialty: Physical Medicine and Rehabilitation | $681.75 |
| 11/17/2023 | Peer Review - Long Term Disability: Additional AP Contact - 1 AP Contact<br>Provider: Annie R Layno-Moses, MD<br>Specialty: Physical Medicine and Rehabilitation | $95.00 |
| | **SubTotal** | $776.75 |
| | **Final In oice Total** | $776.75 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Shelley Plaisted
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(603) 200-6750 x99999
Fax: (866) 841-1415

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | WALMART, INC. | Date Sent: | 11/16/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | TRINA B SIMMONS | Claim #: | 11059701 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 8/31/2020 |
| Zip: | | Primary Diagnosis: | Plantar fascial fibromatosis |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician Phone/Fax | See Contacts in Questions |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: TRINA B SIMMONS

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - March 8, 2023 to - the present, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Additional Questions

Other - The claim has been reviewed by Dr. Bruce Myers. Please do not assign to these providers.

Other - Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from March 8, 2023 to present? Please explain your medical rationale.********** Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.

Other - Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, swelling (edema), etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.

Other - When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. Dr. Edward Lang (T) 504-897-3627 (F) 504-897-3339; C Tran PA-C (T) 504-454-2222 (F) 504-454-2388; I Robledo Vega (T) 504-210-4290 (F) 504-897-7789. Please contact any other needed providers. ****If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days

Other - If your conclusions are different from the conclusions in the review by Dr. Bruce Myers, please explain the medical rationale and evidence used resulting in different conclusions.

Instructions For Vendor:

Claimant Name: TRINA B SIMMONS

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to: Jerronda.King@lfg.com
Medical / Surgical Condition: Plantar fascial fibromatosis, Lf foot pain, edema, Achilles tendinitis, neuropathic pain, cervical radiculopathy, RA

Attorney Information (if applicable):

Claimant Name: TRINA B SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | November 15, 2023 |
| To: | LAW OFFICES OF J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>SUITE130<br>BATON ROUGE LA 70809 |
| Attn: | |
| Fax: | (225) 201-8313 |
| From: | Jerronda King<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 15, 2023

Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

To Whom It May Concern:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy on behalf of Trina Simmons.

We are in the process of reviewing the appeal. To assist us in evaluating her eligibility for benefits we have referred the file for a medical assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician in approximately 30 days or by December 14, 2023. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of the appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

LAW OFFICES OF J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

November 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 422-0119**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Trina B. Simmons**
**Claim #: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

Dear Sir/Madam,

My client, Trina Simmons, provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Statement of Trina Brown-Simmons (11/02/23).
2. Affidavit of Trina Brown-Simmons (10/09/23).
3. Affidavit of Alvin Thomas (10/09/23).
4. Affidavit of Treyshunna Webb (10/12/23).
5. Affidavit of Chrishunte Simmons (10/12/23).
6. Affidavit of Darlene Brown (10/14/23).
7. Affidavit of Leslie Allen (10/23/23).

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**VERIFICATION OF TRINA BROWN-SIMMONS UNDER 28 U.S.C. 1746**

My name is Trina Brown-Simmons, and I am of the full age of majority and am fully competent to make this verification. The following has been true continuously since my last date of work related to this claim through the date of this statement.

1. I cannot sit for longer than 15 minutes before I need to change positions. Sitting causes me to experience pain and stiffness in my shoulders. My pain when sitting is at an 8 out of 10 and on bad days it can be as painful as a 9 out of 10 on the pain scale.

2. If I attempt to sit for more than 45 minutes total in a one hour period, even with changing positions at will, I need to lie down for at least 45 minutes to alleviate pain in my back and swelling in my feet caused by that amount of sitting before attempting to sit again. Lying down is the only way to alleviate the pain caused by sitting for that amount of time. Standing or walking will not relieve the pain. The same will be true with any subsequent attempt at sitting for that amount of time during a given day.

3. The above is my best-case scenario in terms of physical function ability on both good days and bad days. However, on two to three days per week my pain requires me to lie down for several hours during one day. Pain is constant, and the distraction it causes makes it impossible to concentrate on any mental task.

4. With all due respect, I would like for your reviewing physician to review all of my statements and comment on whether I should persist in any activity which causes severe pain.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed on November 2, 2023 (date).

[signature]
TRINA BROWN-SIMMONS

PARISH OF Jefferson

STATE OF LOUISIANA

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**TRINA BROWN-SIMMONS**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of plantar fascial fibromatosis, left foot pain, localized edema, Achilles tendinitis of the left leg, xerosis cutis, neuropathic pain, cervical radiculopathy, lumbar region radiculopathy, and rheumatoid arthritis.

3. I take the following prescription medications, at the following dosages and intervals each day:

    1. Amitriptyline – 25 mg - Take 1 tablet at night for rheumatoid arthritis.
    2. *Pregabalin – 200 mg - Take 1 tablet twice daily for rheumatoid arthritis
    3. Ibuprofen – 800 mg - Take 800 mg as needed for rheumatoid arthritis and back pain.
    4. Hydroxychloroquine – 200 mg – Take 2 tablets daily for rheumatoid arthritis.
    5. Estradiol – 1mg – Take 1 tablet once daily for estrogen levels.
    6. Valsartan / Hydrochlorothiazide – 160 mg/12.5 mg – Take 1 tablet once daily for high blood pressure.
    7. Leflunomide – 20 mg – Take 1 tablet once daily for rheumatoid arthritis, ankle, foot, leg, and back pain.

4. The above-referenced medications marked with an asterisk (*), when taken, while helping somewhat with my condition, cause me to feel drowsy, leading to errors and inability to keep pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living.

5. With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the effects of my medical condition as described above do not change.

6. I cannot sit for longer than 15 minutes before I need to change positions. Sitting causes me to experience pain and stiffness in my shoulders. My pain when sitting is at an 8 out of 10 and on bad days it can be as painful as a 9 out of 10 on the pain scale.

7. Standing for longer than 10 to 15 minutes causes pain in my foot, ankle, and lower back.

8. I can only walk short distances, like to my car from my house, because my entire left side, foot, ankle, lower back, and hips will be painful. When walking my pain is at a 10 out of 10 on a pain scale. Even when walking short distances, my foot starts swelling which impacts my ability to walk and even wear shoes.

9. I require assistance with completing activities of daily living such as getting into the shower, putting on pants, bending, going up or down stairs, cooking, washing dishes, and taking care of my dogs.

10. This Affidavit is based exclusively on my own knowledge and words, but it was completed a little at a time and required many hours of total time to complete it.

[signature]
TRINA BROWN-SIMMONS

Sworn to and subscribed
before me this 9 day
of October, 2023
[signature]
NOTARY PUBLIC
Notary/Bar No.: __________
My Commission Expires __________

Cameron J. Falcon
Notary Public
Bar Roll No. 39877
State of Louisiana
My Commission is for Life

**PARISH/COUNTY OF** Jefferson

**STATE OF** Louisiana

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**ALVIN THOMAS**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' son.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

ALVIN THOMAS

Sworn to and subscribed
before me this 9 day
of October, 2023.

NOTARY PUBLIC
Notary/Bar No.:
My Commission Expires

Cameron J. Falcon
Notary Public
Bar Roll No. 39877
State of Louisiana
My Commission is for Life

PARISH/COUNTY OF Jackson

STATE OF Missouri

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

**TREYSHUNNA WEBB**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' daughter.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

[signature]
**TREYSHUNNA WEBB**

Sworn to and subscribed
before me this 12th day
of October, 2023

[signature]
NOTARY PUBLIC
Notary/Bar No.: 22306015
My Commission Expires 01/26/2026

TOWANA S DAVIS
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 22306015
My Commission Expires 01/26/20[illegible]

**PARISH/COUNTY OF** Jefferson

**STATE OF** Louisiana

**AFFIDAVIT**

**BEFORE ME,** the undersigned authority, came and appeared:

**CHRISHUNTE SIMMONS**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' daughter.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

[signature]
CHRISHUNTE SIMMONS

Sworn to and subscribed
before me this 10th day
of October, 2023

[signature]
NOTARY PUBLIC
Notary ID No. 125967
My Commission Expires at death

CINDY GARCIA ID NO. 125967 NOTARY PUBLIC JEFFERSON PARISH

PARISH/COUNTY OF FORT BEND

STATE OF TX

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**DARLENE BROWN**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' sister.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

Darlene Brown
**DARLENE BROWN**

Sworn to and subscribed
before me this 14th day
of OCTOBER 2023
133399776
NOTARY PUBLIC
Notary/Bar No.: 133399776
My Commission Expires 10-19-2025

Muhammad S Khan
My Commission Expires
10/19/2025
Notary ID
133399776

PARISH/COUNTY OF Jefferson

STATE OF Louisiana

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**LESLIE ALLEN**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' friend.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

Leslie Allen
**LESLIE ALLEN**

Sworn to and subscribed
before me this 23 day
of October, 2023.
AWalker
NOTARY PUBLIC
Notary/Bar No.: 185829
My Commission Expires at my death

ADRIANA WALKER
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 185829
My Commission is for Life

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | November 8, 2023 |
| To: | LAW OFFICES OF J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>SUITE130<br>BATON ROUGE LA 70809 |
| Attn: | |
| Fax: | (225) 201-8313 |
| From: | Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 8, 2023

Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy”). We are writing in reference to Ms. Trina Simmons' claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Ms. Simmons' LTD claim on November 3, 2023.

We understand that you do not intend to send further information to be reviewed as part of the appeal.

Consequently, the file is being forwarded to Lincoln’s Claim Resolution Unit for a full, and fair review. The claim will be assigned to an Appeal Specialist who will contact you when they have completed their review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Claim Resolution Services at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received. We will contact you if there are special circumstances requiring a delay in Lincoln’s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
support@jpricemcnamara.com
P (225) 201-8311 F (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES.

November 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 422-0119**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Trina B. Simmons**
**Claim #: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

Dear Sir/Madam,

My client, Trina Simmons, provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Statement of Trina Brown-Simmons (11/02/23).
2. Affidavit of Trina Brown-Simmons (10/09/23).
3. Affidavit of Alvin Thomas (10/09/23).
4. Affidavit of Treyshunna Webb (10/12/23).
5. Affidavit of Chrishunte Simmons (10/12/23).
6. Affidavit of Darlene Brown (10/14/23).
7. Affidavit of Leslie Allen (10/23/23).

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain,

Sincerely,

J. Price McNamara
J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

**VERIFICATION OF TRINA BROWN-SIMMONS UNDER 28 U.S.C. 1746**

My name is Trina Brown-Simmons, and I am of the full age of majority and am fully competent to make this verification. The following has been true continuously since my last date of work related to this claim through the date of this statement.

1. I cannot sit for longer than 15 minutes before I need to change positions. Sitting causes me to experience pain and stiffness in my shoulders. My pain when sitting is at an 8 out of 10 and on bad days it can be as painful as a 9 out of 10 on the pain scale.

2. If I attempt to sit for more than 45 minutes total in a one hour period, even with changing positions at will, I need to lie down for at least 45 minutes to alleviate pain in my back and swelling in my feet caused by that amount of sitting before attempting to sit again. Lying down is the only way to alleviate the pain caused by sitting for that amount of time. Standing or walking will not relieve the pain. The same will be true with any subsequent attempt at sitting for that amount of time during a given day.

3. The above is my best-case scenario in terms of physical function ability on both good days and bad days. However, on two to three days per week my pain requires me to lie down for several hours during one day. Pain is constant, and the distraction it causes makes it impossible to concentrate on any mental task.

4. With all due respect, I would like for your reviewing physician to review all of my statements and comment on whether I should persist in any activity which causes severe pain.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed on November 2, 2023 (date).

[signature]
TRINA BROWN-SIMMONS

PARISH OF Jefferson

STATE OF LOUISIANA

# AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

**TRINA BROWN-SIMMONS**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. My understanding is that my disability is the result of plantar fascial fibromatosis, left foot pain, localized edema, Achilles tendinitis of the left leg, xerosis cutis, neuropathic pain, cervical radiculopathy, lumbar region radiculopathy, and rheumatoid arthritis.

3. I take the following prescription medications, at the following dosages and intervals each day:

    1. Amitriptyline – 25 mg - Take 1 tablet at night for rheumatoid arthritis.
    2. *Pregabalin – 200 mg - Take 1 tablet twice daily for rheumatoid arthritis.
    3. Ibuprofen – 800 mg - Take 800 mg as needed for rheumatoid arthritis and back pain.
    4. Hydroxychloroquine – 200 mg – Take 2 tablets daily for rheumatoid arthritis.
    5. Estradiol – 1mg – Take 1 tablet once daily for estrogen levels.
    6. Valsartan / Hydrochlorothiazide – 160 mg/12.5 mg – Take 1 tablet once daily for high blood pressure.
    7. Leflunomide – 20 mg – Take 1 tablet once daily for rheumatoid arthritis, ankle, foot, leg, and back pain.

4. The above-referenced medications marked with an asterisk (*), when taken, while helping somewhat with my condition, cause me to feel drowsy, leading to errors and inability to keep pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living.

5. With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the effects of my medical condition as described above do not change.

6. I cannot sit for longer than 15 minutes before I need to change positions. Sitting causes me to experience pain and stiffness in my shoulders. My pain when sitting is at an 8 out of 10 and on bad days it can be as painful as a 9 out of 10 on the pain scale.

7. Standing for longer than 10 to 15 minutes causes pain in my foot, ankle, and lower back.

8. I can only walk short distances, like to my car from my house, because my entire left side, foot, ankle, lower back, and hips will be painful. When walking my pain is at a 10 out of 10 on a pain scale. Even when walking short distances, my foot starts swelling which impacts my ability to walk and even wear shoes.

9. I require assistance with completing activities of daily living such as getting into the shower, putting on pants, bending, going up or down stairs, cooking, washing dishes, and taking care of my dogs.

10. This Affidavit is based exclusively on my own knowledge and words, but it was completed a little at a time and required many hours of total time to complete it.

[signature]
TRINA BROWN-SIMMONS

Sworn to and subscribed
before me this 9 day
of October, 2023.
[signature]
NOTARY PUBLIC
Notary/Bar No.: __________
My Commission Expires __________

Cameron J. Falcon
Notary Public
Bar Roll No. 39877
State of Louisiana
My Commission Is for Life

PARISH/COUNTY OF Jefferson

STATE OF Louisiana

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**ALVIN THOMAS**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' son.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

[signature]
ALVIN THOMAS

Sworn to and subscribed
before me this 9 day
of October, 2023.
[signature]
NOTARY PUBLIC
Notary/Bar No.: ______
My Commission Expires: ______

Cameron J. Falcon
Notary Public
Bar Roll No. 39877
State of Louisiana
My Commission is for Life

PARISH/COUNTY OF Jackson

STATE OF Missouri

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**TREYSHUNNA WEBB**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' daughter.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

Treyshunna Webb

**TREYSHUNNA WEBB**

Sworn to and subscribed
before me this 12th day
of October, 2023

Towana S Davis

NOTARY PUBLIC

Notary/Bar No.: 22306015

My Commission Expires 01/26/2026

TOWANA S DAVIS
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 22306015
My Commission Expires 01/26/2026

PARISH/COUNTY OF Jefferson

STATE OF Louisiana

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**CHRISHUNTE SIMMONS**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' daughter.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

**CHRISHUNTE SIMMONS**

Sworn to and subscribed
before me this 12th day
of October, 2023

NOTARY PUBLIC
Notary/Bar No.: 125967
My Commission Expires: at death

CINDY GARCIA-ID NO. 125967
NOTARY PUBLIC
JEFFERSON PARISH, LA

PARISH/COUNTY OF PORTLAND

STATE OF TX

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**DARLENE BROWN**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' sister.
2. I observe her and converse with her regularly..
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

[signature]

**DARLENE BROWN**

Sworn to and subscribed before me this 14th day of OCTOBER 2023

133399776

NOTARY PUBLIC

Notary/Bar No.: 133399776

My Commission Expires 10-19-2025

Muhammad S Khan
My Commission Expires 10/19/2025
Notary ID 133399776

PARISH/COUNTY OF Jefferson

STATE OF Louisiana

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**LESLIE ALLEN**

who after being duly sworn, did depose and state the following:

1. I am Trina Brown-Simmons' friend.
2. I observe her and converse with her regularly.
3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of her Affidavit is consistent with my observations of her.
5. The above is true and based upon personal knowledge.

Leslie Allen

**LESLIE ALLEN**

Sworn to and subscribed
before me this 23 day
of October, 2023.

AWalker

NOTARY PUBLIC
Notary/Bar No.: 185829
My Commission Expires at my death

ADRIANA WALKER
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 185829
My Commission is for Life

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 19, 2023 |
| To: | LAW OFFICES OF J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>SUITE130<br>BATON ROUGE LA 70809 |
| Attn: | |
| Fax: | (225) 201-8313 |
| From: | Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 19, 2023

Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to Ms. Trina Simmons' claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Ms. Simmons' intent to appeal the closure of her claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln's Claim Resolution Unit at this time.

As set forth in the closure letter issued to Ms. Simmons on April 15, 2023, she has a maximum of 180 days to submit a written request for review, which expires on October 11, 2023. Per your request to extend the appeal deadline through November 13, 2023, we have granted your extension though November 13, 2023.

Please be aware that all information that Ms. Simmons would like to have considered on appeal must be submitted with the written request no later than **November 13, 2023**.

Going forward, all correspondence related to Ms. Simmons' claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in

your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Claims Resolution Services
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 12, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 422-0119**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Trina B. Simmons**
**Claim #: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

Dear Sir/Madam,

**I represent Trina Simmons in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

My client, Trina Simmons hereby appeals The Lincoln National Life Insurance Company's (alternatively called "the Plan" herein) April 15, 2023, termination or denial of her short-term disability benefits, long-term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with her appeal for disability benefits, Claimant provides the following additional evidence.

*****We again request an extension until November 13, 2023 to gather and submit to you additional evidence we have not been able to provide by the time of this letter before you begin your review. Please provide written confirmation of this extension.**

We will submit the additional evidence by November 13, 2023, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. LCMC Health Medical Records (08/30/22 to 05/02/23) (001).
2. New Orleans Podiatry Associates Medical Records (03/08/21 to 05/30/23) (200).
3. Ochsner Medical Records (10/11/22 to 06/13/23) (340).

## THE PLAN'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS

The Plan's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

## STANDARD OF REVIEW

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination was disregarded. The other factor that the Court cited was the insurer's selective review of the evidence. The

administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

**THE OFFICIAL ADMINISTRATIVE RECORD**

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc). No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it. Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10] Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.
>
> > FN10. Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record. However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.** If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented. This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review. Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.

> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In *Moore*, we said that Awe may consider only the evidence that was available to the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record. *See, e.g., Wildbur*, 974 F.2d at 634-35. Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega*, at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.*, 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega*, stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services*, 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.*, 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.[FN5] **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.*, 966 F.2d 1011, 1014 (5th Cir.1992)).
>
> > FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega*, 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.*, 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.*, at 521.

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after we are given the opportunity to review such new evidence.

**THE EVIDENCE IN THIS CASE OVERWHELMINGLY SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS**

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes Claimant's disability from her own occupation as well as any occupation as defined by the Plan/Policy in question. The claimant's own detailed description of the debilitating manifestations of her medical condition is corroborated many times over by her own medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

**"'[T]he subjective element of pain [logically applicable to any other disabling manifestations of a given medical condition] is an important factor to be considered in determining disability.'"** *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003).

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony. The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, but neither may an administrator arbitrarily refuse to credit reliable evidence.** See *Black & Decker Disability Plan v. Nord*,

> 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **It surely should not effectively ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id*., at 439. Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id*., at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person. In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

**BAD FAITH**

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).
[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

> a legitimate claim. The authority just cited suggests that Aetna has the wrong model.
>
> * * *
>
> While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.,* 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood,* 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. "*Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.III. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.III. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award. Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith." Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004). Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

**COURT REVIEW**

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

**NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS**

**Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection our representation in this matter.**

**Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure
****Enclosures 1 to 3 sent via certified mail due to volume.**

# Trina B Simmons

Patient Health Summary, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Allergies

**Adhesive** (Other (See Comments))
**Shellfish Containing Products** (Hives)

## Medications

**ciclopirox (LOPROX) 0.77 % cream** (Started 4/9/2021)
Apply daily topically
**amLODIPine (NORVASC) 10 MG tablet** (Started 3/11/2022)
Take 10 mg daily by mouth
**albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler**
Inhale 2 puffs every 6 (six) hours as needed into the lungs
**furosemide (LASIX) 40 MG tablet** (Started 10/13/2022)
Take 1 tablet in the morning by mouth.
3 refills by 10/13/2023
**clobetasoL (TEMOVATE) 0.05 % ointment** (Started 1/11/2023)
APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE)
**triamcinolone (KENALOG) 0.1 % ointment** (Started 2/13/2023)
**estradioL (ESTRACE) 1 MG tablet**
Take 1 mg by mouth daily
**amitriptyline (ELAVIL) 25 MG tablet** (Started 5/4/2023)
Take 1 tablet by mouth nightly
11 refills by 5/3/2024
**pregabalin (LYRICA) 200 MG capsule** (Started 5/4/2023)
Take 1 capsule by mouth 2 (two) times daily
2 refills by 10/31/2023
**hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet** (Started 5/4/2023)
Take 2 tablets by mouth daily
11 refills by 5/3/2024

## Active Problems

**Chest pain, atypical** (Noted 6/24/2022)
**Complex regional pain syndrome type 1 of left lower extremity** (Noted 4/11/2023)
**DOE (dyspnea on exertion)** (Noted 10/13/2022)
**Essential hypertension** (Noted 2/1/2019)
**History of seizures** (Noted 10/13/2022)
**Inflammatory arthritis** (Noted 4/11/2023)
**Leg pain, bilateral** (Noted 5/6/2014)
**Lower extremity edema** (Noted 1/28/2022)
**Obesity (BMI 30-39.9)** (Noted 7/30/2014)
**Peripheral neuropathic pain** (Noted 1/28/2022)
**Plantar fasciitis of left foot** (Noted 4/11/2023)
**Rheumatoid arthritis involving both shoulders with positive rheumatoid factor** (Noted 5/4/2023)
**Tendonitis** (Noted 4/11/2023)

## Immunizations

**Influenza, injectable,quadrivalent** (Given 10/30/2015)
**Tdap** (Given 10/30/2015)

## Social History

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 115/84 | 04/10/2023 3:15 PM CDT | |
| Pulse | 80 | 05/04/2023 9:38 AM CDT | |
| Temperature | 36.5 °C (97.7 °F) | 04/10/2023 3:15 PM CDT | |
| Respiratory Rate | 18 | 05/04/2023 9:38 AM CDT | |
| Oxygen Saturation | 97% | 05/04/2023 9:38 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (208 lb) | 05/04/2023 9:38 AM CDT | |
| Height | 157.5 cm (5' 2") | 05/04/2023 9:38 AM CDT | |
| Body Mass Index | 38.04 | 05/04/2023 9:38 AM CDT | |

## Procedures

**FASCIOTOMY PLANTAR ENDOSCOPIC** (Performed 4/23/2021)
Performed for Plantar fasciitis, Left foot pain

**FASCIOTOMY PLANTAR ENDOSCOPIC** (Performed 12/22/2020)
Performed for Left ankle pain, unspecified chronicity

## Results

MA MAMMOGRAM SCREENING BILATERAL (LCMC MA MAMMOGRAM SCREENING BILATERAL) - Final result (05/02/2023 8:16 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Breast | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**05/02/2023 11:18 AM CDT**

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 05/02/2023 at 11:08 AM

Narrative

**05/02/2023 11:18 AM CDT**

CLINICAL HISTORY:
Patient is 50 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
02/24/2022 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

Procedure Note

**M Alline, MD - 05/02/2023**

Procedure Note

Formatting of this note might be different from the original.
CLINICAL HISTORY:
Patient is 50 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
02/24/2022 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

IMPRESSION:

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 05/02/2023 at 11:08 AM

| Authorizing Provider | Result Type |
|---|---|
| P Staab MD | IMG MAMMOGRAPHY ORDERABLES |

14.3.3 ETA PROTEIN-QUEST (LCMC 14.3.3 ETA PROTEIN-QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| 14.3.3 ETA Protein - Quest | <0.2 | <0.2 ng/mL | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:

The 14-3-3eta protein is a marker of synovial inflammation that is released into synovial fluid and peripheral blood in rheumatoid arthritis (RA) and erosive psoriatic arthritis. One in five RF and CCP seronegative early stage RA patients is found to be positive for 14-3-3eta protein. Patients with active joint RA disease have higher values of 14-3-3eta protein than those with inactive RA or psoriasis without arthritis. 14-3-3eta protein has a 93% specificity in patients with RA. Values > or = 0.2 ng/mL are elevated and indicative of RA disease or erosive psoriatic arthritis. Values >0.50 ng/mL are associated with more aggressive RA disease and poorer outcomes. Unlike RF and CCP, 14-3-3eta protein is a therapeutically modifiable marker to monitor response to therapy. A decrease in 14-3-3eta protein in response to DMARDs (disease-modifying antirheumatic drugs) and anti-TNF (tumor necrosis factor) drugs indicates better clinical outcomes; an increase is associated with worse outcomes despite apparent clinical remission.

For further information please visit:
http://www.questdiagnostics.com/testcenter/testguide.action?dc=TS-RmArthPnl

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Tests performed effective April 3rd, 2023, utilize an updated version of the 14-3-3 eta protein assay. There is no change to the reference range. Please assess quantitative results with the clinical presentation on patients followed longitudinally.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

**(ABNORMAL) RHEUMATOID FACTOR (IGM)-QUEST (LCMC RHEUMATOID FACTOR (IGM)-QUEST) - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Rheumatoid Factor (IgM) - Quest | **37 (H)** | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:

```
Reference Range:
<=6 NEGATIVE
>6  POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

RHEUMATOID FACTOR (IGA)-QUEST (LCMC RHEUMATOID FACTOR (IGA)-QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Rheumatoid Factor (IgA) - Quest | <5 | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

Comment:

```
Reference Range:
<=6   NEGATIVE
>6    POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

RHEUMATOID FACTOR IGG - QUEST (LCMC RHEUMATOID FACTOR IGG - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Rheumatoid Factor (IgG) - Quest | 5 | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Comment: | | | | | | |

```
Reference Range:
<=6   NEGATIVE
>6    POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

SJOGREN'S ANTIBODY (SS-B) (LCMC SJOGREN'S ANTIBODY (SS-B) - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sjogren's Antibody (SS-B) - Quest | <1.0 NEG | <1.0 NEGATIVE AI | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

SJOGREN'S ANTIBODY (SS-A) (LCMC SJOGREN'S ANTIBODY (SS-A) - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sjogren's Antibody (SS-A) - Quest | <1.0 NEG | <1.0 NEGATIVE AI | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

CYCLIC CITRUL PEPTIDE AB, IGG (LCMC CYCLIC CITRULLINATED PEPTIDE ANTIBODY, IGG) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cyclic Citrullinated Peptide (CCP) AB (IGG) - Quest | <16 | Units | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

Comment:

```
Reference Range:
NEGATIVE:
   <20
WEAK POSITIVE:
   20-39
MODERATE POSITIVE:
   40-59
STRONG POSITIVE
   >59
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

**(ABNORMAL) LCMC SEDIMENTATION RATE - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sed Rate by Modified Westergren - Quest | **25 (H)** | < OR = 20 mm/ h | | | Quest Diagnostics-Houston Lab | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| Quest Diagnostics-Houston Lab | 5850 Rogerdale Road | Houston, TX 77072-1602 | |

**(ABNORMAL) C-REACTIVE PROTEIN (LCMC C-REACTIVE PROTEIN) - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| C-Reactive Protein - Quest | **17.5 (H)** | <8.0 mg/L | | | Quest Diagnostics-Houston Lab | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics-Houston Lab | 5850 Rogerdale Road | Houston, TX 77072-1602 | |

XR HIP 2+ VW EA BILATERAL WITH PELVIS (LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS) - Final result (02/03/2023 2:20 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Hip | Bilateral | Computed Radiography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 02/03/2023 2:40 PM CST | |

Impressions

**02/03/2023 2:42 PM CST**

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Electronically Signed By: Rafael Figueroa, MD 2/3/2023 2:42 PM CST

Narrative

**02/03/2023 2:42 PM CST**
LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

Procedure Note

**R Figueroa, MD - 02/03/2023**

Procedure Note

Formatting of this note might be different from the original.
LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

IMPRESSION:

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Electronically Signed By: Rafael Figueroa, MD 2/3/2023 2:42 PM CST

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

MRI LUMBAR SPINE W WO CONTRAST (LCMC MRI LUMBAR SPINE W WO CONTRAST) - Final result (02/03/2023 1:34 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| L-spine | N/A | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 02/03/2023 1:35 PM CST | |

Impressions

**02/03/2023 2:36 PM CST**
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST

Narrative

**02/03/2023 2:36 PM CST**
Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained. ProHance contrast material was administered intravenously. Subsequently postcontrast sagittal and axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.

Procedure Note

**S Fuzzard, MD - 02/03/2023**

Procedure Note

Formatting of this note might be different from the original.
Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained. ProHance contrast material was administered intravenously. Subsequently postcontrast sagittal and axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.

IMPRESSION:
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG MRI ORDERABLES |

CT ANGIO ABDOMEN PELVIS (LCMC CT ANGIO ABDOMEN PELVIS) - Final result (10/07/2022 9:40 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Abdomen | N/A | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 10/07/2022 9:45 AM CDT | |

Impressions

**10/07/2022 9:49 AM CDT**

Impressions

1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta.
2. No finding to suggest renal artery stenosis.
3. Hepatomegaly and background parenchymal findings of steatosis.
4. Additional, and incidental findings above.

Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2)

Pre-menopause(3) (<= 50 years if LMP unknown):
<=5 cm: No follow-up imaging recommended
>5 cm - <=7 cm: US f/u 6-12 weeks
>7 cm: Consider MR w/IVC or surgical evaluation

Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended (4)
>3 cm - <=5 cm: US f/u 6-12 months (4)
>5 cm - <=7 cm: US f/u promptly
>7cm: Consider MR w/IVC or surgical evaluation

Late post-menopause (>5 years from LMP; > 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended
>3 cm - <=7 cm: US f/u promptly
>7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681
(2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years
(3)Includes cysts with layering hemorrhage
(4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks

Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

Narrative

**10/07/2022 9:49 AM CDT**

Narrative

CMS MANDATED QUALITY DATA - CT RADIATION 436

All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

CLINICAL HISTORY:
50 years ( Female Malignant hypertension

TECHNIQUE:
LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained

POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision.

COMPARISON:
None available.

FINDINGS:
The abdominal and pelvic vessels are as follows:
Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer.
Celiac artery: Patent
Superior mesenteric artery: Patent
Inferior mesenteric artery: Patent
Renal arteries: Patent, single bilaterally
Common iliac arteries: Patent
External iliac arteries: Patent
Internal iliac arteries: Patent

Additional findings:
-The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis.
-Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern.
-Prior hysterectomy.
-Scattered colonic diverticula without focal diverticulitis.
-26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

Procedure Note

**W Shaffer, MD - 10/07/2022**
Formatting of this note might be different from the original.
CMS MANDATED QUALITY DATA - CT RADIATION 436

All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

CLINICAL HISTORY:
50 years ( Female Malignant hypertension

TECHNIQUE:
LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained

POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision.

COMPARISON:
None available.

FINDINGS:
The abdominal and pelvic vessels are as follows:
Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer.
Celiac artery: Patent
Superior mesenteric artery: Patent
Inferior mesenteric artery: Patent
Renal arteries: Patent, single bilaterally
Common iliac arteries: Patent
External iliac arteries: Patent
Internal iliac arteries: Patent

Additional findings:
-The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis.

Procedure Note

-Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern.
-Prior hysterectomy.
-Scattered colonic diverticula without focal diverticulitis.
-26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

IMPRESSION:
1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta.
2. No finding to suggest renal artery stenosis.
3. Hepatomegaly and background parenchymal findings of steatosis.
4. Additional, and incidental findings above.

Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2)

Pre-menopause(3) (<= 50 years if LMP unknown):
<=5 cm: No follow-up imaging recommended
>5 cm - <=7 cm: US f/u 6-12 weeks
>7 cm: Consider MR w/IVC or surgical evaluation

Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended (4)
>3 cm - <=5 cm: US f/u 6-12 months (4)
>5 cm - <=7 cm: US f/u promptly
>7cm: Consider MR w/IVC or surgical evaluation

Late post-menopause (>5 years from LMP; > 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended
>3 cm - <=7 cm: US f/u promptly
>7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681
(2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years
(3)Includes cysts with layering hemorrhage
(4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks

Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG CT ORDERABLES |

POCT CREATININE (LCMC POCT CREATININE) - Final result (10/07/2022 9:13 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Creatinine | 1.00 | 0.50 - 1.00 mg/dL | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |
| POCT Performed By: | Schaff Jami | | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT EGFR | 66 | >=60 mL/min | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |
| POCT EGFR AA | 76 | >=60 mL/min | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 10/07/2022 9:13 AM CDT | 10/07/2022 9:14 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | 4200 Houma Boulevard | Metairie, LA 70006 | |

US VENOUS LOWER EXTREMITY BIL (LCMC VAS PRO US VENOUS LOWER EXTREMITY BIL) - Final result (09/29/2022 3:42 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Leg | Left | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**09/29/2022 9:22 PM CDT**

1. Normal bilateral lower extremity venous ultrasound.
2. No evidence of deep vein thrombosis.

Harry A Roach, MD

Narrative

**09/29/2022 9:22 PM CDT**
**This result has an attachment that is not available.**

Narrative

```
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE:09/26/2022

PT DOB:

MRN: 1001223294

HX:  LEFT LEG PAIN AND SWELLING


BILATERAL VENOUS ULTRASOUND OF THE LOWER EXTREMITIES:

        RIGHT LOWER EXTREMITY  LEFT LOWER
EXTREMITY


VESSEL


COMPRESSION


Doppler signal


VESSEL


COMPRESSION


Doppler
signal
CFV  Y  Y CFV Y Y

GR. SAP    GR.SAP

SFV    SFV
    Prox Y  Y   Prox  Y Y
      Mid
Y  Y  Mid    Y Y
    Distal Y  Y  Distal    Y Y
Popliteal    Popliteal
   Prox Y  Y     Prox Y Y
Mid Y  Y     Mid Y Y
    Distal Y  Y    Distal Y Y
CALF
   CALF
PTV Y  Y PTV Y Y
PV Y  Y PV Y Y
```

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

Duplex Lower Ext Art, bilat (LCMC VAS PRO DUPLEX LOWER EXT ART, BILAT) - Final result (09/29/2022 3:39 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Arm | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

```
09/29/2022 9:24 PM CDT
This result has an attachment that is not available.
```

Narrative

NAME: Trina B Simmons

PHYSICIAN:ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

Peripheral Arterial Ultrasound of the Lower Extremities w/ABI

RIGHT Cm/s LEFT
Cm/s

CFA 108, 80 CFA 93
DFA 44 46
SFA Prox 1 59 SFA Prox 1 92
Prox 2 Prox 2
Prox 3 Prox 3

SFA Mid 1 51 SFA Mid 1 55
Mid 2 Mid 2
Mid 3 Mid 3

SFA Distal 1 46 SFA Distal 1 53
Distal 2 Distal 2
Distal 3 Distal 3

POP Prox 45 POP Prox 47
Distal 24 Distal 35
Peroneal Prox 27 Peroneal Prox 34
PTA Prox 58 PTA Prox 51
Mid 59 Mid 72
Distal 62 Distal 66

ATA Prox 37 ATA Prox 43
Mid 35 Mid 24
Distal 46 Distal 29

DP 29 DP 41

Conclusions:
1. Normal flow velocities bilaterally
2. Normal triphasic and biphasic waveforms bilaterally.
3. Normal ankle brachial ratios bilaterally
4. Normal arterial Doppler study of the lower extremities

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

ABI (LCMC VAS PRO ABI) - Final result (09/29/2022 3:39 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:21 PM CDT**
**This result has an attachment that is not available.**
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

RT Brachial Pressure 155/128 LT Brachial Pressure 155/115
RT Ankle Pressure 179 LT Ankle Pressure 171
RTI ABI 1 LT ABI 1

ANKLE BRACHIAL INDICES

| ABI | SEVERITY |
|---|---|
| >1.0-0.95 | Normal |
| 0.80-0.94 | Mild disease |
| 0.50-0.79 | Moderate disease |
| 0.30-0.49 | Severe disease |
| <0.29 | Critical |

Right ABI- Normal
Left ABI- Normal

Conclusions:
Normal ankle brachial ratios bilaterally.

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

DUPLEX CAROTID ARTERIES BIL (LCMC VAS PRO DUPLEX CAROTID ARTERIES BIL) - Final result (09/29/2022 3:26 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Neck | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:20 PM CDT**
**This result has an attachment that is not available.**
Ambulatory Vascular and Vein Study Report

Study: Carotid Ultrasound

Patient Name: Trina B Simmons

MRN: 1001223294

Date of Birth:

Date of Study:09/26/2022

Ordering Physician:ROACH

Narrative

HX: Cerebellar Stroke

RIGHT LEFT

PSV EDV RATIO
(IC/CC) PSV EDV RATIO
(IC/CC)
CCA CM/S
67
CM/S

29

.8
CCA

CM/S

70
CM/S
20

.8

ICA

CM/S
56
CM/S

29 ICA

CM/S

54
CM/S
24

ECA

CM/S
54 CM/S

15 ECA

CM/S
41 CM/S
8

VERT

ANTE

Yes RETRO

VERT ANTE

Yes RETRO

IMPRESSION:
1. Minimal plaque disease bilaterally.
2. No elevated flow velocities bilaterally.
3. No significant stenosis bilaterally.
4. Normal flow velocities at the carotid bifurcations bilaterally with no evidence to suggest hemodynamically significant internal carotid artery stenosis by flow velocity criteria.
5. Bilateral antegrade vertebral artery flow.

Narrative

Harry A Roach, MD

| Authorizing Provider | Result Type |
| --- | --- |
| H Roach MD | IMG US ORDERABLES |

MRI CERVICAL SPINE WITHOUT CONTRAST (LCMC MRI CERVICAL SPINE WITHOUT CONTRAST) - Final result (09/09/2022 6:21 PM CDT)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| C-spine | N/A | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| | | | 09/09/2022 11:09 PM CDT | |

Impressions

**09/09/2022 11:14 PM CDT**

1. Reversal of the cervical spine lordosis
2. No significant spinal canal or neuroforaminal compromise
3. T4 vertebral body lesion
4. Old right cerebellar lobe infarcts
5. Mild lymphoproliferative process

Electronically Signed By: Scott Carbajal, MD 9/9/2022 11:14 PM CDT

Narrative

**09/09/2022 11:14 PM CDT**

MRI OF THE CERVICAL SPINE WITHOUT CONTRAST; performed on 9/9/2022 6:04 PM CDT

CLINICAL HISTORY: radiculopathy

COMPARISON: None

TECHNIQUE:
Routine MRI of the cervical spine was obtained without the aid of IV contrast. Total image count is 364.

FINDINGS:

Old right cerebellar lobe infarcts are incidentally noted.

Reversal of the cervical spine lordosis is noted with the apex at the level of C6.

There is a T4 vertebral body lesion noted with high T2 signal and mixed high/low T1 signal raising the question of a hemangioma.

The vertebral body heights are maintained.
The intervertebral discs maintain their height and signal at all levels.
The spinal cord has a normal appearance.
The cerebellar tonsils are in a normal position.

C2/3 - No significant canal or neuroforaminal compromise.
C3/4 - No significant canal or neuroforaminal compromise.
C4/5 - No significant canal or neuroforaminal compromise.
C5/6 - No significant canal or neuroforaminal compromise.
C6/7 - No significant canal or neuroforaminal compromise.
C7/T1 - No significant canal or neuroforaminal compromise.

The paraspinous soft tissues appear normal.

Bilateral symmetric shotty lymph nodes are noted in the neck; differential diagnosis includes benign and malignant etiologies.

Procedure Note

**S Carbajal, MD - 09/09/2022**

Procedure Note

Formatting of this note might be different from the original.
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST; performed on 9/9/2022 6:04 PM CDT

CLINICAL HISTORY: radiculopathy

COMPARISON: None

TECHNIQUE:
Routine MRI of the cervical spine was obtained without the aid of IV contrast. Total image count is 364.

FINDINGS:

Old right cerebellar lobe infarcts are incidentally noted.

Reversal of the cervical spine lordosis is noted with the apex at the level of C6.

There is a T4 vertebral body lesion noted with high T2 signal and mixed high/low T1 signal raising the question of a hemangioma.

The vertebral body heights are maintained.
The intervertebral discs maintain their height and signal at all levels.
The spinal cord has a normal appearance.
The cerebellar tonsils are in a normal position.

C2/3 - No significant canal or neuroforaminal compromise.
C3/4 - No significant canal or neuroforaminal compromise.
C4/5 - No significant canal or neuroforaminal compromise.
C5/6 - No significant canal or neuroforaminal compromise.
C6/7 - No significant canal or neuroforaminal compromise.
C7/T1 - No significant canal or neuroforaminal compromise.

The paraspinous soft tissues appear normal.

Bilateral symmetric shotty lymph nodes are noted in the neck; differential diagnosis includes benign and malignant etiologies.

IMPRESSION:

1. Reversal of the cervical spine lordosis
2. No significant spinal canal or neuroforaminal compromise
3. T4 vertebral body lesion
4. Old right cerebellar lobe infarcts
5. Mild lymphoproliferative process

Electronically Signed By: Scott Carbajal, MD 9/9/2022 11:14 PM CDT

| Authorizing Provider | Result Type |
|---|---|
| A Melcher MD | IMG MRI ORDERABLES |

MRI LUMBAR SPINE WITHOUT CONTRAST (LCMC MRI LUMBAR SPINE WITHOUT CONTRAST) - Final result (06/23/2022 1:57 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| L-spine | N/A | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/23/2022 2:51 PM CDT | |

Impressions

**06/23/2022 2:53 PM CDT**
Facet arthropathy at L4-5 and L5-S1. Otherwise normal MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 6/23/2022 2:53 PM CDT

Narrative

**06/23/2022 2:53 PM CDT**

Narrative

Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained.

FINDINGS:
The alignment, vertebral body heights, disk spaces, and marrow signal intensity are normal. The conus medullaris terminates at the normal level, and is normal in signal intensity. There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Procedure Note

**S Fuzzard, MD - 06/23/2022**
Formatting of this note might be different from the original.
Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained.

FINDINGS:
The alignment, vertebral body heights, disk spaces, and marrow signal intensity are normal. The conus medullaris terminates at the normal level, and is normal in signal intensity. There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

IMPRESSION:
Facet arthropathy at L4-5 and L5-S1. Otherwise normal MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 6/23/2022 2:53 PM CDT

| Authorizing Provider | Result Type |
|---|---|
| A Melcher MD | IMG MRI ORDERABLES |

MA MAMMOGRAM SCREENING BILATERAL (LCMC MA MAMMOGRAM SCREENING BILATERAL) - Final result (02/24/2022 4:04 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Breast | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**02/24/2022 4:16 PM CST**

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: J. Walter Helgason, M.D. 02/24/2022 at 04:06 PM

Narrative

**02/24/2022 4:16 PM CST**

Narrative

CLINICAL HISTORY:
Patient is 49 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
10/11/2019 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

Procedure Note

**J Helgason, MD - 02/24/2022**

Formatting of this note might be different from the original.

CLINICAL HISTORY:
Patient is 49 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
10/11/2019 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

IMPRESSION:

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: J. Walter Helgason, M.D. 02/24/2022 at 04:06 PM

| Authorizing Provider | Result Type |
|---|---|
| P Staab MD | IMG MAMMOGRAPHY ORDERABLES |

SARS CoV-2 RNA - Omega MDX ID (LCMC SARS COV-2 RNA - OMEGA MDX ID) - Final result (07/26/2021 3:01 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| SARS Coronavirus 2 RNA | NOT DETECTED | NOT DETECTED | | 07/27/2021 5:41 AM CDT | OMEGA | |

Comment:

A detected result is indicative of the presence of SARS-CoV-2 RNA.
An inconclusive result should be recollected if clinically indicated.
Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. Not detected results must be combined with clinical observations, patient history, and epidemiological information.

The Amplitude Solution with the TaqPath COVID-19 High-Throughput Combo Kit is a real-time reverse transcription polymerase chain reaction (RT-PCR) test intended for the qualitative detection of nucleic acid from SARS-CoV-2 in nasopharyngeal and nasal swab specimens. This test has not been cleared or approved by the FDA. This test has been authorized by the FDA under an EUA for use by CLIA authorized laboratories to perform high complexity tests. This test is only authorized for the duration of the declaration that circumstances exist justifying the authorization for emergency use of in vitro diagnostic tests for the detection and/or diagnosis of COVID-19 under section 564 (b) (1) of the Act, 21 U.S.C. 360bbb-3(b) (1), unless authorization is terminated or revoked sooner.

Amplitude Solution with the TaqPAth COVID-19 High-Throughput Combo Kit: For Healthcare Providers: https://www.fda.gov/media/147536
Amplitude Solution with the TaqPath COVID-19 High-Throughput Combo Kit: For Patients: https://www.fda.gov/media/147537

ORDERING PROVIDER: CHUGDEN, ROBERT J
SPECIMEN ID: 241823730
PERFORMING LAB: Omega Diagnostics at Mounes St, 5525 Mounes St, New Orleans, LA 70123 CLIA# 19D2185065

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Other | NASOPHARYNGEAL SWAB / Unknown | Collection / Unknown | 07/26/2021 3:01 PM CDT | 07/26/2021 6:21 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| R Chugden MD | LAB SEND OUT ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OMEGA | | | |

LCMC SARS-COV2 NAA - Final result (04/22/2021 2:25 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| SARS-CoV-2 | Negative | Negative | ABBOTT ID NOW COVID-19 | 04/22/2021 2:54 PM CDT | TOURO HOSPITAL LAB | |
| SARS-CoV-2 Interpretive Data | Detection of SARS-CoV-2 may be affected by sample collection methods, patient factors, and/or stage of | | ABBOTT ID NOW COVID-19 | 04/22/2021 2:54 PM CDT | TOURO HOSPITAL LAB | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| | infection. Positive results do not rule out bacterial infection or coinfection with other viruses. Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Negative results should be treated as presumptive and tested with an alternative FDA authorized molecular assay, if necessary for clinical management, including infection control. False negative results may occur if a specimen is improperly collected, transported or handled. False negative results may also occur if amplification inhibitors are present in the specimen or if inadequate levels of viruses are present in the specimen. Negative results should be considered in the context of a patient's recent exposures, history and the presence of clinical signs and symptoms consistent with COVID-19. As with any molecular test, mutations within the target regions of the Abbott ID NOW COVID-19 test could affect primer and / or probe binding resulting in failure to detect the presence of the virus.<br><br>ID NOW SARS-CoV-2 test utilizes an isothermal nucleic | | | | | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| | acid amplification technology intended for the qualitative detection of nucleic acid from the SARS-CoV-2 in either direct nasal, nasopharyngeal, or throat swabs and nasal, nasopharyngeal, or throat from individuals' suspect of COVID-19 by their healthcare provider. ID NOW SARS-CoV-2 is for use only under the Food and Drug Administration Emergency Use Authorization (EUA) in the U.S. laboratories certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), 42 U.S.C. Authorization, along with the authorized Fact Sheet for Healthcare Providers, Patients, and Labeling are available on the FDA website: https://www.fda.gov/MedicalDevices/Safety/EmergencySituations/ucm161496.htm | | | | | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Respiratory | SWAB FROM NASAL SINUS / Unknown | Collection / Unknown | 04/22/2021 2:25 PM CDT | 04/22/2021 2:24 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| E Lang DPM | MICROBIOLOGY - GENERAL ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| TOURO HOSPITAL LAB | 1401 Foucher Street | New Orleans, LA 70115 | 504-897-8524 |

MRI FOOT W WO CONTRAST LEFT (LCMC MRI FOOT W WO CONTRAST LEFT) - Final result (04/22/2021 2:17 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Foot | Left | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/22/2021 2:55 PM CDT | |

Impressions

**04/22/2021 3:03 PM CDT**
Unremarkable exam.

Electronically Signed By: Rodrigo Saenz, MD 4/22/2021 3:03 PM CDT

Narrative

**04/22/2021 3:03 PM CDT**
**This result has an attachment that is not available.**
MRI of the left foot

INDICATION: Pain, calcaneal fracture

TECHNIQUE: Multiplanar, multisequence imaging of the left hindfoot and midfoot was before and after contrast administration.

Administered 9.9 ml of 1 mmol/mL GADAVIST using Gauge20 via RightAntecubital.

COMPARISON: None

FINDINGS:

The bone marrow signal intensity appears normal. There is no fracture evident. The alignment of the visualized foot is normal. No marrow replacement, proliferation, or avascular necrosis evident.

The visualized muscles of the foot appear normal in size and signal.

Plantar fascia appears intact and unremarkable.

The visualized tendons appear intact. The Achilles tendon in particular is intact and unremarkable.

No joint effusion. The ligamentous structures of the ankle appear unremarkable.

The sinus Tarsi fat is preserved.

After contrast administration, there is no suspicion enhancement. There is minimal subcutaneous edema seen about the ankle.

Procedure Note

**R Saenz, MD - 04/22/2021**
Formatting of this note might be different from the original.
MRI of the left foot

INDICATION: Pain, calcaneal fracture

TECHNIQUE: Multiplanar, multisequence imaging of the left hindfoot and midfoot was before and after contrast administration.

Administered 9.9 ml of 1 mmol/mL GADAVIST using Gauge20 via RightAntecubital.

COMPARISON: None

FINDINGS:

The bone marrow signal intensity appears normal. There is no fracture evident. The alignment of the visualized foot is normal. No marrow replacement, proliferation, or avascular necrosis evident.

The visualized muscles of the foot appear normal in size and signal.

Plantar fascia appears intact and unremarkable.

The visualized tendons appear intact. The Achilles tendon in particular is intact and unremarkable.

No joint effusion. The ligamentous structures of the ankle appear unremarkable.

The sinus Tarsi fat is preserved.

After contrast administration, there is no suspicion enhancement. There is minimal subcutaneous edema seen about the ankle.

IMPRESSION:
Unremarkable exam.

Electronically Signed By: Rodrigo Saenz, MD 4/22/2021 3:03 PM CDT

| Authorizing Provider | Result Type |
| --- | --- |
| E Lang DPM | IMG MRI ORDERABLES |

MA MAMMOGRAM SCREENING BILATERAL (LCMC MA MAMMOGRAM SCREENING BILATERAL) - Final result (12/21/2020 9:18 AM CST)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| Breast | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |

Impressions

**12/21/2020 9:57 AM CST**

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: David Theriot, M.D. 12/21/2020 at 09:47 AM

Narrative

**12/21/2020 9:57 AM CST**

CLINICAL HISTORY:
Patient is 48 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

FILMS COMPARED:
10/11/2019 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
09/18/2018 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
07/25/2017 - Mammogram - Ochsner Westbank
11/04/2015 - Mammogram - Ochsner Westbank

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

Procedure Note

**D Theriot, MD - 12/21/2020**

| Procedure Note |
| --- |
| Formatting of this note might be different from the original.<br>CLINICAL HISTORY:<br>Patient is 48 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.<br><br>FILMS COMPARED:<br>10/11/2019 - Mammogram - West Jefferson Women's Imaging & Breast Care Center<br>09/18/2018 - Mammogram - West Jefferson Women's Imaging & Breast Care Center<br>07/25/2017 - Mammogram - Ochsner Westbank<br>11/04/2015 - Mammogram - Ochsner Westbank<br><br>MAMMOGRAM:<br>The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.<br><br>The breasts are almost entirely fat.<br><br>There are no suspicious masses, calcifications or areas of architectural distortion.<br><br>IMPRESSION:<br><br>THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.<br><br>A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.<br><br>THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.<br><br>ACR BI-RADS Category 1 - Negative<br><br>Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.<br><br>Electronically signed by: David Theriot, M.D. 12/21/2020 at 09:47 AM |

| Authorizing Provider | Result Type |
| --- | --- |
| P Staab MD | IMG MAMMOGRAPHY ORDERABLES |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL (LCMC CBC WITH DIFFERENTIAL) - Final result (12/19/2020 6:59 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| WBC | **11.3 (H)** | 4.5 - 11.0 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| RBC | 5.02 | 3.50 - 5.50 10^6/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Hemoglobin | 13.4 | 12.0 - 16.0 gm/dL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Hematocrit | 40.1 | 36.0 - 51.0 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| MCV | **79.9 (L)** | 86.0 - 98.0 fL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCH | 26.7 | 25.4 - 34.6 pg | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCHC | 33.4 | 32.5 - 35.5 g/dL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| RDW | 14.3 | 12.0 - 15.0 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Platelet Count | 381 | 140 - 440 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MPV | 10.2 | 9.4 - 12.3 fL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| nRBCs | 0.0 | 0.0 - 0.2 /100 WBC | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Neutrophils Absolute - Instrument | 6.36 | 1.80 - 7.70 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Lymphocytes Absolute - Instrument | 4.18 | 1.00 - 4.80 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Monocytes Absolute - Instrument | 0.49 | 0.00 - 0.80 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Eosinophils Absolute - Instrument | 0.23 | 0.00 - 0.45 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Basophils Absolute - Instrument | 0.04 | 0.00 - 0.30 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Immature Granulocytes Absolute - Instrument | 0.03 | 0.00 - 0.03 10^3/uL | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Neutrophils Percent - Instrument | 56.1 | 52 - 87 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Lymphocytes Percent - Instrument | 36.9 | 20 - 44 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Monocytes Percent - Instrument | 4.3 | 0 - 10 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Eosinophils Percent - Instrument | 2.0 | 1 - 5 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Basophils Percent - Instrument | 0.4 | 0 - 2 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Immature Granulocytes Percent - Instrument | 0.3 | 0.0 - 0.4 % | | 12/19/2020 7:17 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/19/2020 6:59 AM CST | 12/19/2020 7:10 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

SARS CoV-2 RNA - Omega MDX ID (LCMC SARS COV-2 RNA - OMEGA MDX ID) - Final result (12/19/2020 6:59 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| SARS Coronavirus 2 RNA | NOT DETECTED | NOT DETECTED | | 12/19/2020 5:22 PM CST | OMEGA | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:
A detected result is considered positive for the presence of SARS-CoV-2 RNA.
An inconclusive result should be recollected if clinically indicated.
Negative results do not preclude SARS-CoV-2infection and should not be used as the sole basis for management decisions.
Negative results must be combined with clinical observations, patient history,and epidemiological information.
The TaqPath COVID-19 Combo Kit is an RT-PCR test intended for the qualitative detection of nucleic acid from SARS-CoV-2 in upper respiratory specimens such as nasopharyngeal, oropharyngeal, nasal, and mid-turbinate swabs, and bronchoalveolar lavage specimens. It has not been cleared or approved by the FDA. This test has been authorized by the FDA under an EUA for use by CLIA authorized laboratories to perform high complexity tests . TaqPath COVID-19 Combo kit has been authorized only for the detection of nucleic acid from SARS-CoV-2, not for any other viruses or pathogens. This test is only authorized for the duration of the declaration that circumstances exist justifying the authorization for emergency use of in vitro diagnostic tests for detection and/or diagnosis of COVID-19 under section 564(b)(1) of the Act, 21 U.S.C. 360bbb-3(b)(1), unless authorization is terminated or revoked sooner.
TaqPath COVID-19 kit: For healthcare providers: https://www.fda.gov/media/136111
TaqPath COVID-19 kit: For Patients: https://www.fda.gov/media/136114
ORDERING PROVIDER: ELLIOTT, DENISE LEA
SPECIMEN ID: 239649977
PERFORMING LAB: Omega Diagnostics at Mounes St, 5525 Mounes St, New Orleans, LA 70123 CLIA# 19D2185065

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Other | SWAB FROM NASAL SINUS / Unknown | Collection / Unknown | 12/19/2020 6:59 AM CST | 12/19/2020 7:40 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB SEND OUT ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OMEGA | | | |

APTT (LCMC APTT) - Final result (12/19/2020 6:59 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| APTT | 22.2 | 21.0 - 32.0 Seconds | | 12/19/2020 7:29 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/19/2020 6:59 AM CST | 12/19/2020 7:10 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

PROTIME/INR (LCMC PROTIME/INR) - Final result (12/19/2020 6:59 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Protime | 10.1 | 9.8 - 11.7 Seconds | | 12/19/2020 7:29 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| INR | 0.9 | | | 12/19/2020 7:29 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/19/2020 6:59 AM CST | 12/19/2020 7:10 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL (LCMC COMPREHENSIVE METABOLIC PANEL) - Final result (12/19/2020 6:59 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Chloride | 106 | 98 - 107 mmol/L | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Carbon Dioxide | 25 | 21 - 32 mmol/L | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Glucose | 92 | 65 - 99 mg/dL | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| BUN | 18.0 | 7.0 - 18.0 mg/dL | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Creatinine | 1.02 | 0.55 - 1.02 mg/dL | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 18 | | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Calcium | 9.1 | 8.5 - 10.1 mg/dL | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Total Protein | 7.8 | 6.4 - 8.2 g/dL | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Albumin | 3.6 | 3.4 - 5.0 g/dL | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Albumin/Globulin Ratio | 0.9 | | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| AST | 21 | 15 - 37 U/L | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| ALT | 26 | 13 - 56 U/L | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Alkaline Phosphatase | 58 | 45 - 117 U/L | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Bilirubin, Total | 0.6 | 0.2 - 1.0 mg/dL | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Comment: Use of this assay is not recommended for patients undergoing treatment with eltrombopag due to potential for falsely elevated results. | | | | | | |
| EGFR, African American | **75 (L)** | >89 mL/min | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| EGFR, Non African American | **65 (L)** | >89 mL/min | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Anion Gap | 8 | 5 - 14 | | 12/19/2020 7:44 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/19/2020 6:59 AM CST | 12/19/2020 7:10 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

XR CHEST AP PA LATERAL 2 VW (LCMC XR CHEST AP PA LATERAL 2 VW) - Final result (12/10/2020 9:43 AM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | N/A | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 12/10/2020 9:46 AM CST | |

Impressions

**12/10/2020 9:47 AM CST**

No acute pulmonary disease demonstrated.

Electronically Signed By: James Hanemann 12/10/2020 9:47 CST

Narrative

**12/10/2020 9:47 AM CST**

LCMC XR CHEST AP PA LATERAL 2 VW

HISTORY:
Preoperative exam.
Hypertension.

REFERENCE EXAMS:
None available

FINDINGS:
Chest - 2 view.
Cardiac silhouette not enlarged.
No acute pulmonary disease demonstrated.
No acute fracture demonstrated.

Procedure Note

**J Hanemann, MD - 12/10/2020**

Formatting of this note might be different from the original.
LCMC XR CHEST AP PA LATERAL 2 VW

HISTORY:
Preoperative exam.
Hypertension.

REFERENCE EXAMS:
None available

FINDINGS:
Chest - 2 view.
Cardiac silhouette not enlarged.
No acute pulmonary disease demonstrated.
No acute fracture demonstrated.

IMPRESSION:

No acute pulmonary disease demonstrated.

Electronically Signed By: James Hanemann 12/10/2020 9:47 CST

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | IMG DIAGNOSTIC IMAGING ORDERABLES |

SARS CoV-2 RNA - Omega MDX ID (LCMC SARS COV-2 RNA - OMEGA MDX ID) - Final result (12/10/2020 9:00 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| SARS Coronavirus 2 RNA | NOT DETECTED | NOT DETECTED | | 12/10/2020 9:01 PM CST | OMEGA | |

Comment:

```
A detected result is considered positive for the presence of
SARS-CoV-2 RNA.
An inconclusive result should be recollected if clinically indicated.
Negative results do not preclude SARS-CoV-2infection and should not
be used as the sole basis for management decisions.
Negative results must be combined with clinical observations, patient
history,and epidemiological information.
The TaqPath COVID-19 Combo Kit is an RT-PCR test intended for the
qualitative detection of nucleic acid from SARS-CoV-2 in upper
respiratory specimens such as nasopharyngeal, oropharyngeal, nasal, and
mid-turbinate swabs, and bronchoalveolar lavage specimens.  It has not
been cleared or approved by the FDA.  This test has been authorized by
the FDA under an EUA for use by CLIA authorized laboratories to perform
high complexity tests .  TaqPath COVID-19 Combo kit has been authorized
only for the detection of nucleic acid from SARS-CoV-2, not for any
other viruses or pathogens.  This test is only authorized for the
duration of the declaration that circumstances exist justifying the
authorization for emergency use of in vitro diagnostic tests for
detection and/or diagnosis of COVID-19 under section 564(b)(1) of the
Act, 21 U.S.C. 360bbb-3(b)(1), unless authorization is terminated or
revoked sooner.
TaqPath COVID-19 kit: For healthcare providers: https://www.fda.gov/media/136111
TaqPath COVID-19 kit: For Patients: https://www.fda.gov/media/136114
ORDERING PROVIDER: ELLIOTT, DENISE LEA
SPECIMEN ID: 239557789
PERFORMING LAB: Omega Diagnostics at Mounes St, 5525 Mounes St,
New Orleans, LA 70123  CLIA# 19D2185065
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Other | SWAB FROM NASAL SINUS / Unknown | Collection / Unknown | 12/10/2020 9:00 AM CST | 12/10/2020 9:49 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB SEND OUT ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OMEGA | | | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL (LCMC CBC WITH DIFFERENTIAL) - Final result (12/08/2020 10:52 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 9.4 | 4.5 - 11.0 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| RBC | 4.83 | 3.50 - 5.50 10^6/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | 13.0 | 12.0 - 16.0 gm/dL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Hematocrit | 39.5 | 36.0 - 51.0 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCV | **81.8 (L)** | 86.0 - 98.0 fL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCH | 26.9 | 25.4 - 34.6 pg | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCHC | 32.9 | 32.5 - 35.5 g/dL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| RDW | 14.6 | 12.0 - 15.0 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Platelet Count | 333 | 140 - 440 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MPV | 10.4 | 9.4 - 12.3 fL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| nRBCs | 0.0 | 0.0 - 0.2 /100 WBC | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Neutrophils Absolute - Instrument | 5.02 | 1.80 - 7.70 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Lymphocytes Absolute - Instrument | 3.62 | 1.00 - 4.80 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Monocytes Absolute - Instrument | 0.45 | 0.00 - 0.80 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Eosinophils Absolute - Instrument | 0.22 | 0.00 - 0.45 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Basophils Absolute - Instrument | 0.06 | 0.00 - 0.30 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Immature Granulocytes Absolute - Instrument | 0.02 | 0.00 - 0.03 10^3/uL | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Neutrophils Percent - Instrument | 53.5 | 52 - 87 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Lymphocytes Percent - Instrument | 38.6 | 20 - 44 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Monocytes Percent - Instrument | 4.8 | 0 - 10 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Eosinophils Percent - Instrument | 2.3 | 1 - 5 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Basophils Percent - Instrument | 0.6 | 0 - 2 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Immature Granulocytes Percent - Instrument | 0.2 | 0.0 - 0.4 % | | 12/08/2020 11:45 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/08/2020 10:52 AM CST | 12/08/2020 11:16 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

APTT (LCMC APTT) - Final result (12/08/2020 10:52 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| APTT | 21.5 | 21.0 - 32.0 Seconds | | 12/08/2020 11:48 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/08/2020 10:52 AM CST | 12/08/2020 11:15 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

PROTIME/INR (LCMC PROTIME/INR) - Final result (12/08/2020 10:52 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Protime | 9.9 | 9.8 - 11.7 Seconds | | 12/08/2020 11:48 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| INR | 0.9 | | | 12/08/2020 11:48 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/08/2020 10:52 AM CST | 12/08/2020 11:15 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL (LCMC COMPREHENSIVE METABOLIC PANEL) - Final result (12/08/2020 10:52 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 136 | 136 - 145 mmol/L | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Chloride | 105 | 98 - 107 mmol/L | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Carbon Dioxide | 29 | 21 - 32 mmol/L | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Glucose | 82 | 65 - 99 mg/dL | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| BUN | 11.0 | 7.0 - 18.0 mg/dL | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Creatinine | 0.95 | 0.55 - 1.02 mg/dL | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 12 | | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Calcium | 8.7 | 8.5 - 10.1 mg/dL | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Total Protein | 7.7 | 6.4 - 8.2 g/dL | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Albumin | 3.7 | 3.4 - 5.0 g/dL | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Albumin/Globulin Ratio | 0.9 | | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| AST | 33 | 15 - 37 U/L | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| ALT | 35 | 13 - 56 U/L | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Alkaline Phosphatase | 58 | 45 - 117 U/L | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Bilirubin, Total | 0.4 | 0.2 - 1.0 mg/dL | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Comment: Use of this assay is not recommended for patients undergoing treatment with eltrombopag due to potential for falsely elevated results. | | | | | | |
| EGFR, African American | **82 (L)** | >89 mL/min | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| EGFR, Non African American | **71 (L)** | >89 mL/min | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Anion Gap | **2 (L)** | 5 - 14 | | 12/08/2020 11:46 AM CST | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 12/08/2020 10:52 AM CST | 12/08/2020 11:15 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| D Elliott DPM | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

CT ABDOMEN PELVIS WO CONTRAST (LCMC CT ABDOMEN PELVIS WO CONTRAST) - Final result (06/02/2020 8:57 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Abdomen, Pelvis | N/A | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/02/2020 9:08 AM CDT | |

Impressions

**06/02/2020 9:18 AM CDT**

1. Punctate nonobstructing bilateral calyceal nephrolithiasis. No evidence for obstructive uropathy or radiopaque ureteral calculus identified.
2. Underdistended urinary bladder producing wall thickening which may be correlated for cystitis.
3. Colonic diverticulosis without diverticulitis.
4. Subtotal hysterectomy.
5. Other chronic and incidental findings as detailed in the body.

CT Stone protocol disclaimer: Noncontrasted CT examination is optimized for the visualization of kidney and ureter stones. A noncontrasted CT examination is less sensitive in the evaluation of trauma, infections, masses, and bowel pathology.

Electronically Signed By: Charles Chism 6/2/2020 9:18 AM CDT

Narrative

**06/02/2020 9:18 AM CDT**

PROCEDURE: LCMC CT ABDOMEN PELVIS WO CONTRAST

REASON FOR STUDY: Flank pain, stone disease suspected

COMPARISON: None.

TECHNIQUE: Volumetric CT acquisition of the abdomen and pelvis without intravenous contrast. Automatic exposure controls were utilized during the CT exam to meet ALARA standards for radiation dose reduction.
IV contrast: None.
Enteric contrast: None.

FINDINGS:
Lung Bases: Minimal dependent atelectasis. Normal heart size.
Gallbladder: The gallbladder is physiologically distended without evidence of gallstones or wall thickening.
Liver: No biliary dilation or focal lesion by nonenhanced study. Elongated right lobe.
Spleen: Spleen is normal in size. Otherwise unremarkable unenhanced appearance.
Pancreas: Unremarkable unenhanced appearance of the pancreas.
Adrenal Glands: Adrenal glands are normal.
Kidneys/ureters: Punctate nonobstructing bilateral calyceal nephrolithiasis is seen. No definitive radiopaque ureteral calculus identified or evidence for obstructive uropathy. No significant perinephric inflammation or suspicious contour deforming mass.
Urinary bladder: The urinary bladder is underdistended producing circumferential wall thickening. No radiopaque stone, mass, or perivesical stranding. With wall thickening. No intraluminal radiopaque stone identified.
Bowel: Lack of oral contrast administration limits bowel evaluation. No evidence of bowel obstruction. Colonic diverticulosis without diverticulitis.
Appendix: The appendix is identified and appears normal.
Vasculature: Normal caliber of the aorta and major vessels.
Lymph nodes: No lymphadenopathy is identified.
Peritoneum: No intra-abdominal free air or drainable collection identified.
Organs of reproduction: Subtotal hysterectomy. Ovaries remain and appear within normal limits. Nonspecific air in the vaginal remnant.
Skeletal findings: No acute skeletal abnormality or suspicious osseous lesion identified. There are age-related degenerative changes of the bones.
Abdominal Wall: Diastases rectus.

Procedure Note

**C Chism, MD - 06/02/2020**

Procedure Note

Formatting of this note might be different from the original.
PROCEDURE: LCMC CT ABDOMEN PELVIS WO CONTRAST

REASON FOR STUDY: Flank pain, stone disease suspected

COMPARISON: None.

TECHNIQUE: Volumetric CT acquisition of the abdomen and pelvis without intravenous contrast. Automatic exposure controls were utilized during the CT exam to meet ALARA standards for radiation dose reduction.
IV contrast: None.
Enteric contrast: None.

FINDINGS:
Lung Bases: Minimal dependent atelectasis. Normal heart size.
Gallbladder: The gallbladder is physiologically distended without evidence of gallstones or wall thickening.
Liver: No biliary dilation or focal lesion by nonenhanced study. Elongated right lobe.
Spleen: Spleen is normal in size. Otherwise unremarkable unenhanced appearance.
Pancreas: Unremarkable unenhanced appearance of the pancreas.
Adrenal Glands: Adrenal glands are normal.
Kidneys/ureters: Punctate nonobstructing bilateral calyceal nephrolithiasis is seen. No definitive radiopaque ureteral calculus identified or evidence for obstructive uropathy. No significant perinephric inflammation or suspicious contour deforming mass.
Urinary bladder: The urinary bladder is underdistended producing circumferential wall thickening. No radiopaque stone, mass, or perivesical stranding. With wall thickening. No intraluminal radiopaque stone identified.
Bowel: Lack of oral contrast administration limits bowel evaluation. No evidence of bowel obstruction. Colonic diverticulosis without diverticulitis.
Appendix: The appendix is identified and appears normal.
Vasculature: Normal caliber of the aorta and major vessels.
Lymph nodes: No lymphadenopathy is identified.
Peritoneum: No intra-abdominal free air or drainable collection identified.
Organs of reproduction: Subtotal hysterectomy. Ovaries remain and appear within normal limits. Nonspecific air in the vaginal remnant.
Skeletal findings: No acute skeletal abnormality or suspicious osseous lesion identified. There are age-related degenerative changes of the bones.
Abdominal Wall: Diastases rectus.

IMPRESSION:
1. Punctate nonobstructing bilateral calyceal nephrolithiasis. No evidence for obstructive uropathy or radiopaque ureteral calculus identified.
2. Underdistended urinary bladder producing wall thickening which may be correlated for cystitis.
3. Colonic diverticulosis without diverticulitis.
4. Subtotal hysterectomy.
5. Other chronic and incidental findings as detailed in the body.

CT Stone protocol disclaimer: Noncontrasted CT examination is optimized for the visualization of kidney and ureter stones. A noncontrasted CT examination is less sensitive in the evaluation of trauma, infections, masses, and bowel pathology.

Electronically Signed By: Charles Chism 6/2/2020 9:18 AM CDT

| Authorizing Provider | Result Type |
|---|---|
| B Dehart MD | IMG CT ORDERABLES |

**(ABNORMAL) LCMC POCT URINE DIPSTICK - Final result (06/02/2020 8:36 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Color | Yellow | Yellow | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Clarity | Clear | Clear | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Bilirubin | Negative | Negative | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Blood | **Trace Intact (A)** | Negative | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Glucose | Negative | Negative | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Ketones | Negative | Negative | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Leukocyte Esterase | Negative | Negative | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Nitrites | Negative | Negative | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT pH | 5.5 | 5.0 - 8.0 | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Protein | Negative | Negative | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Specific Gravity | **>=1.030 (A)** | 1.005 - 1.025 | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Urobilinogen | 0.2 | 0.2 - 1 | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| POCT Performed By: | Goodin, Jill | | | 06/02/2020 8:36 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine | URINE SPECIMEN OBTAINED BY CLEAN CATCH PROCEDURE / Unknown | | 06/02/2020 8:36 AM CDT | 06/02/2020 8:36 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| B Dehart MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

POCT PERFORM URINE PREGNANCY (POCT URINE PREGNANCY) - Final result (06/02/2020 8:36 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| kit Lot Number | hcg8100036 | | | | | |
| Expiration Date | 09/30/2020 | | | | | |
| Positive Control | Positive - C Line Present | | | | | |
| Negative Control | Negative - Background Clear | | | | | |
| Preg Test, Ur | Negative(Normal) | Normal=Negative - Normal=Negative | | | | |
| Performed by: | Jill Goodin, RN | | | | | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine | | | 06/02/2020 8:36 AM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| B Dehart MD | POINT OF CARE TEST ORDERABLES |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL (LCMC CBC WITH DIFFERENTIAL) - Final result (06/02/2020 8:25 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 7.5 | 4.5 - 11.0 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| RBC | 5.03 | 3.50 - 5.50 10^6/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Hemoglobin | 13.4 | 12.0 - 16.0 gm/dL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Hematocrit | 39.4 | 36.0 - 51.0 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCV | **78.3 (L)** | 86.0 - 98.0 fL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCH | 26.6 | 25.4 - 34.6 pg | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| MCHC | 34.0 | 32.5 - 35.5 g/dL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| RDW | 14.6 | 12.0 - 15.0 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Platelet Count | 349 | 140 - 440 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| MPV | 10.1 | 9.4 - 12.3 fL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| nRBCs | 0.0 | 0.0 - 0.2 /100 WBC | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Neutrophils Absolute - Instrument | 4.46 | 1.80 - 7.70 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Lymphocytes Absolute - Instrument | 2.52 | 1.00 - 4.80 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Monocytes Absolute - Instrument | 0.37 | 0.00 - 0.80 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Eosinophils Absolute - Instrument | 0.11 | 0.00 - 0.45 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Basophils Absolute - Instrument | 0.04 | 0.00 - 0.30 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Immature Granulocytes Absolute - Instrument | 0.02 | 0.00 - 0.03 10^3/uL | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Neutrophils Percent - Instrument | 59.3 | 52 - 87 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Lymphocytes Percent - Instrument | 33.5 | 20 - 44 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Monocytes Percent - Instrument | 4.9 | 0 - 10 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Eosinophils Percent - Instrument | 1.5 | 1 - 5 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Basophils Percent - Instrument | 0.5 | 0 - 2 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Immature Granulocytes Percent - Instrument | 0.3 | 0.0 - 0.4 % | | 06/02/2020 8:39 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 06/02/2020 8:25 AM CDT | 06/02/2020 8:28 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| B Dehart MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

LIPASE (LCMC LIPASE) - Final result (06/02/2020 8:25 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lipase | 95 | 73 - 393 U/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 06/02/2020 8:25 AM CDT | 06/02/2020 8:28 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| B Dehart MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL (LCMC COMPREHENSIVE METABOLIC PANEL) - Final result (06/02/2020 8:25 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Potassium | 4.3 | 3.5 - 5.1 mmol/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Comment: Slight hemolysis. | | | | | | |
| Chloride | **109 (H)** | 98 - 107 mmol/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Carbon Dioxide | 26 | 21 - 32 mmol/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Glucose | 94 | 65 - 99 mg/dL | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| BUN | 15.0 | 7.0 - 18.0 mg/dL | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Creatinine | 0.92 | 0.55 - 1.02 mg/dL | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| BUN/Creatinine Ratio | 16 | | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Calcium | 9.2 | 8.5 - 10.1 mg/dL | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Total Protein | 7.7 | 6.4 - 8.2 g/dL | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Albumin | 3.5 | 3.4 - 5.0 g/dL | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Albumin/Globulin Ratio | 0.8 | | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| AST | 28 | 15 - 37 U/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Comment: Slight hemolysis. | | | | | | |
| ALT | 26 | 13 - 56 U/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Alkaline Phosphatase | 53 | 45 - 117 U/L | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Bilirubin, Total | 0.6 | 0.2 - 1.0 mg/dL | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Comment: Use of this assay is not recommended for patients undergoing treatment with eltrombopag due to potential for falsely elevated results. | | | | | | |
| EGFR, African American | **86 (L)** | >89 mL/min | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| EGFR, Non African American | **74 (L)** | >89 mL/min | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |
| Anion Gap | **3 (L)** | 5 - 14 | | 06/02/2020 9:03 AM CDT | OMEGA DIAGNOSTICS AT WEST JEFFERSON | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | Venipuncture / Unknown | 06/02/2020 8:25 AM CDT | 06/02/2020 8:28 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| B Dehart MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WEST JEFFERSON LAB | 1101 Medical Center Blvd | Marrero, LA 70072 | |
| OMEGA DIAGNOSTICS AT WEST JEFFERSON | 1101 Medical Center Blvd | Marrero, LA 70072, USA | |

MA MAMMOGRAM SCREENING BILATERAL (LCMC MA MAMMOGRAM SCREENING BILATERAL) - Edited Result - FINAL (10/11/2019 8:23 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Breast | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**10/11/2019 9:23 AM CDT**

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 10/11/2019 at 09:13 AM

Narrative

**10/11/2019 9:23 AM CDT**

CLINICAL HISTORY:
Patient is 47 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

FILMS COMPARED:
09/18/2018 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
07/25/2017 - Mammogram - Ochsner Westbank

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

Procedure Note

**M Alline, MD - 10/31/2019**

Procedure Note

Formatting of this note might be different from the original.
CLINICAL HISTORY:
Patient is 47 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

FILMS COMPARED:
09/18/2018 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
07/25/2017 - Mammogram - Ochsner Westbank

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

IMPRESSION:

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 10/11/2019 at 09:13 AM

| Authorizing Provider | Result Type |
|---|---|
| S Lcmc | IMG MAMMOGRAPHY ORDERABLES |

**(ABNORMAL) CBC WITH DIFFERENTIAL (CBC AND DIFFERENTIAL) - Final result (03/27/2016 10:53 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| CBC PROFILE | RESULTS: | | | | HCSD SUNQUEST | |
| WBC | **12.4 (H)** | 4.5 - 11.0 10^3/UL | | | HCSD SUNQUEST | |
| Red Blood Cell Count | 4.56 | 4.00 - 5.20 10^6/UL | | | HCSD SUNQUEST | |
| Hemoglobin | **11.4 (L)** | 12.0 - 16.0 GM/DL | | | HCSD SUNQUEST | |
| Hematocrit | 35.4 | 35.0 - 46.0 % | | | HCSD SUNQUEST | |
| MCV | **77.8 (L)** | 80.0 - 100.0 FL | | | HCSD SUNQUEST | |
| MCH | **25.0 (L)** | 26.0 - 34.0 PG | | | HCSD SUNQUEST | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| MCHC | 32.1 | 31.0 - 37.0 G/DL | | | HCSD SUNQUEST | |
| RDW | **15.6 (H)** | 11.5 - 14.5 % | | | HCSD SUNQUEST | |
| Platelet Cnt | 277 | 130 - 400 10^3/UL | | | HCSD SUNQUEST | |
| MPV | 8.9 | 7.4 - 10.4 FL | | | HCSD SUNQUEST | |
| DIFFERENTAL | RESULTS: | | | | HCSD SUNQUEST | |
| Differential Type | AUTO | | | | HCSD SUNQUEST | |
| Neutrophils Absolute | **8.2 (H)** | 1.8 - 8.0 10^3/UL | | | HCSD SUNQUEST | |
| Lymphocytes Absolute | 3.3 | 1.1 - 5.0 10^3/UL | | | HCSD SUNQUEST | |
| Monocytes Absolute | 0.6 | 0.2 - 1.1 10^3/UL | | | HCSD SUNQUEST | |
| Eosinophils Absolute | 0.3 | 0.0 - 0.6 10^3/UL | | | HCSD SUNQUEST | |
| Basophils Absolute | 0.1 | 0.0 - 0.2 10^3/UL | | | HCSD SUNQUEST | |
| Neutrophils Relatives | 65 | % | | | HCSD SUNQUEST | |
| Lymphocytes Relative | 27 | % | | | HCSD SUNQUEST | |
| Monocytes Relative | 5 | % | | | HCSD SUNQUEST | |
| Eosinophils Relative | 2 | % | | | HCSD SUNQUEST | |
| Basophils Relative | 1 | % | | | HCSD SUNQUEST | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood (substance) | BLOOD / Unknown | | 03/27/2016 10:53 PM CDT | 03/27/2016 11:13 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| C Butts MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| HCSD SUNQUEST | | | |

**(ABNORMAL) URINALYSIS - Final result (03/27/2016 10:11 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Color, UA | YELLOW | YELLOW | | | HCSD SUNQUEST | |
| Appearance, UA | **HAZY (A)** | CLEAR | | | HCSD SUNQUEST | |
| Specific Gravity, UA | 1.021 | 1.005 - 1.030 | | | HCSD SUNQUEST | |
| PH, UA | 6.0 | 4.5 - 8.0 | | | HCSD SUNQUEST | |
| Protein, UA | NEGATIVE | NEGATIVE MG/DL | | | HCSD SUNQUEST | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose, UA | NORMAL | NORMAL MG/DL | | | HCSD SUNQUEST | |
| Ketones, UA | NEGATIVE | NEGATIVE MG/DL | | | HCSD SUNQUEST | |
| Bilirubin, UA | NEGATIVE | NEGATIVE MG/DL | | | HCSD SUNQUEST | |
| Blood, UA | NEGATIVE | NEGATIVE MG/DL | | | HCSD SUNQUEST | |
| Nitrite, UA | NEGATIVE | NEGATIVE | | | HCSD SUNQUEST | |
| Urobilinogen, UA | NORMAL | NORMAL MG/DL | | | HCSD SUNQUEST | |
| Leukocytes, UA | **25 (A)** | NEGATIVE | | | HCSD SUNQUEST | |
| MICROSCOPIC UA | | | | | HCSD SUNQUEST | |
| RBC, UA | 0-2 | 0 - 2 / HPF | | | HCSD SUNQUEST | |
| WBC, UA | 0-5 | 0 - 5 / HPF | | | HCSD SUNQUEST | |
| Squam Epithel, UA | **>100 (A)** | 0 - 20 / LPF | | | HCSD SUNQUEST | |
| Bacteria, UA | NONE SEEN | NONE SEEN / HPF | | | HCSD SUNQUEST | |
| Mucus, UA | RARE | /LPF | | | HCSD SUNQUEST | |
| Hyaline Casts, UA | 0-2 | 0 - 2 /LPF | | | HCSD SUNQUEST | |
| Amorphous, UA | RARE | /HPF | | | HCSD SUNQUEST | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine (substance) | URINE / Unknown | | 03/27/2016 10:11 PM CDT | 03/27/2016 10:30 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| C Hastings MD | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| HCSD SUNQUEST | | | |

LIPASE - Final result (03/27/2016 10:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lipase | 20 | <90 U/L | | | HCSD SUNQUEST | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood (substance) | BLOOD / Unknown | | 03/27/2016 10:11 PM CDT | 03/27/2016 10:30 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| C Hastings MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| HCSD SUNQUEST | | | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (03/27/2016 10:11 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 136 | 135 - 146 MMOL/L | | | HCSD SUNQUEST | |
| Potassium | 4.2 | 3.6 - 5.2 MMOL/L | | | HCSD SUNQUEST | |
| Chloride | 105 | 96 - 110 MMOL/L | | | HCSD SUNQUEST | |
| CO2 | 25 | 24 - 32 MMOL/L | | | HCSD SUNQUEST | |
| Glucose | 93 | 65 - 99 MG/DL | | | HCSD SUNQUEST | |
| BUN | 17 | 7 - 25 MG/DL | | | HCSD SUNQUEST | |
| Creatinine | 0.91 | 0.50 - 1.10 MG/DL | | | HCSD SUNQUEST | |
| Calcium | 9.0 | 8.4 - 10.3 MG/DL | | | HCSD SUNQUEST | |
| Total Protein | 6.7 | 6.0 - 8.0 GM/DL | | | HCSD SUNQUEST | |
| ALBUMIN | 3.7 | 3.4 - 5.0 GM/DL | | | HCSD SUNQUEST | |
| Total Bilirubin | 0.5 | <1.3 MG/DL | | | HCSD SUNQUEST | |
| AST | 24 | <45 U/L | | | HCSD SUNQUEST | |
| Alkaline Phosphatase | 49 | 20 - 120 U/L | | | HCSD SUNQUEST | |
| ALT | 15 | <46 U/L | | | HCSD SUNQUEST | |
| GFR MDRD Non Af Amer | **77 (L)** | >89 mL/MIN | | | HCSD SUNQUEST | |
| GFR MDRD Af Amer | 90 | >89 mL/MIN | | | HCSD SUNQUEST | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood (substance) | BLOOD / Unknown | | 03/27/2016 10:11 PM CDT | 03/27/2016 10:30 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| C Hastings MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| HCSD SUNQUEST | | | |

POCT PERFORM URINE PREGNANCY (POCT URINE PREGNANCY) - Final result (03/27/2016 9:09 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| kit Lot Number | hcg5060187 | | | | | |
| Expiration Date | 6/2017 | | | | | |
| Positive Control | Positive - C Line Present | | | | | |
| Negative Control | Negative - Background Clear | | | | | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Preg Test, Ur | Negative(Normal) | Normal=Negative<br>-<br>Normal=Negative | | | | |
| Performed by: | B. Kimble, RN | | | | | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine (substance) | | | 03/27/2016 9:09 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| J Kanter MD | POINT OF CARE TEST ORDERABLES |

## Care Teams

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | - Jul. 17, 2023 |

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

If you take your Lucy record on a thumb drive to a different doctor, he or she might be able to use his computer to read the file electronically. Your downloaded, machine-readable Personal Health Summary document is in a format called "CDA." If your doctor has a computer that understands CDA, your information is a folder on your thumb drive called **MachineReadable_XDMFormat**. You might need to enter a password before your doctor can use this file.

Copyright ©2023 Epic

# Trina B Simmons

Continuity of Care Document, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |
| *Former (May 02, 2023 - Jun. 27, 2023):* | | | | |
| *Former (Jan. 26, 2023 - May 01, 2023):* | | | | |
| *Former (Sep. 26, 2022 - Jan. 25, 2023):* | | | | |
| *Former (Sep. 13, 2022 - Sep. 25, 2022):* | | | | |

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Encounters - from 07/01/2022 to 07/17/2023

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 05/04/2023 | Follow-Up | Rheumatology | I Robledo Vega, MD |
| 05/02/2023 | Hospital Encounter | Radiology | S Lcmc |
| 04/10/2023 | Office Visit | Rheumatology | I Robledo Vega, MD |
| 04/03/2023 | Follow-Up | Cardiothoracic Surgery | C Tran, PA-C |
| 03/27/2023 | Office Visit | Urgent Care | N Joseph, NP |
| 02/03/2023 | Hospital Encounter | Radiology | H Roach, MD |
| 02/03/2023 | Hospital Encounter | Radiology | H Roach, MD |
| 12/28/2022 | Follow-Up | Cardiothoracic Surgery | H Roach, MD |
| 10/13/2022 | Office Visit | Cardiothoracic Surgery | H Roach, MD |
| 10/07/2022 | Hospital Encounter | Radiology | H Roach, MD |
| 09/26/2022 | Procedure visit | Cardiothoracic Surgery | Carla B |
| 09/26/2022 | Procedure visit | Cardiothoracic Surgery | Carla B |
| 09/26/2022 | Procedure visit | Cardiothoracic Surgery | Carla B |
| 09/09/2022 | Hospital Encounter | Radiology | A Melcher, MD |
| 08/30/2022 | Procedure visit | Neurology | A Melcher, MD |

## Allergies - from 07/01/2022 to 07/17/2023

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Shellfish Containing Products | Hives | | 07/21/2020 | |
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |

## Medications - from 07/01/2022 to 07/17/2023

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | | Active |
| triamcinolone (KENALOG) 0.1 % ointment | | | 0 | 02/13/2023 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 mg by mouth daily | | 0 | | | Active |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth nightly | 30 tablet | 11 | 05/04/2023 | 05/03/2024 | Active |
| pregabalin (LYRICA) 200 MG capsule | Take 1 capsule by mouth 2 (two) times daily | 60 capsule | 2 | 05/04/2023 | 08/02/2023 | Active |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth daily | 60 tablet | 11 | 05/04/2023 | 05/03/2024 | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |
| methylPREDNISolone (MEDROL, PAK,) 4 mg tablet | follow package directions | 21 tablet | 0 | 12/28/2022 | 01/04/2023 | Expired |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 | Discontinued (Formulary change) |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg 2 (two) times daily by mouth | | 0 | 11/21/2022 | 03/27/2023 | Discontinued |
| flurbiprofen (ANSAID) 100 MG tablet | Take 1 tablet 2 (two) times daily by mouth for 10 days | 20 tablet | 0 | 03/27/2023 | 04/06/2023 | Expired |
| cephALEXin (KEFLEX) 500 MG capsule | Take 1 capsule every 8 (eight) hours by mouth for 5 days | 15 capsule | 0 | 03/27/2023 | 04/01/2023 | Expired |

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| traMADoL (ULTRAM) 50 mg tablet | Take 1 tablet nightly as needed by mouth for Pain for up to 5 days | 5 tablet | 0 | 03/27/2023 | 04/01/2023 | Expired |
| predniSONE (DELTASONE) 10 MG tablet | Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days. | 25 tablet | 0 | 04/10/2023 | 05/01/2023 | Expired |

## Active Problems - from 07/01/2022 to 07/17/2023

| Problem | Noted Date |
|---|---|
| Rheumatoid arthritis involving both shoulders with positive rheumatoid factor | 05/04/2023 |
| Complex regional pain syndrome type 1 of left lower extremity | 04/11/2023 |
| Tendonitis | 04/11/2023 |
| Plantar fasciitis of left foot | 04/11/2023 |
| Inflammatory arthritis | 04/11/2023 |
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Social History - from 07/01/2022 to 07/17/2023

Smoking Status as of 05/04/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 04/10/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 04/03/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 03/27/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 12/28/2022

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 10/13/2022

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 08/31/2022

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Alcohol Use as of 05/04/2023

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus/ COVID-19? | No / Unsure | 5/4/2023 8:28 AM CDT |

## Last Filed Vital Signs - from 07/01/2022 to 07/17/2023

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 115/84 | 04/10/2023 3:15 PM CDT | |
| Pulse | 80 | 05/04/2023 9:38 AM CDT | |
| Temperature | 36.5 °C (97.7 °F) | 04/10/2023 3:15 PM CDT | |
| Respiratory Rate | 18 | 05/04/2023 9:38 AM CDT | |
| Oxygen Saturation | 97% | 05/04/2023 9:38 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (208 lb) | 05/04/2023 9:38 AM CDT | |
| Height | 157.5 cm (5' 2") | 05/04/2023 9:38 AM CDT | |
| Body Mass Index | 38.04 | 05/04/2023 9:38 AM CDT | |

## Plan of Treatment - from 07/01/2022 to 07/17/2023

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

## Results - from 07/01/2022 to 07/17/2023

MA MAMMOGRAM SCREENING BILATERAL (LCMC MA MAMMOGRAM SCREENING BILATERAL) - Final result (05/02/2023 8:16 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Breast | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**05/02/2023 11:18 AM CDT**

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 05/02/2023 at 11:08 AM

Narrative

**05/02/2023 11:18 AM CDT**

CLINICAL HISTORY:
Patient is 50 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
02/24/2022 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

Procedure Note

**M Alline, MD - 05/02/2023**

Procedure Note

Formatting of this note might be different from the original.
CLINICAL HISTORY:
Patient is 50 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
02/24/2022 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

IMPRESSION:

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 05/02/2023 at 11:08 AM

| Authorizing Provider | Result Type |
|---|---|
| P Staab MD | IMG MAMMOGRAPHY ORDERABLES |

14.3.3 ETA PROTEIN-QUEST (LCMC 14.3.3 ETA PROTEIN-QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| 14.3.3 ETA Protein - Quest | <0.2 | <0.2 ng/mL | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:

The 14-3-3eta protein is a marker of synovial inflammation that is released into synovial fluid and peripheral blood in rheumatoid arthritis (RA) and erosive psoriatic arthritis. One in five RF and CCP seronegative early stage RA patients is found to be positive for 14-3-3eta protein. Patients with active joint RA disease have higher values of 14-3-3eta protein than those with inactive RA or psoriasis without arthritis. 14-3-3eta protein has a 93% specificity in patients with RA. Values > or = 0.2 ng/mL are elevated and indicative of RA disease or erosive psoriatic arthritis. Values >0.50 ng/mL are associated with more aggressive RA disease and poorer outcomes. Unlike RF and CCP, 14-3-3eta protein is a therapeutically modifiable marker to monitor response to therapy. A decrease in 14-3-3eta protein in response to DMARDs (disease-modifying antirheumatic drugs) and anti-TNF (tumor necrosis factor) drugs indicates better clinical outcomes; an increase is associated with worse outcomes despite apparent clinical remission.

For further information please visit:
http://www.questdiagnostics.com/testcenter/testguide.action?dc=TS-RmArthPnl

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Tests performed effective April 3rd, 2023, utilize an updated version of the 14-3-3 eta protein assay. There is no change to the reference range. Please assess quantitative results with the clinical presentation on patients followed longitudinally.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

**(ABNORMAL) RHEUMATOID FACTOR (IGM)-QUEST (LCMC RHEUMATOID FACTOR (IGM)-QUEST) - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Rheumatoid Factor (IgM) - Quest | **37 (H)** | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Comment: | | | | | | |

```
Reference Range:
<=6 NEGATIVE
>6  POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

RHEUMATOID FACTOR (IGA)-QUEST (LCMC RHEUMATOID FACTOR (IGA)-QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Rheumatoid Factor (IgA) - Quest | <5 | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |
| Comment: | | | | | | |

```
Reference Range:
<=6  NEGATIVE
>6   POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

RHEUMATOID FACTOR IGG - QUEST (LCMC RHEUMATOID FACTOR IGG - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Rheumatoid Factor (IgG) - Quest | 5 | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Comment: | | | | | | |

```
Reference Range:
<=6   NEGATIVE
>6    POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

SJOGREN'S ANTIBODY (SS-B) (LCMC SJOGREN'S ANTIBODY (SS-B) - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sjogren's Antibody (SS-B) - Quest | <1.0 NEG | <1.0 NEGATIVE AI | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

SJOGREN'S ANTIBODY (SS-A) (LCMC SJOGREN'S ANTIBODY (SS-A) - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sjogren's Antibody (SS-A) - Quest | <1.0 NEG | <1.0 NEGATIVE AI | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

CYCLIC CITRUL PEPTIDE AB, IGG (LCMC CYCLIC CITRULLINATED PEPTIDE ANTIBODY, IGG) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cyclic Citrullinated Peptide (CCP) AB (IGG) - Quest | <16 | Units | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

Comment:

```
Reference Range:
NEGATIVE:
   <20
WEAK POSITIVE:
   20-39
MODERATE POSITIVE:
   40-59
STRONG POSITIVE
   >59
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

**(ABNORMAL) LCMC SEDIMENTATION RATE - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sed Rate by Modified Westergren - Quest | **25 (H)** | < OR = 20 mm/h | | | Quest Diagnostics-Houston Lab | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| Quest Diagnostics-Houston Lab | 5850 Rogerdale Road | Houston, TX 77072-1602 | |

**(ABNORMAL) C-REACTIVE PROTEIN (LCMC C-REACTIVE PROTEIN) - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| C-Reactive Protein - Quest | **17.5 (H)** | <8.0 mg/L | | | Quest Diagnostics-Houston Lab | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics-Houston Lab | 5850 Rogerdale Road | Houston, TX 77072-1602 | |

XR HIP 2+ VW EA BILATERAL WITH PELVIS (LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS) - Final result (02/03/2023 2:20 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Hip | Bilateral | Computed Radiography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 02/03/2023 2:40 PM CST | |

Impressions

**02/03/2023 2:42 PM CST**

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Electronically Signed By: Rafael Figueroa, MD 2/3/2023 2:42 PM CST

Narrative

**02/03/2023 2:42 PM CST**
LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

Procedure Note

**R Figueroa, MD - 02/03/2023**

Procedure Note

Formatting of this note might be different from the original.
LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

IMPRESSION:

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Electronically Signed By: Rafael Figueroa, MD 2/3/2023 2:42 PM CST

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

MRI LUMBAR SPINE W WO CONTRAST (LCMC MRI LUMBAR SPINE W WO CONTRAST) - Final result (02/03/2023 1:34 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| L-spine | N/A | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 02/03/2023 1:35 PM CST | |

Impressions

**02/03/2023 2:36 PM CST**

```
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST
```

Narrative

**02/03/2023 2:36 PM CST**

```
Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained.
ProHance contrast material was administered intravenously.  Subsequently postcontrast sagittal and
axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural
foraminal stenosis at any level.  No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.
```

Procedure Note

**S Fuzzard, MD - 02/03/2023**

Procedure Note

Formatting of this note might be different from the original.
Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained. ProHance contrast material was administered intravenously. Subsequently postcontrast sagittal and axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.

IMPRESSION:
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG MRI ORDERABLES |

CT ANGIO ABDOMEN PELVIS (LCMC CT ANGIO ABDOMEN PELVIS) - Final result (10/07/2022 9:40 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Abdomen | N/A | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 10/07/2022 9:45 AM CDT | |

Impressions

**10/07/2022 9:49 AM CDT**

Impressions

1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta.
2. No finding to suggest renal artery stenosis.
3. Hepatomegaly and background parenchymal findings of steatosis.
4. Additional, and incidental findings above.

Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2)

Pre-menopause(3) (<= 50 years if LMP unknown):
<=5 cm: No follow-up imaging recommended
>5 cm - <=7 cm: US f/u 6-12 weeks
>7 cm: Consider MR w/IVC or surgical evaluation

Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended (4)
>3 cm - <=5 cm: US f/u 6-12 months (4)
>5 cm - <=7 cm: US f/u promptly
>7cm: Consider MR w/IVC or surgical evaluation

Late post-menopause (>5 years from LMP; > 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended
>3 cm - <=7 cm: US f/u promptly
>7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681
(2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years
(3)Includes cysts with layering hemorrhage
(4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks

Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

Narrative

**10/07/2022 9:49 AM CDT**

Narrative

CMS MANDATED QUALITY DATA - CT RADIATION 436

All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

CLINICAL HISTORY:
50 years ( Female Malignant hypertension

TECHNIQUE:
LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained

POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision.

COMPARISON:
None available.

FINDINGS:
The abdominal and pelvic vessels are as follows:
Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer.
Celiac artery: Patent
Superior mesenteric artery: Patent
Inferior mesenteric artery: Patent
Renal arteries: Patent, single bilaterally
Common iliac arteries: Patent
External iliac arteries: Patent
Internal iliac arteries: Patent

Additional findings:
-The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis.
-Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern.
-Prior hysterectomy.
-Scattered colonic diverticula without focal diverticulitis.
-26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

Procedure Note

**W Shaffer, MD - 10/07/2022**
Formatting of this note might be different from the original.
CMS MANDATED QUALITY DATA - CT RADIATION 436

All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

CLINICAL HISTORY:
50 years ( Female Malignant hypertension

TECHNIQUE:
LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained

POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision.

COMPARISON:
None available.

FINDINGS:
The abdominal and pelvic vessels are as follows:
Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer.
Celiac artery: Patent
Superior mesenteric artery: Patent
Inferior mesenteric artery: Patent
Renal arteries: Patent, single bilaterally
Common iliac arteries: Patent
External iliac arteries: Patent
Internal iliac arteries: Patent

Additional findings:
-The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis.

Procedure Note

-Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern.
-Prior hysterectomy.
-Scattered colonic diverticula without focal diverticulitis.
-26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

IMPRESSION:
1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta.
2. No finding to suggest renal artery stenosis.
3. Hepatomegaly and background parenchymal findings of steatosis.
4. Additional, and incidental findings above.

Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2)

Pre-menopause(3) (<= 50 years if LMP unknown):
<=5 cm: No follow-up imaging recommended
>5 cm - <=7 cm: US f/u 6-12 weeks
>7 cm: Consider MR w/IVC or surgical evaluation

Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended (4)
>3 cm - <=5 cm: US f/u 6-12 months (4)
>5 cm - <=7 cm: US f/u promptly
>7cm: Consider MR w/IVC or surgical evaluation

Late post-menopause (>5 years from LMP; > 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended
>3 cm - <=7 cm: US f/u promptly
>7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681
(2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years
(3)Includes cysts with layering hemorrhage
(4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks

Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG CT ORDERABLES |

POCT CREATININE (LCMC POCT CREATININE) - Final result (10/07/2022 9:13 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Creatinine | 1.00 | 0.50 - 1.00 mg/dL | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |
| POCT Performed By: | Schaff Jami | | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT EGFR | 66 | >=60 mL/min | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |
| POCT EGFR AA | 76 | >=60 mL/min | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 10/07/2022 9:13 AM CDT | 10/07/2022 9:14 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | 4200 Houma Boulevard | Metairie, LA 70006 | |

US VENOUS LOWER EXTREMITY BIL (LCMC VAS PRO US VENOUS LOWER EXTREMITY BIL) - Final result (09/29/2022 3:42 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Leg | Left | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**09/29/2022 9:22 PM CDT**

1. Normal bilateral lower extremity venous ultrasound.
2. No evidence of deep vein thrombosis.

Harry A Roach, MD

Narrative

**09/29/2022 9:22 PM CDT**
**This result has an attachment that is not available.**

Narrative

```
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE:09/26/2022

PT DOB:

MRN: 1001223294

HX:  LEFT LEG PAIN AND SWELLING


BILATERAL VENOUS ULTRASOUND OF THE LOWER EXTREMITIES:

        RIGHT LOWER EXTREMITY  LEFT LOWER
EXTREMITY


VESSEL


COMPRESSION


Doppler signal


VESSEL


COMPRESSION


Doppler
signal
CFV  Y  Y CFV Y Y

GR. SAP    GR.SAP

SFV    SFV
    Prox Y  Y   Prox  Y Y
      Mid
Y  Y   Mid    Y Y
    Distal Y  Y   Distal    Y Y
Popliteal     Popliteal
   Prox Y  Y     Prox Y Y
Mid Y  Y     Mid Y Y
    Distal Y  Y    Distal Y Y
CALF
   CALF
PTV Y  Y PTV Y Y
PV Y  Y PV Y Y
```

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

Duplex Lower Ext Art, bilat (LCMC VAS PRO DUPLEX LOWER EXT ART, BILAT) - Final result (09/29/2022 3:39 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Arm | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:24 PM CDT**
**This result has an attachment that is not available.**

Narrative

NAME: Trina B Simmons

PHYSICIAN:ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

Peripheral Arterial Ultrasound of the Lower Extremities w/ABI

```
RIGHT                              Cm/s    LEFT
Cm/s

CFA 108,  80 CFA                               93
DFA 44                                       46
SFA  Prox 1 59  SFA               Prox 1 92
Prox 2                         Prox 2
Prox 3                         Prox 3

SFA  Mid 1 51  SFA                 Mid 1 55
Mid 2                           Mid 2
Mid 3                           Mid 3

SFA  Distal 1 46  SFA             Distal 1 53
Distal 2                       Distal 2
Distal 3                       Distal 3

POP                     Prox 45  POP                  Prox 47
Distal 24                         Distal 35
Peroneal  Prox 27  Peroneal Prox 34
PTA                      Prox 58  PTA                   Prox 51
Mid 59                             Mid 72
Distal 62                          Distal 66

ATA                      Prox 37  ATA                  Prox 43
Mid 35                            Mid  24
Distal 46                          Distal 29

DP 29  DP 41
```

Conclusions:
1. Normal flow velocities bilaterally
2. Normal triphasic and biphasic waveforms bilaterally.
3. Normal ankle brachial ratios bilaterally
4. Normal arterial Doppler study of the lower extremities

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

ABI (LCMC VAS PRO ABI) - Final result (09/29/2022 3:39 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:21 PM CDT**
**This result has an attachment that is not available.**
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

RT Brachial Pressure 155/128 LT Brachial Pressure 155/115
RT Ankle Pressure 179 LT Ankle Pressure 171
RTI ABI 1 LT ABI 1

ANKLE BRACHIAL INDICES

| ABI | SEVERITY |
|---|---|
| >1.0-0.95 | Normal |
| 0.80-0.94 | Mild disease |
| 0.50-0.79 | Moderate disease |
| 0.30-0.49 | Severe disease |
| <0.29 | Critical |

Right ABI- Normal
Left ABI- Normal

Conclusions:
Normal ankle brachial ratios bilaterally.

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

DUPLEX CAROTID ARTERIES BIL (LCMC VAS PRO DUPLEX CAROTID ARTERIES BIL) - Final result (09/29/2022 3:26 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Neck | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:20 PM CDT**
**This result has an attachment that is not available.**
Ambulatory Vascular and Vein Study Report

Study: Carotid Ultrasound

Patient Name: Trina B Simmons

MRN: 1001223294

Date of Birth:

Date of Study:09/26/2022

Ordering Physician:ROACH

Narrative

HX: Cerebellar Stroke

RIGHT LEFT

PSV EDV RATIO
(IC/CC) PSV EDV RATIO
(IC/CC)
CCA CM/S
67
CM/S

29

.8
CCA

CM/S

70
CM/S
20

.8

ICA

CM/S
56
CM/S

29 ICA

CM/S

54
CM/S
24

ECA

CM/S
54 CM/S

15 ECA

CM/S
41 CM/S
8

VERT

ANTE

Yes RETRO

VERT ANTE

Yes RETRO

IMPRESSION:
1. Minimal plaque disease bilaterally.
2. No elevated flow velocities bilaterally.
3. No significant stenosis bilaterally.
4. Normal flow velocities at the carotid bifurcations bilaterally with no evidence to suggest hemodynamically significant internal carotid artery stenosis by flow velocity criteria.
5. Bilateral antegrade vertebral artery flow.

Narrative

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

MRI CERVICAL SPINE WITHOUT CONTRAST (LCMC MRI CERVICAL SPINE WITHOUT CONTRAST) - Final result (09/09/2022 6:21 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| C-spine | N/A | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 09/09/2022 11:09 PM CDT | |

Impressions

**09/09/2022 11:14 PM CDT**

1. Reversal of the cervical spine lordosis
2. No significant spinal canal or neuroforaminal compromise
3. T4 vertebral body lesion
4. Old right cerebellar lobe infarcts
5. Mild lymphoproliferative process

Electronically Signed By: Scott Carbajal, MD 9/9/2022 11:14 PM CDT

Narrative

**09/09/2022 11:14 PM CDT**

MRI OF THE CERVICAL SPINE WITHOUT CONTRAST; performed on 9/9/2022 6:04 PM CDT

CLINICAL HISTORY: radiculopathy

COMPARISON: None

TECHNIQUE:
Routine MRI of the cervical spine was obtained without the aid of IV contrast. Total image count is 364.

FINDINGS:

Old right cerebellar lobe infarcts are incidentally noted.

Reversal of the cervical spine lordosis is noted with the apex at the level of C6.

There is a T4 vertebral body lesion noted with high T2 signal and mixed high/low T1 signal raising the question of a hemangioma.

The vertebral body heights are maintained.
The intervertebral discs maintain their height and signal at all levels.
The spinal cord has a normal appearance.
The cerebellar tonsils are in a normal position.

C2/3 - No significant canal or neuroforaminal compromise.
C3/4 - No significant canal or neuroforaminal compromise.
C4/5 - No significant canal or neuroforaminal compromise.
C5/6 - No significant canal or neuroforaminal compromise.
C6/7 - No significant canal or neuroforaminal compromise.
C7/T1 - No significant canal or neuroforaminal compromise.

The paraspinous soft tissues appear normal.

Bilateral symmetric shotty lymph nodes are noted in the neck; differential diagnosis includes benign and malignant etiologies.

Procedure Note

**S Carbajal, MD - 09/09/2022**

Procedure Note

Formatting of this note might be different from the original.
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST; performed on 9/9/2022 6:04 PM CDT

CLINICAL HISTORY: radiculopathy

COMPARISON: None

TECHNIQUE:
Routine MRI of the cervical spine was obtained without the aid of IV contrast. Total image count is 364.

FINDINGS:

Old right cerebellar lobe infarcts are incidentally noted.

Reversal of the cervical spine lordosis is noted with the apex at the level of C6.

There is a T4 vertebral body lesion noted with high T2 signal and mixed high/low T1 signal raising the question of a hemangioma.

The vertebral body heights are maintained.
The intervertebral discs maintain their height and signal at all levels.
The spinal cord has a normal appearance.
The cerebellar tonsils are in a normal position.

C2/3 - No significant canal or neuroforaminal compromise.
C3/4 - No significant canal or neuroforaminal compromise.
C4/5 - No significant canal or neuroforaminal compromise.
C5/6 - No significant canal or neuroforaminal compromise.
C6/7 - No significant canal or neuroforaminal compromise.
C7/T1 - No significant canal or neuroforaminal compromise.

The paraspinous soft tissues appear normal.

Bilateral symmetric shotty lymph nodes are noted in the neck; differential diagnosis includes benign and malignant etiologies.

IMPRESSION:

1. Reversal of the cervical spine lordosis
2. No significant spinal canal or neuroforaminal compromise
3. T4 vertebral body lesion
4. Old right cerebellar lobe infarcts
5. Mild lymphoproliferative process

Electronically Signed By: Scott Carbajal, MD 9/9/2022 11:14 PM CDT

| Authorizing Provider | Result Type |
|---|---|
| A Melcher MD | IMG MRI ORDERABLES |

## Visit Diagnoses - from 07/01/2022 to 07/17/2023

| Diagnosis | Start Date |
|---|---|
| Cervical radiculitis | 8/30/2022 |
| Neuritis | 8/30/2022 |
| Cervical radiculitis | 9/9/2022 |
| Left leg pain | 9/26/2022 |
| Stroke due to embolism of right cerebellar artery | 9/26/2022 |
| PVD (peripheral vascular disease) | 9/26/2022 |
| Stroke due to embolism of right cerebellar artery | 9/26/2022 |
| PVD (peripheral vascular disease) | 9/26/2022 |
| Leg edema, left | 10/7/2022 |
| Leg edema, right | 10/7/2022 |
| Other specified symptoms and signs involving the circulatory and respiratory systems | 10/7/2022 |
| Cervical radiculopathy | 10/7/2022 |
| Left leg swelling | 10/13/2022 |
| Cervical radiculopathy | 10/13/2022 |
| Chronic bilateral low back pain with left-sided sciatica | 10/13/2022 |
| Peripheral neuropathic pain | 10/13/2022 |
| Obesity (BMI 30-39.9) | 10/13/2022 |
| Chest pain, atypical | 10/13/2022 |
| Leg pain, bilateral | 10/13/2022 |
| Essential hypertension | 10/13/2022 |
| Lower extremity edema | 10/13/2022 |
| Leg pain, bilateral | 12/28/2022 |
| Lower extremity edema | 12/28/2022 |
| Obesity (BMI 30-39.9) | 12/28/2022 |
| History of seizures | 12/28/2022 |
| Essential hypertension | 12/28/2022 |
| DOE (dyspnea on exertion) | 12/28/2022 |
| Peripheral neuropathic pain | 12/28/2022 |
| Chest pain, atypical | 12/28/2022 |
| Leg pain, bilateral | 2/3/2023 |
| Leg pain, bilateral | 2/3/2023 |
| Abscess | 3/27/2023 |
| Leg pain, bilateral | 4/3/2023 |
| Lower extremity edema | 4/3/2023 |
| Obesity (BMI 30-39.9) | 4/3/2023 |
| History of seizures | 4/3/2023 |
| Essential hypertension | 4/3/2023 |
| Peripheral neuropathic pain | 4/3/2023 |
| Inflammatory arthritis | 4/10/2023 |
| Plantar fasciitis of left foot | 4/10/2023 |
| Tendonitis | 4/10/2023 |
| Complex regional pain syndrome type 1 of left lower extremity | 4/10/2023 |
| Breast cancer screening by mammogram | 5/2/2023 |
| Rheumatoid arthritis involving both shoulders with positive rheumatoid factor | 5/4/2023 |
| Complex regional pain syndrome type 1 of left lower extremity | 5/4/2023 |
| Tendonitis | 5/4/2023 |
| Plantar fasciitis of left foot | 5/4/2023 |

## Care Teams - from 07/01/2022 to 07/17/2023

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

Primary Care Provider

**P Staab, MD** (Feb. 24, 2022 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd.
Marrero, LA 70072
Family Medicine
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Other Service Providers

Document Coverage Dates

Jul. 01, 2022 - Jul. 17, 2023

Custodian Organization

**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Legal Authenticator

**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Follow-up |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 05/04/2023 | Follow-Up | Touro Infirmary New Orleans - Rheumotology Clinic<br>3700 St. Charles Ave<br>3rd Floor<br>NEW ORLEANS, LA 70115-4637<br>504-210-4290 | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | | Active |
| triamcinolone (KENALOG) 0.1 % ointment | | | 0 | 02/13/2023 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 mg by mouth daily | | 0 | | | Active |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth nightly | 30 tablet | 11 | 05/04/2023 | 05/03/2024 | Active |
| pregabalin (LYRICA) 200 MG capsule | Take 1 capsule by mouth 2 (two) times daily | 60 capsule | 2 | 05/04/2023 | 08/02/2023 | Active |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth daily | 60 tablet | 11 | 05/04/2023 | 05/03/2024 | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 | Discontinued (Formulary change) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Rheumatoid arthritis involving both shoulders with positive rheumatoid factor | 05/04/2023 |
| Complex regional pain syndrome type 1 of left lower extremity | 04/11/2023 |
| Tendonitis | 04/11/2023 |
| Plantar fasciitis of left foot | 04/11/2023 |
| Inflammatory arthritis | 04/11/2023 |
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus/ COVID-19? | No / Unsure | 5/4/2023 8:28 AM CDT |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | - | - | |
| Pulse | 80 | 05/04/2023 9:38 AM CDT | |
| Temperature | - | - | |
| Respiratory Rate | 18 | 05/04/2023 9:38 AM CDT | |
| Oxygen Saturation | 97% | 05/04/2023 9:38 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (208 lb) | 05/04/2023 9:38 AM CDT | |
| Height | 157.5 cm (5' 2") | 05/04/2023 9:38 AM CDT | |
| Body Mass Index | 38.04 | 05/04/2023 9:38 AM CDT | |

## Patient Instructions - documented in this encounter

Attachments

**The following attachments were made available to the patient upon discharge.**
Hydroxychloroquine, ADULT (English)

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth daily | 60 tablet | 11 | 05/04/2023 | 05/03/2024 |
| pregabalin (LYRICA) 200 MG capsule | Take 1 capsule by mouth 2 (two) times daily | 60 capsule | 2 | 05/04/2023 | 08/02/2023 |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth nightly | 30 tablet | 11 | 05/04/2023 | 05/03/2024 |

## Progress Notes - documented in this encounter

I Robledo Vega - 05/04/2023 9:15 AM CDT
Formatting of this note is different from the original.
CCPI RHEUMATOLOGY CLINIC NOTE

05/04/23
10:13 AM

Rheumatologist: Ileannette Marie Robledo Vega
Primary Care Provider: Paul Kray Staab, MD
Physician Requesting Consultation: No referring provider defined for this encounter.
Chief Complaint/Reason For Consultation:

Initial HPI/Historical Info:
Trina B Simmons is a 50 y.o. Black or African American female with a history of chest pain, peripheral neuropathic pain, bilateral knee pain that is chronic, HTN, seizures, and L sided plantar fasciitis referred for CRP and sed rate elevation in the setting of multiple joint pains. Patient reports that she had plantar fasciitis on L foot and after several procedures in the foot she developed chronic edema and pain- she feels burning, like a claw grabbing the foot, rubbery feeling and there is some color change. Interestingly, patient reports that she had tendon rupture in that same foot per MRI - unclear which tendon. Her quality of life has diminished since having problems with ADLs.
She also has bilateral knee pain and evaluated by orthopedics and xray showing mild OA but since she is having multiple joint pain with elevated CRP then should be evaluated by rheumatology.
15 years of rash - biopsy ? SLE another dermatology ezcema

5/4/2023: Patient still having L ankle and foot pain and neuropathy. Low back pain and hip stiffness. Not sleeping because she has to constantly urinate - needs to follow with urology and also with night sweats waking up every hour. Started on low dose steroids due to heart disease- will see cardiology tomorrow. PDN did not help.
RF positive and sed rate and crp.

ROS
Review of Systems:
Constitutional: Negative for fever, night sweats, and weight loss
HENT: Negative for recurrent sinus infections, sicca, and oral ulcers
Eyes: Negative for pain, redness, and dryness
Skin: Negative for rash, photosensitivity, alopecia, and RP
Respiratory: Negative for serositis, cough, and shortness of breath
Cardiovascular: Negative for chest pain and palpitations
Gastrointestinal: Negative for dysphagia, diarrhea, and hematochezia
Genitourinary: Negative for frothy urine, dysuria, and hematuria
Musculoskeletal: per HPI
Neurological: Negative for focal weakness, stroke, and seizure
Hematologic: Negative for blood clots, cytopenias, and abnormal bleeding

Past Medical History:
Diagnosis Date
• Anxiety
• Asthma
• Diverticulitis
• Frequency of urination
• Hard of hearing

• History of kidney stones
• Hypertension
• Mitral valve prolapse
• Seizures (CMS/HCC)
• Shortness of breath on exertion
• Stroke (CMS/HCC)
TIA
• Teeth missing
• Vitamin D deficiency
• Wears glasses

Past Surgical History:
Procedure Laterality Date
• COLONOSCOPY
• DILATION AND CURETTAGE OF UTERUS
• HYSTERECTOMY
• PLANTAR FASCIA SURGERY
• TEE
• TUBAL LIGATION

History reviewed. No pertinent family history.
Social History

Substance and Sexual Activity
Alcohol Use No
Comment: ON OCCASION

Social History

Tobacco Use
Smoking Status Never
Smokeless Tobacco Never

Social History

Substance and Sexual Activity
Drug Use No

Current Outpatient Medications:
• albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 6 (six) hours as needed into the lungs, Disp: , Rfl:
• amLODIPine (NORVASC) 10 MG tablet, Take 10 mg daily by mouth, Disp: , Rfl:
• ciclopirox (LOPROX) 0.77 % cream, Apply daily topically, Disp: , Rfl:
• clobetasoL (TEMOVATE) 0.05 % ointment, APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE), Disp: , Rfl:
• estradioL (ESTRACE) 1 MG tablet, Take 1 mg by mouth daily, Disp: , Rfl:
• furosemide (LASIX) 40 MG tablet, Take 1 tablet in the morning by mouth., Disp: 90 tablet, Rfl: 3
• pregabalin (LYRICA) 200 MG capsule, Take 200 mg nightly by mouth, Disp: , Rfl:
• triamcinolone (KENALOG) 0.1 % ointment, , Disp: , Rfl:
• clobetasoL (TEMOVATE) 0.05 % ointment, Apply 2 (two) times daily as needed topically, Disp: , Rfl:
• miscellaneous medical supply Misc, One cam boot, applied to patient's left lower extremity (Patient not taking: No sig reported), Disp: 1 each, Rfl: 0
• potassium chloride (KLOR-CON 10) 10 MEQ CR tablet, Take 1 tablet in the morning by mouth. (Patient not taking: No sig reported), Disp: 90 tablet, Rfl: 3

Vitals:
05/04/23 0938
Pulse: 80
Resp: 18

Physical Exam
Constitutional: Alert, cooperative, no distress, appears stated age
Eyes: PERRL, conjunctiva/corneas clear, EOM's intact
ENT: Lips, mucosa, and tongue normal; no cervical adenopathy
Resp: Respirations unlabored
CV: Regular rate and rhythm
GI: Soft, non-tender, no masses
Musculoskeletal: Edema of L ankle and foot, darker color compared to R- Tenderness in L ankle
Skin: Skin color, texture, turgor normal, no rashes or lesions
Psych: Normal mood and affect

Neurologic: MAEW. Normal strength and sensation throughout

Labs:
All lab results personally reviewed by me.

Lab Results
Component Value Date
WBC 11.3 (H) 12/19/2020
HGB 13.4 12/19/2020
HCT 35.4 03/27/2016
MCV 79.9 (L) 12/19/2020
MCH 26.7 12/19/2020
MCHC 33.4 12/19/2020
RDW 14.3 12/19/2020
PLT 381 12/19/2020
MPV 10.2 12/19/2020
NEUTROABS 8.2 (H) 03/27/2016
LYMPHOABS 3.3 03/27/2016
MONOABS 0.6 03/27/2016
EOSINOABS 0.3 03/27/2016
BASOSABS 0.1 03/27/2016
NEUTROPCT 65 03/27/2016
LYMPHOPCT 27 03/27/2016
MONOPCT 5 03/27/2016
EOSINOPCT 2 03/27/2016
BASOPCT 1 03/27/2016
DIFFTYPE AUTO 03/27/2016

Lab Results
Component Value Date
NA 139 12/19/2020
K 3.6 12/19/2020
CL 106 12/19/2020
CO2 25 12/19/2020
GLU 92 12/19/2020
BUN 18.0 12/19/2020
LABCREA 0.91 03/27/2016
CALCIUM 9.1 12/19/2020
PROT 7.8 12/19/2020
ALBUMIN 3.6 12/19/2020
BILITOT 0.5 03/27/2016
AST 21 12/19/2020
ALKPHOS 58 12/19/2020
ALT 26 12/19/2020
GFRAA 75 (L) 12/19/2020
GFRNONAA 65 (L) 12/19/2020

Lab Results
Component Value Date
COLORU YELLOW 03/27/2016
APPEARANCEUA HAZY (A) 03/27/2016
SPECGRAV 1.021 03/27/2016
PHUA 6.0 03/27/2016
PROTEINUA NEGATIVE 03/27/2016
GLUCOSEU NORMAL 03/27/2016
KETONESU NEGATIVE 03/27/2016
BLOODU NEGATIVE 03/27/2016
LEUKOCYTESUA 25 (A) 03/27/2016
NITRITE NEGATIVE 03/27/2016
UROBILINOGEN NORMAL 03/27/2016

Lab Results
Component Value Date
CRP 17.5 (H) 04/11/2023

Rheum/Infectious Labs:
REVIEWED

Imaging:
All imaging reviewed by me.

LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

IMPRESSION:

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained. ProHance contrast material was administered intravenously. Subsequently postcontrast sagittal and axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.

IMPRESSION:
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST

Assessment:

Trina B Simmons is a 50 y.o. Black or African American female with:

There are no diagnoses linked to this encounter.

Plan:
• S/p plantar fasciitis surgery and description of L foot pain and clinical presentation make me believe she has CRPS
• Bone scan for CRPS
• PDN Taper to bring down inflammation
• Will evaluate for inflammatory arthritis
• Labs and imaging reviewed

- over 10 minutes spent regarding below topics:
- Immunization counseling done.
- Weight loss counseling done.
- Nutrition and exercise counseling.
- Limitation of alcohol consumption.
- Regular exercise: Aerobic and resistance.
- Medication counseling provided.

Time spent: 35 minutes in face to face discussion concerning diagnosis, prognosis, review of lab and test results, benefits of treatment as well as management of disease, counseling of patient and coordination of care between various health care providers. Greater than half the time spent was used for coordination of care and counseling of patient.

No future appointments.

Ileannette Marie Robledo Vega, M.D.
CCPI Rheumatology

TINO ST CHAR
TOURO INFIRMARY NEW ORLEANS - RHEUMOTOLOGY CLINIC
3700 ST. CHARLES AVE
3RD FLOOR
NEW ORLEANS LA 70115-4637
Dept: 504-210-4290

Answers for HPI/ROS submitted by the patient on 5/4/2023
Chronicity: chronic
Treatments tried: other (skip to the next question and enter other treatments you've tried)

Electronically signed by I Robledo Vega at 05/04/2023 10:20 AM CDT

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Rheumatoid arthritis involving both shoulders with positive rheumatoid factor - Primary |
| Complex regional pain syndrome type 1 of left lower extremity |
| Tendonitis |
| Plantar fasciitis of left foot |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MEDICARE | HUMANA GOLD PLUS HMO | xxxxx8226 | 2/1/2023-Present | | PO BOX 14601 LEXINGTON, KY 40512-4601 | |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | May 04, 2023 |

Custodian Organization

**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
|---|---|
| **I Robledo Vega, MD** (Attending)<br>504-210-4290 (Work)<br>504-897-7789 (Fax)<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>Rheumatology | May 04, 2023 |

Legal Authenticator

**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

Trina B Simmons
Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

Diagnostic X-Ray (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Radiology | Diagnoses<br>Breast cancer screening by mammogram | S Lcmc<br>SEND TO PATIENT ADDRESS<br>NEW ORLEANS, LA 70112 | |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 6739257 | **Closed** | Specialty Services Required | 5/2/2023 | 5/1/2024 | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 05/02/2023 | Hospital Encounter | West Jefferson Medical Center Women's Imaging and Breast Care Center<br>4521 Westbank Expy<br>Marrero, LA 70072-3120<br>504-349-6085 | **S Lcmc**<br>SEND TO PATIENT ADDRESS<br>NEW ORLEANS, LA 70112 |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | | Active |
| triamcinolone (KENALOG) 0.1 % ointment | | | 0 | 02/13/2023 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 mg by mouth daily | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 | Discontinued (Formulary change) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Complex regional pain syndrome type 1 of left lower extremity | 04/11/2023 |
| Tendonitis | 04/11/2023 |
| Plantar fasciitis of left foot | 04/11/2023 |
| Inflammatory arthritis | 04/11/2023 |
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus/ COVID-19? | No / Unsure | 4/27/2023 11:28 AM CDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | |
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | |
| estradioL (ESTRACE) 1 MG tablet | Take 1 mg by mouth daily | | 0 | | |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 |
| triamcinolone (KENALOG) 0.1 % ointment | | | 0 | 02/13/2023 | |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 |

## Plan of Treatment - documented as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

MA MAMMOGRAM SCREENING BILATERAL (LCMC MA MAMMOGRAM SCREENING BILATERAL) - Final result (05/02/2023 8:16 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Breast | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**05/02/2023 11:18 AM CDT**

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 05/02/2023 at 11:08 AM

Narrative

**05/02/2023 11:18 AM CDT**

CLINICAL HISTORY:
Patient is 50 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
02/24/2022 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

Procedure Note

**M Alline, MD - 05/02/2023**

Procedure Note

Formatting of this note might be different from the original.
CLINICAL HISTORY:
Patient is 50 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

TC Risk Score: The calculated lifetime risk is 3.30% based on the Tyrer-Cuzick risk model.

FILMS COMPARED:
02/24/2022 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
12/21/2020 - Mammogram - West Jefferson Women's Imaging & Breast Care Center

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

IMPRESSION:

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 05/02/2023 at 11:08 AM

| Authorizing Provider | Result Type |
|---|---|
| P Staab MD | IMG MAMMOGRAPHY ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Breast cancer screening by mammogram |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MEDICARE | HUMANA GOLD PLUS HMO | xxxxx8226 | 2/1/2023-Present | | PO BOX 14601 LEXINGTON, KY 40512-4601 | |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

Primary Care Provider
**P Staab, MD** (Feb. 24, 2022 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd.
Marrero, LA 70072
Family Medicine
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Other Service Providers

Document Coverage Dates
May 02, 2023

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Encounter Providers
**S Lcmc** (Attending)
SEND TO PATIENT ADDRESS
NEW ORLEANS, LA 70112

Encounter Date
May 02, 2023

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Establish Care |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 04/10/2023 | Office Visit | Touro Infirmary New Orleans - Rheumotology Clinic<br>3700 St. Charles Ave<br>3rd Floor<br>NEW ORLEANS, LA 70115-4637<br>504-210-4290 | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | | Active |
| triamcinolone (KENALOG) 0.1 % ointment | | | 0 | 02/13/2023 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 mg by mouth daily | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 | Discontinued (Formulary change) |
| predniSONE (DELTASONE) 10 MG tablet | Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days. | 25 tablet | 0 | 04/10/2023 | 05/01/2023 | Expired |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Complex regional pain syndrome type 1 of left lower extremity | 04/11/2023 |
| Tendonitis | 04/11/2023 |
| Plantar fasciitis of left foot | 04/11/2023 |
| Inflammatory arthritis | 04/11/2023 |
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus/ COVID-19? | No / Unsure | 4/3/2023 8:55 AM CDT |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 115/84 | 04/10/2023 3:15 PM CDT | |
| Pulse | 98 | 04/10/2023 3:15 PM CDT | |
| Temperature | 36.5 °C (97.7 °F) | 04/10/2023 3:15 PM CDT | |
| Respiratory Rate | 18 | 04/10/2023 3:15 PM CDT | |
| Oxygen Saturation | 100% | 04/10/2023 3:15 PM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 96.2 kg (212 lb) | 04/10/2023 3:15 PM CDT | |
| Height | 157.5 cm (5' 2") | 04/10/2023 3:15 PM CDT | |
| Body Mass Index | 38.78 | 04/10/2023 3:15 PM CDT | |

## Patient Instructions - documented in this encounter

Attachments
**The following attachments were made available to the patient upon discharge.**
Ankylosing Spondylitis (English)

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| predniSONE (DELTASONE) 10 MG tablet | Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days. | 25 tablet | 0 | 04/10/2023 | 05/01/2023 |

## Progress Notes - documented in this encounter

I Robledo Vega - 04/10/2023 2:45 PM CDT
Formatting of this note is different from the original.
CCPI RHEUMATOLOGY CLINIC NOTE

04/11/23
8:46 PM

Rheumatologist: Ileannette Marie Robledo Vega
Primary Care Provider: Paul Kray Staab, MD
Physician Requesting Consultation: No referring provider defined for this encounter.
Chief Complaint/Reason For Consultation:

Initial HPI/Historical Info:
Trina B Simmons is a 50 y.o. Black or African American female with a history of chest pain, peripheral neuropathic pain, bilateral knee pain that is chronic, HTN, seizures, and L sided plantar fasciitis referred for CRP and sed rate elevation in the setting of multiple joint pains. Patient reports that she had plantar fasciitis on L foot and after several procedures in the foot she developed chronic edema and pain- she feels burning, like a claw grabbing the foot, rubbery feeling and there is some color change. Interestingly, patient reports that she had tendon rupture in that same foot per MRI - unclear which tendon. Her quality of life has diminished since having problems with ADLs.
She also has bilateral knee pain and evaluated by orthopedics and xray showing mild OA but since she is having multiple joint pain with elevated CRP then should be evaluated by rheumatology.
15 years of rash - biopsy ? SLE another dermatology ezcema

ROS
Review of Systems:
Constitutional: Negative for fever, night sweats, and weight loss
HENT: Negative for recurrent sinus infections, sicca, and oral ulcers
Eyes: Negative for pain, redness, and dryness
Skin: Negative for rash, photosensitivity, alopecia, and RP
Respiratory: Negative for serositis, cough, and shortness of breath
Cardiovascular: Negative for chest pain and palpitations
Gastrointestinal: Negative for dysphagia, diarrhea, and hematochezia
Genitourinary: Negative for frothy urine, dysuria, and hematuria
Musculoskeletal: per HPI
Neurological: Negative for focal weakness, stroke, and seizure
Hematologic: Negative for blood clots, cytopenias, and abnormal bleeding

Past Medical History:
Diagnosis Date
• Anxiety
• Asthma
• Diverticulitis
• Frequency of urination
• Hard of hearing
• History of kidney stones
• Hypertension
• Mitral valve prolapse
• Seizures (CMS/HCC)
• Shortness of breath on exertion
• Stroke (CMS/HCC)
TIA

• Teeth missing
• Vitamin D deficiency
• Wears glasses

Past Surgical History:
Procedure Laterality Date
• COLONOSCOPY
• DILATION AND CURETTAGE OF UTERUS
• HYSTERECTOMY
• PLANTAR FASCIA SURGERY
• TEE
• TUBAL LIGATION

History reviewed. No pertinent family history.
Social History

Substance and Sexual Activity
Alcohol Use No
Comment: ON OCCASION

Social History

Tobacco Use
Smoking Status Never
Smokeless Tobacco Never

Social History

Substance and Sexual Activity
Drug Use No

Current Outpatient Medications:
• albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 6 (six) hours as needed into the lungs, Disp: , Rfl:
• amLODIPine (NORVASC) 10 MG tablet, Take 10 mg daily by mouth, Disp: , Rfl:
• ciclopirox (LOPROX) 0.77 % cream, Apply daily topically, Disp: , Rfl:
• clobetasoL (TEMOVATE) 0.05 % ointment, Apply 2 (two) times daily as needed topically, Disp: , Rfl:
• clobetasoL (TEMOVATE) 0.05 % ointment, APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE), Disp: , Rfl:
• estradioL (ESTRACE) 1 MG tablet, Take 1 mg by mouth daily, Disp: , Rfl:
• furosemide (LASIX) 40 MG tablet, Take 1 tablet in the morning by mouth., Disp: 90 tablet, Rfl: 3
• pregabalin (LYRICA) 200 MG capsule, Take 200 mg nightly by mouth, Disp: , Rfl:
• triamcinolone (KENALOG) 0.1 % ointment, , Disp: , Rfl:
• miscellaneous medical supply Misc, One cam boot, applied to patient's left lower extremity (Patient not taking: No sig reported), Disp: 1 each, Rfl: 0
• potassium chloride (KLOR-CON 10) 10 MEQ CR tablet, Take 1 tablet in the morning by mouth. (Patient not taking: No sig reported), Disp: 90 tablet, Rfl: 3
• predniSONE (DELTASONE) 10 MG tablet, Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days., Disp: 25 tablet, Rfl: 0

Vitals:
04/10/23 1515
BP: 115/84
Pulse: 98
Resp: 18
Temp: 97.7 °F (36.5 °C)

Physical Exam
Constitutional: Alert, cooperative, no distress, appears stated age
Eyes: PERRL, conjunctiva/corneas clear, EOM's intact
ENT: Lips, mucosa, and tongue normal; no cervical adenopathy
Resp: Respirations unlabored
CV: Regular rate and rhythm
GI: Soft, non-tender, no masses
Musculoskeletal: Edema of L ankle and foot, darker color compared to R- Tenderness in L ankle
Skin: Skin color, texture, turgor normal, no rashes or lesions
Psych: Normal mood and affect
Neurologic: MAEW. Normal strength and sensation throughout

Labs:

All lab results personally reviewed by me.

Lab Results
Component Value Date
WBC 11.3 (H) 12/19/2020
HGB 13.4 12/19/2020
HCT 35.4 03/27/2016
MCV 79.9 (L) 12/19/2020
MCH 26.7 12/19/2020
MCHC 33.4 12/19/2020
RDW 14.3 12/19/2020
PLT 381 12/19/2020
MPV 10.2 12/19/2020
NEUTROABS 8.2 (H) 03/27/2016
LYMPHOABS 3.3 03/27/2016
MONOABS 0.6 03/27/2016
EOSINOABS 0.3 03/27/2016
BASOSABS 0.1 03/27/2016
NEUTROPCT 65 03/27/2016
LYMPHOPCT 27 03/27/2016
MONOPCT 5 03/27/2016
EOSINOPCT 2 03/27/2016
BASOPCT 1 03/27/2016
DIFFTYPE AUTO 03/27/2016

Lab Results
Component Value Date
NA 139 12/19/2020
K 3.6 12/19/2020
CL 106 12/19/2020
CO2 25 12/19/2020
GLU 92 12/19/2020
BUN 18.0 12/19/2020
LABCREA 0.91 03/27/2016
CALCIUM 9.1 12/19/2020
PROT 7.8 12/19/2020
ALBUMIN 3.6 12/19/2020
BILITOT 0.5 03/27/2016
AST 21 12/19/2020
ALKPHOS 58 12/19/2020
ALT 26 12/19/2020
GFRAA 75 (L) 12/19/2020
GFRNONAA 65 (L) 12/19/2020

Lab Results
Component Value Date
COLORU YELLOW 03/27/2016
APPEARANCEUA HAZY (A) 03/27/2016
SPECGRAV 1.021 03/27/2016
PHUA 6.0 03/27/2016
PROTEINUA NEGATIVE 03/27/2016
GLUCOSEU NORMAL 03/27/2016
KETONESU NEGATIVE 03/27/2016
BLOODU NEGATIVE 03/27/2016
LEUKOCYTESUA 25 (A) 03/27/2016
NITRITE NEGATIVE 03/27/2016
UROBILINOGEN NORMAL 03/27/2016

No results found for: CRP

Rheum/Infectious Labs:
REVIEWED

Imaging:
All imaging reviewed by me.
LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

IMPRESSION:

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained. ProHance contrast material was administered intravenously. Subsequently postcontrast sagittal and axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.

IMPRESSION:
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST

Assessment:

Trina B Simmons is a 50 y.o. Black or African American female with:

Trina was seen today for establish care.

Diagnoses and all orders for this visit:

Inflammatory arthritis
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest; Future
- Sedimentation Rate; Future
- C-Reactive Protein; Future
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest
- Sedimentation Rate
- C-Reactive Protein
- predniSONE (DELTASONE) 10 MG tablet; Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days.
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest; Future
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest

Plantar fasciitis of left foot
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest; Future
- Sedimentation Rate; Future
- C-Reactive Protein; Future
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest
- Sedimentation Rate
- C-Reactive Protein
- predniSONE (DELTASONE) 10 MG tablet; Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days.
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest; Future
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest

Tendonitis
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest; Future
- Sedimentation Rate; Future

- C-Reactive Protein; Future
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest
- Sedimentation Rate
- C-Reactive Protein
- predniSONE (DELTASONE) 10 MG tablet; Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days.
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest; Future
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest

Complex regional pain syndrome type 1 of left lower extremity
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest; Future
- Sedimentation Rate; Future
- C-Reactive Protein; Future
- Rheumatoid Arthritis Diagnostic IdentRA(TM) Panel 4-Quest
- Sedimentation Rate
- C-Reactive Protein
- predniSONE (DELTASONE) 10 MG tablet; Take 2 tablets by mouth daily for 7 days, THEN 1 tablet daily for 7 days, THEN 0.5 tablets daily for 7 days.
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest; Future
- ANA, Multiplex, Reflex to dsDNA, RNP, Sm, SS-A - Labcorp/Quest

Plan:
• S/p plantar fasciitis surgery and description of L foot pain and clinical presentation make me believe she has CRPS
• Bone scan for CRPS
• PDN Taper to bring down inflammation
• Will evaluate for inflammatory arthritis
• Labs and imaging reviewed

- over 10 minutes spent regarding below topics:
- Immunization counseling done.
- Weight loss counseling done.
- Nutrition and exercise counseling.
- Limitation of alcohol consumption.
- Regular exercise: Aerobic and resistance.
- Medication counseling provided.

Time spent: 35 minutes in face to face discussion concerning diagnosis, prognosis, review of lab and test results, benefits of treatment as well as management of disease, counseling of patient and coordination of care between various health care providers. Greater than half the time spent was used for coordination of care and counseling of patient.

Future Appointments
Date Time Provider Department Center
5/1/2023 2:15 PM Ileannette Marie Robledo Vega, MD TISTC3RHEUM TINO Sat StC

Ileannette Marie Robledo Vega, M.D.
CCPI Rheumatology

TINO ST CHAR
TOURO INFIRMARY NEW ORLEANS - RHEUMOTOLOGY CLINIC
3700 ST. CHARLES AVE
3RD FLOOR
NEW ORLEANS LA 70115-4637
Dept: 504-210-4290

Electronically signed by I Robledo Vega at 04/11/2023 8:48 PM CDT

## Plan of Treatment - documented as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

### Scheduled Orders

| Name | Type | Priority | Associated Diagnoses | Order Schedule |
|---|---|---|---|---|
| RHEUMATOID ARTHRITIS DIAGNOSTIC IDENTRA(TM) PANEL 4 | Lab | Routine | Inflammatory arthritis<br>Plantar fasciitis of left foot<br>Tendonitis<br>Complex regional pain syndrome type 1 of left lower extremity | Expected: 04/10/2023, Expires: 04/10/2024 |
| ANA, MULTIPLEX, RFX TO DSDNA, RNP, SM, SS-A | Lab | Routine | Inflammatory arthritis<br>Tendonitis<br>Plantar fasciitis of left foot<br>Complex regional pain syndrome type 1 of left lower extremity | Expected: 04/11/2023 (Approximate), Expires: 10/10/2023 |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

14.3.3 ETA PROTEIN-QUEST (LCMC 14.3.3 ETA PROTEIN-QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| 14.3.3 ETA Protein - Quest | <0.2 | <0.2 ng/mL | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

Comment:

```
The 14-3-3eta protein is a marker of synovial inflammation
that is released into synovial fluid and peripheral blood in
rheumatoid arthritis (RA) and erosive psoriatic arthritis.
One in five RF and CCP seronegative early stage RA patients
is found to be positive for 14-3-3eta protein. Patients with
active joint RA disease have higher values of 14-3-3eta
protein than those with inactive RA or psoriasis without
arthritis. 14-3-3eta protein has a 93% specificity in
patients with RA. Values > or = 0.2 ng/mL are elevated and
indicative of RA disease or erosive psoriatic arthritis.
Values >0.50 ng/mL are associated with more aggressive RA
disease and poorer outcomes. Unlike RF and CCP, 14-3-3eta
protein is a therapeutically modifiable marker to monitor
response to therapy. A decrease in 14-3-3eta protein in
response to DMARDs (disease-modifying antirheumatic drugs)
and anti-TNF (tumor necrosis factor) drugs indicates better
clinical outcomes; an increase is associated with worse
outcomes despite apparent clinical remission.

For further information please visit:
http://www.questdiagnostics.com/testcenter/testguide.action?
dc=TS-RmArthPnl

This test was developed and its analytical performance
characteristics have been determined by Quest Diagnostics
Nichols Institute San Juan Capistrano. It has not been
cleared or approved by FDA. This assay has been validated
pursuant to the CLIA regulations and is used for clinical
purposes.

Tests performed effective April 3rd, 2023, utilize an
updated version of the 14-3-3 eta protein assay. There is no
change to the reference range. Please assess quantitative
results with the clinical presentation on patients followed
longitudinally.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

SJOGREN'S ANTIBODY (SS-B) (LCMC SJOGREN'S ANTIBODY (SS-B) - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sjogren's Antibody (SS-B) - Quest | <1.0 NEG | <1.0 NEGATIVE AI | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

SJOGREN'S ANTIBODY (SS-A) (LCMC SJOGREN'S ANTIBODY (SS-A) - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sjogren's Antibody (SS-A) - Quest | <1.0 NEG | <1.0 NEGATIVE AI | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

CYCLIC CITRUL PEPTIDE AB, IGG (LCMC CYCLIC CITRULLINATED PEPTIDE ANTIBODY, IGG) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cyclic Citrullinated Peptide (CCP) AB (IGG) - Quest | <16 | Units | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:

```
Reference Range:
NEGATIVE:
   <20
WEAK POSITIVE:
   20-39
MODERATE POSITIVE:
   40-59
STRONG POSITIVE
   >59
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

**(ABNORMAL) RHEUMATOID FACTOR (IGM)-QUEST (LCMC RHEUMATOID FACTOR (IGM)-QUEST) - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Rheumatoid Factor (IgM) - Quest | **37 (H)** | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

Comment:

```
Reference Range:
<=6 NEGATIVE
>6  POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

RHEUMATOID FACTOR (IGA)-QUEST (LCMC RHEUMATOID FACTOR (IGA)-QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Rheumatoid Factor (IgA) - Quest | <5 | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

Comment:

```
Reference Range:
<=6   NEGATIVE
>6    POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
| --- | --- |
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

RHEUMATOID FACTOR IGG - QUEST (LCMC RHEUMATOID FACTOR IGG - QUEST) - Final result (04/11/2023 9:57 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Rheumatoid Factor (IgG) - Quest | 5 | U | | | Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | |

Comment:

```
Reference Range:
<=6   NEGATIVE
>6    POSITIVE
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| | | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
| --- | --- |
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| QUEST | | | |
| Quest Diagnostics/ Nichols SJC-San Juan Capistrano, | 33608 Ortega Hwy | San Juan Capistrano, CA 92675-2042 | |

**(ABNORMAL) C-REACTIVE PROTEIN (LCMC C-REACTIVE PROTEIN) - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| C-Reactive Protein - Quest | **17.5 (H)** | <8.0 mg/L | | | Quest Diagnostics-Houston Lab | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics-Houston Lab | 5850 Rogerdale Road | Houston, TX 77072-1602 | |

**(ABNORMAL) LCMC SEDIMENTATION RATE - Final result (04/11/2023 9:57 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sed Rate by Modified Westergren - Quest | **25 (H)** | < OR = 20 mm/h | | | Quest Diagnostics-Houston Lab | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 04/11/2023 9:57 AM CDT | 04/11/2023 9:58 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| I Robledo Vega MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| QUEST | | | |
| Quest Diagnostics-Houston Lab | 5850 Rogerdale Road | Houston, TX 77072-1602 | |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Inflammatory arthritis |
| Plantar fasciitis of left foot |
| Tendonitis |
| Complex regional pain syndrome type 1 of left lower extremity |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MEDICARE | HUMANA GOLD PLUS HMO | xxxxx8226 | 2/1/2023-Present | | PO BOX 14601 LEXINGTON, KY 40512-4601 | |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Apr. 10, 2023 |

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
|---|---|
| **I Robledo Vega, MD** (Attending)<br>504-210-4290 (Work)<br>504-897-7789 (Fax)<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>Rheumatology | Apr. 10, 2023 |

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Follow-up |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 04/03/2023 | Follow-Up | East Jefferson Cardiovascular Surgeons<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>504-454-2222 | **C Tran, PA-C**<br>4228 Houma Blvd<br>Suite 300<br>Metairie, LA 70006<br>504-454-2222 (Work)<br>504-454-2388 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | | Active |
| triamcinolone (KENALOG) 0.1 % ointment | | | 0 | 02/13/2023 | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 | Discontinued (Formulary change) |
| flurbiprofen (ANSAID) 100 MG tablet | Take 1 tablet 2 (two) times daily by mouth for 10 days | 20 tablet | 0 | 03/27/2023 | 04/06/2023 | Expired |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus/ COVID-19? | No / Unsure | 4/3/2023 8:55 AM CDT |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 116/80 | 04/03/2023 9:12 AM CDT | |
| Pulse | 101 | 04/03/2023 9:12 AM CDT | |
| Temperature | - | - | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | 98% | 04/03/2023 9:12 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 95.3 kg (210 lb) | 04/03/2023 9:12 AM CDT | |
| Height | 157.5 cm (5' 2") | 04/03/2023 9:12 AM CDT | |
| Body Mass Index | 38.41 | 04/03/2023 9:12 AM CDT | |

## Progress Notes - documented in this encounter

C Tran - 04/03/2023 9:30 AM CDT
Formatting of this note is different from the original.

Patient ID: Trina B Simmons is a 50 y.o. female.

Trina Simmons is a 50 y.o. female who presents to clinic for a 6 month follow up. She was seen by Dr. Roach on 12/2022. Since her last visit with Dr. Roach, she has seen an orthopedic surgeon, podiatrist, and neurologist. She is scheduled to see a rheumatologist to figure out why she is having constant leg pain. She is currently stable during this appointment. Denies chest pain, cough, SOB, fever, chills, N/V.

Constitutional: Negative.
HENT: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Neurological: Negative.
Psychiatric/Behavioral: Negative.
Hematological: Negative.

Physical Exam
Constitutional:
Appearance: Normal appearance.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear.
Eyes:
Extraocular Movements: Extraocular movements intact.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses:
Radial pulses are 2+ on the right side and 2+ on the left side.
Dorsalis pedis pulses are 1+ on the right side and 1+ on the left side.
Posterior tibial pulses are 1+ on the right side and 1+ on the left side.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.

Assessment

1. Leg pain, bilateral

2. Lower extremity edema

3. Obesity (BMI 30-39.9)

4. History of seizures

5. Essential hypertension

6. Peripheral neuropathic pain

Patient is stable during this visit
Continue diuretic therapy
Continues to have leg pain -- going to see a Rheumatologist for SLE testing
Return sooner if vasular issues arise or symptoms worsen

Plan

No follow-ups on file.

Trina was seen today for follow-up.

Diagnoses and all orders for this visit:

Leg pain, bilateral

Lower extremity edema

Obesity (BMI 30-39.9)

History of seizures

Essential hypertension

Peripheral neuropathic pain

Electronically signed by C Tran at 04/03/2023 10:02 AM CDT

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Leg pain, bilateral |
| Lower extremity edema |
| Obesity (BMI 30-39.9) |
| History of seizures |
| Essential hypertension |
| Peripheral neuropathic pain |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MEDICARE | HUMANA GOLD PLUS HMO | xxxxx8226 | 2/1/2023-Present | | PO BOX 14601 LEXINGTON, KY 40512-4601 | |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Apr. 03, 2023 |

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
|---|---|
| **C Tran, PA-C** (Attending)<br>504-454-2222 (Work)<br>504-454-2388 (Fax)<br>4228 Houma Blvd<br>Suite 300<br>Metairie, LA 70006<br>Physician Assistant | Apr. 03, 2023 |

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Stiff Neck |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 03/27/2023 | Office Visit | LCMC Urgent Care Marrero<br>4945 Lapalco Blvd.<br>STE 200<br>MARRERO, LA 70072-4313<br>504-301-2825 | **N Joseph, NP**<br>3801 GENERAL DEGAULLE DR<br>NEW ORLEANS, LA 70114<br>504-362-2829 (Work)<br>504-362-2866 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | | Active |
| triamcinolone (KENALOG) 0.1 % ointment | | | 0 | 02/13/2023 | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 | Discontinued (Formulary change) |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg 2 (two) times daily by mouth | | 0 | 11/21/2022 | 03/27/2023 | Discontinued |
| flurbiprofen (ANSAID) 100 MG tablet | Take 1 tablet 2 (two) times daily by mouth for 10 days | 20 tablet | 0 | 03/27/2023 | 04/06/2023 | Expired |
| cephALEXin (KEFLEX) 500 MG capsule | Take 1 capsule every 8 (eight) hours by mouth for 5 days | 15 capsule | 0 | 03/27/2023 | 04/01/2023 | Expired |
| traMADoL (ULTRAM) 50 mg tablet | Take 1 tablet nightly as needed by mouth for Pain for up to 5 days | 5 tablet | 0 | 03/27/2023 | 04/01/2023 | Expired |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 153/100 | 03/27/2023 7:35 PM CDT | |
| Pulse | 85 | 03/27/2023 7:35 PM CDT | |
| Temperature | 36.8 °C (98.2 °F) | 03/27/2023 7:35 PM CDT | |
| Respiratory Rate | 20 | 03/27/2023 7:35 PM CDT | |
| Oxygen Saturation | 95% | 03/27/2023 7:35 PM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 92.5 kg (204 lb) | 03/27/2023 7:35 PM CDT | |
| Height | 157.5 cm (5' 2") | 03/27/2023 7:35 PM CDT | |
| Body Mass Index | 37.31 | 03/27/2023 7:35 PM CDT | |

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| traMADoL (ULTRAM) 50 mg tablet | Take 1 tablet nightly as needed by mouth for Pain for up to 5 days | 5 tablet | 0 | 03/27/2023 | 04/01/2023 |
| cephALEXin (KEFLEX) 500 MG capsule | Take 1 capsule every 8 (eight) hours by mouth for 5 days | 15 capsule | 0 | 03/27/2023 | 04/01/2023 |
| flurbiprofen (ANSAID) 100 MG tablet | Take 1 tablet 2 (two) times daily by mouth for 10 days | 20 tablet | 0 | 03/27/2023 | 04/06/2023 |

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Abscess |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MEDICARE | HUMANA GOLD PLUS HMO | xxxxx8226 | 2/1/2023-Present | | PO BOX 14601 LEXINGTON, KY 40512-4601 | |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Mar. 27, 2023 |

Custodian Organization

**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | | Encounter Date |
|---|---|---|
| **N Joseph, NP** (Attending)<br>504-362-2829 (Work)<br>504-362-2866 (Fax)<br>3801 GENERAL DEGAULLE DR<br>NEW ORLEANS, LA 70114<br>Nurse Practitioner | **CC P** (Attending)<br>504-301-2825 (Work)<br>4945 Lapalco Blvd.<br>Suite 200<br>MARRERO, LA 70072 | Mar. 27, 2023 |

Legal Authenticator

**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| (Home) | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 02/03/2023 | Hospital Encounter | East Jefferson General Hospital<br>4200 Houma Blvd<br>Metairie, LA 70006-2970<br>504-503-4000 | **H Roach, MD**<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>504-454-2222 (Work)<br>504-454-2388 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | |
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg 2 (two) times daily by mouth | | 0 | 11/21/2022 | 03/27/2023 |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 |

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

XR HIP 2+ VW EA BILATERAL WITH PELVIS (LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS) - Final result (02/03/2023 2:20 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Hip | Bilateral | Computed Radiography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 02/03/2023 2:40 PM CST | |

Impressions

**02/03/2023 2:42 PM CST**

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Electronically Signed By: Rafael Figueroa, MD 2/3/2023 2:42 PM CST

Narrative

**02/03/2023 2:42 PM CST**

LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

Procedure Note

**R Figueroa, MD - 02/03/2023**

Formatting of this note might be different from the original.
LCMC XR HIP 2+ VW EA BILATERAL WITH PELVIS

Clinical history: left leg pain M79.604 Leg pain, bilateral

Comparison: None.

Findings: No acute fractures nor dislocations can be demonstrated by radiography. Prominent osteophyte formation is noted in the superior right right acetabulum. Moderate osteophyte formation noted in the left superior acetabulum. Mild to moderate superolateral right hip joint space narrowing. Remainder of the visualized portions of the hip joint spaces are grossly preserved.

IMPRESSION:

No acute fractures nor dislocations are demonstrated. Bilateral hip osteophyte formation and some degenerative changes of the right hip.

Electronically Signed By: Rafael Figueroa, MD 2/3/2023 2:42 PM CST

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Leg pain, bilateral |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MEDICARE | HUMANA GOLD PLUS HMO | xxxxx8226 | 2/1/2023-Present | | PO BOX 14601 LEXINGTON, KY 40512-4601 | |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Feb. 03, 2023 |

Custodian Organization

**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
|---|---|
| **H Roach, MD** (Attending)<br>504-454-2222 (Work)<br>504-454-2388 (Fax)<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>Cardiothoracic Surgery | Feb. 03, 2023 |

Legal Authenticator

**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

## Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

### Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| (Home) | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

### Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

### Reason for Visit

MRI/CAT Scan (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Radiology | Diagnoses<br>Leg pain, bilateral | H Roach, MD<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>Phone: 504-454-2222<br>Fax: 504-454-2388 | |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 6125221 | **Closed** | Specialty Services Required | 12/28/2022 | 12/28/2023 | 1 | 1 |

### Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 02/03/2023 | Hospital Encounter | East Jefferson General Hospital<br>4200 Houma Blvd<br>Metairie, LA 70006<br>504-503-4000 | **H Roach, MD**<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>504-454-2222 (Work)<br>504-454-2388 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | |
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | |
| clobetasoL (TEMOVATE) 0.05 % ointment | APPLY OINTMENT TOPICALLY TO AFFECTED AREA TWICE DAILY AS NEEDED (NOT TO FACE) | | 0 | 01/11/2023 | |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 |
| clobetasoL (TEMOVATE) 0.05 % ointment | Apply 2 (two) times daily as needed topically | | 0 | 01/11/2023 | 05/04/2023 |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg 2 (two) times daily by mouth | | 0 | 11/21/2022 | 03/27/2023 |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 |

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

MRI LUMBAR SPINE W WO CONTRAST (LCMC MRI LUMBAR SPINE W WO CONTRAST) - Final result (02/03/2023 1:34 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| L-spine | N/A | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 02/03/2023 1:35 PM CST | |

Impressions

**02/03/2023 2:36 PM CST**
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST

Narrative

**02/03/2023 2:36 PM CST**
Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained. ProHance contrast material was administered intravenously. Subsequently postcontrast sagittal and axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.

Procedure Note

**S Fuzzard, MD - 02/03/2023**
Formatting of this note might be different from the original.
Clinical data: Back pain. Left lower extremity pain.

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

Procedure: Sagittal and axial, multi-sequence MR images through the lumbar spine were obtained. ProHance contrast material was administered intravenously. Subsequently postcontrast sagittal and axial images were obtained. Comparison, 6/23/2022.

FINDINGS:
No detrimental interval change since the prior exam.
The alignment, vertebral body heights, marrow signal intensity, and disc spaces are normal.

The conus medullaris terminates at the normal level, and is normal in signal intensity.

There is moderate facet arthropathy at L4-5 and L5-S1. There is no significant central or neural foraminal stenosis at any level. No focal disc herniation.

Postcontrast images demonstrate no abnormal marrow, leptomeningeal, or cord enhancement.

IMPRESSION:
Stable exam. Facet arthropathy at L4-5 and L5-S1.

Otherwise normal pre-and postcontrast MRI lumbar spine.

Electronically Signed By: Susan Fuzzard, MD 2/3/2023 2:36 PM CST

| Authorizing Provider | Result Type |
| --- | --- |
| H Roach MD | IMG MRI ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
| --- |
| Leg pain, bilateral |

## Administered Medications - documented in this encounter

Inactive Administered Medications - up to 3 most recent administrations

| Medication Order | MAR Action | Action Date | Dose | Rate | Site |
| --- | --- | --- | --- | --- | --- |
| gadoteridoL (PROHANCE) 279.3 mg/mL injection Starting on Fri 2/3/23 at 1246, For 1 dose, Morel, Lauren: cabinet override, Morel, Lauren: cabinet override | Given | 02/03/2023 1:34 PM CST | 20 mLs | | |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
| --- | --- | --- | --- | --- | --- | --- |
| HUMANA MEDICARE | HUMANA GOLD PLUS HMO | xxxxx8226 | 2/1/2023-Present | | PO BOX 14601 LEXINGTON, KY 40512-4601 | |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
| --- | --- | --- | --- | --- | --- |
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
| --- | --- | --- | --- | --- |
| **P Staab, MD** 5216 Lapalco Blvd. Marrero, LA 70072 504-348-4357 (Work) 504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| Christopher Simmons | Unknown | (Mobile) (Home) | Emergency Contact |

## Document Information

Primary Care Provider

**P Staab, MD** (Feb. 24, 2022 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd.
Marrero, LA 70072
Family Medicine
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Other Service Providers

Document Coverage Dates

Feb. 03, 2023

Custodian Organization

**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Encounter Providers

**H Roach, MD** (Attending)
504-454-2222 (Work)
504-454-2388 (Fax)
4228 Houma Blvd.
Suite 130
Metairie, LA 70006
Cardiothoracic Surgery

Encounter Date

Feb. 03, 2023

Legal Authenticator

**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

Trina B Simmons
Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| (Home) | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Follow-up |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 12/28/2022 | Follow-Up | East Jefferson Cardiovascular Surgeons<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>504-454-2222 | **H Roach, MD**<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>504-454-2222 (Work)<br>504-454-2388 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |
| methylPREDNISolone (MEDROL, PAK,) 4 mg tablet | follow package directions | 21 tablet | 0 | 12/28/2022 | 01/04/2023 | Expired |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 115/70 | 12/28/2022 3:29 PM CST | |
| Pulse | 101 | 12/28/2022 3:29 PM CST | |
| Temperature | - | - | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | 98% | 12/28/2022 3:29 PM CST | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 92.5 kg (204 lb) | 12/28/2022 3:29 PM CST | |
| Height | 157.5 cm (5' 2") | 12/28/2022 3:29 PM CST | |
| Body Mass Index | 37.31 | 12/28/2022 3:29 PM CST | |

## Patient Instructions - documented in this encounter

Attachments

**The following attachments were made available to the patient upon discharge.**

Peripheral Neuropathy (English)

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| methylPREDNISolone (MEDROL, PAK,) 4 mg tablet | follow package directions | 21 tablet | 0 | 12/28/2022 | 01/04/2023 |

## Progress Notes - documented in this encounter

H Roach - 12/28/2022 3:00 PM CST
Formatting of this note is different from the original.
left leg pain

Patient ID: Trina B Simmons is a 50 y.o. female.

Chief Complaint:
Chief Complaint
Patient presents with
• Follow-up
50 year old woman presents to clinic today for a follow up appt. Pt states left leg pain all the way up to her left shoulder.
last visit 10/13/2022

HPI

Edema improved on furosemide still has pain in the left proximal leg and hip with radiation both medially and laterally. Also complains of a feeling of walking on a board or bricks along the left foot

Does not have claudication or ischemic type pain

Does have some paresthesias mostly on the left

Minimal right leg symptoms

Does not have angina

Does not have TIA phenomenon

Does not have amaurosis fugax

Does not have dyspnea

Does not have palpitations

No fever

No chills

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

ROS
Systems evaluated, pertinent positives and negatives discussed above

Vitals:
12/28/22 1529
BP: 115/70
Pulse: 101
SpO2: 98%
Weight: 92.5 kg (204 lb)
Height: 1.575 m (5' 2")

Physical Exam
Vascular Physical Exam
Vital signs as recorded above

Constitutional: Very pleasant obese African American female in no acute distress
HEENT: Moist mucous membranes, tongue midline
Neck: No carotid bruits, no jugular venous distention, no neck masses, no lymphadenopathy

Chest: Clear, no rales, no wheezes, no rhonchi
Cardiac: Regular rate and rhythm, no murmurs, no rubs, no S3 or S4, S1-S2 are normal
Vascular: Upper extremity pulses are 2+ bilaterally. Femoral pulses are 2+ bilaterally. Dorsalis pedis and posterior tibial pulses are 1 to 2+ bilaterally.
Abdomen: Obese, soft, nontender, nondistended, bowel sounds are normal, no bruits
Musculoskeletal: no overt physical exam findings on the left or right leg but there seems to be some tenderness along the left hip and left medial a lateral plica areas. Neurologic: Normal
Skin: Intact
Lymphatics: No lymphadenopathy
Incisions: No acute incisions
Extremities: Calves are soft and nontender. Good arterial perfusion. Trace right leg edema. 1-2 left lower leg and foot edema. No venous stasis dermatitis. No ulceration. No rashes.

Lab Review:

Result

Narrative & Impression
CMS MANDATED QUALITY DATA - CT RADIATION 436

All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

CLINICAL HISTORY:
50 years ( Female Malignant hypertension

TECHNIQUE:
LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained

POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision.

COMPARISON:
None available.

FINDINGS:
The abdominal and pelvic vessels are as follows:
Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer.
Celiac artery: Patent
Superior mesenteric artery: Patent
Inferior mesenteric artery: Patent
Renal arteries: Patent, single bilaterally
Common iliac arteries: Patent
External iliac arteries: Patent
Internal iliac arteries: Patent

Additional findings:
-The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis.
-Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern.
-Prior hysterectomy.
-Scattered colonic diverticula without focal diverticulitis.
-26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

IMPRESSION:
1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta.
2. No finding to suggest renal artery stenosis.
3. Hepatomegaly and background parenchymal findings of steatosis.
4. Additional, and incidental findings above.

Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2)

Pre-menopause(3) (<= 50 years if LMP unknown):
<=5 cm: No follow-up imaging recommended
>5 cm - <=7 cm: US f/u 6-12 weeks
>7 cm: Consider MR w/IVC or surgical evaluation

Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended (4)
>3 cm - <=5 cm: US f/u 6-12 months (4)
>5 cm - <=7 cm: US f/u promptly
>7cm: Consider MR w/IVC or surgical evaluation

Late post-menopause (>5 years from LMP; > 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended
>3 cm - <=7 cm: US f/u promptly
>7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681
(2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years
(3)Includes cysts with layering hemorrhage
(4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks

Electronically Signed By: William Shaffer, MD 10/7/2022 9:49

Assessment

1. Leg pain, bilateral MRI Lumbar Spine w wo Contrast
methylPREDNISolone (MEDROL, PAK,) 4 mg tablet
XR HIP 2+ VW ea Bilateral with Pelvis

2. Lower extremity edema

3. Obesity (BMI 30-39.9)

4. History of seizures

5. Essential hypertension

6. DOE (dyspnea on exertion)

7. Peripheral neuropathic pain

8. Chest pain, atypical

Left leg edema is improved with diuretic therapy

Still has left leg pain but seems to me to be musculoskeletal or neurologic left leg pain.

Her left leg symptoms are not vascular in origin.

I will obtain an MRI of the lumbar spine to look for herniated discs or for evidence of above foraminal stenosis.

Will also obtain x-rays of both hips and the pelvis to look for arthritic changes.

She was started on Celebrex by podiatrist for foot concerns. Indicated to her that she should hold off on taking that for a little while and she should perhaps stop meloxicam as she should not be on both Celebrex and Mobic.

I will give her a Medrol Dosepak to see if this improves her symptoms. If it does this would support my impression that her symptoms are nonvascular

I will await the results of her diagnostic studies

Will call the patient and give her the results

She may need to follow up with surgeon or perhaps neurosurgeon. She will follow up with me in a month or so

Return sooner if vascular issues or other problems arise

She knows those issues for which to contact me.

He voices understanding and states that she will comply.

Plan

See above

Electronically signed by H Roach at 12/28/2022 4:53 PM CST

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Leg pain, bilateral |
| Lower extremity edema |
| Obesity (BMI 30-39.9) |
| History of seizures |
| Essential hypertension |
| DOE (dyspnea on exertion) |
| Peripheral neuropathic pain |
| Chest pain, atypical |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

Primary Care Provider

**P Staab, MD** (Feb. 24, 2022 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd.
Marrero, LA 70072
Family Medicine
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Other Service Providers

Document Coverage Dates

Dec. 28, 2022

Custodian Organization

**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Encounter Providers

**H Roach, MD** (Attending)
504-454-2222 (Work)
504-454-2388 (Fax)
4228 Houma Blvd.
Suite 130
Metairie, LA 70006
Cardiothoracic Surgery

Encounter Date

Dec. 28, 2022

Legal Authenticator

**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Establish Care |

Consultation (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Cardiothoracic Surgery | Diagnoses<br>Left leg swelling<br>Cervical radiculopathy<br>Chronic bilateral low back pain with left-sided sciatica | A Melcher, MD<br>3800 Houma Blvd.<br>Suite 325<br>Metairie, LA 70006<br>Phone: 504-885-7337<br>Fax: 504-456-5172 | H Roach, MD<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>Phone: 504-454-2222<br>Fax: 504-454-2388 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 5655072 | **Closed** | Specialty Services Required | 8/31/2022 | 8/31/2023 | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/13/2022 | Office Visit | East Jefferson Cardiovascular Surgeons<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>504-454-2222 | **H Roach, MD**<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>504-454-2222 (Work)<br>504-454-2388 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 | Discontinued (Formulary change) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| DOE (dyspnea on exertion) | 10/13/2022 |
| History of seizures | 10/13/2022 |
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 10/7/2022 7:53 AM CDT |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 130/90 | 10/13/2022 2:53 PM CDT | |
| Pulse | 81 | 10/13/2022 2:53 PM CDT | |
| Temperature | 36.4 °C (97.5 °F) | 10/13/2022 2:53 PM CDT | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | 99% | 10/13/2022 2:53 PM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 98 kg (216 lb) | 10/13/2022 2:53 PM CDT | |
| Height | 157.5 cm (5' 2") | 10/13/2022 2:53 PM CDT | |
| Body Mass Index | 39.51 | 10/13/2022 2:53 PM CDT | |

## Patient Instructions - documented in this encounter

Attachments

**The following attachments were made available to the patient upon discharge.**

Dependent Edema Discharge Instructions (English)

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| furosemide (LASIX) 40 MG tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 10/13/2023 |
| potassium chloride (KLOR-CON 10) 10 MEQ CR tablet | Take 1 tablet in the morning by mouth. | 90 tablet | 3 | 10/13/2022 | 05/04/2023 |

## Progress Notes - documented in this encounter

H Roach - 10/13/2022 1:50 PM CDT

Formatting of this note is different from the original.

Cardiothoracic and Vascular Surgery

History and Physical

Date: 10/13/22

Chief complaint: Left leg edema

HPI: Trina B Simmons is a 50 y.o. female who as had left lower leg and foot edema for approximately 2 years.

She does have some mild right leg edema but really not to any substantial degree.

She states that her edema has become more significant since she underwent several procedures for plantar fasciitis of the left foot.

She has been started on mild diuretics with some improvement in the edema but it is still somewhat problematic

Minimal in the morning and more profound in the evening.

She is not had venous ulcers or weeping.

She has no claudication

She has no TIA phenomenon

She has no amaurosis fugax

She has no angina pectoris

She has no palpitations

She does have some dyspnea on exertion.

No fever

No cough

Comprehensive ROS is negative except as stated in HPI.

review of systems evaluated, pertinent positives and negatives recorded above

PMHx:

Past Medical History:

Diagnosis Date

- Anxiety
- Asthma
- Diverticulitis
- Frequency of urination
- Hard of hearing
- History of kidney stones
- Hypertension
- Mitral valve prolapse

• Seizures (CMS/HCC)
• Shortness of breath on exertion
• Stroke (CMS/HCC)
TIA
• Teeth missing
• Vitamin D deficiency
• Wears glasses

PSHx:
Past Surgical History:
Procedure Laterality Date
• COLONOSCOPY
• DILATION AND CURETTAGE OF UTERUS
• HYSTERECTOMY
• PLANTAR FASCIA SURGERY
• TEE
• TUBAL LIGATION

Social Hx:
Family and Education as of 10/13/2022
Marital Status
Married

Employment History as of 10/13/2022
No employment history on file.

Tobacco Use
Never smoked or used smokeless tobacco.

Alcohol Use
No.
Comments: ON OCCASION

Drug Use
No.

Sexual Activity
Sexually active; Partners: Male.

Family Hx:
History reviewed. No pertinent family history.

Allergies:
Allergies
Allergen Reactions
• Adhesive Other (See Comments)
Gets blisters.
• Shellfish Containing Products Hives

Medications:
Current Outpatient Medications on File Prior to Visit
Medication Sig Dispense Refill
• albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler Inhale 2 puffs every 6 (six) hours as needed into the lungs
• amLODIPine (NORVASC) 10 MG tablet Take 10 mg daily by mouth
• ciclopirox (LOPROX) 0.77 % cream
• hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet Take 25 mg daily by mouth
• ibuprofen (ADVIL,MOTRIN) 800 MG tablet Take 800 mg by mouth 3 (three) times daily with meals
• meloxicam (MOBIC) 15 MG tablet Take 15 mg by mouth
• celecoxib (CELEBREX) 200 MG capsule
• diclofenac sodium (VOLTAREN) 1 % Gel gel APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS
• efinaconazole (JUBLIA) 10 % SolA Apply topically daily
• famotidine (PEPCID) 20 MG tablet Take 20 mg by mouth 3 (three) times daily
• miscellaneous medical supply Misc One cam boot, applied to patient's left lower extremity (Patient not taking: No sig reported)
1 each 0
• pregabalin (LYRICA) 200 MG capsule Take 200 mg nightly by mouth

No current facility-administered medications on file prior to visit.

Vitals:
10/13/22 1453
BP: 130/90
Pulse: 81
Temp: (!) 97.5 °F (36.4 °C)

Imaging:
CT Angio Abdomen Pelvis

Result Date: 10/7/2022
Narrative: CMS MANDATED QUALITY DATA - CT RADIATION 436 All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable. CLINICAL HISTORY: 50 years ( Female Malignant hypertension TECHNIQUE: LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision. COMPARISON: None available. FINDINGS: The abdominal and pelvic vessels are as follows: Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer. Celiac artery: Patent Superior mesenteric artery: Patent Inferior mesenteric artery: Patent Renal arteries: Patent, single bilaterally Common iliac arteries: Patent External iliac arteries: Patent Internal iliac arteries: Patent Additional findings: -The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis. -Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern. -Prior hysterectomy. -Scattered colonic diverticula without focal diverticulitis. -26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

Impression: 1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta. 2. No finding to suggest renal artery stenosis. 3. Hepatomegaly and background parenchymal findings of steatosis. 4. Additional, and incidental findings above. Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2) Pre-menopause(3) (<= 50 years if LMP unknown): <=5 cm: No follow-up imaging recommended >5 cm - <=7 cm: US f/u 6-12 weeks >7 cm: Consider MR w/IVC or surgical evaluation Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown): <=3 cm: No follow-up imaging recommended (4) >3 cm - <=5 cm: US f/u 6-12 months (4) >5 cm - <=7 cm: US f/u promptly >7cm: Consider MR w/ IVC or surgical evaluation Late post-menopause (>5 years from LMP; > 55 years if LMP unknown): <=3 cm: No follow-up imaging recommended >3 cm - <=7 cm: US f/u promptly >7 cm: Consider MR w/IVC or surgical evaluation
______________________________________________ (1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681 (2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years (3)Includes cysts with layering hemorrhage (4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

DUPLEX LOWER EXT ART BIL (In Clinic)

Result Date: 9/29/2022
Narrative: NAME: Trina B Simmons PHYSICIAN:ROACH DATE: 09/26/2022 PT DOB: MRN: 1001223294 HX: LEFT LEG PAIN AND SWELLING Peripheral Arterial Ultrasound of the Lower Extremities w/ABI RIGHT Cm/s LEFT Cm/s CFA 108, 80 CFA 93 DFA 44 46 SFA Prox 1 59 SFA Prox 1 92 Prox 2 Prox 2 Prox 3 Prox 3 SFA Mid 1 51 SFA Mid 1 55 Mid 2 Mid 2 Mid 3 Mid 3 SFA Distal 1 46 SFA Distal 1 53 Distal 2 Distal 2 Distal 3 Distal 3 POP Prox 45 POP Prox 47 Distal 24 Distal 35 Peroneal Prox 27 Peroneal Prox 34 PTA Prox 58 PTA Prox 51 Mid 59 Mid 72 Distal 62 Distal 66 ATA Prox 37 ATA Prox 43 Mid 35 Mid 24 Distal 46 Distal 29 DP 29 DP 41 Conclusions: 1. Normal flow velocities bilaterally 2. Normal triphasic and biphasic waveforms bilaterally. 3. Normal ankle brachial ratios bilaterally 4. Normal arterial Doppler study of the lower extremities Harry A Roach, MD

DUPLEX CAROTID ARTERIES BIL (In Clinic)

Result Date: 9/29/2022
Narrative: Ambulatory Vascular and Vein Study Report Study: Carotid Ultrasound Patient Name: Trina B Simmons MRN: 1001223294 Date of Birth: Date of Study:09/26/2022 Ordering Physician:ROACH HX: Cerebellar Stroke RIGHT LEFT PSV EDV RATIO (IC/CC) PSV EDV RATIO (IC/CC) CCA CM/S 67 CM/S 29 .8 CCA CM/S 70 CM/S 20 .8 ICA CM/S 56 CM/S 29 ICA CM/S 54 CM/S 24 ECA CM/S 54 CM/S 15 ECA CM/S 41 CM/S 8 VERT ANTE Yes RETRO VERT ANTE Yes RETRO IMPRESSION: 1. Minimal plaque disease bilaterally. 2. No elevated flow velocities bilaterally. 3. No significant stenosis bilaterally. 4. Normal flow velocities at the carotid bifurcations bilaterally with no evidence to suggest hemodynamically significant internal carotid artery stenosis by flow velocity criteria. 5. Bilateral antegrade vertebral artery flow. Harry A Roach, MD

ABI (In Clinic)

Result Date: 9/29/2022
Narrative: ULTRASOUND GENERIC FORM WORKSHEET NAME: Trina B Simmons PHYSICIAN: ROACH DATE: 09/26/2022 PT DOB: MRN: 1001223294 HX: LEFT LEG PAIN AND SWELLING RT Brachial Pressure 155/128 LT Brachial Pressure 155/115 RT Ankle Pressure 179 LT Ankle Pressure 171 RTI ABI 1 LT ABI 1 ANKLE BRACHIAL INDICES ABI SEVERITY >1.0-0.95 Normal 0.80-0.94

Mild disease 0.50-0.79 Moderate disease 0.30-0.49 Severe disease <0.29 Critical Right ABI- Normal Left ABI- Normal
Conclusions: Normal ankle brachial ratios bilaterally. Harry A Roach, MD

US VENOUS LOWER EXTREMITY BIL (In Clinic)

Result Date: 9/29/2022
Narrative: ULTRASOUND GENERIC FORM WORKSHEET NAME: Trina B Simmons PHYSICIAN: ROACH DATE:09/26/2022 PT DOB: MRN: 1001223294 HX: LEFT LEG PAIN AND SWELLING BILATERAL VENOUS ULTRASOUND OF THE LOWER EXTREMITIES: RIGHT LOWER EXTREMITY LEFT LOWER EXTREMITY VESSEL COMPRESSION Doppler signal VESSEL COMPRESSION Doppler signal CFV Y Y CFV Y Y GR. SAP GR.SAP SFV SFV Prox Y Y Prox Y Y Mid Y Y Mid Y Y Distal Y Y Distal Y Y Popliteal Popliteal Prox Y Y Prox Y Y Mid Y Y Mid Y Y Distal Y Y Distal Y Y CALF CALF PTV Y Y PTV Y Y PV Y Y PV Y Y

Impression: 1. Normal bilateral lower extremity venous ultrasound. 2. No evidence of deep vein thrombosis. Harry A Roach, MD

Physical Exam
Constitutional: Very pleasant obese African American female in no acute distress
HEENT: Moist mucous membranes, tongue midline
Neck: No carotid bruits, no jugular venous distention, no neck masses, no lymphadenopathy
Chest: Clear, no rales, no wheezes, no rhonchi
Cardiac: Regular rate and rhythm, no murmurs, no rubs, no S3 or S4, S1-S2 are normal
Vascular: Upper extremity pulses are 2+ bilaterally. Femoral pulses are 2+ bilaterally. Dorsalis pedis and posterior tibial pulses are 1 to 2+ bilaterally.
Abdomen: Obese, soft, nontender, nondistended, bowel sounds are normal, no bruits
Musculoskeletal: Left knee is in a brace. Patient states she has cartilage trouble with the left knee
Neurologic: Normal
Skin: Intact
Lymphatics: No lymphadenopathy
Incisions: No acute incisions
Extremities: Calves are soft and nontender. Good arterial perfusion. Trace right leg edema. 1-2 left lower leg and foot edema. No venous stasis dermatitis. No ulceration. No rashes.

Assessment/Plan: 50 y.o. female primarily left leg edema of uncertain etiology

Improved with hydrochlorothiazide

Will increase diuretic intensity by placing the patient on Lasix 40 mg daily and potassium 10 mEq daily.

Her venous ultrasound study as well as heard arterial Doppler study were normal.
CTA of the abdomen and pelvis were somewhat hard to hard to fully evaluate, however the patient may have some element of left iliac vein compression.

Will ask Dr. Engelhardt to review the study and see if he thinks May-Thurner is present.

May also ask interventional radiology to review the study.

For now we will concentrate on diuretic therapy

Patient will follow up with me in about a month

Return sooner if problems arise

She knows those issues for which to contact me.

She voices understanding and states that she will comply.

Harry Roach, MD
Cardiothoracic Surgery

Electronically signed by H Roach at 10/13/2022 6:37 PM CDT

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Left leg swelling |
| Cervical radiculopathy |
| Chronic bilateral low back pain with left-sided sciatica |
| Peripheral neuropathic pain |
| Obesity (BMI 30-39.9) |
| Chest pain, atypical |
| Leg pain, bilateral |
| Essential hypertension |
| Lower extremity edema |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021 - Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Oct. 13, 2022 |

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
|---|---|
| **H Roach, MD** (Attending)<br>504-454-2222 (Work)<br>504-454-2388 (Fax)<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>Cardiothoracic Surgery | Oct. 13, 2022 |

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

Trina B Simmons
Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

MRI/CAT Scan (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Radiology | Diagnoses<br>Leg edema, left<br>Leg edema, right<br>Other specified symptoms and signs involving the circulatory and respiratory systems<br>Cervical radiculopathy | Ejgh 4228 Card Surg<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>Phone: 504-454-2222<br>Fax: 504-454-2388 | |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 5692005 | **Closed** | Specialty Services Required | 9/12/2022 | 11/4/2022 | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/07/2022 | Hospital Encounter | East Jefferson General Hospital<br>4200 Houma Blvd<br>Metairie, LA 70006<br>504-503-4000 | **H Roach, MD**<br>4228 Houma Blvd.<br>Suite 130<br>Metairie, LA 70006<br>504-454-2222 (Work)<br>504-454-2388 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 10/7/2022 7:53 AM CDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | |
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 |

## Plan of Treatment - documented as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

CT ANGIO ABDOMEN PELVIS (LCMC CT ANGIO ABDOMEN PELVIS) - Final result (10/07/2022 9:40 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Abdomen | N/A | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 10/07/2022 9:45 AM CDT | |

Impressions

**10/07/2022 9:49 AM CDT**

1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta.
2. No finding to suggest renal artery stenosis.
3. Hepatomegaly and background parenchymal findings of steatosis.
4. Additional, and incidental findings above.

Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2)

Pre-menopause(3) (<= 50 years if LMP unknown):
<=5 cm: No follow-up imaging recommended
>5 cm - <=7 cm: US f/u 6-12 weeks
>7 cm: Consider MR w/IVC or surgical evaluation

Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended (4)
>3 cm - <=5 cm: US f/u 6-12 months (4)
>5 cm - <=7 cm: US f/u promptly
>7cm: Consider MR w/IVC or surgical evaluation

Late post-menopause (>5 years from LMP; > 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended
>3 cm - <=7 cm: US f/u promptly
>7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681
(2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years
(3)Includes cysts with layering hemorrhage
(4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks

Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

Narrative

**10/07/2022 9:49 AM CDT**

Narrative

CMS MANDATED QUALITY DATA - CT RADIATION 436

All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

CLINICAL HISTORY:
50 years ( Female Malignant hypertension

TECHNIQUE:
LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained

POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision.

COMPARISON:
None available.

FINDINGS:
The abdominal and pelvic vessels are as follows:
Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer.
Celiac artery: Patent
Superior mesenteric artery: Patent
Inferior mesenteric artery: Patent
Renal arteries: Patent, single bilaterally
Common iliac arteries: Patent
External iliac arteries: Patent
Internal iliac arteries: Patent

Additional findings:
-The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis.
-Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern.
-Prior hysterectomy.
-Scattered colonic diverticula without focal diverticulitis.
-26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

Procedure Note

**W Shaffer, MD - 10/07/2022**

Formatting of this note might be different from the original.
CMS MANDATED QUALITY DATA - CT RADIATION 436

All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

CLINICAL HISTORY:
50 years ( Female Malignant hypertension

TECHNIQUE:
LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained

POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision.

COMPARISON:
None available.

FINDINGS:
The abdominal and pelvic vessels are as follows:
Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer.
Celiac artery: Patent
Superior mesenteric artery: Patent
Inferior mesenteric artery: Patent
Renal arteries: Patent, single bilaterally
Common iliac arteries: Patent
External iliac arteries: Patent
Internal iliac arteries: Patent

Additional findings:
-The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis.

Procedure Note

-Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern.
-Prior hysterectomy.
-Scattered colonic diverticula without focal diverticulitis.
-26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

IMPRESSION:
1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta.
2. No finding to suggest renal artery stenosis.
3. Hepatomegaly and background parenchymal findings of steatosis.
4. Additional, and incidental findings above.

Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2)

Pre-menopause(3) (<= 50 years if LMP unknown):
<=5 cm: No follow-up imaging recommended
>5 cm - <=7 cm: US f/u 6-12 weeks
>7 cm: Consider MR w/IVC or surgical evaluation

Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended (4)
>3 cm - <=5 cm: US f/u 6-12 months (4)
>5 cm - <=7 cm: US f/u promptly
>7cm: Consider MR w/IVC or surgical evaluation

Late post-menopause (>5 years from LMP; > 55 years if LMP unknown):
<=3 cm: No follow-up imaging recommended
>3 cm - <=7 cm: US f/u promptly
>7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681
(2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years
(3)Includes cysts with layering hemorrhage
(4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks

Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG CT ORDERABLES |

POCT CREATININE (LCMC POCT CREATININE) - Final result (10/07/2022 9:13 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Creatinine | 1.00 | 0.50 - 1.00 mg/dL | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |
| POCT Performed By: | Schaff Jami | | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT EGFR | 66 | >=60 mL/min | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |
| POCT EGFR AA | 76 | >=60 mL/min | | 10/07/2022 9:14 AM CDT | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD / Unknown | | 10/07/2022 9:13 AM CDT | 10/07/2022 9:14 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | 4200 Houma Boulevard | Metairie, LA 70006 | |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Leg edema, left |
| Leg edema, right |
| Other specified symptoms and signs involving the circulatory and respiratory systems |
| Cervical radiculopathy |

## Administered Medications - documented in this encounter

Inactive Administered Medications - up to 3 most recent administrations

| Medication Order | MAR Action | Action Date | Dose | Rate | Site |
|---|---|---|---|---|---|
| iopamidoL (ISOVUE-370) 76 % injection Starting on Fri 10/7/22 at 0903, For 1 dose, Schaff, Jami: cabinet override, Schaff, Jami: cabinet override | Given | 10/07/2022 9:40 AM CDT | 120 mLs | | |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD** 5216 Lapalco Blvd. Marrero, LA 70072 504-348-4357 (Work) 504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

Primary Care Provider
**P Staab, MD** (Feb. 24, 2022 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd.
Marrero, LA 70072
Family Medicine
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Other Service Providers

Document Coverage Dates
Oct. 07, 2022

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Encounter Providers
**H Roach, MD** (Attending)
504-454-2222 (Work)
504-454-2388 (Fax)
4228 Houma Blvd.
Suite 130
Metairie, LA 70006
Cardiothoracic Surgery

Encounter Date
Oct. 07, 2022

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

## Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

### Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

### Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

### Reason for Visit

Auth/Cert

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Cardiothoracic Surgery | | | Ejgh 4228 Card Surg<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>Phone: 504-454-2222<br>Fax: 504-454-2388 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 5698408 | | | | | 1 | 1 |

### Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 09/26/2022 | Procedure visit | East Jefferson Cardiovascular Surgeons<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>504-454-2222 | **Carla B**<br>4200 Houma Blvd 2 East<br>Metairie, LA 70006 |

### Allergies documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 9/9/2022 3:38 PM CDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

US VENOUS LOWER EXTREMITY BIL (LCMC VAS PRO US VENOUS LOWER EXTREMITY BIL) - Final result (09/29/2022 3:42 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Leg | Left | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**09/29/2022 9:22 PM CDT**

1. Normal bilateral lower extremity venous ultrasound.
2. No evidence of deep vein thrombosis.

Harry A Roach, MD

Narrative

**09/29/2022 9:22 PM CDT**
**This result has an attachment that is not available.**

Narrative

```
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE:09/26/2022

PT DOB:

MRN: 1001223294

HX:  LEFT LEG PAIN AND SWELLING


BILATERAL VENOUS ULTRASOUND OF THE LOWER EXTREMITIES:

        RIGHT LOWER EXTREMITY  LEFT LOWER
EXTREMITY


VESSEL


COMPRESSION


Doppler signal


VESSEL


COMPRESSION


Doppler
signal
CFV  Y  Y CFV Y Y

GR. SAP    GR.SAP

SFV    SFV
    Prox Y  Y   Prox  Y Y
      Mid
Y  Y   Mid    Y Y
    Distal Y  Y  Distal    Y Y
Popliteal     Popliteal
   Prox Y  Y     Prox Y Y
Mid Y  Y     Mid Y Y
    Distal Y  Y    Distal Y Y
CALF
   CALF
PTV Y  Y PTV Y Y
PV Y  Y PV Y Y
```

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

ABI (LCMC VAS PRO ABI) - Final result (09/29/2022 3:39 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:21 PM CDT**
**This result has an attachment that is not available.**

Narrative

ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

RT Brachial Pressure 155/128 LT Brachial Pressure 155/115
RT Ankle Pressure 179 LT Ankle Pressure 171
RTI ABI 1 LT ABI 1

ANKLE BRACHIAL INDICES

| ABI | SEVERITY |
|---|---|
| >1.0-0.95 | Normal |
| 0.80-0.94 | Mild disease |
| 0.50-0.79 | Moderate disease |
| 0.30-0.49 | Severe disease |
| <0.29 | Critical |

Right ABI- Normal
Left ABI- Normal

Conclusions:
Normal ankle brachial ratios bilaterally.

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Left leg pain |
| Stroke due to embolism of right cerebellar artery |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

Primary Care Provider
**P Staab, MD** (Feb. 24, 2022 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd.
Marrero, LA 70072
Family Medicine
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Other Service Providers

Document Coverage Dates
Sep. 26, 2022

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Encounter Providers
**Carla B** (Attending)
4200 Houma Blvd 2 East
Metairie, LA 70006

Encounter Date
Sep. 26, 2022

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

Trina B Simmons
Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Pain In Leg |

### Auth/Cert

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Cardiothoracic Surgery | | | Ejgh 4228 Card Surg<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>Phone: 504-454-2222<br>Fax: 504-454-2388 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 5698408 | | | | | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 09/26/2022 | Procedure visit | East Jefferson Cardiovascular Surgeons<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>504-454-2222 | **Carla B**<br>4200 Houma Blvd 2 East<br>Metairie, LA 70006 |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 9/9/2022 3:38 PM CDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

Duplex Lower Ext Art, bilat (LCMC VAS PRO DUPLEX LOWER EXT ART, BILAT) - Final result (09/29/2022 3:39 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Arm | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:24 PM CDT**
**This result has an attachment that is not available.**

NAME: Trina B Simmons

PHYSICIAN:ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

Peripheral Arterial Ultrasound of the Lower Extremities w/ABI

```
RIGHT                          Cm/s   LEFT
Cm/s

CFA 108,  80 CFA                          93
DFA 44                                  46
SFA  Prox 1 59  SFA              Prox 1 92
Prox 2                         Prox 2
Prox 3                         Prox 3

SFA  Mid 1 51  SFA                Mid 1 55
Mid 2                           Mid 2
Mid 3                           Mid 3

SFA  Distal 1 46  SFA            Distal 1 53
Distal 2                       Distal 2
Distal 3                       Distal 3

POP                  Prox 45  POP               Prox 47
Distal 24                         Distal 35
Peroneal  Prox 27  Peroneal Prox 34
PTA                   Prox 58  PTA                Prox 51
Mid 59                              Mid 72
Distal 62                           Distal 66

ATA                   Prox 37  ATA              Prox 43
Mid 35                            Mid  24
Distal 46                          Distal 29

DP 29  DP 41
```

Conclusions:
1. Normal flow velocities bilaterally
2. Normal triphasic and biphasic waveforms bilaterally.
3. Normal ankle brachial ratios bilaterally
4. Normal arterial Doppler study of the lower extremities

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
| --- |
| PVD (peripheral vascular disease) |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
| --- | --- | --- | --- | --- | --- | --- |
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021 - Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
| --- | --- | --- | --- | --- | --- |
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
| --- | --- | --- | --- | --- |
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
| --- | --- | --- |
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Sep. 26, 2022 |

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
| --- | --- |
| **Carla B** (Attending)<br>4200 Houma Blvd 2 East<br>Metairie, LA 70006 | Sep. 26, 2022 |

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Reason for Visit

| Reason |
|---|
| Cerebrovascular Accident |

Auth/Cert

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Cardiothoracic Surgery | | | Ejgh 4228 Card Surg<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>Phone: 504-454-2222<br>Fax: 504-454-2388 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 5698408 | | | | | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 09/26/2022 | Procedure visit | East Jefferson Cardiovascular Surgeons<br>4228 Houma Blvd<br>Ste 130<br>Metairie, LA 70006-3003<br>504-454-2222 | **Carla B**<br>4200 Houma Blvd 2 East<br>Metairie, LA 70006 |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 9/9/2022 3:38 PM CDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

DUPLEX CAROTID ARTERIES BIL (LCMC VAS PRO DUPLEX CAROTID ARTERIES BIL) - Final result (09/29/2022 3:26 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Vascular, Neck | Bilateral | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**09/29/2022 9:20 PM CDT**
**This result has an attachment that is not available.**
Ambulatory Vascular and Vein Study Report

Study: Carotid Ultrasound

Patient Name: Trina B Simmons

MRN: 1001223294

Date of Birth:

Date of Study:09/26/2022

Ordering Physician:ROACH

HX: Cerebellar Stroke

Narrative

RIGHT LEFT

PSV EDV RATIO
(IC/CC) PSV EDV RATIO
(IC/CC)
CCA CM/S
67
CM/S

29

.8
CCA

CM/S

70
CM/S
20

.8

ICA

CM/S
56
CM/S

29 ICA

CM/S

54
CM/S
24

ECA

CM/S
54 CM/S

15 ECA

CM/S
41 CM/S
8

VERT

ANTE

Yes RETRO

VERT ANTE

Yes RETRO

IMPRESSION:
1. Minimal plaque disease bilaterally.
2. No elevated flow velocities bilaterally.
3. No significant stenosis bilaterally.
4. Normal flow velocities at the carotid bifurcations bilaterally with no evidence to suggest hemodynamically significant internal carotid artery stenosis by flow velocity criteria.
5. Bilateral antegrade vertebral artery flow.

Harry A Roach, MD

| Authorizing Provider | Result Type |
|---|---|
| H Roach MD | IMG US ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Stroke due to embolism of right cerebellar artery - Primary |
| PVD (peripheral vascular disease) |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021- Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Sep. 26, 2022 |

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
|---|---|
| **Carla B** (Attending)<br>4200 Houma Blvd 2 East<br>Metairie, LA 70006 | Sep. 26, 2022 |

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

## Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

### Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
| --- | --- | --- | --- | --- |
| *(Home)* | (Home)<br>(Mobile) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

### Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

### Reason for Visit

MRI/CAT Scan (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
| --- | --- | --- | --- |
| Radiology | Diagnoses<br>Cervical radiculitis | A Melcher, MD<br>3800 Houma Blvd.<br>Suite 325<br>Metairie, LA 70006<br>Phone: 504-885-7337<br>Fax: 504-456-5172 | |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
| --- | --- | --- | --- | --- | --- | --- |
| 5654574 | **Closed** | Specialty Services Required | 8/31/2022 | 8/31/2023 | 1 | 1 |

### Encounter Details

| Date | Type | Department | Care Team |
| --- | --- | --- | --- |
| 09/09/2022 | Hospital Encounter | East Jefferson General Hospital<br>4200 Houma Blvd<br>Metairie, LA 70006<br>504-503-4000 | **A Melcher, MD**<br>3800 Houma Blvd.<br>Suite 325<br>Metairie, LA 70006<br>504-885-7337 (Work)<br>504-456-5172 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 9/9/2022 3:38 PM CDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | |
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 |