## Plan of Treatment - documented as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

EXHIBIT

3, part 2

## Results - documented in this encounter

MRI CERVICAL SPINE WITHOUT CONTRAST (LCMC MRI CERVICAL SPINE WITHOUT CONTRAST) - Final result (09/09/2022 6:21 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| C-spine | N/A | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 09/09/2022 11:09 PM CDT | |

Impressions

**09/09/2022 11:14 PM CDT**

1. Reversal of the cervical spine lordosis
2. No significant spinal canal or neuroforaminal compromise
3. T4 vertebral body lesion
4. Old right cerebellar lobe infarcts
5. Mild lymphoproliferative process

Electronically Signed By: Scott Carbajal, MD 9/9/2022 11:14 PM CDT

Narrative

**09/09/2022 11:14 PM CDT**
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST; performed on 9/9/2022 6:04 PM CDT

CLINICAL HISTORY: radiculopathy

COMPARISON: None

TECHNIQUE:
Routine MRI of the cervical spine was obtained without the aid of IV contrast. Total image count is 364.

FINDINGS:

Old right cerebellar lobe infarcts are incidentally noted.

Reversal of the cervical spine lordosis is noted with the apex at the level of C6.

There is a T4 vertebral body lesion noted with high T2 signal and mixed high/low T1 signal raising the question of a hemangioma.

The vertebral body heights are maintained.
The intervertebral discs maintain their height and signal at all levels.
The spinal cord has a normal appearance.
The cerebellar tonsils are in a normal position.

C2/3 - No significant canal or neuroforaminal compromise.
C3/4 - No significant canal or neuroforaminal compromise.
C4/5 - No significant canal or neuroforaminal compromise.
C5/6 - No significant canal or neuroforaminal compromise.
C6/7 - No significant canal or neuroforaminal compromise.
C7/T1 - No significant canal or neuroforaminal compromise.

The paraspinous soft tissues appear normal.

Bilateral symmetric shotty lymph nodes are noted in the neck; differential diagnosis includes benign and malignant etiologies.

Procedure Note

**S Carbajal, MD - 09/09/2022**

| Procedure Note |
|---|
| Formatting of this note might be different from the original.<br>MRI OF THE CERVICAL SPINE WITHOUT CONTRAST; performed on 9/9/2022 6:04 PM CDT<br><br>CLINICAL HISTORY: radiculopathy<br><br>COMPARISON: None<br><br>TECHNIQUE:<br>Routine MRI of the cervical spine was obtained without the aid of IV contrast. Total image count is 364.<br><br>FINDINGS:<br><br>Old right cerebellar lobe infarcts are incidentally noted.<br><br>Reversal of the cervical spine lordosis is noted with the apex at the level of C6.<br><br>There is a T4 vertebral body lesion noted with high T2 signal and mixed high/low T1 signal raising the question of a hemangioma.<br><br>The vertebral body heights are maintained.<br>The intervertebral discs maintain their height and signal at all levels.<br>The spinal cord has a normal appearance.<br>The cerebellar tonsils are in a normal position.<br><br>C2/3 - No significant canal or neuroforaminal compromise.<br>C3/4 - No significant canal or neuroforaminal compromise.<br>C4/5 - No significant canal or neuroforaminal compromise.<br>C5/6 - No significant canal or neuroforaminal compromise.<br>C6/7 - No significant canal or neuroforaminal compromise.<br>C7/T1 - No significant canal or neuroforaminal compromise.<br><br>The paraspinous soft tissues appear normal.<br><br>Bilateral symmetric shotty lymph nodes are noted in the neck; differential diagnosis includes benign and malignant etiologies.<br><br>IMPRESSION:<br><br>1. Reversal of the cervical spine lordosis<br>2. No significant spinal canal or neuroforaminal compromise<br>3. T4 vertebral body lesion<br>4. Old right cerebellar lobe infarcts<br>5. Mild lymphoproliferative process<br><br>Electronically Signed By: Scott Carbajal, MD 9/9/2022 11:14 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| A Melcher MD | IMG MRI ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Cervical radiculitis |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **P Staab, MD** (Feb. 24, 2022 - Present)<br>504-348-4357 (Work)<br>504-348-8656 (Fax)<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>Family Medicine<br>**LCMC Health**<br>200 Henry Clay Avenue<br>New Orleans, LA 70112 | | Sep. 09, 2022 |

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

| Encounter Providers | Encounter Date |
|---|---|
| **A Melcher, MD** (Attending)<br>504-885-7337 (Work)<br>504-456-5172 (Fax)<br>3800 Houma Blvd.<br>Suite 325<br>Metairie, LA 70006<br>Neurology | Sep. 09, 2022 |

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

# Trina B Simmons

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

*Former (May 02, 2023 - Jun. 27, 2023):*

*Former (Jan. 26, 2023 - May 01, 2023):*

*Former (Sep. 26, 2022 - Jan. 25, 2023):*

*Former (Sep. 13, 2022 - Sep. 25, 2022):*

## Note from LCMC Health

This document contains information that was shared with Trina B Simmons. It may not contain the entire record from LCMC Health.

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 08/30/2022 | Procedure visit | East Jefferson Neurological Associates<br>3800 Houma Blvd<br>Ste 325<br>Metairie, LA 70006-3010<br>504-885-7337 | **A Melcher, MD**<br>3800 Houma Blvd.<br>Suite 325<br>Metairie, LA 70006<br>504-885-7337 (Work)<br>504-456-5172 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Other (See Comments) | | 07/21/2020 | Gets blisters. |
| Shellfish Containing Products | Hives | | 07/21/2020 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| ciclopirox (LOPROX) 0.77 % cream | Apply daily topically | | 0 | 04/09/2021 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | 0 | 03/11/2022 | | Active |
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | 0 | | | Active |
| miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity | 1 each | 0 | 07/21/2020 | 05/04/2023 | Discontinued (Formulary change) |
| celecoxib (CELEBREX) 200 MG capsule | Take 200 mg daily by mouth | | 0 | 04/08/2021 | 03/27/2023 | Discontinued |
| famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | 0 | 03/01/2021 | 12/28/2022 | Discontinued (Error) |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | 0 | 03/01/2021 | 03/27/2023 | Discontinued |
| efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | 0 | | 12/28/2022 | Discontinued (Error) |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | 0 | 03/11/2022 | 10/13/2022 | Discontinued (Therapy completed) |
| meloxicam (MOBIC) 15 MG tablet | Take 15 mg daily by mouth | | 0 | 10/26/2021 | 03/27/2023 | Discontinued |
| pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | 0 | 05/18/2022 | 05/04/2023 | Discontinued (Reorder) |
| diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | 0 | 04/24/2022 | 12/28/2022 | Discontinued (Error) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Lower extremity edema | 01/28/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Essential hypertension | 02/01/2019 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, injectable,quadrivalent | 10/30/2015 | |
| Tdap | 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Alcohol Habits | Answer | Date Recorded |
|---|---|---|
| How often do you have a drink containing alcohol? | Never | 04/23/2021 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked | |
| How often do you have six or more drinks on one occasion? | Not asked | |

| Social Isolation | Answer | Date Recorded |
|---|---|---|
| In a typical week, how many times do you talk on the phone with family, friends, or neighbors? | More than three times a week | 04/10/2023 |
| How often do you get together with friends or relatives? | Not asked | |
| How often do you attend church or religious services? | Not asked | |
| Do you belong to any clubs or organizations such as church groups, unions, fraternal or athletic groups, or school groups? | Not asked | |
| How often do you attend meetings of the clubs or organizations you belong to? | Not asked | |
| Are you now married, widowed, divorced, separated, never married or living with a partner? | Not asked | |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | 0 days | 04/10/2023 |
| On average, how many minutes do you engage in exercise at this level? | Not asked | |

| Stress | Answer | Date Recorded |
|---|---|---|
| Do you feel stress - tense, restless, nervous, or anxious, or unable to sleep at night because your mind is troubled all the time - these days? | Very much | 04/10/2023 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 8/30/2022 3:36 PM CDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Plan of Treatment - documented as of this encounter

Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 07/31/2023 | Appointment | Rheumatology | **I Robledo Vega, MD**<br>3700 St. Charles Ave, 3th Floor<br>Medicine Clinic<br>New Orleans, LA 70115<br>504-210-4290 (Work)<br>504-897-7789 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Cholesterol screening | | | |
| Annual Wellness Visit | **09/24/1974** | | |
| Pap Smear | **09/24/1993** | | |
| Cologuard Screening | **09/24/2017** | | |
| Colonoscopy | **09/24/2017** | | |
| Colorectal Cancer Screening | **09/24/2017** | | |
| Sigmoidoscopy | **09/24/2017** | | |
| Stool Blood Test | **09/24/2017** | | |
| COVID-19 Vaccine (3 - Booster for Pfizer series) | **06/01/2021** | 04/06/2021, 03/15/2021 | |
| Flu Vaccine (#1) | 09/01/2023 | 10/30/2015 | |
| Creatinine level (kidney function test) | 10/07/2023 | 10/07/2022, 12/19/2020, 12/08/2020, Additional history exists | |
| Mammogram | 05/02/2025 | 05/02/2023, 02/24/2022, 12/21/2020, Additional history exists | |
| DTap/Tdap/TD Vaccines (2 - Td or Tdap) | 10/30/2025 | 10/30/2015 | |
| HPV Vaccine Due | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Meningitis Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |
| Pneumococcal Vaccine | Aged Out | | No longer eligible based on patient's age to complete this topic |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Cervical radiculitis |
| Neuritis |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| UNITED HEALTH CARE (MGD MCD) | UNITED HEALTH COMMUNITY | xxxxx3010 | 7/1/2021-Present | | PO BOX 31341 SALT LAKE CITY, UT 84131-0341 | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Simmons,Trina B | Personal/ Family | Self | | (Home) | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **P Staab, MD**<br>5216 Lapalco Blvd.<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 2/24/22 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | Unknown | (Mobile)<br>(Home) | Emergency Contact |

## Document Information

Primary Care Provider
**P Staab, MD** (Feb. 24, 2022 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd.
Marrero, LA 70072
Family Medicine
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Other Service Providers

Document Coverage Dates
Aug. 30, 2022

Custodian Organization
**LCMC Health**
200 Henry Clay Avenue
New Orleans, LA 70112

Encounter Providers
**A Melcher, MD** (Attending)
504-885-7337 (Work)
504-456-5172 (Fax)
3800 Houma Blvd.
Suite 325
Metairie, LA 70006
Neurology

Encounter Date
Aug. 30, 2022

Legal Authenticator
**L Administrator, MD**
844-324-6205 (Work)
HIM ADMIN USE ONLY
NEW ORLEANS, LA 70112

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** **Race:** **Language:** **Ethnicity:** | (49) Patient Declined English Patient Declined | **Encounter ID:** **Primary Ins:** | 133096709 SELF PAY |
| **Location:** | New Orleans Office 2626 Jena St new orleans, LA, 70115-6325 (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that lyrica helps at all. She reports that lyrica just makes her tired. She denies applying Urea cream as prescribed. Patient reports a pain level of 10 out of 10.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Neuropathy; Patient presents with follow up of pain heel, Patient presents with follow up of pain ankle, Pain is located in the Left foot.

**Quality**

**Denied:** Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed.

**Denied:** they have custom orthotics No.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 11/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

**Allergies**

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Decline in Health, Weakness,

**Musculoskeletal - Denied:** Back problems, Joint Pain, Muscle cramps, Restricted Motion,

## Objective

**Physical Exam**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that Lyrica helps at all. She reports that Lyrica just makes her tired. She denies applying Urea cream as prescribed. The patient reports a pain level of 10 out of 10.

On examination, pain on palpation of the left foot.

The patient is having nerve pain, which is not getting controlled with medications. The patient is referred to Neurology for the management of neuropathic symptoms.

The patient admits that she has a difficult time walking long distances and would like to be able to get a temporary handicap parking decal. The paperwork was filled out and given to the patient so that she can bring to the DMV.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Prescribe**

Lyrica 200 mg capsule - 1 QHS for 30 Days
Mobic 15 mg tablet - 1 DAILY for 30 Days

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Neurology Consult Needed**

Patient needs neurology consult for painful symptoms.

**Temporary Handicap Paperwork Filled Out**

The patient admits that they have a difficult time walking long distances and would like to be able to get a temporary handicap parking decal. The paperwork was filled out and given to the patient so they can bring to the DMV.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19



Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19



Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 131154157<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica 150 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying Urea cream as prescribed. Patient reports being prescribed Meloxicam 15 mg by her back doctor.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain inside of foot, Patient presents with follow up of pain heel, Patient presents with follow up of pain ankle, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is not changed since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 3.5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

**Review of Systems**

**Constitutional - Denied:** Fever, Chills, Weakness, Fatigue,

**Musculoskeletal - reported:** Back problems, Joint pain, Muscle cramps,

**Denied:** Restricted Motion,

## Objective

**Vital Signs**

**Weight:** 200 lb **Height:** 5' 2" **BMI Flag:** Obese ( 36.6 )

**Physical Exam**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. She reports taking Lyrica 150 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient reports that Lyrica has helped her symptoms at night but not during the day. She reports applying Urea cream as prescribed. The patient reports being prescribed Meloxicam 15 mg by her back doctor.

On examination, pain on palpation of the left foot.

The patient's NSAID Meloxicam does not seem to be helping to relieve the painful symptoms. The patient was advised to stop the Meloxicam. She was advised to start taking Turmeric for the management of inflammation. She was advised to take Tylenol as needed for the pain.

The patient is responding well to Lyrica but still reports a burning and stinging sensation in the left foot. Lyrica dosage was increased to 200 mg. Lyrica 200 mg was prescribed and sent to the pharmacy for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

**Lyrica Dosage Increased**

The patient is responding well to Lyrica, but still has residual burning sensation. Therefore, the patient's lyrics dosage is increased and the patient is to follow up in 2-3 weeks.

**Patient Instructions**

**Lyrica Continue**

Patient is to continue to take Lyrica 200mg daily.

**Turmeric**

You are encouraged to take Turmeric 500mg twice daily. This can be found over the counter on the vitamin or spice aisle.

**Tylenol**

Patient to take Tylenol for pain as needed.

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03



Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03



Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 130324639<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6.5-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica as prescribed up until last week. The patient reports drowsiness while driving in the morning. The patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying Urea cream as prescribed. Patient reports being prescribed Meloxicam 15mg by her back doctor.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain inside of foot, Patient presents with follow up of pain ankle, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is improving since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 3.5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr, Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

**Allergies**

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal - reported:** Back problems, Joint pain,

**Denied:** Muscle cramps, Restricted Motion,

## Objective

**Vital Signs**

**Weight:** 205 lb **Height:** 5' 2" **BMI Flag:** Obese ( 37.5 )

**Physical Exam**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6.5-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica as prescribed up until last week. The patient reports drowsiness while driving in the morning. The patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying Urea cream as prescribed. Patient reports being prescribed Meloxicam 15 mg by her back doctor.

On examination, pain on palpation of the left foot.

The patient reports improvement with Lyrica, but she still has a burning and stinging sensation and pain in her left foot. We advised her to increase the Lyrica to 150 mg. Lyrica 150 mg was prescribed and sent to the pharmacy for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 weeks to check the progress on Lyrica.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Sf | 99212 | 1 UN | | |

**Prescribe**

Lyrica 150 mg capsule - 1 QHS for 30 Days

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Lyrica Dosage Increased**

The patient is responding well to Lyrica, but still has residual burning sensation. Therefore, the patient's lyrics dosage is increased and the patient is to follow up in 2-3 weeks.

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 128496793<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

Patient arrives to office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. Patient arrives wearing regular shoes. Patient reports pain in left heel, top of left foot, and medial aspect of left foot during activity. Patient reports that the pain spreads up her leg. Patient reports swelling in her left foot. Patient reports wearing a brace at night. Patient reports new tingling in her heels and toes of bilateral feet. She reports to a pain level of a 7-9.5 out of 10. Patient reports taking advil and aleve for pain as needed. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica as prescribed. Patient reports drowsiness while driving in the morning. Patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying urea cream as prescribed.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain inside of foot, Patient presents with follow up of pain heel, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is not changed since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 3.5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:44

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal - reported:** Back problems, Joint pain, Muscle cramps,

**Denied:** Restricted Motion,

## Objective

### Vital Signs

**Weight:** 185 lb **Height:** 5' 2" **BMI Flag:** Obese ( 33.8 )

### Physical Exam

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot during activity. The patient reports that the pain spreads up her leg. The patient reports swelling in her left foot. Patient reports wearing a brace at night. The patient reports new tingling in her heels and toes of bilateral feet. She reports a pain level of 7-9.5 out of 10. Patient reports taking Advil and Aleve for pain as needed. The patient denies taking Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica as prescribed. The patient reports drowsiness while driving in the morning. The patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying urea cream as prescribed.

On examination, pain on palpation of the left foot.

The patient has been doing well on Lyrica, but still having some pain, she was advised to increase Lyrica for the management of her neuropathic pain.

She was advised to take caffeine drinks.

RTC in 3 weeks.

### Constitutional

The patient is awake, alert, well developed, well groomed and well nourished.

### Cardiovascular

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:44

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Sf | 99212 | 1 UN | | |

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Lyrica Dosage Increased**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:44

The patient is responding well to Lyrica, but still has residual burning sensation. Therefore, the patient's lyrics dosage is increased and the patient is to follow up in 2-3 weeks.

**Patient Instructions**

**Lyrica Continue**

Patient is to continue to take Lyrica 150 mg daily.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:44



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:44



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:44

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** **Race:** **Language:** **Ethnicity:** | (49) Patient Declined English Patient Declined | **Encounter ID:** **Primary Ins:** | 127593123 United Healthcare |
| **Location:** | New Orleans Office 2626 Jena St new orleans, LA, 70115-6325 (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Post Op Surgery**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing regular shoes. Patient reports pain in left heel and top of left foot during activity. Patient reports that the pain spreads up her leg. Patient reports swelling in her left foot. Patient denies wearing a brace due to the brace causing her to have pain. Patient reports wrapping foot at night time. Patient reports new tingling in the medial heels of bilateral feet. She reports to a pain level of a 8 out of 10. Patient reports taking advil and aleve for pain. Patient reports having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient reports wrapping her foot at night.

**History of Present Illness - Post Op Surgery**

**Location**

**Reported:** The patient had surgery to the left foot.

**Quality**

**Reported:** Activity makes post op surgery pain/swelling symptoms worse.

**Duration**

**Reported:** The Patient had a fascial release, ; performed on 04/23/2021.

**Context**

**Reported:** The patient admits they are using Regular shoes; Yes, Patient states they are taking the over the counter medication(s) advil and aleve.

**Denied:** Currently taking prescription medication to treat post op surgery symptoms.

**Associated Signs and Symptoms**

**Reported:** post-op pain, Patient admits pain as a 4 out of 5.; Patient reports changes in surgery site, Patient admits to having Swelling.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm apply on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

**Review of Systems**

**Constitutional - reported:** Fatigue,

**Denied:** Chills, Fever, Weakness,

**Musculoskeletal - reported:** Back problems, Joint pain,

**Denied:** Muscle cramps, Restricted Motion,

## Objective

**Vital Signs**

**Weight:** 180 lb **Height:** 5' 2" **BMI Flag:** Obese ( 32.9 )

**Physical Exam**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing regular shoes. Patient reports pain in left heel and top of left foot during activity. Patient reports that the pain spreads up her leg. Patient reports swelling in her left foot. Patient denies wearing a brace due to the brace causing her to have pain. Patient reports wrapping foot at night time. Patient reports new tingling in the medial heels of bilateral feet. She reports to a pain level of a 8 out of 10. Patient reports taking advil and aleve for pain. Patient reports having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient reports wrapping her foot at night.

Pain with palpation to left foot. ATF rupture. Nerve pain present. Patient to begin taking Lyrica 75mg for nerve pain. Lyrica prescribed and handed to patient. Xerosis noted to bilateral feet. Urea 40% prescribed to help balance pH of skin. Urea sent to pharmacy. Patient to RTC in 2 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | 25 | |

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Begin Lyrica**

Patient has nerve pain and would benefit from Lyrica daily.

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Patient Instructions**

**Lyrica 100mg**

You were given a printed prescription for Lyrica 75mg to be taken one pill at night.

**Urea Cream**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

You are to continue to apply Urea 40% cream to the skin twice daily from the ankles down including in between to toes.

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58



Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58



Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** **Race:** **Language:** **Ethnicity:** | (48) Patient Declined English Patient Declined | **Encounter ID:** **Primary Ins:** | 124649755 United Healthcare |
| **Location:** | New Orleans Office 2626 Jena St new orleans, LA, 70115-6325 (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Post Op Surgery**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing camwalker boot. Patient admits pain in left heel during activity. She admits to a pain level of a 4 out of 5. Patient admits taking advil and aleve for pain. Patient admits her left foot swells and feels numbness when she walks. Patient admits pain on the top of her left foot that travels up her leg. Patient admits having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient admits wrapping her foot at night.

**History of Present Illness - Post Op Surgery**

**Location**

**Reported:** The patient had surgery to the left foot.

**Quality**

**Reported:** Activity makes post op surgery pain/swelling symptoms worse.

**Duration**

**Reported:** The Patient had a fascial release, ; performed on 04/23/2021.

**Context**

**Reported:** The patient admits they are using a CamWalker; The patient admits to keeping the surgical site wrapped Yes.

**Denied:** Currently taking prescription medication to treat post op surgery symptoms.

**Associated Signs and Symptoms**

**Reported:** post-op pain, Patient admits pain as a 4 out of 5..

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm apply on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal - reported:** Back problems, Joint Pain, Muscle Cramps, Restricted Motion,

## Objective

### Vital Signs

**Weight:** 195 lb **Height:** 5' 2" **BMI Flag:** Obese ( 35.7 )

### Physical Exam

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing camwalker boot. Patient admits pain in left heel during activity. She admits to a pain level of a 4 out of 5. Patient admits taking advil and aleve for pain. Patient admits her left foot swells and feels numbness when she walks. Patient admits pain on the top of her left foot that travels up her leg. Patient admits having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient admits wrapping her foot at night.

Pain with palpation to left foot in area of ankle . Edema is decreasing upon physical exam. Pain with palpation to left heel. Patient to wrap foot or use brace daily and try to go back to regular shoe gear. Patient to unwrap nightly. Patient to stop using camwalker boot. no sonogram ordered at todays visit. Patient to continue Naprosyn twice daily. Discussed diet with patient. Patient RTC in 2 weeks.

### Constitutional

The patient is awake, alert, well developed, well groomed and well nourished.

### Cardiovascular

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

### Musculoskeletal

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

S93492D Sprain of other ligament of left ankle, subsequent encounter

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | 25 | |

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Coflex Use**

Patient is to use Coflex wraps on the affected areas of the foot. This is used to help keep swelling to a minimum while ambulating and they are to remove in the evening.

**Continue Nsaids**

Patient is doing well on anti inflammatory medicine and needs to continue daily

**Return To Normal Shoe Gear As Tolerable**

The patient can now begin adjusting back to normal shoe gear. They are to get shoes that fit the affected foot comfortably without irritation and use daily.



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

the affected foot comfortably without irritation and use daily.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (48)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 123122098<br>United Healthcare |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient admits pain in left heel during activity. She admits to a pain level of a 4 out of 5. Patient admits taking advil and aleve for pain. Patient admits her left foot swells and feels numbness when she walks. Last visit ruptured ATF was present. Patient admits taking Naprosyn and EBN-5 as prescribed. Patient admits wrapping her foot at night. Patient admits wearing compression stockings as recommended.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Plantar Fasciitis; Patient presents with follow up of pain heel, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is improving since last visit.

**Denied:** Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 4 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking EBN-5 as prescribed, Patient admits to taking Naprosyn as prescribed; Tried OTC meds for pain symptoms since last visit, Patient admits to taking Ibuprofen, Patient admits to taking Naproxen.

**Modifying Factors**

**Reported:** Receiving an injection for plantar fasciitis Yes, Patient admits to receiving an injection for plantar fasciitis in the Left foot.; that the injection for PF alleviated their symptoms Yes.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm apply on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day, APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |

**Allergies**

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

**Review of Systems**

**Constitutional** - **Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal** - **reported:** Back problems,

**Denied:** Joint Pain, Muscle Cramps, Restricted Motion,

**Skin** - **reported:** Dryness, Itching,

**Denied:** Nail Appearance Change, Nail Texture Change,

**Neurological** - **reported:** Numbness,

**Denied:** Burning, Unsteady Gait, Tingling,

## Objective

**Vital Signs**

**Weight:** 193 lb **Height:** 5' 2" **BMI Flag:** Obese ( 35.3 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
M79672 Pain in left foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter

## Plan

**Office Procedures**

**Radiology Interpretation**

**X-Ray's Taken**

Today x-rays, AP, lateral, were taken of the, left, foot.

**X-Ray Findings**

No Fx.

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | 25 | |
| X-Ray Exam Of Foot | 73620 | 1 UN | LT | |

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Cam Walker Boot**

Walking boot, pneumatic and/or vacuum, with or without joints, with or without interface material, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customized to fit a specific patient by an individual with expertise ( Pneumatic walking boot pre cast ) The Cam Walker Boot should benefit the patient by immobilizing the painfully affected area giving the region an opportunity to heal and repair while keeping the patient moderately active.

**Decrease Physical Activity**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

Patient is advised to decrease physical activities to increase healing.

**Immobilize Foot**

The patient needs to immobilize the painful foot in order to allow the area to heal.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** <br> **Race:** <br> **Language:** <br> **Ethnicity:** | (48) <br> Patient Declined <br> English <br> Patient Declined | **Encounter ID:** <br> **Primary Ins:** | 122465515 <br> United Healthcare |
| **Location:** | New Orleans Office <br> 2626 Jena St <br> new orleans, LA, 70115-6325 <br> (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Post Op Surgery**

Patient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 1.5-2 out of 5 but goes up with activity. Patient admits taking advil and alieve for pain. Patient admits her Left foot was very swollen last thrusday. Patient admits having some pain on the back of her left heel. Last visit ruptured ATF was present. Patient denies taking Naprosyn as presribed. Patient admits wrapping her foot at night. Patient admits her left foot goes numb when walking.

**History of Present Illness - Post Op Surgery**

**Location**

**Reported:** The patient had surgery to the left foot.

**Duration**

**Reported:** The Patient had a fascial release, ; performed on 04/23/2021.

**Context**

**Reported:** The patient admits they are using Regular shoes.

**Modifying Factors**

**Reported:** walking makes symptoms worse.

**Associated Signs and Symptoms**

**Reported:** post-op pain, Patient admits pain as a 2 out of 5..

**Denied:** post-op fever.

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal - Denied:** Back problems, Joint Pain, Muscle Cramps, Restricted Motion,

**Skin - reported:** Dryness, Itching,

**Denied:** Nail Appearance Change, Nail Texture Change,

**Neurological - reported:** Numbness, Burning,

**Denied:** Tingling, Unsteady Gait,

## Objective

**Vital Signs**

**Weight:** 195 lb **Height:** 5' 2" **BMI Flag:** Obese ( 35.7 )

**Physical Exam**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54

Patient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 1.5-2 out of 5 but goes up with activity. Patient admits taking advil and alieve for pain. Patient admits her Left foot was very swollen last thrusday. Patient admits having some pain on the back of her left heel. Last visit ruptured ATF was present. Patient denies taking Naprosyn as presribed. Patient admits wrapping her foot at night. Patient admits her left foot goes numb when walking.

Pain with palpation to left foot.Fluroscan with stress ordered and performed to determine the etiology of the patients pain. Good surgical correction noted. Swelling noted. COmpression stocking recommended. 15-20 recommended. RX handed to patient. Naprosyn to take twice daily. EBN-5 prescribed and sent to pharmacy. Patient RTC in 10 days.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54

Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter

## Plan

**Office Procedures**
**Radiology Interpretation**

**Fluoroscan**

Fluroscan performed left. The Fluoroscopy view(s), Dorsal-Plantar, Lateral. The patient was not administered contrast dye and the foot was placed on the dector in the appropriate position. The Fluroscan was used to evaluate the following joint(s) under stress, Sub-Talar, Ankle, The joint(s), full, painfree. The joint is normal, STJ, Ankle Joint. The joints surveyed are, Talus, Calcaneous, This was performed to the left foot.

**Procedures**

Patient is advised not to wrap foot h.s.

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Fluoroscopy <1 Hr Phys/qhp | 76000 | 1 UN | 59 | |
| X-Ray Stress View | 77071 | 1 UN | 59 | |

**Follow-Up**

Follow-Up (10 Days) with LANG DPM, EDWARD M

**Care Plan**

**Compression Stockings Needed**

The patient needs compression stockings 20-30mm Hg for pitting edema.

**Patient To Massage Surgical Area**

The patient has developed scar tissue around the surgical area and will benefit from massage therapy the area.

**Plan Abi For Circulation**

Patient has signs of circulation problems and needs evaluation prior to treatment.

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (48)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 119723269<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Post Op Surgery**

Patient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 2 out of 5 but goes up with activity. She admits to taking Cefdinir as prescibed. Patient admits taking advil and alieve for pain. Patient notes Left foot is swollen. X-rays ordered and performed on Left foot, AP and Lateral.

**History of Present Illness - Post Op Surgery**

**Location**

**Reported:** The patient had surgery to the left foot.

**Quality**

**Reported:** Activity makes post op surgery pain/swelling symptoms worse.

**Denied:** Not able to perform all activities of daily living.

**Duration**

**Reported:** The patient had a, ; performed on 04/23/2021.

**Context**

**Reported:** The patient admits they are using Regular shoes; Currently taking prescription medication to treat post op surgery symptoms; Yes, Patient states they are taking the over the counter medication(s) Advil, Aleve.

**Denied:** The patient denies keeping the surgical site wrapped No, No, Recently visiting or being referred to another healthcare professional for post op symptoms.

**Modifying Factors**

**Reported:** shoes makes symptoms worse, walking makes symptoms worse, standing makes symptoms worse

**Associated Signs and Symptoms**

**Reported:** post-op pain, Patient admits pain as a 2 out of 5.; Patient reports changes in surgery site, Patient admits to having Swelling, Patient admits to having Tingling.

**Denied:** post-op fever.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm apply on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:21

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight Gain, Weight Loss,

**Musculoskeletal - Denied:** Arthritis, Back problems, Deformities, Gout, Joint Pain, Joint Stiffness, Muscle Cramps, Muscle Stiffness, Paralysis, Restricted Motion, Weakness,

**Skin - reported:** Dryness,

**Denied:** Easy bruisability, Eczema, Hair dye, Hair Texture Change, Hives, Itching, Lumps, Mole Increased Size, Nail Appearance Change, Nail Texture Change, Rashes, Skin Color Change,

**Neurological - reported:** Tingling,

**Denied:** Blackouts, Burning, Dizziness, Fainting, Head Injury, Headaches, Loss of Consciousness, Memory loss, Numbness, Paralysis, Speech Disorders, Strokes, Tremors, Unsteady Gait,

## Objective

### Vital Signs

**Weight:** 198 lb **Height:** 5' 2" **BMI Flag:** Obese ( 36.2 )

### Physical Exam

Patient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 2 out of 5 but goes up with activity. She admits to taking Cefdinir as prescibed. Patient admits taking advil and alieve for pain. Patient notes Left foot is swollen. X-rays ordered and performed on Left foot, AP and Lateral.

Pain with palpation to left foot. Xrays ap and lateral ordered and performed to left foot to determine the etiology of patients pain. Good surgical correction noted, no infection present. Swelling noted. Complete sonogram ordered and performed to left foot to determine etiology of patients swelling and pain. Ruptured ATF present. Recommended patient to wear ankle brace, Patient to keep foot wrapped. Recommended patient to stay off of foot. Patient to stop Nalfon at this time. Naprosyn prescribed and sent to pharmacy. Patient RTC in 2 weeks.

### Constitutional

The patient is awake, alert, well developed, well groomed and well nourished.

### Cardiovascular

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

### Musculoskeletal

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:21

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

## Plan

**Office Procedures**

Dispense Velocity Brace:

A pre-fabricated Ankle-Foot Orthosis, Multi-ligamentous ankle support was dispensed and fitted at this visit. Due to the patient's diagnosis and related symptoms this is medically necessary for the treatment. The function of this device is to restrict and limit motion and provide stabilization in the affected area. The goals and function of this device was explained in detail to the patient. Upon gait analysis, the device appeared to be fitting well and the patient states that the device is comfortable at this time. The patient was shown how to properly apply, wear, and care for the device. The patient was able to apply properly and ambulate without distress. At that time, the device was dispensed, it was suitable for the condition and was not substandard. No guarantees were given and the precautions were reviewed. Written instructions and warranty information was given along with the list of the twenty-one (21) Durable Medical Equipment Supplier Guidelines. All questions were answered.

**Radiology Interpretation**

**X-Ray's Taken**

Today x-rays, lateral, were taken of the, left, foot.

**X-Ray Findings**

No Bone Infection.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:21

**Radiology Interpretation**

**Ultrasound**

Sonogram was performed to the left foot, 10MHz probe. The area scanned is lateral, Ankle Sprain. The area showed significant deformity. left. The study being performed is Complete, The structures in the foot are essentially including tendons, ligaments, capsular structures, muscles, joints and bone.

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | 22 | |
| X-Ray Exam Of Foot | 73620 | 1 UN | LT | |
| Afo W/ankle Joint, Prefab | L1971 | 1 UN | LT | |
| US Compl Joint R-t W/img | 76881 | 1 UN | LT | |
| Coupling Gel Or Paste | A4559 | 4 UN | | |

**Follow-Up**

Follow-Up (10 Days) with LANG DPM, EDWARD M

**Care Plan**

**Continue Normal Shoewear**

Patient is to continue wearing normal shoe gear that is tolerable.

**Increase Physical Activity**

Patient is advised to increase regular activities.

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:21



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:21



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:25:21

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (48) | **Encounter ID:** | 118502543 |
| | | **Race:** | Patient Declined | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm apply on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

## Objective

### Physical Exam

Patient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 2.5- 3 out of 5. She admits to taking antibiotic as prescribed. She admits to taking pain medication as needed.

Fluroscan with stress ordered to left foot. Good surgical correction noted. No infection present. Foot undressed and re-wrapped. Patient to continue regular shoe gear. Sutures removed at todays visit. Patient can begin getting wet in about 3 days. Patient RTC in 3 weeks.

### Constitutional

The patient is awake, alert, well developed, well groomed and well nourished.

### Cardiovascular

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:47

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed, The patient's, dressing was reapplied, sutures were removed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

### Diagnosis

M722 Plantar Fasciitis
M79671 Pain in right foot
M79672 Pain in left foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
Z4789 Encounter for other orthopedic aftercare

## Plan

### Procedures

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Scope Plantar Fasciotomy | 29893 | 1 UN | 59 | |
| Injection(s), Anesthetic Agent(s) And/or Steroid; Other Peripheral Nerve Or Branch | 64450 | 1 UN | 59 | |
| Drain/inj Joint/bursa W/o US | 20600 | 1 UN | 59 | |
| Pneumat Walking Boot Pre Cst | L4360 | 1 UN | LT | |
| Fluoroscopy <1 Hr Phys/qhp | 76000 | 1 UN | 59 | |
| X-Ray Stress View | 77071 | 1 UN | 59 | |

### Follow-Up

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:47

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Coflex Use**

Patient is to use Coflex wraps on the affected areas of the foot. This is used to help keep swelling to a minimum while ambulating and they are to remove in the evening.

**Continue Normal Shoewear**

Patient is to continue wearing normal shoe gear that is tolerable.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:47



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:47



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:47

**Patient:** SIMMONS, TRINA (Female)

**DOB:** (48)
**Race:** Patient Declined
**Language:** English
**Ethnicity:** Patient Declined

**Encounter ID:** 117904819
**Primary Ins:** SELF PAY

**Location:** New Orleans Office
2626 Jena St
new orleans, LA, 70115-6325
(504)897-3627

**Provider:** Edward M Lang DPM, DPM

## Subjective

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm apply on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

## Objective

### Physical Exam

PAtient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 3 out of 5. She admits to taking antibiotic as prescribed. She admits to taking pain medication as needed.

Fluroscan with stress ordered to left foot. Good surgical correction noted. No infection present. Foot undressed and re-wrapped. Patient to go to regular shoe gear. Patient RTC in 10 days for sutures removal.

### Constitutional

The patient is awake, alert, well developed, well groomed and well nourished.

### Cardiovascular

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:10

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed, The patient's, dressing was reapplied, sutures were left in place. The patient's dressing were removed. The surgical is healing well. begin normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

Z4789 Encounter for other orthopedic aftercare

## Plan

**Office Procedures**

**Radiology Interpretation**

**Fluoroscan**

Fluroscan performed left. The Fluoroscopy view(s), Lateral. The patient was not administered contrast dye and the foot was placed on the dector in the appropriate position. The Fluroscan was used to evaluate the following joint(s) under stress, Sub-Talar, Ankle, The joint(s), full. The joint is normal, STJ, Ankle Joint, Calcaneal Joint. The joints surveyed are, Talus, Calcaneous, This was performed to the left foot.

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Scope Plantar Fasciotomy | 29893 | 1 UN | 59 | |
| Injection(s), Anesthetic Agent(s) And/or Steroid; Other Peripheral Nerve Or Branch | 64450 | 1 UN | 59 | |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:10

| | | | |
|---|---|---|---|
| Drain/inj Joint/bursa W/o US | 20600 | 1 UN | 59 |
| Pneumat Walking Boot Pre Cst | L4360 | 1 UN | LT |
| Fluoroscopy <1 Hr Phys/qhp | 76000 | 1 UN | 59 |
| X-Ray Stress View | 77071 | 1 UN | 59 |

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Increase Physical Activity**

Patient is advised to increase regular activities.

**Return To Normal Shoe Gear As Tolerable**

The patient can now begin adjusting back to normal shoe gear. They are to get shoes that fit the affected foot comfortably without irritation and use daily.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:10

**Rendering Provider Signature**



Signature



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:10



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:23:10

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 04/19/2021

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (48) | **Encounter ID:** | 117522220 |
| | | **Race:** | Patient Declined | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office 2626 Jena St new orleans, LA, 70115-6325 (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm apply on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

## Objective

### Physical Exam

Patient arrives today for pre op to EPF left foot 4/23/21. Patient admits a pain level of a 5 out of 5. Patient has tried nsaids, orthotics, anti-inflammatoires, change of shoe gear and previous surgery.

All conservative care options have been exhausted. Consents signed at todays visit. Mri recommended to look for fractured calcaneus. RX handed to patient. Patient RTC Monday after surgery.

### Constitutional

The patient is awake, alert, well developed, well groomed and well nourished.

### Cardiovascular

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:31

posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | 57 | |

**Orders**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Lang DPM, E | **Order Date** | 04/19/2021 14:35 | **Result Status** | Printed | **Result Date** | |
| **Facility** | New Orleans Office | | | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **New Orleans Office (Lang DPM, Edward M) 73720 MRI Lwr Extremity W/o&w/dye** | | | | |
| | **73720 MRI Lwr Extremity W/o&w/dye** | | | |

**Follow-Up**

Follow-Up (1 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:31

**MRI Needed**

The patient should benefit from advanced imaging to aid in treatment of painful condition.

**Surgery Scheduled**

Surgery for the patient is planned and sheduled. The consents are signed and surgery date is given.

**Surgical Consents Signed**

Patient is ready for surgery and surgical consents were signed today.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:31



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:31



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:31

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (48) | **Encounter ID:** | 116666758 |
| | | **Race:** | Patient Declined | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

### Chief Complaint:

Patient arrives to office with complaints of pain level of 5 out of 5.Visit of 3/8/21, sonogram ordered and performed to bilateral. Plantar fascia measured left 8mm and 4mm right. Patient admits to having Kenalog injection 3/8/21. Patient admits to having a bunch of injections to the left foot prior to seeing Dr. Lang. Patient is SPS 12/22/20 left EPF. DIscussed change of shoe gear. Patient admits to taking Nalfon as prescribed. Patient admits to using Jublia as prescribed. She denies using Naftin. Patient admits to using night splint as dispensed. Patient admits to changing shoe gear and wearing orthotics.

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight gain, Weight Loss,

**Musculoskeletal - reported:** Restricted Motion,

## Objective

### Physical Exam

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:13

Patient arrives to office with complaints of pain level of 5 out of 5.Visit of 3/8/21, sonogram ordered and performed to bilateral. Plantar fascia measured left 8mm and 4mm right. Patient admits to having Kenalog injection 3/8/21. Patient admits to having a bunch of injections to the left foot prior to seeing Dr. Lang. Patient is SPS 12/22/20 left EPF. Discussed change of shoe gear. Patient admits to taking Nalfon as prescribed. Patient admits to using Jublia as prescribed. She denies using Naftin. Patient admits to using night splint as dispensed. Patient admits to changing shoe gear and wearing orthotics.

Pain with palpation to left foot. Limited sonogram ordered and performed to left. Plantar fascia Measured 8mm left. Discussed repeat epf to left. Patient to discontinue nalfon and begin Celebrex until surgery. All conservative options have been exhausted at this time. Patient scheduled for left EPF on 4/23/21.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

## Plan

**Office Procedures**

**Radiology Interpretation**

**Ultrasound**

Sonogram was performed to the right foot, 10MHz probe. The area scanned is plantar, Plantar Fasciitis. The area







Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:13

showed significant deformity. 8mm, right. The study being performed is Complete, The structures in the foot are essentially including tendons, ligaments, capsular structures, muscles, joints and bone.

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | 25 | |
| US Compl Joint R-t W/img | 76881 | 1 UN | LT | |
| Coupling Gel Or Paste | A4559 | 4 UN | | |

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Discuss Conservative And Sx Tx**

Patient has a condition which needs correction. Patient was advised that conservative care should be utilized first and surgical intervention after the conservative care fails.

**Discuss Treatment Options**

Patient admits that they still have pain on occasion. Discuss various treatment options at length. This discussion was above the usual time of the office visit to ensure the patient understood all treatment options.

**Patient Instructions**

**Naftin Continue**

You are to continue to apply Naftin 2% topical gel in a thin layer from the ankles down and including in between the toe twice daily. If you do not hear from them within 24 hours, please call Procare at 800.662.0586. Take 1 pill twice daily.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:13



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:13

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 04/05/2021



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:13

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (48)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 115840537<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint:**

PAtient arrives to office with complaints of pain level of 3 out of 5. Last visit of 3/8/21, sonogram ordered and performed to bilateral. Plantar fascia measured left 8mm and 4mm right. Patient admits to having Kenalog injection to left last visit.Patient is SPS 12/22/20 left EPF.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | Naftin 2 % topical gel | 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

**Allergies**

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | | Patient | Active |
| Shellfish | Mild | | | | Patient | Active |

**Review of Systems**

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight gain, Weight Loss,

**Musculoskeletal - reported:** Restricted Motion,

**Denied:** Deformities,

## Objective

**Physical Exam**

PAtient arrives to office with complaints of pain level of 3 out of 5. Last visit of 3/8/21, sonogram ordered and performed to bilateral. Plantar fascia measured left 8mm and 4mm right. Patient admits to having Kenalog injection to left last visit.Patient is SPS 12/22/20 left EPF. DIscussed change of shoe gear. Kenalog injected to left heel. Patient admits to taking Zipsor as prescribed. Jublia is being used as prescribed. Patient denies using

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:01

Naftin. Clean sweep was dispensed at last visit.

Pain with palpation to left foot. Sonogram ordered and performed to left foot. Plantar fascia measures 6mm left. Switched from Zipsor to Nalfon. Night splint dispensed. Patient to RTC in 2 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

## Plan

**Office Procedures**

Dispense Night Splint:

Static or dynamic ankle foot orthosis, including soft interface material, adjustable for fit, for positioning, may be used for minimal ambulation, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customized to fit a specific patient by an individual with expertise was dispensed and customised to fit the patient.

**Radiology Interpretation**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:01

### Ultrasound

Sonogram was performed to the right foot, 10MHz probe. The area scanned is plantar, Plantar Fasciitis. The area showed significant deformity. 6mm, left. The study being performed is Complete, The structures in the foot are essentially including tendons, ligaments, capsular structures, muscles, joints and bone.

## Procedures

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | 25 | |
| US Compl Joint R-t W/img | 76881 | 1 UN | LT | |
| Coupling Gel Or Paste | A4559 | 4 UN | | |
| Static Or Dynami Afo Pre Cst | L4396 | 1 UN | LT | |

## Follow-Up

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

## Care Plan

### Call If Any Questions Or Concerns

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

### Continue Nsaids

Patient is doing well on anti inflammatory medicine and needs to continue daily

### Dispense Night Splint

Pre-fabricated night splint was dispensed and custom bent to the patient's condition.

### Night Splint Needed

Due the patient's painful foot condition a Night Splint is indicated for use. The patient was instructed on how to use and benefits of the splint.

## Patient Instructions

### Nalfon

You were prescribed NALFON. NALFON was sent to province pharmacy. Province pharmacy will contact you directly. If you do not hear from them within a few hours, please contact them at 337.534.0615.

### Night Splint

A night splint was dispensed to you in office to treat your plantar fasciitis condition. You were properly sized and fitted for night splint. You were demonstrated the correct way to fasten the night splint. You should only wear the night splint while resting and should remove the night splint completely if you need to walk. You will do more damage if you attempt to walk in the night splint. While some patients can wear the night splint for the full course of the night, several patients report only being able to wear it for a few hours. You should feel like your foot is being stretched, this may be uncomfortable but should not be painful. Remove the night splint if you feel it is painful. If you have any questions, please do not hesitate to call our office.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:01

## Rendering Provider Signature

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:01



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:01



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:22:01

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** <br> **Race:** <br> **Language:** <br> **Ethnicity:** | (48) <br> Patient Declined <br> English <br> Patient Declined | **Encounter ID:** <br> **Primary Ins:** | 115017231 <br> United Healthcare |
| **Location:** | New Orleans Office 2626 Jena St new orleans, LA, 70115-6325 (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint:**

New patient arrives today with pain and swelling in left ankle, heel and top of foot. Left foot. She states the pain comes and goes but gets to a 5 out ot 5 as the day goes on. She is on her feet a lot at work. The pain began in June, she saw another podiatrist for the pain but is here today for a second opinion.

## Objective

**Physical Exam**

Pain with palpation to bilateral feet. Xrays ordered and performed to bilateral. Xrays reviewed with patient. Complete sonogram ordered and performed to bilateral. Plantar fascia left 8mm and 4mm right. Patient is SPS 12/22/20 left EPF. DIscussed change of shoe gear. DIscussed orthotics. Discussed Kenalog injection to left. Consent signed. Kenalog injected to left heel. Sonogram guidance used to place Kenalog in exact area of inflammation. Zipsor prescribed and sent to pharmacy. Fungal nails and skin noted. Jublia and Naftin sent to pharmacy. Clean sweep recommended.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:06:27

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
M79672 Pain in left foot
M2042 Other hammer toe(s) (acquired), left foot
M2041 Other hammer toe(s) (acquired), right foot

## Plan

**Office Procedures**
**Plantar Fascia Injection**

**Patient Position**

The patient was placed in the lateral recumbent position with the affected side down. The medial aspect of the foot was palpated at the start of the soft tissue just distal to the calcaneus.

**Injection**

At the defined soft tissue area a 25-gauge, 1.5-inch needle was inserted perpendicular to the skin. The needle was inserted directly down past the midline of the width of the foot. A mixture of Lidocaine 1% 2ml. and .5 mL of Kenalog 40 was injected slowly and evenly through the middle one third of the width of the foot as the needle was withdrawn. Sonogram guidance was performed to inject the painful area precisely with the steroid to achieve the optimal results. The injection was given on the right foot.

**Post Injection**

The patient was instructed to remain in the supine position for several minutes after the injection. The the injected region was moved through passive range of motion.

**Patient Instructions**

The patient was advised to avoid any strenuous activity involving the injected region for at least 48 hours. The patients was cautioned that they may experience worsening symptoms during the first 24 to 48 hours and if they do they should treat with ice and NSAIDs.

**Radiology Interpretation**

**X-Ray's Taken**

Today x-rays, AP, lateral, were taken of the, foot, bilaterally.

**X-Ray Findings**

HT 5th B/L.

**Ultrasound**

Sonogram was performed to the bilateral foot, 10MHz probe. The area scanned is plantar, Plantar Fasciitis. The area showed significant deformity. 8mm, left, and 4mm Rt. The study being performed is Complete, The structures in the foot are essentially including tendons, ligaments, capsular structures, muscles, joints and bone.

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p New Mod | 99204 | 1 UN | 25 | |
| US Compl Joint R-t W/img | 76881 | 1 UN | RT | |
| US Compl Joint R-t W/img | 76881 | 1 UN | LT | |
| X-Ray Exam Of Foot | 73620 | 1 UN | RT | |
| X-Ray Exam Of Foot | 73620 | 1 UN | LT | |
| Ultrasound Guidance | 76942 | 1 UN | 59 | |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:06:27

| | | | |
|---|---|---|---|
| Injection, Triamcinolone Acetonide, Not Otherwise Specified, 10 Mg | J3301 | 1 UN | |
| Inj Tendon Sheath/ligament | 20550 | 1 UN | 59 |
| Coupling Gel Or Paste | A4559 | 4 UN | |

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Decrease Physical Activity**

Patient is advised to decrease physical activities to increase healing.

**Nsaid's Are Needed**

The patient should benefit from the use NSAID's to control their inflammation and discomfort.

**Orthotics Needed**

Patient needs functional supports to balance the foot in order to help relieve the painful symptoms.

**Shoe List Women's**

Patient was given a ladies shoe list of OTC which should help decrease the painful symptoms.

**Patient Instructions**

**Clean Sweep**

Clean Sweep is a spray designed to eliminate fungal and bacterial germs inside the shoes. Spray 4-6 times inside each shoe of your entire shoe collection. Allow the shoes to air dry 24 hours prior to wearing the shoes. Shoes that are worn on a daily basis will need to be re-sprayed every 3-4 weeks. Shoes that are typically not worn can be sprayed every few months.

**Jublia Continue**

You are to continue to apply Jublia to all nails daily. 2 drops of Jublia to bilateral great nails and 1 drop of Jublia to the lesser nails. CLRX 504.681.9885

**Naftin Continue**

You are to continue to apply Naftin 2% topical gel in a thin layer from the ankles down and including in between the toe twice daily. If you do not hear from them within 24 hours, please call Procare at 800.662.0586.

**Women's Shoe List**

You were given a list of shoes recommended for women.

**RECOMMENDED WOMEN'S SHOE LIST**

**Birkenstock (Dress Shoes and Sandals)**
**Borne**
**Brooks Tennis Shoes**
**Cole Haan with Nike technology**
**Crocs Rx**
**Dankso Shoes and Clogs**
**Easy Spirit**
**Ecco (Dress or Jogging)**
**Jogging shoes (Nike, New Balance, Asics, Saucony)**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:06:27

**KURU—Staff favorite! (Available only at kurufootwear.com): *Shoes designed specifically for sufferers of Plantar Fasciitis.**

**Merrell**

**Naot**

**Rockport**

**SAS**

**Taryn Rose**

**Vionic with Orthaheel technology: and 30-day money-back guarantee—Staff Favorite! *Shoes designed specifically for sufferers of Plantar Fasciitis. (available at Zappos or vionicshoes.com)**

**Topo: Shoes with a wide toe box for sufferers with Neuroma**

**Oesh: Designed by a Harvard M.D., shoes made solely for the woman's foot. Great shoe for people with Neuroma. Great shoe for orthotic use.**

**Most brands can be found at stores such as Dillards, Perfect Fit Shoes, Amazon.com, Southern Runner**

**New Orleans Podiatry Associates**

**2626 Jena Street, New Orleans, LA 70115 t. 504.897.3627 f. 504.897.3339**

**3939 Houma Blvd, Bldg. 5, Ste. 217, Metairie, LA 70006 t. 504.457.2300 f. 504.897.3339**

**nolapodiatry.com nolapodiatry@gmail.com**

**Zipsor**

You are being prescribed oral anti inflammatory Zipsor 25mg to be taken twice daily. The RX will be coming from a mail order pharmacy called Scripts RX. Please contact them at 1.844.977.7749 if you do not hear from them within 24 hours.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:06:27



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:06:27



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:06:27

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (50) | **Encounter ID:** | 154988803 |
| | | **Race:** | Patient Declined | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office 2626 Jena St new orleans, LA, 70115-6325 (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 8 out of 10; states it really painful when walking for long periods of time and states she only wear either open-back shoes or slides. Patient reports that the Lyrica 200 worked the best for her. She reports taking it twice a day and says it works. She reports seeing neurology. She reports she has a NCS test scheduled in August. and a MRI scheduled this Friday (spine). She reports applying Urea cream as prescribed. Patient reports taking Lyrica as prescribed.Patient reports doing "stress test" with Cardio and had a mulitple MRI testing in October with Vascular MD.Patient reports since last visit she has been fully disable.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Plantar Fasciitis, to being diagnosed with Neuropathy; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain bottom of foot, Pain is located in the Right foot.

**Quality**

**Reported:** The pain treatment is getting worse since last visit.

**Denied:** Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 7-8 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed; Has had recent blood tests related to pain symptoms since last visit, : cardio and vascular; Has had recent radiologic exam related to pain symptoms, : MRI.

**Denied:** Tried OTC meds for pain symptoms since last visit, Taking new prescription medications not prescribed by our office since last visit, Has recently seen or been referred to another healthcare professional for pain since last visit, they have custom orthotics No.

**Modifying Factors**

**Reported:** The pain symptoms are receiving treatment but the treatment is not helping.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 06/21/2022 | pregabalin ER 330 mg tablet, extended release 24 hr | 1 tablet by mouth at bedtime | 30 | 0 | Active |
| 05/18/2022 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 2 | Active |
| 05/18/2022 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 1 | Active |
| 04/18/2022 | nortriptyline 10 mg capsule | 1 capsule by mouth twice a day | 60 | 0 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/28/2022 08:21:39

| | | | | | |
|---|---|---|---|---|---|
| 03/21/2022 | amitriptyline 25 mg tablet | 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT | 30 | 0 | Active |
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight Gain, Weight Loss,

**Musculoskeletal - Denied:** Arthritis, Back Problems, Deformities, Gout, Joint Pain, Joint Stiffness, Muscle Cramps, Muscle Stiffness, Paralysis, Restricted Motion, Weakness,

**Skin - Denied:** Dryness, Easy Bruisability, Eczema, Hair dye, Hair Texture Change, Hives, Itching, Lumps, Mole Increased Size, Nail Appearance Change, Nail Texture Change, Rashes, Skin Color Change,

**Neurological - Denied:** Blackouts, Burning, Dizziness, Fainting, Head Injury, Headaches, Loss of Consciousness, Memory Loss, Numbness, Paralysis, Speech Disorders, Strokes, Tingling, Tremors, Unsteady Gait,

## Objective

### Vital Signs

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

### Physical Exam

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 8 out of 10; states it really painful when walking for long periods of time and states she only wear either open-back shoes or slides. Patient reports that the Lyrica 200 worked the best for her. She reports taking it twice a day and says it works. She reports seeing neurology. She reports she has a NCS test scheduled in August. and a MRI scheduled this Friday (spine). She reports applying Urea cream as prescribed. Patient reports taking Lyrica as prescribed.Patient reports doing "stress test" with Cardio and had

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/28/2022 08:21:39

a mulitple MRI testing in October with Vascular MD.Patient reports since last visit she has been fully disable.

On examination, pain on palpation of the left foot.

She was advised to take Celebrex 200 mg one pill thrice for one day and then was advised to continue taking one pill twice daily for the management of inflammation. Celebrex was prescribed and sent to the pharmacy.

The patient was advised to monitor your blood pressure while taking your anti-inflammatory.

The patient is to continue on medicines to help with neuropathy to aid in relief of burning pain. The patient is benefiting from the use of Lyrica 200 mg for neuropathic pain and continues using it.

She was encouraged to follow keto diet.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 months.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/28/2022 08:21:39

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Prescribe**

celecoxib 200 mg capsule - TAKE 2 CAPSULES BY MOUTH IMMEDIATELY THEN TAKE 1 CAPSULE TWICE DAILY WITH FOOD THEREAFTER

**Follow-Up**

Follow-Up (2 Months) with LANG DPM, EDWARD M

**Care Plan**

**Low Carbohydrate Diet**

Patient may benefit from a low carbohydrate diet which includes healthy fats and increased protein. This should help to lower inflammation in the body.

**Nsaid's Are Needed**

The patient should benefit from the use NSAID's to control their inflammation and discomfort.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/28/2022 08:21:39



Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/28/2022 08:21:39



Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/28/2022 08:21:39

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 143077674<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Neuropathy Treatment**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 3-4 out of 10. Patient denies that she has been taking Ibuprofin for the pain. Patient reports that the Lyrica 200 worked the best for her. She reports taking it twice a day and says it works. She reports seeing neurology. She reports she has a NCS test scheduled in August. and a MRI scheduled this Friday (spine). She reports applying Urea cream as prescribed.

**History of Present Illness - Neuropathy Treatment**

**Quality**

**Reported:** The neuropathy treatment is improving since last visit; Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 4 on a scale of 1-10, with 10 being the worst pain..

**Timing**

**Reported:** The timing of the neuropathy symptoms occurs less since the last visit.

**Context**

**Denied:** Tried OTC meds for neuropathy symptoms since last visit, Has had recent blood tests related to neuropathy symptoms since last visit.

**Modifying Factors**

**Reported:** The neuropathy symptoms are receiving treatment but the treatment is not helping.

**Associated Signs and Symptoms**

**Reported:** neuropathy symptoms have had an emotional impact.

**Denied:** Fever is a associated with neuropathy symptoms.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 05/18/2022 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 2 | Active |
| 05/18/2022 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 1 | Active |
| 04/18/2022 | nortriptyline 10 mg capsule | 1 capsule by mouth twice a day | 60 | 0 | Active |
| 03/21/2022 | amitriptyline 25 mg tablet | 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

| | | | | | |
|---|---|---|---|---|---|
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight gain, Weight Loss,

**Neurological - reported:** Tingling, Burning, Numbness,

## Objective

### Vital Signs

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

### Physical Exam

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 3-4 out of 10. Patient denies that she has been taking Ibuprofin for the pain. Patient reports that the Lyrica 200 worked the best for her. She reports taking it twice a day and says it works. She reports seeing neurology. She reports she has a NCS test scheduled in August. and a MRI scheduled this Friday (spine). She reports applying Urea cream as prescribed.

On examination, mild pain on palpation of the left foot.

The patient is benefiting from the use of Lyrica for neuropathic pain and continues using it.

Plan ABI For Circulation –The patient has signs of circulation problems and needs evaluation prior to treatment.

The patient is to continue on medicines to help with neuropathy to aid in relief of burning pain. The patient needs neurology consult for painful symptoms.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

The patient was recommended to do a stress test. The patient needs referral to Vascular MD for evaluation and treatment of vascular symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 months.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

S93492D Sprain of other ligament of left ankle, subsequent encounter

G9009 Other idiopathic peripheral autonomic neuropathy

L853 Xerosis cutis

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Care Plan**

**Cardiac Referral Needed**

Patient needs a cardiac referral for the edema in the legs.

**Continue Neurological Medicine**

Patient is to continue on medicines to help with neuropathy to aid in relief of burning pain.

**Neurology Consult Needed**

Patient needs neurology consult for painful symptoms.

**Referral For Vascular**

Patient needs referral to Vascular MD for evaluation and treatment of vascular symptoms.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (49) | **Encounter ID:** | 141710476 |
| | | **Race:** | Patient Declined | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 7 out of 10.The patient denies taking Nortriptyline, she states it did not help her. Patient reports that she has been taking Ibprofin for the pain. Patient reports that the Lyrica worked the best for her. She reports applying Urea cream as prescribed. The patient reports having a neurology appointment in May.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** Patient presents with follow up of pain heel.

**Quality**

**Reported:** The pain treatment is improving since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 7 on a scale of 0-10, with 10 being the worst pain.

**Context**

**Denied:** Taking medications that Dr. Lang prescribed.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/18/2022 | nortriptyline 10 mg capsule | 1 capsule by mouth twice a day | 60 | 0 | Active |
| 03/21/2022 | amitriptyline 25 mg tablet | 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT | 30 | 0 | Active |
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

**Allergies**

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

**Review of Systems**

**Constitutional** - **Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight gain, Weight Loss,

**Neurological** - **Denied:** Tingling, Burning, Numbness,

## Objective

**Vital Signs**

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

**Physical Exam**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 7 out of 10.The patient denies taking Nortriptyline, she states it did not help her. Patient reports that she has been taking Ibprofin for the pain. Patient reports that the Lyrica worked the best for her. She reports applying Urea cream as prescribed. The patient reports having a neurology appointment in May.

On examination, pain on palpation of the left foot.

The patient still has pain and numbness in the left foot.

She was started on Nortriptyline 10 mg twice daily for the management of neuropathic pain at last visit. Patient to continue as prescribed.

Naprosyn prescribed and sent to pharmacy. patient to take in conjunction with Nortriptyline.

The patient was advised to keep that scheduled Neurology appointment for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

S93492D Sprain of other ligament of left ankle, subsequent encounter

G9009 Other idiopathic peripheral autonomic neuropathy

L853 Xerosis cutis

M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Prescribe**

Lyrica 200 mg capsule - 1 QHS for 30 Days

Naprosyn 500 mg tablet - 1 BID for 30 Days

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Begin Lyrica**

Patient has nerve pain and would benefit from Lyrica daily.

**Nsaid's Are Needed**

The patient should benefit from the use NSAID's to control their inflammation and discomfort.

**Patient Instructions**

**Lyrica Continue**

This is a nerve medication.

Lyrica has been sent to your local pharmacy. Patient is to begin taking once daily Lyrica at night in order to avoid drowsiness.

**Naprosyn Rx**

You were given a RX for Naprosyn 500mg tablets. You are to take 1 tablet by mouth twice daily.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (49) | **Encounter ID:** | 139806015 |
| | | **Race:** | Patient Declined | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office 2626 Jena St new orleans, LA, 70115-6325 (504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Amitriptyline as prescribed. The patient reports drowsiness and tiredness during the day from Amitriptyline. The patient reports it helps her sleep but does not alleviate the pain. She reports applying Urea cream as prescribed. The patient reports a pain level of 5 out of 10. The patient reports having a neurology appointment in May.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Neuropathy; Patient presents with follow up of pain top of foot, Pain is located in the Left foot.

**Severity**

**Reported:** Patient grades the severity of pain as 5 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed.

**Denied:** Taking new prescription medications not prescribed by our office since last visit, Has recently seen or been referred to another healthcare professional for pain since last visit.

**Modifying Factors**

**Reported:** The pain symptoms are receiving treatment and the treatment is helping.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 03/21/2022 | amitriptyline 25 mg tablet | 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT | 30 | 0 | Active |
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

**Allergies**

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

**Review of Systems**

**Constitutional - Denied:** Chills, Decline in health, Fatigue, Fever, weakness, Weight gain, Weight Loss,

**Neurological - reported:** Tingling, Burning, Numbness,

**Denied:** Blackouts, Dizziness, Fainting, Head Injury, Headaches, Loss of consciousness, Memory loss, Paralysis, Speech Disorders, Strokes, Tremors, Unsteady gait,

## Objective

**Physical Exam**

The patient arrives in the office for treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Amitriptyline as prescribed. The patient reports drowsiness and tiredness during the day from Amitriptyline. The patient reports it helps her sleep but does not alleviate the pain. She reports applying Urea cream as prescribed. The patient reports a pain level of 5 out of 10. The patient reports having a neurology appointment in May.

On examination, pain on palpation of the left foot.

The patient still has pain and numbness in the left foot. The patient was advised to stop Amitriptyline.

She was started on Nortriptyline 10 mg twice daily for the management of neuropathic pain.

The patient was advised to keep that scheduled Neurology appointment for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 4 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Patient Instructions**

**Nortriptyline**

Take this medication twice daily, once in morning and once at night.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 03/21/2022

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** (49)<br>**Race:**<br>**Language:**<br>**Ethnicity:** | Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 138144866<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that Lyrica helps at all. She reports that Lyrica just makes her tired. She reports applying Urea cream as prescribed. The patient reports a pain level of 10 out of 10. Patient reports seeing a Neurologist at Ochsner but the doctor did not conduct a physical exam or any nerve testing and referred the patient to a Vascular specialist. Patient reports the vascular specialist did not find anything wrong.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain inside of foot, Patient presents with follow up of pain heel, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is not changed since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 10 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

### Review of Systems

**Musculoskeletal - Denied:** Back problems, Joint pain, Muscle cramps, Restricted Motion,

## Objective

### Physical Exam

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that Lyrica helps at all. She reports that Lyrica just makes her tired. She reports applying Urea cream as prescribed. The patient reports a pain level of 10 out of 10. The patient reports seeing a Neurologist at Ochsner but the doctor did not conduct a physical exam or any nerve testing and referred the patient to a Vascular specialist. The patient reports the vascular specialist did not find anything wrong.

On examination, pain on palpation of the left foot.

The patient has pain and numbness in the left foot. Amitriptyline was prescribed and sent to the pharmacy for the management of the neuropathic symptoms.

The patient is having nerve pain, which is not getting controlled with medications. The patient is referred to Neurology for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 weeks.

### Constitutional

The patient is awake, alert, well developed, well groomed and well nourished.

### Cardiovascular

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

### Musculoskeletal

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (50)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 164155886<br>Humana |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

Patient arrives in the office for follow up treatment of a left ruptured AFT along with Medial ankle sprain to the right foot. The patient reports a pain level of 0 out of 10; states by the end of the day along the lateral side and reports decrease in swelling.Patient reports that the Lyrica 200 as prescribed. She reports applying Urea cream as prescribed.Patient denies applying Kerydin as prescribed.Patient reports taking vitamin D3 25 mcg as prescribed; states she also sits in the sun for maybe 20-30 mins a day if she can.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other, to being diagnosed with Fracture; Patient presents with follow up of pain bottom of foot, Patient presents with follow up of pain ankle.

**Quality**

**Reported:** Has been able to increase activity level since last visit; The pain treatment is improving since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 4 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Denied:** Taking new prescription medications not prescribed by our office since last visit, they have custom orthotics No.

**Modifying Factors**

**Reported:** The pain symptoms are receiving treatment and the treatment is helping.

**Associated Signs and Symptoms**

**Denied:** {No}.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 03/28/2023 | Kerydin 5 % topical solution with applicator | 1 drop to nails daily | 10 | 8 | Active |
| 12/28/2022 | celecoxib 200 mg capsule | 1 capsule by mouth twice a day; TAKE 2 CAPSULES BY MOUTH IMMEDIATELY THEN TAKE 1 CAPSULE TWICE DAILY WITH FOOD THEREAFTER | 60 | 1 | Active |
| 12/27/2022 | potassium chloride ER 10 mEq tablet,extended release | TAKE 1 TABLET BY MOUTH IN THE MORNING | 90 | 3 | Active |
| 12/27/2022 | furosemide 40 mg tablet | | 30 | 0 | Active |
| 12/27/2022 | naproxen 500 mg tablet | | 60 | 0 | Active |
| 12/27/2022 | pregabalin 200 mg capsule | | 60 | 0 | Active |
| 06/21/2022 | pregabalin ER 330 mg tablet, extended release 24 hr | 1 tablet by mouth at bedtime | 30 | 0 | Active |

| | | | | | |
|---|---|---|---|---|---|
| 05/18/2022 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 2 | Active |
| 05/18/2022 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 1 | Active |
| 04/18/2022 | nortriptyline 10 mg capsule | 1 capsule by mouth twice a day | 60 | 0 | Active |
| 03/21/2022 | amitriptyline 25 mg tablet | 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT | 30 | 0 | Active |
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight Gain, Weight Loss,

**Musculoskeletal - Denied:** Arthritis, Back Problems, Deformities, Gout, Joint Pain, Joint Stiffness, Muscle Cramps, Muscle Stiffness, Paralysis, Restricted Motion, Weakness,

**Skin - Denied:** Dryness, Easy Bruisability, Eczema, Hair dye, Hair Texture Change, Hives, Itching, Lumps, Mole Increased Size, Nail Appearance Change, Nail Texture Change, Rashes, Skin Color Change,

**Neurological - Denied:** Blackouts, Burning, Dizziness, Fainting, Head Injury, Headaches, Loss of Consciousness, Memory Loss, Numbness, Paralysis, Speech Disorders, Strokes, Tingling, Tremors, Unsteady Gait,

## Objective

### Vital Signs

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

### Physical Exam

Patient arrives in the office for follow up treatment of a left ruptured AFT along with Medial ankle sprain to the right foot. The patient reports a pain level of 0 out of 10; states by the end of the day along the lateral side and reports decrease in swelling.Patient reports that the Lyrica 200 as prescribed. She reports applying Urea cream as prescribed.Patient denies applying Kerydin as



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32

prescribed.Patient reports taking vitamin D3 25 mcg as prescribed; states she also sits in the sun for maybe 20-30 mins a day if she can.

On examination, pain on palpation of the left foot.

Her blood work revealed that her vitamin D levels were too low. The patient was recommended to continue to take vitamin D3 25 mcg to improve her bone health.

Xerosis present. Kamea recommended.

The patient has tinea unguium. The nails are painful, dystrophic, mycotic, thickened, elongated toenails 1-5 bilaterally.

The patient was recommended to continue to take vitamin D3 25 mcg to improve her bone health.

The patient was advised to continue to apply Kerydin once daily for the management of fungal nails. Kerydin was prescribed and sent to the pharmacy.

The patient has thick dystrophic nails. The patient is advised to file nails thin with an Emory board all affected nails then discard them. This will help the topical medicine to penetrate the nails and improve overall nail health.

The patient was advised to try to keep nails cut down as short as possible.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 4 months.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32

of intermetatarsal neuroma bilaterally.

## Assessment

**Diagnosis**

- M722 Plantar Fasciitis
- M79671 Pain in right foot
- R600 Localized edema
- S92015A Nondisp fx of body of left calcaneus, init for clos fx
- S93492A Sprain of other ligament of left ankle, initial encounter
- Z4789 Encounter for other orthopedic aftercare
- S93492D Sprain of other ligament of left ankle, subsequent encounter
- G9009 Other idiopathic peripheral autonomic neuropathy
- L853 Xerosis cutis
- M79672 Pain in left foot
- E6601 Morbid (severe) obesity due to excess calories, ( Type: Acute )
- Z0182 Encounter for allergy testing, ( Type: Acute )
- S93491A Sprain of other ligament of right ankle, initial encounter
- B351 Onychomycosis

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | 25 | |

**Follow-Up**

Follow-Up (4 Months) with LANG DPM, EDWARD M

**Patient Instructions**

**Kamea**

Patient to apply Kamea 20 to skin at least once daily to help soften/ moisturize dry or cracked skin. When applying to the skin be sure to rub in cream aggressively to remove dead skin.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32




Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 05/30/2023




Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:51:32

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 03/28/2023

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (50) | **Encounter ID:** | 160383494 |
| | | **Race:** | Patient Declined | **Primary Ins:** | Humana |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

Patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. Patient reports taking a Tramadol from the Urgent care for pain.The patient reports a pain level of 8 out of 10.Patient reports that the Lyrica 200 as prescribed. She reports applying Urea cream as prescribed.Patient reports getting lab work done as advised.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Plantar Fasciitis; Patient presents with follow up of pain heel, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is not changed since last visit.

**Denied:** Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 8 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed; Taking new prescription medications not prescribed by our office since last visit, : tramadol.

**Denied:** they have custom orthotics No.

**Modifying Factors**

**Reported:** The pain symptoms are receiving treatment and the treatment is helping.

**Associated Signs and Symptoms**

**Reported:** {Yes}.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 12/28/2022 | celecoxib 200 mg capsule | 1 capsule by mouth twice a day; TAKE 2 CAPSULES BY MOUTH IMMEDIATELY THEN TAKE 1 CAPSULE TWICE DAILY WITH FOOD THEREAFTER | 60 | 1 | Active |
| 12/27/2022 | potassium chloride ER 10 mEq tablet,extended release | TAKE 1 TABLET BY MOUTH IN THE MORNING | 90 | 3 | Active |
| 12/27/2022 | furosemide 40 mg tablet | | 30 | 0 | Active |
| 12/27/2022 | pregabalin 200 mg capsule | | 60 | 0 | Active |
| 12/27/2022 | naproxen 500 mg tablet | | 60 | 0 | Active |
| 06/21/2022 | pregabalin ER 330 mg tablet, extended release 24 hr | 1 tablet by mouth at bedtime | 30 | 0 | Active |
| 05/18/2022 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 1 | Active |
| 05/18/2022 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 2 | Active |
| 04/18/2022 | nortriptyline 10 mg capsule | 1 capsule by mouth twice a day | 60 | 0 | Active |

| | | | | | |
|---|---|---|---|---|---|
| 03/21/2022 | amitriptyline 25 mg tablet | 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT | 30 | 0 | Active |
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

## Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

## Review of Systems

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight Gain, Weight Loss,

**Musculoskeletal - Denied:** Arthritis, Back Problems, Deformities, Gout, Joint Pain, Joint Stiffness, Muscle Cramps, Muscle Stiffness, Paralysis, Restricted Motion, Weakness,

**Skin - Denied:** Dryness, Easy Bruisability, Eczema, Hair dye, Hair Texture Change, Hives, Itching, Lumps, Mole Increased Size, Nail Appearance Change, Nail Texture Change, Rashes, Skin Color Change,

**Neurological - Denied:** Blackouts, Burning, Dizziness, Fainting, Head Injury, Headaches, Loss of Consciousness, Memory Loss, Numbness, Paralysis, Speech Disorders, Strokes, Tingling, Tremors, Unsteady Gait,

# Objective

## Vital Signs

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

## Physical Exam

Patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. Patient reports taking a Tramadol from the Urgent care for pain.The patient reports a pain level of 8 out of 10.Patient reports that the Lyrica 200 as prescribed. She reports applying Urea cream as prescribed.Patient reports getting lab work done as advised.

On examination, pain on palpation of the left foot.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02

Her blood work revealed that her vitamin D levels were too low.

A limited sonogram is ordered and performed on the left foot to determine the etiology of the patient's pain and to accurately diagnose what could not be located on the x-ray), interpreted, and reviewed with the patient, which revealed Medial ankle sprain noted. The sonogram is permanently recorded and placed into the patient's permanent medical record.

A limited sonogram is ordered and performed on the right foot to determine the etiology of the patient's pain and to accurately diagnose what could not be located on the x-ray), interpreted, and reviewed with the patient, which revealed Medial ankle sprain noted. The sonogram is permanently recorded and placed into the patient's permanent medical record.

The patient has tinea unguium. The nails are painful, dystrophic, mycotic, thickened, elongated toenails 1-5 bilaterally.

The patient was recommended to take vitamin D3 25 mcg to improve her bone health.

Discussed a Rheumatology consult for her foot pain. A rheumatologist consult was given to the patient.

The patient was advised to apply Kerydin once daily for the management of fungal nails. Kerydin was prescribed and sent to the pharmacy.

The patient has thick dystrophic nails. The patient is advised to file nails thin with an Emory board all affected nails then discard them. This will help the topical medicine to penetrate the nails and improve overall nail health.

The patient was advised to try to keep nails cut down as short as possible.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 months.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot
E6601 Morbid (severe) obesity due to excess calories, ( Type: Acute )
Z0182 Encounter for allergy testing, ( Type: Acute )
S93491A Sprain of other ligament of right ankle, initial encounter
B351 Onychomycosis

## Plan

**Office Procedures**

**Radiology Interpretation**

**Ultrasound**

Rationale: A sonogram is performed to diagnose the patients painful condition or evaluate the improvement , absence of improvement or decline of the patient's condition since receiving treatment. The sonogram is permanently recorded and placed into the patient's medical record. Sonogram was performed to the bilateral foot, 10MHz probe. The sonogram was placed on the foot in the long axis, The sonogram was placed on the foot in the short axis. The area evaluated is medial, Ankle Sprain. The area showed significant deformity, This indicates painful inflammation to the affected area. right, and Left. The study includes evaluation of a joint or an evaluation of a structure in an extremity other than a joint. This Image was permanently recorded and stored in the patient's chart.

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | 25 | |
| US Lmtd Jt/nonvasc Xtr Strux | 76882 | 1 UN | RT | |
| US Lmtd Jt/nonvasc Xtr Strux | 76882 | 1 UN | LT | |

**Follow-Up**

Follow-Up (2 Months) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02

given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Refer To Rheumatologist**

The patient is having bone and/or joint pain and would benefit from evaluation and treatment of a Rheumatologist.

**Reviewed Abnormal Labs**

Patient has abnormal labs that were reviewed. The patient was advised to have regular MD treat the underlying medical condition.

**Patient Instructions**

**Clean Laundry**

Patient to wash socks, clothing, etc in water greater than 120 degrees to kill fungus. If you want to wash with cold water, Lysol laundry sanitizer is recommended.

**Clean Sweep**

This product is an antifungal spray for shoes.

Clean Sweep is a spray designed to eliminate fungal and bacterial germs inside the shoes. Spray 4-6 times inside each shoe of your entire shoe collection. Allow the shoes to air dry 24 hours prior to wearing the shoes. Shoes that are worn on a daily basis will need to be re-sprayed every 3-4 weeks. Shoes that are typically not worn can be sprayed every few months.

**Cut Nails**

Try to keep nails cut down short as possible. This helps prevent fungus from getting underneath the nail and thickening it.

**File Nails**

You are encouraged to file the nails thin with use of emery board on a bi-weekly basis. Any type of emery board will work. Recommended to stay away from metal filers. If a disposable filer is unavailable, soak the metal filer in alcohol for 24 hours to sterilize. This technique helps allow the topical medication to penetrate through the nails.

**Kerydin Continue**

You are to continue to apply Kerydin to all nails bilateral daily. Apply 1 drop to all nails.

**Nail Polish**

Patients are highly discouraged from using nail polish while actively treating fungus. Topical antifungals struggle to penetrate nail polish so the treatment will not be as effective.

**Rheumatology Consult**

We recommend for you to see a Rheumatologist for further testing. You may visit any Rheumatologist of your choosing. Listed here is a few Rheumatologists to get started. It is always recommended to do research to see which physicians accept your insurance.

Once a Physician has been chosen. Please call our office and give their name, phone number and fax number in order to send the consult request. The request cannot be sent until this information is provided to us.

**The Rheumatology Group 1-(504)-899-1120**
**Oschner Rheumatology 1-(866)- 624- 7637**
**LCMC Rheumatology 1-(504)-899-9511**

**Vitamin D**

Patient is to take 25mcg of vitamin D to help speed up bone healing. Vitamin D can be found at most drug stores vitamin isle.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 03/28/2023



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02




Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02




Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:02

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (50) | **Encounter ID:** | 158669190 |
| | | **Race:** | Patient Declined | **Primary Ins:** | Humana |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |

| | | | |
|---|---|---|---|
| **Location:** | New Orleans Office<br>2626 Jena St<br>new orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM |

## Subjective

**Chief Complaint: Foot Pain Treatment**

Patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 8 out of 10.Patient reports that the Lyrica 200 as prescribed. She reports applying Urea cream as prescribed. Patient reports taking Lyrica as prescribed.Patient denies taking Celebrex as prescribed; states she was required to discontinued the medicine by her PCP but she is unsure on the reason.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other, to being diagnosed with Neuropathy; Patient presents with follow up of pain top of foot, Pain is located in the Both feet.

**Quality**

**Reported:** Has been able to increase activity level since last visit; The pain treatment is not changed since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 10 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Denied:** Taking new prescription medications not prescribed by our office since last visit, they have custom orthotics No.

**Modifying Factors**

**Reported:** The pain symptoms are receiving treatment and the treatment is helping.

**Associated Signs and Symptoms**

**Reported:** {Yes}.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 12/28/2022 | celecoxib 200 mg capsule | 1 capsule by mouth twice a day; TAKE 2 CAPSULES BY MOUTH IMMEDIATELY THEN TAKE 1 CAPSULE TWICE DAILY WITH FOOD THEREAFTER | 60 | 1 | Active |
| 12/27/2022 | potassium chloride ER 10 mEq tablet,extended release | TAKE 1 TABLET BY MOUTH IN THE MORNING | 90 | 3 | Active |
| 12/27/2022 | furosemide 40 mg tablet | | 30 | 0 | Active |
| 12/27/2022 | pregabalin 200 mg capsule | | 60 | 0 | Active |
| 12/27/2022 | naproxen 500 mg tablet | | 60 | 0 | Active |
| 06/21/2022 | pregabalin ER 330 mg tablet, extended release 24 hr | 1 tablet by mouth at bedtime | 30 | 0 | Active |
| 05/18/2022 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 1 | Active |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:29

| | | | | | |
|---|---|---|---|---|---|
| 05/18/2022 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 2 | Active |
| 04/18/2022 | nortriptyline 10 mg capsule | 1 capsule by mouth twice a day | 60 | 0 | Active |
| 03/21/2022 | amitriptyline 25 mg tablet | 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT | 30 | 0 | Active |
| 12/30/2021 | Mobic 15 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 12/30/2021 | Lyrica 200 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 11/15/2021 | Lyrica 150 mg capsule | 1 capsule by mouth at bedtime | 30 | 0 | Active |
| 10/18/2021 | Lyrica 100 mg capsule | 1 capsule by mouth at bedtime | 30 | 2 | Active |
| 10/04/2021 | urea 40 % topical cream | 1 gm on the skin twice a day; 28.35gram | 60 | 3 | Active |
| 10/04/2021 | Lyrica 75 mg capsule | 1 capsule by mouth daily | 30 | 0 | Active |
| 07/14/2021 | Naprosyn 500 mg tablet | 1 tablet by mouth twice a day | 60 | 0 | Active |
| 04/19/2021 | hydrocodone 7.5 mg-acetaminophen 325 mg tablet | 1 tablet by mouth every 6 hours | 20 | 0 | Active |
| 04/19/2021 | cefdinir 300 mg capsule | 1 capsule by mouth twice a day | 10 | 0 | Active |
| 04/09/2021 | ciclopirox 0.77 % topical cream | 1 gm on the skin twice a day | 60 | 1 | Active |
| 04/05/2021 | Celebrex 200 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 04/05/2021 | Naftin 2 % topical gel | 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET | 60 | 2 | Active |
| 03/22/2021 | Nalfon 600 mg tablet | 1 tablet by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Zipsor 25 mg capsule | 1 capsule by mouth twice a day | 60 | 1 | Active |
| 03/08/2021 | Jublia 10 % topical solution with applicator | 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day. | 8 | 8 | Active |
| 03/08/2021 | ibuprofen 800 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS | 90 | 0 | Active |
| 03/08/2021 | amlodipine 10 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 1 | Active |
| 03/08/2021 | famotidine 20 mg tablet | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 90 | 0 | Active |
| 03/08/2021 | hydrochlorothiazide 25 mg tablet | | 90 | 0 | Active |

### Allergies

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Adhesive | Mild | | | Allergy to Substance | Patient | Active |
| Shellfish | Mild | | | Allergy to Substance | Patient | Active |

### Review of Systems

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight Gain, Weight Loss,

**Musculoskeletal - Denied:** Arthritis, Back Problems, Deformities, Gout, Joint Pain, Joint Stiffness, Muscle Cramps, Muscle Stiffness, Paralysis, Restricted Motion, Weakness,

**Skin - Denied:** Dryness, Easy Bruisability, Eczema, Hair dye, Hair Texture Change, Hives, Itching, Lumps, Mole Increased Size, Nail Appearance Change, Nail Texture Change, Rashes, Skin Color Change,

**Neurological - Denied:** Blackouts, Burning, Dizziness, Fainting, Head Injury, Headaches, Loss of Consciousness, Memory Loss, Numbness, Paralysis, Speech Disorders, Strokes, Tingling, Tremors, Unsteady Gait,

## Objective

### Vital Signs

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

### Physical Exam

Patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 8 out of 10.Patient reports that the Lyrica 200 as prescribed. She reports applying Urea cream as prescribed. Patient reports taking Lyrica as prescribed. Patient denies taking Celebrex as prescribed; states she was required to discontinued the medicine by her PCP but she is unsure on the reason.



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:29

On examination, pain on palpation of the left foot.

The patient is to continue on medicines to help with neuropathy to aid in relief of burning pain. The patient is benefiting from the use of Lyrica 200 mg for neuropathic pain and continues using it.

She was advised to drink coffee or energy drink to get rid of the drowsiness caused by the pills.

The patient was recommended to do blood work which included food allergy panel, uric acid level, Vitamin levels, female hormone levels, CBC, BMP after this visit.

She was encouraged to follow keto diet.

We briefly discussed a food allergy that was caused by beans with regards to her foot swelling.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:29

## Assessment

**Diagnosis**

- M722 Plantar Fasciitis
- M79671 Pain in right foot
- R600 Localized edema
- S92015A Nondisp fx of body of left calcaneus, init for clos fx
- S93492A Sprain of other ligament of left ankle, initial encounter
- Z4789 Encounter for other orthopedic aftercare
- S93492D Sprain of other ligament of left ankle, subsequent encounter
- G9009 Other idiopathic peripheral autonomic neuropathy
- L853 Xerosis cutis
- M79672 Pain in left foot
- E6601 Morbid (severe) obesity due to excess calories, ( Type: Acute )
- Z0182 Encounter for allergy testing, ( Type: Acute )

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |

**Orders**

**Ordering Provider** LANG, EDWARD **Order Date** 02/28/2023 08:23 **Result Status** Order Complete **Result Date** 03/14/2023
**Facility**

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| HEMOGLOBIN A1c | | | | |
| | HEMOGLOBIN A1c | | | |
| | FOOD ALLERGY PROFILE | | | |
| | CBC (INCLUDES DIFF/PLT) | | | |
| | URIC ACID | | | |
| | C-REACTIVE PROTEIN | | | |
| | SED RATE BY MODIFIED WESTERGREN | | | |
| | QUESTASSURED(TM) 25 HYDROXYVITAMIN D(D2,D3) | | | |
| | THYROID PANEL | | | |
| | BASIC METABOLIC PANEL | | | |

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Discuss Treatment Options**

Patient admits that they still have pain on occasion. Discuss various treatment options at length. This discussion was above the usual time of the office visit to ensure the patient understood all treatment options.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:29

**Labs Needed**

Patient sent for blood workup for Gout. This is CBC with differential and Uric Acid.

**Patient Instructions**

**Blood Work**

Patient was given a lab order to have non fasting blood work done after today's visit. We recommended you go to any quest diagnostics lab.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:29



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:29



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/31/2023 09:52:29

Trina Louise Brown-Simmons "Trina"
Patient Health Summary, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Allergies

**Adhesive** (Blisters)
**Shellfish Containing Products** (Hives)

## Medications

**fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler** (Started 7/26/2018)
Inhale 1 puff into the lungs 2 (two) times daily. Controller
**atorvastatin (LIPITOR) 20 MG tablet** (Started 5/24/2019)
Take 1 tablet (20 mg total) by mouth once daily.
1 refill by 5/23/2020
**amLODIPine (NORVASC) 10 MG tablet** (Started 3/23/2020)
Take 1 tablet by mouth once daily
**albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler**
Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue
**pregabalin (LYRICA) 100 MG capsule**
Take 100 mg by mouth 2 (two) times daily.
**hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet** (Started 3/11/2022)
Take 25 mg by mouth.
**meloxicam (MOBIC) 15 MG tablet** (Started 10/11/2022)
Take 1 tablet (15 mg total) by mouth once daily.
2 refills by 10/11/2023
**clobetasol 0.05% (TEMOVATE) 0.05 % Oint** (Started 1/11/2023)
Apply topically 2 (two) times daily as needed.
**furosemide (LASIX) 40 MG tablet** (Started 1/4/2023)
Take 40 mg by mouth every morning.
**ibuprofen (ADVIL,MOTRIN) 800 MG tablet** (Started 1/4/2023)
Take 800 mg by mouth nightly as needed.
**naproxen (NAPROSYN) 500 MG tablet** (Started 11/21/2022)
Take 500 mg by mouth 2 (two) times daily.
**estradioL (ESTRACE) 1 MG tablet** (Started 3/30/2023)
Take 1 tablet (1 mg total) by mouth once daily.
11 refills by 3/29/2024
**amitriptyline (ELAVIL) 25 MG tablet** (Started 5/4/2023)
Take 1 tablet by mouth every evening.
**hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet** (Started 5/4/2023)
Take 2 tablets by mouth once daily.

## Active Problems

**Chest pain, atypical** (Noted 6/24/2022)
**DOE (dyspnea on exertion)**
**Dyspareunia** (Noted 1/18/2016)
**Essential hypertension** (Noted 2/1/2019)
**Generalized weakness** (Noted 10/14/2022)
**History of seizures**
**Kidney stones** (Noted 4/22/2019)
**Left flank pain** (Noted 4/22/2019)
**Leg pain, bilateral** (Noted 5/6/2014)
**Lower extremity edema** (Noted 1/28/2022)
**Menorrhagia** (Noted 1/18/2016)
**Migraine without status migrainosus, not intractable** (Noted 5/6/2019)
**Mitral valve prolapse** (Noted 2/10/2016)
**Obesity (BMI 30-39.9)** (Noted 7/30/2014)
**PVD (peripheral vascular disease)**
**Palpitations** (Noted 2/17/2016)
**Pelvic pain in female** (Noted 1/18/2016)
**Peripheral neuropathic pain** (Noted 1/28/2022)
**Rectal bleeding** (Noted 6/24/2019)
**Right arm numbness** (Noted 5/6/2019)
**SUI (stress urinary incontinence, female)** (Noted 4/22/2019)
**Status post laparoscopic hysterectomy** (Noted 8/29/2017)
**Syncope and collapse** (Noted 2/17/2016)
**Vitamin D deficiency** (Noted 1/31/2017)

## Resolved Problems

**Abnormal uterine bleeding (AUB)** (Noted 8/29/2017)
**Leiomyoma of body of uterus** (Noted 2/22/2016)

## Immunizations

**COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap)** (Given 4/6/2021, 3/15/2021)
**Influenza - Quadrivalent** (Given 10/30/2015, 10/30/2015)
**Tdap** (Given 10/30/2015, 10/30/2015)

## Social History

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| Yes | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 151/95 | 06/13/2023 9:26 AM CDT | |
| Pulse | 94 | 06/13/2023 9:26 AM CDT | |
| Temperature | 36.6 °C (97.9 °F) | 06/13/2023 7:38 AM CDT | |
| Respiratory Rate | 17 | 06/13/2023 9:26 AM CDT | |
| Oxygen Saturation | 95% | 06/13/2023 9:26 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (207 lb 12.5 oz) | 06/13/2023 7:38 AM CDT | |
| Height | 157.5 cm (5' 2.01") | 06/13/2023 7:38 AM CDT | |
| Body Mass Index | 37.99 | 06/13/2023 7:38 AM CDT | |

## Procedures

**COLONOSCOPY** (Performed 6/13/2023)
**COLONOSCOPY** (Performed 6/13/2023)
Performed for Screen for colon cancer
**Holter Monitor (HOLTER MONITOR - 24 HOUR)** (Performed 7/13/2022)
Performed for DOE (dyspnea on exertion), Palpitations, Mitral valve prolapse, Essential hypertension, PVD (peripheral vascular disease), Syncope and collapse, Chest pain, atypical
**Nuclear Stress - Cardiology Interpreted** (Performed 7/11/2022)
Performed for DOE (dyspnea on exertion), Palpitations, Mitral valve prolapse, Essential hypertension, PVD (peripheral vascular disease), Syncope and collapse, Chest pain, atypical
**Echo** (Performed 7/11/2022)
Performed for DOE (dyspnea on exertion), Palpitations, Mitral valve prolapse, Essential hypertension, PVD (peripheral vascular disease), Syncope and collapse, Chest pain, atypical
**POCT VENOUS BLOOD GAS** (Performed 9/2/2019)
**CARDIAC EVENT MONITOR** (Performed 6/26/2019)
Performed for Mitral valve prolapse, Palpitations, Essential hypertension, Syncope and collapse, DOE (dyspnea on exertion)
**COLONOSCOPY** (Performed 6/24/2019)
Performed for Rectal bleeding
**COLONOSCOPY** (Performed 6/24/2019)
**TRANSESOPHAGEAL ECHO (TEE) W/ POSSIBLE CARDIOVERSION** (Performed 6/4/2019)
Performed for Atrial fibrillation, unspecified type
**TEE INTRA-PROCEDURE DOCUMENTATION** (Performed 6/4/2019)
Performed for Mitral valve prolapse
**EEG** (Performed 6/3/2019)
**PROCEDURE/PROFESSIONAL SERVICE** (Performed 5/6/2019)
**2D ECHO WITH COLOR FLOW DOPPLER** (Performed 8/1/2018)
Performed for Syncope and collapse, DOE (dyspnea on exertion), Mitral valve prolapse, Palpitations
**HOLTER MONITOR - 24 HOUR** (Performed 8/1/2018)
Performed for Syncope and collapse, DOE (dyspnea on exertion), Mitral valve prolapse, Palpitations
**SALPINGECTOMY, LAPAROSCOPIC** (Performed 8/29/2017)
Performed for Abnormal uterine bleeding (AUB)
**HYSTERECTOMY, TOTAL, LAPAROSCOPIC** (Performed 8/29/2017)
Performed for Abnormal uterine bleeding (AUB)
**BIOPSY (GYNECOLOGICAL)** (Performed 7/26/2017)
Performed for Abnormal uterine bleeding
**HOLTER MONITOR - 24 HOUR** (Performed 2/19/2016)
Performed for Mitral valve prolapse, Palpitations, Syncope and collapse
**2D ECHO WITH COLOR FLOW DOPPLER** (Performed 2/19/2016)
Performed for Mitral valve prolapse, Palpitations, Syncope and collapse

## Results

SPECIMEN TO PATHOLOGY, SURGERY - Final result (06/13/2023 8:54 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Final Pathologic Diagnosis | Colon, sigmoid, polypectomy:<br>- Tubular adenoma<br>- Negative for high-grade dysplasia or malignancy | | | | SBPH SOFT LAB | |
| Comment: Interp By Darshan Trivedi, MD, PhD, Signed on 06/15/2023 at 16:39 | | | | | | |
| Microscopic Exam | Microscopic examination performed. | | | | SBPH SOFT LAB | |
| Gross | Pathology ID: 8279536<br>Patient ID: 8279536<br><br>The specimen is received in formalin labeled "sigmoid polyp". The specimen consists of multiple tan-white fragments of soft tissue measuring 0.7 x 0.5 x 0.3 cm in aggregate. The specimen is submitted entirely in cassette SBS-23-589-1-A.<br><br>Shazia Y. Searcy, MS Grossing Technologist | | | | SBPH SOFT LAB | |
| Disclaimer | Unless the case is a 'gross only' or additional testing only, the final diagnosis for each specimen is based on a microscopic examination of appropriate tissue sections. | | | | SBPH SOFT LAB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Tissue | | | 06/13/2023 8:54 AM CDT | 06/13/2023 9:11 AM CDT |

Narrative

```
OCHS SOFT LAB - 06/15/2023 5:08 PM CDT
Pre-op Diagnosis: Screen for colon cancer [Z12.11]
Procedure(s):
COLONOSCOPY
Number of specimens: 1
Name of specimens: sigmoid polyp
Which provider would you like to cc?->STAAB, PAUL K.
Release to patient->Immediate
Specimen total (fresh, frozen, permanent):->1
```

| Authorizing Provider | Result Type |
|---|---|
| David A Beary, MD | PATHOLOGY/CYTOLOGY ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS SOFT LAB | | | |
| SBPH SOFT LAB | 8000 W Judge Perez Drive | Chalmette, LA 70043, US | |
| OCHS SOFT LAB | N/A | | |

COLONOSCOPY - Final result (06/13/2023 8:32 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/13/2023 8:32 AM CDT | |

Narrative

**OCHS PROVATION - 06/13/2023 9:09 AM CDT**

Narrative

St. Bernard
Patient Name: Trina Brown-simmons
Procedure Date: 6/13/2023 8:32 AM
MRN: 8279536
Account Number: 351903939
Date of Birth:
Age: 50
Room: endo 1
Gender: Female
Attending MD: David A Beary , MD, 1023081486

Procedure: Colonoscopy

Indications: High risk colon cancer surveillance: Personal history of colonic polyps, Incidental - Hematochezia, Family history of colon cancer

Providers: David A. Beary, MD, Charles Sherlock, RN, Troylyn Brown, Technician

Referring MD: Paul K. Staab, MD

Complications: No immediate complications.

Procedure: Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents. ASA Grade Assessment: III - A patient with severe systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Olympus scope PCF-HQ190L (2206178) was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good. The ileocecal valve, appendiceal orifice, and rectum were photographed.

Findings:
The perianal and digital rectal examinations were normal.
Internal hemorrhoids were found during retroflexion. The hemorrhoids were Grade II (internal hemorrhoids that prolapse but reduce spontaneously).
Multiple small-mouthed diverticula were found in the sigmoid colon.
A 6 mm polyp was found in the sigmoid colon. The polyp was sessile. The polyp was removed with a cold biopsy forceps. Resection and retrieval were complete.

Impression:
- Internal hemorrhoids.
- Diverticulosis in the sigmoid colon.
- One 6 mm polyp in the sigmoid colon, removed with a cold biopsy forceps. Resected and retrieved.

Recommendation:
- Discharge patient to home.
- Resume previous diet.
- Continue present medications.
- Await pathology results.
- Repeat colonoscopy date to be determined after pending pathology results are reviewed for surveillance based on pathology results.
- Return to my office in 2 weeks.

David A Beary, MD
6/13/2023 9:08:41 AM
This report has been verified and signed electronically.
Dear patient,
As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
Number of Addenda: 0
Note Initiated On: 6/13/2023 8:32 AM
Scope Withdrawal Time: 0 hours 8 minutes 18 seconds
Estimated Blood Loss: Estimated blood loss was minimal.
This report has been verified and signed electronically.

| Authorizing Provider | Result Type |
|---|---|
| Paul K Staab, MD | GI ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROVATION | | | |
| OCHS PROVATION | N/A | | |

EKG 12-LEAD - Final result (05/05/2023 9:12 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/05/2023 9:12 AM CDT | |

Narrative

```
OCHS GE MUSE - 05/06/2023 12:20 PM CDT
Test Reason : R00.2,

Vent. Rate : 082 BPM     Atrial Rate : 082 BPM
  P-R Int : 128 ms          QRS Dur : 062 ms
   QT Int : 354 ms       P-R-T Axes : 017 012 037 degrees
  QTc Int : 413 ms

Normal sinus rhythm
Low voltage QRS
Cannot rule out Anterior infarct ,age undetermined
Abnormal ECG
When compared with ECG of 11-JUL-2022 08:18,
Previous ECG has undetermined rhythm, needs review
Questionable change in The axis
Nonspecific T wave abnormality no longer evident in Anterior leads
Confirmed by Pearl MD, Richard (1869) on 5/6/2023 12:20:10 PM

Referred By:             Confirmed By:Richard Pearl MD
```

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

XR KNEE ORTHO BILAT WITH FLEXION - Final result (10/11/2022 9:00 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Knee | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

```
10/11/2022 9:41 AM CDT

As above.


Electronically signed by: Adam Wells, MD
Date: 10/11/2022
Time: 09:41
```

Narrative

```
10/11/2022 9:41 AM CDT
```

Narrative

```
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees
were performed.  Lateral views of both knees were also performed.

FINDINGS:
There is medial compartment joint space loss bilaterally.  There is no fracture, dislocation, or bony
erosion.  There is osseous spur at the superior aspect of the patella bilaterally.
```

Procedure Note

**Adam C Wells, MD - 10/11/2022**
Formatting of this note might be different from the original.
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees were performed. Lateral views of both knees were also performed.

FINDINGS:
There is medial compartment joint space loss bilaterally. There is no fracture, dislocation, or bony erosion. There is osseous spur at the superior aspect of the patella bilaterally.

Impression:

As above.

Electronically signed by:Adam Wells, MD
Date:10/11/2022
Time:09:41

| Authorizing Provider | Result Type |
|---|---|
| Howard S Hirsch, MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

**(ABNORMAL) SARS-COV-2 RDRP GENE - Final result (08/12/2022 5:16 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POC Rapid COVID | **Positive (A)** | Negative | | | WKBC URGENT CARE AND OCCUPATIONAL HEALTH | |
| Quality Control Acceptable | Yes | | | | WKBC URGENT CARE AND OCCUPATIONAL HEALTH | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Swab from nasal sinus (specimen) | Swab of internal nose / Unknown | | 08/12/2022 5:16 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| David T. Nguyen | POINT OF CARE TEST ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WKBC URGENT CARE AND OCCUPATIONAL HEALTH | 1849 Barataria Blvd. Suite B | MARRERO, LA 70072 | |

Holter Monitor (HOLTER MONITOR - 24 HOUR (CUPID ONLY)) - Final result (07/13/2022 11:28 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Holter length hours | 23 | | | | OCHS VITAL CV | |
| holter length minutes | 59 | | | | OCHS VITAL CV | |
| holter length dec hours | 23.98 | | | | OCHS VITAL CV | |
| Sinus min HR | 72 | | | | OCHS VITAL CV | |
| Sinus max hr | 158 | | | | OCHS VITAL CV | |
| Sinus avg hr | 100 | | | | OCHS VITAL CV | |
| Event Monitor Day | 0 | | | | OCHS VITAL CV | |

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Other |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**07/13/2022 11:46 AM CDT**
**This result has an attachment that is not available.**
· Sinus rhythm with heart rates varying between 72 and 158 BPM with an average of 100 BPM.
· There were very rare PVCs.

Holter Monitor - Diary
The diary was not returned.
There were persistent hookup related artifacts. Overall, the study was of suboptimal quality. The tape was adequate (0 days , 23 hours, 59 minutes).

Holter Monitor - Rhythm
Predominant Rhythm
Sinus rhythm with heart rates varying between 72 and 158 BPM with an average of 100BPM. Total time in sinus rhythm was approximately 24 hours.

Maximum heart rate recorded at: 12:26 CDT .

Minimum heart rate recorded at 04:57 CDT.

Holter Monitor - PVC
Ventricular Arrhythmias
There were very rare PVCs totalling 3 and averaging 0.13 per hour.

Holter Monitor - PAC
Supraventricular Arrhythmias
There were PACs totalling 0 and averaging 0 per hour.

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | CV CARDIAC SERVICES ORDERABLES |

STRESS TEST, REGADENOSON W MYOCARDIAL PERFUSION SPECT (MULTI STUDY) (07/11/2022 9:28 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| 85% Max Predicted HR | 138 | | | | OCHS AGFA CV | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Max Predicted HR | 163 | | | | OCHS AGFA CV | |
| OHS CV CPX PATIENT IS MALE | 0.0 | | | | OCHS AGFA CV | |
| OHS CV CPX PATIENT IS FEMALE | 1.0 | | | | OCHS AGFA CV | |
| HR at rest | 77 | bpm | | | OCHS AGFA CV | |
| Systolic blood pressure | 164 | mmHg | | | OCHS AGFA CV | |
| Diastolic blood pressure | 83 | mmHg | | | OCHS AGFA CV | |
| RPP | 12,628 | | | | OCHS AGFA CV | |
| Peak HR | 130 | bpm | | | OCHS AGFA CV | |
| Peak Systolic BP | 160 | mmHg | | | OCHS AGFA CV | |
| Peak Diatolic BP | 97 | mmHg | | | OCHS AGFA CV | |
| Peak RPP | 20,800 | | | | OCHS AGFA CV | |
| % Max HR Achieved | 80 | | | | OCHS AGFA CV | |
| Nuc Stress EF | 78 | % | | | OCHS AGFA CV | |
| Nuc Rest Diastolic Volume Index | 19 | | | | OCHS AGFA CV | |
| Nuc Rest Systolic Volume Index | 4 | | | | OCHS AGFA CV | |

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Nuclear Medicine |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

07/11/2022 10:46 AM CDT
This result has an attachment that is not available.

Narrative

- Normal myocardial perfusion scan. There is no evidence of myocardial ischemia or infarction.
- The gated perfusion images showed an ejection fraction of 78% post stress.
- There is normal wall motion post stress.
- The EKG portion of this study is negative for ischemia.
- The patient reported no chest pain during the stress test.
- There were no arrhythmias during stress.

Stress Findings
The patient was infused intravenously with regadenoson at 0.08 mg/ml for a total duration of 10 seconds. A total regadenoson dose of 0.4 mg was injected. The patient reported light headedness during the stress test. The test was stopped because the end of the protocol was reached.

Perfusion Defect
Normal myocardial perfusion scan. There is no evidence of myocardial ischemia or infarction.

Nuclear Isotope
Following a single isotope protocol, 10.7 mCi of Tc99 labeled tetrofosmin was given at rest (07:07 CDT 7/11/2022) and tomographic imaging was subsequently performed. Regadenoson pharmacologic stress testing was performed. Immediately following the IV bolus of regadenoson, 30.6 mCi of Tc99 labeled tetrofosmin was given (08:15 CDT 7/11/2022) and tomographic imaging was subsequently performed. The site of the IV injection was the right hand.
Images were obtained on a SPECT Discovery 630 - GE camera at 7/11/2022.

Baseline ECG
The Baseline ECG reveals sinus rhythm. The ST segments are normal.

Stress/Recovery ECG
There was no ST segment deviation identified during the protocol. There were no arrhythmias during stress. There was normal blood pressure response with stress.

ECG Conclusion
The ECG portion of the test was negative for ischemia.

Volumes
Stress:
EF: 78%.
LVEDV: 19 ml/m2.
LVESV: 4 ml/m2.

Gating
The resting wall motion is normal post stress.

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | CV STRESS PROCEDURES |

TRANSTHORACIC ECHO (TTE) COMPLETE (07/11/2022 7:50 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| STJ | 2.62 | cm | | | OCHS AGFA CV | |
| AV mean gradient | 3 | mmHg | | | OCHS AGFA CV | |
| Ao peak vel | 1.20 | m/s | | | OCHS AGFA CV | |
| Ao VTI | 25.88 | cm | | | OCHS AGFA CV | |
| IVS | 0.67 | 0.6 - 1.1 cm | | | OCHS AGFA CV | |
| LA size | 3.49 | cm | | | OCHS AGFA CV | |
| Left Atrium Major Axis | 4.27 | cm | | | OCHS AGFA CV | |
| Left Atrium Minor Axis | 3.91 | cm | | | OCHS AGFA CV | |
| LVIDd | 3.71 | 3.5 - 6.0 cm | | | OCHS AGFA CV | |
| LVIDs | 2.67 | 2.1 - 4.0 cm | | | OCHS AGFA CV | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LVOT diameter | 1.82 | cm | | | OCHS AGFA CV | |
| LVOT peak VTI | 28.39 | cm | | | OCHS AGFA CV | |
| Posterior Wall | 0.71 | 0.6 - 1.1 cm | | | OCHS AGFA CV | |
| MV Peak A Vel | 0.82 | m/s | | | OCHS AGFA CV | |
| E wave deceleration time | 154.70 | msec | | | OCHS AGFA CV | |
| MV Peak E Vel | 1.24 | m/s | | | OCHS AGFA CV | |
| PV Peak D Vel | 0.53 | m/s | | | OCHS AGFA CV | |
| PV Peak S Vel | 0.55 | m/s | | | OCHS AGFA CV | |
| RA Major Axis | 3.91 | cm | | | OCHS AGFA CV | |
| RA Width | 3.19 | cm | | | OCHS AGFA CV | |
| RVDD | 3.76 | cm | | | OCHS AGFA CV | |
| TAPSE | 2.08 | cm | | | OCHS AGFA CV | |
| TR Max Vel | 2.57 | m/s | | | OCHS AGFA CV | |
| LA WIDTH | 3.89 | cm | | | OCHS AGFA CV | |
| Ao root annulus | 2.27 | cm | | | OCHS AGFA CV | |
| AORTIC VALVE CUSP SEPERATION | 1.74 | cm | | | OCHS AGFA CV | |
| PV PEAK VELOCITY | 1.02 | cm/s | | | OCHS AGFA CV | |
| MV stenosis pressure 1/2 time | 65.75 | ms | | | OCHS AGFA CV | |
| LV Diastolic Volume | 58.33 | mL | | | OCHS AGFA CV | |
| LV Systolic Volume | 26.27 | mL | | | OCHS AGFA CV | |
| LVOT peak vel | 1.33 | m/s | | | OCHS AGFA CV | |
| TDI LATERAL | 0.09 | m/s | | | OCHS AGFA CV | |
| TDI SEPTAL | 0.09 | m/s | | | OCHS AGFA CV | |
| MV mean gradient | 1 | mmHg | | | OCHS AGFA CV | |
| MV peak gradient | 8 | mmHg | | | OCHS AGFA CV | |
| RV S' | 14.57 | cm/s | | | OCHS AGFA CV | |
| MV VTI | 28.69 | cm | | | OCHS AGFA CV | |
| LV LATERAL E/E' RATIO | 13.78 | m/s | | | OCHS AGFA CV | |
| LV SEPTAL E/E' RATIO | 13.78 | m/s | | | OCHS AGFA CV | |
| FS | 28 | % | | | OCHS AGFA CV | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LA volume | 47.11 | cm3 | | | OCHS AGFA CV | |
| LV mass | 67.83 | g | | | OCHS AGFA CV | |
| Left Ventricle Relative Wall Thickness | 0.38 | cm | | | OCHS AGFA CV | |
| AV valve area | 2.85 | cm2 | | | OCHS AGFA CV | |
| AV Velocity Ratio | 1.11 | | | | OCHS AGFA CV | |
| AV index (prosthetic) | 1.10 | | | | OCHS AGFA CV | |
| MV valve area p 1/2 method | 3.35 | cm2 | | | OCHS AGFA CV | |
| MV valve area by continuity eq | 2.57 | cm2 | | | OCHS AGFA CV | |
| E/A ratio | 1.51 | | | | OCHS AGFA CV | |
| Mean e' | 0.09 | m/s | | | OCHS AGFA CV | |
| Pulm vein S/D ratio | 1.04 | | | | OCHS AGFA CV | |
| LVOT area | 2.6 | cm2 | | | OCHS AGFA CV | |
| LVOT stroke volume | 73.82 | cm3 | | | OCHS AGFA CV | |
| AV peak gradient | 6 | mmHg | | | OCHS AGFA CV | |
| E/E' ratio | 13.78 | m/s | | | OCHS AGFA CV | |
| Triscuspid Valve Regurgitation Peak Gradient | 26 | mmHg | | | OCHS AGFA CV | |
| Sinus | 2.90 | cm | | | OCHS AGFA CV | |
| Right Atrial Pressure (from IVC) | 3 | mmHg | | | OCHS AGFA CV | |
| EF | 65 | % | | | OCHS AGFA CV | |
| TV rest pulmonary artery pressure | 29 | mmHg | | | OCHS AGFA CV | |

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**07/11/2022 8:25 AM CDT**
**This result has an attachment that is not available.**

Narrative

· The left ventricle is normal in size with eccentric hypertrophy and normal systolic function.
· The estimated ejection fraction is 65%.
· Normal left ventricular diastolic function.
· Normal right ventricular size with normal right ventricular systolic function.
· Mild mitral regurgitation.
· There is mild tricuspid valve stenosis.
· Mild pulmonic regurgitation.
· Normal central venous pressure (3 mmHg).
· The estimated PA systolic pressure is 29 mmHg.
· There is no pulmonary hypertension.

Left Ventricle
The left ventricle is normal in size with normal systolic function. The estimated ejection fraction is 65%. There is normal diastolic function.

Right Ventricle
Normal cavity size, wall thickness and systolic function. Wall motion normal.

Left Atrium
The left atrial volume index is normal.

Right Atrium
The right atrium is normal in size.

IVC/SVC
Normal central venous pressure (3 mm Hg).

Mitral Valve
The mean pressure gradient across the mitral valve is 1 mmHg at a heart rate of. The mitral valve appears structurally normal. There is normal leaflet mobility. There is mild mitral valve regurgitation. The estimated mitral valve area by pressure half time is 3.35 cm2.

Tricuspid Valve
The tricuspid valve appears structurally normal. There is mild tricuspid valve stenosis. There is no pulmonary hypertension. The estimated PA systolic pressure is greater than 26 mmHg.

Aortic Valve
The aortic valve appears structurally normal. There is normal leaflet mobility.

Pulmonic Valve
Pulmonic valve is structurally normal. Mild regurgitation.

Pericardium
There is no pericardial effusion.

Study Details
A complete echo was performed using complete 2D, color flow Doppler and spectral Doppler. During the study, the apical, parasternal and subcostal views were captured.

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | CV ECHO ORDERABLES |

EKG 12-LEAD - Final result (06/24/2022 2:14 PM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/24/2022 2:14 PM CDT | |

Narrative

**OCHS GE MUSE - 06/28/2022 11:33 PM CDT**
Test Reason : R06.00,R00.2,I34.1,I10,I73.9,R55,R07.89,

```
Vent. Rate : 093 BPM     Atrial Rate : 093 BPM
  P-R Int : 122 ms          QRS Dur : 070 ms
   QT Int : 346 ms       P-R-T Axes : 052 053 040 degrees
  QTc Int : 430 ms
```

Normal sinus rhythm
Normal ECG
When compared with ECG of 08-APR-2021 09:34,
No significant change was found
Confirmed by Bedi MD, Updesh S. (64) on 6/28/2022 11:33:50 PM

Referred By: FERRIS          Confirmed By:Updesh S. Bedi MD

| Authorizing Provider | Result Type |
| --- | --- |
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

VAS ANKLE BRACHIAL INDICES RESTING - Final result (03/09/2022 8:20 AM CST)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| | | Other |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| | | | 03/09/2022 8:20 AM CST | |

Narrative

**03/09/2022 10:12 AM CST**

Narrative

Indication
========

Peripheral Vascular Disease

Pressure Lower
============

Rt brachial A syst BP 147 mmHg
Rt PTA BP 173 mmHg
Rt dors pedis A BP 172 mmHg
Rt toe BP 164 mmHg
Right ABI ratio use: post. tibial
Rt ABI post tibial (rt post tib A BP / max brach A BP) 1.18
Rt ABI (rt dors ped A BP / max brach A BP) 1.17
Rt ankle BP / max brach A BP 1.18
Rt TBI (rt toe BP / max brach A BP) 1.12
Lt brachial A syst BP 146 mmHg
Lt PTA BP 184 mmHg
Lt dors pedis A BP 159 mmHg
Lt toe BP 168 mmHg
Left ABI ratio use: post. tibial
Lt ABI (lt post tibial A BP / max brach A BP) 1.25
Lt ABI dors ped (lt dors ped A BP / max brach A BP) 1.08
Lt ankle BP / max brach A BP 1.25
Lt TBI (lt toe BP / max brach A BP) 1.14

PPG Lower
=========

Rt toe BP - PPG 164 mmHg
Rt toe digit waveform: mildly dampened
Lt toe BP - PPG 168 mmHg
Lt toe digit waveform: mildly dampened

Impression
=========

Right Leg: Elevated segmental pressures are unreliable due to suspected medial calcinosis; however, PVR waveforms suggest no evidence of peripheral arterial occlusive disease.
Left Leg: Elevated segmental pressures are unreliable due to suspected medial calcinosis; however, PVR waveforms suggest no evidence of peripheral arterial occlusive disease.

-Bilateral Toe PPG's and Pressures were performed.
Rt lower digits: Toe PPG waveforms as described above. - TBI of 1.12 with a Great toe pressure of 164 mmHg mmHg is noted.
Lt lower digits: Toe PPG waveforms as described above. - TBI of 1.14 with a Great toe pressure of 168 mmHg mmHg is noted.

DATE OF SERVICE: 03/09/2022

Sonographer: Lauren Scullin RDMS, RVT
Electronically Signed by: Hernan Bazan M.D. at 03/09/2022-10:10

| Authorizing Provider | Result Type |
|---|---|
| Hernan A Bazan, MD | CV VASCULAR ORDERABLES |

US LOWER EXTREMITY VEINS BILATERAL - Final result (02/11/2022 3:20 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Lower Extremity | | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**02/11/2022 4:11 PM CST**

Impressions

No evidence of deep venous thrombosis in either lower extremity.

Electronically signed by resident: Geoffrey Liu
Date: 02/11/2022
Time: 15:21

Electronically signed by: Edward Bluth, MD
Date: 02/11/2022
Time: 16:11

Narrative

**02/11/2022 4:11 PM CST**
EXAMINATION:
US LOWER EXTREMITY VEINS BILATERAL

CLINICAL HISTORY:
Lower extremety edema; Peripheral vascular disease, unspecified

TECHNIQUE:
Duplex and color flow Doppler and dynamic compression was performed of the bilateral lower extremity veins was performed.

COMPARISON:
None.

FINDINGS:
Right thigh veins: The common femoral, femoral, popliteal, and upper greater saphenous veins are patent and free of thrombus. The veins are normally compressible and have normal phasic flow and augmentation response.

Right calf veins: The visualized calf veins are patent.

Left thigh veins: The common femoral, femoral, popliteal, and upper greater saphenous veins are patent and free of thrombus. The veins are normally compressible and have normal phasic flow and augmentation response.

Left calf veins: The visualized calf veins are patent.

Miscellaneous: None

Procedure Note

**Edward I Bluth, MD - 02/11/2022**

Procedure Note

Formatting of this note might be different from the original.
EXAMINATION:
US LOWER EXTREMITY VEINS BILATERAL

CLINICAL HISTORY:
Lower extremety edema; Peripheral vascular disease, unspecified

TECHNIQUE:
Duplex and color flow Doppler and dynamic compression was performed of the bilateral lower extremity veins was performed.

COMPARISON:
None.

FINDINGS:
Right thigh veins: The common femoral, femoral, popliteal, and upper greater saphenous veins are patent and free of thrombus. The veins are normally compressible and have normal phasic flow and augmentation response.

Right calf veins: The visualized calf veins are patent.

Left thigh veins: The common femoral, femoral, popliteal, and upper greater saphenous veins are patent and free of thrombus. The veins are normally compressible and have normal phasic flow and augmentation response.

Left calf veins: The visualized calf veins are patent.

Miscellaneous: None

Impression:

No evidence of deep venous thrombosis in either lower extremity.

Electronically signed by resident: Geoffrey Liu
Date:02/11/2022
Time:15:21

Electronically signed by:Edward Bluth, MD
Date:02/11/2022
Time:16:11

| Authorizing Provider | Result Type |
|---|---|
| Sofia C. Matta | IMG US ORDERABLES |

SARS-COV-2 RDRP GENE - Final result (01/22/2022 1:29 PM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POC Rapid COVID | Negative | Negative | | | WSBC URGENT CARE | |
| Quality Control Acceptable | Yes | | | | WSBC URGENT CARE | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Swab from nasal sinus (specimen) | Swab of internal nose / Unknown | | 01/22/2022 1:29 PM CST | |

Narrative

**WSBC URGENT CARE - 01/22/2022 1:29 PM CST**

Narrative

This test utilizes isothermal nucleic acid amplification technology to detect the SARS-CoV-2 RdRp nucleic acid segment. The analytical sensitivity (limit of detection) is 125 genome equivalents/mL.
A POSITIVE result implies infection with the SARS-CoV-2 virus; the patient is presumed to be contagious.
A NEGATIVE result means that SARS-CoV-2 nucleic acids are not present above the limit of detection. A NEGATIVE result should be treated as presumptive. It does not rule out the possibility of COVID-19 and should not be the sole basis for treatment decisions. If COVID-19 is strongly suspected based on clinical and exposure history, re-testing using an alternate molecular assay should be considered.
This test is only for use under the Food and Drug Administration s Emergency Use Authorization (EUA).
Commercial kits are provided by Abbott Diagnostics.
Performance characteristics of the EUA have been independently verified by Ochsner Medical Center Department of Pathology and Laboratory Medicine.

---

The authorized Fact Sheet for Healthcare Providers and the authorized Fact Sheet for Patients of the ID NOW COVID-19 are available on the FDA website:

https://www.fda.gov/media/136523/download
https://www.fda.gov/media/136524/download

| Authorizing Provider | Result Type |
|---|---|
| Michael D George | POINT OF CARE TEST ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| WSBC URGENT CARE | 1625 Barataria Blvd, Suite A | MARRERO, LA 70072 | |

XR LUMBAR SPINE AP AND LAT WITH FLEX/EXT - Final result (10/26/2021 8:56 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| L-spine | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**10/26/2021 9:13 AM CDT**

No significant bony abnormalities

Electronically signed by: Michael Sullivan, MD
Date: 10/26/2021
Time: 09:13

Narrative

**10/26/2021 9:13 AM CDT**
EXAMINATION:
XR LUMBAR SPINE AP AND LAT WITH FLEX/EXT

CLINICAL HISTORY:
Other intervertebral disc degeneration, lumbar region

TECHNIQUE:
AP and lateral views as well as lateral flexion and extension images are performed through the lumbar spine.

COMPARISON:
None

FINDINGS:
Vertebral bodies are intact. Disc spaces are preserved. No instability in flexion and extension.

Procedure Note

**Michael A Sullivan, MD - 10/26/2021**
Formatting of this note might be different from the original.
EXAMINATION:
XR LUMBAR SPINE AP AND LAT WITH FLEX/EXT

CLINICAL HISTORY:
Other intervertebral disc degeneration, lumbar region

TECHNIQUE:
AP and lateral views as well as lateral flexion and extension images are performed through the lumbar spine.

COMPARISON:
None

FINDINGS:
Vertebral bodies are intact. Disc spaces are preserved. No instability in flexion and extension.

Impression:

No significant bony abnormalities

Electronically signed by:Michael Sullivan, MD
Date:10/26/2021
Time:09:13

| Authorizing Provider | Result Type |
|---|---|
| Charles C Yu | IMG DIAGNOSTIC IMAGING ORDERABLES |

EKG 12-LEAD - Final result (04/08/2021 9:34 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/08/2021 9:34 AM CDT | |

Narrative

```
OCHS GE MUSE - 04/08/2021 5:38 PM CDT
Test Reason : R55,R06.00,I10,R00.2,I34.1,

Vent. Rate : 087 BPM     Atrial Rate : 087 BPM
  P-R Int : 100 ms          QRS Dur : 064 ms
   QT Int : 356 ms       P-R-T Axes : 070 002 028 degrees
  QTc Int : 428 ms

Sinus rhythm with short PR
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 03-DEC-2020 17:20,
No significant change was found
Confirmed by Castine MD, Michael (1678) on 4/8/2021 5:38:35 PM

Referred By:  FERRIS           Confirmed By:Michael Castine MD
```

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

EKG 12-LEAD - Final result (12/03/2020 5:20 PM CST)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 12/03/2020 5:20 PM CST | |

Narrative

**OCHS GE MUSE - 12/03/2020 8:32 PM CST**

```
Test Reason : R06.00,R55,I34.1,R00.2,I10,Z76.89,

Vent. Rate : 100 BPM     Atrial Rate : 100 BPM
  P-R Int : 120 ms          QRS Dur : 068 ms
   QT Int : 346 ms       P-R-T Axes : 035 018 037 degrees
  QTc Int : 446 ms

Normal sinus rhythm
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 20-APR-2020 09:57,
QT has lengthened
Confirmed by Ferris MD, Samuel (59) on 12/3/2020 8:32:27 PM

Referred By:  FERRIS          Confirmed By:Samuel Ferris MD
```

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

## CTA CHEST NON CORONARY - Final result (04/20/2020 11:56 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**04/20/2020 12:10 PM CDT**

No acute process in the chest, abdomen, or pelvis.

No evidence of pulmonary embolism.

Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Electronically signed by: Stephen Johnson, MD
Date: 04/20/2020
Time: 12:10

Narrative

**04/20/2020 12:10 PM CDT**

Narrative

EXAMINATION:
CTA CHEST NON CORONARY; CT ABDOMEN PELVIS WITH CONTRAST

CLINICAL HISTORY:
Dyspnea, cardiac origin suspected;dyspnea, elevated D dimer;; Nausea, vomiting, diarrhea;RLQ pain, appendicitis suspected;and RUQ pain;

TECHNIQUE:
Low dose axial images, sagittal and coronal reformations were obtained from the thoracic inlet to the lung bases following the IV administration of 100 mL of Omnipaque 350. Contrast timing was optimized to evaluate the pulmonary arteries. MIP images were performed. CT abdomen pelvis was performed after the administration of 100 cc of Omnipaque 350 intravenous contrast. No oral contrast was administered. Coronal and sagittal reformats were obtained.

COMPARISON:
Renal stone study from 10/12/2017

FINDINGS:
Pulmonary arteries: This study is adequate for the evaluation of pulmonary thromboembolism and there is no evidence of pulmonary embolism to the level of the subsegmental arteries bilaterally.

Thoracic soft tissues: Normal thyroid.

Aorta: Thoracic aorta is normal in caliber and contour with no significant calcific atherosclerosis. No evidence of dissection.

Heart: Normal in size. No pericardial effusion. No significant calcific coronary atherosclerosis.

Hila/Mediastinum: No evidence of mediastinal or hilar lymphadenopathy. A few scattered subcentimeter axillary lymph nodes bilaterally. No evidence of lymphadenopathy.

Lungs: Trachea and bronchi are patent. Lungs are well aerated, without consolidation or pleural fluid.

Liver: Enlarged in size measuring 19.5 cm. Normal contour. Small amount of focal fatty infiltration along the falciform ligament. No suspicious hepatic lesions.

Gallbladder: No calcified gallstones.

Bile Ducts: No evidence of dilated ducts.

Pancreas: No mass or peripancreatic fat stranding.

Spleen: Unremarkable.

Stomach and duodenum: Unremarkable.

Adrenals: Unremarkable.

Kidneys/ Ureters: Normal in size and location. Normal enhancement. No hydronephrosis or nephrolithiasis. No ureteral dilatation.

Bladder: No evidence of wall thickening.

Reproductive organs: Uterus is surgically absent. No evidence of adnexal mass. Bilateral ovaries are normal in appearance.

Bowel/Mesentery: Small bowel is normal in caliber with no evidence of obstruction. No evidence of inflammation or wall thickening. Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Lymph nodes: No lymphadenapathy.

Abdominal wall: Unremarkable.

Vasculature: No aneurysm. No significant calcific atherosclerosis.

Bones: No acute fracture. No suspicious osseous lesions.

Procedure Note

**Stephen I Johnson, MD - 04/20/2020**
Formatting of this note might be different from the original.
EXAMINATION:
CTA CHEST NON CORONARY; CT ABDOMEN PELVIS WITH CONTRAST

CLINICAL HISTORY:
Dyspnea, cardiac origin suspected;dyspnea, elevated D dimer;; Nausea, vomiting, diarrhea;RLQ pain, appendicitis suspected;and RUQ pain;

Procedure Note

TECHNIQUE:
Low dose axial images, sagittal and coronal reformations were obtained from the thoracic inlet to the lung bases following the IV administration of 100 mL of Omnipaque 350. Contrast timing was optimized to evaluate the pulmonary arteries. MIP images were performed. CT abdomen pelvis was performed after the administration of 100 cc of Omnipaque 350 intravenous contrast. No oral contrast was administered. Coronal and sagittal reformats were obtained.

COMPARISON:
Renal stone study from 10/12/2017

FINDINGS:
Pulmonary arteries: This study is adequate for the evaluation of pulmonary thromboembolism and there is no evidence of pulmonary embolism to the level of the subsegmental arteries bilaterally.

Thoracic soft tissues: Normal thyroid.

Aorta: Thoracic aorta is normal in caliber and contour with no significant calcific atherosclerosis. No evidence of dissection.

Heart: Normal in size. No pericardial effusion. No significant calcific coronary atherosclerosis.

Hila/Mediastinum: No evidence of mediastinal or hilar lymphadenopathy. A few scattered subcentimeter axillary lymph nodes bilaterally. No evidence of lymphadenopathy.

Lungs: Trachea and bronchi are patent. Lungs are well aerated, without consolidation or pleural fluid.

Liver: Enlarged in size measuring 19.5 cm. Normal contour. Small amount of focal fatty infiltration along the falciform ligament. No suspicious hepatic lesions.

Gallbladder: No calcified gallstones.

Bile Ducts: No evidence of dilated ducts.

Pancreas: No mass or peripancreatic fat stranding.

Spleen: Unremarkable.

Stomach and duodenum: Unremarkable.

Adrenals: Unremarkable.

Kidneys/ Ureters: Normal in size and location. Normal enhancement. No hydronephrosis or nephrolithiasis. No ureteral dilatation.

Bladder: No evidence of wall thickening.

Reproductive organs: Uterus is surgically absent. No evidence of adnexal mass. Bilateral ovaries are normal in appearance.

Bowel/Mesentery: Small bowel is normal in caliber with no evidence of obstruction. No evidence of inflammation or wall thickening. Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Lymph nodes: No lymphadenapathy.

Abdominal wall: Unremarkable.

Vasculature: No aneurysm. No significant calcific atherosclerosis.

Bones: No acute fracture. No suspicious osseous lesions.

Impression:

No acute process in the chest, abdomen, or pelvis.

No evidence of pulmonary embolism.

Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Electronically signed by:Stephen Johnson, MD
Date:04/20/2020
Time:12:10

| Authorizing Provider | Result Type |
| --- | --- |
| Lauren E Harrell, MD | IMG CT ORDERABLES |

CT ABDOMEN AND PELVIS W IV CONTRAST (CT ABDOMEN PELVIS WITH CONTRAST) - Final result (04/20/2020 11:56 AM CDT)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| AbdPelvis | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |

Impressions

**04/20/2020 12:10 PM CDT**

No acute process in the chest, abdomen, or pelvis.

No evidence of pulmonary embolism.

Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Electronically signed by: Stephen Johnson, MD
Date: 04/20/2020
Time: 12:10

Narrative

**04/20/2020 12:10 PM CDT**

Narrative

EXAMINATION:
CTA CHEST NON CORONARY; CT ABDOMEN PELVIS WITH CONTRAST

CLINICAL HISTORY:
Dyspnea, cardiac origin suspected;dyspnea, elevated D dimer;; Nausea, vomiting, diarrhea;RLQ pain, appendicitis suspected;and RUQ pain;

TECHNIQUE:
Low dose axial images, sagittal and coronal reformations were obtained from the thoracic inlet to the lung bases following the IV administration of 100 mL of Omnipaque 350. Contrast timing was optimized to evaluate the pulmonary arteries. MIP images were performed. CT abdomen pelvis was performed after the administration of 100 cc of Omnipaque 350 intravenous contrast. No oral contrast was administered. Coronal and sagittal reformats were obtained.

COMPARISON:
Renal stone study from 10/12/2017

FINDINGS:
Pulmonary arteries: This study is adequate for the evaluation of pulmonary thromboembolism and there is no evidence of pulmonary embolism to the level of the subsegmental arteries bilaterally.

Thoracic soft tissues: Normal thyroid.

Aorta: Thoracic aorta is normal in caliber and contour with no significant calcific atherosclerosis. No evidence of dissection.

Heart: Normal in size. No pericardial effusion. No significant calcific coronary atherosclerosis.

Hila/Mediastinum: No evidence of mediastinal or hilar lymphadenopathy. A few scattered subcentimeter axillary lymph nodes bilaterally. No evidence of lymphadenopathy.

Lungs: Trachea and bronchi are patent. Lungs are well aerated, without consolidation or pleural fluid.

Liver: Enlarged in size measuring 19.5 cm. Normal contour. Small amount of focal fatty infiltration along the falciform ligament. No suspicious hepatic lesions.

Gallbladder: No calcified gallstones.

Bile Ducts: No evidence of dilated ducts.

Pancreas: No mass or peripancreatic fat stranding.

Spleen: Unremarkable.

Stomach and duodenum: Unremarkable.

Adrenals: Unremarkable.

Kidneys/ Ureters: Normal in size and location. Normal enhancement. No hydronephrosis or nephrolithiasis. No ureteral dilatation.

Bladder: No evidence of wall thickening.

Reproductive organs: Uterus is surgically absent. No evidence of adnexal mass. Bilateral ovaries are normal in appearance.

Bowel/Mesentery: Small bowel is normal in caliber with no evidence of obstruction. No evidence of inflammation or wall thickening. Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Lymph nodes: No lymphadenapathy.

Abdominal wall: Unremarkable.

Vasculature: No aneurysm. No significant calcific atherosclerosis.

Bones: No acute fracture. No suspicious osseous lesions.

Procedure Note

**Stephen I Johnson, MD - 04/20/2020**
Formatting of this note might be different from the original.
EXAMINATION:
CTA CHEST NON CORONARY; CT ABDOMEN PELVIS WITH CONTRAST

CLINICAL HISTORY:
Dyspnea, cardiac origin suspected;dyspnea, elevated D dimer;; Nausea, vomiting, diarrhea;RLQ pain, appendicitis suspected;and RUQ pain;

Procedure Note

TECHNIQUE:
Low dose axial images, sagittal and coronal reformations were obtained from the thoracic inlet to the lung bases following the IV administration of 100 mL of Omnipaque 350. Contrast timing was optimized to evaluate the pulmonary arteries. MIP images were performed. CT abdomen pelvis was performed after the administration of 100 cc of Omnipaque 350 intravenous contrast. No oral contrast was administered. Coronal and sagittal reformats were obtained.

COMPARISON:
Renal stone study from 10/12/2017

FINDINGS:
Pulmonary arteries: This study is adequate for the evaluation of pulmonary thromboembolism and there is no evidence of pulmonary embolism to the level of the subsegmental arteries bilaterally.

Thoracic soft tissues: Normal thyroid.

Aorta: Thoracic aorta is normal in caliber and contour with no significant calcific atherosclerosis. No evidence of dissection.

Heart: Normal in size. No pericardial effusion. No significant calcific coronary atherosclerosis.

Hila/Mediastinum: No evidence of mediastinal or hilar lymphadenopathy. A few scattered subcentimeter axillary lymph nodes bilaterally. No evidence of lymphadenopathy.

Lungs: Trachea and bronchi are patent. Lungs are well aerated, without consolidation or pleural fluid.

Liver: Enlarged in size measuring 19.5 cm. Normal contour. Small amount of focal fatty infiltration along the falciform ligament. No suspicious hepatic lesions.

Gallbladder: No calcified gallstones.

Bile Ducts: No evidence of dilated ducts.

Pancreas: No mass or peripancreatic fat stranding.

Spleen: Unremarkable.

Stomach and duodenum: Unremarkable.

Adrenals: Unremarkable.

Kidneys/ Ureters: Normal in size and location. Normal enhancement. No hydronephrosis or nephrolithiasis. No ureteral dilatation.

Bladder: No evidence of wall thickening.

Reproductive organs: Uterus is surgically absent. No evidence of adnexal mass. Bilateral ovaries are normal in appearance.

Bowel/Mesentery: Small bowel is normal in caliber with no evidence of obstruction. No evidence of inflammation or wall thickening. Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Lymph nodes: No lymphadenapathy.

Abdominal wall: Unremarkable.

Vasculature: No aneurysm. No significant calcific atherosclerosis.

Bones: No acute fracture. No suspicious osseous lesions.

Impression:

No acute process in the chest, abdomen, or pelvis.

No evidence of pulmonary embolism.

Diverticulosis coli of the descending and sigmoid colon with no evidence of acute diverticulitis.

Electronically signed by:Stephen Johnson, MD
Date:04/20/2020
Time:12:10

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | IMG CT ORDERABLES |

**(ABNORMAL) URINALYSIS, REFLEX TO URINE CULTUREEFLEX URINE CULTURE (URINALYSIS, REFLEX TO URINE CULTURE) - Final result (04/20/2020 11:26 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Color, UA | Straw | Yellow, Straw, Amber | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Appearance, UA | Clear | Clear | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| pH, UA | 7.0 | 5.0 - 8.0 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Specific Gravity, UA | **>1.030 (A)** | 1.005 - 1.030 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Protein, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Ketones, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Bilirubin (UA) | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Occult Blood UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Nitrite, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Urobilinogen, UA | Negative | <2.0 EU/ dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Leukocytes, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | Urine specimen / Unknown | | 04/20/2020 11:26 AM CDT | 04/20/2020 11:44 AM CDT |

Narrative

```
OCHSNER MEDICAL CENTER - WESTBANK CAMPUS - 04/20/2020 12:15 PM CDT
Preferred Collection Type->Urine, Clean Catch
```

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

EKG 12-LEAD - Final result (04/20/2020 9:57 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 04/20/2020 9:57 AM CDT | |

Narrative

```
OCHS GE MUSE - 04/20/2020 5:31 PM CDT
Test Reason : R06.02,

Vent. Rate : 072 BPM     Atrial Rate : 072 BPM
  P-R Int : 122 ms          QRS Dur : 068 ms
   QT Int : 366 ms      P-R-T Axes : 019 023 039 degrees
  QTc Int : 400 ms

Normal sinus rhythm
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 20-APR-2020 09:50,
No significant change was found
Confirmed by Ferris MD, Samuel (59) on 4/20/2020 5:31:16 PM

Referred By: AAAREFERR
SELF               Confirmed By:Samuel Ferris MD
```

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

XR CHEST AP PORTABLE - Final result (04/20/2020 9:45 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**04/20/2020 9:48 AM CDT**

As above.

Electronically signed by: Ernest Rudman, MD
Date: 04/20/2020
Time: 09:48

Narrative

**04/20/2020 9:48 AM CDT**
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
shortness of breath;

TECHNIQUE:
Single frontal view of the chest was performed.

COMPARISON:
12/14/19

FINDINGS:
No consolidation, pleural effusion or pneumothorax. Cardiomediastinal silhouette is unremarkable.

Procedure Note

**Ernest Rudman, MD - 04/20/2020**
Formatting of this note might be different from the original.
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
shortness of breath;

TECHNIQUE:
Single frontal view of the chest was performed.

COMPARISON:
12/14/19

FINDINGS:
No consolidation, pleural effusion or pneumothorax. Cardiomediastinal silhouette is unremarkable.

Impression:

As above.

Electronically signed by:Ernest Rudman, MD
Date:04/20/2020
Time:09:48

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

SARS-COV-2 RNA AMPLIFICATION, QUAL - Final result (04/20/2020 9:01 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| SARS-CoV-2 RNA, Amplification, Qual | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
This test utilizes isothermal nucleic acid amplification technology to detect the SARS-CoV-2 RdRp nucleic acid segment.
The analytical sensitivity (limit of detection) is 125 genome equivalents/mL.
A POSITIVE result implies infection with the SARS-CoV-2 virus; the patient is presumed to be contagious.
A NEGATIVE result means that SARS-CoV-2 nucleic acids are not present above the limit of detection. It does not rule out the possibility of COVID-19 and should not be the sole basis for treatment decisions. If COVID-19 is strongly suspected based on clinical and exposure history, re-testing should be considered.
This test is only for use under the Food and Drug Administration s Emergency Use Authorization (EUA).
Commercial kits are provided by Abbott Diagnostics.
Performance characteristics of the EUA have been independently verified by Ochsner Medical Center Department of Pathology and Laboratory Medicine.

---

The ID NOW COVID-19 Letter of Authorization, along with the authorized Fact Sheet for Healthcare Providers, the authorized Fact Sheet for Patients, and authorized labeling are available on the FDA website:
www.fda.gov/MedicalDevices/Safety/EmergencySituations/ucm161496.htm

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Specimen from nasopharyngeal structure (specimen) | Nasopharyngeal structure / Unknown | | 04/20/2020 9:01 AM CDT | 04/20/2020 9:34 AM CDT |

Narrative

**OCHSNER MEDICAL CENTER - WESTBANK CAMPUS - 04/20/2020 9:54 AM CDT**
What symptom criteria does the patient meet?->Difficulty breathing

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | BODY FLUIDS AND STOOLS ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (04/20/2020 9:01 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 9.73 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 4.84 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | 12.9 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | 38.2 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **79 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **26.7 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 33.8 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.2 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | 297 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 10.0 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | 6.0 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 2.9 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Baso # | 0.05 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| nRBC | 0 | 0 /100 WBC | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 61.6 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 30.2 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 5.0 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 2.5 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.5 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 04/20/2020 9:01 AM CDT | 04/20/2020 9:33 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) D DIMER,QUANTITATIVE (D DIMER, QUANTITATIVE) - Final result (04/20/2020 9:01 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| D-Dimer | **0.51 (H)** | <0.50 mg/L FEU | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
The quantitative D-dimer assay should be used as an aid in
the diagnosis of deep vein thrombosis and pulmonary embolism
in patients with the appropriate presentation and clinical
history. The upper limit of the reference interval and the clinical
cut off
point are identical. Causes of a positive (>0.50 mg/L FEU) D-Dimer
test
include, but are not limited to: DVT, PE, DIC, thrombolytic
therapy, anticoagulant therapy, recent surgery, trauma, or
pregnancy, disseminated malignancy, aortic aneurysm, cirrhosis,
and severe infection. False negative results may occur in
patients with distal DVT.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 04/20/2020 9:01 AM CDT | 04/20/2020 9:33 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

LIPASE - Final result (04/20/2020 9:01 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lipase | 24 | 4 - 60 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 04/20/2020 9:01 AM CDT | 04/20/2020 9:33 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (04/20/2020 9:01 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Comment: Specimen slightly hemolyzed | | | | | | |
| Chloride | 105 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| CO2 | 24 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Glucose | 75 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| BUN | 18 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Calcium | 9.5 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Protein | 7.4 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Albumin | 3.6 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:
For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | **52 (L)** | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| AST | 20 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| ALT | 16 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Anion Gap | 10 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 04/20/2020 9:01 AM CDT | 04/20/2020 9:33 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Lauren E Harrell, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

EKG 12-LEAD - Final result (04/20/2020 12:00 AM CDT)

| Narrative |
|---|
| **This result has an attachment that is not available.** |

| Authorizing Provider | Result Type |
|---|---|
| HISTORICAL PROVIDER | ECG ORDERABLES |

CT HEAD WO CONTRAST (CT HEAD WITHOUT CONTRAST) - Final result (02/11/2020 3:53 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Head | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**02/11/2020 4:38 PM CST**

1. No acute intracranial process with no significant change.
2. Possible small remote lacunar infarcts at the posterior margin of the left lateral basal ganglia and posterior right cerebellum. No significant change.

Electronically signed by: Roy DiVittorio
Date: 02/11/2020
Time: 16:38

Narrative

**02/11/2020 4:38 PM CST**
EXAMINATION:
CT HEAD WITHOUT CONTRAST

CLINICAL HISTORY:
Headache, acute, severe, thunderclap, worst HA of life;Syncope/fainting;

TECHNIQUE:
Low dose axial CT images obtained throughout the head without intravenous contrast. Sagittal and coronal reconstructions were performed.

COMPARISON:
06/03/2019

FINDINGS:
Intracranial compartment:

Ventricles and sulci are normal in size for age without evidence of hydrocephalus. No extra-axial blood or fluid collections.

Small focus of hypoattenuation posterior margin left lateral basal ganglia could represent a small remote lacunar infarct or prominent perivascular space. No significant change.

Mild probable chronic microvascular ischemic change in the periventricular white matter.

Stable small peripheral hypoattenuation in the posterior right cerebellum could represent a small remote lacunar infarct also.

No parenchymal mass, hemorrhage, edema or major vascular distribution infarct.

Skull/extracranial contents (limited evaluation): No fracture. Mastoid air cells and paranasal sinuses are essentially clear.

Procedure Note

**Roy Divittorio, MD - 02/11/2020**

Procedure Note

Formatting of this note might be different from the original.
EXAMINATION:
CT HEAD WITHOUT CONTRAST

CLINICAL HISTORY:
Headache, acute, severe, thunderclap, worst HA of life;Syncope/fainting;

TECHNIQUE:
Low dose axial CT images obtained throughout the head without intravenous contrast. Sagittal and coronal reconstructions were performed.

COMPARISON:
06/03/2019

FINDINGS:
Intracranial compartment:

Ventricles and sulci are normal in size for age without evidence of hydrocephalus. No extra-axial blood or fluid collections.

Small focus of hypoattenuation posterior margin left lateral basal ganglia could represent a small remote lacunar infarct or prominent perivascular space. No significant change.

Mild probable chronic microvascular ischemic change in the periventricular white matter.

Stable small peripheral hypoattenuation in the posterior right cerebellum could represent a small remote lacunar infarct also.

No parenchymal mass, hemorrhage, edema or major vascular distribution infarct.

Skull/extracranial contents (limited evaluation): No fracture. Mastoid air cells and paranasal sinuses are essentially clear.

Impression:

1. No acute intracranial process with no significant change.
2. Possible small remote lacunar infarcts at the posterior margin of the left lateral basal ganglia and posterior right cerebellum. No significant change.

Electronically signed by:Roy DiVittorio
Date:02/11/2020
Time:16:38

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | IMG CT ORDERABLES |

**(ABNORMAL) URINALYSIS, REFLEX TO URINE CULTUREEFLEX URINE CULTURE (URINALYSIS, REFLEX TO URINE CULTURE) - Final result (02/11/2020 3:44 PM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Color, UA | Yellow | Yellow, Straw, Amber | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Appearance, UA | **Cloudy (A)** | Clear | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| pH, UA | 6.0 | 5.0 - 8.0 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Specific Gravity, UA | 1.020 | 1.005 - 1.030 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Protein, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Ketones, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Bilirubin (UA) | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Occult Blood UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Nitrite, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Leukocytes, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | Urine specimen / Unknown | | 02/11/2020 3:44 PM CST | 02/11/2020 4:14 PM CST |

Narrative

**OCHSNER MEDICAL CENTER - NEW ORLEANS - 02/11/2020 4:54 PM CST**
Preferred Collection Type->Urine, Clean Catch

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) URINALYSIS MICROSCOPIC - Final result (02/11/2020 3:44 PM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| RBC, UA | 1 | 0 - 4 / hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| WBC, UA | 2 | 0 - 5 / hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Bacteria | **Many (A)** | None-Occ /hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Squam Epithel, UA | 22 | /hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Microscopic Comment | SEE COMMENT | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Other formed elements not mentioned in the report are not present in the microscopic examination.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 02/11/2020 3:44 PM CST | 02/11/2020 4:14 PM CST |

Narrative

**OCHSNER MEDICAL CENTER - NEW ORLEANS - 02/11/2020 4:54 PM CST**
Preferred Collection Type->Urine, Clean Catch

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) ISTAT PROCEDURE - Final result (02/11/2020 3:36 PM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POC Glucose | **68 (L)** | 70 - 110 mg/dL | | | UNIPOC | |
| POC BUN | 13 | 6 - 30 mg/dL | | | UNIPOC | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POC Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | UNIPOC | |
| POC Sodium | 140 | 136 - 145 mmol/L | | | UNIPOC | |
| POC Potassium | 3.5 | 3.5 - 5.1 mmol/L | | | UNIPOC | |
| POC Chloride | 105 | 95 - 110 mmol/L | | | UNIPOC | |
| POC TCO2 (MEASURED) | 24 | 23 - 29 mmol/L | | | UNIPOC | |
| POC Ionized Calcium | 1.07 | 1.06 - 1.42 mmol/L | | | UNIPOC | |
| POC Hematocrit | 36 | 36 - 54 %PCV | | | UNIPOC | |
| Sample | VEN | | | | UNIPOC | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | Blood specimen / Unknown | | 02/11/2020 3:36 PM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| UNIPOC | | | |
| UNIPOC | N/A | | |

XR CHEST PA OR AP (XR CHEST 1 VIEW) - Final result (12/14/2019 7:57 AM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**12/14/2019 8:23 AM CST**

As above.

Electronically signed by: Adam Wells, MD
Date: 12/14/2019
Time: 08:23

Narrative

**12/14/2019 8:23 AM CST**
EXAMINATION:
XR CHEST 1 VIEW

CLINICAL HISTORY:
Shortness of breath

TECHNIQUE:
Single frontal view of the chest was performed.

FINDINGS:
The lungs are clear. There is no pneumothorax or pleural fluid. The cardiac silhouette is not enlarged. The osseous structures demonstrate mild degenerative change.

Procedure Note

**Adam C Wells, MD - 12/14/2019**
Formatting of this note might be different from the original.
EXAMINATION:
XR CHEST 1 VIEW

CLINICAL HISTORY:
Shortness of breath

TECHNIQUE:
Single frontal view of the chest was performed.

FINDINGS:
The lungs are clear. There is no pneumothorax or pleural fluid. The cardiac silhouette is not enlarged. The osseous structures demonstrate mild degenerative change.

Impression:

As above.

Electronically signed by:Adam Wells, MD
Date:12/14/2019
Time:08:23

| Authorizing Provider | Result Type |
|---|---|
| Ashley N Pastore | IMG DIAGNOSTIC IMAGING ORDERABLES |

LIPASE - Final result (12/14/2019 7:38 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lipase | 23 | 4 - 60 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 12/14/2019 7:38 AM CST | 12/14/2019 7:44 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| Ashley N Pastore | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (12/14/2019 7:38 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Chloride | 105 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| CO2 | 24 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Glucose | 81 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| BUN | 14 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Calcium | 9.4 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Protein | 7.8 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Albumin | 4.0 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Bilirubin | 0.6 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | **54 (L)** | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| AST | 18 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| ALT | 15 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Anion Gap | 8 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if African American | >60.0 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if non African American | >60.0 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 12/14/2019 7:38 AM CST | 12/14/2019 7:44 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| Ashley N Pastore | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (12/14/2019 5:52 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 9.78 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RBC | 5.06 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hemoglobin | 13.0 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hematocrit | 40.0 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCV | **79 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCH | **25.7 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCHC | 32.5 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RDW | **15.4 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Platelets | 314 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MPV | 10.6 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran # (ANC) | 5.7 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 3.5 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Mono # | 0.4 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Baso # | 0.05 | 0.00 - 0.20 K/ uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| nRBC | 0 | 0 /100 WBC | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran % | 58.3 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Lymph % | 35.8 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono % | 4.0 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eosinophil % | 1.2 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Basophil % | 0.5 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 12/14/2019 5:52 AM CST | 12/14/2019 6:02 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| Ashley N Pastore | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

TROPONIN I - Final result (12/14/2019 5:52 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
The reference interval for Troponin I represents the 99th percentile cutoff
for our facility and is consistent with 3rd generation assay performance.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 12/14/2019 5:52 AM CST | 12/14/2019 6:02 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| Ashley N Pastore | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

BRAIN NATRIURETIC PEPTIDE (B-TYPE NATRIURETIC PEPTIDE) - Final result (12/14/2019 5:52 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| BNP | <10 | 0 - 99 pg/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment: Values of less than 100 pg/ml are consistent with non-CHF populations.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 12/14/2019 5:52 AM CST | 12/14/2019 6:02 AM CST |

| Authorizing Provider | Result Type |
|---|---|
| Ashley N Pastore | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

EKG 12-LEAD - Final result (12/14/2019 5:08 AM CST)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 12/14/2019 5:08 AM CST | |

Narrative

**OCHS GE MUSE - 12/14/2019 11:08 AM CST**

Narrative

```
Test Reason : R06.02,

Vent. Rate : 075 BPM     Atrial Rate : 075 BPM
  P-R Int : 114 ms          QRS Dur : 072 ms
   QT Int : 364 ms       P-R-T Axes : 023 046 055 degrees
  QTc Int : 406 ms

Normal sinus rhythm
Normal ECG
When compared with ECG of 10-MAY-2019 15:19,
No significant change was found
Confirmed by LESSIG MD, PAUL (188) on 12/14/2019 11:08:26 AM

Referred By: AAAREFERR
SELF           Confirmed By:PAUL LESSIG MD
```

| Authorizing Provider | Result Type |
|---|---|
| Ashley N Pastore | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

HM MAMMOGRAPHY - Final result (10/11/2019 1:16 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Other |

Impressions

**10/11/2019 1:16 PM CDT**

Impressions

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 10/11/2019 at 09:13 AM
Result Narrative
CLINICAL HISTORY:
Patient is 47 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

FILMS COMPARED:
09/18/2018 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
07/25/2017 - Mammogram - Ochsner Westbank

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.
Other Result Information
Edi, Rad Results In - 10/31/2019 11:20 AM CDT
CLINICAL HISTORY:
Patient is 47 years old and is seen for screening. No personal history of breast cancer. The patient has no family history of breast cancer.

FILMS COMPARED:
09/18/2018 - Mammogram - West Jefferson Women's Imaging & Breast Care Center
07/25/2017 - Mammogram - Ochsner Westbank

MAMMOGRAM:
The following views were performed: Bilateral craniocaudal; bilateral mediolateral oblique. Analyzed by CAD.

The breasts are almost entirely fat.

There are no suspicious masses, calcifications or areas of architectural distortion.

There has been no significant interval change.

IMPRESSION:

THERE IS NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

A ROUTINE FOLLOW-UP MAMMOGRAM IN 1 YEAR IS RECOMMENDED.

THE PATIENT WILL BE NOTIFIED OF THE RESULTS VIA LETTER IN ACCORDANCE WITH MQSA GUIDELINES.

ACR BI-RADS Category 1 - Negative

Patient's information was entered into a reminder system with a target date for the next mammogram and a reminder letter will be sent.

Electronically signed by: Michael Alline, M.D. 10/11/2019 at 09:13 AM

| Authorizing Provider | Result Type |
|---|---|
| Historical Provider | HEALTH MAINTENANCE |

**(ABNORMAL) ISTAT PROCEDURE - Final result (09/02/2019 7:43 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POC PH | **7.310 (L)** | 7.35 - 7.45 | | | UNIPOC | |
| POC PCO2 | **29.8 (L)** | 35 - 45 mmHg | | | UNIPOC | |
| POC PO2 | 41 | 40 - 60 mmHg | | | UNIPOC | |
| POC HCO3 | **15.0 (L)** | 24 - 28 mmol/L | | | UNIPOC | |
| POC BE | -11 | -2 to 2 mmol/L | | | UNIPOC | |
| POC SATURATED O2 | **73 (L)** | 95 - 100 % | | | UNIPOC | |
| POC Lactate | 0.73 | 0.5 - 2.2 mmol/L | | | UNIPOC | |
| POC TCO2 | **16 (L)** | 24 - 29 mmol/L | | | UNIPOC | |
| Sample | VENOUS | | | | UNIPOC | |
| Site | Other | | | | UNIPOC | |
| Allens Test | N/A | | | | UNIPOC | |
| DelSys | Room Air | | | | UNIPOC | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | Blood specimen / Unknown | | 09/02/2019 7:43 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| UNIPOC | | | |
| UNIPOC | N/A | | |

XR CHEST PA AND LATERAL - Final result (09/02/2019 7:02 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**09/02/2019 7:05 PM CDT**

No acute abnormality.

Electronically signed by: James Milburn, MD
Date: 09/02/2019
Time: 19:05

Narrative

**09/02/2019 7:05 PM CDT**

Narrative

```
EXAMINATION:
XR CHEST PA AND LATERAL

CLINICAL HISTORY:
Fever, unspecified

TECHNIQUE:
PA and lateral views of the chest were performed.

COMPARISON:
05/06/2019

FINDINGS:
The lungs are clear, with normal appearance of pulmonary vasculature and no pleural effusion or
pneumothorax.

The cardiac silhouette is normal in size. The hilar and mediastinal contours are unremarkable.

Bones are intact.
```

Procedure Note

**James M Milburn, MD - 09/02/2019**
Formatting of this note might be different from the original.
EXAMINATION:
XR CHEST PA AND LATERAL

CLINICAL HISTORY:
Fever, unspecified

TECHNIQUE:
PA and lateral views of the chest were performed.

COMPARISON:
05/06/2019

FINDINGS:
The lungs are clear, with normal appearance of pulmonary vasculature and no pleural effusion or pneumothorax.

The cardiac silhouette is normal in size. The hilar and mediastinal contours are unremarkable.

Bones are intact.

Impression:

No acute abnormality.

Electronically signed by:James Milburn, MD
Date:09/02/2019
Time:19:05

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

**(ABNORMAL) URINALYSIS, REFLEX TO URINE CULTUREEFLEX URINE CULTURE (URINALYSIS, REFLEX TO URINE CULTURE) - Final result (09/02/2019 6:15 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Color, UA | Yellow | Yellow, Straw, Amber | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Appearance, UA | **Cloudy (A)** | Clear | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| pH, UA | 5.0 | 5.0 - 8.0 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Specific Gravity, UA | 1.025 | 1.005 - 1.030 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Protein, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Ketones, UA | **Trace (A)** | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Bilirubin (UA) | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Occult Blood UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Nitrite, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Leukocytes, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | Urine specimen / Unknown | | 09/02/2019 6:15 PM CDT | 09/02/2019 6:23 PM CDT |

Narrative

**OCHSNER MEDICAL CENTER - NEW ORLEANS - 09/02/2019 6:39 PM CDT**
Preferred Collection Type->Urine, Clean Catch

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

URINALYSIS MICROSCOPIC - Final result (09/02/2019 6:15 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| RBC, UA | 1 | 0 - 4 / hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| WBC, UA | 3 | 0 - 5 / hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Squam Epithel, UA | 15 | /hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Microscopic Comment | SEE COMMENT | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Other formed elements not mentioned in the report are not present in the microscopic examination.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 09/02/2019 6:15 PM CDT | 09/02/2019 6:23 PM CDT |

Narrative

**OCHSNER MEDICAL CENTER - NEW ORLEANS - 09/02/2019 6:39 PM CDT**
Preferred Collection Type->Urine, Clean Catch

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (09/02/2019 6:15 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | **17.87 (H)** | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RBC | 5.04 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hemoglobin | 13.2 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hematocrit | 39.4 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCV | **78 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCH | **26.2 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCHC | 33.5 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RDW | **15.2 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Platelets | 279 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MPV | 10.3 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Immature Granulocytes | 0.5 | 0.0 - 0.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran # (ANC) | **15.4 (H)** | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Immature Grans (Abs) | **0.09 (H)** | 0.00 - 0.04 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 1.5 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Baso # | 0.04 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| nRBC | 0 | 0 /100 WBC | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran % | **86.3 (H)** | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Lymph % | **8.5 (L)** | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono % | 4.4 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eosinophil % | 0.1 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Basophil % | 0.2 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 09/02/2019 6:15 PM CDT | 09/02/2019 6:22 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

CK - Final result (09/02/2019 6:15 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| CPK | 105 | 20 - 180 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 09/02/2019 6:15 PM CDT | 09/02/2019 6:22 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (09/02/2019 6:15 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Potassium | 5.1 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Comment: *Result may be interfered by visible hemolysis | | | | | | |
| Chloride | 106 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| CO2 | **19 (L)** | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Glucose | 81 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| BUN | 12 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Creatinine | 1.1 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Calcium | 9.3 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Protein | 8.3 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment: *Result may be interfered by visible hemolysis

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Albumin | 4.1 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Bilirubin | **1.2 (H)** | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | 67 | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| AST | 34 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment: *Result may be interfered by visible hemolysis

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| ALT | 23 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Anion Gap | 12 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if non African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 09/02/2019 6:15 PM CDT | 09/02/2019 6:22 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

INFLUENZA A & B BY MOLECULAR - Final result (09/02/2019 6:02 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Influenza A, Molecular | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Influenza B, Molecular | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Flu A & B Source | Nasal swab | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Nasopharyngeal swab (specimen) | Nasopharyngeal swab / Unknown | | 09/02/2019 6:02 PM CDT | 09/02/2019 6:07 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Sam S Langberg, MD | MICROBIOLOGY - GENERAL ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

COLONOSCOPY - Final result (06/24/2019 8:53 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/24/2019 8:53 AM CDT | |

Narrative

**OCHS PROVATION - 06/24/2019 9:23 AM CDT**

Narrative

Kenner
Patient Name: Trina Brown-simmons
Procedure Date: 6/24/2019 8:53 AM
MRN: 8279536
Account Number: 140053373
Date of Birth:
Age: 46
Gender: Female
Attending MD: John A. Evans , MD

| | |
|---|---|
| Procedure: | Colonoscopy |
| Indications: | Rectal bleeding |
| Providers: | John A. Evans, MD, Janeen Holley, RN, Hyllorri D Armant, Technician |
| Referring MD: | Wendy R. Peterson, NP (Referring MD) |
| Complications: | No immediate complications. |
| Medicines: | Monitored Anesthesia Care |
| Procedure: | Pre-Anesthesia Assessment: - Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient is competent. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered and informed consent was obtained. Patient identification and proposed procedure were verified by the physician in the pre-procedure area. Mental Status Examination: alert and oriented. Airway Examination: normal oropharyngeal airway and neck mobility. Respiratory Examination: clear to auscultation. CV Examination: normal. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. The anesthesia plan was to use monitored anesthesia care (MAC). Immediately prior to administration of medications, the patient was re-assessed for adequacy to receive sedatives. The heart rate, respiratory rate, oxygen saturations, blood pressure, adequacy of pulmonary ventilation, and response to care were monitored throughout the procedure. The physical status of the patient was re-assessed after the procedure. After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Olympus scope CF-HQ190L (2637336) was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was adequate. The terminal ileum, ileocecal valve, appendiceal orifice, and rectum were photographed |

Findings:
The perianal and digital rectal examinations were normal.
A few small-mouthed diverticula were found in the sigmoid colon.
The exam was otherwise without abnormality on direct and retroflexion views.

| | |
|---|---|
| Impression: | - Diverticulosis in the sigmoid colon.<br>- The examination was otherwise normal on direct and retroflexion views.<br>- No specimens collected. |
| Recommendation: | - Discharge patient to home.<br>- Resume previous diet.<br>- Repeat colonoscopy in 10 years for screening purposes.<br>- Return to primary care physician at appointment to be scheduled. |

John A. Evans, MD
6/24/2019 9:20:52 AM
This report has been verified and signed electronically.
Number of Addenda: 0
Note Initiated On: 6/24/2019 8:53 AM
Estimated Blood Loss: Estimated blood loss: none.
This report has been verified and signed electronically.

| Authorizing Provider | Result Type |
|---|---|
| Wendy R Peterson, FNP | GI ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROVATION | | | |
| OCHS PROVATION | N/A | | |

TRANSESOPHAGEAL ECHO (TEE) COMPLETE W/DOPPLER (06/04/2019 12:20 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| BSA | 1.95 | m2 | | | OCHS AGFA CV | |

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**06/04/2019 1:36 PM CDT**
**This result has an attachment that is not available.**
· No intracardiac shunt by bubble study
· Normal left ventricular systolic function. The estimated ejection fraction is 55%
· Mild mitral regurgitation.
· Mild tricuspid regurgitation.

Left Ventricle
Normal ejection fraction at 55%. Normal left ventricular cavity size. Normal wall thickness observed. Normal left ventricular diastolic function.

Right Ventricle
Normal cavity size, wall thickness and ejection fraction. Wall motion normal.

Left Atrium
Normal atrial size. . Patent foramen ovale not present. No interatrial septal defect present.

Right Atrium
Normal atrial size.

Mitral Valve
Mild regurgitation.

Tricuspid Valve
Mild regurgitation.

Aortic Valve
No stenosis. No regurgitation.

Study Details
A limited echo was performed using limited 2D and color flow Doppler. During the study the esophageal and transgastric view was captured. Saline (bubble) contrast was used during the study. The probe was inserted by the cardiologist. Anesthesia performed sedation.

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | CV ECHO ORDERABLES |

CTA HEAD AND NECK (XPD) - Final result (06/03/2019 8:18 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Neuro | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**06/03/2019 9:08 AM CDT**

Impressions

There is small regions of encephalomalacia are again seen. The major intracranial vessels are patent without evidence significant stenosis. The lateral PCA arteries on MRA may have been artifactual.

Electronically signed by: Dee Malkerneker, MD
Date: 06/03/2019
Time: 09:08

Narrative

**06/03/2019 9:08 AM CDT**
EXAMINATION:
CTA HEAD AND NECK (XPD)

CLINICAL HISTORY:
history of stroke, MRA motion limited;Personal history of transient ischemic attack (TIA), and cerebral infarction without residual deficits

TECHNIQUE:
Non contrast low dose axial images were obtained through the head. CT angiogram was performed from the level of the carina to the top of the head following the IV administration of 75mL of Omnipaque 350. Sagittal and coronal reconstructions and maximum intensity projection reconstructions were performed. Arterial stenosis percentages are based on NASCET measurement criteria.

COMPARISON:
None

FINDINGS:
The major intracranial vessels are patent without evidence of aneurysmal dilatation. The major intracranial vessels are patent without evidence of significant narrowing.

There is no extra-axial fluid collection, midline shift, mass or mass effect. The calvarium is intact. Again seen are the small region of encephalomalacia in the right posterior cerebellar lobe.

Procedure Note

**Dee Malkerneker, MD - 06/03/2019**
Formatting of this note might be different from the original.
EXAMINATION:
CTA HEAD AND NECK (XPD)

CLINICAL HISTORY:
history of stroke, MRA motion limited;Personal history of transient ischemic attack (TIA), and cerebral infarction without residual deficits

TECHNIQUE:
Non contrast low dose axial images were obtained through the head. CT angiogram was performed from the level of the carina to the top of the head following the IV administration of 75mL of Omnipaque 350. Sagittal and coronal reconstructions and maximum intensity projection reconstructions were performed. Arterial stenosis percentages are based on NASCET measurement criteria.

COMPARISON:
None

FINDINGS:
The major intracranial vessels are patent without evidence of aneurysmal dilatation. The major intracranial vessels are patent without evidence of significant narrowing.

There is no extra-axial fluid collection, midline shift, mass or mass effect. The calvarium is intact. Again seen are the small region of encephalomalacia in the right posterior cerebellar lobe.

Impression:

There is small regions of encephalomalacia are again seen. The major intracranial vessels are patent without evidence significant stenosis. The lateral PCA arteries on MRA may have been artifactual.

Electronically signed by:Dee Malkerneker, MD
Date:06/03/2019
Time:09:08

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | IMG CT ORDERABLES |

**(ABNORMAL) CBC WITHOUT DIFFERENTIAL - Final result (05/30/2019 8:20 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 8.97 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 4.80 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hemoglobin | 12.9 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | 37.6 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **78 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **26.9 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 34.3 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.0 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | 350 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 9.9 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/30/2019 8:20 AM CDT | 05/30/2019 8:29 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

APTT - Final result (05/30/2019 8:20 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| aPTT | 26.5 | 21.0 - 32.0 sec | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment: aPTT therapeutic range = 39-69 seconds

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/30/2019 8:20 AM CDT | 05/30/2019 8:29 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

PROTIME-INR - Final result (05/30/2019 8:20 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Prothrombin Time | 10.1 | 9.0 - 12.5 sec | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| INR | 1.0 | 0.8 - 1.2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/30/2019 8:20 AM CDT | 05/30/2019 8:29 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) BASIC METABOLIC PANEL - Final result (05/30/2019 8:20 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Chloride | 109 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| CO2 | 24 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Glucose | 95 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| BUN | 12 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Calcium | 9.4 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Anion Gap | **6 (L)** | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/30/2019 8:20 AM CDT | 05/30/2019 8:29 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

HEMOGLOBIN ELECTROPHORESIS,HGB A2 QUAN. - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hgb A2 Quant | 3.2 | 2.2 - 3.2 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hemoglobin Bands | Hb A and Hb C Hb A2 | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hemoglobin Electrophoresis Interp | See comment | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Interpreted by Elise A. Occhipinti, M.D.
There are prominent bands in the A and C positions,
measuring approximately 66 % and 30 % respectively.  This
pattern suggests hemoglobin C trait, provided that there is no
history of recent RBC transfusion.  Await acid electrophoresis
for confirmation of hemoglobin C.
Note:  The ratio of A to C bands is slightly atypical for
uncomplicated C trait.  A coexistent alpha thalassemia trait is
possible.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/25/2019 9:51 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

ACID HEMOGLOBIN ELECTROPHORESIS - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Hemoglobin Bands | Hb A and C are confirmed. | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment: Interpreted by Elise A. Occhipinti, M.D.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| | | | 05/24/2019 6:11 PM CDT | 05/25/2019 9:51 AM CDT |

| Authorizing Provider | Result Type |
| --- | --- |
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) LIPOPROTEIN A (LPA) (LIPOPROTEIN A (LPA)) - Final result (05/24/2019 6:11 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Lipoprotein (a) | **78 (H)** | 0 - 30 mg/dL | | | WARDE MCL REFERENCE LAB | |

Comment:

```
Levels greater than 30 mg/dL correlate with an increased
risk for coronary heart disease.  Utermann, G., Et Al,
Proc. Natl. Acad. Sci. USA 86:4171-4174 (1989).
Test performed at Warde Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108      800-876-6522
William G. Finn, MD  - Medical Director
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/24/2019 6:11 PM CDT |

| Authorizing Provider | Result Type |
| --- | --- |
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| WARDE MCL REFERENCE LAB | 300 West Textile Road | ANN ARBOR, MI 48108 | |

BETA-2 GLYCOPROTEIN ANTIBODIES - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Beta-2 Glyco 1 IgG | <9 | <=20 SGU | | | WARDE MCL REFERENCE LAB | |
| Beta-2 Glyco 1 IgM | <9 | <=20 SMU | | | WARDE MCL REFERENCE LAB | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Beta-2 Glyco 1 IgA | <9 | <=20 SAU | | | WARDE MCL REFERENCE LAB | |

Comment:
```
Test performed at Warde Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108      800-876-6522
William G. Finn, MD  - Medical Director
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/24/2019 6:11 PM CDT |

| Authorizing Provider | Result Type |
| --- | --- |
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| WARDE MCL REFERENCE LAB | 300 West Textile Road | ANN ARBOR, MI 48108 | |

PROTEIN S ACTIVITY (PROTEIN S FUNCTIONAL ACTIVITY) - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Protein S Activity | 73 | 70 - 140 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
Functional studies for Protein C and Protein S could be
affected by the presence of a lupus anticoagulant. Further
testing is suggested if clinically indicated.
Protein C and Protein S are vitamin K-dependent proteins. They
will be decreased in patients on oral anticoagulant therapy.
These assays should be repeated after oral anticoagulant
(i.e. Coumadin) therapy has been discontinued for at least
10-14 days.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/27/2019 8:19 AM CDT |

| Authorizing Provider | Result Type |
| --- | --- |
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) PROTEIN C ACTIVITY (PROTEIN C FUNCTIONAL ACTIVITY) - Final result (05/24/2019 6:11 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Protein C Activity | **143 (H)** | 70 - 140 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
Functional studies for Protein C and Protein S could be
affected by the presence of a lupus anticoagulant. Further
testing is suggested if clinically indicated.
Protein C and Protein S are vitamin K-dependent proteins. They
will be decreased in patients on oral anticoagulant therapy.
These assays should be repeated after oral anticoagulant
(i.e. Coumadin) therapy has been discontinued for at least
10-14 days.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/27/2019 8:19 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

CARDIOLIPIN ANTIBODY (ANTIPHOSPHOLIPID AB (ANTICARDIOLIPIN)) - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| APA Isotype IgG | <9.40 | 0.00 - 14.99 GPL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
IgG Anticardiolipin Antibody:
15 - 20 GPL   Indeterminate
21 - 80 GPL   Low to Medium Positive
>80 GPL      High Positive
The following results were obtained with the INOVA QUANTA
Lite ACA IgG III ELISA. Cardiolipin IgG values obtained with
different manufacturers' assay methods may not be used
interchangeably. The magnitude of the reported IgG levels
cannot be correlated to an endpoint titer.
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| APA Isotype IgM | <9.40 | 0.00 - 12.49 MPL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:

```
IgM Anticardiolipin Antibody
12.5 - 20 MPL Indeterminate
21 - 80 MPL    Low to Medium Positive
>80 MPL      High Positive
The following results were obtained with the INOVA QUANTA
Lite ACA IgM III ELISA. Cardiolipin IgM values obtained with
different manufacturers' assay methods may not be used
interchangeably. The magnitude of the reported IgM levels
cannot be correlated to an endpoint titer.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/25/2019 9:53 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

DRVVT (LUPUS ANTICOAGULANT (DRVVT)) - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| DRVVT, Lupus Anticoagulant | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/27/2019 8:19 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

ANTITHROMBIN III - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Antithrombin III | 100 | 83 - 118 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Therapeutic doses of oral direct factor Xa inhibitors may
cause erroneously increased antithrombin activities.
Correlate clinically.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/27/2019 8:20 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) C-REACTIVE PROTEIN - Final result (05/24/2019 6:11 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| CRP | **11.7 (H)** | 0.0 - 8.2 mg/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/24/2019 6:11 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

CREATININE SERUM (CREATININE, SERUM) - Final result (05/24/2019 6:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Creatinine | 1.1 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
```
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:11 PM CDT | 05/24/2019 6:11 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

HOMOCYSTEINE (HOMOCYSTEINE, SERUM) - Final result (05/24/2019 6:09 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Homocysteine | 9.9 | 4.0 - 15.5 umol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/24/2019 6:09 PM CDT | 05/25/2019 9:52 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Tanya Kapoor-Maini | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

POCT GLUCOSE, HAND-HELD DEVICE - Final result (05/10/2019 3:38 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POC Glucose | 75 | 70 - 110 MG/DL | | | | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/10/2019 3:38 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Historical Provider | POINT OF CARE TEST ORDERABLES |

POCT GLUCOSE - Final result (05/10/2019 3:22 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Glucose | 75 | 70 - 110 mg/dL | | | UNIPOC | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | Blood specimen / Unknown | | 05/10/2019 3:22 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| UNIPOC | | | |
| UNIPOC | N/A | | |

EKG 12-LEAD - Final result (05/10/2019 3:19 PM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/10/2019 3:19 PM CDT | |

Narrative

```
OCHS GE MUSE - 05/12/2019 7:47 PM CDT
Test Reason :

Vent. Rate : 080 BPM     Atrial Rate : 080 BPM
  P-R Int : 114 ms          QRS Dur : 068 ms
   QT Int : 366 ms       P-R-T Axes : 044 068 053 degrees
  QTc Int : 422 ms

Normal sinus rhythm
Normal ECG
When compared with ECG of 10-MAY-2019 13:36,
No significant change was found
Confirmed by Ferris MD, Samuel (59) on 5/12/2019 7:47:00 PM

Referred By: AAAREFERR
SELF           Confirmed By:Samuel Ferris MD
```

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

EKG 12-LEAD - Final result (05/10/2019 1:36 PM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/10/2019 1:36 PM CDT | |

Narrative

```
OCHS GE MUSE - 05/10/2019 6:45 PM CDT
Test Reason : R42,

Vent. Rate : 077 BPM     Atrial Rate : 077 BPM
  P-R Int : 114 ms          QRS Dur : 068 ms
   QT Int : 368 ms       P-R-T Axes : 021 039 027 degrees
  QTc Int : 416 ms

Normal sinus rhythm
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 06-MAY-2019 14:20,
No significant change was found
Confirmed by Ferris MD, Samuel (59) on 5/10/2019 6:45:24 PM

Referred By: AAAREFERR
SELF           Confirmed By:Samuel Ferris MD
```

| Authorizing Provider | Result Type |
|---|---|
| Nicole Mae S Mercado, PA-C | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

EKG 12-LEAD - Final result (05/10/2019 12:00 AM CDT)

Narrative

**This result has an attachment that is not available.**

| Authorizing Provider | Result Type |
|---|---|
| HISTORICAL PROVIDER | ECG ORDERABLES |

XR CHEST AP PORTABLE - Final result (05/06/2019 4:26 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**05/06/2019 4:44 PM CDT**

No acute finding

Electronically signed by: Julie Sossaman, MD
Date: 05/06/2019
Time: 16:44

Narrative

**05/06/2019 4:44 PM CDT**
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
extremity numbness;

TECHNIQUE:
Single frontal view of the chest was performed.

COMPARISON:
July 2018

FINDINGS:
Heart size is not enlarged. Pulmonary vascularity is not increased. No large volume of pleural fluid is present on this single view. The lung fields are clear. The osseous structures are intact.

Procedure Note

**Julie G Sossaman, MD - 05/06/2019**

Procedure Note

Formatting of this note might be different from the original.
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
extremity numbness;

TECHNIQUE:
Single frontal view of the chest was performed.

COMPARISON:
July 2018

FINDINGS:
Heart size is not enlarged. Pulmonary vascularity is not increased. No large volume of pleural fluid is present on this single view. The lung fields are clear. The osseous structures are intact.

IMPRESSION:

No acute finding

Electronically signed by:Julie Sossaman, MD
Date:05/06/2019
Time:16:44

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

MRI BRAIN ISCHEMIC INTER PRO INCL MRA W/O CONTRAST (MRI BRAIN ISCHEMIC INTERVENTIONAL PROTOCOL INCL MRA W/O CONTRAST) - Edited Result - FINAL (05/06/2019 2:49 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Head | | Magnetic Resonance |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Addenda

**Addendum on 05/10/2019 11:58 AM CDT**

Please note error within technique which should read: By separate
acquisition 3D noncontrast MRA of the head was performed with multiple 3D
MIP reformations

Electronically signed by: Noah Emerson, DO
Date: 05/10/2019
Time: 11:56

Impressions

**05/06/2019 2:58 PM CDT**

MRI brain: Small right inferior cerebellar encephalomalacia most compatible prior infarction.

Otherwise unremarkable noncontrast MRI brain as detailed above specifically without evidence for acute infarction..

MRA head: Motion limited MRA head with moderate to high-grade narrowing of the P2 segments of the PCA bilaterally which may be artifactual.

Otherwise unremarkable motion limited MRA head as detailed above specifically without evidence for proximal occlusion.

Electronically signed by: Noah Emerson, DO
Date: 05/06/2019
Time: 14:58

Narrative

**05/06/2019 2:58 PM CDT**
EXAMINATION:
MRI BRAIN ISCHEMIC INTERVENTIONAL PROTOCOL INCL MRA W/O CONTRAST

CLINICAL HISTORY:
Stroke;

TECHNIQUE:
Axial diffusion, axial FLAIR and axial gradient imaging of the whole brain without contrast. In addition axial source noncontrast 3D time-of-flight MRA head with 3 dimensional MIPS reformatted images.

COMPARISON:
Noncontrast CT head earlier same day

FINDINGS:
MRI brain: There is no restricted diffusion to suggest acute infarction. Ventricles normal without hydrocephalus. There is no midline shift or mass effect. Small focus of encephalomalacia right inferior cerebellum most compatible with remote infarction.. There is no abnormal parenchymal susceptibility to suggest parenchymal hemorrhage.

MRA head: Study limited by patient motion. Anterior circulation: Allowing for limitation the distal cervical, petrous cavernous and supraclinoid segments of the ICAs as well as the anterior middle cerebral arteries are patent without high-grade proximal stenosis.

Posterior circulation: The distal vertebral arteries, and basilar artery are patent there is bilateral posterior communicating arteries. Please note there is limitation of the P2 segments of the PCA secondary to motion with questionable duct high-grade narrowing.

Case discussed with Dr. Stephen's on 05/06/2019 at 14:50. This report was flagged in Epic as abnormal.

Procedure Note

**Noah Emerson, DO - 05/06/2019**

Procedure Note

Formatting of this note might be different from the original.
EXAMINATION:
MRI BRAIN ISCHEMIC INTERVENTIONAL PROTOCOL INCL MRA W/O CONTRAST

CLINICAL HISTORY:
Stroke;

TECHNIQUE:
Axial diffusion, axial FLAIR and axial gradient imaging of the whole brain without contrast. In addition axial source noncontrast 3D time-of-flight MRA head with 3 dimensional MIPS reformatted images.

COMPARISON:
Noncontrast CT head earlier same day

FINDINGS:
MRI brain: There is no restricted diffusion to suggest acute infarction. Ventricles normal without hydrocephalus. There is no midline shift or mass effect. Small focus of encephalomalacia right inferior cerebellum most compatible with remote infarction.. There is no abnormal parenchymal susceptibility to suggest parenchymal hemorrhage.

MRA head: Study limited by patient motion. Anterior circulation: Allowing for limitation the distal cervical, petrous cavernous and supraclinoid segments of the ICAs as well as the anterior middle cerebral arteries are patent without high-grade proximal stenosis.

Posterior circulation: The distal vertebral arteries, and basilar artery are patent there is bilateral posterior communicating arteries. Please note there is limitation of the P2 segments of the PCA secondary to motion with questionable duct high-grade narrowing.

Case discussed with Dr. Stephen's on 05/06/2019 at 14:50. This report was flagged in Epic as abnormal.

IMPRESSION:

MRI brain: Small right inferior cerebellar encephalomalacia most compatible prior infarction.

Otherwise unremarkable noncontrast MRI brain as detailed above specifically without evidence for acute infarction..

MRA head: Motion limited MRA head with moderate to high-grade narrowing of the P2 segments of the PCA bilaterally which may be artifactual.

Otherwise unremarkable motion limited MRA head as detailed above specifically without evidence for proximal occlusion.

Electronically signed by:Noah Emerson, DO
Date:05/06/2019
Time:14:58

| Authorizing Provider | Result Type |
|---|---|
| Isabel V Stephens, MD | IMG MRI ORDERABLES |

POCT GLUCOSE - Final result (05/06/2019 2:31 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Glucose | 85 | 70 - 110 mg/dL | | | UNIPOC | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | Blood specimen / Unknown | | 05/06/2019 2:31 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| UNIPOC | | | |
| UNIPOC | N/A | | |

**(ABNORMAL) POCT GLUCOSE - Final result (05/06/2019 2:29 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Glucose | **54 (L)** | 70 - 110 mg/dL | | | UNIPOC | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | Blood specimen / Unknown | | 05/06/2019 2:29 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| UNIPOC | | | |
| UNIPOC | N/A | | |

PROTIME-INR - Final result (05/06/2019 2:29 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Prothrombin Time | 10.1 | 9.0 - 12.5 sec | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| INR | 1.0 | 0.8 - 1.2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/06/2019 2:29 PM CDT | 05/06/2019 2:52 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

TSH - Final result (05/06/2019 2:29 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| TSH | 0.644 | 0.400 - 4.000 uIU/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/06/2019 2:29 PM CDT | 05/06/2019 2:52 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

LIPID PANEL - Final result (05/06/2019 2:29 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cholesterol | 192 | 120 - 199 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High.............200-239 mg/dL
High........................> or = 240 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Triglycerides | 109 | 30 - 150 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High.............150-199 mg/dL
High........................200-499 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL | 42 | 40 - 75 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40 mg/dL
Optimal...........>60 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LDL Cholesterol | 128.2 | 63.0 - 159.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal.......................<130 mg/dL
Borderline High...............130-159 mg/dL
High..........................160-189 mg/dL
Very High.....................>190 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL/Cholesterol Ratio | 21.9 | 20.0 - 50.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Cholesterol/HDL Ratio | 4.6 | 2.0 - 5.0 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Non-HDL Cholesterol | 150 | mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal     <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal     <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal     <190 mg/dL
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/06/2019 2:29 PM CDT | 05/06/2019 2:52 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (05/06/2019 2:29 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Potassium | 5.0 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Comment: *Result may be interfered by visible hemolysis | | | | | | |
| Chloride | 108 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| CO2 | **21 (L)** | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Glucose | 80 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| BUN | 11 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Calcium | 9.9 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Protein | 8.4 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Comment: *Result may be interfered by visible hemolysis | | | | | | |
| Albumin | 4.0 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Bilirubin | 0.6 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | 63 | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| AST | 35 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Comment: *Result may be interfered by visible hemolysis | | | | | | |
| ALT | 22 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Anion Gap | 11 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if non African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/06/2019 2:29 PM CDT | 05/06/2019 2:52 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (05/06/2019 2:28 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 10.06 | 3.90 - 12.70 K/ uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RBC | 5.21 | 4.00 - 5.40 M/ uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | 13.8 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hematocrit | 39.9 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCV | **77 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCH | **26.5 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCHC | 34.6 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RDW | **15.6 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Platelets | 326 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MPV | 10.3 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran # (ANC) | 6.7 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 2.8 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Baso # | 0.05 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| nRBC | 0 | 0 /100 WBC | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran % | 66.5 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Lymph % | 28.0 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono % | **3.7 (L)** | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eosinophil % | 1.1 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Basophil % | 0.5 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/06/2019 2:28 PM CDT | 05/06/2019 2:52 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Christopher M Voigt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

EKG 12-LEAD - Final result (05/06/2019 2:20 PM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| | | | 05/06/2019 2:20 PM CDT | |

Narrative

```
OCHS GE MUSE - 05/06/2019 3:33 PM CDT
Test Reason : R20.0,

Vent. Rate : 093 BPM     Atrial Rate : 093 BPM
  P-R Int : 116 ms          QRS Dur : 068 ms
   QT Int : 346 ms       P-R-T Axes : 046 039 037 degrees
  QTc Int : 430 ms

Normal sinus rhythm
Normal ECG
When compared with ECG of 13-NOV-2018 10:24,
No significant change was found
Confirmed by RICH MD, GARY (230) on 5/6/2019 3:33:36 PM

Referred By: BENJAMIN AZAN           Confirmed By:GARY RICH MD
```

| Authorizing Provider | Result Type |
| --- | --- |
| Christopher M Voigt, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

CT HEAD WO CONTRAST (CT HEAD WITHOUT CONTRAST) - Final result (05/06/2019 2:14 PM CDT)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| Head | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |

Impressions

```
05/06/2019 2:19 PM CDT

1. Hypoattenuation within the periphery of the inferior right cerebellum, suggests encephalomalacia,
possibly from remote infarcts however in the absence of previous exams comparison, remains age
indeterminate.  Clinical correlation is advised in this patient with history of sensation loss.


Electronically signed by: Jason Giardina, MD
Date: 05/06/2019
Time: 14:19
```

Narrative

**05/06/2019 2:19 PM CDT**

Narrative

```
EXAMINATION:
CT HEAD WITHOUT CONTRAST

CLINICAL HISTORY:
Sensation loss;

TECHNIQUE:
Low dose axial images were obtained through the head.  Coronal and sagittal reformations were also
performed. Contrast was not administered.

COMPARISON:
None.

FINDINGS:
There is no evidence of acute major vascular territory infarct, hemorrhage, or mass.  There is
encephalomalacia within the periphery of the inferior right cerebellum.  There is no hydrocephalus.
 There are no abnormal extra-axial fluid collections.  The paranasal sinuses and mastoid air cells are
clear, and there is no evidence of calvarial fracture.  The visualized soft tissues are unremarkable.
```

Procedure Note

**Jason F Giardina, MD, Ph.D - 05/06/2019**
Formatting of this note might be different from the original.
EXAMINATION:
CT HEAD WITHOUT CONTRAST

CLINICAL HISTORY:
Sensation loss;

TECHNIQUE:
Low dose axial images were obtained through the head. Coronal and sagittal reformations were also performed. Contrast was not administered.

COMPARISON:
None.

FINDINGS:
There is no evidence of acute major vascular territory infarct, hemorrhage, or mass. There is encephalomalacia within the periphery of the inferior right cerebellum. There is no hydrocephalus. There are no abnormal extra-axial fluid collections. The paranasal sinuses and mastoid air cells are clear, and there is no evidence of calvarial fracture. The visualized soft tissues are unremarkable.

IMPRESSION:

1. Hypoattenuation within the periphery of the inferior right cerebellum, suggests encephalomalacia, possibly from remote infarcts however in the absence of previous exams comparison, remains age indeterminate. Clinical correlation is advised in this patient with history of sensation loss.

Electronically signed by:Jason Giardina, MD
Date:05/06/2019
Time:14:19

| Authorizing Provider | Result Type |
|---|---|
| Benjamin M Azan, MD | IMG CT ORDERABLES |

EKG 12-LEAD - Final result (05/06/2019 12:00 AM CDT)

Narrative

**This result has an attachment that is not available.**

| Authorizing Provider | Result Type |
|---|---|
| HISTORICAL PROVIDER | ECG ORDERABLES |

POCT URINE QUALITATIVE DIPSTICK (POCT URINALYSIS, DIPSTICK OR TABLET REAGENT, AUTOMATED, WITH MICROSCOP) - Final result (04/22/2019 11:03 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Color, UA | yellow | | | | | |
| Spec Grav UA | 1,015 | | | | | |
| pH, UA | 5 | | | | | |
| WBC, UA | trace | | | | | |
| Nitrite, UA | neg | | | | | |
| Protein, POC | neg | | | | | |
| Glucose, UA | neg | | | | | |
| Ketones, UA | neg | | | | | |
| Urobilinogen, UA | neg | | | | | |
| Bilirubin, POC | neg | | | | | |
| Blood, UA | neg | | | | | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | Urine specimen / Unknown | | 04/22/2019 11:03 AM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Jamila B. Mathews | POINT OF CARE TEST ORDERABLES |

US RETROPERITONEAL LIMITED - Final result (04/16/2019 9:24 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Abdomen | | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**04/16/2019 9:29 PM CDT**

1. No acute renal abnormality.
2. Findings suggesting hepatic steatosis, correlation with LFTs advised.

Electronically signed by: Jason Giardina, MD
Date: 04/16/2019
Time: 21:29

Narrative

**04/16/2019 9:29 PM CDT**

EXAMINATION:
US RETROPERITONEAL LIMITED

CLINICAL HISTORY:
Unspecified abdominal pain

TECHNIQUE:
Real-time sonography was performed of the kidneys.

COMPARISON:
CT 10/12/2017

FINDINGS:
The right kidney measures approximately 9.3 cm without cortical thinning or significant loss of corticomedullary distinction. Renal perfusion is somewhat decreased however may be on the basis of technique and habitus. Resistive index measures 0.52. No hydronephrosis or nephrolithiasis.

The left kidney measures approximately 10.2 cm without hydronephrosis or nephrolithiasis. No significant renal cortical thinning or loss of corticomedullary distinction. Resistive index measures 0.55. Perfusion is adequate.

The urinary bladder is decompressed, limiting evaluation, no urinary bladder wall thickening.

The liver is echogenic suggesting steatosis.

Procedure Note

**Jason F Giardina, MD, Ph.D - 04/16/2019**
Formatting of this note might be different from the original.
EXAMINATION:
US RETROPERITONEAL LIMITED

CLINICAL HISTORY:
Unspecified abdominal pain

TECHNIQUE:
Real-time sonography was performed of the kidneys.

COMPARISON:
CT 10/12/2017

FINDINGS:
The right kidney measures approximately 9.3 cm without cortical thinning or significant loss of corticomedullary distinction. Renal perfusion is somewhat decreased however may be on the basis of technique and habitus. Resistive index measures 0.52. No hydronephrosis or nephrolithiasis.

The left kidney measures approximately 10.2 cm without hydronephrosis or nephrolithiasis. No significant renal cortical thinning or loss of corticomedullary distinction. Resistive index measures 0.55. Perfusion is adequate.

The urinary bladder is decompressed, limiting evaluation, no urinary bladder wall thickening.

The liver is echogenic suggesting steatosis.

IMPRESSION:

1. No acute renal abnormality.
2. Findings suggesting hepatic steatosis, correlation with LFTs advised.

Electronically signed by:Jason Giardina, MD
Date:04/16/2019
Time:21:29

| Authorizing Provider | Result Type |
| --- | --- |
| Aaron M Webb, PA-C | IMG US ORDERABLES |

**(ABNORMAL) URINALYSIS, REFLEX TO URINE CULTUREEFLEX URINE CULTURE (URINALYSIS, REFLEX TO URINE CULTURE) - Final result (04/16/2019 8:46 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| Specimen UA | Urine, Clean Catch | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Color, UA | Yellow | Yellow, Straw, Amber | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Appearance, UA | **Hazy (A)** | Clear | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| pH, UA | 5.0 | 5.0 - 8.0 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Specific Gravity, UA | 1.025 | 1.005 - 1.030 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Protein, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Ketones, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Bilirubin (UA) | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Occult Blood UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Nitrite, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Urobilinogen, UA | Negative | <2.0 EU/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Leukocytes, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | Urine specimen / Unknown | | 04/16/2019 8:46 PM CDT | 04/16/2019 9:11 PM CDT |

Narrative

**OCHSNER MEDICAL CENTER - WESTBANK CAMPUS - 04/16/2019 9:29 PM CDT**
Preferred Collection Type->Urine, Clean Catch

| Authorizing Provider | Result Type |
|---|---|
| Adam P Fleming, FNP | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (04/16/2019 8:35 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 10.93 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 4.76 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hemoglobin | 12.5 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | 37.7 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **79 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **26.3 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 33.2 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **14.9 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | 325 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 10.4 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | 5.6 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 4.6 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.6 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 51.1 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 41.8 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 5.1 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 1.8 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.2 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 04/16/2019 8:35 PM CDT | 04/16/2019 8:42 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Adam P Fleming, FNP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

COMPREHENSIVE METABOLIC PANEL - Final result (04/16/2019 8:35 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Chloride | 104 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| CO2 | 27 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Glucose | 89 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| BUN | 12 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Calcium | 9.4 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Protein | 7.7 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Albumin | 3.8 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Bilirubin | 0.5 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:
For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | 72 | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| AST | 28 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| ALT | 24 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Anion Gap | 9 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 04/16/2019 8:35 PM CDT | 04/16/2019 8:42 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Aaron M Webb, PA-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (02/15/2019 10:36 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 9.03 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RBC | 5.08 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hemoglobin | 13.0 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hematocrit | 40.1 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCV | **79 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCH | **25.6 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCHC | 32.4 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RDW | **14.6 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Platelets | **366 (H)** | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MPV | 10.9 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran # (ANC) | 5.2 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 3.2 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Baso # | 0.04 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| nRBC | 0 | 0 /100 WBC | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran % | 57.8 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Lymph % | 35.5 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono % | 4.2 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eosinophil % | 1.9 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Basophil % | 0.4 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 02/15/2019 10:36 AM CST | 02/15/2019 5:24 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) VITAMIN D - Final result (02/15/2019 10:36 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Vit D, 25-Hydroxy | **17 (L)** | 30 - 96 ng/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Vitamin D deficiency.........<10 ng/mL
Vitamin D insufficiency......10-29 ng/mL
Vitamin D sufficiency........> or equal to 30 ng/mL
Vitamin D toxicity............>100 ng/mL
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 02/15/2019 10:36 AM CST | 02/15/2019 5:37 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

HEMOGLOBIN A1C - Final result (02/15/2019 10:36 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin A1C | 5.1 | 4.0 - 5.6 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:
```
ADA Screening Guidelines:
5.7-6.4%  Consistent with prediabetes
>or=6.5%  Consistent with diabetes
High levels of fetal hemoglobin interfere with the HbA1C
assay. Heterozygous hemoglobin variants (HbS, HgC, etc)do
not significantly interfere with this assay.
However, presence of multiple variants may affect accuracy.
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Estimated Avg Glucose | 100 | 68 - 131 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 02/15/2019 10:36 AM CST | 02/15/2019 5:37 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

LIPID PANEL - Final result (02/15/2019 10:36 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cholesterol | 196 | 120 - 199 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High............200-239 mg/dL
High........................> or = 240 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Triglycerides | 75 | 30 - 150 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High............150-199 mg/dL
High........................200-499 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL | 44 | 40 - 75 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40 mg/dL
Optimal...........>60 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LDL Cholesterol | 137.0 | 63.0 - 159.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal.......................<130 mg/dL
Borderline High...............130-159 mg/dL
High..........................160-189 mg/dL
Very High.....................>190 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL/Cholesterol Ratio | 22.4 | 20.0 - 50.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Cholesterol/HDL Ratio | 4.5 | 2.0 - 5.0 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Non-HDL Cholesterol | 152 | mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal      <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal      <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal      <190 mg/dL
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 02/15/2019 10:36 AM CST | 02/15/2019 5:38 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (02/15/2019 10:36 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Chloride | 106 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| CO2 | 26 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Glucose | 85 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| BUN | 16 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Calcium | 9.8 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Protein | 7.7 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Albumin | 3.9 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Bilirubin | 0.6 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:
For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | 69 | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| AST | 29 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| ALT | 31 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Anion Gap | **7 (L)** | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if African American | >60.0 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if non African American | >60.0 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 02/15/2019 10:36 AM CST | 02/15/2019 5:38 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

XR KNEE 3 VW RIGHT (XR KNEE 3 VIEW RIGHT) - Final result (02/04/2019 4:02 PM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Knee | Right | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**02/04/2019 4:19 PM CST**

No evidence for acute fracture, bone destruction, or dislocation.

Electronically signed by: Adam Dowling, MD
Date: 02/04/2019
Time: 16:19

Narrative

**02/04/2019 4:19 PM CST**
EXAMINATION:
XR KNEE 3 VIEW RIGHT

CLINICAL HISTORY:
Unspecified injury of unspecified lower leg, initial encounter

TECHNIQUE:
AP, lateral, and Merchant views of the right knee were performed.

COMPARISON:
None

FINDINGS:
The bones are intact. There is no evidence for acute fracture or bone destruction. Joint spaces are well maintained. Soft tissues are unremarkable.

Procedure Note

**Adam M Dowling, MD - 02/04/2019**
Formatting of this note might be different from the original.
EXAMINATION:
XR KNEE 3 VIEW RIGHT

CLINICAL HISTORY:
Unspecified injury of unspecified lower leg, initial encounter

TECHNIQUE:
AP, lateral, and Merchant views of the right knee were performed.

COMPARISON:
None

FINDINGS:
The bones are intact. There is no evidence for acute fracture or bone destruction. Joint spaces are well maintained. Soft tissues are unremarkable.

IMPRESSION:

No evidence for acute fracture, bone destruction, or dislocation.

Electronically signed by:Adam Dowling, MD
Date:02/04/2019
Time:16:19

| Authorizing Provider | Result Type |
|---|---|
| Adam P Fleming, FNP | IMG DIAGNOSTIC IMAGING ORDERABLES |

EKG 12-LEAD - Final result (11/13/2018 10:24 AM CST)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/13/2018 10:24 AM CST | |

Narrative

```
OCHS GE MUSE - 11/20/2018 6:19 PM CST
Test Reason : I34.1,R55,R06.09,I10,
Blood Pressure : ***/*** mmHG
Vent. Rate : 093 BPM     Atrial Rate : 093 BPM
  P-R Int : 114 ms          QRS Dur : 066 ms
   QT Int : 340 ms       P-R-T Axes : 012 008 057 degrees
  QTc Int : 422 ms

Normal sinus rhythm
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 24-JUL-2018 20:25,
No significant change was found
Confirmed by Ferris MD, Samuel (59) on 11/20/2018 6:19:50 PM

Referred By:  FERRIS           Confirmed By:Samuel Ferris MD
```

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

2D ECHO WITH COLOR FLOW DOPPLER - Final result (08/01/2018 10:00 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| EF + QEF | 60 | 55 - 65 | | | OCHS CVIS | |
| Mitral Valve Regurgitation | TRIVIAL | | | | OCHS CVIS | |
| Diastolic Dysfunction | No | | | | OCHS CVIS | |
| Est. PA Systolic Pressure | 26.81 | | | | OCHS CVIS | |
| Tricuspid Valve Regurgitation | TRIVIAL TO MILD | | | | OCHS CVIS | |

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Ultrasound |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 08/01/2018 10:00 AM CDT | |

Narrative

**08/01/2018 12:34 PM CDT**

Narrative

Date of Procedure: 08/01/2018

TEST DESCRIPTION

Aorta: The aortic root is normal in size, measuring 2.3 cm at sinotubular junction and 2.6 cm at Sinuses of Valsalva. The proximal ascending aorta is normal in size, measuring 2.4 cm across.

Left Atrium: The left atrial volume index is normal, measuring 11.90 cc/m2.

Left Ventricle: The left ventricle is normal in size, with an end-diastolic diameter of 3.0 cm, and an end-systolic diameter of 2.0 cm. LV wall thickness is normal, with the septum measuring 0.9 cm and the posterior wall measuring 1.1 cm across. Relative
wall thickness was increased at 0.73, and the LV mass index was 46.5 g/m2 consistent with concentric remodeling. There are no regional wall motion abnormalities. Left ventricular systolic function appears normal. Visually estimated ejection fraction is
60-65%. The LV Doppler derived stroke volume equals 59.0 ccs.

Diastolic indices: E wave velocity 0.9 m/s, E/A ratio 1.3, DT 211 msec., E/e' ratio(avg) 9. Diastolic function is normal.

Right Atrium: The right atrium is normal in size, measuring 3.2 cm in length and 2.7 cm in width in the apical view.

Right Ventricle: The right ventricle is normal in size measuring 2.9 cm at the base in the apical right ventricle-focused view. Global right ventricular systolic function appears normal. Tricuspid annular plane systolic excursion (TAPSE) is 2.1 cm.
Tissue Doppler-derived tricuspid annular peak systolic velocity (S prime) is 12.0 cm/s. The estimated PA systolic pressure is 27 mmHg.

Mitral Valve: There is trivial mitral regurgitation.

Tricuspid Valve: There is trivial to mild tricuspid regurgitation.

IVC: IVC is normal in size and collapses > 50% with a sniff, suggesting normal right atrial pressure of 3 mmHg.

Intracavitary: There is no evidence of pericardial effusion, intracavity mass, thrombi, or vegetation.

CONCLUSIONS
1 - Normal left ventricular systolic function (EF 60-65%).
2 - Concentric remodeling.
3 - Trivial mitral regurgitation.
4 - Trivial to mild tricuspid regurgitation.

This document has been electronically
SIGNED BY: Samuel Ferris, MD On: 08/01/2018 12:27

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | CV ECHO ORDERABLES |

HOLTER MONITOR - 24 HOUR - Final result (08/01/2018 9:30 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Other |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 08/01/2018 9:30 AM CDT | |

Narrative

**08/02/2018 4:14 PM CDT**

Narrative

Date of Procedure: 08/01/2018

PRE-TEST DATA
The diary was not returned.

TEST DESCRIPTION
PREDOMINANT RHYTHM
1. Sinus rhythm with heart rates varying between 67 and 160 bpm with an average of 103 bpm.

VENTRICULAR ARRHYTHMIAS
1. There were very rare PVCs recorded totalling 3 and averaging less than 1 per hour.

2. There were no episodes of ventricular tachycardia.

SUPRA VENTRICULAR ARRHYTHMIAS
1. There were very rare PACs recorded totalling 11 and averaging less than 1 per hour.

2. There were no episodes of sustained supraventricular tachycardia.

SINUS NODE FUNCTION
1. There was no evidence of high grade SA nodal block.

AV CONDUCTION
1. There was no evidence of high grade AV block.

DIARY
1. The diary was not returned

MISCELLANEOUS
1. There were rare hookup related artifacts. Overall, the study was of good quality.

2. This was a tape of adequate length (24 hrs).

This document has been electronically
SIGNED BY: Samuel Ferris, MD On: 08/02/2018 16:10

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | CV CARDIAC SERVICES ORDERABLES |

CTA CHEST NON CORONARY - Final result (07/24/2018 10:05 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest, Neck, Vascular | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**07/24/2018 10:20 PM CDT**

1. No evidence of pulmonary thromboembolism through the level of the proximal segmental arteries. No evidence of pulmonary infarct or confluent airspace consolidation.

2. Small hiatal hernia.

Electronically signed by: Matthew Irwine, MD
Date: 07/24/2018
Time: 22:20

Narrative

**07/24/2018 10:20 PM CDT**

Narrative

EXAMINATION:
CTA CHEST NON CORONARY

CLINICAL HISTORY:
Chest pain, acute, PE suspected, intermed prob, positive D-dimer;

TECHNIQUE:
Low dose axial images, sagittal and coronal reformations were obtained from the thoracic inlet to the lung bases following the IV administration of 80 mL of Omnipaque 350. Contrast timing was optimized to evaluate the pulmonary arteries. MIP images were performed.

COMPARISON:
Chest radiograph 07/24/2018

FINDINGS:
Visualized soft tissue structures at the base of the neck are unremarkable.

The thoracic aorta maintains normal caliber, contour, and course without significant atherosclerotic calcification within its course. There is no evidence of aneurysmal dilation or dissection. The heart is not enlarged and there is no evidence of pericardial effusion.The esophagus maintains a normal course and caliber.There is no axillary, mediastinal, or hilar lymph node enlargement.

The trachea is midline and proximal airways are patent. The lungs are symmetrically expanded. Allowing for respiratory motion, there is no evidence of confluent airspace consolidation or pneumothorax. No significant pleural effusion at the visualized portions of the lung bases.

There is no evidence of pulmonary thromboembolism through the level of the proximal segmental arteries, noting evaluation distally and particular at the lung bases is limited by respiratory motion. No evidence to suggest pulmonary infarct.

Limited images of the upper abdomen obtained during the course of this dedicated thoracic CT demonstrate a small hiatal hernia. No acute abnormalities identified within the visualized upper abdomen.

The osseous structures are unremarkable.

Procedure Note

**Matthew R Irwine, MD - 07/24/2018**

Procedure Note

Formatting of this note might be different from the original.
EXAMINATION:
CTA CHEST NON CORONARY

CLINICAL HISTORY:
Chest pain, acute, PE suspected, intermed prob, positive D-dimer;

TECHNIQUE:
Low dose axial images, sagittal and coronal reformations were obtained from the thoracic inlet to the lung bases following the IV administration of 80 mL of Omnipaque 350. Contrast timing was optimized to evaluate the pulmonary arteries. MIP images were performed.

COMPARISON:
Chest radiograph 07/24/2018

FINDINGS:
Visualized soft tissue structures at the base of the neck are unremarkable.

The thoracic aorta maintains normal caliber, contour, and course without significant atherosclerotic calcification within its course. There is no evidence of aneurysmal dilation or dissection. The heart is not enlarged and there is no evidence of pericardial effusion.The esophagus maintains a normal course and caliber.There is no axillary, mediastinal, or hilar lymph node enlargement.

The trachea is midline and proximal airways are patent. The lungs are symmetrically expanded. Allowing for respiratory motion, there is no evidence of confluent airspace consolidation or pneumothorax. No significant pleural effusion at the visualized portions of the lung bases.

There is no evidence of pulmonary thromboembolism through the level of the proximal segmental arteries, noting evaluation distally and particular at the lung bases is limited by respiratory motion. No evidence to suggest pulmonary infarct.

Limited images of the upper abdomen obtained during the course of this dedicated thoracic CT demonstrate a small hiatal hernia. No acute abnormalities identified within the visualized upper abdomen.

The osseous structures are unremarkable.

IMPRESSION:

1. No evidence of pulmonary thromboembolism through the level of the proximal segmental arteries. No evidence of pulmonary infarct or confluent airspace consolidation.

2. Small hiatal hernia.

Electronically signed by:Matthew Irwine, MD
Date:07/24/2018
Time:22:20

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | IMG CT ORDERABLES |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (07/24/2018 9:01 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | **15.02 (H)** | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 4.83 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | 12.9 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | **36.3 (L)** | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **75 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **26.7 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 35.5 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.3 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | 304 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 10.5 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | **10.0 (H)** | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph # | 3.7 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eos # | 0.5 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Baso # | 0.04 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 66.3 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 24.5 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 5.4 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 3.2 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.3 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 07/24/2018 9:01 PM CDT | 07/24/2018 9:08 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

TROPONIN I - Final result (07/24/2018 9:01 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
```
The reference interval for Troponin I represents the 99th percentile
cutoff
for our facility and is consistent with 3rd generation assay
performance.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 07/24/2018 9:01 PM CDT | 07/24/2018 9:08 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) D DIMER,QUANTITATIVE (D DIMER, QUANTITATIVE) - Final result (07/24/2018 9:01 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| D-Dimer | **1.20 (H)** | <0.50 mg/L FEU | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
The quantitative D-dimer assay should be used as an aid in
the diagnosis of deep vein thrombosis and pulmonary embolism
in patients with the appropriate presentation and clinical
history. The upper limit of the reference interval and the clinical
cut off
point are identical. Causes of a positive (>0.50 mg/L FEU) D-Dimer
test
include, but are not limited to: DVT, PE, DIC, thrombolytic
therapy, anticoagulant therapy, recent surgery, trauma, or
pregnancy, disseminated malignancy, aortic aneurysm, cirrhosis,
and severe infection. False negative results may occur in
patients with distal DVT.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 07/24/2018 9:01 PM CDT | 07/24/2018 9:08 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

BRAIN NATRIURETIC PEPTIDE (B-TYPE NATRIURETIC PEPTIDE) - Final result (07/24/2018 9:01 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| BNP | 14 | 0 - 99 pg/mL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment: Values of less than 100 pg/ml are consistent with non-CHF populations.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 07/24/2018 9:01 PM CDT | 07/24/2018 9:08 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (07/24/2018 9:01 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Potassium | **3.1 (L)** | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Chloride | 104 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| CO2 | 23 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Glucose | 110 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| BUN | 16 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Creatinine | 1.1 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Calcium | 9.8 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Protein | 7.8 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Albumin | 3.6 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | 80 | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| AST | **44 (H)** | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| ALT | 44 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Anion Gap | 13 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 07/24/2018 9:01 PM CDT | 07/24/2018 9:08 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

EKG 12-LEAD - Final result (07/24/2018 8:25 PM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 07/24/2018 8:25 PM CDT | |

Narrative

```
OCHS GE MUSE - 07/26/2018 2:36 PM CDT
Test Reason :
Blood Pressure : ***/*** mmHG
Vent. Rate : 135 BPM     Atrial Rate : 135 BPM
  P-R Int : 114 ms          QRS Dur : 070 ms
   QT Int : 312 ms      P-R-T Axes : 037 036 033 degrees
  QTc Int : 468 ms

Sinus tachycardia
Otherwise normal ECG

Confirmed by Dravid MD, Sanjay (1670) on 7/26/2018 2:36:34 PM

Referred By: AAAREFERR
SELF           Confirmed By:Sanjay Dravid MD
```

| Authorizing Provider | Result Type |
|---|---|
| Derek A Wierzbicki, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

XR CHEST PA AND LATERAL - Final result (07/24/2018 7:35 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

```
07/24/2018 7:40 PM CDT

No pneumonia or other source of cough identified.


Electronically signed by: Nancy Diethelm, MD
Date: 07/24/2018
Time: 19:40
```

Narrative

```
07/24/2018 7:40 PM CDT
```

Narrative

```
EXAMINATION:
XR CHEST PA AND LATERAL

CLINICAL HISTORY:
Cough

TECHNIQUE:
PA and lateral views of the chest were performed.

COMPARISON:
None

FINDINGS:
X-ray beam attenuation and scatter occur in generous overlying soft tissues.  Soft tissues of the
patient's arms project over lateral view obscuring some detail the retrosternal airspace and
mediastinal margins.

Mediastinal structures are midline.  Cardiac silhouette and pulmonary vascular distribution are normal.
 Lung volumes are normal and symmetric.

Images were reconstructed with a high spatial frequency algorithm enhancing the normal interstitial
structures.  Taking this into account I detect no convincing evidence of pulmonary disease, pleural
fluid, lymph node enlargement, cardiac decompensation, pneumothorax, pneumomediastinum,
pneumoperitoneum or significant osseous abnormality.
```

Procedure Note

**Nancy E Diethelm, MD - 07/24/2018**

Formatting of this note might be different from the original.
EXAMINATION:
XR CHEST PA AND LATERAL

CLINICAL HISTORY:
Cough

TECHNIQUE:
PA and lateral views of the chest were performed.

COMPARISON:
None

FINDINGS:
X-ray beam attenuation and scatter occur in generous overlying soft tissues. Soft tissues of the patient's arms project over lateral view obscuring some detail the retrosternal airspace and mediastinal margins.

Mediastinal structures are midline. Cardiac silhouette and pulmonary vascular distribution are normal. Lung volumes are normal and symmetric.

Images were reconstructed with a high spatial frequency algorithm enhancing the normal interstitial structures. Taking this into account I detect no convincing evidence of pulmonary disease, pleural fluid, lymph node enlargement, cardiac decompensation, pneumothorax, pneumomediastinum, pneumoperitoneum or significant osseous abnormality.

IMPRESSION:

No pneumonia or other source of cough identified.

Electronically signed by:Nancy Diethelm, MD
Date:07/24/2018
Time:19:40

| Authorizing Provider | Result Type |
|---|---|
| Amanda C LeBlanc, PA-C | IMG DIAGNOSTIC IMAGING ORDERABLES |

EKG 12-LEAD - Final result (07/24/2018 12:00 AM CDT)

Narrative

**This result has an attachment that is not available.**

| Authorizing Provider | Result Type |
|---|---|
| HISTORICAL PROVIDER | ECG ORDERABLES |

CT ABDOMEN AND PELVIS WO IV CONTRAST (CT RENAL STONE STUDY ABD PELVIS WO) - Final result (10/12/2017 11:37 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Abdomen, Pelvis | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**10/12/2017 12:23 PM CDT**

1. Bilateral nonobstructing nephrolithiasis.

2. Status post interval hysterectomy.

3. Borderline hepatomegaly with hepatic steatosis.

4. Diverticulosis coli without diverticulitis.

5. Left adnexa 1.9 cm probable dominant follicle. Further evaluation versus short-term followup with pelvic ultrasound can be obtained as warranted.

6. Trace volume nonspecific free pelvic fluid, commonly physiologic in this age group.

Electronically signed by: BRIAN OGDEN MD MD
Date: 10/12/17
Time: 12:23

Narrative

**10/12/2017 12:23 PM CDT**

CT of the abdomen and pelvis without contrast per renal stone protocol:

Results: Comparison made to CT abdomen and pelvis 1/8/16 and pelvic ultrasound 1/21/16. Please note that the lack of intravenous contrast limits evaluation of soft tissue and vascular structures.

The lung bases are clear. The visualized heart and pericardium are unremarkable.

The liver is upper limits of normal in size with diffuse parenchymal low attenuation and peripheral sparing consistent with fatty infiltration. Noncontrast appearance of the stomach, gallbladder, pancreas, spleen, duodenum and bilateral adrenal glands are within normal limits. No biliary ductal dilatation.

The kidneys are normal in shape, size, and location. There are several punctate radiodense calyceal foci throughout both kidneys. No radiodense calculus identified within the ureters on either side or urinary bladder. No hydronephrosis or significant perinephric stranding. The ureters are normal in course and caliber. The urinary bladder is within normal limits. Status post interval Hysterectomy. There is a 1.9 cm low attenuation rounded area at the left adnexa suggestive of a dominant follicle. Pelvic phleboliths noted. There is trace volume nonspecific free pelvic fluid.

No ascites or free air. No lymphadenopathy.

The appendix and terminal ileum appear normal. There are multiple scattered colonic diverticula, without focal diverticulitis identified The small and large loops of bowel are normal in caliber without focal wall thickening or adjacent fat stranding.

The aorta tapers appropriately in its descent through the abdomen.

The osseous structures appears stable without acute process seen.

Procedure Note

**Brian A Ogden, MD - 10/12/2017**

Procedure Note

Formatting of this note might be different from the original.
CT of the abdomen and pelvis without contrast per renal stone protocol:

Results: Comparison made to CT abdomen and pelvis 1/8/16 and pelvic ultrasound 1/21/16. Please note that the lack of intravenous contrast limits evaluation of soft tissue and vascular structures.

The lung bases are clear. The visualized heart and pericardium are unremarkable.

The liver is upper limits of normal in size with diffuse parenchymal low attenuation and peripheral sparing consistent with fatty infiltration. Noncontrast appearance of the stomach, gallbladder, pancreas, spleen, duodenum and bilateral adrenal glands are within normal limits. No biliary ductal dilatation.

The kidneys are normal in shape, size, and location. There are several punctate radiodense calyceal foci throughout both kidneys. No radiodense calculus identified within the ureters on either side or urinary bladder. No hydronephrosis or significant perinephric stranding. The ureters are normal in course and caliber. The urinary bladder is within normal limits. Status post interval Hysterectomy. There is a 1.9 cm low attenuation rounded area at the left adnexa suggestive of a dominant follicle. Pelvic phleboliths noted. There is trace volume nonspecific free pelvic fluid.

No ascites or free air. No lymphadenopathy.

The appendix and terminal ileum appear normal. There are multiple scattered colonic diverticula, without focal diverticulitis identified The small and large loops of bowel are normal in caliber without focal wall thickening or adjacent fat stranding.

The aorta tapers appropriately in its descent through the abdomen.

The osseous structures appears stable without acute process seen.
IMPRESSION:

1. Bilateral nonobstructing nephrolithiasis.

2. Status post interval hysterectomy.

3. Borderline hepatomegaly with hepatic steatosis.

4. Diverticulosis coli without diverticulitis.

5. Left adnexa 1.9 cm probable dominant follicle. Further evaluation versus short-term followup with pelvic ultrasound can be obtained as warranted.

6. Trace volume nonspecific free pelvic fluid, commonly physiologic in this age group.

Electronically signed by:BRIAN OGDEN MD MD
Date: 10/12/17
Time:12:23

| Authorizing Provider | Result Type |
|---|---|
| Verne A Champagne, DNP | IMG CT ORDERABLES |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (10/12/2017 11:28 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 12.11 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 4.75 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | 12.6 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | **36.1 (L)** | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **76 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **26.5 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 34.9 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.4 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | 323 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 10.3 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | 7.3 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph # | 3.9 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eos # | 0.4 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Baso # | 0.03 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 60.2 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 32.1 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 4.4 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 3.1 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.2 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 10/12/2017 11:28 AM CDT | 10/12/2017 11:35 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Verne A Champagne, DNP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

COMPREHENSIVE METABOLIC PANEL - Final result (10/12/2017 11:28 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Comment: Specimen slightly hemolyzed | | | | | | |
| Chloride | 105 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| CO2 | 24 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Glucose | 79 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| BUN | 12 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Calcium | 9.3 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Protein | 7.7 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Albumin | 3.5 | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Bilirubin | 0.7 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Comment: For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations. Premature Infant recommended reference ranges: Up to 24 hours.............<8.0 mg/dL Up to 48 hours............<12.0 mg/dL 3-5 days..................<15.0 mg/dL 6-29 days.................<15.0 mg/dL | | | | | | |
| Alkaline Phosphatase | 65 | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| AST | 27 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| ALT | 24 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Anion Gap | 10 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 10/12/2017 11:28 AM CDT | 10/12/2017 11:35 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Verne A Champagne, DNP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

URINALYSIS MICROSCOPIC - Final result (10/12/2017 10:00 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| RBC, UA | 0 | 0 - 4 / hpf | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| WBC, UA | 5 | 0 - 5 / hpf | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Squam Epithel, UA | Many | /hpf | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Microscopic Comment | SEE COMMENT | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Other formed elements not mentioned in the report are not present in the microscopic examination.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 10/12/2017 10:00 AM CDT | 10/12/2017 10:11 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Sean T McDonough, PA-C | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) URINALYSIS AUTO ONLY (URINALYSIS) - Final result (10/12/2017 10:00 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Color, UA | Yellow | Yellow, Straw, Amber | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Appearance, UA | **Cloudy (A)** | Clear | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| pH, UA | 6.0 | 5.0 - 8.0 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Specific Gravity, UA | 1.020 | 1.005 - 1.030 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Protein, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Comment: Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected. | | | | | | |
| Glucose, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Ketones, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Bilirubin (UA) | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Occult Blood UA | **1+ (A)** | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Nitrite, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Urobilinogen, UA | Negative | <2.0 EU/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Leukocytes, UA | **3+ (A)** | Negative | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | Urine specimen obtained by clean catch procedure / Unknown | | 10/12/2017 10:00 AM CDT | 10/12/2017 10:11 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Sean T McDonough, PA-C | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

URINE CULTURE (CULTURE, URINE) - Final result (10/12/2017 10:00 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Urine Culture, Routine | No significant growth | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine | Urine specimen obtained by clean catch procedure / Unknown | | 10/12/2017 10:00 AM CDT | 10/12/2017 11:21 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Verne A Champagne, DNP | MICROBIOLOGY - GENERAL ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

URINE CULTURE (CULTURE, URINE) - Final result (10/10/2017 9:55 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Urine Culture, Routine | No significant growth | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine | Urine specimen obtained by clean catch procedure / Unknown | | 10/10/2017 9:55 AM CDT | 10/10/2017 2:44 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | MICROBIOLOGY - GENERAL ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (08/30/2017 6:51 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 12.53 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 4.03 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | **10.6 (L)** | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | **31.0 (L)** | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **77 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **26.3 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 34.2 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.6 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | 299 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 10.4 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | **8.2 (H)** | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph # | 3.5 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.7 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |