| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Baso # | 0.01 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 65.2 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 27.9 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 5.7 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 1.1 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.1 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 08/30/2017 6:51 AM CDT | 08/30/2017 7:49 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

TISSUE SPECIMEN TO PATHOLOGY - SURGERY - Final result (08/29/2017 9:00 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Tissue specimen (specimen) | Tissue specimen / Unknown | | 08/29/2017 9:00 AM CDT | 08/29/2017 2:37 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | PATHOLOGY/CYTOLOGY ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROGENY | | | |

EXHIBIT

3, part 3

POCT GLUCOSE - Final result (08/29/2017 5:54 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POCT Glucose | 91 | 70 - 110 mg/dL | | | UNIPOC | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | Blood specimen / Unknown | | 08/29/2017 5:54 AM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | POCT ORDERABLES - DEVICE |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| UNIPOC | | | |
| UNIPOC | N/A | | |

TYPE & SCREEN - Final result (08/27/2017 10:32 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Group & Rh | B POS | | | 08/27/2017 11:13 AM CDT | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Indirect Coombs | NEG | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 08/27/2017 10:32 AM CDT | 08/27/2017 10:32 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | BLOOD BANK TEST ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (08/23/2017 12:10 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 11.60 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 5.03 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | 13.1 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | 37.2 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **74 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **26.0 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 35.2 | 32.0 - 36.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.8 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | **373 (H)** | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 10.7 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | 6.8 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph # | 3.8 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.6 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eos # | 0.3 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Baso # | 0.04 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 58.6 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 32.5 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 5.5 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 2.9 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.3 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 08/23/2017 12:10 PM CDT | 08/23/2017 12:10 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |

EKG 12-LEAD - Final result (07/31/2017 8:48 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 07/31/2017 8:48 AM CDT | |

Narrative

OCHS GE MUSE - 08/03/2017 2:48 PM CDT

Narrative

```
Test Reason : R55
Blood Pressure : ***/*** mmHG
Vent. Rate : 089 BPM     Atrial Rate : 089 BPM
  P-R Int : 116 ms          QRS Dur : 068 ms
   QT Int : 344 ms     P-R-T Axes : 002 015 017 degrees
  QTc Int : 418 ms

Normal sinus rhythm
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 17-FEB-2016 10:27,
No significant change was found
Confirmed by Dravid MD, Sanjay (1670) on 8/3/2017 2:48:16 PM

Referred By:  FERRIS          Confirmed By:Sanjay Dravid MD
```

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

POCT PERFORM URINE PREGNANCY (POCT URINE PREGNANCY) - Final result (07/26/2017 4:11 PM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| POC Preg Test, Ur | Negative | Negative | | | | |
| Quality Control Acceptable | Yes | | | | | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 07/26/2017 4:11 PM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | POINT OF CARE TEST ORDERABLES |

TISSUE SPECIMEN TO PATHOLOGY, OBSTETRICS/GYNECOLOGY - Final result (07/26/2017 4:10 PM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| GYN, biopsy not cone | | | 07/26/2017 4:10 PM CDT | 07/27/2017 8:29 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | PATHOLOGY/CYTOLOGY ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROGENY | | | |

PR BIOPSY OF UTERUS LINING (07/26/2017 3:59 PM CDT)

Narrative

**Monica Lee, MD - 07/26/2017 3:59 PM CDT**

```
Monica Lee, MD      7/26/2017  3:59 PM
Biopsy (Gynecological)
Date/Time: 7/26/2017 3:58 PM
Performed by: LEE, MONICA
Authorized by: LEE, MONICA

Consent Done?:  Yes (written)

Biopsy Location:  Uterus
```

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | PROCEDURE/MINOR SURGICAL ORDERABLES |

Mammogram Screening (MAMMO DIGITAL SCREENING BILAT WITH CAD) - Final result (07/25/2017 3:51 PM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Breast | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Narrative

**07/25/2017 3:59 PM CDT**
**This result has an attachment that is not available.**
Result:
Mammo Digital Screening Bilat with CAD

History:
Patient is 44 y.o. and is seen for encounter for screening mammogram for breast cancer.

Films Compared:
Compared to: 11/04/2015 Mammo Digital Screening Bilat with CAD (No Change), 05/07/2014 Mammo Digital Screening Bilateral With CAD (No Change), and 05/02/2013 Mammo Digital Screening Bilat with CAD (No Change)

Findings:
Computer-aided detection was utilized in the interpretation of this examination.

The breasts have scattered areas of fibroglandular density. There is no evidence of suspicious masses, microcalcifications or architectural distortion.

Impression:
No mammographic evidence of malignancy.

BI-RADS Category 1: Negative

Recommendation:
Routine Screening Mammogram in 1 year is recommended

The patient's estimated lifetime risk of breast cancer (to age 85) based on Tyrer-Cuzick - 7 risk assessment model is: Tyrer-Cuzick: 7.14 %. According to the American Cancer Society, patients with a lifetime breast cancer risk of 20% or higher might benefit from supplemental screening tests.

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | IMG MAMMOGRAPHY ORDERABLES |

**(ABNORMAL) VAGINOSIS SCREEN BY DNA PROBE - Final result (07/25/2017 3:21 PM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Trichomonas vaginalis | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gardnerella vaginalis | **Positive (A)** | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Candida sp | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Specimen from genital system (specimen) | Vaginal and cervical cytologic material / Unknown | | 07/25/2017 3:21 PM CDT | 07/26/2017 9:03 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Monica Lee, MD | MICROBIOLOGY - GENERAL ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) URINALYSIS MICROSCOPIC - Final result (01/27/2017 9:33 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| RBC, UA | 2 | 0 - 4 / hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| WBC, UA | 4 | 0 - 5 / hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Bacteria | **Few (A)** | None-Occ /hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Squam Epithel, UA | 9 | /hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Non-Squam Epith | <1 | <1/hpf / hpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hyaline Casts, UA | 1 | 0-1/lpf / lpf | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Microscopic Comment | SEE COMMENT | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Other formed elements not mentioned in the report are not present in the microscopic examination.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | | | 01/27/2017 9:33 AM CST | 01/27/2017 1:01 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) URINALYSIS AUTO ONLY (URINALYSIS) - Final result (01/27/2017 9:33 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Color, UA | Yellow | Yellow, Straw, Amber | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Appearance, UA | **Hazy (A)** | Clear | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| pH, UA | 5.0 | 5.0 - 8.0 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Specific Gravity, UA | 1.020 | 1.005 - 1.030 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Protein, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Ketones, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Bilirubin (UA) | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Occult Blood UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Nitrite, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Urobilinogen, UA | Negative | <2.0 EU/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Leukocytes, UA | Negative | Negative | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Urine specimen (specimen) | | | 01/27/2017 9:33 AM CST | 01/27/2017 1:01 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (01/27/2017 7:55 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 9.61 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RBC | 4.96 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hemoglobin | 12.5 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hematocrit | 37.1 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| MCV | **75 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCH | **25.2 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCHC | 33.7 | 32.0 - 36.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RDW | **16.2 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Platelets | 311 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MPV | 10.8 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran # (ANC) | 6.0 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Lymph # | 2.8 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Baso # | 0.03 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran % | 62.3 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph % | 29.6 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono % | 5.2 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eosinophil % | 2.5 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Basophil % | 0.3 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 12:59 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) IRON +TIBC (IRON AND TIBC) - Final result (01/27/2017 7:55 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Iron | 102 | 30 - 160 ug/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Transferrin | 318 | 200 - 375 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| TIBC | **471 (H)** | 250 - 450 ug/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Saturated Iron | 22 | 20 - 50 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 1:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) SEDIMENTATION RATE, MANUAL - Final result (01/27/2017 7:55 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sed Rate | **22 (H)** | 0 - 20 mm/Hr | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 12:59 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) VITAMIN D - Final result (01/27/2017 7:55 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Vit D, 25-Hydroxy | **15 (L)** | 30 - 96 ng/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
Vitamin D deficiency.........<10 ng/mL
Vitamin D insufficiency......10-29 ng/mL
Vitamin D sufficiency........> or equal to 30 ng/mL
Vitamin D toxicity...........>100 ng/mL
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 1:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

C-REACTIVE PROTEIN - Final result (01/27/2017 7:55 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| CRP | 5.8 | 0.0 - 8.2 mg/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 1:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

ANA (ANA PROFILE I (SCREEN)) - Final result (01/27/2017 7:55 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| ANA Screen | Negative <1:160 | Negative <1:160 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 1:00 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) FERRITIN - Final result (01/27/2017 7:55 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Ferritin | **11 (L)** | 20.0 - 300.0 ng/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 1:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (01/27/2017 7:55 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Chloride | 106 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| CO2 | 23 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Glucose | 89 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| BUN | 14 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Calcium | 9.2 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Protein | 7.1 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Albumin | **3.4 (L)** | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Bilirubin | 0.5 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | 56 | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| AST | 18 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| ALT | 15 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Anion Gap | 9 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if non African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation. Since race is unknown
in our information system, the eGFR values for
African-American and Non-African-American patients are given
for each creatinine result.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 01/27/2017 7:55 AM CST | 01/27/2017 1:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Quyen K Kraemer, NP | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (11/04/2015 10:28 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 9.06 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RBC | 4.75 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hemoglobin | 12.3 | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hematocrit | **36.5 (L)** | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCV | **77 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCH | **25.9 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCHC | 33.7 | 32.0 - 36.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RDW | **15.7 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Platelets | 307 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MPV | 10.4 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran # (ANC) | 4.5 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 3.8 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran % | 50.1 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Lymph % | 41.4 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono % | 5.7 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eosinophil % | 2.5 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Basophil % | 0.2 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 11/04/2015 10:28 AM CST | 11/04/2015 1:20 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) VITAMIN D - Final result (11/04/2015 10:28 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Vit D, 25-Hydroxy | **13 (L)** | 30 - 96 ng/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Vitamin D deficiency.........<10 ng/mL
Vitamin D insufficiency......10-29 ng/mL
Vitamin D sufficiency........> or equal to 30 ng/mL
Vitamin D toxicity...........>100 ng/mL
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 11/04/2015 10:28 AM CST | 11/04/2015 6:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

PROLACTIN - Final result (11/04/2015 10:28 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Prolactin | 7.6 | 5.2 - 26.5 ng/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 11/04/2015 10:28 AM CST | 11/04/2015 6:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

TSH - Final result (11/04/2015 10:28 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| TSH | 0.429 | 0.400 - 4.000 uIU/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 11/04/2015 10:28 AM CST | 11/04/2015 6:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

LIPID PANEL - Final result (11/04/2015 10:28 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cholesterol | 175 | 120 - 199 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High............200-239 mg/dL
High........................> or = 240 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Triglycerides | 63 | 30 - 150 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High............150-199 mg/dL
High........................200-499 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL | 44 | 40 - 75 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40 mg/dL
Optimal...........>60 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LDL Cholesterol | 118.4 | 63.0 - 159.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal.......................<130 mg/dL
Borderline High..............130-159 mg/dL
High..........................160-189 mg/dL
Very High.....................>190 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL/Cholesterol Ratio | 25.1 | 20.0 - 50.0 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Cholesterol/HDL Ratio | 4.0 | 2.0 - 5.0 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Non-HDL Cholesterol | 131 | mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal      <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal      <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal      <190 mg/dL
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 11/04/2015 10:28 AM CST | 11/04/2015 6:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (11/04/2015 10:28 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Chloride | 108 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| CO2 | **21 (L)** | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose | 73 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| BUN | 12 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Calcium | 8.8 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Protein | 6.7 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Albumin | **3.3 (L)** | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Bilirubin | 0.5 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | **54 (L)** | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| AST | 22 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| ALT | 16 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Anion Gap | 11 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if non African American | >60.0 | >60 mL/ min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 11/04/2015 10:28 AM CST | 11/04/2015 6:06 PM CST |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

Mammogram Screening (MAMMO DIGITAL SCREENING BILAT WITH CAD) - Final result (11/04/2015 12:00 AM CST)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**11/04/2015 12:52 PM CST**

There is no mammographic evidence of malignancy.

Mammogram in 1 year is recommended.

ACR BI-RADS Category 1: Negative

BROUSSARD M.D., ERICA
11/04/2015

Narrative

**11/04/2015 12:52 PM CST**

Narrative

```
The present examination has been compared to prior imaging studies dated
05/07/2014 and 05/02/2013.

BILATERAL MAMMOGRAM FINDINGS:
The breasts are almost entirely fat.

No significant abnormalities are seen.

These images  were processed to produce digital images analyzed for potential
abnormalities.
```

Procedure Note

**Erica M Broussard, MD - 11/04/2015**

Formatting of this note might be different from the original.
The present examination has been compared to prior imaging studies dated
05/07/2014 and 05/02/2013.

BILATERAL MAMMOGRAM FINDINGS:
The breasts are almost entirely fat.

No significant abnormalities are seen.

These images were processed to produce digital images analyzed for potential abnormalities.

IMPRESSION:

There is no mammographic evidence of malignancy.

Mammogram in 1 year is recommended.

ACR BI-RADS Category 1: Negative

BROUSSARD M.D., ERICA
11/04/2015

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | IMG MAMMOGRAPHY ORDERABLES |

C. TRACHOMATIS/N. GONORRHOEAE BY AMP DNA - Final result (10/30/2015 11:03 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Chlamydia, Amplified DNA | Negative | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| N gonorrhoeae, amplified DNA | Negative | | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Specimen from genital system (specimen) | | | 10/30/2015 11:03 AM CDT | 10/30/2015 3:35 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Whitney Hardy, MD | MICRO ORDERABLES LQL SOURCE SOFT |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |

XR ANKLE COMPLETE 3 VIEW LEFT - Final result (02/12/2015 4:27 PM CST)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| Ankle | Left | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |

Impressions

**02/12/2015 4:36 PM CST**
No acute fracture identified.

Electronically signed by: Dr. Richard Tupler MD
Date: 02/12/15
Time: 16:36

Narrative

**02/12/2015 4:36 PM CST**
Comparison: None.

Findings:2 view examination. The alignment is within normal limits. No displaced fractures identified. No evidence of lytic or blastic lesions.Soft tissues are unremarkable. Joint spaces are unremarkable.

Procedure Note

**Richard Tupler, MD - 02/12/2015**
Formatting of this note might be different from the original.
Comparison: None.

Findings:2 view examination. The alignment is within normal limits. No displaced fractures identified. No evidence of lytic or blastic lesions.Soft tissues are unremarkable. Joint spaces are unremarkable.
IMPRESSION:
No acute fracture identified.

Electronically signed by:Dr. Richard Tupler MD
Date: 02/12/15
Time:16:36

| Authorizing Provider | Result Type |
| --- | --- |
| W Benjamin Rothwell, MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (06/05/2014 10:09 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- | --- | --- |
| WBC | 9.10 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RBC | 4.66 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | **11.6 (L)** | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | **34.3 (L)** | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **74 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **24.9 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 33.8 | 32.0 - 36.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.6 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | 321 | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 11.2 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | 5.9 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph # | 2.6 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Baso # | 0.02 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 64.3 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 28.5 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 5.3 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 1.6 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.2 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 06/05/2014 10:09 AM CDT | 06/05/2014 10:09 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 BELLE CHASSE HWY | GRETNA, LA 70053 | |

BASIC METABOLIC PANEL - Final result (06/05/2014 10:09 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Chloride | 107 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| CO2 | 23 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Glucose | 93 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| BUN | 18 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Calcium | 8.9 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Anion Gap | 8 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 06/05/2014 10:09 AM CDT | 06/05/2014 10:09 AM CDT |

| Authorizing Provider | Result Type |
| --- | --- |
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 BELLE CHASSE HWY | GRETNA, LA 70053 | |

Mammogram Screening (MAMMO DIGITAL SCREENING BILAT WITH CAD) - Final result (05/07/2014 1:43 PM CDT)

| Anatomical Region | Laterality | Modality |
| --- | --- | --- |
| | Bilateral | Mammography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
| --- | --- | --- | --- | --- |
| | | | 05/07/2014 | |

Impressions

**05/07/2014 1:44 PM CDT**

There is no mammographic evidence of malignancy.

Mammogram in 1 year is recommended.

ACR BI-RADS Category 1: Negative

BELLEVILLE M.D., FRANCINE
05/07/2014

Narrative

**05/07/2014 1:44 PM CDT**
The present examination has been compared to prior imaging studies.

BILATERAL MAMMOGRAM FINDINGS:
The tissue is scattered and almost entirely fat.

No significant abnormalities are seen. There are no significant changes from the prior study.

These images were processed to produce digital images analyzed for potential abnormalities.

Procedure Note

**Francine Belleville, MD - 05/07/2014**

| Procedure Note |
|---|
| Formatting of this note might be different from the original.<br>The present examination has been compared to prior imaging studies.<br><br>BILATERAL MAMMOGRAM FINDINGS:<br>The tissue is scattered and almost entirely fat.<br><br>No significant abnormalities are seen. There are no significant changes from the prior study.<br><br>These images were processed to produce digital images analyzed for potential abnormalities.<br><br>IMPRESSION:<br><br>There is no mammographic evidence of malignancy.<br><br>Mammogram in 1 year is recommended.<br><br>ACR BI-RADS Category 1: Negative<br><br><br>BELLEVILLE M.D., FRANCINE<br>05/07/2014 |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | IMG MAMMOGRAPHY ORDERABLES |

TSH - Final result (05/07/2014 9:16 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| TSH | 0.783 | 0.400 - 4.000 uIU/mL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/07/2014 9:16 AM CDT | 05/07/2014 9:16 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 BELLE CHASSE HWY | GRETNA, LA 70053 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (05/07/2014 8:47 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 7.83 | 3.90 - 12.70 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| RBC | 4.71 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hemoglobin | **11.9 (L)** | 12.0 - 16.0 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Hematocrit | **35.0 (L)** | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCV | **74 (L)** | 82 - 98 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCH | **25.3 (L)** | 27.0 - 31.0 pg | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MCHC | 34.0 | 32.0 - 36.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| RDW | **15.1 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Platelets | **359 (H)** | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| MPV | 10.9 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran # (ANC) | 4.5 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph # | 2.9 | 1.0 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Eos # | 0.1 | 0.0 - 0.5 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Gran % | 56.8 | 38.0 - 73.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Lymph % | 36.5 | 18.0 - 48.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Mono % | 4.6 | 4.0 - 15.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Eosinophil % | 1.7 | 0.0 - 8.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Basophil % | 0.3 | 0.0 - 1.9 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Differential Method | Automated | | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/07/2014 8:47 AM CDT | 05/07/2014 8:47 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 BELLE CHASSE HWY | GRETNA, LA 70053 | |

**(ABNORMAL) VITAMIN D - Final result (05/07/2014 8:47 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Vit D, 25-Hydroxy | **14 (L)** | 30 - 96 ng/mL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
Vitamin D deficiency.........<10 ng/mL
Vitamin D insufficiency......10-29 ng/mL
Vitamin D sufficiency........> or equal to 30 ng/mL
Vitamin D toxicity............>100 ng/mL
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/07/2014 8:47 AM CDT | 05/07/2014 5:32 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1514 Jefferson Hwy | New Orleans, LA 70121 | |

HEMOGLOBIN A1C - Final result (05/07/2014 8:47 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin A1C | 5.4 | 4.5 - 6.2 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Estimated Avg Glucose | 108 | 68 - 131 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The current American Dietetic Association (ADA) guidelines
for A1C% and estimated average glucose in diabetic patients
are <7% and <150 mg/dL respectively.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/07/2014 8:47 AM CDT | 05/07/2014 4:23 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1516 Jefferson Hwy | New Orleans, LA 70121 | |
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1514 Jefferson Hwy | New Orleans, LA 70121 | |

CK - Final result (05/07/2014 8:47 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| CPK | 92 | 20 - 180 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/07/2014 8:47 AM CDT | 05/07/2014 8:47 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 BELLE CHASSE HWY | GRETNA, LA 70053 | |

**(ABNORMAL) LIPID PANEL - Final result (05/07/2014 8:47 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cholesterol | 172 | 120 - 199 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High.............200-239 mg/dL
High........................> or = 240 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Triglycerides | 74 | 30 - 150 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High.............150-199 mg/dL
High........................200-499 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL | **39 (L)** | 40 - 75 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40 mg/dL
Optimal...........>60 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LDL Cholesterol | 118.2 | 63.0 - 159.0 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal.......................<130 mg/dL
Borderline High...............130-159 mg/dL
High..........................160-189 mg/dL
Very High.....................>190 mg/dL

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL/Cholesterol Ratio | 22.7 | 20.0 - 50.0 % | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Cholesterol/HDL Ratio | 4.4 | 2.0 - 5.0 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Non-HDL Cholesterol | 133 | mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal <190 mg/dL

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/07/2014 8:47 AM CDT | 05/07/2014 8:47 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 BELLE CHASSE HWY | GRETNA, LA 70053 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (05/07/2014 8:47 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Chloride | 108 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| CO2 | **22 (L)** | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Glucose | 93 | 70 - 110 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| BUN | 12 | 6 - 20 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Calcium | 8.8 | 8.7 - 10.5 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Protein | 7.2 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Albumin | **3.3 (L)** | 3.5 - 5.2 g/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL
```

| | | | | | | |
|---|---|---|---|---|---|---|
| Alkaline Phosphatase | **48 (L)** | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| AST | 18 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| ALT | 12 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| Anion Gap | 10 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | | | OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result.

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/07/2014 8:47 AM CDT | 05/07/2014 8:47 AM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Leslie H Brown, NP-C | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 Belle Chase Hwy | Gretna, LA 70056 | |
| OCHSNER MEDICAL CENTER - WESTBANK CAMPUS | 2500 BELLE CHASSE HWY | GRETNA, LA 70053 | |

**(ABNORMAL) CBC W/ AUTO DIFFERENTIAL - Final result (05/02/2013 9:04 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 8.66 | 4.8 - 10.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RBC | 4.93 | 4.00 - 5.40 M/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin | 12.6 | 12.0 - 16.0 gm/dl | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Hematocrit | 37.8 | 37.0 - 48.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCV | **76.7 (L)** | 82 - 95 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCH | **25.6 (L)** | 27 - 31 pg | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MCHC | 33.3 | 32 - 36 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| RDW | **16.0 (H)** | 11.5 - 14.5 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran % | 53.2 | 38 - 73 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Lymph % | 39.4 | 21 - 44 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono % | 5.3 | 0.0 - 7.4 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eosinophil % | 1.4 | 0.0 - 4.2 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Basophil % | 0.5 | 0 - 1.9 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Gran # (ANC) | 4.6 | 1.8 - 7.7 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Lymph # | 3.4 | 1 - 4.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Mono # | 0.5 | 0.0 - 0.8 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Eos # | 0.1 | 0 - 0.45 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Baso # | 0.0 | 0.0 - 0.2 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Platelets | **358 (H)** | 150 - 350 K/uL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| MPV | 10.5 | 9.2 - 12.9 fL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/02/2013 9:04 AM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Kendria E Holt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1514 JEFFERSON HWY | New Orleans, LA 70121 | |

HEMOGLOBIN A1C - Final result (05/02/2013 9:04 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Hemoglobin A1C | 5.4 | 4.0 - 6.2 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Estimated Avg Glucose | 108 | 68 - 131 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:
```
The current American Diabetes Association (ADA) guidlines for
A1C% and estimated average glucose in diabetic patients are <7% and
<150 mg/dL respectively.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/02/2013 9:04 AM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Kendria E Holt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1514 JEFFERSON HWY | New Orleans, LA 70121 | |

LIPID PANEL - Final result (05/02/2013 9:04 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cholesterol | 184 | 120 - 199 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High............200-239 mg/dL
High........................> or = 240 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Triglycerides | 63 | 30 - 150 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High............150-199 mg/dL
High........................200-499 mg/dL
Very High...................> or = 500 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL | 50 | 40 - 75 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40
Optimal..........>60
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LDL Cholesterol | 121.0 | 63 - 159 mg/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal.......................<130 mg/dL
Borderline High..............130-159 mg/dL
High..........................160-189 mg/dL
Very High....................>190 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL/Cholesterol Ratio | 27.2 | 20 - 50 % | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Cholesterol/HDL Ratio | 3.7 | 2 - 5 | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/02/2013 9:04 AM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Kendria E Holt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1514 JEFFERSON HWY | New Orleans, LA 70121 | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (05/02/2013 9:04 AM CDT)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose | 83 | 70 - 110 mg/dl | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| BUN | 16 | 6 - 20 mg/dl | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dl | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Calcium | 9.9 | 8.7 - 10.5 mg/dl | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Sodium | 137 | 136 - 145 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Chloride | 103 | 95 - 110 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Total Protein | 7.6 | 6.0 - 8.4 g/dL | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Albumin | 3.7 | 3.5 - 5.2 g/dl | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Total Bilirubin | 0.7 | 0.1 - 1.0 mg/dl | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

Comment:

```
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dl
Up to 48 hours............<12.0 mg/dl
3-5 days..................<15.0 mg/dl
6-29 days.................<15.0 mg/dl
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| AST | 18 | 10 - 40 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Alkaline Phosphatase | **51 (L)** | 55 - 135 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| CO2 | 24 | 23 - 29 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| ALT | 13 | 10 - 44 U/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| Anion Gap | 10.0 | 8 - 16 mmol/L | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if non African American | >60 | >60 mL/min | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |
| eGFR if African American | >60 | >60 mL/min | | | OCHSNER MEDICAL CENTER - NEW ORLEANS | |

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|

Comment:
```
Estimated glomerular filtration rate (eGFR) is normalized to an
average body surface area of 1.73 square meters.  The calculation
used to obtain the eGFR is the adjusted MDRD equation, which factors
patient sex, age, race, and creatinine result.  Since race is unknown
in our information system, the eGFR values for African-American
and Non-African-American patients are given for each creatinine
result.
```

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood specimen (specimen) | Blood specimen / Unknown | | 05/02/2013 9:04 AM CDT | |

| Authorizing Provider | Result Type |
|---|---|
| Kendria E Holt, MD | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHSNER MEDICAL CENTER - NEW ORLEANS | 1514 JEFFERSON HWY | New Orleans, LA 70121 | |

LIQUID-BASED PAP SMEAR (LIQUID-BASED PAP SMEAR, SCREENING) - Final result (05/02/2013 8:54 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Specimen from genital system (specimen) (Endocervix, screening) | | | 05/02/2013 8:54 AM CDT | 05/02/2013 2:13 PM CDT |

| Authorizing Provider | Result Type |
|---|---|
| Kendria E Holt, MD | PATHOLOGY/CYTOLOGY ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROGENY | | | |

**(ABNORMAL) IRON +TIBC (IRON AND TIBC) - Final result (11/13/2007 8:28 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Iron | 106 | 30 - 160 mcg/dl | | | OCHS LIS LLB | |
| TIBC | **435 (H)** | 228 - 428 ug/dl | | | OCHS LIS LLB | |
| Saturated Iron | 24 | 20 - 50 % | | | OCHS LIS LLB | |
| UIBC | 329 | 110 - 370 ug/dl | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/13/2007 8:28 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

FOLATE - Final result (11/13/2007 8:28 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Folate | 15.4 | 5.4 - 24.0 ng/ml | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/13/2007 8:28 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

FERRITIN - Final result (11/13/2007 8:28 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Ferritin | 17.0 | 10 - 200 ng/ml | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/13/2007 8:28 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

VITAMIN B12 - Final result (11/13/2007 8:28 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Vitamin B-12 | 416 | 211 - 911 pg/ml | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/13/2007 8:28 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

**(ABNORMAL) HEMATOLOGY PROFILE - Final result (11/06/2007 11:02 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| WBC | 9.09 | 4.8 - 10.8 K/uL | | | OCHS LIS LLB | |
| RBC | 5.03 | 4.00 - 5.40 M/uL | | | OCHS LIS LLB | |
| Hemoglobin | 13.2 | 12.0 - 16.0 gm/dl | | | OCHS LIS LLB | |
| Hematocrit | 39.1 | 37.0 - 48.5 % | | | OCHS LIS LLB | |
| MCV | **77.7 (L)** | 82 - 95 fL | | | OCHS LIS LLB | |
| MCH | **26.2 (L)** | 27 - 31 pg | | | OCHS LIS LLB | |
| MCHC | 33.8 | 32 - 36 % | | | OCHS LIS LLB | |
| RDW | 14.1 | 11.5 - 14.5 % | | | OCHS LIS LLB | |
| Platelets | 317 | 150 - 350 K/uL | | | OCHS LIS LLB | |
| MPV | 11.4 | 9.2 - 12.9 fL | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/06/2007 11:02 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

TSH - Final result (11/06/2007 11:02 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| TSH | 0.87 | 0.4 - 4.0 uIU/ml | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/06/2007 11:02 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS LLB | N/A | | |

LIPID PANEL - Final result (11/06/2007 11:02 AM CST)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Cholesterol | 183 | 120 - 199 mg/dL | | | OCHS LIS LLB | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Desirable...................<200 mg/dL
Borderline High.............200-239 mg/dL
High........................> or = 240 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Triglycerides | 70 | 30 - 150 mg/dL | | | OCHS LIS LLB | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High.............150-199 mg/dL
High........................200-499 mg/dL
Very High...................> or = 500 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL | 42 | 40 - 63 mg/dL | | | OCHS LIS LLB | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40
Optimal...........>60
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| LDL Cholesterol | 127.0 | 63 - 129 mg/dl | | | OCHS LIS LLB | |

Comment:
```
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Desirable.....................<130 mg/dL
Borderline High...............130-159 mg/dL
High..........................> or = 160 mg/dL
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| HDL/Cholesterol Ratio | 23.0 | 20 - 50 % | | | OCHS LIS LLB | |
| Total Cholesterol/HDL Ratio | 4.4 | 2.0 - 5.0 | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/06/2007 11:02 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

**(ABNORMAL) COMPREHENSIVE METABOLIC PANEL - Final result (11/06/2007 11:02 AM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Glucose | 72 | 70 - 110 mg/dl | | | OCHS LIS LLB | |
| BUN | 16 | 5 - 23 mg/dl | | | OCHS LIS LLB | |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dl | | | OCHS LIS LLB | |
| Calcium | 9.6 | 8.7 - 10.5 mg/dl | | | OCHS LIS LLB | |
| Sodium | 140 | 136 - 145 mMol/l | | | OCHS LIS LLB | |
| Potassium | 3.8 | 3.3 - 5.3 mMol/l | | | OCHS LIS LLB | |
| Chloride | 104 | 95 - 110 mMol/l | | | OCHS LIS LLB | |
| Total Protein | 8.1 | 6.0 - 8.4 gm/dl | | | OCHS LIS LLB | |
| Albumin | 4.9 | 3.5 - 5.2 g/dl | | | OCHS LIS LLB | |
| Total Bilirubin | **1.3 (H)** | 0.1 - 1.0 mg/dl | | | OCHS LIS LLB | |

Comment:

```
These are the guidelines recommended by the manufacturer.  Especially
for infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dl
Up to 48 hours............<12.0 mg/dl
3-5 days..................<15.0 mg/dl
6-29 days.................<15.0 mg/dl
```

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| AST | 16 | 0 - 31 U/L | | | OCHS LIS LLB | |
| Alkaline Phosphatase | 49 | 45 - 130 U/L | | | OCHS LIS LLB | |
| CO2 | **20 (L)** | 23.0 - 29.0 mEq/L | | | OCHS LIS LLB | |
| ALT | 11 | 0 - 31 U/L | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/06/2007 11:02 AM CST | |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

**(ABNORMAL) URINALYSIS AUTO ONLY (URINALYSIS) - Final result (11/05/2007 5:03 PM CST)**

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Color, UA | YELLOW | Yellow | | | OCHS LIS LLB | |

Comment:
If formed elements are not present in the microscopic examination, they are NOT mentioned in the report.

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Appearance, UA | **HAZY (A)** | Clear | | | OCHS LIS LLB | |
| pH, UA | 5.0 | 4.5 - 8.0 | | | OCHS LIS LLB | |
| Specific Gravity, UA | 1.026 | 1.003 - 1.030 | | | OCHS LIS LLB | |
| Protein, UA | NEG | Negative mg/dl | | | OCHS LIS LLB | |
| Glucose, UA | NEG | Negative mg/dl | | | OCHS LIS LLB | |
| Ketones, UA | NEG | Negative mg/dl | | | OCHS LIS LLB | |
| Bilirubin (UA) | NEG | Negative | | | OCHS LIS LLB | |
| Occult Blood UA | NEG | Negative | | | OCHS LIS LLB | |
| Nitrite, UA | NEG | Negative | | | OCHS LIS LLB | |
| Urobilinogen, UA | 1 | 0 - 1 EU/DL | | | OCHS LIS LLB | |
| Leukocytes, UA | **TR (A)** | Negative | | | OCHS LIS LLB | |
| Bacteria | **MANY (A)** | None-Occ | | | OCHS LIS LLB | |
| Squam Epithel, UA | 24 | /hpf | | | OCHS LIS LLB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 11/05/2007 5:03 PM CST | |

| Narrative |
|---|
| **OCHS LIS LLB - 11/05/2007 9:03 PM CST**<br>Specimen type? CCMS |

| Authorizing Provider | Result Type |
|---|---|
| Elie Y Lao | URINE ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS LIS | | | |
| OCHS LIS LLB | N/A | | |

## Care Teams

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Paul K Staab, MD**<br>5216 Lapalco Blvd<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 6/13/23 | |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Paul K Staab, MD** (Jun. 13, 2023 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd
Marrero, LA 70072
Family Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

- Jul. 17, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

If you take your Lucy record on a thumb drive to a different doctor, he or she might be able to use his computer to read the file electronically. Your downloaded, machine-readable Personal Health Summary document is in a format called "CDA." If your doctor has a computer that understands CDA, your information is a folder on your thumb drive called **MachineReadable_XDMFormat**. You might need to enter a password before your doctor can use this file.

Copyright ©2023 Epic

# Trina Louise Brown-Simmons "Trina"

Continuity of Care Document, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Encounters - from 10/01/2022 to 07/17/2023

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 06/13/2023 | Surgery: COLONOSCOPY | Surgery | David A Beary, MD |
| 06/13/2023 | Hospital Encounter | Surgery | David A Beary, MD<br>Donald D Doussan Jr, MD<br>Kirstie O'Brien |
| 05/05/2023 | Office Visit | Cardiology | Samuel J Ferris, MD |
| 03/30/2023 | Office Visit | Orthopedics | Ryan J. Charles |
| 03/10/2023 | Office Visit | Obstetrics and Gynecology | Troy U Drewitz, MD |
| 01/25/2023 | Office Visit | Orthopedics | Stacy M Luna, PA-C |
| 01/24/2023 | Office Visit | Orthopedics | Howard S Hirsch, MD |
| 10/27/2022 | Clinical Support | Outpatient Rehab | Howard S Hirsch, MD<br>PT Jenna |
| 10/26/2022 | Clinical Support | Outpatient Rehab | Howard S Hirsch, MD<br>PTA Linda |
| 10/24/2022 | Office Visit | Cardiology | Samuel J Ferris, MD |
| 10/19/2022 | Clinical Support | Outpatient Rehab | Howard S Hirsch, MD<br>PTA Ariel |
| 10/17/2022 | Clinical Support | Outpatient Rehab | Howard S Hirsch, MD<br>PTA Ariel |
| 10/14/2022 | Clinical Support | Outpatient Rehab | Howard S Hirsch, MD<br>PTA Ariel |
| 10/12/2022 | Clinical Support | Outpatient Rehab | Howard S Hirsch, MD<br>PT Jenna |
| 10/11/2022 | Hospital Encounter | Radiology | Howard S Hirsch, MD |
| 10/11/2022 | Office Visit | Orthopedics | Howard S Hirsch, MD |

## Allergies - from 10/01/2022 to 07/17/2023

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Shellfish Containing Products | Hives | | 08/29/2017 | |
| Adhesive | Blisters | | 09/13/2017 | |

## Medications - from 10/01/2022 to 07/17/2023

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | | Active |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | | Active |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | | Active |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 tablet (1 mg total) by mouth once daily. | 30 tablet | 11 | 03/30/2023 | 03/29/2024 | Active |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth every evening. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth once daily. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 0 | 10/26/2021 | 10/11/2022 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth. | | 0 | 03/01/2021 | 10/11/2022 | Discontinued |
| cephALEXin (KEFLEX) 125 mg/5 mL SusR | Take 250 mg by mouth every 6 (six) hours. | | 0 | | 06/13/2023 | Discontinued (Stop Taking at Discharge) |
| pregabalin (LYRICA) 200 MG Cap | Take 200 mg by mouth 2 (two) times daily. | | 0 | 05/04/2023 | 06/06/2023 | Discontinued |

## Active Problems - from 10/01/2022 to 07/17/2023

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Social History - from 10/01/2022 to 07/17/2023

Smoking Status as of 06/13/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 06/06/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 03/30/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 03/10/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 01/25/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 01/24/2023

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Smoking Status as of 10/11/2022

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Alcohol Use as of 06/13/2023

| Alcohol Use | Standard Drinks/Week |
|---|---|
| Yes | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - from 10/01/2022 to 07/17/2023

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 151/95 | 06/13/2023 9:26 AM CDT | |
| Pulse | 94 | 06/13/2023 9:26 AM CDT | |
| Temperature | 36.6 °C (97.9 °F) | 06/13/2023 7:38 AM CDT | |
| Respiratory Rate | 17 | 06/13/2023 9:26 AM CDT | |
| Oxygen Saturation | 95% | 06/13/2023 9:26 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (207 lb 12.5 oz) | 06/13/2023 7:38 AM CDT | |
| Height | 157.5 cm (5' 2.01") | 06/13/2023 7:38 AM CDT | |
| Body Mass Index | 37.99 | 06/13/2023 7:38 AM CDT | |

## Plan of Treatment - from 10/01/2022 to 07/17/2023

Not on file

## Procedures - from 10/01/2022 to 07/17/2023

| Procedure Name | Priority | Date/Time | Associated Diagnosis | Comments |
|---|---|---|---|---|
| COLONOSCOPY | Routine | 06/13/2023 8:32 AM CDT | | |
| COLONOSCOPY | | 06/13/2023 8:30 AM CDT | Screen for colon cancer | |

## Results - from 10/01/2022 to 07/17/2023

SPECIMEN TO PATHOLOGY, SURGERY - Final result (06/13/2023 8:54 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Final Pathologic Diagnosis | Colon, sigmoid, polypectomy:<br>- Tubular adenoma<br>- Negative for high-grade dysplasia or malignancy | | | | SBPH SOFT LAB | |
| Comment: Interp By Darshan Trivedi, MD, PhD, Signed on 06/15/2023 at 16:39 | | | | | | |
| Microscopic Exam | Microscopic examination performed. | | | | SBPH SOFT LAB | |
| Gross | Pathology ID: 8279536<br>Patient ID: 8279536<br><br>The specimen is received in formalin labeled "sigmoid polyp". The specimen consists of multiple tan-white fragments of soft tissue measuring 0.7 x 0.5 x 0.3 cm in aggregate. The specimen is submitted entirely in cassette SBS-23-589-1-A.<br><br>Shazia Y. Searcy, MS Grossing Technologist | | | | SBPH SOFT LAB | |
| Disclaimer | Unless the case is a 'gross only' or additional testing only, the final diagnosis for each specimen is based on a microscopic examination of appropriate tissue sections. | | | | SBPH SOFT LAB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Tissue | | | 06/13/2023 8:54 AM CDT | 06/13/2023 9:11 AM CDT |

Narrative

```
OCHS SOFT LAB - 06/15/2023 5:08 PM CDT
Pre-op Diagnosis: Screen for colon cancer [Z12.11]
Procedure(s):
COLONOSCOPY
Number of specimens: 1
Name of specimens: sigmoid polyp
Which provider would you like to cc?->STAAB, PAUL K.
Release to patient->Immediate
Specimen total (fresh, frozen, permanent):->1
```

| Authorizing Provider | Result Type |
|---|---|
| David A Beary, MD | PATHOLOGY/CYTOLOGY ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS SOFT LAB | | | |
| SBPH SOFT LAB | 8000 W Judge Perez Drive | Chalmette, LA 70043, US | |
| OCHS SOFT LAB | N/A | | |

COLONOSCOPY - Final result (06/13/2023 8:32 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/13/2023 8:32 AM CDT | |

Narrative

```
OCHS PROVATION - 06/13/2023 9:09 AM CDT
```

Narrative

St. Bernard
Patient Name: Trina Brown-simmons
Procedure Date: 6/13/2023 8:32 AM
MRN: 8279536
Account Number: 351903939
Date of Birth:
Age: 50
Room: endo 1
Gender: Female
Attending MD: David A Beary , MD, 1023081486

Procedure: Colonoscopy

Indications: High risk colon cancer surveillance: Personal history of colonic polyps, Incidental - Hematochezia, Family history of colon cancer

Providers: David A. Beary, MD, Charles Sherlock, RN, Troylyn Brown, Technician

Referring MD: Paul K. Staab, MD

Complications: No immediate complications.

Procedure: Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents. ASA Grade Assessment: III - A patient with severe systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Olympus scope PCF-HQ190L (2206178) was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good. The ileocecal valve, appendiceal orifice, and rectum were photographed.

Findings:
The perianal and digital rectal examinations were normal.
Internal hemorrhoids were found during retroflexion. The hemorrhoids were Grade II (internal hemorrhoids that prolapse but reduce spontaneously).
Multiple small-mouthed diverticula were found in the sigmoid colon.
A 6 mm polyp was found in the sigmoid colon. The polyp was sessile. The polyp was removed with a cold biopsy forceps. Resection and retrieval were complete.

Impression:
- Internal hemorrhoids.
- Diverticulosis in the sigmoid colon.
- One 6 mm polyp in the sigmoid colon, removed with a cold biopsy forceps. Resected and retrieved.

Recommendation:
- Discharge patient to home.
- Resume previous diet.
- Continue present medications.
- Await pathology results.
- Repeat colonoscopy date to be determined after pending pathology results are reviewed for surveillance based on pathology results.
- Return to my office in 2 weeks.

David A Beary, MD
6/13/2023 9:08:41 AM
This report has been verified and signed electronically.
Dear patient,
As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
Number of Addenda: 0
Note Initiated On: 6/13/2023 8:32 AM
Scope Withdrawal Time: 0 hours 8 minutes 18 seconds
Estimated Blood Loss: Estimated blood loss was minimal.
This report has been verified and signed electronically.

| Authorizing Provider | Result Type |
|---|---|
| Paul K Staab, MD | GI ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROVATION | | | |
| OCHS PROVATION | N/A | | |

EKG 12-LEAD - Final result (05/05/2023 9:12 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/05/2023 9:12 AM CDT | |

Narrative

**OCHS GE MUSE - 05/06/2023 12:20 PM CDT**

```
Test Reason : R00.2,

Vent. Rate : 082 BPM     Atrial Rate : 082 BPM
  P-R Int : 128 ms          QRS Dur : 062 ms
   QT Int : 354 ms       P-R-T Axes : 017 012 037 degrees
  QTc Int : 413 ms

Normal sinus rhythm
Low voltage QRS
Cannot rule out Anterior infarct ,age undetermined
Abnormal ECG
When compared with ECG of 11-JUL-2022 08:18,
Previous ECG has undetermined rhythm, needs review
Questionable change in The axis
Nonspecific T wave abnormality no longer evident in Anterior leads
Confirmed by Pearl MD, Richard (1869) on 5/6/2023 12:20:10 PM

Referred By:             Confirmed By:Richard Pearl MD
```

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

XR KNEE ORTHO BILAT WITH FLEXION - Final result (10/11/2022 9:00 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Knee | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**10/11/2022 9:41 AM CDT**

```
As above.


Electronically signed by: Adam Wells, MD
Date: 10/11/2022
Time: 09:41
```

Narrative

**10/11/2022 9:41 AM CDT**

Narrative

```
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees
were performed.  Lateral views of both knees were also performed.

FINDINGS:
There is medial compartment joint space loss bilaterally.  There is no fracture, dislocation, or bony
erosion.  There is osseous spur at the superior aspect of the patella bilaterally.
```

Procedure Note

**Adam C Wells, MD - 10/11/2022**

Formatting of this note might be different from the original.
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees were performed. Lateral views of both knees were also performed.

FINDINGS:
There is medial compartment joint space loss bilaterally. There is no fracture, dislocation, or bony erosion. There is osseous spur at the superior aspect of the patella bilaterally.

Impression:

As above.

Electronically signed by:Adam Wells, MD
Date:10/11/2022
Time:09:41

| Authorizing Provider | Result Type |
|---|---|
| Howard S Hirsch, MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

## Visit Diagnoses - from 10/01/2022 to 07/17/2023

| Diagnosis | Start Date |
|---|---|
| Acute pain of both knees | 10/11/2022 |
| Chronic pain of both knees | 10/11/2022 |
| Primary osteoarthritis of both knees | 10/11/2022 |
| Primary osteoarthritis of both knees | 10/12/2022 |
| Generalized weakness | 10/14/2022 |
| Generalized weakness | 10/17/2022 |
| Generalized weakness | 10/19/2022 |
| Essential hypertension | 10/24/2022 |
| DOE (dyspnea on exertion) | 10/24/2022 |
| Mitral valve prolapse | 10/24/2022 |
| Palpitations | 10/24/2022 |
| PVD (peripheral vascular disease) | 10/24/2022 |
| Chest pain, atypical | 10/24/2022 |
| Syncope and collapse | 10/24/2022 |
| Generalized weakness | 10/26/2022 |
| Generalized weakness | 10/27/2022 |
| Primary osteoarthritis of left knee | 1/25/2023 |
| Primary osteoarthritis of right knee | 1/25/2023 |
| Routine gynecological examination | 3/10/2023 |
| Menopausal symptoms | 3/10/2023 |
| Primary osteoarthritis of both knees | 3/30/2023 |
| Palpitations | 5/5/2023 |
| DOE (dyspnea on exertion) | 5/5/2023 |
| Essential hypertension | 5/5/2023 |
| PVD (peripheral vascular disease) | 5/5/2023 |
| Chest pain, atypical | 5/5/2023 |
| Syncope and collapse | 5/5/2023 |
| Screen for colon cancer | 6/13/2023 |
| Special screening for malignant neoplasms, colon | 6/13/2023 |

## Goals - from 10/01/2022 to 07/17/2023

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Care Teams - from 10/01/2022 to 07/17/2023

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Primary Doctor No** | PCP - General | | 3/10/23 | 6/12/23 |
| **Paul K Staab, MD**<br>5216 Lapalco Blvd<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 6/13/23 | |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

**Primary Doctor No** (Mar. 10, 2023 - Jun. 12, 2023)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

**Paul K Staab, MD** (Jun. 13, 2023 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd
Marrero, LA 70072
Family Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Oct. 01, 2022 - Jul. 17, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

Auth/Cert (Routine)

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Surgery | Diagnoses<br>Screen for colon cancer | David A Beary, MD<br>1111 MEDICAL CENTER BLVD<br>SUITE N 411<br>MARRERO, LA 70072<br>Phone: 504-340-8544<br>Fax: 504-274-1090 | Sbph Periop Services<br>8000 W. Judge Perez Dr.<br>Chalmette, LA 70043-1668<br>Phone: 504-826-9260<br>Fax: 504-826-9273 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 24905319 | | | | | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 06/13/2023 | Surgery:<br>COLONOSCOPY | St. Bernard - Surgery (Hospital)<br>8000 W. Judge Perez Dr.<br>Chalmette, LA 70043-1668<br>504-826-9260 | **David A Beary, MD**<br>1111 MEDICAL CENTER BLVD<br>SUITE N 411<br>MARRERO, LA 70072<br>504-340-8544 (Work)<br>504-274-1090 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | | Active |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | | Active |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | | Active |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 tablet (1 mg total) by mouth once daily. | 30 tablet | 11 | 03/30/2023 | 03/29/2024 | Active |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth every evening. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth once daily. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| cephALEXin (KEFLEX) 125 mg/5 mL SusR | Take 250 mg by mouth every 6 (six) hours. | | 0 | | 06/13/2023 | Discontinued (Stop Taking at Discharge) |
| pregabalin (LYRICA) 200 MG Cap | Take 200 mg by mouth 2 (two) times daily. | | 0 | 05/04/2023 | 06/06/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Surgery Details - documented in this encounter

| Date/Time | Status | Location | OR | Service | Patient Class | Case Class | Case Type | Trauma Case? |
|---|---|---|---|---|---|---|---|---|
| 6/13/23 8:30 AM | Posted | SBPH ENDO | SBPH ENDO 1 | Endoscopy | OP- Outpatient Procedures | | | |

| Panel 1 Procedure | LRB | Anes | Op Region | Wound Class | Comments |
|---|---|---|---|---|---|
| COLONOSCOPY | N/A | General/ MAC | Abdomen | N/A | |

| Surgeon | Surgeon Role | Service | Panel |
|---|---|---|---|
| David A Beary, MD | Primary | Endoscopy | 1 |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| Yes | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 143/87 | 06/13/2023 7:38 AM CDT | |
| Pulse | 91 | 06/13/2023 7:38 AM CDT | |
| Temperature | 36.6 °C (97.9 °F) | 06/13/2023 7:38 AM CDT | |
| Respiratory Rate | 18 | 06/13/2023 7:38 AM CDT | |
| Oxygen Saturation | - | - | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (207 lb 12.5 oz) | 06/13/2023 7:38 AM CDT | |
| Height | 157.5 cm (5' 2.01") | 06/13/2023 7:38 AM CDT | |
| Body Mass Index | 37.99 | 06/13/2023 7:38 AM CDT | |

## Discharge Instructions - documented in this encounter

Attachments

**The following attachments were made available to the patient upon discharge.**

Colonoscopy Discharge Instructions (English)

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth every evening. | | 0 | 05/04/2023 | 05/03/2024 |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | |
| estradioL (ESTRACE) 1 MG tablet | Take 1 tablet (1 mg total) by mouth once daily. | 30 tablet | 11 | 03/30/2023 | 03/29/2024 |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth once daily. | | 0 | 05/04/2023 | 05/03/2024 |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | |

## H&P Notes - documented in this encounter

David A Beary, MD - 06/13/2023 8:13 AM CDT
Formatting of this note might be different from the original.
The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

Surgery risks, benefits and alternative options discussed and understood by patient/family.

There are no hospital problems to display for this patient.

Electronically signed by David A Beary, MD at 06/13/2023 8:13 AM CDT

**Source Note - David A Beary, MD - 06/06/2023 10:08 AM CDT**

## Miscellaneous Notes - documented in this encounter

Brief Op Note - David A Beary, MD - 06/13/2023 9:45 AM CDT
Formatting of this note is different from the original.
St. Bernard - Surgery (Hospital)
Brief Operative Note

Surgery Date: 6/13/2023

Surgeon(s) and Role:
* David A. Beary, MD - Primary

Assisting Surgeon: None

Pre-op Diagnosis: Screen for colon cancer [Z12.11]

Post-op Diagnosis: Post-Op Diagnosis Codes:
* Screen for colon cancer [Z12.11]

Procedure(s) (LRB):
COLONOSCOPY (N/A)

Anesthesia: General/MAC

Operative Findings: Polyp sigmoid

Estimated Blood Loss: * No values recorded between 6/13/2023 8:30 AM and 6/13/2023 8:55 AM *

Specimens:
Specimen (24h ago, onward)

Start Ordered
06/13/23 0852 Specimen to Pathology, Surgery Gastrointestinal tract Once
Comments: Pre-op Diagnosis: Screen for colon cancer [Z12.11]Procedure(s):COLONOSCOPY Number of specimens: 1Name of specimens: sigmoid polyp

References: Click here for ordering Quick Tip
Question Answer Comment
Procedure Type: Gastrointestinal tract
Specimen Class: Routine/Screening
Which provider would you like to cc? STAAB, PAUL K.
Release to patient Immediate

06/13/23 0852

Discharge Note

OUTCOME: Patient tolerated treatment/procedure well without complication and is now ready for discharge.

DISPOSITION: Home or Self Care

FINAL DIAGNOSIS: GI bleeding

FOLLOWUP: In clinic

DISCHARGE INSTRUCTIONS:
Discharge Procedure Orders
Diet general

Clinical Reference Documents Added to Patient Instructions

Document
COLONOSCOPY DISCHARGE INSTRUCTIONS (ENGLISH)

Electronically signed by David A Beary, MD at 06/13/2023 10:30 AM CDT
Brief Op Note - David A Beary, MD - 06/13/2023 9:02 AM CDT

Formatting of this note is different from the original.
St. Bernard - Surgery (Hospital)
Brief Operative Note

Surgery Date: 6/13/2023

Surgeon(s) and Role:
* David A. Beary, MD - Primary

Assisting Surgeon: None

Pre-op Diagnosis: Screen for colon cancer [Z12.11]

Post-op Diagnosis: Post-Op Diagnosis Codes:
* Screen for colon cancer [Z12.11]

Procedure(s) (LRB):
COLONOSCOPY (N/A)

Anesthesia: General/MAC

Operative Findings: Polyp sigmoid

Estimated Blood Loss: * No values recorded between 6/13/2023 8:30 AM and 6/13/2023 8:55 AM *

Specimens:
Specimen (24h ago, onward)

Start Ordered
06/13/23 0852 Specimen to Pathology, Surgery Gastrointestinal tract Once
Comments: Pre-op Diagnosis: Screen for colon cancer [Z12.11]Procedure(s):COLONOSCOPY Number of specimens: 1Name of specimens: sigmoid polyp

References: Click here for ordering Quick Tip
Question Answer Comment
Procedure Type: Gastrointestinal tract
Specimen Class: Routine/Screening
Which provider would you like to cc? STAAB, PAUL K.
Release to patient Immediate

06/13/23 0852

Discharge Note

OUTCOME: Patient tolerated treatment/procedure well without complication and is now ready for discharge.

DISPOSITION: Home or Self Care

FINAL DIAGNOSIS: History of polyps

FOLLOWUP: In clinic

DISCHARGE INSTRUCTIONS:
Discharge Procedure Orders
Diet general

Electronically signed by David A Beary, MD at 06/13/2023 9:02 AM CDT
Provation Patient Instructions - David A Beary, MD - 06/13/2023 8:32 AM CDT
Formatting of this note might be different from the original.
Discharge Summary/Instructions after an Endoscopic Procedure
Patient Name: Trina Brown-simmons Patient MRN: 8279536 Patient Birthdate:

Tuesday, June 13, 2023 David A. Beary, MD

Dear patient,
As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
RESTRICTIONS:
During your procedure today, you received medications for sedation. These medications may affect your judgment, balance and coordination. Therefore, for 24 hours, you have the following restrictions:
- DO NOT drive a car, operate machinery, make legal/financial decisions, sign important papers or drink alcohol.
ACTIVITY:
Today: no heavy lifting, straining or running due to procedural sedation/anesthesia.
The following day: return to full activity including work.
DIET:
Eat and drink normally unless instructed otherwise.

TREATMENT FOR COMMON SIDE EFFECTS:
- Mild abdominal pain, nausea, belching, bloating or excessive gas: rest, eat lightly and use a heating pad.
- Sore Throat: treat with throat lozenges and/or gargle with warm salt water.
- Because air was used during the procedure, expelling large amounts of air from your rectum or belching is normal.
- If a bowel prep was taken, you may not have a bowel movement for 1-3 days. This is normal.
SYMPTOMS TO WATCH FOR AND REPORT TO YOUR PHYSICIAN:
1. Abdominal pain or bloating, other than gas cramps.
2. Chest pain.
3. Back pain.
4. Signs of infection such as: chills or fever occurring within 24 hours after the procedure.
5. Rectal bleeding, which would show as bright red, maroon, or black stools. (A tablespoon of blood from the rectum is not serious, especially if hemorrhoids are present.)
6. Vomiting.
7. Weakness or dizziness.
GO DIRECTLY TO THE NEAREST EMERGENCY ROOM IF YOU HAVE ANY OF THE FOLLOWING:

Difficulty breathing
Chills and/or fever over 101 F
Persistent vomiting and/or vomiting blood
Severe abdominal pain
Severe chest pain
Black, tarry stools
Bleeding- more than one tablespoon
Any other symptom or condition that you feel may need urgent attention
Your doctor recommends these additional instructions:
If any biopsies were taken, your doctors clinic will contact you in 1 to 2 weeks with any results.
- Discharge patient to home.
- Resume previous diet.
- Continue present medications.
- Await pathology results.
- Repeat colonoscopy date to be determined after pending pathology results are reviewed for surveillance based on pathology results.
- Return to my office in 2 weeks.
For questions, problems or results please call your physician - David A. Beary, MD at Work: ( ) 340-8544.
Ochsner Health Center - St. Bernard, EMERGENCY ROOM PHONE NUMBER: (504) 826-9555
IF A COMPLICATION OR EMERGENCY SITUATION ARISES AND YOU ARE UNABLE TO REACH YOUR PHYSICIAN - GO DIRECTLY TO THE EMERGENCY ROOM.
David A Beary, MD
6/13/2023 9:08:41 AM
This report has been verified and signed electronically.
Dear patient,

As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
PROVATION
Electronically signed by David A Beary, MD at 06/13/2023 9:09 AM CDT

Pre-Procedure Instructions - RN Michelle - 06/06/2023 9:59 AM CDT

Formatting of this note might be different from the original.
PATIENT VERBALLY GIVEN FOLLOWING INSTRUCTIONS, UNDERSTANDING VERBALIZED BY PATIENT:

Your procedure is scheduled for -6/13/23--.

Report to registration on the 1st floor of the hospital. Use the front entrance of the hospital. Someone will call you the day before your procedure to confirm an arrival time.

IMPORTANT INSTRUCTIONS:
Do not eat or drink after midnight on -6/12/23-, including water. It is okay to brush your teeth. Do not have gum, candy or mints.

Take only these medications with a small swallow of water on the morning of your procedure: --morning blood pressure medication-

Do not take any diabetic medication on the morning of procedure unless instructed to do so by your doctor or pre-op nurse.

Follow your prep instructions as directed by your doctor's office, if you have any questions regarding the prep, call your physician's office.

Female patients may be asked for a urine specimen on the morning of the surgery. Please check with your nurse before using the restroom.

Do not wear any jewelry or have any metal on your body including hair pieces or accessories.

Do not wear any contacts or make-up including false eyelashes.

You will be asked to remove any dentures or partials for the procedure.

Please bring any documents given to you by your doctor.

You must arrange for a family member or a friend to drive you home. Public transportation is prohibited. You will not be able to drive home if you were given anesthesia or sedation.

Please leave money and any valuables home, you may bring your cell phone.

Call the doctor's office if fever or illness should occur before your procedure or if you have to cancel or reschedule for any reason.

Call 826-9280 to contact us here if needed.

Electronically signed by RN Michelle at 06/06/2023 10:01 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Procedures - documented in this encounter

| Procedure Name | Priority | Date/Time | Associated Diagnosis | Comments |
|---|---|---|---|---|
| COLONOSCOPY | Routine | 06/13/2023 8:32 AM CDT | | |
| COLONOSCOPY | | 06/13/2023 8:30 AM CDT | Screen for colon cancer | |

## Results - documented in this encounter

SPECIMEN TO PATHOLOGY, SURGERY - Final result (06/13/2023 8:54 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Final Pathologic Diagnosis | Colon, sigmoid, polypectomy:<br>- Tubular adenoma<br>- Negative for high-grade dysplasia or malignancy | | | | SBPH SOFT LAB | |
| Comment: Interp By Darshan Trivedi, MD, PhD, Signed on 06/15/2023 at 16:39 | | | | | | |
| Microscopic Exam | Microscopic examination performed. | | | | SBPH SOFT LAB | |
| Gross | Pathology ID: 8279536<br>Patient ID: 8279536<br><br>The specimen is received in formalin labeled "sigmoid polyp". The specimen consists of multiple tan-white fragments of soft tissue measuring 0.7 x 0.5 x 0.3 cm in aggregate. The specimen is submitted entirely in cassette SBS-23-589-1-A.<br><br>Shazia Y. Searcy, MS<br>Grossing Technologist | | | | SBPH SOFT LAB | |
| Disclaimer | Unless the case is a 'gross only' or additional testing only, the final diagnosis for each specimen is based on a microscopic examination of appropriate tissue sections. | | | | SBPH SOFT LAB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Tissue | | | 06/13/2023 8:54 AM CDT | 06/13/2023 9:11 AM CDT |

Narrative

```
OCHS SOFT LAB - 06/15/2023 5:08 PM CDT
Pre-op Diagnosis: Screen for colon cancer [Z12.11]
Procedure(s):
COLONOSCOPY
Number of specimens: 1
Name of specimens: sigmoid polyp
Which provider would you like to cc?->STAAB, PAUL K.
Release to patient->Immediate
Specimen total (fresh, frozen, permanent):->1
```

| Authorizing Provider | Result Type |
|---|---|
| David A Beary, MD | PATHOLOGY/CYTOLOGY ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS SOFT LAB | | | |
| SBPH SOFT LAB | 8000 W Judge Perez Drive | Chalmette, LA 70043, US | |
| OCHS SOFT LAB | N/A | | |

COLONOSCOPY - Final result (06/13/2023 8:32 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/13/2023 8:32 AM CDT | |

Narrative

```
OCHS PROVATION - 06/13/2023 9:09 AM CDT
```

Narrative

St. Bernard
Patient Name: Trina Brown-simmons
Procedure Date: 6/13/2023 8:32 AM
MRN: 8279536
Account Number: 351903939
Date of Birth:
Age: 50
Room: endo 1
Gender: Female
Attending MD: David A Beary , MD, 1023081486

Procedure: Colonoscopy

Indications: High risk colon cancer surveillance: Personal history of colonic polyps, Incidental - Hematochezia, Family history of colon cancer

Providers: David A. Beary, MD, Charles Sherlock, RN, Troylyn Brown, Technician

Referring MD: Paul K. Staab, MD

Complications: No immediate complications.

Procedure: Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents. ASA Grade Assessment: III - A patient with severe systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure. After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Olympus scope PCF-HQ190L (2206178) was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good. The ileocecal valve, appendiceal orifice, and rectum were photographed.

Findings:
The perianal and digital rectal examinations were normal.
Internal hemorrhoids were found during retroflexion. The hemorrhoids were Grade II (internal hemorrhoids that prolapse but reduce spontaneously).
Multiple small-mouthed diverticula were found in the sigmoid colon.
A 6 mm polyp was found in the sigmoid colon. The polyp was sessile. The polyp was removed with a cold biopsy forceps. Resection and retrieval were complete.

Impression:
- Internal hemorrhoids.
- Diverticulosis in the sigmoid colon.
- One 6 mm polyp in the sigmoid colon, removed with a cold biopsy forceps. Resected and retrieved.

Recommendation:
- Discharge patient to home.
- Resume previous diet.
- Continue present medications.
- Await pathology results.
- Repeat colonoscopy date to be determined after pending pathology results are reviewed for surveillance based on pathology results.
- Return to my office in 2 weeks.

David A Beary, MD
6/13/2023 9:08:41 AM
This report has been verified and signed electronically.
Dear patient,
As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
Number of Addenda: 0
Note Initiated On: 6/13/2023 8:32 AM
Scope Withdrawal Time: 0 hours 8 minutes 18 seconds
Estimated Blood Loss: Estimated blood loss was minimal.
This report has been verified and signed electronically.

| Authorizing Provider | Result Type |
|---|---|
| Paul K Staab, MD | GI ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROVATION | | | |
| OCHS PROVATION | N/A | | |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Special screening for malignant neoplasms, colon - Primary<br>Screen for colon cancer |

## Administered Medications - documented in this encounter

Inactive Administered Medications - up to 3 most recent administrations

| Medication Order | MAR Action | Action Date | Dose | Rate | Site |
|---|---|---|---|---|---|
| lactated ringers infusion<br>Intravenous, Continuous, at 15 mL/hr, Starting on Tue 6/13/23 at 0730, If documented renal insufficiency use normal saline 15ml/hr, Pre-op | | | | | |
| sodium chloride 0.9% flush 10 mL<br>10 mL, Intravenous, As needed (PRN), Line Care, Starting on Tue 6/13/23 at 0716, Pre-op | | | | | |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MANAGED MEDICARE | HUMANA SNP HMO PPO SPECIAL NEEDS | xxxxx8226 | 2/1/2023-Present | 800-448-6262 | P O BOX 14601 LEXINGTON, KY 40512-4601 | Medicare Advantage |
| MEDICAID | MEDICAID OF LA | xxxxxxxxx1248 | 2/1/2023-Present | 800-473-2783 | PO BOX 91020 BATON ROUGE, LA 70821-9020 | Government |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Paul K Staab, MD**<br>5216 Lapalco Blvd<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 6/13/23 | |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Paul K Staab, MD** (Jun. 13, 2023 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd
Marrero, LA 70072
Family Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Jun. 13, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

Encounter Date

Jun. 13, 2023

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

Auth/Cert (Routine)

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Surgery | Diagnoses<br>Screen for colon cancer | David A Beary, MD<br>1111 MEDICAL CENTER BLVD<br>SUITE N 411<br>MARRERO, LA 70072<br>Phone: 504-340-8544<br>Fax: 504-274-1090 | Sbph Periop Services<br>8000 W. Judge Perez Dr.<br>Chalmette, LA 70043-1668<br>Phone: 504-826-9260<br>Fax: 504-826-9273 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 24905319 | | | | | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 06/13/2023 | Hospital Encounter | St. Bernard - Surgery (Hospital)<br>8000 W. Judge Perez Dr.<br>Chalmette, LA 70043-1668<br>504-826-9260 | **David A Beary, MD**<br>1111 MEDICAL CENTER BLVD<br>SUITE N 411<br>MARRERO, LA 70072<br>504-340-8544 (Work)<br>504-274-1090 (Fax)<br><br>**Donald D Doussan Jr, MD**<br>3900 N CAUSEWAY BLVD<br>SUITE 625<br>MMETAIRIE, LA 70002<br>504-779-5515 (Work)<br>504-779-5568 (Fax)<br><br>**Kirstie O'Brien**<br>1001 Gause Blvd<br>Box 41<br>Slidell, LA 70458<br>985-280-8858 (Work)<br>985-640-8393 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | | Active |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | | Active |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | | Active |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 tablet (1 mg total) by mouth once daily. | 30 tablet | 11 | 03/30/2023 | 03/29/2024 | Active |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth every evening. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth once daily. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| cephALEXin (KEFLEX) 125 mg/5 mL SusR | Take 250 mg by mouth every 6 (six) hours. | | 0 | | 06/13/2023 | Discontinued (Stop Taking at Discharge) |
| pregabalin (LYRICA) 200 MG Cap | Take 200 mg by mouth 2 (two) times daily. | | 0 | 05/04/2023 | 06/06/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| Yes | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 151/95 | 06/13/2023 9:26 AM CDT | |
| Pulse | 94 | 06/13/2023 9:26 AM CDT | |
| Temperature | 36.6 °C (97.9 °F) | 06/13/2023 7:38 AM CDT | |
| Respiratory Rate | 17 | 06/13/2023 9:26 AM CDT | |
| Oxygen Saturation | 95% | 06/13/2023 9:26 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (207 lb 12.5 oz) | 06/13/2023 7:38 AM CDT | |
| Height | 157.5 cm (5' 2.01") | 06/13/2023 7:38 AM CDT | |
| Body Mass Index | 37.99 | 06/13/2023 7:38 AM CDT | |

## Discharge Instructions - documented in this encounter

Attachments

**The following attachments were made available to the patient upon discharge.**

Colonoscopy Discharge Instructions (English)

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth every evening. | | 0 | 05/04/2023 | 05/03/2024 |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | |
| estradioL (ESTRACE) 1 MG tablet | Take 1 tablet (1 mg total) by mouth once daily. | 30 tablet | 11 | 03/30/2023 | 03/29/2024 |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth once daily. | | 0 | 05/04/2023 | 05/03/2024 |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | |

## H&P Notes - documented in this encounter

David A Beary, MD - 06/13/2023 8:13 AM CDT
Formatting of this note might be different from the original.
The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

Surgery risks, benefits and alternative options discussed and understood by patient/family.

There are no hospital problems to display for this patient.

Electronically signed by David A Beary, MD at 06/13/2023 8:13 AM CDT

**Source Note - David A Beary, MD - 06/06/2023 10:08 AM CDT**

## Miscellaneous Notes - documented in this encounter

Brief Op Note - David A Beary, MD - 06/13/2023 9:45 AM CDT
Formatting of this note is different from the original.
St. Bernard - Surgery (Hospital)
Brief Operative Note

Surgery Date: 6/13/2023

Surgeon(s) and Role:
* David A. Beary, MD - Primary

Assisting Surgeon: None

Pre-op Diagnosis: Screen for colon cancer [Z12.11]

Post-op Diagnosis: Post-Op Diagnosis Codes:
* Screen for colon cancer [Z12.11]

Procedure(s) (LRB):
COLONOSCOPY (N/A)

Anesthesia: General/MAC

Operative Findings: Polyp sigmoid

Estimated Blood Loss: * No values recorded between 6/13/2023 8:30 AM and 6/13/2023 8:55 AM *

Specimens:
Specimen (24h ago, onward)

Start Ordered
06/13/23 0852 Specimen to Pathology, Surgery Gastrointestinal tract Once
Comments: Pre-op Diagnosis: Screen for colon cancer [Z12.11]Procedure(s):COLONOSCOPY Number of specimens: 1Name of specimens: sigmoid polyp

References: Click here for ordering Quick Tip
Question Answer Comment
Procedure Type: Gastrointestinal tract
Specimen Class: Routine/Screening
Which provider would you like to cc? STAAB, PAUL K.
Release to patient Immediate

06/13/23 0852

Discharge Note

OUTCOME: Patient tolerated treatment/procedure well without complication and is now ready for discharge.

DISPOSITION: Home or Self Care

FINAL DIAGNOSIS: GI bleeding

FOLLOWUP: In clinic

DISCHARGE INSTRUCTIONS:
Discharge Procedure Orders
Diet general

Clinical Reference Documents Added to Patient Instructions

Document
COLONOSCOPY DISCHARGE INSTRUCTIONS (ENGLISH)

Electronically signed by David A Beary, MD at 06/13/2023 10:30 AM CDT
Brief Op Note - David A Beary, MD - 06/13/2023 9:02 AM CDT

Formatting of this note is different from the original.
St. Bernard - Surgery (Hospital)
Brief Operative Note

Surgery Date: 6/13/2023

Surgeon(s) and Role:
* David A. Beary, MD - Primary

Assisting Surgeon: None

Pre-op Diagnosis: Screen for colon cancer [Z12.11]

Post-op Diagnosis: Post-Op Diagnosis Codes:
* Screen for colon cancer [Z12.11]

Procedure(s) (LRB):
COLONOSCOPY (N/A)

Anesthesia: General/MAC

Operative Findings: Polyp sigmoid

Estimated Blood Loss: * No values recorded between 6/13/2023 8:30 AM and 6/13/2023 8:55 AM *

Specimens:
Specimen (24h ago, onward)

Start Ordered
06/13/23 0852 Specimen to Pathology, Surgery Gastrointestinal tract Once
Comments: Pre-op Diagnosis: Screen for colon cancer [Z12.11]Procedure(s):COLONOSCOPY Number of specimens: 1Name of specimens: sigmoid polyp

References: Click here for ordering Quick Tip
Question Answer Comment
Procedure Type: Gastrointestinal tract
Specimen Class: Routine/Screening
Which provider would you like to cc? STAAB, PAUL K.
Release to patient Immediate

06/13/23 0852

Discharge Note

OUTCOME: Patient tolerated treatment/procedure well without complication and is now ready for discharge.

DISPOSITION: Home or Self Care

FINAL DIAGNOSIS: History of polyps

FOLLOWUP: In clinic

DISCHARGE INSTRUCTIONS:
Discharge Procedure Orders
Diet general

Electronically signed by David A Beary, MD at 06/13/2023 9:02 AM CDT
Provation Patient Instructions - David A Beary, MD - 06/13/2023 8:32 AM CDT
Formatting of this note might be different from the original.
Discharge Summary/Instructions after an Endoscopic Procedure
Patient Name: Trina Brown-simmons Patient MRN: 8279536 Patient Birthdate:

Tuesday, June 13, 2023 David A. Beary, MD

Dear patient,
As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
RESTRICTIONS:
During your procedure today, you received medications for sedation. These medications may affect your judgment, balance and coordination. Therefore, for 24 hours, you have the following restrictions:
- DO NOT drive a car, operate machinery, make legal/financial decisions, sign important papers or drink alcohol.
ACTIVITY:
Today: no heavy lifting, straining or running due to procedural sedation/anesthesia.
The following day: return to full activity including work.
DIET:
Eat and drink normally unless instructed otherwise.

TREATMENT FOR COMMON SIDE EFFECTS:
- Mild abdominal pain, nausea, belching, bloating or excessive gas: rest, eat lightly and use a heating pad.
- Sore Throat: treat with throat lozenges and/or gargle with warm salt water.
- Because air was used during the procedure, expelling large amounts of air from your rectum or belching is normal.
- If a bowel prep was taken, you may not have a bowel movement for 1-3 days. This is normal.
SYMPTOMS TO WATCH FOR AND REPORT TO YOUR PHYSICIAN:
1. Abdominal pain or bloating, other than gas cramps.
2. Chest pain.
3. Back pain.
4. Signs of infection such as: chills or fever occurring within 24 hours after the procedure.
5. Rectal bleeding, which would show as bright red, maroon, or black stools. (A tablespoon of blood from the rectum is not serious, especially if hemorrhoids are present.)
6. Vomiting.
7. Weakness or dizziness.
GO DIRECTLY TO THE NEAREST EMERGENCY ROOM IF YOU HAVE ANY OF THE FOLLOWING:

Difficulty breathing
Chills and/or fever over 101 F
Persistent vomiting and/or vomiting blood
Severe abdominal pain
Severe chest pain
Black, tarry stools
Bleeding- more than one tablespoon
Any other symptom or condition that you feel may need urgent attention
Your doctor recommends these additional instructions:
If any biopsies were taken, your doctors clinic will contact you in 1 to 2 weeks with any results.
- Discharge patient to home.
- Resume previous diet.
- Continue present medications.
- Await pathology results.
- Repeat colonoscopy date to be determined after pending pathology results are reviewed for surveillance based on pathology results.
- Return to my office in 2 weeks.
For questions, problems or results please call your physician - David A. Beary, MD at Work: ( ) 340-8544.
Ochsner Health Center - St. Bernard, EMERGENCY ROOM PHONE NUMBER: (504) 826-9555
IF A COMPLICATION OR EMERGENCY SITUATION ARISES AND YOU ARE UNABLE TO REACH YOUR PHYSICIAN - GO DIRECTLY TO THE EMERGENCY ROOM.
David A Beary, MD
6/13/2023 9:08:41 AM
This report has been verified and signed electronically.
Dear patient,

As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
PROVATION
Electronically signed by David A Beary, MD at 06/13/2023 9:09 AM CDT

Pre-Procedure Instructions - RN Michelle - 06/06/2023 9:59 AM CDT

Formatting of this note might be different from the original.
PATIENT VERBALLY GIVEN FOLLOWING INSTRUCTIONS, UNDERSTANDING VERBALIZED BY PATIENT:

Your procedure is scheduled for -6/13/23--.

Report to registration on the 1st floor of the hospital. Use the front entrance of the hospital. Someone will call you the day before your procedure to confirm an arrival time.

IMPORTANT INSTRUCTIONS:
Do not eat or drink after midnight on -6/12/23-, including water. It is okay to brush your teeth. Do not have gum, candy or mints.

Take only these medications with a small swallow of water on the morning of your procedure: --morning blood pressure medication-

Do not take any diabetic medication on the morning of procedure unless instructed to do so by your doctor or pre-op nurse.

Follow your prep instructions as directed by your doctor's office, if you have any questions regarding the prep, call your physician's office.

Female patients may be asked for a urine specimen on the morning of the surgery. Please check with your nurse before using the restroom.

Do not wear any jewelry or have any metal on your body including hair pieces or accessories.

Do not wear any contacts or make-up including false eyelashes.

You will be asked to remove any dentures or partials for the procedure.

Please bring any documents given to you by your doctor.

You must arrange for a family member or a friend to drive you home. Public transportation is prohibited. You will not be able to drive home if you were given anesthesia or sedation.

Please leave money and any valuables home, you may bring your cell phone.

Call the doctor's office if fever or illness should occur before your procedure or if you have to cancel or reschedule for any reason.

Call 826-9280 to contact us here if needed.

Electronically signed by RN Michelle at 06/06/2023 10:01 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Procedures - documented in this encounter

| Procedure Name | Priority | Date/Time | Associated Diagnosis | Comments |
|---|---|---|---|---|
| COLONOSCOPY | Routine | 06/13/2023 8:32 AM CDT | | |
| COLONOSCOPY | | 06/13/2023 8:30 AM CDT | Screen for colon cancer | |

## Results - documented in this encounter

SPECIMEN TO PATHOLOGY, SURGERY - Final result (06/13/2023 8:54 AM CDT)

| Component | Value | Ref Range | Test Method | Analysis Time | Performed At | Pathologist Signature |
|---|---|---|---|---|---|---|
| Final Pathologic Diagnosis | Colon, sigmoid, polypectomy: - Tubular adenoma - Negative for high-grade dysplasia or malignancy | | | | SBPH SOFT LAB | |
| Comment: Interp By Darshan Trivedi, MD, PhD, Signed on 06/15/2023 at 16:39 | | | | | | |
| Microscopic Exam | Microscopic examination performed. | | | | SBPH SOFT LAB | |
| Gross | Pathology ID: 8279536 Patient ID: 8279536 The specimen is received in formalin labeled "sigmoid polyp". The specimen consists of multiple tan-white fragments of soft tissue measuring 0.7 x 0.5 x 0.3 cm in aggregate. The specimen is submitted entirely in cassette SBS-23-589-1-A. Shazia Y. Searcy, MS Grossing Technologist | | | | SBPH SOFT LAB | |
| Disclaimer | Unless the case is a 'gross only' or additional testing only, the final diagnosis for each specimen is based on a microscopic examination of appropriate tissue sections. | | | | SBPH SOFT LAB | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Tissue | | | 06/13/2023 8:54 AM CDT | 06/13/2023 9:11 AM CDT |

Narrative

**OCHS SOFT LAB - 06/15/2023 5:08 PM CDT**
Pre-op Diagnosis: Screen for colon cancer [Z12.11]
Procedure(s):
COLONOSCOPY
Number of specimens: 1
Name of specimens: sigmoid polyp
Which provider would you like to cc?->STAAB, PAUL K.
Release to patient->Immediate
Specimen total (fresh, frozen, permanent):->1

| Authorizing Provider | Result Type |
|---|---|
| David A Beary, MD | PATHOLOGY/CYTOLOGY ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS SOFT LAB | | | |
| SBPH SOFT LAB | 8000 W Judge Perez Drive | Chalmette, LA 70043, US | |
| OCHS SOFT LAB | N/A | | |

COLONOSCOPY - Final result (06/13/2023 8:32 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 06/13/2023 8:32 AM CDT | |

Narrative

**OCHS PROVATION - 06/13/2023 9:09 AM CDT**

Narrative

St. Bernard
Patient Name: Trina Brown-simmons
Procedure Date: 6/13/2023 8:32 AM
MRN: 8279536
Account Number: 351903939
Date of Birth:
Age: 50
Room: endo 1
Gender: Female
Attending MD: David A Beary , MD, 1023081486

| | |
|---|---|
| Procedure: | Colonoscopy |
| Indications: | High risk colon cancer surveillance: Personal history of colonic polyps, Incidental - Hematochezia, Family history of colon cancer |
| Providers: | David A. Beary, MD, Charles Sherlock, RN, Troylyn Brown, Technician |
| Referring MD: | Paul K. Staab, MD |
| Complications: | No immediate complications. |
| Procedure: | Pre-Anesthesia Assessment:<br>- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no anticoagulant or antiplatelet agents. ASA Grade Assessment: III - A patient with severe systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.<br>After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Olympus scope PCF-HQ190L (2206178) was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good. The ileocecal valve, appendiceal orifice, and rectum were photographed. |

Findings:

The perianal and digital rectal examinations were normal.
Internal hemorrhoids were found during retroflexion. The hemorrhoids were Grade II (internal hemorrhoids that prolapse but reduce spontaneously).
Multiple small-mouthed diverticula were found in the sigmoid colon.
A 6 mm polyp was found in the sigmoid colon. The polyp was sessile. The polyp was removed with a cold biopsy forceps. Resection and retrieval were complete.

| | |
|---|---|
| Impression: | - Internal hemorrhoids.<br>- Diverticulosis in the sigmoid colon.<br>- One 6 mm polyp in the sigmoid colon, removed with a cold biopsy forceps. Resected and retrieved. |
| Recommendation: | - Discharge patient to home.<br>- Resume previous diet.<br>- Continue present medications.<br>- Await pathology results.<br>- Repeat colonoscopy date to be determined after pending pathology results are reviewed for surveillance based on pathology results.<br>- Return to my office in 2 weeks. |

David A Beary, MD
6/13/2023 9:08:41 AM
This report has been verified and signed electronically.
Dear patient,
As a result of recent federal legislation (The Federal Cures Act), you may receive lab or pathology results from your procedure in your MyOchsner account before your physician is able to contact you. Your physician or their representative will relay the results to you with their recommendations at their soonest availability.
Thank you,
Number of Addenda: 0
Note Initiated On: 6/13/2023 8:32 AM
Scope Withdrawal Time: 0 hours 8 minutes 18 seconds
Estimated Blood Loss: Estimated blood loss was minimal.
This report has been verified and signed electronically.

| Authorizing Provider | Result Type |
|---|---|
| Paul K Staab, MD | GI ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS PROVATION | | | |
| OCHS PROVATION | N/A | | |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Special screening for malignant neoplasms, colon - Primary |

## Administered Medications - documented in this encounter

Inactive Administered Medications - up to 3 most recent administrations

| Medication Order | MAR Action | Action Date | Dose | Rate | Site |
|---|---|---|---|---|---|
| dexAMETHasone injection<br>Intravenous, As needed (PRN), Starting on Tue 6/13/23 at 0837, Anesthesia Intra-op | Given | 06/13/2023 8:37 AM CDT | 4 mg | | |
| glycopyrrolate (PF) injection<br>Intravenous, As needed (PRN), Starting on Tue 6/13/23 at 0829, Anesthesia Intra-op | Given | 06/13/2023 8:29 AM CDT | 0.2 mg | | |
| lactated ringers infusion<br>Intravenous, Continuous, at 15 mL/hr, Starting on Tue 6/13/23 at 0730, If documented renal insufficiency use normal saline 15ml/hr, Pre-op | | | | | |
| lactated ringers infusion<br>Intravenous, Continuous PRN, Starting on Tue 6/13/23 at 0737, Anesthesia Intra-op | New Bag | 06/13/2023 7:37 AM CDT | | | |
| LIDOcaine (cardiac) injection<br>Intravenous, As needed (PRN), Starting on Tue 6/13/23 at 0837, Anesthesia Intra-op | Given | 06/13/2023 8:37 AM CDT | 100 mg | | |
| ondansetron injection<br>Intravenous, As needed (PRN), Starting on Tue 6/13/23 at 0829, Anesthesia Intra-op | Given | 06/13/2023 8:29 AM CDT | 4 mg | | |
| propofol (DIPRIVAN) 10 mg/mL infusion<br>Intravenous, As needed (PRN), Starting on Tue 6/13/23 at 0837, Anesthesia Intra-op | Given | 06/13/2023 8:45 AM CDT | 50 mg | | |
| | Given | 06/13/2023 8:42 AM CDT | 50 mg | | |
| | Given | 06/13/2023 8:39 AM CDT | 50 mg | | |
| sodium chloride 0.9% flush 10 mL<br>10 mL, Intravenous, As needed (PRN), Line Care, Starting on Tue 6/13/23 at 0716, Pre-op | | | | | |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MANAGED MEDICARE | HUMANA SNP HMO PPO SPECIAL NEEDS | xxxxx8226 | 2/1/2023-Present | 800-448-6262 | P O BOX 14601 LEXINGTON, KY 40512-4601 | Medicare Advantage |
| MEDICAID | MEDICAID OF LA | xxxxxxxxx1248 | 2/1/2023-Present | 800-473-2783 | PO BOX 91020 BATON ROUGE, LA 70821-9020 | Government |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

### Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

### Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Paul K Staab, MD**<br>5216 Lapalco Blvd<br>Marrero, LA 70072<br>504-348-4357 (Work)<br>504-348-8656 (Fax) | PCP - General | Family Medicine | 6/13/23 | |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Paul K Staab, MD** (Jun. 13, 2023 - Present)
504-348-4357 (Work)
504-348-8656 (Fax)
5216 Lapalco Blvd
Marrero, LA 70072
Family Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Jun. 13, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**David A Beary, MD** (Attending, Admitting)
504-340-8544 (Work)
504-274-1090 (Fax)
1111 MEDICAL CENTER BLVD
SUITE N 411
MARRERO, LA 70072
Gastroenterology

**Donald D Doussan Jr, MD** (Attending)
504-779-5515 (Work)
504-779-5568 (Fax)
3900 N CAUSEWAY BLVD
SUITE 625
MMETAIRIE, LA 70002
Anesthesiology

**Kirstie O'Brien** (Attending)
985-280-8858 (Work)
985-640-8393 (Fax)
1001 Gause Blvd
Box 41
Slidell, LA 70458
Anesthesiology

Encounter Date

Jun. 13, 2023

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| Annual Exam |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 05/05/2023 | Office Visit | West Bank - Cardiology<br>120 Ochsner Blvd Ste 160<br>Gretna, LA 70056-5255<br>504-371-9355<br>Office Manager: Deborah B Reynon | **Samuel J Ferris, MD**<br>120 OCHSNER BLVD<br>SUITE 160<br>GRETNA, LA 70056<br>504-595-8119 (Work)<br>504-595-8810 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | | Active |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | | Active |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | | Active |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | | Active |
| estradioL (ESTRACE) 1 MG tablet | Take 1 tablet (1 mg total) by mouth once daily. | 30 tablet | 11 | 03/30/2023 | 03/29/2024 | Active |
| amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet by mouth every evening. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet | Take 2 tablets by mouth once daily. | | 0 | 05/04/2023 | 05/03/2024 | Active |
| cephALEXin (KEFLEX) 125 mg/5 mL SusR | Take 250 mg by mouth every 6 (six) hours. | | 0 | | 06/13/2023 | Discontinued (Stop Taking at Discharge) |
| pregabalin (LYRICA) 200 MG Cap | Take 200 mg by mouth 2 (two) times daily. | | 0 | 05/04/2023 | 06/06/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 130/78 | 05/05/2023 9:26 AM CDT | |
| Pulse | 80 | 05/05/2023 9:26 AM CDT | |
| Temperature | - | - | |
| Respiratory Rate | 18 | 05/05/2023 9:26 AM CDT | |
| Oxygen Saturation | 99% | 05/05/2023 9:26 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 92.2 kg (203 lb 4.2 oz) | 05/05/2023 9:26 AM CDT | |
| Height | 157.5 cm (5' 2") | 05/05/2023 9:26 AM CDT | |
| Body Mass Index | 37.18 | 05/05/2023 9:26 AM CDT | |

## Progress Notes - documented in this encounter

Samuel J Ferris, MD - 05/05/2023 9:30 AM CDT
Formatting of this note might be different from the original.

Electronically signed by Samuel J Ferris, MD at 05/05/2023 9:37 AM CDT
Samuel J Ferris, MD - 05/05/2023 9:30 AM CDT
Formatting of this note is different from the original.
Subjective:
Patient ID: Trina Louise Brown-Simmons is a 50 y.o. female who presents for follow-up of No chief complaint on file.

HPI

MVP, palpitations, syncope, CVA

6/4/19 TEE - EF 55%, mild MR/TR, no thrombus seen, bubble study negative for intracardiac shunt

Stress test 7/11/22
Normal myocardial perfusion scan. There is no evidence of myocardial ischemia or infarction.
The gated perfusion images showed an ejection fraction of 78% post stress.
There is normal wall motion post stress.
The EKG portion of this study is negative for ischemia.
The patient reported no chest pain during the stress test.
There were no arrhythmias during stress.

Echo 7/11/22
The left ventricle is normal in size with eccentric hypertrophy and normal systolic function.
The estimated ejection fraction is 65%.
Normal left ventricular diastolic function.
Normal right ventricular size with normal right ventricular systolic function.
Mild mitral regurgitation.
There is mild tricuspid valve stenosis.
Mild pulmonic regurgitation.
Normal central venous pressure (3 mmHg).
The estimated PA systolic pressure is 29 mmHg.
There is no pulmonary hypertension.

Event monitor 6/26/19
Negative event monitor with no clinical arrhythmias.

Holter 7/13/22
Sinus rhythm with heart rates varying between 72 and 158 BPM with an average of 100 BPM.
There were very rare PVCs.

Went to the ER 7/24/18
Patient presents complaining of cough and shortness of breath that started yesterday. No chest pain. No pain with breathing. States shortness of breath is worse with lying down and with ambulation. Cough is nonproductive. There is no fever. Patient has had severe nasal congestion. That nasal congestion is chronic. Patient takes Afrin multiple times a day for months due to this nasal congestion. Patient states she has a history of "bronchitis". States she has been prescribed Advair and albuterol in the past for this. She states she feels like she has been wheezing. Patient seen by SORT prior to my evaluation. Patient is on albuterol treatment during my initial evaluation. Patient does report driving to and from Orlando last week.

patient denies any current calf pain but states she has some calf pain last night and felt she had a "charley horse". Denies any leg swelling. Patient has no Homans sign or palpable cord or leg edema. Patient's D-dimer however elevated. With her symptomatology a CT of the chest was performed. No pulmonary embolism or other acute abnormality. No evidence of pericardial effusion or evidence of heart failure. Patient's BNP is not elevated. Patient's troponin is normal. Patient does have an elevated white cell count. Possibly viral etiology. Patient has significant evidence of sinusitis although this appears chronic. Chart review shows the patient had a 2D cardiac echo in 2016 that showed diastolic heart failure. After breathing treatment patient ambulated with oxygen saturations as low as 91% and feeling short of breath. Patient's heart rate decreased to 110 after breathing treatments were off which was consistent with a tachycardia when she arrived. Patient has been hypertensive. Patient is minimally tachypneic. Discussed overnight observation for persistent tachycardia and respiratory symptoms for repeat echocardiogram. Patient refused overnight admission. States she will call her cardiologist Dr. Ferris in the morning. Patient appears to have capacity to understand the risks. Will refill the patient's Advair and albuterol. I strongly recommend she stop using Afrin at all. Patient has been using this daily, repetitively and frequently for months, which could be the underlying cause of hypertension and tachycardia. Due to elevated white cell count will treat with Augmentin for sinusitis. Will switch to steroid nasal sprays. Will given ENT consultation. Follow up with her primary care doctor for blood pressure recheck. Follow up cardiologist for further evaluation of her mitral prolapse and diastolic dysfunction previously seen and workup. Return for worsening symptoms or at any time.

7/27/18 Feels a little better since discharge
Denies CP
Still congested and SOB
EKG 7/24/18 sinus tachycardia 135 - otherwise ok

8/13/18 SOB and heart racing have improved
Gets some generalized fatigue

11/13/18 Denies significant CP or SOB
Walking more
EKG NSR - ok
Gets dizzy when she gets palpitations

Saw Dr Kapoor-Maini 5/24/19
46 y.o. female with remote R cerebellar infarct on MRI brain, episode of right arm numbness and headache likely due to migraine with aura and a history of seizures. She has left eye blurry vision and feels pressure behind this eye. We discussed a referral to ophthalmology for this and patient is in agreement with this plan.

1. History of stroke
- atorvastatin (LIPITOR) 20 MG tablet; Take 1 tablet (20 mg total) by mouth once daily. Dispense: 30 tablet; Refill: 1
- CTA Head and Neck (xpd); Future
Check hypercoagulable workup given stroke in young and prior history of miscarraige
- DRVVT; Future
- Cardiolipin antibody; Future
- Beta-2 glycoprotein antibodies; Future

- C-reactive protein; Future
- Lipoprotein A (LPA); Future
- Homocysteine, serum; Future
- Factor 8 assay; Future
- Protein C activity; Future
- Protein S activity; Future
- Antithrombin III; Future
- Factor 5 leiden; Future
- Prothrombin gene mutation; Future
- Hemoglobin Electrophoresis,Hgb A2 Quan.; Future
- Creatinine, serum; Future

She was advised to follow up with Dr. Ferris/cardiology to further evaluate for cardioembolic source and for consideration of TEE and if neg loop recorder. I have sent a message to Dr. Ferris notifying him of reason for follow up
Will hold off on starting aspirin for now as patient has unknown etiology of blood in stool. I have set up for her to see a gastroenterologist on 6/11/9. I have provided her with a note. Will start aspirin 81mg daily if cleared from GI perspective
Start lipitor 20mg daily, pt was advised to let her PCP know she was started on this medication
Side effects of lipitor were discussed with patient and she was advised to notify me or her PCP if she experiences any

6/18/19 Denies CP or SOB
Discussed ILR or event monitor - she would prefer to have the event monitor first

8/9/19 Denies CP or SOB
Denies further neurologic symptoms

12/3/20 Denies CP, SOB, or palpitations
Needs clearance for foot surgery
EKG NSR -ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

4/8/21 needs clearance for revision of plantar fasciitis surgery at Touro
Denies CP, mild stable DOE
BP controlled
EKG NSR short PR otherwise ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

6/24/22 Here for worsening daily palpitations for the last 2 weeks. Also reports increased DOE and pain around left axilla
EKG NSR ok
Holter for palpitations
Echo and lexiscan myoview for CP and DOE - says she can't walk treadmill due to left foot pain
Continue Rx for HTN, PAD, CVA, MVP

10/24/22 Denies CP or SOB. Palpitations have improved
BP controlled
Continue Rx for HTN, PAD, CVA, MVP
OV 6 months

5/5/23 Denies CP or SOB. Recently Dx with RA
EKG NSR PRWP
BP controlled

Review of Systems
Constitutional: Negative for decreased appetite.
HENT: Negative for ear discharge.
Eyes: Negative for blurred vision.
Respiratory: Negative for hemoptysis.
Endocrine: Negative for polyphagia.
Hematologic/Lymphatic: Negative for adenopathy.
Skin: Negative for color change.
Musculoskeletal: Negative for joint swelling.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for brief paralysis.
Psychiatric/Behavioral: Negative for hallucinations.
Allergic/Immunologic: Negative for hives.

Objective:
Physical Exam

Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Intact distal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Assessment:

1. Palpitations
2. DOE (dyspnea on exertion)
3. Essential hypertension
4. PVD (peripheral vascular disease)
5. Chest pain, atypical
6. Syncope and collapse

Plan:

Continue Rx for HTN, PAD, CVA, MVP
OV 6 months with echo to look at MR

Electronically signed by Samuel J Ferris, MD at 05/05/2023 9:37 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

EKG 12-LEAD - Final result (05/05/2023 9:12 AM CDT)

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 05/05/2023 9:12 AM CDT | |

Narrative

```
OCHS GE MUSE - 05/06/2023 12:20 PM CDT
Test Reason : R00.2,

Vent. Rate : 082 BPM     Atrial Rate : 082 BPM
  P-R Int : 128 ms          QRS Dur : 062 ms
   QT Int : 354 ms       P-R-T Axes : 017 012 037 degrees
  QTc Int : 413 ms

Normal sinus rhythm
Low voltage QRS
Cannot rule out Anterior infarct ,age undetermined
Abnormal ECG
When compared with ECG of 11-JUL-2022 08:18,
Previous ECG has undetermined rhythm, needs review
Questionable change in The axis
Nonspecific T wave abnormality no longer evident in Anterior leads
Confirmed by Pearl MD, Richard (1869) on 5/6/2023 12:20:10 PM

Referred By:             Confirmed By:Richard Pearl MD
```

| Authorizing Provider | Result Type |
|---|---|
| Samuel J Ferris, MD | ECG ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| OCHS GE MUSE | | | |
| OCHS GE MUSE | N/A | | |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Palpitations - Primary |
| DOE (dyspnea on exertion) |
| Essential hypertension |
| PVD (peripheral vascular disease) |
| Chest pain, atypical |
| Syncope and collapse |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MANAGED MEDICARE | HUMANA SNP HMO PPO SPECIAL NEEDS | xxxxx8226 | 2/1/2023-Present | 800-448-6262 | P O BOX 14601 LEXINGTON, KY 40512-4601 | Medicare Advantage |
| MEDICAID | MEDICAID OF LA | xxxxxxxxx1248 | 2/1/2023-Present | 800-473-2783 | PO BOX 91020 BATON ROUGE, LA 70821-9020 | Government |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Primary Doctor No** | PCP - General | | 3/10/23 | 6/12/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Primary Doctor No** (Mar. 10, 2023 - Jun. 12, 2023)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

May 05, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**Samuel J Ferris, MD** (Attending)
504-595-8119 (Work)
504-595-8810 (Fax)
120 OCHSNER BLVD
SUITE 160
GRETNA, LA 70056
Cardiology

Encounter Date

May 05, 2023

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| Knee Pain |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 03/30/2023 | Office Visit | Bellemeade - Orthopedics<br>605 LAPALCO BLVD, STE 1B<br>GRETNA, LA 70056-7365<br>504-595-8350<br>Office Manager: Deborah B Reynon | **Ryan J. Charles**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-595-8350 (Work)<br>504-371-6555 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | | Active |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | | Active |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | | Active |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | | Active |
| cephALEXin (KEFLEX) 125 mg/5 mL SusR | Take 250 mg by mouth every 6 (six) hours. | | 0 | | 06/13/2023 | Discontinued (Stop Taking at Discharge) |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

Tobacco Cessation: Counseling Given: Not Answered

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | - | - | |
| Pulse | - | - | |
| Temperature | - | - | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | - | - | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 96.9 kg (213 lb 11.2 oz) | 03/30/2023 9:10 AM CDT | |
| Height | 157.5 cm (5' 2") | 03/30/2023 9:10 AM CDT | |
| Body Mass Index | 39.09 | 03/30/2023 9:10 AM CDT | |

## Progress Notes - documented in this encounter

Ryan J. Charles - 03/30/2023 9:00 AM CDT
Formatting of this note is different from the original.
NEW PATIENT ORTHOPAEDIC: Knee

PRIMARY CARE PHYSICIAN: Primary Doctor No
REFERRING PROVIDER: Aaareferral Self
No address on file

ASSESSMENT & PLAN:

Impression:
Bilateral Knee Mild Osteoarthritis, Primary
Multiple joint pains, possible rheumatologic diagnosis

Follow Up Plan: PRN

Non operative care:

Trina Louise Brown-Simmons has physical exam evidence of above and wishes to pursue an non-operative care. I am recommending the following: rheumatology

Patient comes in with a long history of having bilateral knee pain left worse than right. She is been evaluated by other orthopedic providers as well as primary care with no clear diagnosis. She has mild age-appropriate radiographic changes for her

knees. But she has hip arthralgias as well as shoulder issues. She is been complaining of back pain and has been evaluated by spine. There is no focal unclear etiologies for this multiple joint pain. She reports some skin changes that have been biopsied with inconclusive results. All of these constellation of symptoms appear to have more of a rheumatologic etiology. She is not been evaluated by Rheumatology in the past. She comes in today with labs that were obtained by her podiatrist which demonstrate an elevated ESR and CRP. This again would advocate for possibility of a rheumatologic issue that would potentially be managed by medications. I advised the patient that I want her to see Rheumatology who she has an appointment already scheduled with Touro for this evaluation. I advised that she can follow-up with me in the future should this workup prove negative. At that time I could consider intra-articular injections versus obtaining MRI. For now, she can continue NSAIDs and Lyrica.

The patient has been ordered:
None

CONSULTS:
None

ACTIVE PROBLEM LIST
Patient Active Problem List
Diagnosis
Leg pain, bilateral
Obesity (BMI 30-39.9)
Pelvic pain in female
Dyspareunia
Menorrhagia
Mitral valve prolapse
Palpitations
Syncope and collapse
Vitamin D deficiency
Status post laparoscopic hysterectomy
DOE (dyspnea on exertion)
Essential hypertension
Left flank pain
Kidney stones
SUI (stress urinary incontinence, female)
Migraine without status migrainosus, not intractable
Right arm numbness
History of seizures
Rectal bleeding
Peripheral neuropathic pain
Lower extremity edema
PVD (peripheral vascular disease)
Chest pain, atypical
Generalized weakness

SUBJECTIVE

CHIEF COMPLAINT: Knee Pain

HPI:
Trina Louise Brown-Simmons is a 50 y.o. female here for evaluation and management of bilateral knee pain, left worse than right. There is not a specific incident that brought about this pain. she has had progressive problems with the knee(s) starting 2 years ago but is now progressing to interfere with activities which include: walking, functional household ADL's, enjoying hobbies, rising from a sitting position, standing for prolonged periods of time, and getting in and out of a car

Currently the pain in the joint is rated at moderate with activity. The pain is constant and is located in the knee, located medially, located laterally, located anterior, and located posterior. The pain is described as aching, stiffness, and throbbing. Relieving factors include rest, prescription medication, and repositioning.

There is not associated Catching, Clicking, and Popping.

Trina Louise Brown-Simmons has no additional complaints.

PROGRESSIVE SYMPTOMS:
Pain worsened by weight bearing
Pain effecting living situation

FUNCTIONAL STATUS:
Climb a flight of stairs or walk up a hill

PREVIOUS TREATMENTS:
Medical: RX NSAIDS
Physical Therapy: Activities Modified
Previous Orthopaedic Surgery: None

REVIEW OF SYSTEMS:
PAIN ASSESSMENT: See HPI.
MUSCULOSKELETAL: See HPI.
OTHER 10 point review of systems is negative except as stated in HPI above

PAST MEDICAL HISTORY
has a past medical history of Anemia, Bronchitis, Essential hypertension (2/1/2019), Hyperlipidemia, Kidney stones, MVP (mitral valve prolapse), Obesity (BMI 30-39.9) (7/30/2014), Ovarian cyst, Seizures, Stroke, Syncope, and Uterine fibroid.

PAST SURGICAL HISTORY
has a past surgical history that includes Tubal ligation; Dilation and curettage of uterus; Vaginal delivery; Hysterectomy; and Colonoscopy (N/A, 6/24/2019).

FAMILY HISTORY
family history includes Cataracts in her maternal grandmother and mother; Colon cancer in her maternal grandmother; Diabetes in her brother, mother, and sister; Glaucoma in her maternal grandmother and mother; Hyperlipidemia in her mother; Hypertension in her brother, mother, and sister; No Known Problems in her brother, brother, father, maternal aunt, maternal grandfather, maternal uncle, paternal aunt, paternal grandfather, paternal grandmother, paternal uncle, sister, sister, and sister.

SOCIAL HISTORY
reports that she has never smoked. She has never used smokeless tobacco. She reports that she does not drink alcohol and does not use drugs.

ALLERGIES
Review of patient's allergies indicates:
Allergen Reactions
Adhesive Blisters
Shellfish containing products Hives

MEDICATIONS
Current Outpatient Medications on File Prior to Visit
Medication Sig Dispense Refill
albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue
amLODIPine (NORVASC) 10 MG tablet Take 1 tablet by mouth once daily 90 tablet 0
atorvastatin (LIPITOR) 20 MG tablet Take 1 tablet (20 mg total) by mouth once daily. 30 tablet 1
cephALEXin (KEFLEX) 125 mg/5 mL SusR Take 250 mg by mouth every 6 (six) hours.
clobetasol 0.05% (TEMOVATE) 0.05 % Oint Apply topically 2 (two) times daily as needed.
furosemide (LASIX) 40 MG tablet Take 40 mg by mouth every morning.
hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet Take 25 mg by mouth.
ibuprofen (ADVIL,MOTRIN) 800 MG tablet Take 800 mg by mouth nightly as needed.
meloxicam (MOBIC) 15 MG tablet Take 1 tablet (15 mg total) by mouth once daily. 30 tablet 2
naproxen (NAPROSYN) 500 MG tablet Take 500 mg by mouth 2 (two) times daily.
pregabalin (LYRICA) 100 MG capsule Take 100 mg by mouth 2 (two) times daily.
fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler Inhale 1 puff into the lungs 2 (two) times daily. Controller 60 each 0

No current facility-administered medications on file prior to visit.

PHYSICAL EXAM
height is 5' 2" (1.575 m) and weight is 96.9 kg (213 lb 11.2 oz).
Body mass index is 39.09 kg/m$^2$.

All other systems deferred.
GENERAL: No acute distress
HABITUS: Obese
GAIT: Antalgic
SKIN: Normal and No erythema, warmth, fluctuance

KNEE EXAM:

bilateral:

Effusion: No joint effusion
TTP: yes over Medial Joint Line and Lateral Joint Line
no crepitus with passive knee ROM
Passive ROM: Extension 0, Flexion 130
No pain with manipulation of patella
Stable to varus/valgus stress. No increased laxity to anterior/posterior drawer testing
negative McMurray's test
No pain with IR/ER rotation of the hip
5/5 strength in knee flexion and extension, ankle plantarflexion and dorsiflexion
Neurovascular Status: Sensation intact to light touch in Sural, Saphenous, SPN, DPN, Tibial nerve distribution
2+ pulse DP/PT, normal capillary refill, foot has normal warmth

DATA:
Diagnostic tests reviewed for today's visit:

4v of the knee reveal mild Mild degenerative changes of the Medial compartment. There is evidence of advanced osteoarthritis changes with Joint space narrowing. The limb is in netural alignment. The patella is tracking midline.

Electronically signed by Ryan J. Charles at 03/30/2023 9:46 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Primary osteoarthritis of both knees - Primary |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MANAGED MEDICARE | HUMANA SNP HMO PPO SPECIAL NEEDS | xxxxx8226 | 2/1/2023-Present | 800-448-6262 | P O BOX 14601 LEXINGTON, KY 40512-4601 | Medicare Advantage |
| MEDICAID | MEDICAID OF LA | xxxxxxxxx1248 | 2/1/2023-Present | 800-473-2783 | PO BOX 91020 BATON ROUGE, LA 70821-9020 | Government |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

### Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

### Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Primary Doctor No** | PCP - General | | 3/10/23 | 6/12/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Primary Doctor No** (Mar. 10, 2023 - Jun. 12, 2023)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Mar. 30, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**Ryan J. Charles** (Attending)
504-595-8350 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Orthopedic Surgery

Encounter Date

Mar. 30, 2023

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| Well Woman |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 03/10/2023 | Office Visit | West Bank - OB GYN<br>120 Ochsner Blvd.<br>Gretna, LA 70056-5256<br>504-391-8896<br>Office Manager: Deborah B Reynon | **Troy U Drewitz, MD**<br>120 OCHSNER BLVD<br>SUITE 360<br>GRETNA, LA 70056<br>504-391-8896 (Work)<br>504-595-8013 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | | Active |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | | Active |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | | Active |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | | Active |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 122/82 | 03/10/2023 2:53 PM CST | |
| Pulse | - | - | |
| Temperature | - | - | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | - | - | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 95.7 kg (210 lb 13.9 oz) | 03/10/2023 2:53 PM CST | |
| Height | - | - | |
| Body Mass Index | 38.57 | 01/25/2023 10:29 AM CST | |

## Progress Notes - documented in this encounter

Troy U Drewitz, MD - 03/10/2023 2:40 PM CST
Formatting of this note is different from the original.

Subjective:

Patient ID: Trina Louise Brown-Simmons is a 50 y.o. female.

Chief Complaint: Well Woman

History of Present Illness
HPI
Annual Exam-Postmenopausal
Patient presents for annual exam. The patient has no complaints today. The patient is not currently sexually active. GYN screening history: last pap: approximate date 2015 and was normal and pt had TLH 2017 for benign indications . The patient is not taking hormone replacement therapy. Patient denies post-menopausal vaginal bleeding. The patient wears seatbelts: yes. The patient participates in regular exercise: no. Has the patient ever been transfused or tattooed?: not asked. The patient reports that there is not domestic violence in her life.

Pt does MMGs at DIS at West Jeff.

Pt is up to date with colonoscopy.

Pt c/o severe hot flashes and night sweats. Pt is inquiring about treatment.

GYN & OB History

Patient's last menstrual period was 08/01/2017 (approximate).
Date of Last Pap: No result found

OB History
Gravida Para Term Preterm AB Living
4 4 4 4
SAB IAB Ectopic Multiple Live Births
4

# Outcome Date GA Lbr Len/2nd Weight Sex Delivery Anes PTL Lv
4 Term 04/02/99 40w0d F Vag-Spont N LIV
3 Term 11/24/95 40w0d F Vag-Spont N LIV
2 Term 07/27/93 40w0d M Vag-Spont N LIV
1 Term 12/10/89 40w0d M Vag-Spont N LIV

Review of Systems
Review of Systems
Constitutional: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Positive for hair loss. Negative for diabetes, hot flashes, hyperthyroidism and hypothyroidism.
Genitourinary: Positive for hot flashes. Negative for bladder incontinence, decreased libido, pelvic pain, urgency, vaginal bleeding, vaginal discharge, vaginal pain, postcoital bleeding, postmenopausal bleeding, vaginal dryness and vaginal odor.
Musculoskeletal: Positive for arthralgias, back pain, leg pain and myalgias.
Integumentary: Positive for rash.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.
Breast: negative.

Objective:
Physical Exam:
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Pulmonary/Chest: Effort normal. No respiratory distress. Right breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change, no tenderness, presence, no bleeding, no swelling, no mastectomy, no augmentation and no lumpectomy. Left breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change, no tenderness, presence, no bleeding, no swelling, no mastectomy, no augmentation and no lumpectomy.

Abdominal: Soft. She exhibits no distension and no mass. There is no abdominal tenderness. There is no rebound and no guarding.
Genitourinary: Vagina, right adnexa and left adnexa normal.
Pelvic exam was performed with patient supine.
The external female genitalia was normal. No external genitalia lesions identified,Genitalia hair distrobution normal . Labial bartholins normal.There is no rash, tenderness, lesion or injury on the right labia. There is no rash, tenderness, lesion or injury on the left labia. Right adnexum displays no mass, no tenderness and no fullness. Left adnexum displays no mass, no tenderness and no fullness. Vagina exhibits no lesion. Vaginal cuff normal. No erythema, no vaginal discharge, tenderness, bleeding, rectocele, cystocele or unspecified prolapse of vaginal walls in the vagina. No foreign body in the vagina.
No signs of injury in the vagina.
Vagina was moist.Cervix is absent.Uterus is absent. Normal urethral meatus.Urethral Meatus exhibits: urethral lesion and prolapsedUrethra findings: no urethral mass, no tenderness and no urethral scarringBladder findings: no bladder distention and no bladder tenderness
Musculoskeletal: Normal range of motion and moves all extremeties. No tenderness.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit. Coordination normal.
Skin: She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Assessment:

1. Routine gynecological examination
2. Menopausal symptoms

Plan:

Pap smears no longer indicated
Pt to schedule own MMG's at DIS
Note sent to Dr Ferris, pt's cardiologist, to see if he has any objections to HRT.

Electronically signed by Troy U Drewitz, MD at 03/10/2023 3:21 PM CST

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Routine gynecological examination - Primary |
| Menopausal symptoms |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| HUMANA MANAGED MEDICARE | HUMANA SNP HMO PPO SPECIAL NEEDS | xxxxx8226 | 2/1/2023-Present | 800-448-6262 | P O BOX 14601 LEXINGTON, KY 40512-4601 | Medicare Advantage |
| MEDICAID | MEDICAID OF LA | xxxxxxxxx1248 | 2/1/2023-Present | 800-473-2783 | PO BOX 91020 BATON ROUGE, LA 70821-9020 | Government |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Primary Doctor No** | PCP - General | | 3/10/23 | 6/12/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **Primary Doctor No** (Mar. 10, 2023 - Jun. 12, 2023)<br>**Ochsner Health System and Its Subsidiaries and Affiliates**<br>1514 Jefferson Highway<br>New Orleans, LA 70121 | **Med Assistant Rozmond** (Care Coordinator)<br>**Ochsner Health System and Its Subsidiaries and Affiliates**<br>1514 Jefferson Highway<br>New Orleans, LA 70121 | Mar. 10, 2023 |

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

| Encounter Providers | Encounter Date |
|---|---|
| **Troy U Drewitz, MD** (Attending)<br>504-391-8896 (Work)<br>504-595-8013 (Fax)<br>120 OCHSNER BLVD<br>SUITE 360<br>GRETNA, LA 70056<br>Obstetrics and Gynecology | Mar. 10, 2023 |

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| Pain |
| Pain |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 01/25/2023 | Office Visit | St. Charles Parish Hospital - Orthopedics<br>1057 PAUL MAILLARD RD, STE 2250<br>Luling, LA 70070-4349<br>985-785-2218<br>Office Manager: Sharon D Beckwith | **Stacy M Luna, PA-C**<br>1514 JEFFERSON HWY<br>NEW ORLEANS, LA 70121<br>504-842-2000 (Work)<br>504-842-2100 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| clobetasol 0.05% (TEMOVATE) 0.05 % Oint | Apply topically 2 (two) times daily as needed. | | 0 | 01/11/2023 | | Active |
| furosemide (LASIX) 40 MG tablet | Take 40 mg by mouth every morning. | | 0 | 01/04/2023 | | Active |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth nightly as needed. | | 0 | 01/04/2023 | | Active |
| naproxen (NAPROSYN) 500 MG tablet | Take 500 mg by mouth 2 (two) times daily. | | 0 | 11/21/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | - | - | |
| Pulse | - | - | |
| Temperature | - | - | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | - | - | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.5 kg (208 lb 4.8 oz) | 01/25/2023 10:29 AM CST | |
| Height | 157.5 cm (5' 2") | 01/25/2023 10:29 AM CST | |
| Body Mass Index | 38.1 | 01/25/2023 10:29 AM CST | |

## Patient Instructions - documented in this encounter

Patient Instructions
Stacy M Luna, PA-C - 01/25/2023 10:30 AM CST
Formatting of this note might be different from the original.
It was nice to meet you today! I am sorry that you are hurting so much.

Wear the knee brace as needed for prolonged walking. This should give you added support and help with pain.

Take motrin OR meloxicam OR naprosyn to help with pain/inflammation. Take as directed with food. Do not take them together.

I will see you back in 6-8 weeks, but please stay in touch and call me if you need anything. You can also send me a message in MyOchsner.

Stacy
985-785-2218
Electronically signed by Stacy M Luna, PA-C at 01/25/2023 11:04 AM CST

## Progress Notes - documented in this encounter

Stacy M Luna, PA-C - 01/25/2023 10:30 AM CST
Formatting of this note is different from the original.
Subjective:

Patient ID: Trina Louise Brown-Simmons is a 50 y.o. female.

Chief Complaint: Pain of the Left Knee (Patient presents today as a follow up for her bilateral knee pain. ) and Pain of the Right Knee

HPI (Hirsch)

Last seen by Dr. Hirsch on 10/11/22 for bilateral knee pain, left > right, with known slight medial narrowing in both knees.

She was sent to PT (did 6 visits), given mobic, and weight loss was recommended.

She is here for follow up.

She has constant pain in left > right knee that is worse with walking and prolonged sitting. She has locking, catching. No giving way. Intermittent numbness in left leg- seeing vascular and neurology for this. History of chronic left foot pain. She rates her pain as an 8 on a scale of 1-10.

She takes lyrica. She takes motrin OR naproxen OR mobic as needed. Does not take them together. PT made her foot pain worse and did not help her knees. No knee injections.

Past Medical History:
Diagnosis Date
Anemia
Bronchitis
Essential hypertension 2/1/2019
Hyperlipidemia
Kidney stones
MVP (mitral valve prolapse)
Obesity (BMI 30-39.9) 7/30/2014
Ovarian cyst
Seizures
IN PAST
Stroke
no residual effects
Syncope
Uterine fibroid

Current Outpatient Medications:
albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue, Disp: , Rfl:
amLODIPine (NORVASC) 10 MG tablet, Take 1 tablet by mouth once daily, Disp: 90 tablet, Rfl: 0
atorvastatin (LIPITOR) 20 MG tablet, Take 1 tablet (20 mg total) by mouth once daily., Disp: 30 tablet, Rfl: 1
clobetasol 0.05% (TEMOVATE) 0.05 % Oint, Apply topically 2 (two) times daily as needed., Disp: , Rfl:
furosemide (LASIX) 40 MG tablet, Take 40 mg by mouth every morning., Disp: , Rfl:
hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet, Take 25 mg by mouth., Disp: , Rfl:
ibuprofen (ADVIL,MOTRIN) 800 MG tablet, Take 800 mg by mouth nightly as needed., Disp: , Rfl:
meloxicam (MOBIC) 15 MG tablet, Take 1 tablet (15 mg total) by mouth once daily., Disp: 30 tablet, Rfl: 2
naproxen (NAPROSYN) 500 MG tablet, Take 500 mg by mouth 2 (two) times daily., Disp: , Rfl:
pregabalin (LYRICA) 100 MG capsule, Take 100 mg by mouth 2 (two) times daily., Disp: , Rfl:
fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler, Inhale 1 puff into the lungs 2 (two) times daily. Controller, Disp: 60 each, Rfl: 0

Review of patient's allergies indicates:
Allergen Reactions
Adhesive Blisters
Shellfish containing products Hives

Review of Systems
Constitutional: Negative for chills, fever, night sweats and weight gain.
Gastrointestinal: Negative for bowel incontinence, nausea and vomiting.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for disturbances in coordination and loss of balance.

Objective:

Ht 5' 2" (1.575 m) | Wt 94.5 kg (208 lb 4.8 oz) | LMP 08/01/2017 (Approximate) | BMI 38.10 kg/$m^2$

Ortho/SPM Exam

Body habitus is normal.

The patient walks without a limp.

Right knee exam:
Resisted SLR negative.
Knee effusion trace
Tendernes is located n/a
Range of motion- Flexion full, Extension full.

Ligament exam:
MCL 1+ laxity
Lachman intact
Post sag intact
LCL intact

Patellar apprehension negative.
Popliteal cyst negative
Patellar crepitation absent.
Flexion/pinch negative.

Motor normal 5/5 strength in all tested muscle groups.
Sensory normal

Left knee exam:
Resisted SLR negative.
Knee effusion trace
Tendernes is located medial joint line
Range of motion- Flexion full, Extension full.

Ligament exam:
MCL 1+ laxity
Lachman intact
Post sag intact
LCL intact

Patellar apprehension negative.
Popliteal cyst negative
Patellar crepitation absent.
Flexion/pinch negative.

Motor normal 5/5 strength in all tested muscle groups.
Sensory normal

Assessment:

Encounter Diagnoses
Name Primary?
Primary osteoarthritis of left knee Yes
Primary osteoarthritis of right knee

Plan:

Trina was seen today for pain and pain.

Diagnoses and all orders for this visit:

Primary osteoarthritis of left knee

Primary osteoarthritis of right knee

She has constant pain in left > right knee that is worse with walking and prolonged sitting. She has locking, catching. No giving way. Intermittent numbness in left leg- seeing vascular and neurology for this. History of chronic left foot pain.

She has known slight medial narrowing in both knees.

Some of her left knee pain appears knee mediated, however she has known neuropathy in left leg and is also being worked up for vascular issues.

Treatment options reviewed with patient and following plan made:

- Discussed knee injection. She is not interested.
- PT did not help knees and made foot pain worse.
- Continue with motrin OR meloxicam OR naprosyn. Take as directed with food. Do not take them together.
- Given hinged knee brace. Will wear this prn comfort/support with prolonged walking.

As above, pain likely multifactorial. She will f/u with podiatry, neurology, and vascular as scheduled.

Follow up in about 2 months (around 3/25/2023).

Electronically signed by Stacy M Luna, PA-C at 01/25/2023 12:20 PM CST

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Primary osteoarthritis of left knee - Primary |
| Primary osteoarthritis of right knee |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Jan. 25, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**Stacy M Luna, PA-C** (Attending)
504-842-2000 (Work)
504-842-2100 (Fax)
1514 JEFFERSON HWY
NEW ORLEANS, LA 70121
Orthopedic Surgery

Encounter Date

Jan. 25, 2023

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 01/24/2023 | Office Visit | St. Charles Parish Hospital - Orthopedics<br>1057 PAUL MAILLARD RD, STE 2250<br>Luling, LA 70070-4349<br>985-785-2218<br>Office Manager: Sharon D Beckwith | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Jan. 24, 2023

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**Howard S Hirsch, MD** (Attending)
504-464-8588 (Work)
504-842-7530 (Fax)
200 W. Esplanade Ave
Suite 500
Kenner, LA 70065
Orthopedic Surgery

Encounter Date

Jan. 24, 2023

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

Continuation of Therapy (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Physical Therapy / Outpatient Rehab | Diagnoses<br>Primary osteoarthritis of both knees | Howard S Hirsch, MD<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>Phone: 504-464-8588<br>Fax: 504-842-7530 | PT Jenna |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 20708486 | **Closed** | Specialty Services Required | 10/13/2022 | 12/31/2022 | 13 | 13 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/27/2022 | Clinical Support | St. Charles Parish Hospital - Rehab<br>1057 Paul Maillard Road<br>Luling, LA 70070-4349<br>985-785-3684 | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax)<br><br>**PT Jenna** |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Progress Notes - documented in this encounter

PT Jenna - 10/27/2022 9:00 AM CDT
Formatting of this note is different from the original.

Physical Therapy (PT) Daily Treatment Note

Name: Trina Louise Brown-Simmons
Clinic Number: 8279536

Therapy Diagnosis:
Encounter Diagnosis
Name Primary?
Generalized weakness Yes

Physician: Hirsch, Howard S., MD

Visit Date: 10/27/2022

Physician Orders: P.T. Eval and Treat. Focus on quad rehab/short arc quads / home program
Medical Diagnosis: M17.0 (ICD-10-CM) - Primary osteoarthritis of both knees
Evaluation Date: 10/12/2022
Insurance Authorization Period Expiration: 10/11/2022
Plan of Care Certification Period: 10/12/2022 - 12/12/2022

Progress Note Due: 11/12/2022
Date of Return to MD: 1/25/2022
Visit # / Visits authorized: 1 / 1 eval, 5/13 (6 total)
FOTO: 1/3 (next scheduled 11/12/2022)

Time In: 9:00
Time Out: 9:40
Total Billable Time: 42 minutes

Precautions: Standard

Subjective

Patient reports: increased left knee/leg pain over the last week, reports taking pain medication prior to sessions
She was compliant with home exercise program.
Response to previous treatment: Good
Functional change: none at this time.

Pain: 7/10
Location: bilateral knee

Objective

Trina received therapeutic exercises to develop strength, endurance, ROM, and flexibility for 38 minutes including:
DATE 10/12/22 10/14/22 10/17/22 10/19/22 10/26/2022 10/27/2022
HEP and Eval 1/13 2/13 3/13 4/13 5/13
Therapeutic exercise to develop strength, endurance, ROM, flexibility, posture, and core stabilization
Nustep 6 minutes
Level 6 minutes
Level 1 6 minutes
Level 1 6 minutes
Level 1 6 minutes
Level 1
Total gym Level 18
2 minutes Level 18
2 minutes Level 18
2 minutes NP Level 18
2 minutes
Leg press Next visit
Step ups 4 inch step
15x each fwd 4 inch step
15x each fwd 6 inch step
15x each fwd 6 inch step
15x each 6 inch step
15x each
Standing hip abduction/EXT 15x each leg/direction 2 lb cuff 15x each
Leg/direction
2 lb cuff 15x each
Leg/direction
2 lb cuff 15x each
Leg/direction
2 lb cuff 15x each leg/direction
3 pounds
LAQ 15x each
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff 2x10
3 pound cuff
Seated march 15x each
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff 2 pound cuff
2x10 3 pound
2x10
Seated hamstring curl Red band
2x10 each Red band
2x10 each Red band
2x10 each Red band
2x10 each Green band

15x each
Quad sets 2x10 each with towel and noodle 2x10 each with towel and noodle 2x10 each
With towel and noodle 2x10 each with towel rolled noodle 2x10 each with towel rolled noodle
SAQ 2 lbc uff
15x each
Blue bolster 2 lb cuff
15x each
Blue bolster 2 lb cuff
2x10 each
Blue bolster 2 pound cuff
2x10 with blue bolster 3 pounds
2x10 with blue bolster
SLR 15x each increased back pain 15x each
15x each 15x each 15x each
Heel slides 1 minute each with case and cord 1 minute each with case and cord 1 minute each with case and cord 1 minute each
1 minute each
Total minutes 44 minutes 42 minutes 42 minutes 38 minutes 30 minutes

Trina participated in neuromuscular re-education activities to improve: Balance, Coordination, Kinesthetic, Sense, and Proprioception for 2 minutes. The following activities were included:
Neuromuscular re-education to improve Balance, Coordination, Kinesthetic, Sense, Proprioception, and Posture 10/14/22 10/17/22 10/19/22 10/27/2022
SLS - foam 30 seconds each 4 inch step and foam 30 seconds each 4 inch step and foam SLS
30 seconds each foam 30 seconds each 30 seconds each
Tandem - foam 30 seconds each add foam NV 30 seconds each foam 30 seconds each foam 30 seconds each 30 seconds each
Total minutes 2 minutes 2 minutes 2 minutes 2 minutes' 2 minutes

Trina received the following supervised modalities after being cleared for contradictions: IFC Electrical Stimulation: Trina received IFC Electrical Stimulation for pain control applied to the **. Pt received stimulation at 80 % scan at a frequency of 12 for 10 minutes. Trina tolderated treatment well without any adverse effects.

Trina received hot pack for 10 minutes to bilateral knees.

following supervised modalities after being cleared for contradictions: IFC or TENS Electrical Stimulation 10/14/22 10/17/22 10/19/22 10/27/2022
IFC + heat PRN Heat tonly due to clothing restriction Performed Performed performed Performed
Total minutes 8 minutes 8 minutes 10 minutes 10 minutes 10 minutes

Home Exercise Program (HEP) Provided and Patient Education Provided

Patient was provided education on benefits of HEP.

Written Home Exercises Provided: Patient instructed to cont prior home program.
Exercises were reviewed and Trina was able to demonstrate them prior to the end of the session. Trina demonstrated good understanding of the education provided.

Assessment

Trina reports for follow up treatment with increase in complaint of left knee symptoms. Today's treatment included strengthening, range of motion , and balance training interventions and progressions which were tolerated well with occasional modifications or decrease in resistance due to increased left knee pain. Patient will continue to benefit from skilled PT to address deficits and maximize function.

Trina Is progressing well towards her goals.

Patient will continue to benefit from skilled outpatient physical therapy to address the deficits listed in the problem list box on initial evaluation, provide patient/family education and to maximize patient's level of independence in the home and community environment.

Patient prognosis is Good.

Patient's spiritual, cultural and educational needs considered and patient agreeable to plan of care and goals.

Anticipated barriers to physical therapy: none

GOALS
Short Term Goals (3 weeks):
1. Patient will have improved AROM of the left knee to 100 degrees. In Progress.
2. Patient will have decreased complaints of pain to < 6/10. In Progress.
3. Patient will be independent and compliant with issued HEP. In Progress.

Long Term Goals (6 weeks):
Patient will have improved AROM of the left knee to 115 degrees. In Progress.
2. Patient will have improved strength of the left knee to 4+/5. In Progress.
3. Patient will complete 8x sit to stands in 30 seconds. In Progress.
4. Patient will have overall improvement in condition to have increased score on FOTO limitation to 63%. In Progress.

Plan

Plan of care Certification: 10/12/2022 to 12/12/2022.

Outpatient Physical Therapy 2 times weekly for 6 weeks to include the following interventions: Electrical Stimulation IFC/TENS, Gait Training, Manual Therapy, Moist Heat/ Ice, Neuromuscular Re-ed, Patient Education, Therapeutic Activities, and Therapeutic Exercise.

Jenna Voelker, PT

Electronically signed by PT Jenna at 10/27/2022 9:41 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Generalized weakness - Primary |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Oct. 27, 2022

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**PT Jenna** (Attending)
Physical Therapy

Encounter Date

Oct. 27, 2022

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| PT Treatment |

Continuation of Therapy (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Physical Therapy / Outpatient Rehab | Diagnoses<br>Primary osteoarthritis of both knees | Howard S Hirsch, MD<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>Phone: 504-464-8588<br>Fax: 504-842-7530 | PT Jenna |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 20708486 | **Closed** | Specialty Services Required | 10/13/2022 | 12/31/2022 | 13 | 13 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/26/2022 | Clinical Support | St. Charles Parish Hospital - Rehab<br>1057 Paul Maillard Road<br>Luling, LA 70070-4349<br>985-785-3684 | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax)<br><br>**PTA Linda** |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Progress Notes - documented in this encounter

PTA Linda - 10/26/2022 9:00 AM CDT
Formatting of this note is different from the original.

Physical Therapy (PT) Daily Treatment Note

Name: Trina Louise Brown-Simmons
Clinic Number: 8279536

Therapy Diagnosis:
Encounter Diagnosis
Name Primary?
Generalized weakness Yes

Physician: Hirsch, Howard S., MD

Visit Date: 10/26/2022

Physician Orders: P.T. Eval and Treat. Focus on quad rehab/short arc quads / home program
Medical Diagnosis: M17.0 (ICD-10-CM) - Primary osteoarthritis of both knees
Evaluation Date: 10/12/2022
Insurance Authorization Period Expiration: 10/11/2022
Plan of Care Certification Period: 10/12/2022 - 12/12/2022

Progress Note Due: 11/12/2022
Date of Return to MD: 1/25/2022
Visit # / Visits authorized: 1 / 1 eval, 4/13 (5 total)
FOTO: 1/3 (next scheduled 11/12/2022)

Time In: 900
Time Out: 950
Total Billable Time: 48 of 50 minutes

Precautions: Standard

Subjective

Patient reports: increased soreness in her knee following last weeks visit.
She was compliant with home exercise program.
Response to previous treatment: Good
Functional change: none at this time.

Pain: 7/10
Location: bilateral knee

Objective

Trina received therapeutic exercises to develop strength, endurance, ROM, and flexibility for 38 minutes including:
DATE 10/12/22 10/14/22 10/17/22 10/19/22 10/26/2022
HEP and Eval 1/13 2/13 3/13 4/13
Therapeutic exercise to develop strength, endurance, ROM, flexibility, posture, and core stabilization
Nustep 6 minutes
Level 6 minutes
Level 1 6 minutes
Level 1 6 minutes
Level 1
Total gym Level 18
2 minutes Level 18
2 minutes Level 18
2 minutes NP
Step ups 4 inch step
15x each fwd 4 inch step
15x each fwd 6 inch step
15x each fwd 6 inch step
15x each
Standing hip abduction/EXT 15x each leg/direction 2 lb cuff 15x each
Leg/direction
2 lb cuff 15x each
Leg/direction
2 lb cuff 15x each
Leg/direction
2 lb cuff
LAQ 15x each
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff
Seated march 15x each
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff 2 pound cuff
2x10
Seated hamstring curl Red band
2x10 each Red band
2x10 each Red band
2x10 each Red band
2x10 each
Quad sets 2x10 each with towel and noodle 2x10 each with towel and noodle 2x10 each
With towel and noodle 2x10 each with towel rolled noodle
SAQ 2 lbc uff
15x each
Blue bolster 2 lb cuff
15x each
Blue bolster 2 lb cuff

2x10 each
Blue bolster 2 pound cuff
2x10 with blue bolster
SLR 15x each increased back pain 15x each
15x each 15x each
Heel slides 1 minute each with case and cord 1 minute each with case and cord 1 minute each with case and cord 1 minute each
Total minutes 44 minutes 42 minutes 42 minutes 38 minutes

Trina participated in neuromuscular re-education activities to improve: Balance, Coordination, Kinesthetic, Sense, and Proprioception for 2 minutes. The following activities were included:
Neuromuscular re-education to improve Balance, Coordination, Kinesthetic, Sense, Proprioception, and Posture 10/14/22 10/17/22 10/19/22
MOD SLS 30 seconds each 4 inch step and foam 30 seconds each 4 inch step and foam SLS
30 seconds each foam 30 seconds each
tandem 30 seconds each add foam NV 30 seconds each foam 30 seconds each foam 30 seconds each
Total minutes 2 minutes 2 minutes 2 minutes 2 minutes'

Trina received the following supervised modalities after being cleared for contradictions: IFC Electrical Stimulation: Trina received IFC Electrical Stimulation for pain control applied to the **. Pt received stimulation at 80 % scan at a frequency of 12 for 10 minutes. Trina tolderated treatment well without any adverse effects.

Trina received hot pack for 10 minutes to bilateral knees.

following supervised modalities after being cleared for contradictions: IFC or TENS Electrical Stimulation 10/14/22 10/17/22 10/19/22
IFC + heat PRN Heat tonly due to clothing restriction Performed Performed performed
Total minutes 8 minutes 8 minutes 10 minutes 10 minutes

Home Exercise Program (HEP) Provided and Patient Education Provided

Patient was provided education on benefits of HEP.

Written Home Exercises Provided: Patient instructed to cont prior home program.
Exercises were reviewed and Trina was able to demonstrate them prior to the end of the session. Trina demonstrated good understanding of the education provided.

Assessment

Trina continues to show ongoing improvements with her strength however continues to have pain with increased activities. Patient is ambulating with antalgic gait pattern with notable joint instability. Patient will continue to benefit from skilled PT to address deficits and maximize function.

Trina Is progressing well towards her goals.

Patient will continue to benefit from skilled outpatient physical therapy to address the deficits listed in the problem list box on initial evaluation, provide patient/family education and to maximize patient's level of independence in the home and community environment.

Patient prognosis is Good.

Patient's spiritual, cultural and educational needs considered and patient agreeable to plan of care and goals.

Anticipated barriers to physical therapy: none

GOALS
Short Term Goals (3 weeks):
1. Patient will have improved AROM of the left knee to 100 degrees. In Progress.
2. Patient will have decreased complaints of pain to < 6/10. In Progress.
3. Patient will be independent and compliant with issued HEP. In Progress.

Long Term Goals (6 weeks):
Patient will have improved AROM of the left knee to 115 degrees. In Progress.
2. Patient will have improved strength of the left knee to 4+/5. In Progress.
3. Patient will complete 8x sit to stands in 30 seconds. In Progress.
4. Patient will have overall improvement in condition to have increased score on FOTO limitation to 63%. In Progress.

Plan

Plan of care Certification: 10/12/2022 to 12/12/2022.

Outpatient Physical Therapy 2 times weekly for 6 weeks to include the following interventions: Electrical Stimulation IFC/TENS, Gait Training, Manual Therapy, Moist Heat/ Ice, Neuromuscular Re-ed, Patient Education, Therapeutic Activities, and Therapeutic Exercise.

Linda M Sider, PTA

Electronically signed by PTA Linda at 10/26/2022 9:59 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Generalized weakness - Primary |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Oct. 26, 2022

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**PTA Linda** (Attending)
Physical Therapy

Encounter Date

Oct. 26, 2022

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| Follow-up |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/24/2022 | Office Visit | Lapalco - Cardiology<br>4225 Lapalco Blvd<br>Marrero, LA 70072-4324<br>504-371-9355<br>Office Manager: Susan B Leblanc | **Samuel J Ferris, MD**<br>120 OCHSNER BLVD<br>SUITE 160<br>GRETNA, LA 70056<br>504-595-8119 (Work)<br>504-595-8810 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 118/78 | 10/24/2022 11:25 AM CDT | |
| Pulse | 95 | 10/24/2022 11:25 AM CDT | |
| Temperature | - | - | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | 99% | 10/24/2022 11:25 AM CDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 96.7 kg (213 lb 3 oz) | 10/24/2022 11:25 AM CDT | |
| Height | - | - | |
| Body Mass Index | 38.99 | 10/11/2022 9:07 AM CDT | |

## Progress Notes - documented in this encounter

Samuel J Ferris, MD - 10/24/2022 11:00 AM CDT
Formatting of this note might be different from the original.

Electronically signed by Samuel J Ferris, MD at 10/24/2022 11:39 AM CDT
Samuel J Ferris, MD - 10/24/2022 11:00 AM CDT
Formatting of this note is different from the original.
Subjective:
Patient ID: Trina Louise Brown-Simmons is a 50 y.o. female who presents for follow-up of Follow-up

HPI

MVP, palpitations, syncope, CVA

6/4/19 TEE - EF 55%, mild MR/TR, no thrombus seen, bubble study negative for intracardiac shunt

Stress test 7/11/22
Normal myocardial perfusion scan. There is no evidence of myocardial ischemia or infarction.
The gated perfusion images showed an ejection fraction of 78% post stress.
There is normal wall motion post stress.
The EKG portion of this study is negative for ischemia.
The patient reported no chest pain during the stress test.
There were no arrhythmias during stress.

Echo 7/11/22
The left ventricle is normal in size with eccentric hypertrophy and normal systolic function.
The estimated ejection fraction is 65%.
Normal left ventricular diastolic function.
Normal right ventricular size with normal right ventricular systolic function.
Mild mitral regurgitation.
There is mild tricuspid valve stenosis.
Mild pulmonic regurgitation.
Normal central venous pressure (3 mmHg).
The estimated PA systolic pressure is 29 mmHg.
There is no pulmonary hypertension.

Event monitor 6/26/19
Negative event monitor with no clinical arrhythmias.

Holter 7/13/22
Sinus rhythm with heart rates varying between 72 and 158 BPM with an average of 100 BPM.
There were very rare PVCs.

Went to the ER 7/24/18
Patient presents complaining of cough and shortness of breath that started yesterday. No chest pain. No pain with breathing. States shortness of breath is worse with lying down and with ambulation. Cough is nonproductive. There is no fever. Patient has had severe nasal congestion. That nasal congestion is chronic. Patient takes Afrin multiple times a day for months due to this nasal congestion. Patient states she has a history of "bronchitis". States she has been prescribed Advair and albuterol in the past for this. She states she feels like she has been wheezing. Patient seen by SORT prior to my evaluation. Patient is on albuterol treatment during my initial evaluation. Patient does report driving to and from Orlando last week.

patient denies any current calf pain but states she has some calf pain last night and felt she had a "charley horse". Denies any leg swelling. Patient has no Homans sign or palpable cord or leg edema. Patient's D-dimer however elevated. With her symptomatology a CT of the chest was performed. No pulmonary embolism or other acute abnormality. No evidence of pericardial effusion or evidence of heart failure. Patient's BNP is not elevated. Patient's troponin is normal. Patient does have an elevated white cell count. Possibly viral etiology. Patient has significant evidence of sinusitis although this appears chronic. Chart review shows the patient had a 2D cardiac echo in 2016 that showed diastolic heart failure. After breathing treatment patient ambulated with oxygen saturations as low as 91% and feeling short of breath. Patient's heart rate decreased to 110 after breathing treatments were off which was consistent with a tachycardia when she arrived. Patient has been hypertensive. Patient is minimally tachypneic. Discussed overnight observation for persistent tachycardia and respiratory symptoms for repeat echocardiogram. Patient refused overnight admission. States she will call her cardiologist Dr. Ferris in the morning. Patient appears to have capacity to understand the risks. Will refill the patient's Advair and albuterol. I strongly recommend she stop using Afrin at all. Patient has been using this daily, repetitively and frequently for months, which could be the underlying cause of hypertension and tachycardia. Due to elevated white cell count will treat with Augmentin for sinusitis. Will switch to steroid nasal sprays. Will given ENT consultation. Follow up with her primary care doctor for blood pressure recheck. Follow up cardiologist for further evaluation of her mitral prolapse and diastolic dysfunction previously seen and workup. Return for worsening symptoms or at any time.

7/27/18 Feels a little better since discharge
Denies CP
Still congested and SOB
EKG 7/24/18 sinus tachycardia 135 - otherwise ok

8/13/18 SOB and heart racing have improved
Gets some generalized fatigue

11/13/18 Denies significant CP or SOB
Walking more
EKG NSR - ok

Gets dizzy when she gets palpitations

Saw Dr Kapoor-Maini 5/24/19
46 y.o. female with remote R cerebellar infarct on MRI brain, episode of right arm numbness and headache likely due to migraine with aura and a history of seizures. She has left eye blurry vision and feels pressure behind this eye. We discussed a referral to ophthalmology for this and patient is in agreement with this plan.

1. History of stroke
- atorvastatin (LIPITOR) 20 MG tablet; Take 1 tablet (20 mg total) by mouth once daily. Dispense: 30 tablet; Refill: 1
- CTA Head and Neck (xpd); Future
Check hypercoagulable workup given stroke in young and prior history of miscarraige
- DRVVT; Future
- Cardiolipin antibody; Future
- Beta-2 glycoprotein antibodies; Future
- C-reactive protein; Future
- Lipoprotein A (LPA); Future
- Homocysteine, serum; Future
- Factor 8 assay; Future
- Protein C activity; Future
- Protein S activity; Future
- Antithrombin III; Future
- Factor 5 leiden; Future
- Prothrombin gene mutation; Future
- Hemoglobin Electrophoresis,Hgb A2 Quan.; Future
- Creatinine, serum; Future
She was advised to follow up with Dr. Ferris/cardiology to further evaluate for cardioembolic source and for consideration of TEE and if neg loop recorder. I have sent a message to Dr. Ferris notifying him of reason for follow up
Will hold off on starting aspirin for now as patient has unknown etiology of blood in stool. I have set up for her to see a gastroenterologist on 6/11/9. I have provided her with a note. Will start aspirin 81mg daily if cleared from GI perspective
Start lipitor 20mg daily, pt was advised to let her PCP know she was started on this medication
Side effects of lipitor were discussed with patient and she was advised to notify me or her PCP if she experiences any

6/18/19 Denies CP or SOB
Discussed ILR or event monitor - she would prefer to have the event monitor first

8/9/19 Denies CP or SOB
Denies further neurologic symptoms

12/3/20 Denies CP, SOB, or palpitations
Needs clearance for foot surgery
EKG NSR -ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

4/8/21 needs clearance for revision of plantar fasciitis surgery at Touro
Denies CP, mild stable DOE
BP controlled
EKG NSR short PR otherwise ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

6/24/22 Here for worsening daily palpitations for the last 2 weeks. Also reports increased DOE and pain around left axilla
EKG NSR ok
Holter for palpitations
Echo and lexiscan myoview for CP and DOE - says she can't walk treadmill due to left foot pain
Continue Rx for HTN, PAD, CVA, MVP

10/24/22 Denies CP or SOB. Palpitations have improved
BP controlled

Review of Systems
Constitutional: Negative for decreased appetite.
HENT: Negative for ear discharge.
Eyes: Negative for blurred vision.
Respiratory: Negative for hemoptysis.
Endocrine: Negative for polyphagia.
Hematologic/Lymphatic: Negative for adenopathy.
Skin: Negative for color change.

Musculoskeletal: Negative for joint swelling.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for brief paralysis.
Psychiatric/Behavioral: Negative for hallucinations.
Allergic/Immunologic: Negative for hives.

Objective:
Physical Exam
Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Intact distal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Assessment:

1. Essential hypertension
2. DOE (dyspnea on exertion)
3. Mitral valve prolapse
4. Palpitations
5. PVD (peripheral vascular disease)
6. Chest pain, atypical
7. Syncope and collapse

Plan:

Continue Rx for HTN, PAD, CVA, MVP
OV 6 months

Electronically signed by Samuel J Ferris, MD at 10/24/2022 11:39 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Essential hypertension - Primary |
| DOE (dyspnea on exertion) |
| Mitral valve prolapse |
| Palpitations |
| PVD (peripheral vascular disease) |
| Chest pain, atypical |
| Syncope and collapse |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

### Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

### Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider
**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers
**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates
Oct. 24, 2022

Custodian Organization
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers
**Samuel J Ferris, MD** (Attending)
504-595-8119 (Work)
504-595-8810 (Fax)
120 OCHSNER BLVD
SUITE 160
GRETNA, LA 70056
Cardiology

Encounter Date
Oct. 24, 2022

Legal Authenticator
**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| PT Treatment |

Continuation of Therapy (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Physical Therapy / Outpatient Rehab | Diagnoses<br>Primary osteoarthritis of both knees | Howard S Hirsch, MD<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>Phone: 504-464-8588<br>Fax: 504-842-7530 | PT Jenna |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 20708486 | **Closed** | Specialty Services Required | 10/13/2022 | 12/31/2022 | 13 | 13 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/19/2022 | Clinical Support | St. Charles Parish Hospital - Rehab<br>1057 Paul Maillard Road<br>Luling, LA 70070-4349<br>985-785-3684 | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax)<br><br>**PTA Ariel** |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Progress Notes - documented in this encounter

PTA Ariel - 10/19/2022 9:00 AM CDT
Formatting of this note is different from the original.

Physical Therapy (PT) Daily Treatment Note

Name: Trina Louise Brown-Simmons
Clinic Number: 8279536

Therapy Diagnosis:
Encounter Diagnosis
Name Primary?
Generalized weakness Yes

Physician: Hirsch, Howard S., MD

Visit Date: 10/19/2022

Physician Orders: P.T. Eval and Treat. Focus on quad rehab/short arc quads / home program
Medical Diagnosis: M17.0 (ICD-10-CM) - Primary osteoarthritis of both knees
Evaluation Date: 10/12/2022
Insurance Authorization Period Expiration: 10/11/2022
Plan of Care Certification Period: 10/12/2022 - 12/12/2022

Progress Note Due: 11/12/2022
Date of Return to MD: 1/25/2022
Visit # / Visits authorized: 1 / 1 eval, 2/13 (3 total)
FOTO: 1/3 (next scheduled 11/12/2022)

Time In: 9:00 am
Time Out:9:54 am
Total Billable Time: 52 of 54 minutes

Precautions: Standard

Subjective

Patient reports: she currently denies having any pain due to taking pain medication prior to today's tx session. She explains that she felt somewhat better following last visit.
She was compliant with home exercise program.
Response to previous treatment: Good
Functional change: none at this time.

Pain: 7/10
Location: bilateral knee

Objective

Trina received therapeutic exercises to develop strength, endurance, ROM, and flexibility for 42 minutes including:
DATE 10/12/22 10/14/22 10/17/22 10/19/22
HEP and Eval 1/13 2/13 3/13
Therapeutic exercise to develop strength, endurance, ROM, flexibility, posture, and core stabilization
Nustep 6 minutes
Level 6 minutes
Level 1 6 minutes
Level 1
Total gym Level 18
2 minutes Level 18
2 minutes Level 18
2 minutes
Step ups 4 inch step
15x each fwd 4 inch step
15x each fwd 6 inch step
15x each fwd
Standing hip abduction/EXT 15x each leg/direction 2 lb cuff 15x each
Leg/direction
2 lb cuff 15x each
Leg/direction
2 lb cuff
LAQ 15x each
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff
Seated march 15x each
2 lb cuff 2x10
2 lb cuff 2x10
2 lb cuff
Seated hamstring curl Red band
2x10 each Red band
2x10 each Red band
2x10 each
Quad sets 2x10 each with towel and noodle 2x10 each with towel and noodle 2x10 each
With towel and noodle
SAQ 2 lbc uff
15x each
Blue bolster 2 lb cuff
15x each
Blue bolster 2 lb cuff
2x10 each
Blue bolster
SLR 15x each increased back pain 15x each
15x each
Heel slides 1 minute each with case and cord 1 minute each with case and cord 1 minute each with case and cord
Total minutes 44 minutes 42 minutes 42 minutes

Trina participated in neuromuscular re-education activities to improve: Balance, Coordination, Kinesthetic, Sense, and Proprioception for 2 minutes. The following activities were included:
Neuromuscular re-education to improve Balance, Coordination, Kinesthetic, Sense, Proprioception, and Posture 10/14/22 10/17/22 10/19/22
MOD SLS 30 seconds each 4 inch step and foam 30 seconds each 4 inch step and foam SLS
30 seconds each foam
tandem 30 seconds each add foam NV 30 seconds each foam 30 seconds each foam
Total minutes 2 minutes 2 minutes 2 minutes

Trina received the following supervised modalities after being cleared for contradictions: IFC Electrical Stimulation: Trina received IFC Electrical Stimulation for pain control applied to the **. Pt received stimulation at 80 % scan at a frequency of 12 for 10 minutes. Trina tolderated treatment well without any adverse effects.

Trina received hot pack for 10 minutes to bilateral knees.

following supervised modalities after being cleared for contradictions: IFC or TENS Electrical Stimulation 10/14/22 10/17/22 10/19/22
IFC + heat PRN Heat tonly due to clothing restriction Performed Performed
Total minutes 8 minutes 8 minutes 10 minutes

Home Exercise Program (HEP) Provided and Patient Education Provided

Patient was provided education on benefits of HEP.

Written Home Exercises Provided: Patient instructed to cont prior home program.
Exercises were reviewed and Trina was able to demonstrate them prior to the end of the session. Trina demonstrated good understanding of the education provided.

Assessment

Trina reports for follow up treatment with decrease in complaint of symptoms. Today's treatment included strengthening, balance training, IFC electrical stimulation , and moist heat interventions and progressions which were tolerated well. She continues to have mild pain with activities. Progressed exercises with increased reps, resistance, and increased step height with step ups . During balance training patient required SBA due to progressing single leg stance. Patient will continue to benefit from skilled PT to address deficits and maximize function.

Trina Is progressing well towards her goals.

Patient will continue to benefit from skilled outpatient physical therapy to address the deficits listed in the problem list box on initial evaluation, provide patient/family education and to maximize patient's level of independence in the home and community environment.

Patient prognosis is Good.

Patient's spiritual, cultural and educational needs considered and patient agreeable to plan of care and goals.

Anticipated barriers to physical therapy: none

GOALS
Short Term Goals (3 weeks):
1. Patient will have improved AROM of the left knee to 100 degrees. In Progress.
2. Patient will have decreased complaints of pain to < 6/10. In Progress.
3. Patient will be independent and compliant with issued HEP. In Progress.

Long Term Goals (6 weeks):
Patient will have improved AROM of the left knee to 115 degrees. In Progress.
2. Patient will have improved strength of the left knee to 4+/5. In Progress.
3. Patient will complete 8x sit to stands in 30 seconds. In Progress.
4. Patient will have overall improvement in condition to have increased score on FOTO limitation to 63%. In Progress.

Plan

Plan of care Certification: 10/12/2022 to 12/12/2022.

Outpatient Physical Therapy 2 times weekly for 6 weeks to include the following interventions: Electrical Stimulation IFC/TENS, Gait Training, Manual Therapy, Moist Heat/ Ice, Neuromuscular Re-ed, Patient Education, Therapeutic Activities, and Therapeutic Exercise.

Ariel Jupiter, PTA

Electronically signed by PTA Ariel at 10/19/2022 11:56 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Generalized weakness - Primary |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | Mobile)<br>Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | Mobile)<br>Home) | Son, Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)<br>504-371-6550 (Work)<br>504-371-6555 (Fax)<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>Internal Medicine<br>**Ochsner Health System and Its Subsidiaries and Affiliates**<br>1514 Jefferson Highway<br>New Orleans, LA 70121 | **Med Assistant Rozmond** (Care Coordinator)<br>**Ochsner Health System and Its Subsidiaries and Affiliates**<br>1514 Jefferson Highway<br>New Orleans, LA 70121 | Oct. 19, 2022 |

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

| Encounter Providers | Encounter Date |
|---|---|
| **PTA Ariel** (Attending)<br>Physical Therapy | Oct. 19, 2022 |

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| PT Treatment |

Continuation of Therapy (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Physical Therapy / Outpatient Rehab | Diagnoses<br>Primary osteoarthritis of both knees | Howard S Hirsch, MD<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>Phone: 504-464-8588<br>Fax: 504-842-7530 | PT Jenna |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 20708486 | **Closed** | Specialty Services Required | 10/13/2022 | 12/31/2022 | 13 | 13 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/17/2022 | Clinical Support | St. Charles Parish Hospital - Rehab<br>1057 Paul Maillard Road<br>Luling, LA 70070-4349<br>985-785-3684 | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax)<br><br>**PTA Ariel** |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Progress Notes - documented in this encounter

PTA Ariel - 10/17/2022 9:00 AM CDT
Formatting of this note is different from the original.

Physical Therapy (PT) Daily Treatment Note

Name: Trina Louise Brown-Simmons
Clinic Number: 8279536

Therapy Diagnosis:
Encounter Diagnosis
Name Primary?
Generalized weakness Yes

Physician: Hirsch, Howard S., MD

Visit Date: 10/17/2022

Physician Orders: P.T. Eval and Treat. Focus on quad rehab/short arc quads / home program
Medical Diagnosis: M17.0 (ICD-10-CM) - Primary osteoarthritis of both knees
Evaluation Date: 10/12/2022
Insurance Authorization Period Expiration: 10/11/2022
Plan of Care Certification Period: 10/12/2022 - 12/12/2022

Progress Note Due: 11/12/2022
Date of Return to MD: 1/25/2022
Visit # / Visits authorized: 1 / 1 eval, 2/13 (3 total
FOTO: 1/3 (next scheduled 11/12/2022)

Time In: 9:00 am
Time Out: 9:54 am
Total Billable Time: 52 of 54 minutes

Precautions: Standard

Subjective

Patient reports: she is having some left foot pain due to plantar fascitis. She explains that she has no change in symptoms in regards to her knees.
She was compliant with home exercise program.
Response to previous treatment: Good
Functional change: none at this time.

Pain: 7/10
Location: bilateral knee

Objective

Trina received therapeutic exercises to develop strength, endurance, ROM, and flexibility for 42 minutes including:
DATE 10/12/22 10/14/22 10/17/22
HEP and Eval 1/13 2/13
Therapeutic exercise to develop strength, endurance, ROM, flexibility, posture, and core stabilization
Nustep 6 minutes
Level 6 minutes
Level 1
Total gym Level 18
2 minutes Level 18
2 minutes
Step ups 4 inch step
15x each fwd 4 inch step
15x each fwd
Standing hip abduction/EXT 15x each leg/direction 2 lb cuff 15x each
Leg/direction
2 lb cuff
LAQ 15x each
2 lb cuff 2x10
2 lb cuff
Seated march 15x each
2 lb cuff 2x10
2 lb cuff
Seated hamstring curl Red band
2x10 each Red band
2x10 each
Quad sets 2x10 each with towel and noodle 2x10 each with towel and noodle
SAQ 2 lbc uff
15x each
Blue bolster 2 lb cuff
15x each
Blue bolster
SLR 15x each increased back pain 15x each

Heel slides 1 minute each with case and cord 1 minute each with case and cord
Total minutes 44 minutes 42 minutes

Trina participated in neuromuscular re-education activities to improve: Balance, Coordination, Kinesthetic, Sense, and Proprioception for 2 minutes. The following activities were included:
Neuromuscular re-education to improve Balance, Coordination, Kinesthetic, Sense, Proprioception, and Posture 10/14/22 10/17/22
MOD SLS 30 seconds each 4 inch step and foam 30 seconds each 4 inch step and foam
tandem 30 seconds each add foam NV 30 seconds each foam
Total minutes 2 minutes 2 minutes

Trina received the following supervised modalities after being cleared for contradictions: IFC Electrical Stimulation: Trina received IFC Electrical Stimulation for pain control applied to the **. Pt received stimulation at 80 % scan at a frequency of 12 for 10

minutes. Trina tolderated treatment well without any adverse effects. -NP due to clothing restriction.

Trina received hot pack for 10 minutes to bilateral knees.

following supervised modalities after being cleared for contradictions: IFC or TENS Electrical Stimulation 10/14/22 10/17/22
IFC + heat PRN Heat tonly due to clothing restriction Performed
Total minutes 8 minutes 8 minutes

Home Exercise Program (HEP) Provided and Patient Education Provided

Patient was provided education on benefits of HEP.

Written Home Exercises Provided: Patient instructed to cont prior home program.
Exercises were reviewed and Trina was able to demonstrate them prior to the end of the session. Trina demonstrated good understanding of the education provided.

Assessment

Trina reports for follow up treatment with no change in complaint of symptoms demonstrating an antalgic gait pattern. Today's treatment included strengthening, balance training, IFC electrical stimulation ,and moist heat interventions and progressions which were tolerated well. She continues to demonstrate lower extremity weakness. Patient requires tactile and verbal cueing for improved technique and demonstrates good carryover of technique during exercise. Progressed exercises with increased reps. Patient will continue to benefit from skilled PT to address deficits and maximize function.
Trina Is progressing well towards her goals.

Patient will continue to benefit from skilled outpatient physical therapy to address the deficits listed in the problem list box on initial evaluation, provide patient/family education and to maximize patient's level of independence in the home and community environment.

Patient prognosis is Good.

Patient's spiritual, cultural and educational needs considered and patient agreeable to plan of care and goals.

Anticipated barriers to physical therapy: none

GOALS
Short Term Goals (3 weeks):
1. Patient will have improved AROM of the left knee to 100 degrees. In Progress.
2. Patient will have decreased complaints of pain to < 6/10. In Progress.
3. Patient will be independent and compliant with issued HEP. In Progress.

Long Term Goals (6 weeks):
Patient will have improved AROM of the left knee to 115 degrees. In Progress.
2. Patient will have improved strength of the left knee to 4+/5. In Progress.
3. Patient will complete 8x sit to stands in 30 seconds. In Progress.
4. Patient will have overall improvement in condition to have increased score on FOTO limitation to 63%. In Progress.

Plan

Plan of care Certification: 10/12/2022 to 12/12/2022.

Outpatient Physical Therapy 2 times weekly for 6 weeks to include the following interventions: Electrical Stimulation IFC/TENS, Gait Training, Manual Therapy, Moist Heat/ Ice, Neuromuscular Re-ed, Patient Education, Therapeutic Activities, and Therapeutic Exercise.

Ariel Jupiter, PTA

Electronically signed by PTA Ariel at 10/17/2022 10:36 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Generalized weakness - Primary |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
|---|---|---|
| **Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)<br>504-371-6550 (Work)<br>504-371-6555 (Fax)<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>Internal Medicine<br>**Ochsner Health System and Its Subsidiaries and Affiliates**<br>1514 Jefferson Highway<br>New Orleans, LA 70121 | **Med Assistant Rozmond** (Care Coordinator)<br>**Ochsner Health System and Its Subsidiaries and Affiliates**<br>1514 Jefferson Highway<br>New Orleans, LA 70121 | Oct. 17, 2022 |

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

| Encounter Providers | Encounter Date |
|---|---|
| **PTA Ariel** (Attending)<br>Physical Therapy | Oct. 17, 2022 |

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| PT Treatment |

Continuation of Therapy (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Physical Therapy / Outpatient Rehab | Diagnoses<br>Primary osteoarthritis of both knees | Howard S Hirsch, MD<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>Phone: 504-464-8588<br>Fax: 504-842-7530 | PT Jenna |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 20708486 | **Closed** | Specialty Services Required | 10/13/2022 | 12/31/2022 | 13 | 13 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/14/2022 | Clinical Support | St. Charles Parish Hospital - Rehab<br>1057 Paul Maillard Road<br>Luling, LA 70070-4349<br>985-785-3684 | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax)<br><br>**PTA Ariel** |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Generalized weakness | 10/14/2022 |
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Progress Notes - documented in this encounter

PTA Ariel - 10/14/2022 9:30 AM CDT
Formatting of this note is different from the original.

Physical Therapy (PT) Daily Treatment Note

Name: Trina Louise Brown-Simmons
Clinic Number: 8279536

Therapy Diagnosis:
Encounter Diagnosis
Name Primary?
Generalized weakness

Physician: Hirsch, Howard S., MD

Visit Date: 10/14/2022

Physician Orders: P.T. Eval and Treat. Focus on quad rehab/short arc quads / home program
Medical Diagnosis: M17.0 (ICD-10-CM) - Primary osteoarthritis of both knees
Evaluation Date: 10/12/2022
Insurance Authorization Period Expiration: 10/11/2022
Plan of Care Certification Period: 10/12/2022 - 12/12/2022

Progress Note Due: 11/12/2022
Date of Return to MD: 1/25/2022
Visit # / Visits authorized: 1 / 1 eval
FOTO: 1/3 (next scheduled 11/12/2022)

Time In: 9:20 am
Time Out: 10:14 am
Total Billable Time: 44 of 54 minutes

Precautions: Standard

Subjective

Patient reports: she took prescribed medication prior to therapy session. However, continues to have moderate bilateral knee pain R>L.
She was compliant with home exercise program.
Response to previous treatment: Good
Functional change: none at this time.

Pain: 7/10
Location: bilateral knee

Objective

Trina received therapeutic exercises to develop strength, endurance, ROM, and flexibility for 44 minutes including:
DATE 10/12/22 10/14/22
HEP and Eval 1/13
Therapeutic exercise to develop strength, endurance, ROM, flexibility, posture, and core stabilization
Nustep 6 minutes
Level
Total gym Level 18
2 minutes
Step ups 4 inch step
15x each fwd
Standing hip abduction/EXT 15x each leg/direction 2 lb cuff
LAQ 15x each
2 lb cuff
Seated march 15x each
2 lb cuff
Seated hamstring curl Red band
2x10 each
Quad sets 2x10 each with towel and noodle
SAQ 2 lbc uff
15x each
Blue bolster
SLR 15x each increased back pain
Heel slides 1 minute each with case and cord
Total minutes 44 minutes

Trina participated in neuromuscular re-education activities to improve: Balance, Coordination, Kinesthetic, Sense, and Proprioception for 2 minutes. The following activities were included:
Neuromuscular re-education to improve Balance, Coordination, Kinesthetic, Sense, Proprioception, and Posture 10/14/22
MOD SLS 30 seconds each 4 inch step and foam
tandem 30 seconds each add foam NV
Total minutes 2 minutes

Trina received the following supervised modalities after being cleared for contradictions: IFC Electrical Stimulation: Trina received IFC Electrical Stimulation for pain control applied to the **. Pt received stimulation at ** % scan at a frequency of ** for ** minutes. Trina tolderated treatment well without any adverse effects. -NP due to clothing restriction.

Trina received hot pack for 8 minutes to bilateral knees.

following supervised modalities after being cleared for contradictions: IFC or TENS Electrical Stimulation 10/14/22
IFC + heat PRN Heat tonly due to clothing restriction
Total minutes 8 minutes

Home Exercise Program (HEP) Provided and Patient Education Provided

Patient was provided education on benefits of HEP.

Written Home Exercises Provided: Patient instructed to cont prior home program.
Exercises were reviewed and Trina was able to demonstrate them prior to the end of the session. Trina demonstrated good understanding of the education provided.

Assessment

Trina presents to follow up visit with no change in symptoms since her initial eval. She tolerates all therex well; However experiences increased back pain with SLR. Initial verbal and tactile cues required throughout session for proper technique and demonstrates . Continue with current plan as tolerated.
Trina Is progressing well towards her goals.

Patient will continue to benefit from skilled outpatient physical therapy to address the deficits listed in the problem list box on initial evaluation, provide patient/family education and to maximize patient's level of independence in the home and community environment.

Patient prognosis is Good.

Patient's spiritual, cultural and educational needs considered and patient agreeable to plan of care and goals.

Anticipated barriers to physical therapy: none

GOALS
Short Term Goals (3 weeks):
1. Patient will have improved AROM of the left knee to 100 degrees. In Progress.
2. Patient will have decreased complaints of pain to < 6/10. In Progress.
3. Patient will be independent and compliant with issued HEP. In Progress.

Long Term Goals (6 weeks):
Patient will have improved AROM of the left knee to 115 degrees. In Progress.
2. Patient will have improved strength of the left knee to 4+/5. In Progress.
3. Patient will complete 8x sit to stands in 30 seconds. In Progress.
4. Patient will have overall improvement in condition to have increased score on FOTO limitation to 63%. In Progress.

Plan

Plan of care Certification: 10/12/2022 to 12/12/2022.

Outpatient Physical Therapy 2 times weekly for 6 weeks to include the following interventions: Electrical Stimulation IFC/TENS, Gait Training, Manual Therapy, Moist Heat/ Ice, Neuromuscular Re-ed, Patient Education, Therapeutic Activities, and Therapeutic Exercise.

Ariel Jupiter, PTA

Electronically signed by PTA Ariel at 10/14/2022 10:24 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Generalized weakness |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

### Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

### Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Oct. 14, 2022

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**PTA Ariel** (Attending)
Physical Therapy

Encounter Date

Oct. 14, 2022

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

Trina Louise Brown-Simmons "Trina"
Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

Physical Medicine (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Outpatient Rehab | Diagnoses<br>Primary osteoarthritis of both knees | Howard S Hirsch, MD<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>Phone: 504-464-8588<br>Fax: 504-842-7530 | |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 20672753 | **Closed** | Specialty Services Required | 10/11/2022 | 10/11/2023 | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/12/2022 | Clinical Support | St. Charles Parish Hospital - Rehab<br>1057 Paul Maillard Road<br>Luling, LA 70070-4349<br>985-785-3684 | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax)<br><br>**PT Jenna** |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Patient Instructions - documented in this encounter

Patient Instructions

PT Jenna - 10/12/2022 1:00 PM CDT
Formatting of this note might be different from the original.
Images from the original note were not included.

Electronically signed by PT Jenna at 10/12/2022 2:04 PM CDT

## Progress Notes - documented in this encounter

PT Jenna - 10/12/2022 1:00 PM CDT
Formatting of this note might be different from the original.

Please see plan of care for evaluation, assessment, and goals completed on 10/12/2022.

Electronically signed by PT Jenna at 10/12/2022 2:41 PM CDT

## Miscellaneous Notes - documented in this encounter

Plan of Care - PT Jenna - 10/12/2022 1:00 PM CDT
Formatting of this note is different from the original.

St. Charles Parish Hospital Physical Therapy (PT) Initial Evaluation- KNEE

Name: Trina Louise Brown-Simmons
Clinic Number: 8279536
Date of Birth:

Therapy Diagnosis:
Encounter Diagnosis
Name Primary?
Primary osteoarthritis of both knees

Physician: Hirsch, Howard S., MD

Physician Orders: P.T. Eval and Treat. Focus on quad rehab/short arc quads / home program
Medical Diagnosis: M17.0 (ICD-10-CM) - Primary osteoarthritis of both knees
Evaluation Date: 10/12/2022
Insurance Authorization Period Expiration: 10/11/2022
Plan of Care Certification Period: 10/12/2022 - 12/12/2022
Progress Note Due: 11/12/2022
Date of Return to MD: 1/25/2022
Visit # / Visits authorized: 1 / 1 eval
FOTO: 1/3 (next scheduled 11/12/2022)

Precautions: Standard

Time In: 1:11 PM
Time Out: 2:00
Total Appointment Time (timed & untimed codes): 49 minutes

Subjective

Date of onset: last 2 years

History of current condition: Trina Louise Brown-Simmons presents with left knee pain which unable to stand or walk for > 5 minutes and increased pain with sitting especially when driving. Pain is throbbing and achy depending on activity, worse in morning and at end of day. Patient also having issues with left foot/ankle and seeing vascular doctor tomorrow and reports podiatrist wants her to limited exercises with left ankle.

Past medical history:
Past Medical History:
Diagnosis Date
Anemia
Bronchitis
Essential hypertension 2/1/2019
Hyperlipidemia
Kidney stones
MVP (mitral valve prolapse)
Obesity (BMI 30-39.9) 7/30/2014
Ovarian cyst
Seizures
IN PAST
Stroke
no residual effects
Syncope
Uterine fibroid

Past Surgical history: has a past surgical history that includes Tubal ligation; Dilation and curettage of uterus; Vaginal delivery; Hysterectomy; and Colonoscopy (N/A, 6/24/2019).

Medications: Trina has a current medication list which includes the following prescription(s): albuterol, amlodipine, atorvastatin, cromolyn, fluticasone-salmeterol 250-50 mcg/dose, hydrochlorothiazide, levocetirizine, meloxicam, ondansetron, ondansetron, pregabalin, and triamcinolone.

Allergies:
Review of patient's allergies indicates:
Allergen Reactions
Adhesive Blisters
Shellfish containing products Hives

Prior Therapy: last year for right ankle

Social: lives with family
Occupation: haven't work last 2 years because of ankle/foot, on disability
Prior Level of Function: independent
Current Level of Function: granddaughter and family help as needed, independent without assistive device for gait, independent with dressing/showering ADLs.
Patient's goals: be able to sit while driving, or stand with cooking/cleaning

CMS Impairment/Limitation/Restriction for FOTO knee Survey

Therapist reviewed FOTO scores for Trina Louise Brown-Simmons on 10/12/2022.
FOTO documents entered into EPIC - see Media section.

Limitation Score: 87%
next scheduled 11/12/2022

Predicted score: 63%

Imaging:
X-ray: FINDINGS: There is medial compartment joint space loss bilaterally. There is no fracture, dislocation, or bony erosion. There is osseous spur at the superior aspect of the patella bilaterally.

Environmental/Abuse/Neglect/Sensory concerns: None
The patient's spiritual, cultural, social and education needs were considered with no evidence of barriers noted.

Suicide Prevention Screening:
Do you ever have thoughts of injuring or harming yourself? []Yes [x]No If yes, explain/actions taken:
Do you feel threatened by anyone or feel unsafe at home? []Yes [x]No If yes, explain/actions taken:
Any physical signs of abuse present? []Yes [x]No If yes, explain/actions taken:

Pain: Current 8/10, worst 10/10, best 8/10
Location: left knee
Description: Aching and Throbbing
Aggravating Factors: Sitting, Standing, Bending, Walking, Night Time, Morning, and Getting out of bed/chair
Easing Factors: heating pad, aleve or ibuprofen

Objective
+: mild pain
++: moderate pain
+++: severe pain

Gait: antalgic gait

Balance: Single Leg Stance (SLS): Left (L) unable seconds Right (R) 5 seconds

Range of Motion (ROM):
LEFT RIGHT
Hip flexion *limited due to back pain bilateral 90 90
Knee flexion 70 AROM ++ pain
90 PROM +++ pain 100 AROM
120 PROM +pain
Knee extension 0 0

Manual Muscle Test (MMT):
LEFT RIGHT
Hip flexion 4/5 +pain 4/5
Hip extension 4-/5 4-/5
Hip abduction 4-/5 4/5
Hip adduction 4/5 4/5
Knee flexion 3+/5 ++pain 4/5
Knee extension 3+/5 ++pain 4/5
Ankle DF 3+/5 +pain 4/5
Ankle PF 3+/5 +pain 4/5

GIRTH: (cm)
LEFT RIGHT
Mid patella 45 cm 45.5

FLEXIBILITY
LEFT RIGHT

Hamstring Limited by pain ° Mild limited °

Palpation: tenderness to touch of medial left knee, posterior left knee

Special tests: painful getting into positions for testing

30 Second Sit-to-Stand Test

Score: 4x with upper extremity assist from mat

Below Average Scores
Scoring:
Age Men Women
60-64 < 14 < 12
65-69 < 12 < 11
70-74 < 12 < 10
75-79 < 11 < 10
80-84 < 10 < 9
85-89 < 8 < 8
90-94 < 7 < 4
*Below average score indicates risk for falls

Treatment
Treatment Time In: 1:55
Treatment Time Out: 2:00
Total Treatment time (time-based codes) separate from Evaluation: 5 minutes

Trina received therapeutic exercises to develop strength, endurance, ROM, flexibility, posture, and core stabilization including:
-straight leg raise
-quad sets
-LAQ

Home Exercises and Patient Education Provided
Education provided:
HEP and plan of care

Written Home Exercise Program (HEP) Provided: Patient instructed to cont prior HEP.
Exercises were reviewed and Trina was able to demonstrate them prior to the end of the session. Trina demonstrated good understanding of the education provided.

See Electronic Medical Record under Patient Instructions for exercises provided 10/12/2022.

Assessment
Trina is a 50 y.o. female referred to outpatient Physical Therapy with a medical diagnosis of M17.0 (ICD-10-CM) - Primary osteoarthritis of both knees. Patient presents with left knee pain, decreased range of motion, impaired balance, decreased tolerance to activity. Patient limited in activity and functional mobility due to increased left knee pain. Rehab prognosis is: Good.

Patient will benefit from skilled outpatient Physical Therapy to address the deficits stated above and in the chart below, provide patient/family education, and to maximize patient's level of independence.

Medical necessity is demonstrated by the following IMPAIRMENTS:
Pain limits function of effected part for some activities, Unable to participate fully in daily activities, Requires skilled supervision to complete and progress HEP, Weakness, and Edema

Patient's spiritual, cultural and educational needs considered and patient is agreeable to the plan of care and goals as stated below:

Anticipated Barriers for therapy: None

History
Co-morbidities and personal factors that may impact the plan of care Co-morbidities:
Allergies, Anxiety or Panic Disorders, Arthritis, Asthma, Back pain, BMI over 30,
Depression, Headaches, High Blood Pressure, Kidney, Bladder, Prostate or Urination Problems, Osteoporosis, Stroke or TIA, Visual Impairment

Personal Factors:
no deficits

high
Examination

Body Structures and Functions, activity limitations and participation restrictions that may impact the plan of care Body Regions:
back
lower extremities
trunk

Body Systems:
ROM
strength
balance
gait
transfers
transitions
motor control
motor learning
edema

Participation Restrictions:
none

Activity limitations:
Learning and applying knowledge
no deficits

General Tasks and Commands
no deficits

Communication
no deficits

Mobility
lifting and carrying objects
walking
transfers

Self care
no deficits

Domestic Life
shopping
cooking
doing house work (cleaning house, washing dishes, laundry)
assisting others

Interactions/Relationships
no deficits

Life Areas
employment

Community and Social Life
community life
recreation and leisure

moderate
Clinical Presentation evolving clinical presentation with changing clinical characteristics moderate
Decision Making/ Complexity Score: moderate

GOALS
Short Term Goals (3 weeks):
1. Patient will have improved AROM of the left knee to 100 degrees.
2. Patient will have decreased complaints of pain to < 6/10.
3. Patient will be independent and compliant with issued HEP.

Long Term Goals (6 weeks):
Patient will have improved AROM of the left knee to 115 degrees.
2. Patient will have improved strength of the left knee to 4+/5.
3. Patient will complete 8x sit to stands in 30 seconds.
4. Patient will have overall improvement in condition to have increased score on FOTO limitation to 63%.

Plan

Plan of care Certification: 10/12/2022 to 12/12/2022.

Outpatient Physical Therapy 2 times weekly for 6 weeks to include the following interventions: Electrical Stimulation IFC/TENS, Gait Training, Manual Therapy, Moist Heat/ Ice, Neuromuscular Re-ed, Patient Education, Therapeutic Activities, and Therapeutic Exercise.

Jenna Voelker, PT
10/12/2022

DATE 10/12/22
HEP and Eval
Therapeutic exercise to develop strength, endurance, ROM, flexibility, posture, and core stabilization
Nustep
Total gym
Step ups
Standing hip abduction/EXT
LAQ
Seated march
Seated hamstring curl
Quad sets
SAQ
SLR
Heel slides
Total minutes

Neuromuscular re-education to improve Balance, Coordination, Kinesthetic, Sense, Proprioception, and Posture
MOD SLS
tandem
Total minutes

Trina received the following supervised modalities after being cleared for contradictions: IFC Electrical Stimulation: Trina received IFC Electrical Stimulation for pain control applied to the left knee. Pt received stimulation at ** % scan at a frequency of ** for ** minutes. Trina tolderated treatment well without any adverse effects.

Trina received hot pack for ** minutes to **.

following supervised modalities after being cleared for contradictions: IFC or TENS Electrical Stimulation
IFC + heat PRN
Total minutes

Electronically signed by Howard S Hirsch, MD at 10/12/2022 4:14 PM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Primary osteoarthritis of both knees |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

### Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

### Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Oct. 12, 2022

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**PT Jenna** (Attending)
Physical Therapy

Encounter Date

Oct. 12, 2022

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/11/2022 | Hospital Encounter | St. Charles Parish Hospital - Imaging<br>1057 Paul Maillard Road<br>Luling, LA 70070-4349<br>985-785-3662 | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 |

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

XR KNEE ORTHO BILAT WITH FLEXION - Final result (10/11/2022 9:00 AM CDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Knee | | Radiographic Imaging |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|

Impressions

**10/11/2022 9:41 AM CDT**

As above.

Electronically signed by: Adam Wells, MD
Date: 10/11/2022
Time: 09:41

Narrative

**10/11/2022 9:41 AM CDT**
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees were performed. Lateral views of both knees were also performed.

FINDINGS:
There is medial compartment joint space loss bilaterally. There is no fracture, dislocation, or bony erosion. There is osseous spur at the superior aspect of the patella bilaterally.

Procedure Note

**Adam C Wells, MD - 10/11/2022**
Formatting of this note might be different from the original.
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees were performed. Lateral views of both knees were also performed.

FINDINGS:
There is medial compartment joint space loss bilaterally. There is no fracture, dislocation, or bony erosion. There is osseous spur at the superior aspect of the patella bilaterally.

Impression:

As above.

Electronically signed by:Adam Wells, MD
Date:10/11/2022
Time:09:41

| Authorizing Provider | Result Type |
|---|---|
| Howard S Hirsch, MD | IMG DIAGNOSTIC IMAGING ORDERABLES |

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Acute pain of both knees |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider

**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers

**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates

Oct. 11, 2022

Custodian Organization

**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers

**Howard S Hirsch, MD** (Attending)
504-464-8588 (Work)
504-842-7530 (Fax)
200 W. Esplanade Ave
Suite 500
Kenner, LA 70065
Orthopedic Surgery

Encounter Date

Oct. 11, 2022

Legal Authenticator

**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

# Trina Louise Brown-Simmons "Trina"

Summary of Care, generated on Jul. 17, 2023

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | (Mobile)<br>(Home) | English (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Ochsner Health System and Its Subsidiaries and Affiliates

This document contains information that was shared with Trina Louise Brown-Simmons. It may not contain the entire record from Ochsner Health System and Its Subsidiaries and Affiliates.

## Reason for Visit

| Reason |
|---|
| Consult |
| Knee Pain |
| Leg Pain |

Consultation (Routine) - Closed

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Orthopedic Surgery / Orthopedics | Diagnoses<br>Bilateral knee pain | Paul K Staab, MD<br>5216 Lapalco Blvd<br>Marrero, LA 70072<br>Phone: 504-348-4357<br>Fax: 504-348-8656 | Scpc Orthopedics<br>1057 PAUL MAILLARD RD, STE 2250<br>Luling, LA 70070-4349<br>Phone: 985-785-2218<br>Fax: 985-785-7753 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 19453976 | **Closed** | | 8/1/2022 | 8/1/2023 | 1 | 1 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 10/11/2022 | Office Visit | St. Charles Parish Hospital - Orthopedics<br>1057 PAUL MAILLARD RD, STE 2250<br>Luling, LA 70070-4349<br>985-785-2218<br>Office Manager: Sharon D Beckwith | **Howard S Hirsch, MD**<br>200 W. Esplanade Ave<br>Suite 500<br>Kenner, LA 70065<br>504-464-8588 (Work)<br>504-842-7530 (Fax) |

## Allergies - documented as of this encounter (statuses as of 07/17/2023)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Adhesive | Blisters | | 09/13/2017 | |
| Shellfish Containing Products | Hives | | 08/29/2017 | |

## Medications - documented as of this encounter (statuses as of 07/17/2023)

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 | 07/26/2018 | | Active |
| atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 | 05/24/2019 | | Active |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 | 03/23/2020 | | Active |
| albuterol (PROVENTIL/ VENTOLIN HFA) 90 mcg/ actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | 0 | | | Active |
| pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth. | | 0 | 03/11/2022 | | Active |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | | Active |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 | 07/24/2018 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 | 04/16/2019 | 01/25/2023 | Discontinued |
| ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 | 04/20/2020 | 01/25/2023 | Discontinued |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 0 | 10/26/2021 | 10/11/2022 | Discontinued |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 | 01/22/2022 | 01/25/2023 | Discontinued |
| ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth. | | 0 | 03/01/2021 | 10/11/2022 | Discontinued |

## Active Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date |
|---|---|
| Chest pain, atypical | 06/24/2022 |
| Peripheral neuropathic pain | 01/28/2022 |
| Lower extremity edema | 01/28/2022 |
| Rectal bleeding | 06/24/2019 |
| Migraine without status migrainosus, not intractable | 05/06/2019 |
| Right arm numbness | 05/06/2019 |
| Left flank pain | 04/22/2019 |
| Kidney stones | 04/22/2019 |
| SUI (stress urinary incontinence, female) | 04/22/2019 |
| Essential hypertension | 02/01/2019 |
| Status post laparoscopic hysterectomy | 08/29/2017 |
| Vitamin D deficiency | 01/31/2017 |
| Palpitations | 02/17/2016 |
| Syncope and collapse | 02/17/2016 |
| Mitral valve prolapse | 02/10/2016 |
| Pelvic pain in female | 01/18/2016 |
| Dyspareunia | 01/18/2016 |
| Menorrhagia | 01/18/2016 |
| Obesity (BMI 30-39.9) | 07/30/2014 |
| Leg pain, bilateral | 05/06/2014 |
| DOE (dyspnea on exertion) | |
| History of seizures | |
| PVD (peripheral vascular disease) | |

## Resolved Problems - documented as of this encounter (statuses as of 07/17/2023)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Abnormal uterine bleeding (AUB) | 08/29/2017 | 08/30/2017 |
| Leiomyoma of body of uterus | 02/22/2016 | 08/30/2017 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 04/06/2021, 03/15/2021 | |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 | |
| Tdap | 10/30/2015, 10/30/2015 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Smoking Tobacco: Never | | | | |
| Smokeless Tobacco: Never | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| No | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Physical Activity | Answer | Date Recorded |
|---|---|---|
| On average, how many days per week do you engage in moderate to strenuous exercise (like walking fast, running, jogging, dancing, swimming, biking, or other activities that cause a light or heavy sweat)? | Patient refused | 10/24/2022 |
| On average, how many minutes do you engage in exercise at this level? | 0 min | 08/15/2022 |

| Housing Stability | Answer | Date Recorded |
|---|---|---|
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | Patient refused | 10/24/2022 |
| In the last 12 months, how many places have you lived? | Not asked | |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | Patient refused | 10/24/2022 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

## Last Filed Vital Signs - documented in this encounter

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | - | - | |
| Pulse | - | - | |
| Temperature | - | - | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | - | - | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 94.3 kg (207 lb 14.3 oz) | 10/11/2022 9:07 AM CDT | |
| Height | 157.5 cm (5' 2") | 10/11/2022 9:07 AM CDT | |
| Body Mass Index | 38.02 | 10/11/2022 9:07 AM CDT | |

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 | 10/11/2022 | |

## Progress Notes - documented in this encounter

Howard S Hirsch, MD - 10/11/2022 10:00 AM CDT
Formatting of this note is different from the original.
Subjective:

Patient ID: Trina Louise Brown-Simmons is a 50 y.o. female.

Chief Complaint: Consult, Knee Pain (bilateral ), and Leg Pain (left )

HPI

They have experienced problems with their bilateral knee over the past several years. The patient denies relevant history of injury/aggravation. The left side is somewhat worse. Pain is located medially and anteriorly Associated symptoms include swelling.
Symptoms are aggravated by flexion loading. They have been treated with nothing recently. Symptoms have recently waxed and waned. Ambulation reportedly has not been impaired. Self care ADLs are not painful.

Review of Systems
Constitutional: Negative for fever and weight loss.
HENT: Negative for congestion.

Eyes: Negative for visual disturbance.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for shortness of breath.
Hematologic/Lymphatic: Negative for bleeding problem. Does not bruise/bleed easily.
Skin: Negative for poor wound healing.
Musculoskeletal: Positive for back pain and joint pain.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for dysuria.
Neurological: Negative for seizures.
Psychiatric/Behavioral: Negative for altered mental status.
Allergic/Immunologic: Negative for persistent infections.

Objective:

Ortho/SPM Exam

Right knee

The patient is not in acute distress.
Body habitus is normal.
Sclera appear normal
No respiratory distress
The patient walks without a limp.
Resisted SLR negative.
The skin over the knee is intact.
Knee effusion trace
Tendernes is located absent.
Range of motion- Flexion full, Extension full.
Ligament exam:
MCL 1+ laxity
Lachman intact
Post sag intact
LCL intact
Patellar apprehension negative.
Popliteal cyst negative
Patellar crepitation absent.
Flexion/pinch negative.
Pulses DP present, PT present.
Motor normal 5/5 strength in all tested muscle groups.
Sensory normal.

Left knee is identical

I reviewed the relevant imaging for the patient's condition: Radiographs of both knees show slight medial narrowing.

Assessment:

Encounter Diagnoses
Name Primary?
Chronic pain of both knees
Primary osteoarthritis of both knees Yes
The condition is structurally mild at this time. Future progression is likely

Plan:

Trina was seen today for consult, knee pain and leg pain.

Diagnoses and all orders for this visit:

Primary osteoarthritis of both knees

Chronic pain of both knees
- Ambulatory referral/consult to Orthopedics

I explained my diagnostic impression and the reasoning behind it in detail, using layman's terms. Models and/or pictures were used to help in the explanation.

Appropriate activity modification explained

Weight loss record

Intermittent use of meloxicam recommended an explained with usual precautions

Physical therapy

Electronically signed by Howard S Hirsch, MD at 10/11/2022 9:26 AM CDT

## Plan of Treatment - documented as of this encounter

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| Influenza (Flu) Vaccine (#1) | 09/01/2023 | 10/30/2015, 10/30/2015 | |
| Mammogram | 05/02/2024 | 05/02/2023, 05/02/2023, 02/24/2022, Additional history exists | |
| Lipid (Cholesterol) Test | 05/06/2024 | 05/06/2019, 02/15/2019, 11/04/2015, Additional history exists | |

## Goals - documented as of this encounter

| Goal | Patient Goal Type | Associated Problems | Recent Progress | Patient-Stated? | Author |
|---|---|---|---|---|---|
| Blood Pressure < 130/80 | Blood Pressure | | 151/95 (06/13/2023 9:26 AM CDT) | No | Your Care Team |
| Take at least one BP reading per week at various times of the day | Blood Pressure | | | No | Health Coach Shante |
| Exercise at least 150 minutes per week. | Exercise | | | No | Health Coach Shante |

## Results - documented in this encounter

Not on file

## Visit Diagnoses - documented in this encounter

| Diagnosis |
|---|
| Primary osteoarthritis of both knees - Primary |
| Chronic pain of both knees |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
|---|---|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | xxxxx3010 | 1/1/2022-3/9/2023 | 877-842-3210 | P O BOX 31341 SALT LAKE CITY, UT 84131-0341 | Managed Medicaid |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| Brown-Simmons,Trina Louise | Personal/ Family | Self | | (Home) | |

## Advance Directives

Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/13/2023 7:17 AM | 6/13/2023 11:54 AM | |

Code Status History

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 6/24/2019 7:43 AM | 6/24/2019 12:09 PM | |
| Full Code | 8/29/2017 9:22 AM | 8/30/2017 2:18 PM | |

## Care Teams - documented as of this encounter

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Whitney Hardy, MD**<br>605 Lapalco Blvd<br>Gretna, LA 70056<br>504-371-6550 (Work)<br>504-371-6555 (Fax) | PCP - General | Internal Medicine | 1/8/16 | 3/7/23 |
| **Med Assistant Rozmond** | Care Coordinator | | 3/26/19 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
|---|---|---|---|
| Christopher Simmons | | (Mobile)<br>(Home) | Spouse, Emergency Contact |
| Alvin Thomas | Unknown | (Mobile)<br>(Home) | Son, Emergency Contact |

## Document Information

Primary Care Provider
**Whitney Hardy, MD** (Jan. 08, 2016 - Mar. 07, 2023)
504-371-6550 (Work)
504-371-6555 (Fax)
605 Lapalco Blvd
Gretna, LA 70056
Internal Medicine
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Other Service Providers
**Med Assistant Rozmond** (Care Coordinator)
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Document Coverage Dates
Oct. 11, 2022

Custodian Organization
**Ochsner Health System and Its Subsidiaries and Affiliates**
1514 Jefferson Highway
New Orleans, LA 70121

Encounter Providers
**Howard S Hirsch, MD** (Attending)
504-464-8588 (Work)
504-842-7530 (Fax)
200 W. Esplanade Ave
Suite 500
Kenner, LA 70065
Orthopedic Surgery

Encounter Date
Oct. 11, 2022

Legal Authenticator
**Louis O. Jeansonne IV, MD**
225-754-3278 (Work)
16777 MEDICAL CENTER DR
BATON ROUGE, LA 70816
GENERAL SURGERY PHYSICIAN

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 9, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-334-0380**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Trina Simmons**
**Claim No.: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

Dear Sir/Madam,

We are writing to request an extension through and including November 13, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

FILEVINE

# Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 334-0380 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Simmons - Ltr to Lincoln Req LTD Appeal Ext Thru Nov 13 - 10-09-23_2023-10-09-1313-PDT.pdf | **Pages:** | 1 |
| **Sent:** | October 9, 2023 1:13 PM PDT | **Rec'd:** | October 9, 2023 1:14 PM PDT |

Lincoln/Brown-Simmons 0875

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **WALMART**

Office: 88D | Manager: KRAFT, MELANIE | Case Mgr: MALAGUERRA, JEFFREY

Claimant Name: TRINA B SIMMONS | Claim #: 11059701

Occupation (Job Title): FOOD AND CONSUMABLES TA | Date Sent: 10/12/2023

Diagnosis: M72.2 Plantar fascial fibromatosis, M79.672 Pain in left foot

Date of Disability: 8/31/2020 | Date Benefits Began: 3/9/2021

Maximum Duration: 9/23/2039 | Paid Through: 3/8/2023

Date of Denial or (DB451): 4/14/2023 | Date Appeal Received: 10/9/2023

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: WALMART, INC.

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

walmart

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

none

LAW OFFICES OF J. PRICE McNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P (225) 201-8311 | F (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 12, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 422-0119**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Trina B. Simmons**
**Claim #: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

Dear Sir/Madam,

**I represent Trina Simmons in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

My client, Trina Simmons hereby appeals The Lincoln National Life Insurance Company's (alternatively called "the Plan" herein) April 15, 2023, termination or denial of her short-term disability benefits, long-term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with her appeal for disability benefits, Claimant provides the following additional evidence.

*****We again request an extension until November 13, 2023 to gather and submit to you additional evidence we have not been able to provide by the time of this letter before you begin your review. Please provide written confirmation of this extension.**

We will submit the additional evidence by November 13, 2023, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. LCMC Health Medical Records (08/30/22 to 05/02/23) (001).
2. New Orleans Podiatry Associates Medical Records (03/08/21 to 05/30/23) (200).
3. Ochsner Medical Records (10/11/22 to 06/13/23) (340).

**THE PLAN'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS**

The Plan's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

**STANDARD OF REVIEW**

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination was disregarded. The other factor that the Court cited was the insurer's selective review of the evidence. The

administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

**THE OFFICIAL ADMINISTRATIVE RECORD**

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc). No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it. Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10] Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.
>
> > FN10. Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record. However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.** If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented. This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review. Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.

> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In *Moore*, we said that Awe may consider only the evidence that was available to the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record. *See, e.g., Wildbur,* 974 F.2d at 634-35. Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega*, at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.*, 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega*, stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services*, 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.*, 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.[FN5] **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.*, 966 F.2d 1011, 1014 (5th Cir.1992)).
>
> > FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega*, 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.*, 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.*, at 521.

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after we are given the opportunity to review such new evidence.

**THE EVIDENCE IN THIS CASE OVERWHELMINGLY SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS**

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes Claimant's disability from her own occupation as well as any occupation as defined by the Plan/Policy in question. The claimant's own detailed description of the debilitating manifestations of her medical condition is corroborated many times over by her own medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

**"'[T]he subjective element of pain [logically applicable to any other disabling manifestations of a given medical condition] is an important factor to be considered in determining disability.'"** *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003).

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony. The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, but neither may an administrator arbitrarily refuse to credit reliable evidence.** See *Black & Decker Disability Plan v. Nord*,

> 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **It surely should not effectively ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id*., at 439. Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id*., at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person. In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

**BAD FAITH**

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).
[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

> a legitimate claim. The authority just cited suggests that Aetna has the wrong model.
>
> * * *
>
> While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.*, 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood,* 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. "*Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.III. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.III. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award. Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith." Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004). Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

**COURT REVIEW**

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

**NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS**

**Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection our representation in this matter.**

**Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure
****Enclosures 1 to 3 sent via certified mail due to volume.**

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 9, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-334-0380**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Trina Simmons**
**Claim No.: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

Dear Sir/Madam,

We are writing to request an extension through and including November 13, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

LAW OFFICES OF J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE LA 70809

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 25, 2023

Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

To Whom It May Concern:

This letter responds to your correspondence dated April 17, 2023, regarding your client Trina Simmon's Long Term Disability ("LTD") claim. Lincoln Financial will direct all communication to you on behalf of your client.

Enclosed is a complete copy of Trina Simmon's disability claim file as well as a complete copy of the Walmart, Inc. LTD Policy applicable to his claim. This comprises all of the information that we received and were considered in our review of Ms. Simmon's disability claim.

Any requests that you may have for any other Plan Documents or Summary Plan Description ("SPD"), other than the Policy we have enclosed, must be properly directed by you to the Plan Administrator, Walmart, Inc. You should also direct any questions about name/address of the registered agent for service of process for the Plan to the Plan Administrator, Walmart, Inc.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeffrey Malaguerra
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

CC: Trina Simmons

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 25, 2023

Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE130
BATON ROUGE, LA 70809

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

To Whom It May Concern:

This letter responds to your correspondence dated April 17, 2023, regarding your client Trina Simmon's Long Term Disability ("LTD") claim. Lincoln Financial will direct all communication to you on behalf of your client.

Enclosed is a complete copy of Trina Simmon's disability claim file as well as a complete copy of the Walmart, Inc. LTD Policy applicable to his claim. This comprises all of the information that we received and were considered in our review of Ms. Simmon's disability claim.

Any requests that you may have for any other Plan Documents or Summary Plan Description ("SPD"), other than the Policy we have enclosed, must be properly directed by you to the Plan Administrator, Walmart, Inc. You should also direct any questions about name/address of the registered agent for service of process for the Plan to the Plan Administrator, Walmart, Inc.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeffrey Malaguerra
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

CC: Trina Simmons

**LAW OFFICES OF J. PRICE MCNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

April 17, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-334-0380**

The Lincoln National Life Insurance Company
**Attn: Appeal Review Unit**
PO Box 2578
Omaha, NE 68172-9688

**Re: Claimant: Trina Simmons**
**Claim No.: 11059701**
**Walmart, Inc.**
**Long Term Disability (LTD) Benefits**

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Sir/Madam,

**I represent Trina Simmons in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, **and any and all policies of insurance covering the plan**.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**U.S. Department of Labor**

Employee Benefits Security Administration
Washington, D.C. 20210

June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was … generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5).".[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

We hope this information is of assistance to you.

Sincerely,

Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 15, 2023

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy”). We are writing in reference to your claim for LTD benefits under the Policy.

**We’ve reviewed the medical information received for your claim and regret to inform you that your LTD benefits will end as of March 9, 2023.**

We know this is a disappointing result and want to provide you with all the information you need to understand how we made this decision. Please read below to understand why we cannot continue your LTD benefits, as well as actions you can take if you do not agree with this decision.

**Why Your Benefits Are Ending:**

Your claim had been previously approved for left ankle and foot pain plus knee pain impacting your ability to perform the duties of your own occupation as a Fresh Foods Associate.

To receive LTD benefits, you must continue to meet the definition of “Disability” in the LTD Policy. The definition of “Disability” under the LTD Policy is:

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the*

*Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

i. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

This means that in order to be found "Disabled" under the LTD Policy as of March 9, 2023, evidence must show that your injury or sickness prevents you from performing any occupation you are reasonably fitted to perform based on your training, education, experience, age, and physical and mental capacity.

To understand the details of your medical condition, we asked for related medical information from your physician(s) and we received:

Progress Notes, Correspondence, and Consultations completed by Dr. Roach, from September 12, 2022 through October 13, 2022.

rogress Notes, Correspondence, and Consultations completed by Dr. Melcher, from June 15, 2022 through August 30, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Hirsch, dated October 11, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Ferris, from December 3, 2020 through October 24, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Staab, from July 26, 2022 through November 15, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Jones, from February 4, 2022 through July 7, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Roach, from September 12, 2022 through October 13, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Lang, from July 14, 2021 through June 21, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Roach, dated January 28, 2022.

Progress Notes, Correspondence, and Consultations completed by Dr. Elliot, from February 4, 2021 through February 23, 2021.

To fully understand the impact of your medical condition on your ability to work, we had a board-certified physician in Physical Medicine and Rehabilitation conduct a clinical review and assessment. The consulting physician reviewed the medical documentation listed above. The consulting physician concluded the following:

*The claimant is a 50-year-old employed by Walmart as a food and consumables team associate, DOT labor classification medium whose last day worked was 12/05/2020. She began to have symptoms in August 2020 related to plantar fascia pain. She began treatment with Dr. Hudson, a podiatrist. Left ankle MRI documented plantar fascial thickening and fluid within the ankle and subtalar joint.*

*A nondisplaced fracture of the body of the calcaneus was also documented. Left foot and ankle pain persisted and she was diagnosed with a neuropathic pain and started on Lyrica. She developed bilateral lower extremity edema and was referred to cardiology.*
*Cardiology evaluation did not define a specific etiology for the lower extremity edema.*

In order obtain clarification on your restrictions and limitations, the Consulting Physician reviewing your claim contacted your treating physicians. After discussing your claim with Dr. Staab's office the Consulting Physician provided the following work restrictions:

*From 11/16/2021 to the present and ongoing the claimant does not appear to have been precluded from performing the following activities.*
*At one time:*

*Sit - 1 hours,*
*Stand - 1/2 hour*
*Walk - 1/2 hour*
*Drive - 1 hour*
*In an 8 hour workday.*
*Sit - 8 hours*
*Stand - 1 hour*

*Walking*
*- 1 hour*
*Drive –*
*2 hours*
*Walk stairs –*
*occasionally Climb*
*ladders – never*
*Handle, grasp, manipulate, finger, key –*
*continuously Reach floor to waist – occasionally*
*Reach waist to over shoulder –*
*occasionally Lift, carry – up to 10*
*pounds occasionally Push, pull –*
*up to 20 pounds occasionally*
*Bend, stoop, twist – occasionally*
*Crawl, kneel, squat – occasionally*
*Duration – permanent*

We then had a Vocational Specialist review your current capabilities, training, education, and experience. The review identified your transferable job skills as:

Manager, Retail Store & Department: Applying math skills to read and interpret business and statistical reports and records; analyzing and interpreting administrative policy and procedure; planning and organizing work of others; making decisions based on business reports or similar data; speaking and writing clearly; preparing budgets, keeping records, and inventorying stock and dealing tactfully and courteously with the public, employees, or government officials.

Cashier-Checker: Using math skills to compute costs of items purchased and make change; keeping records according to prescribed system; using eyes, hands, and fingers, simultaneously, to operate adding machine, calculator, or cash register; dealing tactfully and courteously with public; and adapting to routine work.

Supervisor, Customer-Complaint Service: Speaking distinctly and listening carefully to communicate with various kinds of people; applying judgment and specialty knowledge to give oral information to people; changing tasks or activities frequently; using eyes, hands, and fingers to operate switch-boards or instrument keyboards; and being tactful and courteous when receiving callers or interviewing people.

Based on this result, you could perform the following occupations:

**OccupationNational Median Bi-weekly Wage**
Supervisor, Customer-Complaint Service$2,330
Supervisor, Order Takers$2,330
Customer Service Representative$1,420

Since the medical documentation and review identified that you could perform the above occupations, we found you no longer meet the criteria for LTD benefits.

Although we are unable to determine continued eligibility beyond the change in definition, we have determined you remain eligible for benefits during the remainder of the Own Occupation period and are issuing the remainder of these benefits in a lump sum advance payment to March 9, 2023. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Walmart, Inc's LTD Policy provisions.

There are two options available to you at this time regarding our decision.

If you are providing new information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (877) 353-6412.
Upon receipt, we will review for reconsideration of your benefits.
If you do not intend to send us any new information such as the information described in our decision and you disagree with our decision, you may appeal our determination by following the steps below and providing the medical documentation which supports your inability to perform the duties of any occupation.

We realize that you've been awarded disability benefits by the Social Security Administration ("SSA"), and therefore our decision not to approve LTD benefits may be confusing. Here is some further information:

The SSA uses its own set of criteria for awarding benefits. Based on the information they considered, they concluded that you are not able to perform work on a full-time basis.
Your LTD benefit decision was based on the specific terms and conditions of the Walmart, Inc. Group Disability Income Policy ("the Policy"). We fully considered all medical and vocational documentation we received in accordance with the terms of the Policy, and determined benefits are no longer payable based on the information currently contained in your file.

**What You Need to Know About an Overpayment:**

Please be aware that you received an overpayment on your LTD claim due to your Social Security Disability Award. Since those payments were awarded for the same period that we paid you LTD benefits, you will need to repay the amount of LTD benefits that have been overpaid to you as a result of your receipt of your Social Security Disability Award. A representative from our Financial Review Services will contact you to help you understand the repayment due.

**What You Can Do If You Believe Your Benefits Should Continue:**
We want you to know all your options. **If you disagree with our decision to close your claim, you may submit an appeal**.

In our review of your claim, The Lincoln National Life Insurance Company has fully considered the Social Security Administration's ruling to approve Social Security

Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Walmart, Inc.'s Policy.

This claim determination reflects an evaluation of the claim facts and the Policy provisions only and did not rely on any internal rules, guidelines, protocols, standards or other similar criteria in rendering this determination. We reserve the right to make a determination on any additional information that may be submitted.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below.

Disability and Life
Claims The Lincoln
National Life Insurance
Company
Group –
Charlotte
WM PO
Box 2578
Omaha, NE
68172-9688
ATTN: Appeal
Review Unit

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。
Shá ata' hane'go shíká a'doowoł nínízingo saad hosinílįį' dóó ná'ookąąh níní'ąągo naaltsoos niiniłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo dóó hááh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Contents of appeal. The written request for review must be sent within 180 days from the receipt of this letter and state the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

The reasons you feel the decision to deny LTD coverage is incorrect;
Medical documentation that supports your inability to perform the duties of **any occupation** on a full time basis. This information should include office treatment notes, test results, imaging, or any medical consultations; as well as any additional comments, documents, records, or other information, including any Social Security decision you may have received that you feel will support your claim.

You should also provide any additional comments, documents, records, or other

information which you would like considered, including any Social Security decision you may have received that you feel will support your claim.

Right to request documents. You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong
mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

**Information Regarding Your Leave of Absence**

*Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. The Lincoln National Life Insurance Company has notified Sedgwick of your absence. Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Walmart, Inc. sponsored personal leave of absence. Sedgwick will notify you*

*of their determination* *separately.*

*You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.*

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeffrey Malaguerra
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 01/24/23 - 03/08/23
Pmt Date: 01/31/23
Check #: 108835082

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 4417.35 | $ 0.00 | $ 2071.39 | $ 2345.96 | $ 0.00 | $ 0.00 | $ 0.00 | $ 872.39 | $ 1473.57 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 01/24/23 | 03/08/23 | $ 2071.39 | | | | |

Subtotal Offset $ 2071.39

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 01/24/23 | 03/08/23 | $ 872.39 | | | | |

Subtotal Deduction $ 872.39

Total Provisions $ 0.00 Total Offsets $ 2071.39 Total Deductions $ 872.39

MEMO:ADVANCE PAID-CLAIM CLOSED

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 2345.96 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 2345.96 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

[redacted]

**CLAIMANT INFORMATION**

CLAIMANT: Trina Simmons

CUSTOMER: Walmart

CLAIM #(s): 11059701

GROSS BIWEEKLY BENEFIT: $1,405.52

NET BIWEEKLY BENEFIT: $0.00

MINIMUM BIWEEKLY BENEFIT:

FEDERAL TAX WITHHOLDING:

**OFFSETS**

| | FROM DATE | THRU DATE | BENEFIT |
|---|---|---|---|
| SS PRIMARY | 01/01/22 | 09/23/39 | 659.08 |
| SS DEPENDENT | | | |
| SS RETIREMENT | | | |
| ER PENSION | | | |
| CAN. PENSION | | | |
| WORKERS' COMP. | | | |
| SLCT | | | |
| STAT BENEFITS | | | |
| OTHER - Benefit Red. | | | |
| OTHER - Subro lien | | | |

**AMOUNT TO BE PAID**

| FROM DATE | THRU DATE | GROSS BENEFIT AMOUNT | OFFSETS | ADJUSTED GROSS AMOUNT (D)-(E) | FEDERAL TAX (FIT) WITHHELD | FICA TAX WITHHELD | BR Applied | STATE TAX (SIT) WITHHELD | NET BENEFIT AMOUNT (F)-(G)-(H)-(I)-(J) |
|---|---|---|---|---|---|---|---|---|---|
| 1/24/2023 | 2/6/2023 | 1,405.52 | 659.08 | 746.44 | 0.00 | | 746.44 | | 0.00 |
| 2/7/2023 | 2/20/2023 | 1,405.52 | 659.08 | 746.44 | 0.00 | | 125.95 | | 620.49 |
| 2/21/2023 | 3/6/2023 | 1,405.52 | 659.08 | 746.44 | 0.00 | | 0.00 | | 746.44 |
| 3/7/2023 | 3/8/2023 | 200.79 | 94.15 | 106.64 | 0.00 | | 0.00 | | 106.64 |
| | TOTALS | 4,417.35 | 2,071.39 | 2,345.96 | 0.00 | 0.00 | 872.39 | 0.00 | 1,473.57 |

Payment Specialist: Jessica Keefer

Date 1/31/2023

Lincoln Financial Group®

**Meredith Hester, MS, CRC, NCC**
Vocational Rehabilitation Consultant I
Group Protection

**TRANSFERABLE SKILLS ANALYSIS**

| | |
|---|---|
| **Claimant Name:** | Trina Simmons |
| **Claim Number:** | 11059701 |
| **Claims Case Manager:** | Jeffrey Malaguerra |
| **Employer:** | Walmart, Inc. |
| **Pre-Disability Earnings:** | $2,811.03/biweekly - $6,090.57/monthly |
| **Benefit Amount:** | $1,405.52/biweekly - $3,045.28/monthly |
| **Date of Report:** | 01/24/2022 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the claimant's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor
- Via One

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per the Physical Medicine & Rehabilitation peer review completed by Bruce Myers, MD on 01/13/2023. They include:

> "From 11/16/2021 to the present and ongoing the claimant does not appear to have been precluded from performing the following activities.
> At one time:
> Sit - 1 hours,
> Stand - 1/2 hour
> Walk - 1/2 hour
> Drive - 1 hour
>
> In an 8 hour workday.
> Sit - 8 hours
> Stand - 1 hour
> Walking - 1 hour
> Drive – 2 hours
> Walk stairs – occasionally
> Climb ladders – never
> Handle, grasp, manipulate, finger, key – continuously
> Reach floor to waist – occasionally
> Reach waist to over shoulder – occasionally

Lift, carry – up to 10 pounds occasionally
Push, pull – up to 20 pounds occasionally
Bend, stoop, twist – occasionally
Crawl, kneel, squat – occasionally

Duration – permanent"

**EDUCATION & TRAINING:**

| | |
|---|---|
| Education: | HS Diploma, Vocational Training – Dental Assistant |
| Certifications / Licensure: | Dental Assistant |
| Computer Skills: | Email, Internet |

**WORK HISTORY:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 185.167-046 | Manager, Retail Store ** | 4 yrs, 9 mos | M |
| 299.137-010 | Manager, Department | 3 yrs | M |
| 211.462-014 | Cashier-Checker | 6 mos | L |
| 241.137-014 | Supervisor, Customer-Complaint Service | 7 yrs, 8 mos | S |

**Walmart, Inc. work history verified through Via One to include various Assistant Manager positions from 11/24/2015 – 8/31/2020, Front End ZS from 8/26/2014 – 11/23/2015, and Customer Service Manager from 12/12/2012 – 8/25/2014. Note: Work history is not available prior to 12/12/2012.*
***Per the LMS completed by Paradigm dated 03/20/2020, Manager, Retail Store is performed at the medium physical demand level.*

**TRANSFERABLE SKILLS:**

- Manager, Retail Store & Department: Applying math skills to read and interpret business and statistical reports and records; analyzing and interpreting administrative policy and procedure; planning and organizing work of others; making decisions based on business reports or similar data; speaking and writing clearly; preparing budgets, keeping records, and inventorying stock and dealing tactfully and courteously with the public, employees, or government officials.
- Cashier-Checker: Using math skills to compute costs of items purchased and make change; keeping records according to prescribed system; using eyes, hands, and fingers, simultaneously, to operate adding machine, calculator, or cash register; dealing tactfully and courteously with public; and adapting to routine work.
- Supervisor, Customer-Complaint Service: Speaking distinctly and listening carefully to communicate with various kinds of people; applying judgment and specialty knowledge to give oral information to people; changing tasks or activities frequently; using eyes, hands, and fingers to operate switch-boards or instrument keyboards; and being tactful and courteous when receiving callers or interviewing people.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| General Educational Development: | No adjustments performed. |
| Strength: | Adjusted to sedentary, per restrictions and limitations provided above. |
| Physical: | Adjusted to match restrictions and limitations provided above. Where no restrictions or limitations are provided, adjusted to unknown. Post-hoc |

| | |
|---|---|
| | analysis was conducted to factor in occasional reach floor to waist and reach waist to shoulder level and driving for up to 2 hours. |
| Environmental: | Adjusted to match restrictions and limitations provided above. Where no restrictions or limitations are provided, adjusted to unknown. |
| Noise: | Adjusted to match restrictions and limitations provided above. Where no restrictions or limitations are provided, adjusted to very loud. |
| Aptitudes: | No adjustments performed. |
| Situations: | • Influencing people in their opinions, attitudes, judgments adjusted to yes based on customer service experience.<br>• Working under specific instructions adjusted to yes based on need to follow supervisory instruction and company policies and procedures. |
| Data: | • Analyzing adjusted to yes based on assess economic trends and community needs.<br>• Compiling adjusted to yes based on complete documents and reports.<br>• Copying adjusted to yes based on need to enter and locate information on computer.<br>• Comparing adjusted to yes based on need to drive sales in assigned area by ensuring effective merchandise presentation. |
| People: | • Instructing adjusted to yes based on need to hire, train, mentor, assign duties, and evaluate associates.<br>• Persuading adjusted to yes based on customer service experience.<br>• Serving adjusted to yes based on need to tend to the needs of customers.<br>• Taking instructions-helping adjusted to yes based on need to follow supervisory instruction. |
| Things: | • Manipulating adjusted to yes based on set up, clean, and organize product displays and secure fragile and high-shrink merchandise. |

**EXAMPLES OF ALTERNATIVE OCCUPATIONS:**
Based on the insured's ability profile and information in the national economy, the following occupations were identified:

| DOT Code | Occupation Title | Strength Level | Biweekly Wage* | Monthly Wage* |
|---|---|---|---|---|
| 241.137-014 | Supervisor, Customer-Complaint Service | S | $2,330 | $5,049 |
| 249.137-026 | Supervisor, Order Takers | S | $2,330 | $5,049 |
| 239.362-014 | Customer Service Representative | S | $1,420 | $3,077 |

** Wage information is based on median 2021 national data from the Bureau of Labor Statistics*

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Meredith Hester, MS, CRC, NCC
Vocational Rehabilitation Consultant
Group Protection
Lincoln Financial Group

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 185.167-046 | Manager, Retail Store | 7 | 4 | 9 | Y | N | N | L | 11.11.05 |
| 299.137-010 | Manager, Department | 7 | 3 | 0 | Y | N | N | M | 11.11.05 |
| 211.462-014 | Cashier-Checker | 3 | 0 | 6 | Y | N | N | L | 07.03.01 |
| 241.137-014 | Supervisor, Customer-Complaint Service | 6 | 7 | 8 | Y | N | N | S | 07.04.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 4 Grades 9 12 | No Change |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Never | Occasionally |
| Reaching | | Constantly | Unknown |
| Handling | | Constantly | No Change |
| Fingering | | Constantly | No Change |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |

| | | |
|---|---|---|
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | Yes | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 01/10/23 - 01/23/23
Pmt Date: 01/23/23
Check #: 108757199

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 01/10/23 | 01/23/23 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 01/10/23 | 01/23/23 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

# Job Description

## Assistant Manager

This position is responsible for assisting in the operation of a facility. An individual in this position will be expected to perform additional job related responsibilities and duties as assigned and/or as necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Provides supervision and development opportunities for hourly Associates in assigned area by hiring, training, mentoring, assigning duties, evaluating performance, providing recognition, and ensuring diversity awareness.

Upholds the Company's Open Door Policy by meeting with Associates and listening to concerns, researching issues, reviewing Company policies and procedures, and providing resolutions for Associates, including proactively seeking out Associate comments and concerns by meeting with Associates in their work areas.

Ensures compliance with Company policies and procedures by holding hourly Associates accountable; analyzing and interpreting reports; implementing and monitoring asset protection and safety controls; maintaining quality assurance standards; overseeing safety and operational reviews; developing and implementing action plans to correct deficiencies; and providing direction and guidance on executing Company programs and strategic initiatives.

Models, enforces, and provides direction and guidance to hourly Associates on proper Customer service approaches and techniques to ensure Customer needs, complaints, and issues are successfully resolved within Company guidelines and standards.

Participates in community outreach programs, and encourages and supports hourly Associates in serving as good members of the community.

Drives the financial performance of assigned area by ensuring that sales and profit goals are achieved and implements plans to correct any deficiencies; and scheduling and training associates to meet the needs of the customers.

Drives sales in assigned area by ensuring effective merchandise presentation, including accurate and competitive pricing, proper signing, inventory levels, cleanliness of the area; assessing economic trends and community needs; overseeing the stocking and rotation of merchandise, the removal of damaged or out-od-date goods; setting up, cleaning, and organizing product displays; securing fragile and high-shrink merchandise; and monitoring expenses within assigned area.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Drives Store Experience - Encourages Associates to identify and communicate ideas that will improve the products and services provided to local Customers, such as in the Front-End or on the sales floor, and takes action to implement these ideas. Anticipates external factors (for example, weather, gas prices, local events) and uses this information to plan for Customer traffic and sales volumes. Applies information about competitor prices, products, displays, and change initiatives to upgrade knowledge related to own functional areas, ensure everyday low prices, and make improvements in the Store. Models and teaches Associates how to develop and implement new ways to provide a convenient, safe, and pleasant shopping experience for Customers. Challenges Associates to identify and apply methods for resolving Customer complaints and assists them with addressing difficult or complex issues.

Manages Merchandising Operations - Demonstrates and communicates solid working knowledge of merchandising products, equipment, and procedures. Monitors merchandising timelines and ensures timelines are met for products, fixtures, displays, modulars, layouts, and floorplans. Ensures merchandising operations and Store standards are aligned with Company standards and Customer expectations. Evaluates and responds to Customer and Associate issues related to advising on, maintaining, procuring, displaying, and presenting merchandise. Educates and trains Associates on merchandise planning and improvement processes (for example, seasonal events, item merchandising, feature productivity) and monitors Associate implementation of these practices in order to achieve business goals and objectives.

Customer/Member Centered: Focus on the Customer/Member - Reviews customer/member-focused data and adjusts performance to address findings. Promotes and supports associate efforts to exceed customer/member expectations. Informs associates on how to identify and locate resources to meet the diverse needs of customers/members.

Judgment: Use Appropriate Judgment - Identifies, reviews, and applies policies and procedures to make informed judgments. Identifies and uses facts, information, and expertise to set priorities and make informed decisions. Uses data and evidence to determine the causes of problems and develop solutions to address them.

Execution and Results: Manage Execution and Results - Holds associates accountable for completing work within expectations and time requirements. Plans and manages own and others' time, based on business priorities, and follows up to ensure all work requirements are completed in a timely and accurate manner. Identifies and obtains the resources needed to complete projects. Encourages associates to strive for excellence, efficiency, and quality in work practices.

Planning and Improvement: Plan and Pursue Team-Based Improvement - Coordinates and aligns planning with organizational initiatives and direction. Looks at work plans and makes changes, as needed, to achieve team or work group objectives. Sets realistic timelines for goal accomplishment. Improves work processes and practices to increase performance and results.

Influence and Communicate: Increase Commitment - Promotes ideas and links them to business needs and benefits. Builds trusting, cooperative relationships and alliances with others, inside and outside of the organization. Effectively communicates clear, up-to-date information on business plans and priorities (for example, change initiatives). Shares experience and ideas with associates across the organization.

Ethics and Compliance: Manage Ethics and Compliance - Instructs associates on how to act in accordance with policies and procedures, and supports their efforts in doing so. Ensures associates demonstrate the highest standards of integrity and ethics in work situations. Corrects ethical and compliance issues, enforcing compliance and administering appropriate consequences as needed.

Adaptability: Quickly Adapt - Demonstrates creativity and strength in the face of change, obstacles, and adversity. Adapts to competing demands and shifting priorities. Updates knowledge and skills to handle new complexities, challenges, and responsibilities. Seeks exposure to new ideas and perspectives. Helps associates adjust to and develop the capabilities needed to implement organizational change initiatives.

Talent: Supervise Associates - Provides specific, honest, accurate, and timely feedback on associate performance. Assigns tasks to associates that fit their skill levels and maximize team performance. Uses people processes (for example, selection, development, performance evaluation) to ensure effective associate performance. Recruits and hires the associates needed to meet business requirements. Teaches, guides, and assists in the development of associates.

## Physical Activities

*The following physical activities are necessary to perform one or more essential functions of this position.*

Observes associate, customer, or supplier behavior.

Enters and locates information on computer.

Presents information to small or large groups and individuals.

Communicates effectively in person or by using telecommunications equipment.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Visually verifies information, often in small print.

Reads information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Moves, lifts, carries, and places merchandise and supplies weighing up to 25 pounds without assistance.

## Travel

*Traveling is necessary to perform one or more essential functions of this position.*

Travels domestically to and from multiple facilities or work-sites during the workday.

Works or trains at multiple facilities or distant locations. (Travel of extended duration, meaning seven days or more, is not required, except for management training and emergency situations.)

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Works overnight and on varying shifts as required.

## Entry Requirements

### *Minimum Qualifications*

- 2 or more years of college; OR 1 year retail experience and 1 year supervisory experience; OR 2 years general work experience and 1 year supervisory experience
- For facilities that sell firearms, I acknowledge that the position for which I am applying will require successful completion of a firearms- specific Criminal Background Check (CBC) and Firearms Authorized Training.



**Lincoln/Brown-Simmons 0913**

- Will successfully complete all job required trainings and assessments.
- For facilities that sell only ammunition and have state specific requirements, I acknowledge that the position for which I am applying may require a current state issued Certificate of Eligibility.

### *Preferred Qualifications*

- 2 or more years general work experience supervising 5 or more direct reports to include the responsibility of performance management, mentoring, hiring, and firing

**Job Description**

**Assistant Manager**

## Signature

I have read and understand the essential functions for this position and certify that:

________________ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

________________ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |
|---|---|---|



Lincoln/Brown-Simmons 0915

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, January 18, 2023 11:19:56 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | fri9rdwpkq4wpvfxyzkd_14408255.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 18, 2023

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

In response to your request, Ms. Trina Simmons has been receiving, as of August 9, 2022, a Bi-weekly LTD disability check in the amount of $746.44. These benefits will continue as long as Ms. Simmons meets the definition of Disability defined by their LTD policy or they reach the maximum benefit date of September 23, 2039.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeffrey Malaguerra
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, January 17, 2023 12:41:17 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | gobqpis1dxdfkdz12wln_14398056.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 17, 2023

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Attached is your requested document.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Austyn Doughty
LTD Claims Specialist I
On Behalf Of: Jeffrey Malaguerra
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

Attachments: 11059701-ACKNOWLEDGE-FREEFORM-08.19.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (877) 353-6412

August 20, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security benefits with an effective date of February 1, 2021. This letter and the attached overpayment summary outlines the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of March 9, 2021 through August 8, 2022, with no reduction for Social Security benefits, you are now overpaid under the terms of your Policy.

| | |
|---|---|
| Total Overpayment Amount: | $18,336.79 |
| Payment Due Date: | September 9, 2022 |

The attached exhibit explains the calculation of your $18,336.79 balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account.

If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Hillary Clarke
Recovery Specialist II
On Behalf Of: Nicole Willrich
Phone No.: (888) 437-7611 Ext. 16486
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
11059701-RECOVERY/REPAYMENT-CORRESPONDENCE-08.19.2022

**Claim Number(s):11059701**

**New Bi-Weekly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $1,405.52 |
| Less: Other Income | | | $659.08 |
| | SS Primary Disability | $659.08 | |
| | | $0.00 | |
| | Total Other Income | $659.08 | |
| Your Adjusted Gross | | | $746.44 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$746.44** |

**Overpayment Calculation**

| | | | |
|---|---|---|---|
| Originally Paid | *3/9/2021 through* | *8/8/2022* | $52,004.24 |
| Less: Should have Paid | *3/9/2021 through* | *8/8/2022* | $27,667.45 |
| Overpayment Due | | | $24,336.79 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $6,000.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$18,336.79** |

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 11059701

I ______________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on or after __________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________ Phone# ______________________

City, State, Zip ______________________ Email ______________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________

Financial Institution Address ______________________

Routing Number ______________________

Account Number ______________________

SIGNATURE ______________________ DATE ______________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, January 17, 2023 1:05:59 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | mbl6lh33ugki91czl4qr_14398606.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 17, 2023

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please see the attached letter originally sent on July 13, 2022

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jarvis Brailsford
Claims Examiner II, Claims
On Behalf Of: Jeffrey Malaguerra
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

Attachments: 11059701-NOTIFY-CLAIMANT ADMINISTRATIVE-07.13.2022

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, July 13, 2022 10:59:52 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | j9igsqkkjbu4euqkrqyj_13130858.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

July 13, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Per your request, below is an outline of your earning history regarding Long Term Disability benefits (LTD) including the date benefits were issued as well as the check amount. The benefits for LTD were effective as of March 9, 2021:

- Your first payment was released on March 23, 2021, for the pay period of March 9, 2021, through March 22, 2021, in the amount of $1,405.52.
- You then received biweekly payments from March 23, 2021, through July 11, 2022, in the amount of $1, 405.52.
- Your next payment will be released on July 25, 2022, for the pay period of July 12, 2022, through January 25, 2022, in the amount of $1, 405.52.

Please note, that any additional income earned or received after her date of disability, August 31, 2020, is considered an offset to your LTD claim and your benefits will be reduced accordingly.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (877) 353-6412

# Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | TRINA SIMMONS | 11059701 |

| | | | |
|---|---|---|---|
| **Report Date:** | 01/13/2023 | | |
| **Referred By:** | Jeffrey Malaguerra | **Claimant DOB:** | |
| **Referral Date:** | 12/29/2022 | **Job Title:** | (USA) FRESH/FOOD/CONSUMABLE AS_100021136 _040216 |
| **Due Date:** | 01/13/2023 | **Medical/ Surgical Condition:** | planter fasciitis, low back pain |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 12/05/2020 |
| | | **DOD:** | 08/31/2020 |
| **Physical Demands:** | | **BBD:** | 03/09/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Historical summary:**

- The claimant is a 50-year-old employed by Walmart as a food and consumables team associate, DOT labor classification medium whose last day worked was 12/05/2020. She began to have symptoms in August 2020 related to plantar fascia pain. She began treatment with Dr. Hudson, a podiatrist. Left ankle MRI documented plantar fascial thickening and fluid within the ankle and subtalar joint. Initial treatment with cortisone injection was beneficial and she was placed in boot for several weeks.

- She then consulted with Dr. Elliott, another podiatrist. On 12/22/2020 he performed left plantar fascia endoscopic fasciotomy and joint injection at sinus tarsus. On 03/16/2021 Dr. Elliott released her to resume light duty or sedentary position with limited standing of 3 hours daily.

- She then consulted with Dr. Lang DPM who performed EPF surgery on 04/23/2021 after ruptured ATF was found. A nondisplaced fracture of the body of the calcaneus was also documented. Left foot and ankle pain persisted and she was diagnosed with a neuropathic pain and started on Lyrica. She developed bilateral lower extremity edema and was referred to cardiology. Last DPM office visit was documented June 21, 2022, pain level was 4/10.

- Cardiology evaluation by Dr. Ferris did not define a specific etiology for the lower extremity edema. His last assessment was in October 2022 and scheduled a follow-up in 6 months.

- The claimant consulted with two neurologists in 2022, confirming neuropathic pain of the left ankle and foot. A tricyclic antidepressant was also prescribed.

- Most recently, the claimant has been following with Dr. Paul Staab, her primary care provider. The CP discussion with the office manager suggested Dr. Staab wanted the claimant to be managed by physiatry. The claimant requested this be deferred and requested she see another orthopedist and neurologist.

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.**
   *Peripheral neuropathic pain M792,*
   *Lower extremity edema R260*
   *Left ankle pain M967*
   *Knee pain M170*

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.**
   *Essential hypertension I10,*
   *Obesity E669*

3. **Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 03/09/2021 to the present, and comment on the expected duration.**

Based on the medical evidence from 03/09/2021 through 11/15/2021. The claimant appears precluded from performing activities greater than required for activities of daily living.

From 11/16/2021 to the present and ongoing the claimant does not appear to have been precluded from performing the following activities.
At one time:
Sit - 1 hours,
Stand - 1/2 hour
Walk - 1/2 hour
Drive - 1 hour

In an 8 hour workday.
Sit - 8 hours
Stand - 1 hour
Walking - 1 hour
Drive – 2 hours
Walk stairs – occasionally
Climb ladders – never
Handle, grasp, manipulate, finger, key – continuously
Reach floor to waist – occasionally
Reach waist to over shoulder – occasionally
Lift, carry – up to 10 pounds occasionally
Push, pull – up to 20 pounds occasionally
Bend, stoop, twist – occasionally
Crawl, kneel, squat – occasionally

Duration – permanent

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).**
Restriction and limitations are not well described by the treating providers after 11/15/2021.

**Contact History:**

**Dr. Paul Staab Ph: (504) 348 4357**
01/09/2023, 1305 EST- scheduled peer-to-peer with Dr. Staab 1600 EST

01/12/2023, 1550 EST – spoke with Brandi, Dr, Staab was not available. We were able to review the last office visit from 12/20/2022. Dr. Staab had wanted to refer the claimant to physiatry, but she asked to put this on hold. She agreed to seeing orthopedist and neurologist to evaluate her disability.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

- Based on the medical history, the lower extremity edema is most likely a medication side effect of Lyrica/pregabalin. An extended period off of this medication would be in the best interest of the claimant. This was addressed in the CP letter to Dr. Staab.

- Based on the medical evidence the claimant has permanent restrictions and limitations as described above related to chronic neuropathic pain of the left foot and ankle and knee pain. The diagnoses described in the medical records would support restrictions and limitations, but the claimant would not appear precluded from working full-time at less than light duty.

- The standards of diagnoses for neuropathic pain of the left ankle, chronic left ankle pain, and knee pain have been met.

- The standard of care has been met for the medical problems related to the left foot and ankle. Dr. Staab has recommended the claimant consult with physiatry, however the claimant has requested this be deferred until after she is seen by an orthopedist and a neurologist. The claimant had previously consulted with two neurologists in 2022 and consulted with Dr. Hirsch, an orthopedist on 10/11/2022 who recommended PT for bilateral knee pain.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file:**

- **Job Description –** food and consumables team associate: must move up and down a ladder, grasp, turn, manipulate objects of varying size and weight fine motor skills and hand eye coordination, verify information, read information, locates merchandise, reach overhead and below the knees, vending, twisting, pulling, stooping, moves, lifts, carries and places merchandise and supplies weighing up to 25 pounds without assistance.

- **Activities Questionnaire** – complete by claimant:

03/05/2021

11/03/2022 – able to sit about 15 minutes, stand about 10 minutes. Takes a one-hour nap. Uses a cane or walker. Able to sit in a car 15 minutes. Able to drive a car 15 minutes. Has 4 children grown. Right handed. Unable to working the garden, house or wash her car. Spends up to 2 to 3 hours per day on the phone. Most household activities performed by others. No recent vacations. Does not perform hobbies. Does not participate in exercise program. Very difficult to read handwritten description of what prevents her from any gainful employment. Apparently has bilateral neck and back pain and knee pain.

- **Dr. Katherine Hudson, DPM**
  09/14/2020 OV – left foot pain, cortisone wore off after 3 days. X-rays 7/22/2020. Plantar fascial fibromatosis M722, left foot pain M79572, left Achilles tendinitis M7662, lumbar radiculopathy M5416

  09/28/2020 OV – pain 7/10. MRI reviewed. Low-grade partial thickness injury to the anterior tibiofibular ligament. Recommend short leg cast. S93432s

  10/26/2020 OV – cast removal. Bottom of cast was well-worn

  11/23/2020 OV – 7/10, left foot pain

- **Dr. Dennis Elliott DPM**
  12/08/2020 OV – chronic proximal planter fasciitis left foot with sinus tarsitis. 8/10. Using walker at home. Using CAM boot. Recommend surgical treatment

  12/22/2020 operative note: left plantar fascia endoscopic fasciotomy and joint injection, sinus tarsus.

  12/23/2020 form

  01/19/2021 OV – pain 4/10… Using walker weight-bearing in CAM walker.

  02/23/2021 OV – wearing tennis shoes now with orthotics…. Medrol Dosepak to help with swelling. Symptoms returned. Pain is not along the bottom of the foot. Those Symptoms have completely resolved. No pain along surgical site. Pain involves the top of the foot and ankle. Plaintiff stiffness and swelling. Stiffness and swelling, possibly related to being in a

CAM boot for 6 months. Begin ibuprofen. Not ready to resume full-time work. Discussed diet

03/16/2021 may resume light duty or sedentary position with limited standing of 3 hours daily

- **Dr. Edward Lang DPM**, New Orleans Podiatry Associates
  07/14/2021 OV – postop visit after EPF on left, perform 04/23/2021, pain level 1.5 – 2/5 was up with activity. Last visit ruptured ATF was present. A/P: planner fasciitis, M722, pain bilateral feet M967, nondisplaced fracture of the body of the left calcaneus S92015A, sprain of left ankle S934928,

  07/26/2021 OV – pain, left heel during activities taking Naprosyn and EBN – 5

  08/18/2021 OV – using CAM walker boot

  10/04/2021 OV – pain left heel and top of left foot extending of the leg… Pain level 8/10. Nerve pain present. Taking Lyrica 75 mg. Additional diagnosis of idiopathic peripheral autonomic neuropathy G9009.

  11/15/2021 OV – walking in regular shoes… Pain and left heel, top of left foot. Medial aspect of left foot with activity 6.5 – 7, Lyrica has helped using, meloxicam

  11/30/2021 OV – no reported change in symptoms

  12/30/2021 OV – pain reported 10/10. Denies that Lyrica helps at all. Taking 200 mgs a day. Difficulty walking long distances. Using handicap parking lot decal.

  03/21/2022 OV – no change in symptoms

  04/18/2022 OV – pain level 5/10 started taking amitriptyline, helping her sleep, but not helping with the pain

  05/18/2022 OV – pain level 7/10 now reporting that Lyrica worked the best for her.… Taking 200 mg at bedtime. BMI 40.2

  06/21/2022. Pain level III – 4/10 needs cardiac referral for edema legs

- **Physical Therapy,** Dynamic PT
  02/03/2021 initial visit

03/05/2021 treatment number 10 improvements noted

- **Dr. Howard Hirsch, MD**, orthopedics
  10/11/2022 OV – bilateral knee and leg pain. No significant injuries in the past. Ambulation reportedly not impaired. Pain with flexed loading. No tenderness left knee, right knee, the laxity. Patellar apprehension negative. A/P: chronic pain both knees, primary osteoarthritis. Recommend physical therapy.

- **Dr. Samuel Ferris, cardiology**
  12/03/2020 echo reported EF 55%, mild mitral regurgitation, and trust cusp the grid rotation. A/P: dyspnea on exertion. Syncope and collapse. Cleared for foot surgery. Low cardiac risk.

  04/08/2021 needs reevaluation prior to plantar fasciitis surgery. Cleared for surgery

  06/24/2022 OV – DOE, palpitations, mild mitral valve prolapse, essential hypertension, PVD, syncope and collapse, chest pain, atypical. Obtain Holter, echo in prescriptions

  10/13/2022 OV – evaluation of left leg edema. A/P: improved with hydrochlorothiazide. Increased diuretic. Studies were normal. CTA of the abdomen and pelvis possible. Left iliac vein compression.

  10/24/2022 OV – examination unremarkable. A/P: hypertension, DOE, much about prolapse, palpitations, PVD, chest pain, atypical, syncope and collapse. Follow-up in 6 months.

- **Dr. Sofer Rodriguez, MD,** neurology
  01/28/2022 OV – DX: PVD I39, peripheral neuropathic pain M792, essential hypertension I10, obesity E669, lower extremity edema R260. Medications include pregabalin, hydrocodone. A/P: history of cerebellar stroke with no deficits. Chronic back pain, seizures not on AED and plantar fasciitis presented with worsening lower extremity pain with associated swelling and edema. Onset one year. Family history of PAD. No need for EMG. Evaluate for DVT. Referral to vascular surgery.

- **Dr. Archibald Melcher III, MD**, neurology
  06/15/2022 OV presents clinic to establish care for foot swelling… History of DDD, seizures, CVA. Recently seen by another neurologist… Thought to be vascular rather than neurological. No swelling when wakes up. Increases the day…. Low back pain for 2 years. Sitting for longer periods. Causes it

to swell foot. Manager Walmart. Has not been at work for 2 years. A/P: left leg swelling up time. MRI of the pelvis, abdomen. MRI of the lumbar spine. Chronic bilateral low back pain. Left carpal tunnel syndrome. EMG pending.

- **Dr. Paul Staab** family medicine
  03/03/2022 handwritten note. Diagnoses of hypertension, eczema, neuropathic pain, and left foot surgery.

  03/17/2022 Follow-up

  04/21/2022 chief complaint of both knee pain. Past 2 months.… Arthritis, neuropathic pain

  07/26/2022 OV – foot pain, hypertension, and knee pain.

  11/08/2022 William Troxler MD OV – left ankle and 1st MTP joint pain… Foot swells when she walks… Response to ibuprofen 800. Left ankle arthralgia, arthritis, left 1st MTP joint. Follow-up with vascular surgeon.

  11/15/2022 OV – neuropathic pain, cervical radiculopathy, sciatica. Complaining of new neck pain. Neck supple. Recommend restart Lyrica. Follow-up with neurology.

**Diagnostic test results.**
03/03/2022 laboratory: CBC normal. CMP normal. TSH normal.

07/26/2022 x-ray, bilateral knees, standing: minor bilateral osteoarthritis that includes minor narrowing of the medial and patellofemoral compartments. Moderate prominent quadriceps enthesopathy bilaterally.

09/26/2022 lower extremity ABI – normal bilaterally.

09/26/2022 bilateral lower extremity venous ultrasound: normal

09/26/2022 duplex lower extremity scan: normal

09/26/2022 Carotid duplex scan: minimal plaque bilaterally. No flow disturbances.

09/21/2020 MRI, left ankle: thickening of the central cord of the plantar fascia at the proximal insertion of the calcaneus. Mild subtalar joint and ankle joint fluid noted. Intact, anterior talofibular ligament.

**Electronically Signed,**

**Bruce R Myers, M.D.**
**Board Certified in Physical Medicine and Rehabilitation**
**AANEM Board Certified in Electromyography**
**ARDMS Certified in Musculoskeletal Ultrasonography**

Dr. Bruce R. Myers, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

01/13/2023

Dr. Paul Staab, MD
Fax: 504-348-8656

Re: Disability Benefits
Claimant Name: Trina Simmons
Claimant DOB:
Claim Number:

Dear Dr. Staab,

I am the physician who was asked by Lincoln Financial Group to review the medical records Ms. Simmons submitted in support of her request for disability benefits. I attempted to contact you on 01/09/2023 and 01/12/2023. The purpose of the call was to discuss Ms. Simmons' clinical case, treatment plan and prognosis and to help LFG determine your patient's level of impairment. If you could please take a moment and answer a few questions regarding your patient or call me at your convenience at 603-368-7343.

Based on the extensive medical record review, you are the only provider currently treating Ms. Simmons. She had at least two left foot/ ankle surgeries and the neurologists have confirmed neuropathic pain of the left foot. She was placed on pregabalin/Lyrica for neuropathic pain and developed lower extremity edema. Cardiac workup has ruled out a significant cardiovascular or peripheral vascular component. As you may be aware, peripheral edema is a common side effects of pregabalin/Lyrica. This most often resolves with discontinuing of the medication, but it can take time to resolve.

Based on the medical evidence she apparently also has chronic left ankle and bilateral knee pain.

1. Has Ms. Simmons had a period of time without taking pregabalin/Lyrica to exclude this medication as causing iatrogenic lower extremity edema.

2. What are Ms. Simmons' diagnoses causing restrictions and limitations if present?

3. Please describe Ms. Simmons' functional abilities.

4. Please clarify the medical evidence that supports your opinion.

5. Please describe any efforts that Ms. Simmons is participating in that would help her regain the ability to return to work.

6. What are the goals of her present treatment?

7. Does Ms. Simmons have the ability to perform full-time sedentary work? If she does not, please include the medical evidence that supports your response.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

**Dr. Bruce Myers MD**
**Board Certified AAPMR**
**Board Certified AANEM**
**ARDMS Certified in MSKUS**

__ No changes/comments, OR
__ With changes/comments as noted above

_______________ _______
Dr. Staab Date

**f 5**

Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**From:**RightFaxEmailGateway@lfg.com
**Sent:**Fri, 13 Jan 2023 11:38:23 -0500
**To:**Myers, Bruce
**Subject:**Your fax has been successfully sent to Dr. Paul Staab, MD at 504-348-8656.

Your fax has been successfully sent to Dr. Paul Staab, MD at 504-348-8656.
----------------------------------------------------------

----------------------------------------------------------
1/13/2023 11:32:52 AM Conversion
[case 11059701 letter Staab 1-13-23.docx]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success [image/g3] (60ms)
Aspose #1: Success [image/tiff] (4623ms)
Field Replacement #1: Success [application/vnd.openxmlformats-officedocument.wordprocessingml.document] (37ms)
Word Automation #1: Microsoft Word is not installed on this server. (33ms)
(VA1PWFAX101:WORKSRV5)

1/13/2023 11:32:57 AM Conversion
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success [image/g3] (19ms)
Image Optimization #1: Success [image/tiff] (12ms)
PCL6 #1: Success [image/tiff] (413ms)
(VA1PWFAX401:WORKSRV4)

1/13/2023 11:33:05 AM Transmission Record
Sent to 504-348-8656 with remote ID "5043488656"
Result: (3201) Fax transmission error occurred after the fax connection was established
Page record: 1 - 3
Elapsed time: 01:16 on channel 2

1/13/2023 11:36:27 AM Transmission Record
Sent to 504-348-8656 with remote ID "5043488656"
Result: (0) Success
Page record: 4 - 5 (resumed)
Elapsed time: 01:23 on channel 2

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 12/27/22 - 01/09/23
Pmt Date: 01/09/23
Check #: 108654587

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 12/27/22 | 01/09/23 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 12/27/22 | 01/09/23 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

# Billing Statement:

ReleasePoint

**Invoice Date: 01/05/2023** **Invoice #: 718249-241**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2022 and Dec 31 2022**

**L-WALMAR** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 10156847<br>11059701 | SIMMONS, TRINA<br>WALKER, JONES | Complete | 12/08/22<br>J Malaguerra | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>10 | **$ 9.00** |
| 10156845<br>11059701 | SIMMONS, TRINA<br>SAINT CHARLES PARISH HOSPITAL | Complete | 12/08/22<br>J Malaguerra | $ 9.00 | $ 31.00 | $ 0.00 | $ 0.00<br>12 | **$ 40.00** |
| 10156846<br>11059701 | SIMMONS, TRINA<br>OCHSNER MEDICAL CENTER | Complete | 12/08/22<br>J Malaguerra | $ 9.00 | $ 44.00 | $ 0.00 | $ 0.00<br>22 | **$ 53.00** |
| 10156844<br>11059701 | SIMMONS, TRINA<br>LA HEART LUNG AND VASCULAR | Complete | 12/08/22<br>J Malaguerra | $ 9.00 | $ 51.00 | $ 0.00 | $ 0.00<br>32 | **$ 60.00** |
| 10156842<br>11059701 | SIMMONS, TRINA<br>FAMILY PHYSICIANS CENTER | Complete | 12/08/22<br>J Malaguerra | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>6 | **$ 9.00** |
| 10156843<br>11059701 | SIMMONS, TRINA<br>JEFFERSON NEUROLOGICAL ASSOCI... | Complete | 12/08/22<br>J Malaguerra | $ 9.00 | $ 36.00 | $ 0.00 | $ 0.00<br>17 | **$ 45.00** |

**ReleasePoint**

**Total Amount Due: $ 216.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

ReleasePoint

**Medical Record Overview**

**Date:** **December 27, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** LA HEART LUNG AND VASCULAR
4228 Houma Blvd Ste 130
Metairie, LA 70006-
(504) 454-2222

**Request Scope:** All Available Information

**Chart Range:** 09/12/2022 - 10/13/2022

**RP ID:** 10156844

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** J Malaguerra
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 13 2022 | Sep 12 2022 | 27 | 2 |
| Request Corr. | | | 5 | 29 |

**Total Page Count:** 32

**Notes From QC:**

## 10/13/2022 - Office Visit in East Jefferson Cardiovascular Surgeons

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Harry Allen Roach, MD | Harry Allen Roach, MD | Archibald Louis Melcher III, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Cardiovascular Surgeons | 4228 Houma Blvd<br>Ste 130<br>Metairie LA 70006-3003 | 504-454-2222 | 504-454-2388 |

**Follow-up and Dispositions**

- Return in about 1 month (around 11/13/2022).

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT NEW HIGH MDM 60-74 MINUTES** |

### Progress Notes

**Progress Notes**

**Harry Allen Roach, MD at 10/13/2022 1350**

Author: Harry Allen Roach, MD Service: — Author Type: Physician
Filed: 10/13/2022 6:37 PM Encounter Date: 10/13/2022 Creation Time: 10/13/2022 3:17 PM
Status: Signed Editor: Harry Allen Roach, MD (Physician)

**Cardiothoracic and Vascular Surgery**

**History and Physical**

**Date: 10/13/22**

**Chief complaint: Left leg edema**

**HPI:** Trina B Simmons is a 50 y.o. female who as had left lower leg and foot edema for approximately 2 years.

She does have some mild right leg edema but really not to any substantial degree.

She states that her edema has become more significant since she underwent several procedures for plantar fasciitis of the left foot.

She has been started on mild diuretics with some improvement in the edema but it is still somewhat problematic

Minimal in the morning and more profound in the evening.

She is not had venous ulcers or weeping.

She has no claudication

She has no TIA phenomenon

She has no amaurosis fugax

She has no angina pectoris

She has no palpitations

She does have some dyspnea on exertion.

No fever

No cough

Comprehensive ROS is negative except as stated in HPI.
review of systems evaluated, pertinent positives and negatives recorded above

**PMHx:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Asthma | |
| • Diverticulitis | |
| • Frequency of urination | |
| • Hard of hearing | |
| • History of kidney stones | |
| • Hypertension | |
| • Mitral valve prolapse | |
| • Seizures (CMS/HCC) | |
| • Shortness of breath on exertion | |
| • Stroke (CMS/HCC)<br>*TIA* | |
| • Teeth missing | |
| • Vitamin D deficiency | |
| • Wears glasses | |

**PSHx:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • COLONOSCOPY | | |
| • DILATION AND CURETTAGE OF UTERUS | | |
| • HYSTERECTOMY | | |
| • PLANTAR FASCIA SURGERY | | |
| • TEE | | |
| • TUBAL LIGATION | | |

**Social Hx:**

**Progress Notes (continued)**

**Family and Education as of 10/13/2022**

Marital Status
Married

**Employment History as of 10/13/2022**
No employment history on file.

**Tobacco Use**
Never smoked or used smokeless tobacco.

**Alcohol Use**
No.
Comments: ON OCCASION

**Drug Use**
No.

**Sexual Activity**
Sexually active; Partners: Male.

**Family Hx:**
History reviewed. No pertinent family history.

**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive<br>*Gets blisters.* | Other (See Comments) |
| • Shellfish Containing Products | Hives |

**Medications:**

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed into the lungs | | |
| • amLODIPine (NORVASC) 10 MG tablet | Take 10 mg daily by mouth | | |
| • ciclopirox (LOPROX) 0.77 % cream | | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg daily by mouth | | |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth 3 (three) times daily with meals | | |
| • meloxicam (MOBIC) 15 MG | Take 15 mg by | | |

**Progress Notes (continued)**

| | | | |
|---|---|---|---|
| tablet | mouth | | |
| • celecoxib (CELEBREX) 200 MG capsule | | | |
| • diclofenac sodium (VOLTAREN) 1 % Gel gel | APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS | | |
| • efinaconazole (JUBLIA) 10 % SolA | Apply topically daily | | |
| • famotidine (PEPCID) 20 MG tablet | Take 20 mg by mouth 3 (three) times daily | | |
| • miscellaneous medical supply Misc | One cam boot, applied to patient's left lower extremity (Patient not taking: No sig reported) | 1 each | 0 |
| • pregabalin (LYRICA) 200 MG capsule | Take 200 mg nightly by mouth | | |

No current facility-administered medications on file prior to visit.

Vitals:

| | 10/13/22 1453 |
|---|---|
| BP: | 130/90 |
| Pulse: | 81 |
| Temp: | (!) 97.5 °F (36.4 °C) |

**Imaging:**
CT Angio Abdomen Pelvis

Result Date: 10/7/2022
Narrative: CMS MANDATED QUALITY DATA - CT RADIATION 436 All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable. CLINICAL HISTORY: 50 years ( Female Malignant hypertension TECHNIQUE: LCMC CT ANGIO ABDOMEN PELVIS. CT angiography of the abdomen, and pelvis was performed using pre-contrast imaging and thin-section imaging during the arterial phase of enhancement. Delayed post-contrast images were also obtained POST PROCESSING:3D advanced post-processing was performed by the interpreting physician using an independent workstation utilizing a combination of MIP and MPR techniques to better evaluate anatomy and disease process. 3D rendering was performed with physician participation and supervision. COMPARISON: None available. FINDINGS: The abdominal and pelvic vessels are as follows: Aorta: Patent. There is no intramural hematoma, dissection or penetrating atherosclerotic ulcer. Celiac artery: Patent Superior mesenteric artery: Patent Inferior mesenteric artery: Patent Renal arteries: Patent, single bilaterally Common iliac arteries: Patent External iliac arteries: Patent Internal iliac arteries: Patent Additional findings: -The liver is enlarged measuring 20.3 cm sagittal right lobe. There is relative diffuse low-attenuation compatible with steatosis. -Moderate volume of stool and gas in the colon with a nonobstructive bowel gas pattern. -Prior hysterectomy. -Scattered colonic diverticula without focal diverticulitis. -26 x 20 mm simple fluid attenuation structure in the left ovary favored to represent a simple cyst.

Impression: 1. No high-grade stenosis, large vessel occlusion or aneurysm in the aorta. 2. No finding to suggest renal artery stenosis. 3. Hepatomegaly and background parenchymal findings of steatosis. 4. Additional, and incidental

**Progress Notes (continued)**

findings above. Benign-appearing simple adnexal cysts on CT with IV contrast and MR: (1)(2) Pre-menopause(3) (<= 50 years if LMP unknown): <=5 cm: No follow-up imaging recommended >5 cm - <=7 cm: US f/u 6-12 weeks >7 cm: Consider MR w/IVC or surgical evaluation Early post-menopause (<=5 years from LMP; > 50 years to <= 55 years if LMP unknown): <=3 cm: No follow-up imaging recommended (4) >3 cm - <=5 cm: US f/u 6-12 months (4) >5 cm - <=7 cm: US f/u promptly >7cm: Consider MR w/IVC or surgical evaluation Late post-menopause (>5 years from LMP; > 55 years if LMP unknown): <=3 cm: No follow-up imaging recommended >3 cm - <=7 cm: US f/u promptly >7 cm: Consider MR w/IVC or surgical evaluation

---

(1)Recommendations based on the 2013 ACR White Paper for Managing Incidental Adnexal Findings on Abdominal and Pelvic CT and MRI: J Am Coll Radiol 2013;10:675-681 (2)Excludes normal/benign findings such as ovarian calcifications w/o associated non-calcified mass, corpus luteum cyst, previously characterized cyst and cyst with documented stability in size and appearance for >2 years (3)Includes cysts with layering hemorrhage (4)If internal hemorrhage suspected in cyst, US f/u 6-12 weeks Electronically Signed By: William Shaffer, MD 10/7/2022 9:49 AM CDT

DUPLEX LOWER EXT ART BIL (In Clinic)

Result Date: 9/29/2022
Narrative: NAME: Trina B Simmons PHYSICIAN:ROACH DATE: 09/26/2022 PT DOB: MRN: 1001223294 HX: LEFT LEG PAIN AND SWELLING Peripheral Arterial Ultrasound of the Lower Extremities w/ABI RIGHT Cm/s LEFT Cm/s CFA 108, 80 CFA 93 DFA 44 46 SFA Prox 1 59 SFA Prox 1 92 Prox 2 Prox 2 Prox 3 Prox 3 SFA Mid 1 51 SFA Mid 1 55 Mid 2 Mid 2 Mid 3 Mid 3 SFA Distal 1 46 SFA Distal 1 53 Distal 2 Distal 2 Distal 3 Distal 3 POP Prox 45 POP Prox 47 Distal 24 Distal 35 Peroneal Prox 27 Peroneal Prox 34 PTA Prox 58 PTA Prox 51 Mid 59 Mid 72 Distal 62 Distal 66 ATA Prox 37 ATA Prox 43 Mid 35 Mid 24 Distal 46 Distal 29 DP 29 DP 41 Conclusions: 1. Normal flow velocities bilaterally 2. Normal triphasic and biphasic waveforms bilaterally. 3. Normal ankle brachial ratios bilaterally 4. Normal arterial Doppler study of the lower extremities Harry A Roach, MD

DUPLEX CAROTID ARTERIES BIL (In Clinic)

Result Date: 9/29/2022
Narrative: Ambulatory Vascular and Vein Study Report Study: Carotid Ultrasound Patient Name: Trina B Simmons MRN: 1001223294 Date of Birth: Date of Study:09/26/2022 Ordering Physician:ROACH HX: Cerebellar Stroke RIGHT LEFT PSV EDV RATIO (IC/CC) PSV EDV RATIO (IC/CC) CCA CM/S 67 CM/S 29 .8 CCA CM/S 70 CM/S 20 .8 ICA CM/S 56 CM/S 29 ICA CM/S 54 CM/S 24 ECA CM/S 54 CM/S 15 ECA CM/S 41 CM/S 8 VERT ANTE Yes RETRO VERT ANTE Yes RETRO IMPRESSION: 1. Minimal plaque disease bilaterally. 2. No elevated flow velocities bilaterally. 3. No significant stenosis bilaterally. 4. Normal flow velocities at the carotid bifurcations bilaterally with no evidence to suggest hemodynamically significant internal carotid artery stenosis by flow velocity criteria. 5. Bilateral antegrade vertebral artery flow. Harry A Roach, MD

ABI (In Clinic)

Result Date: 9/29/2022
Narrative: ULTRASOUND GENERIC FORM WORKSHEET NAME: Trina B Simmons PHYSICIAN: ROACH DATE: 09/26/2022 PT DOB: MRN: 1001223294 HX: LEFT LEG PAIN AND SWELLING RT Brachial Pressure 155/128 LT Brachial Pressure 155/115 RT Ankle Pressure 179 LT Ankle Pressure 171 RTI ABI 1 LT ABI 1 ANKLE BRACHIAL INDICES ABI SEVERITY >1.0-0.95 Normal 0.80-0.94 Mild disease 0.50-0.79 Moderate disease 0.30-0.49 Severe disease <0.29 Critical Right ABI- Normal Left ABI- Normal Conclusions: Normal ankle brachial ratios bilaterally. Harry A Roach, MD

**Progress Notes (continued)**

US VENOUS LOWER EXTREMITY BIL (In Clinic)

Result Date: 9/29/2022
Narrative: ULTRASOUND GENERIC FORM WORKSHEET NAME: Trina B Simmons PHYSICIAN: ROACH DATE:09/26/2022 PT DOB: MRN: 1001223294 HX: LEFT LEG PAIN AND SWELLING BILATERAL VENOUS ULTRASOUND OF THE LOWER EXTREMITIES: RIGHT LOWER EXTREMITY LEFT LOWER EXTREMITY VESSEL COMPRESSION Doppler signal VESSEL COMPRESSION Doppler signal CFV Y Y CFV Y Y GR. SAP GR.SAP SFV SFV Prox Y Y Prox Y Y Mid Y Y Mid Y Y Distal Y Y Distal Y Y Popliteal Popliteal Prox Y Y Prox Y Y Mid Y Y Mid Y Y Distal Y Y Distal Y Y CALF CALF PTV Y Y PTV Y Y PV Y Y PV Y Y

Impression: 1. Normal bilateral lower extremity venous ultrasound. 2. No evidence of deep vein thrombosis. Harry A Roach, MD

**Physical Exam**
Constitutional: Very pleasant obese African American female in no acute distress
HEENT: Moist mucous membranes, tongue midline
Neck: No carotid bruits, no jugular venous distention, no neck masses, no lymphadenopathy
Chest: Clear, no rales, no wheezes, no rhonchi
Cardiac: Regular rate and rhythm, no murmurs, no rubs, no S3 or S4, S1-S2 are normal
Vascular: Upper extremity pulses are 2+ bilaterally. Femoral pulses are 2+ bilaterally. Dorsalis pedis and posterior tibial pulses are 1 to 2+ bilaterally.
Abdomen: Obese, soft, nontender, nondistended, bowel sounds are normal, no bruits
Musculoskeletal: Left knee is in a brace. Patient states she has cartilage trouble with the left knee
Neurologic: Normal
Skin: Intact
Lymphatics: No lymphadenopathy
Incisions: No acute incisions
Extremities: Calves are soft and nontender. Good arterial perfusion. Trace right leg edema. 1-2 left lower leg and foot edema. No venous stasis dermatitis. No ulceration. No rashes.

**Assessment/Plan:** 50 y.o. female primarily left leg edema of uncertain etiology

Improved with hydrochlorothiazide

Will increase diuretic intensity by placing the patient on Lasix 40 mg daily and potassium 10 mEq daily.

Her venous ultrasound study as well as heard arterial Doppler study were normal.
CTA of the abdomen and pelvis were somewhat hard to hard to fully evaluate, however the patient may have some element of left iliac vein compression.

Will ask Dr. Engelhardt to review the study and see if he thinks May-Thurner is present.

May also ask interventional radiology to review the study.

For now we will concentrate on diuretic therapy

**Progress Notes (continued)**

Patient will follow up with me in about a month

Return sooner if problems arise

She knows those issues for which to contact me.

She voices understanding and states that she will comply.

Harry Roach, MD
Cardiothoracic Surgery

Electronically signed by Harry Allen Roach, MD at 10/13/2022 6:37 PM

Progress Notes - 09/26/2022

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
METAIRIE LA 70006-2970

Simmons, Trina B
MRN: 1001223294, DOB:
Visit date: 9/26/2022

Sex: F

## 09/26/2022 - Procedure visit in East Jefferson Cardiovascular Surgeons

### Visit Information

#### Provider Information

| Encounter Provider | Referring Provider |
|---|---|
| Carla Byrd | Harry Allen Roach, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Cardiovascular Surgeons | 4228 Houma Blvd<br>Ste 130<br>Metairie LA 70006-3003 | 504-454-2222 | 504-454-2388 |

### Imaging

#### Imaging

**ABI (In Clinic) [244370610] (Final result)**

Electronically signed by: **Carla Byrd on 09/26/22 1111** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Carla Byrd 09/26/22 1111
Ordering provider: Harry Allen Roach, MD
Authorized by: Harry Allen Roach, MD
Ordering mode: Per protocol, cosign required
Cosigning events
Electronically cosigned by Harry Allen Roach, MD 09/26/22 1433 for Ordering
Frequency: Routine 09/26/22 -
Class: Clinic Performed
Quantity: 1
Lab status: Final result
Instance released by: Carla Byrd 9/26/2022 11:20 AM
Diagnoses
Stroke due to embolism of right cerebellar artery (CMS/HCC) [I63.441]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | pvd |

**ABI (In Clinic) [244370610]** Resulted: 09/29/22 2120, Result status: Final result

Ordering provider: Harry Allen Roach, MD 09/26/22 1120
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Harry Allen Roach, MD 09/29/22 2121
Performed: - 09/29/22 1539
Accession number: 07CA22796996
Narrative:
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

RT Brachial Pressure 155/128 LT Brachial Pressure 155/115
RT Ankle Pressure 179 LT Ankle Pressure 171
RTI ABI 1 LT ABI 1

ANKLE BRACHIAL INDICES

**Imaging (continued)**

| ABI | SEVERITY |
|---|---|
| >1.0-0.95 | Normal |
| 0.80-0.94 | Mild disease |
| 0.50-0.79 | Moderate disease |
| 0.30-0.49 | Severe disease |
| <0.29 | Critical |

Right ABI- Normal
Left ABI- Normal

Conclusions:
Normal ankle brachial ratios bilaterally.

Harry A Roach, MD
Acknowledged by: Paul Kray Staab, MD on 10/03/22 0859

**ABI (In Clinic) [244370610]**

Resulted: 09/29/22 1543, Result status: Preliminary result

Ordering provider: Harry Allen Roach, MD 09/26/22 1120
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Carla Byrd 09/29/22 1543
Performed: - 09/29/22 1539
Accession number: 07CA22796996
Narrative:
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

RT Brachial Pressure 155/128 LT Brachial Pressure 155/115
RT Ankle Pressure 179 LT Ankle Pressure 171
RTI ABI 1 LT ABI 1

ANKLE BRACHIAL INDICES

| ABI | SEVERITY |
|---|---|
| >1.0-0.95 | Normal |
| 0.80-0.94 | Mild disease |
| 0.50-0.79 | Moderate disease |
| 0.30-0.49 | Severe disease |
| <0.29 | Critical |

Right ABI- Normal

**Imaging (continued)**

Left ABI- Normal

**Reviewed by**

Paul Kray Staab, MD on 10/03/22 0859

**ABI (In Clinic) [244370610]**

Resulted: 09/29/22 1539, Result status: Preliminary result

Ordering provider: Harry Allen Roach, MD 09/26/22 1120
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Performed: - 09/29/22 1539
Narrative:
ULTRASOUND GENERIC FORM WORKSHEET

Order status: Completed
Filed by: Carla Byrd 09/29/22 1539

Accession number: 07CA22796996

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

RT Brachial Pressure 155/128 LT Brachial Pressure 155/115
RT Ankle Pressure 179 LT Ankle Pressure 171
RTI ABI 1 LT ABI 1

ANKLE BRACHIAL INDICES

| ABI | SEVERITY |
|---|---|
| >1.0-0.95 | Normal |
| 0.80-0.94 | Mild disease |
| 0.50-0.79 | Moderate disease |
| 0.30-0.49 | Severe disease |
| <0.29 | Critical |

Right ABI- Normal
Left ABI- Normal

**Reviewed by**

Paul Kray Staab, MD on 10/03/22 0859

**Indications**

Stroke due to embolism of right cerebellar artery (CMS/HCC) [I63.441 (ICD-10-CM)]

**Signed**

**Imaging (continued)**

Electronically signed by Harry Allen Roach, MD on 9/29/22 at 2121 CDT

**All Reviewers List**

Paul Kray Staab, MD on 10/3/2022 08:59

**US VENOUS LOWER EXTREMITY BIL (In Clinic) [244370612] (Final result)**

Electronically signed by: **Carla Byrd on 09/26/22 1122** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Carla Byrd 09/26/22 1122 Ordering provider: Harry Allen Roach, MD
Authorized by: Harry Allen Roach, MD Ordering mode: Per protocol, cosign required
Cosigning events
Electronically cosigned by Harry Allen Roach, MD 09/26/22 1433 for Ordering
Frequency: Routine 09/26/22 - Class: Clinic Performed
Quantity: 1 Lab status: Final result
Instance released by: Carla Byrd 9/26/2022 11:23 AM
Diagnoses
Left leg pain [M79.605]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | lt leg pain |

**US VENOUS LOWER EXTREMITY BIL (In Clinic) [244370612]** Resulted: 09/29/22 2121, Result status: Final result

Ordering provider: Harry Allen Roach, MD 09/26/22 1123 Order status: Completed
Resulted by: Filed by: Harry Allen Roach, MD 09/29/22 2122
Carla Byrd
Harry Allen Roach, MD
Performed: - 09/29/22 1542 Accession number: 07CA22797016
Narrative
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE:09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

BILATERAL VENOUS ULTRASOUND OF THE LOWER EXTREMITIES:

RIGHT LOWER EXTREMITY LEFT LOWER
EXTREMITY

VESSEL

COMPRESSION

Doppler signal

VESSEL

**Imaging (continued)**

COMPRESSION

Doppler
signal
CFV Y Y CFV Y Y

GR. SAP GR.SAP

SFV SFV
Prox Y Y Prox Y Y
Mid
Y Y Mid Y Y
Distal Y Y Distal Y Y
Popliteal Popliteal
Prox Y Y Prox Y Y
Mid Y Y Mid Y Y
Distal Y Y Distal Y Y
CALF
CALF
PTV Y Y PTV Y Y
PV Y Y PV Y Y

Impression:

1. Normal bilateral lower extremity venous ultrasound.
2. No evidence of deep vein thrombosis.

Harry A Roach, MD

Acknowledged by: Paul Kray Staab, MD on 10/03/22 0859

**US VENOUS LOWER EXTREMITY BIL (In Clinic) [244370612]** Resulted: 09/29/22 1542, Result status: Preliminary result

Ordering provider: Harry Allen Roach, MD 09/26/22 1123
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Carla Byrd 09/29/22 1542
Performed: - 09/29/22 1542
Accession number: 07CA22797016
Narrative:
ULTRASOUND GENERIC FORM WORKSHEET

NAME: Trina B Simmons

PHYSICIAN: ROACH

DATE:09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

**Imaging (continued)**

BILATERAL VENOUS ULTRASOUND OF THE LOWER EXTREMITIES:

RIGHT LOWER EXTREMITY LEFT LOWER
EXTREMITY

VESSEL

COMPRESSION

Doppler signal

VESSEL

COMPRESSION

Doppler
signal
CFV Y Y CFV Y Y

GR. SAP GR.SAP

SFV SFV
Prox Y Y Prox Y Y
Mid
Y Y Mid Y Y
Distal Y Y Distal Y Y
Popliteal Popliteal
Prox Y Y Prox Y Y
Mid Y Y Mid Y Y
Distal Y Y Distal Y Y
CALF
CALF
PTV Y Y PTV Y Y
PV Y Y PV Y Y

**Reviewed by**

Paul Kray Staab, MD on 10/03/22 0859

**Indications**

Left leg pain [M79.605 (ICD-10-CM)]

**Signed**

Electronically signed by Harry Allen Roach, MD on 9/29/22 at 2122 CDT

**All Reviewers List**

Paul Kray Staab, MD on 10/3/2022 08:59

**Imaging (continued)**

## 09/26/2022 - Procedure visit in East Jefferson Cardiovascular Surgeons

### Visit Information

**Provider Information**

| Encounter Provider | Referring Provider |
|---|---|
| Carla Byrd | Harry Allen Roach, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Cardiovascular Surgeons | 4228 Houma Blvd<br>Ste 130<br>Metairie LA 70006-3003 | 504-454-2222 | 504-454-2388 |

### Imaging

**Imaging**

**DUPLEX LOWER EXT ART BIL (In Clinic) [244370611] (Final result)**

Electronically signed by: **Carla Byrd on 09/26/22 1111** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Carla Byrd 09/26/22 1111
Ordering provider: Harry Allen Roach, MD
Authorized by: Harry Allen Roach, MD
Ordering mode: Per protocol, cosign required
Cosigning events
Electronically cosigned by Harry Allen Roach, MD 09/26/22 1433 for Ordering
Frequency: Routine 09/26/22 -
Class: Clinic Performed
Quantity: 1
Lab status: Final result
Instance released by: Carla Byrd 9/26/2022 11:21 AM
Diagnoses
PVD (peripheral vascular disease) (CMS/HCC) [I73.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | claudication |

**DUPLEX LOWER EXT ART BIL (In Clinic) [244370611]** Resulted: 09/29/22 2124, Result status: Final result

Ordering provider: Harry Allen Roach, MD 09/26/22 1121
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Harry Allen Roach, MD 09/29/22 2124
Performed: - 09/29/22 1539
Accession number: 07CA22797002
Narrative

NAME: Trina B Simmons

PHYSICIAN:ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

Peripheral Arterial Ultrasound of the Lower Extremities w/ABI

RIGHT Cm/s LEFT
Cm/s

CFA 108, 80 CFA 93
DFA 44 46
SFA Prox 1 59 SFA Prox 1 92
Prox 2 Prox 2
Prox 3 Prox 3

**Imaging (continued)**

SFA Mid 1 51 SFA Mid 1 55
Mid 2 Mid 2
Mid 3 Mid 3

SFA Distal 1 46 SFA Distal 1 53
Distal 2 Distal 2
Distal 3 Distal 3

POP Prox 45 POP Prox 47
Distal 24 Distal 35
Peroneal Prox 27 Peroneal Prox 34
PTA Prox 58 PTA Prox 51
Mid 59 Mid 72
Distal 62 Distal 66

ATA Prox 37 ATA Prox 43
Mid 35 Mid 24
Distal 46 Distal 29

DP 29 DP 41

Conclusions:
1. Normal flow velocities bilaterally
2. Normal triphasic and biphasic waveforms bilaterally.
3. Normal ankle brachial ratios bilaterally
4. Normal arterial Doppler study of the lower extremities

Harry A Roach, MD

Acknowledged by: Paul Kray Staab, MD on 10/03/22 0859

**DUPLEX LOWER EXT ART BIL (In Clinic) [244370611]**
Resulted: 09/29/22 2123, Result status: Preliminary result

Ordering provider: Harry Allen Roach, MD 09/26/22 1121
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Performed: - 09/29/22 1539
Narrative:

Order status: Completed
Filed by: Harry Allen Roach, MD 09/29/22 2124

Accession number: 07CA22797002

NAME: Trina B Simmons

PHYSICIAN:ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

**09/26/2022 - Procedure visit in East Jefferson Cardiovascular Surgeons (continued)**

**Imaging (continued)**

Peripheral Arterial Ultrasound of the Lower Extremities w/ABI

RIGHT Cm/s LEFT
Cm/s

CFA 108, 80 CFA 93
DFA 44 46
SFA Prox 1 59 SFA Prox 1 92
Prox 2 Prox 2
Prox 3 Prox 3

SFA Mid 1 51 SFA Mid 1 55
Mid 2 Mid 2
Mid 3 Mid 3

SFA Distal 1 46 SFA Distal 1 53
Distal 2 Distal 2
Distal 3 Distal 3

POP Prox 45 POP Prox 47
Distal 24 Distal 35
Peroneal Prox 27 Peroneal Prox 34
PTA Prox 58 PTA Prox 51
Mid 59 Mid 72
Distal 62 Distal 66

ATA Prox 37 ATA Prox 43
Mid 35 Mid 24
Distal 46 Distal 29

DP 29 DP 41

**Reviewed by**

Paul Kray Slaab, MD on 10/03/22 0859

Resulted: 09/29/22 1539, Result status: Preliminary result

**DUPLEX LOWER EXT ART BIL (In Clinic) [244370611]**

Ordering provider: Harry Allen Roach, MD 09/26/22 1121
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Carla Byrd 09/29/22 1539
Performed: - 09/29/22 1539
Accession number: 07CA22797002
Narrative:

NAME: Trina B Simmons

PHYSICIAN:ROACH

DATE: 09/26/2022

PT DOB:

MRN: 1001223294

HX: LEFT LEG PAIN AND SWELLING

**09/26/2022 - Procedure visit in East Jefferson Cardiovascular Surgeons (continued)**

**Imaging (continued)**

Peripheral Arterial Ultrasound of the Lower Extremities w/ABI

RIGHT Cm/s LEFT
Cm/s

CFA 108, 80 CFA 93
DFA 44 46
SFA Prox 1 59 SFA Prox 1 92
Prox 2 Prox 2
Prox 3 Prox 3

SFA Mid 1 51 SFA Mid 1 55
Mid 2 Mid 2
Mid 3 Mid 3

SFA Distal 1 46 SFA Distal 1 53
Distal 2 Distal 2
Distal 3 Distal 3

POP Prox 45 POP Prox 47
Distal 24 Distal 35
Peroneal Prox 27 Peroneal Prox 34
PTA Prox 58 PTA Prox 51
Mid 59 Mid 72
Distal 62 Distal 66

ATA Prox 37 ATA Prox 43
Mid 35 Mid 24
Distal 46 Distal 29

DP 29 DP 41

**Reviewed by**

Paul Kray Staab, MD on 10/03/22 0859

**DUPLEX LOWER EXT ART BIL (In Clinic) [244370611]** Resulted: 09/29/22 1536, Result status: In process

Ordering provider: Harry Allen Roach, MD 09/26/22 1121
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Performed: - 09/29/22 1539

Order status: Completed
Filed by: Carla Byrd 09/29/22 1536

Accession number: 07CA22797002

**Reviewed by**

Paul Kray Staab, MD on 10/03/22 0859

**Indications**

PVD (peripheral vascular disease) (CMS/HCC) [I73.9 (ICD-10-CM)]

**Signed**

Electronically signed by Harry Allen Roach, MD on 9/29/22 at 2124 CDT

**All Reviewers List**

Paul Kray Staab, MD on 10/3/2022 08:59

**Imaging (continued)**

## 09/26/2022 - Procedure visit in East Jefferson Cardiovascular Surgeons

### Visit Information

#### Provider Information

| Encounter Provider | Referring Provider |
|---|---|
| Carla Byrd | Harry Allen Roach, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Cardiovascular Surgeons | 4228 Houma Blvd<br>Ste 130<br>Metairie LA 70006-3003 | 504-454-2222 | 504-454-2388 |

### Imaging

#### Imaging

**DUPLEX CAROTID ARTERIES BIL (In Clinic) [241156103] (Cancel Pend)**

Electronically signed by: **Carla Byrd on 09/26/22 0754** Status: **Cancel Pend**
Ordering user: Carla Byrd 09/26/22 0754
Frequency: Routine 09/26/22 - Class: Clinic Performed
Quantity: 1 Pended by: Carla Byrd 09/26/22 0754
Canceled by: Carla Byrd 09/26/22 0755

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | stroke |

**ABI (In Clinic) [241156105] (Completed)**

Electronically signed by: **Carla Byrd on 09/26/22 1111** Status: **Completed**
Ordering user: Carla Byrd 09/26/22 1111 Ordering provider: Harry Allen Roach, MD
Authorized by: Harry Allen Roach, MD Ordering mode: Per protocol, cosign required
Cosigning events
Electronically cosigned by Harry Allen Roach, MD 09/26/22 1433 for Ordering
Frequency: Routine 09/26/22 - Class: Clinic Performed
Quantity: 1
Diagnoses
Stroke due to embolism of right cerebellar artery (CMS/HCC) [I63.441]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | pvd |

**Indications**

Stroke due to embolism of right cerebellar artery (CMS/HCC) [I63.441 (ICD-10-CM)]

**DUPLEX LOWER EXT ART BIL (In Clinic) [241156106] (Completed)**

Electronically signed by: **Carla Byrd on 09/26/22 1111** Status: **Completed**
Ordering user: Carla Byrd 09/26/22 1111 Ordering provider: Harry Allen Roach, MD
Authorized by: Harry Allen Roach, MD Ordering mode: Per protocol, cosign required
Cosigning events
Electronically cosigned by Harry Allen Roach, MD 09/26/22 1433 for Ordering
Frequency: Routine 09/26/22 - Class: Clinic Performed
Quantity: 1
Diagnoses
PVD (peripheral vascular disease) (CMS/HCC) [I73.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | claudication |

**Indications**

**Imaging (continued)**

PVD (peripheral vascular disease) (CMS/HCC) [I73.9 (ICD-10-CM)]

**DUPLEX CAROTID ARTERIES BIL (In Clinic) [244370613] (Final result)**

Electronically signed by: **Carla Byrd on 09/26/22 1108** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Carla Byrd 09/26/22 1108
Ordering provider: Harry Allen Roach, MD
Authorized by: Harry Allen Roach, MD
Ordering mode: Per protocol, cosign required
Cosigning events
Electronically cosigned by Harry Allen Roach, MD 09/26/22 1433 for Ordering
Frequency: Routine 09/26/22 -
Class: Clinic Performed
Quantity: 1
Lab status: Final result
Instance released by: Carla Byrd 9/26/2022 11:27 AM
Diagnoses
Stroke due to embolism of right cerebellar artery (CMS/HCC) [I63.441]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | stroke |

**DUPLEX CAROTID ARTERIES BIL (In Clinic) [244370613]** Resulted: 09/29/22 2118, Result status: Final result

Ordering provider: Harry Allen Roach, MD 09/26/22 1127
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Harry Allen Roach, MD 09/29/22 2120
Performed: - 09/29/22 1526
Accession number: 07CA22797035
Narrative
Ambulatory Vascular and Vein Study Report

Study: Carotid Ultrasound

Patient Name: Trina B Simmons

MRN: 1001223294

Date of Birth:

Date of Study:09/26/2022

Ordering Physician:ROACH

HX: Cerebellar Stroke

RIGHT LEFT

PSV EDV RATIO
(IC/CC) PSV EDV RATIO
(IC/CC)
CCA CM/S
67
CM/S

29

.8
CCA

CM/S

70
CM/S
20

**Imaging (continued)**

.8

ICA

CM/S
55
CM/S

29 ICA

CM/S

54
CM/S
24

ECA

CM/S
54 CM/S

15 ECA

CM/S
41 CM/S
8

VERT

ANTE

Yes RETRO

VERT ANTE

Yes RETRO

IMPRESSION:
1. Minimal plaque disease bilaterally.
2. No elevated flow velocities bilaterally.
3. No significant stenosis bilaterally.
4. Normal flow velocities at the carotid bifurcations bilaterally with no evidence to suggest hemodynamically significant internal carotid artery stenosis by flow velocity criteria.
5. Bilateral antegrade vertebral artery flow.

Harry A Roach, MD

Acknowledged by: Paul Kray Slaab, MD on 10/03/22 0859

**Imaging (continued)**

**DUPLEX CAROTID ARTERIES BIL (In Clinic) [244370613]** Resulted: 09/29/22 1543, Result status: Preliminary result

Ordering provider: Harry Allen Roach, MD 09/26/22 1127
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Carla Byrd 09/29/22 1543
Performed: - 09/29/22 1526
Accession number: 07CA22797035
Narrative:
Ambulatory Vascular and Vein Study Report

Study: Carotid Ultrasound

Patient Name: Trina B Simmons

MRN: 1001223294

Date of Birth:

Date of Study 09/26/2022

Ordering Physician ROACH

HX: Cerebellar Stroke

RIGHT LEFT

PSV EDV RATIO
(IC/CC) PSV EDV RATIO
(IC/CC)
CCA CM/S
67
CM/S

29

.8
CCA

CM/S

70
CM/S
20

.8

ICA

CM/S
56
CM/S

29 ICA

CM/S

54
CM/S
24

**Imaging (continued)**

ECA

CM/S
54 CM/S

15 ECA

CM/S
41 CM/S
8

VERT

ANTE

Yes RETRO

VERT ANTE

Yes RETRO

IMPRESSION:

**Reviewed by**

Paul Kray Staab, MD on 10/03/22 0859

**DUPLEX CAROTID ARTERIES BIL (In Clinic) [244370613]** Resulted: 09/29/22 1526, Result status: Preliminary result

Ordering provider: Harry Allen Roach, MD 09/26/22 1127
Order status: Completed
Resulted by:
Carla Byrd
Harry Allen Roach, MD
Filed by: Carla Byrd 09/29/22 1526
Performed: - 09/29/22 1526
Accession number: 07CA22797035
Narrative:
Ambulatory Vascular and Vein Study Report

Study: Carotid Ultrasound

Patient Name: Trina B Simmons

MRN: 1001223294

Date of Birth:

Date of Study:09/26/2022

Ordering Physician:ROACH

HX: Cerebellar Stroke

**Imaging (continued)**

RIGHT LEFT

PSV EDV RATIO
(IC/CC) PSV EDV RATIO
(IC/CC)
CCA CM/S
67
CM/S

29

.8
CCA

CM/S

70
CM/S
20

.8

ICA

CM/S
56
CM/S

29 ICA

CM/S

54
CM/S
24

ECA

CM/S
54 CM/S

15 ECA

CM/S
41 CM/S
8

VERT

ANTE

Yes RETRO

VERT ANTE

Yes RETRO

**Imaging (continued)**

IMPRESSION:

**Reviewed by**

Paul Kray Staab, MD on 10/03/22 0859

**Indications**

Stroke due to embolism of right cerebellar artery (CMS/HCC) [I63.441 (ICD-10-CM)]

**Signed**

Electronically signed by Harry Allen Roach, MD on 9/29/22 at 2120 CDT

**All Reviewers List**

Paul Kray Staab, MD on 10/3/2022 08:59

## 09/12/2022 - Telephone in East Jefferson Cardiovascular Surgeons

### Imaging

#### Imaging

**CT Angio Abdomen Pelvis [241156102] (Completed)**

Electronically signed by: **Sharon Piazza, RN on 09/12/22 1255** Status: **Completed**
Ordering user: Sharon Piazza, RN 09/12/22 1255
Ordering provider: Harry Allen Roach, MD
Authorized by: Harry Allen Roach, MD
Ordering mode: Per protocol, cosign required
Cosigning events
Electronically cosigned by Harry Allen Roach, MD 09/12/22 1519 for Ordering
Frequency: Routine 09/12/22 -
Class: Ancillary Performed
Quantity: 1
Indications of use: Malignant hypertension
Diagnoses
Leg edema, left [R60.0]
Leg edema, right [R60.0]
Other specified symptoms and signs involving the circulatory and respiratory systems [R09.89]
Cervical radiculopathy [M54.12]

**Questionnaire**

| Question | Answer |
|---|---|
| Has the patient had a previous allergic-type reaction to a contrast administration? | No Comment - unknown |
| Is the patient pregnant? | No |
| What is the patient's sedation requirement? | No Sedation |
| Patient or physician site preference? | EJGH |

**Indications**

Leg edema, left [R60.0 (ICD-10-CM)]
Leg edema, right [R60.0 (ICD-10-CM)]
Other specified symptoms and signs involving the circulatory and respiratory systems [R09.89 (ICD-10-CM)]
Cervical radiculopathy [M54.12 (ICD-10-CM)]

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

---

Date: 12/21/2022
Request Number: 63432781
Page Count: 27

**Your requested medical records are attached.**

Patient Name: TRINA SIMMONS
Medical Facility: MPSI-LA Heart, Lung, & Vascular Institute
Requester: Jesilyn Marie Magayones
Organization: ReleasePoint, Inc./PORTAL

Your reference number: 10156844

Thank you,

*MRO*
*MROcorp.com*

Request Corr.



Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

LA HEART LUNG AND VASCULAR
4228 Houma Blvd Ste 130
ATTN: MEDICAL RECORDS
Metairie, LA 70006-

Date: Dec 9, 2022

**Re: Long Term Disability Benefits**
Claim# 10156844 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: LAH199

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**All Available Information**

**All medical records within timeframe - Seen By: LA HEART LUNG AND VASCULAR**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jesilyn Marie Magayones
Disability Information Specialist
Phone No.: (213) 269-4244
Fax No: (213) 884-4921

RPID: 10156844

Request Corr.

11/9/2022 2:10 PM FROM: Office Depot #56 TO: +18773536412 P. 6 of 3

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

65001691 LFP3.101 00080054

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Tina Simmons

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative [signature] Date: 11/8/22

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Request Corr.



Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 10156844

Request Corr.

# CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **12/21/2022 2:32:25 PM** |
| Transaction Reference No.: | **3906297** |
| Approval Code: | **0003713787** |
| Order Number: | **63432781** |
| Charge Amount: | **$51.00** |
| Credit Card Number: | **XXXXXXXXXXXX0073** |
| Credit Card Holder: | **ReleasePoint** |

# Quality Assurance Report

## Request Information

Report Date: December 27, 2022

**RP ID:** 10156844

Patient Name: SIMMONS, TRINA

Provider Name: LA HEART LUNG AND VASCULAR

## Quality Assurance Information

Scope Requested: **All Available Information**

Special Request:
All medical records within timeframe - Seen By: LA HEART LUNG AND VASCULAR

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Financial Group
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 12/13/22 - 12/26/22
Pmt Date: 12/26/22
Check #: 108543907

---

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 12/13/22 | 12/26/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 12/13/22 | 12/26/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

---

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

ReleasePoint

## Medical Record Overview

**Date:** **December 27, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** JEFFERSON NEUROLOGICAL ASSOCIATES
3800 HOUMA BLVD STE 325
METAIRIE, LA 70006
(504) 885-7337

**Request Scope:** All Available Information

**Chart Range:** 06/15/2022 - 08/30/2022

**RP ID:** 10156843

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** J Malaguerra
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 30 2022 | Jun 15 2022 | 11 | 2 |
| Request Corr. | | | 6 | 13 |

**Total Page Count:** 17

**Notes From QC:**

## 06/15/2022 - Office Visit in East Jefferson Neurological Associates

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Archibald Louis Melcher III, MD | Archibald Louis Melcher III, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES** |

### Progress Notes

#### Progress Notes

**Archibald Louis Melcher III, MD at 6/15/2022 1030**

Author: Archibald Louis Melcher III, MD   Service: —   Author Type: Physician
Filed: 6/15/2022 11:27 AM   Encounter Date: 6/15/2022   Creation Time: 6/15/2022 10:22 AM
Status: Signed   Editor: Archibald Louis Melcher III, MD (Physician)

**Chief Complaint:**

**Chief Complaint**

Patient presents with

- Neurologic Problem
  *Left Foot*
- Foot Swelling

**History of Present Illness:**

Ms. Simmons is a 49 y/o female who presents to the clinic today to establish care for foot swelling. She has a medical history significant for DDD, seizures, and CVA. She recently saw Ochsner Neurology and was told her issues were vascular rather than neurological. She is currently on pregabalin 100mg every day and was told to increase if needed. She reports that when she first wakes up, she is fine and there is no swelling. However, once she gets moving around it begins to swell up. She has pain radiating from her foot up her shins and legs. She cannot wear closed toe shoes because her foot swells uncomfortably. She takes her Lyrica at nighttime. Swelling travels up to the knee as well. PCP reports that it is probably arthritis in her knee. She had surgery for her plantar fasciatus. She had pain in her foot prior to her operation but no swelling. Since the surgery, she has swelling. Pain prior to surgery was localized to her arch. She still occasionally gets this pain. She has never had EMG/NCS done. Ms. Simmons also has back pain. Pain begins right after lunchtime, every day. Pain makes it difficult for her to get around. The pain feels like a stinging/inflammation. She reports some occasional numbness in her entire left leg. This foot and leg pain has been occurring for two years. Sitting for longer periods causes it to swell up. She is a manager at WalMart. She has not been working for about 2 years now. Denies any stomach pain. Surgical history significant for hysterectomy in 2017. Feet did not swell after her hysterectomy surgery but they did swell after the plantar fasciatus. She occasionally has some hand numbness and pain. She apparently has a history of CTS as well. Phalen's was positive.

**Review of Systems:**

Comprehensive 14 system review of systems is negative except for that mentioned above.

**Problem List:**

There is no problem list on file for this patient.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Asthma | |
| • Diverticulitis | |
| • Frequency of urination | |
| • Hard of hearing | |
| • History of kidney stones | |
| • Hypertension | |
| • Mitral valve prolapse | |
| • Seizures (CMS/HCC) | |
| • Shortness of breath on exertion | |
| • Stroke (CMS/HCC)<br>*TIA* | |
| • Teeth missing | |
| • Vitamin D deficiency | |
| • Wears glasses | |

**Family History:**

No family history on file.

**Social History:**

Social History

| Tobacco Use | |
| --- | --- |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | No |
| *Comment: ON OCCASION* | |
| • Drug use: | No |

**Medications:**

Current Outpatient Medications:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 6 (six) hours as needed into the lungs, Disp: , Rfl:
- amLODIPine (NORVASC) 10 MG tablet, Take 10 mg daily by mouth, Disp: , Rfl:
- celecoxib (CELEBREX) 200 MG capsule, , Disp: , Rfl:
- ciclopirox (LOPROX) 0.77 % cream, , Disp: , Rfl:
- diclofenac sodium (VOLTAREN) 1 % Gel gel, APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS, Disp: , Rfl:
- efinaconazole (JUBLIA) 10 % SolA, Apply topically daily, Disp: , Rfl:
- ibuprofen (ADVIL,MOTRIN) 800 MG tablet, Take 800 mg by mouth 3 (three) times daily with meals, Disp: , Rfl:
- meloxicam (MOBIC) 15 MG tablet, Take 15 mg by mouth, Disp: , Rfl:
- pregabalin (LYRICA) 200 MG capsule, Take 200 mg nightly by mouth, Disp: , Rfl:
- famotidine (PEPCID) 20 MG tablet, Take 20 mg by mouth 3 (three) times daily, Disp: , Rfl:
- hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet, Take 25 mg daily by mouth, Disp: , Rfl:

• miscellaneous medical supply Misc, One cam boot, applied to patient's left lower extremity (Patient not taking: Reported on 4/23/2021 ), Disp: 1 each, Rfl: 0

**Vital Signs:**

Vitals:

| | 06/15/22 1019 |
|---|---|
| BP: | (!) 160/92 |
| Pulse: | 101 |
| Resp: | 15 |

**Physical Exam:**

General: No acute distress, Well-groomed and well kempt.
Mental Status: The patient appears alert, Oriented to person, place, time and situation, Speech is fluent, she is not aphasic, she remembers recent and past events, fund of knowledge is good, attention and concentration are good.

Cognition and Comprehension
Cranial Nerves: Extraocular movements are intact, visual fields are intact, pupils are 3 mm, pupils are equally reactive, there is no optic disc edema.
II : Optic: Intact.
III: Oculomotor: Intact.
IV: Trochlear: Intact.
V: Trigeminal: Intact.
VI: Abducens: Intact.
VII: Facial: Intact.
VIII: Acoustic: Intact.
IX/X: Glossopharyngeal/ Vagus: Intact.
XI: Accessory: Intact.
XII: Hypoglossal: Intact.

Muscle Strength & Tone
Normal bilateral upper extremity tone.
Normal bilateral lower extremity tone.
Normal bilateral upper extremity strength.
Normal bilateral lower extremity strength.
Muscle mass normal in all extremities.

Sensation
Left upper extremity: intact light touch, pinprick, proprioception.
Left lower extremity: intact light touch, pinprick, proprioception.
Right upper extremity: intact light touch, pinprick, proprioception.
Right lower extremity: intact light touch, pinprick, proprioception.
Sensation is symmetric

Reflexes
Reflexes are normal and symmetric in the arms and legs. Toes are downgoing bilaterally.
Coordination and Gait: Finger to nose testing is performed normally bilaterally. Heel-to-shin testing is performed normally bilaterally. Gait is normal with normal stride, normal base, and symmetric arm swing.
Psychiatric: Cooperative, Appropriate mood & affect, Normal judgment.
Heart and Circulation: Heart is of regular rate and rhythm
Positive Phalen's on the left

**Progress Notes (continued)**

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 139 | 12/19/2020 |
| K | 3.6 | 12/19/2020 |
| CL | 106 | 12/19/2020 |
| CO2 | 25 | 12/19/2020 |
| BUN | 18.0 | 12/19/2020 |
| CREATININE | 1.02 | 12/19/2020 |
| GLU | 92 | 12/19/2020 |

**Diagnostic Results:**

DATA REVIEW:
Previous neurology notes reviewed.

No results found.

**Assessment/Plan:**

| | | |
|---|---|---|
| 1. | Left leg swelling | MRA Pelvis w wo Contrast<br>MRA Abdomen w wo Contrast<br>MRI Lumbar Spine without Contrast<br>Ambulatory Referral to Vascular Surgery<br>CANCELED: MRA Pelvis w wo Contrast<br>CANCELED: MRA Pelvis w wo Contrast |
| 2. | Chronic bilateral low back pain with left-sided sciatica | MRA Pelvis w wo Contrast<br>MRA Abdomen w wo Contrast<br>MRI Lumbar Spine without Contrast<br>Ambulatory Referral to Vascular Surgery<br>CANCELED: MRA Pelvis w wo Contrast<br>CANCELED: MRA Pelvis w wo Contrast |
| 3. | Left carpal tunnel syndrome | |

Will order MRI of the L-spine and MRV of the abdomen and pelvis.
Referral to Vascular EJ.
EMG/NCS will be performed on the left arm and leg.
A revisit will be scheduled.

This was a 45-minute visit of which greater than 50% of the time was spent counseling. We discussed diagnosis, differential diagnosis, condition, prognosis, and treatment plan.

Archie Melcher, MD

**Progress Notes (continued)**

Electronically signed by Archibald Louis Melcher III, MD at 6/15/2022 11:27 AM

## Imaging

### Imaging

**MRA Pelvis w wo Contrast [231703760] (Discontinued)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1115** Status: **Discontinued**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1115
Authorized by: Archibald Louis Melcher III, MD
Frequency: Routine 06/15/22 -
Quantity: 1
Ordering provider: Archibald Louis Melcher III, MD
Ordering mode: Standard
Class: Ancillary Performed
Discontinued by: Archibald Louis Melcher III, MD 06/15/22 1116 [Other (For got to include comments)]

Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Left leg swelling/possible pelvic venous congestion syndrome |
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
Date of Birth:
Legal Sex: Female
MRN: 1001223294
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO PELVIS W WO CONTRAST | Archibald Louis Melcher III, MD 504-885-7337 | Archibald Louis Melcher III, MD 504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

Patient Signature ______ Date ______ Technologist Signature ______ Date ______

**Indications**

**Imaging (continued)**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**MRA Pelvis w wo Contrast [231703761] (Discontinued)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1117**
Status: **Discontinued**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1117
Authorized by: Archibald Louis Melcher III, MD
Frequency: Routine 06/15/22 -
Quantity: 1
Ordering provider: Archibald Louis Melcher III, MD
Ordering mode: Standard
Class: Ancillary Performed
Discontinued by: Archibald Louis Melcher III, MD 06/15/22 1118 [Other (Forgot to denote MRV)]

Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Intermittent left leg swelling, rule out pelvic venous congestion syndrome |
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

Order comments: Speak to radiologist before performing scan for any special instructions

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
Date of Birth:
Legal Sex: Female
MRN: 1001223294
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO PELVIS W WO CONTRAST | Archibald Louis Melcher III, MD 504-885-7337 | Archibald Louis Melcher III, MD 504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

Patient Signature ____ Date ____ Technologist Signature ____ Date ____

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**Imaging (continued)**

**MRA Pelvis w wo Contrast [231703762] (Active)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1120** Status: **Active**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1120
Ordering provider: Archibald Louis Melcher III, MD
Authorized by: Archibald Louis Melcher III, MD
Ordering mode: Standard
Frequency: Routine 06/15/22 -
Class: Ancillary Performed
Quantity: 1
Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Intermittent left leg swelling, rule out pelvic venous congestion syndrome |
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

Order comments: Perform MRV and speak to radiologist before performing test for any special instructions

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
Date of Birth:
Legal Sex: Female
MRN: 1001223294
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO PELVIS W WO CONTRAST | Archibald Louis Melcher III, MD 504-885-7337 | Archibald Louis Melcher III, MD 504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

Patient Signature ______ Date ______ Technologist Signature ______ Date ______

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**MRA Abdomen w wo Contrast [231703763] (Active)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1122** Status: **Active**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1122
Ordering provider: Archibald Louis Melcher III, MD
Authorized by: Archibald Louis Melcher III, MD
Ordering mode: Standard
Frequency: Routine 06/15/22 -
Class: Ancillary Performed

**Imaging (continued)**

Quantity: 1
Indications of use: Renal artery dissection suspected
Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

Order comments: Rule out pelvic venous congestion syndrome, patient has intermittent left leg swelling, MRV should be performed, speak to radiologist before performing the test for any special instructions.

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
MRN: 1001223294
Date of Birth:
Home Phone:
Legal Sex: Female
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO ABDOMEN W WO CONTRAST | Archibald Louis Melcher III, MD 504-885-7337 | Archibald Louis Melcher III, MD 504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

Patient Signature ____ Date ____ Technologist Signature ____ Date ____

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**MRI Lumbar Spine without Contrast [231703764] (Completed)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1123**
Status: **Completed**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1123
Ordering provider: Archibald Louis Melcher III, MD
Authorized by: Archibald Louis Melcher III, MD
Ordering mode: Standard
Frequency: Routine 06/15/22 -
Class: Ancillary Performed
Quantity: 1
Indications of use: Low back pain, progressive neurologic deficit
Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|

**06/15/2022 - Office Visit in East Jefferson Neurological Associates (continued)**

**Imaging (continued)**

| | |
|---|---|
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |
| Is the patient pregnant? | No |

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

Progress Notes - 08/30/2022 2nd ID CONFIRMED

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
METAIRIE LA 70006-2970

Simmons, Trina B
MRN: 1001223294, DOB:
Visit date: 8/30/2022

Sex: F

## 08/30/2022 - Procedure visit in East Jefferson Neurological Associates

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Archibald Louis Melcher III, MD | Archibald Louis Melcher III, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

#### Level of Service

| Level of Service |
|---|
| **PR NO CHARGE LOS** |

### Imaging

#### Imaging

**MRI Cervical Spine without Contrast [241156097] (Discontinued)**

Electronically signed by: **Archibald Louis Melcher III, MD on 08/31/22 0931**
Status: **Discontinued**

Ordering user: Archibald Louis Melcher III, MD 08/31/22 0931
Authorized by: Archibald Louis Melcher III, MD
Frequency: Routine 08/31/22 -
Quantity: 1
Indications comment: cervical radiculitis

Ordering provider: Archibald Louis Melcher III, MD
Ordering mode: Standard
Class: Ancillary Performed
Indications of use: Spinal stenosis, cervical
Discontinued by: Archibald Louis Melcher III, MD 08/31/22 0935 [Entered in Error]

Diagnoses
Cervical radiculitis [M54.12]

**Questionnaire**

| Question | Answer |
|---|---|
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |
| Is the patient pregnant? | No |

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
Date of Birth:
Legal Sex: Female

MRN: 1001223294
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI CERVICAL SPINE WITHOUT CONTRAST | Archibald Louis Melcher III, MD<br>504-885-7337 | Archibald Louis Melcher III, MD<br>504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|



Lincoln/Brown-Simmons 0991

**Imaging (continued)**

| | | |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

| | | | |
|---|---|---|---|
| Patient Signature | Date | Technologist Signature | Date |

**Indications**

Cervical radiculitis [M54.12 (ICD-10-CM)]

**MRI Cervical Spine without Contrast [241156098] (Completed)**

Electronically signed by: **Archibald Louis Melcher III, MD on 08/31/22 0935**
Status: **Completed**
Ordering user: Archibald Louis Melcher III, MD 08/31/22 0935
Ordering provider: Archibald Louis Melcher III, MD
Authorized by: Archibald Louis Melcher III, MD
Ordering mode: Standard
Frequency: Routine 08/31/22 -
Class: Ancillary Performed
Quantity: 1
Indications comment: radiculopathy
Diagnoses
Cervical radiculitis [M54.12]

**Questionnaire**

| Question | Answer |
|---|---|
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |
| Is the patient pregnant? | No |

**Indications**

Cervical radiculitis [M54.12 (ICD-10-CM)]

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date: 12/21/2022
Request Number: 63388174
Page Count: 11

**Your requested medical records are attached.**

Patient Name: TRINA SIMMONS
Medical Facility: MPSI-EJ Neurological Associates
Requester: Jesilyn M. Magayones
Organization: ReleasePoint, Inc./PORTAL

Your reference number: 10156843

Thank you,

*MRO*
*MROcorp.com*

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

JEFFERSON NEUROLOGICAL ASSOCIATES
3800 HOUMA BLVD STE 325
ATTN: MEDICAL RECORDS
METAIRIE, LA 70006

Date: Dec 9, 2022

**Re: Long Term Disability Benefits**
Claim# 10156843 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 300114

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**All Available Information**
All medical records within timeframe - Seen By: JEFFERSON NEUROLOGICAL ASSOCIATES

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jesilyn Marie Magayones
Disability Information Specialist
Phone No.: (213) 269-4244
Fax No: (213) 884-4921

RPID: 10156843
12/12/2022 8:53AM (GMT-06:00)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

00001991 LFPP3JD10000854

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sterra Simmons

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative [signature] Date: 11/3/22

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

Request Corr.

Dec/19/2022 10:57:48 AM
From HylaFAX Enterprise    ejgh 5037348
Thu 15 Dec 2022 08:19:54 AM PST    32/55
Page 1 of 1

Lincoln Financial - WALMART
P.O. Box 1390 St. Peters, MO 63376

Lincoln Financial Group

# Request for STATUS

**Date:** Dec 15, 2022

JEFFERSON NEUROLOGICAL ASSOCIATES
3800 HOUMA BLVD STE 325
ATTN: MEDICAL RECORDS
METAIRIE, LA 70006

**Patient:** SIMMONS, TRINA
**DOB:**
**RP ID#:** 10156843
**Special Attention:**
All medical records within timeframe - Seen By: JEFFERSON NEUROLOGICAL ASSOCIATES

On **12/09/22** ReleasePoint sent you a request for medical records on your patient listed above. As of today's date, we still show that we have not received records on this patient.

If you have a moment, would you please take a minute to update us on the status of this request. Your response will help keep your patient informed of the process, and save additional follow up calls. Just select the option that best represents the current status of the request, or write your own note at the bottom. **We request that all fee limits noted on the original request still be adhered to.**

☐ I am EMAILING records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*

☐ I am faxing ______ pages to ReleasePoint, Fax No.: (213) 884-4921
Is this the entire chart? (Circle) YES NO

☐ I am MAILING records to ReleasePoint on or before ________ (date)
Mail Center Address: ReleasePoint
PO Box 1390
St. Peters, MO 63376

**Do not fold, staple, or tape records.**

☐ Records are still being reviewed for release, but should be available no later than ________ (date)

☐ Records can NOT be released because:

______________________________

☐ Other status update:

______________________________

______________________________

Thanking you in advance,
JohnRussell Sarto
(213) 266-7863

Secure E-Mail:
providers@releasepoint.com

12/19/2022 9:25AM (GMT-06:00)

Request Corr.

# CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **12/21/2022 6:46:58 PM** |
| Transaction Reference No.: | **3906964** |
| Approval Code: | **0003714416** |
| Order Number: | **63388174** |
| Charge Amount: | **$36.00** |
| Credit Card Number: | **XXXXXXXXXXXX0219** |
| Credit Card Holder: | **Releasepoint** |

# Quality Assurance Report

## Request Information

Report Date: December 27, 2022

**RP ID:** 10156843

Patient Name: SIMMONS, TRINA

Provider Name: JEFFERSON NEUROLOGICAL ASSOCIATES

## Quality Assurance Information

Scope Requested: **All Available Information**

Special Request:
All medical records within timeframe - Seen By:
JEFFERSON NEUROLOGICAL ASSOCIATES

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

ReleasePoint

**Medical Record Overview**

**Date:** **December 22, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** Dr. Howard Hirsch
1057 Paul Maillard Rd
Luling, LA 70070
(985) 785-2218

**Request Scope:** From December 8, 2021 to Present

**Chart Range:** 10/11/2022 - 10/11/2022

**RP ID:** 10156845

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** J Malaguerra
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 11 2022 | Oct 11 2022 | 6 | 2 |
| Request Corr. | | | 6 | 8 |

**Total Page Count:** 12

**Notes From QC:**