Progress Notes
SCPC ORTHOPEDICS
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12066848756
Enc. Date 10/11/2022

## 10/11/2022 - Office Visit in St. Charles Parish Hospital - Orthopedics

### Reason for Visit

| | |
|---|---|
| **Consult** | |
| **Knee Pain** | bilateral |
| **Leg Pain** | left |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Primary osteoarthritis of both knees** - Primary | ICD-10-CM: M17.0<br>ICD-9-CM: 715.16 | |
| **Chronic pain of both knees** | ICD-10-CM: M25.561, M25.562, G89.29<br>ICD-9-CM: 719.46, 338.29 | |

**Problem List** as of 10/11/2022 Date Reviewed: **10/11/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Leg pain, bilateral** | ICD-10-CM: M79.604, M79.605<br>ICD-9-CM: 729.5 | | | 5/6/2014 - Present |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | | | 7/30/2014 - Present |
| **Pelvic pain in female** | ICD-10-CM: R10.2<br>ICD-9-CM: 625.9 | | | 1/18/2016 - Present |
| **Dyspareunia** | ICD-10-CM: IMO0002<br>ICD-9-CM: 625.0 | | | 1/18/2016 - Present |
| **Menorrhagia** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 1/18/2016 - Present |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | | | 2/10/2016 - Present |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | | | 2/17/2016 - Present |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | | | 2/17/2016 - Present |
| **Vitamin D deficiency** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | | | 1/31/2017 - Present |
| **Status post laparoscopic hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 8/29/2017 - Present |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.09<br>ICD-9-CM: 786.09 | | | Unknown - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/1/2019 - Present |
| **Left flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 | | | 4/22/2019 - Present |
| **Kidney stones** | ICD-10-CM: N20.0<br>ICD-9-CM: 592.0 | | | 4/22/2019 - Present |
| **SUI (stress urinary incontinence, female)** | ICD-10-CM: N39.3<br>ICD-9-CM: 625.6 | | | 4/22/2019 - Present |
| **Migraine without status migrainosus, not intractable** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 5/6/2019 - Present |
| **Right arm numbness** | ICD-10-CM: R20.0<br>ICD-9-CM: 782.0 | | | 5/6/2019 - Present |
| **History of seizures** | ICD-10-CM: Z87.898<br>ICD-9-CM: V13.89 | | | Unknown - Present |
| **Rectal bleeding** | ICD-10-CM: K62.5<br>ICD-9-CM: 569.3 | | | 6/24/2019 - Present |
| **Peripheral neuropathic pain** | ICD-10-CM: M79.2<br>ICD-9-CM: 729.2 | | | 1/28/2022 - Present |
| **Lower extremity edema** | ICD-10-CM: R60.0 | | | 1/28/2022 - |



EXHIBIT
3, part 4

## 10/11/2022 - Office Visit in St. Charles Parish Hospital - Orthopedics (continued)

**Problem List (continued)** as of 10/11/2022 Date Reviewed: **10/11/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 782.3 | | | Present |
| **PVD (peripheral vascular disease)** | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | | | Unknown - Present |
| **Chest pain, atypical** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 6/24/2022 - Present |
| RESOLVED: Leiomyoma of body of uterus | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 2/22/2018 - 8/30/2017 |
| RESOLVED: Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/29/2017 - 8/30/2017 |

### Patient as-of Visit

**Allergies** as of 10/11/2022

Allergies last reviewed by Howard S. Hirsch, MD on 10/11/2022 0926

**ADHESIVE** *[last edited by Monica Lee, MD on 9/13/2017 0933]*

Reactions: Blisters Noted on: 09/13/2017
SNOMED-CT: 788032009

**SHELLFISH CONTAINING PRODUCTS** *[last edited by Ruth L Polk, RN on 8/29/2017 0628]*

Reactions: Hives Noted on: 08/29/2017
SNOMED-CT: 735029006

**Immunizations** as of 10/11/2022

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 03/15/2021, 04/06/2021 |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 |
| Tdap | 10/30/2015, 10/30/2015 |

**Outpatient Medications at Start of Encounter as of 10/11/2022**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue - Inhalation<br>Class: Historical Med | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 5/24/2019 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth. - Oral<br>Class: Historical Med | | | 3/11/2022 | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every evening. - Oral | 30 tablet | 1 | 1/22/2022 | 1/22/2023 |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 12 tablet | 0 | 4/20/2020 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray**<br>Sig - Route: 1 spray by Nasal route 4 (four) times daily. - Nasal<br>Class: Print | 26 mL | 0 | 7/24/2018 | |
| **fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler** | 60 each | 0 | 7/26/2018 | 7/26/2019 |

## 10/11/2022 - Office Visit in St. Charles Parish Hospital - Orthopedics (continued)

**Outpatient Medications at Start of Encounter as of 10/11/2022 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Inhale 1 puff into the lungs 2 (two) times daily. Controller - Inhalation<br>Eliska Moses, MA 2/15/2019 9:40 AM<br>prn | | | | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 4/16/2019 | |
| **pregabalin (LYRICA) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler**<br>Sig - Route: 2 sprays by Nasal route once daily. - Nasal<br>Class: Print | 16.9 mL | 0 | 7/24/2018 | |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet**<br>Sig - Route: Take 800 mg by mouth. - Oral<br>Class: Historical Med | | | 3/1/2021 | 10/11/2022 |
| **meloxicam (MOBIC) 15 MG tablet**<br>Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | 30 tablet | 0 | 10/26/2021 | 10/11/2022 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue<br>Class: Historical Med<br>Route: Inhalation | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig: Take 1 tablet (20 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 5/24/2019 | |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet (Taking)**<br>Sig: Take 25 mg by mouth.<br>Class: Historical Med<br>Route: Oral | | | 3/11/2022 | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)**<br>Sig: Take 1 tablet (5 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 1 | 1/22/2022 | 1/22/2023 |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed.<br>Class: Print<br>Route: Oral | 12 tablet | 0 | 4/20/2020 | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **meloxicam (MOBIC) 15 MG tablet**<br>Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | 30 tablet | 2 | 10/11/2022 | |

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **meloxicam (MOBIC) 15 MG tablet**<br>Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral<br>Sent to pharmacy as: meloxicam (MOBIC) 15 MG tablet<br>Class: Normal<br>Order: 814759630<br>Date/Time Signed: 10/11/2022 09:26<br>E-Prescribing Status: **Receipt confirmed by pharmacy** (10/11/2022 9:26 AM CDT) | 30 tablet | 2 | 10/11/2022 | | No |

**Outpatient Medication Detail (continued)**

## Progress Notes

**Progress Notes by Howard S. Hirsch, MD at 10/11/2022 10:00 AM**

Author: Howard S. Hirsch, MD
Filed: 10/11/2022 9:26 AM
Status: Signed

Service: —
Encounter Date: 10/11/2022
Editor: Howard S. Hirsch, MD (Physician)

Author Type: Physician
Creation Time: 10/11/2022 9:22 AM

**Subjective:**

**Patient ID:** Trina Louise Brown-Simmons is a 50 y.o. female.

**Chief Complaint:** Consult, Knee Pain (bilateral ), and Leg Pain (left )

HPI

They have experienced problems with their bilateral knee over the past several years. The patient denies relevant history of injury/aggravation. The left side is somewhat worse. Pain is located medially and anteriorly Associated symptoms include swelling.
Symptoms are aggravated by flexion loading. They have been treated with nothing recently. Symptoms have recently waxed and waned. Ambulation reportedly has not been impaired. Self care ADLs are not painful.

Review of Systems
Constitutional: Negative for fever and weight loss.
HENT: Negative for congestion.
Eyes: Negative for visual disturbance.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for shortness of breath.
Hematologic/Lymphatic: Negative for bleeding problem. Does not bruise/bleed easily.
Skin: Negative for poor wound healing.
Musculoskeletal: Positive for back pain and joint pain.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for dysuria.
Neurological: Negative for seizures.
Psychiatric/Behavioral: Negative for altered mental status.
Allergic/Immunologic: Negative for persistent infections.

**Objective:**

Ortho/SPM Exam

Right knee

The patient is not in acute distress.
Body habitus is normal.
Sclera appear normal
No respiratory distress
The patient walks without a limp.
Resisted SLR negative.
The skin over the knee is intact.
Knee effusion trace
Tendernes is located absent.

**Progress Notes (continued)**

**Progress Notes by Howard S. Hirsch, MD at 10/11/2022 10:00 AM (continued)**

Range of motion- Flexion full, Extension full.
Ligament exam:
MCL 1+ laxity
Lachman intact
Post sag intact
LCL intact
Patellar apprehension negative.
Popliteal cyst negative
Patellar crepitation absent.
Flexion/pinch negative.
Pulses DP present, PT present.
Motor normal 5/5 strength in all tested muscle groups.
Sensory normal.

Left knee is identical

I reviewed the relevant imaging for the patient's condition: Radiographs of both knees show slight medial narrowing.

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • Chronic pain of both knees | |
| • Primary osteoarthritis of both knees | Yes |

The condition is structurally mild at this time. Future progression is likely

**Plan:**

Trina was seen today for consult, knee pain and leg pain.

Diagnoses and all orders for this visit:

**Primary osteoarthritis of both knees**

**Chronic pain of both knees**
- Ambulatory referral/consult to Orthopedics

I explained my diagnostic impression and the reasoning behind it in detail, using layman's terms. Models and/or pictures were used to help in the explanation.

Appropriate activity modification explained

Weight loss record

Intermittent use of meloxicam recommended an explained with usual precautions

Physical therapy

## Progress Notes (continued)

**Progress Notes by Howard S. Hirsch, MD at 10/11/2022 10:00 AM (continued)**

Electronically signed by Howard S. Hirsch, MD on 10/11/2022 9:26 AM

**Follow-up and Disposition History**

10/11/2022 0925 - Howard S. Hirsch, MD

Dispositions:
- Follow up in about 3 months (around 1/11/2023).

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

---

Date: 12/21/2022
Request Number: 63657456
Page Count: 6

**Your requested medical records are attached.**

Patient Name: TRINA SIMMONS
Medical Facility: St. Charles Parish Hospital
Requester: Jesilyn Marie Magayones
Organization: ReleasePoint, Inc./PORTAL

Your reference number: 10156845

Thank you,

*MRO*
*MROcorp.com*

Request Corr.

MRO
DEC 19 2022

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**SAINT CHARLES PARISH HOSPITAL**
**1057 Paul Maillard Rd**
**ATTN: MEDICAL RECORDS**
**Luling, LA 70070**

Date Dec 9, 2022

**Re: Long Term Disability Benefits**
Claim# 10156845 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: NE97

Dear Medical Records

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From December 8, 2021 to Present**
**All medical records within timeframe seen by: Dr. Howard Hirsch**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jesilyn Marie Magayones
Disability Information Specialist
Phone No.: (213) 269-4244
Fax No: (213) 884-4921

RPID: 10156845

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

0000159 LFPP3JD1 00008054

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Tirma Simmons

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative [signature] Date: 11/3/22

Date of Birth: ____________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Request Corr.

Lincoln Financial Group®

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 10156845

Request Corr.

From ReleasePoint 1.626.628.9628 Sun Dec 18 19:08:02 2022 MST Page 1 of 1

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

MRO
DEC 19 2022

SAINT CHARLES PARISH HOSPITAL
1057 Paul Maillard Rd
ATTN: MEDICAL RECORDS
Luling, LA 70070

Dec 18, 2022
Re: Disability Benefits
Claim# 10156845 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: NE97

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **12/09/2022** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☐ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
- ☐ I am **FAXING** records to: (213) 884-4921
- ☐ I am **MAILING** records on or before (date): ____________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ____________
- ☐ Records cannot be released because:

______________________________________________

- ☐ Other status information we should know:

______________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,
Jesilyn Marie Magayones
Disability Information Specialist
Phone No.: (213) 269-4244
Fax No.: (213) 884-4921

12/18/2022 9:08PM (GMT-05:00)

Request Corr.

# CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **12/21/2022 1:34:04 AM** |
| Transaction Reference No.: | **3904620** |
| Approval Code: | **0003712198** |
| Order Number: | **63657456** |
| Charge Amount: | **$31.00** |
| Credit Card Number: | **XXXXXXXXXXXX6232** |
| Credit Card Holder: | **Releasepoint** |

# Quality Assurance Report

## Request Information

Report Date: December 22, 2022

**RP ID:** 10156845

Patient Name: SIMMONS, TRINA

Provider Name: SAINT CHARLES PARISH HOSPITAL

## Quality Assurance Information

Scope Requested: **From December 8, 2021 to Present**

Special Request:
All medical records within timeframe seen by: Dr. Howard Hirsch

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

ReleasePoint

**Medical Record Overview**

**Date:** **December 16, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** Ochsner Health Center - Lapalco
4225 Lapalco Blvd.
Marrero, LA 70072
(504) 371-9355

**RP ID:** 10156846

**Client ID:** 11059701

**Source:** L-WALMAR

**Request Scope:** From December 8, 2021 to Present

**Req By:** J Malaguerra
05-290765

**Chart Range:** 06/24/2022 - 10/24/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 24 2022 | Jun 24 2022 | 18 | 2 |
| Request Corr. | | | 4 | 20 |

**Total Page Count:** 22

**Notes From QC:**

## 10/24/2022 - Office Visit in Lapalco - Cardiology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Brown-Simmons, Trina Louise | 8279536 | | Female | 09/24/72 (50 yrs) |

| Address | Phone | Email |
|---|---|---|
| | (M)<br>(H) | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Whitney Hardy, MD504-371-6550 | 10/06/22 | 11/05/22 |

## 10/24/2022 - Office Visit in Lapalco - Cardiology (continued)

**Reason for Visit**

**Follow-up**

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Essential hypertension** - Primary | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.09<br>ICD-9-CM: 786.09 | |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | |
| **PVD (peripheral vascular disease)** | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | |
| **Chest pain, atypical** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | |

**Problem List** as of 10/24/2022 — Date Reviewed: **10/24/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Leg pain, bilateral** | ICD-10-CM: M79.604, M79.605<br>ICD-9-CM: 729.5 | | | 5/6/2014 - Present |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | | | 7/30/2014 - Present |
| **Pelvic pain in female** | ICD-10-CM: R10.2<br>ICD-9-CM: 625.9 | | | 1/18/2016 - Present |
| **Dyspareunia** | ICD-10-CM: IMO0002<br>ICD-9-CM: 625.0 | | | 1/18/2016 - Present |
| **Menorrhagia** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 1/18/2016 - Present |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | | | 2/10/2016 - Present |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | | | 2/17/2016 - Present |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | | | 2/17/2016 - Present |
| **Vitamin D deficiency** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | | | 1/31/2017 - Present |
| **Status post laparoscopic hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 8/29/2017 - Present |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.09<br>ICD-9-CM: 786.09 | | | Unknown - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/1/2019 - Present |
| **Left flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 | | | 4/22/2019 - Present |
| **Kidney stones** | ICD-10-CM: N20.0<br>ICD-9-CM: 592.0 | | | 4/22/2019 - Present |
| **SUI (stress urinary incontinence, female)** | ICD-10-CM: N39.3<br>ICD-9-CM: 625.6 | | | 4/22/2019 - Present |
| **Migraine without status migrainosus, not intractable** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 5/6/2019 - Present |
| **Right arm numbness** | ICD-10-CM: R20.0<br>ICD-9-CM: 782.0 | | | 5/6/2019 - Present |
| **History of seizures** | ICD-10-CM: Z87.898 | | | Unknown - Present |

## 10/24/2022 - Office Visit in Lapalco - Cardiology (continued)

**Problem List (continued)** as of 10/24/2022 — Date Reviewed: **10/24/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: V13.69 | | | |
| **Rectal bleeding** | ICD-10-CM: K62.5<br>ICD-9-CM: 569.3 | | | 6/24/2019 - Present |
| **Peripheral neuropathic pain** | ICD-10-CM: M79.2<br>ICD-9-CM: 729.2 | | | 1/28/2022 - Present |
| **Lower extremity edema** | ICD-10-CM: R60.0<br>ICD-9-CM: 782.3 | | | 1/28/2022 - Present |
| **PVD (peripheral vascular disease)** | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | | | Unknown - Present |
| **Chest pain, atypical** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 6/24/2022 - Present |
| **Generalized weakness** | ICD-10-CM: R53.1<br>ICD-9-CM: 780.79 | | | 10/14/2022 - Present |
| RESOLVED: Leiomyoma of body of uterus | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 2/22/2016 - 8/30/2017 |
| RESOLVED: Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/20/2017 - 8/30/2017 |

**Patient as-of Visit**

**Allergies** as of 10/24/2022

Allergies last reviewed by Macie Alexis, LPN on 10/24/2022 1127

**ADHESIVE** *[last edited by Monica Lee, MD on 9/13/2017 0933]*
Reactions: Blisters — Noted on: 09/13/2017
SNOMED-CT: 788032009

**SHELLFISH CONTAINING PRODUCTS** *[last edited by Ruth L Polk, RN on 8/29/2017 0628]*
Reactions: Hives — Noted on: 08/29/2017
SNOMED-CT: 735029006

**Immunizations** as of 10/24/2022

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 03/15/2021, 04/06/2021 |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 |
| Tdap | 10/30/2015, 10/30/2015 |

**Outpatient Medications at Start of Encounter as of 10/24/2022**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue - Inhalation<br>Class: Historical Med | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | 30 tablet | 2 | 10/11/2022 | |
| **pregabalin (LYRICA) 100 MG capsule (Taking)**<br>Sig - Route: Take 100 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med | | | | |
| **atorvastatin (LIPITOR) 20 MG tablet**<br>Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray** | 26 mL | 0 | 7/24/2018 | |

## 10/24/2022 - Office Visit in Lapalco - Cardiology (continued)

**Outpatient Medications at Start of Encounter as of 10/24/2022 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: 1 spray by Nasal route 4 (four) times daily. - Nasal<br>Class: Print | | | | |
| **fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler**<br>Sig - Route: Inhale 1 puff into the lungs 2 (two) times daily. Controller - Inhalation<br>Elaiza Moses, MA 2/15/2019 9:40 AM<br>prn | 60 each | 0 | 7/26/2018 | 7/26/2019 |
| **hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth. - Oral<br>Class: Historical Med | | | 3/11/2022 | |
| **levocetirizine (XYZAL) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every evening. - Oral | 30 tablet | 1 | 1/22/2022 | 1/22/2023 |
| **ondansetron (ZOFRAN) 4 MG tablet**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 4/16/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler**<br>Sig - Route: 2 sprays by Nasal route once daily. - Nasal<br>Class: Print | 16.9 mL | 0 | 7/24/2018 | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue<br>Class: Historical Med<br>Route: Inhalation | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 2 | 10/11/2022 | |
| **pregabalin (LYRICA) 100 MG capsule (Taking)**<br>Sig: Take 100 mg by mouth 2 (two) times daily.<br>Class: Historical Med<br>Route: Oral | | | | |

## Progress Notes

**Progress Notes by Samuel J Ferris, MD at 10/24/2022 11:00 AM**

Author: Samuel J Ferris, MD | Service: — | Author Type: Physician
Filed: 10/24/2022 11:39 AM | Encounter Date: 10/24/2022 | Creation Time: 10/24/2022 11:26 AM
Status: Signed | Editor: Samuel J Ferris, MD (Physician)

Electronically signed by Samuel J Ferris, MD on 10/24/2022 11:39 AM

**Progress Notes by Samuel J Ferris, MD at 10/24/2022 11:00 AM**

Author: Samuel J Ferris, MD | Service: — | Author Type: Physician
Filed: 10/24/2022 11:39 AM | Encounter Date: 10/24/2022 | Creation Time: 10/24/2022 11:26 AM
Status: Signed | Editor: Samuel J Ferris, MD (Physician)

**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 10/24/2022 11:00 AM (continued)**

**Subjective:**

**Patient ID:** Trina Louise Brown-Simmons is a 50 y.o. female who presents for follow-up of Follow-up

HPI

MVP, palpitations, syncope, CVA

6/4/19 TEE - EF 55%, mild MR/TR, no thrombus seen, bubble study negative for intracardiac shunt

Stress test 7/11/22
- Normal myocardial perfusion scan. There is no evidence of myocardial ischemia or infarction.
- The gated perfusion images showed an ejection fraction of 78% post stress.
- There is normal wall motion post stress.
- The EKG portion of this study is negative for ischemia.
- The patient reported no chest pain during the stress test.
- There were no arrhythmias during stress.

Echo 7/11/22
- The left ventricle is normal in size with eccentric hypertrophy and normal systolic function.
- The estimated ejection fraction is 65%.
- Normal left ventricular diastolic function.
- Normal right ventricular size with normal right ventricular systolic function.
- Mild mitral regurgitation.
- There is mild tricuspid valve stenosis.
- Mild pulmonic regurgitation.
- Normal central venous pressure (3 mmHg).
- The estimated PA systolic pressure is 29 mmHg.
- There is no pulmonary hypertension.

Event monitor 6/26/19
- Negative event monitor with no clinical arrhythmias.

Holter 7/13/22
- Sinus rhythm with heart rates varying between 72 and 158 BPM with an average of 100 BPM.
- There were very rare PVCs.

Went to the ER 7/24/18

Patient presents complaining of cough and shortness of breath that started yesterday. No chest pain. No pain with breathing. States shortness of breath is worse with lying down and with ambulation. Cough is nonproductive. There is no fever. Patient has had severe nasal congestion. That nasal congestion is chronic. Patient takes Afrin multiple times a day for months due to this nasal congestion. Patient states she has a history of "bronchitis". States she has been prescribed Advair and albuterol in the past for this. She states she feels like she has been wheezing. Patient seen by SORT prior to my evaluation. Patient is on albuterol treatment during my initial evaluation. Patient does report driving to and from Orlando last week.

patient denies any current calf pain but states she has some calf pain last night and felt she had a "charley horse". Denies any leg swelling. Patient has no Homans sign or palpable cord or leg edema. Patient's D-dimer however elevated. With her symptomatology a CT of the chest was performed. No pulmonary embolism or other acute abnormality. No evidence of pericardial effusion or evidence of heart failure. Patient's BNP is not elevated. Patient's troponin is normal. Patient does have an elevated white cell count. Possibly

**Progress Notes by Samuel J Ferris, MD at 10/24/2022 11:00 AM (continued)**

viral etiology. Patient has significant evidence of sinusitis although this appears chronic. Chart review shows the patient had a 2D cardiac echo in 2016 that showed diastolic heart failure. After breathing treatment patient ambulated with oxygen saturations as low as 91% and feeling short of breath. Patient's heart rate decreased to 110 after breathing treatments were off which was consistent with a tachycardia when she arrived. Patient has been hypertensive. Patient is minimally tachypneic. Discussed overnight observation for persistent tachycardia and respiratory symptoms for repeat echocardiogram. Patient refused overnight admission. States she will call her cardiologist Dr. Ferris in the morning. Patient appears to have capacity to understand the risks. Will refill the patient's Advair and albuterol. I strongly recommend she stop using Afrin at all. Patient has been using this daily, repetitively and frequently for months, which could be the underlying cause of hypertension and tachycardia. Due to elevated white cell count will treat with Augmentin for sinusitis. Will switch to steroid nasal sprays. Will given ENT consultation. Follow up with her primary care doctor for blood pressure recheck. Follow up cardiologist for further evaluation of her mitral prolapse and diastolic dysfunction previously seen and workup. Return for worsening symptoms or at any time.

7/27/18 Feels a little better since discharge
Denies CP
Still congested and SOB
EKG 7/24/18 sinus tachycardia 135 - otherwise ok

8/13/18 SOB and heart racing have improved
Gets some generalized fatigue

11/13/18 Denies significant CP or SOB
Walking more
EKG NSR - ok
Gets dizzy when she gets palpitations

Saw Dr Kapoor-Maini 5/24/19
46 y.o. female with remote R cerebellar infarct on MRI brain, episode of right arm numbness and headache likely due to migraine with aura and a history of seizures. She has left eye blurry vision and feels pressure behind this eye. We discussed a referral to ophthalmology for this and patient is in agreement with this plan.

**1. History of stroke**
- atorvastatin (LIPITOR) 20 MG tablet; Take 1 tablet (20 mg total) by mouth once daily. Dispense: 30 tablet; Refill: 1
- CTA Head and Neck (xpd); Future
Check hypercoagulable workup given stroke in young and prior history of miscarraige
- DRVVT; Future
- Cardiolipin antibody; Future
- Beta-2 glycoprotein antibodies; Future
- C-reactive protein; Future
- Lipoprotein A (LPA); Future
- Homocysteine, serum; Future
- Factor 8 assay; Future
- Protein C activity; Future
- Protein S activity; Future
- Antithrombin III; Future
- Factor 5 leiden; Future
- Prothrombin gene mutation; Future
- Hemoglobin Electrophoresis,Hgb A2 Quan.; Future
- Creatinine, serum; Future

**Progress Notes by Samuel J Ferris, MD at 10/24/2022 11:00 AM (continued)**

She was advised to follow up with Dr. Ferris/cardiology to further evaluate for cardioembolic source and for consideration of TEE and if neg loop recorder. I have sent a message to Dr. Ferris notifying him of reason for follow up

Will hold off on starting aspirin for now as patient has unknown etiology of blood in stool. I have set up for her to see a gastroenterologist on 6/11/9. I have provided her with a note. Will start aspirin 81mg daily if cleared from GI perspective

Start lipitor 20mg daily, pt was advised to let her PCP know she was started on this medication

Side effects of lipitor were discussed with patient and she was advised to notify me or her PCP if she experiences any

6/18/19 Denies CP or SOB
Discussed ILR or event monitor - she would prefer to have the event monitor first

8/9/19 Denies CP or SOB
Denies further neurologic symptoms

12/3/20 Denies CP, SOB, or palpitations
Needs clearance for foot surgery
EKG NSR -ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

4/8/21 needs clearance for revision of plantar fasciitis surgery at Touro
Denies CP, mild stable DOE
BP controlled
EKG NSR short PR otherwise ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

6/24/22 Here for worsening daily palpitations for the last 2 weeks. Also reports increased DOE and pain around left axilla
EKG NSR ok
Holter for palpitations
Echo and lexiscan myoview for CP and DOE - says she can't walk treadmill due to left foot pain
Continue Rx for HTN, PAD, CVA, MVP

10/24/22 Denies CP or SOB. Palpitations have improved
BP controlled

Review of Systems
Constitutional: Negative for decreased appetite.
HENT: Negative for ear discharge.
Eyes: Negative for blurred vision.
Respiratory: Negative for hemoptysis.
Endocrine: Negative for polyphagia.
Hematologic/Lymphatic: Negative for adenopathy.
Skin: Negative for color change.
Musculoskeletal: Negative for joint swelling.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for brief paralysis.

**Progress Notes by Samuel J Ferris, MD at 10/24/2022 11:00 AM (continued)**

Psychiatric/Behavioral: Negative for hallucinations.
Allergic/Immunologic: Negative for hives.

**Objective:**

**Physical Exam**

Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Intact distal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

**Assessment:**

1. **Essential hypertension**
2. DOE (dyspnea on exertion)
3. Mitral valve prolapse
4. Palpitations
5. PVD (peripheral vascular disease)
6. Chest pain, atypical
7. Syncope and collapse

**Plan:**

Continue Rx for HTN, PAD, CVA, MVP
OV 6 months

**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 10/24/2022 11:00 AM (continued)**

Electronically signed by Samuel J Ferris, MD on 10/24/2022 11:39 AM

**Follow-up and Disposition History**

10/24/2022 1139 - Samuel J Ferris, MD

Dispositions:
- Follow up in about 6 months (around 4/24/2023).

**Follow-up Information**

None

**Follow Up Call**

No data filed

## 06/24/2022 - Office Visit in Lapalco - Cardiology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Brown-Simmons, Trina Louise | 8279536 | | Female | 09/24/72 (49 yrs) |

| Address | Phone | Email |
|---|---|---|
| | (M)<br>(H) | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Whitney Hardy, MD504-371-6550 | 10/06/22 | 11/05/22 |

### 06/24/2022 - Office Visit in Lapalco - Cardiology (continued)

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **DOE (dyspnea on exertion)** - Primary | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **PVD (peripheral vascular disease)** | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | |
| **Chest pain, atypical** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | |

**Problem List** as of 6/24/2022 Date Reviewed: **6/24/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Leg pain, bilateral** | ICD-10-CM: M79.604, M79.605<br>ICD-9-CM: 729.5 | | | 5/6/2014 - Present |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | | | 7/30/2014 - Present |
| **Pelvic pain in female** | ICD-10-CM: R10.2<br>ICD-9-CM: 625.9 | | | 1/18/2016 - Present |
| **Dyspareunia** | ICD-10-CM: IMO0002<br>ICD-9-CM: 625.0 | | | 1/18/2016 - Present |
| **Menorrhagia** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 1/18/2016 - Present |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | | | 2/10/2016 - Present |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | | | 2/17/2016 - Present |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | | | 2/17/2016 - Present |
| **Vitamin D deficiency** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | | | 1/31/2017 - Present |
| **Status post laparoscopic hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 8/29/2017 - Present |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.09<br>ICD-9-CM: 786.09 | | | Unknown - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/1/2019 - Present |
| **Left flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 | | | 4/22/2019 - Present |
| **Kidney stones** | ICD-10-CM: N20.0<br>ICD-9-CM: 592.0 | | | 4/22/2019 - Present |
| **SUI (stress urinary incontinence, female)** | ICD-10-CM: N39.3<br>ICD-9-CM: 625.6 | | | 4/22/2019 - Present |
| **Migraine without status migrainosus, not intractable** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 5/6/2019 - Present |
| **Right arm numbness** | ICD-10-CM: R20.0<br>ICD-9-CM: 782.0 | | | 5/6/2019 - Present |
| **History of seizures** | ICD-10-CM: Z87.898<br>ICD-9-CM: V12.49 | | | Unknown - Present |
| **Rectal bleeding** | ICD-10-CM: K62.5<br>ICD-9-CM: 569.3 | | | 6/24/2019 - Present |

Progress Notes - 06/24/2022
LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12064882245
Enc. Date 6/24/2022

## 06/24/2022 - Office Visit in Lapalco - Cardiology (continued)

**Problem List (continued)** as of 6/24/2022 Date Reviewed: **6/24/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Peripheral neuropathic pain** | ICD-10-CM: M79.2<br>ICD-9-CM: 729.2 | | | 1/28/2022 - Present |
| **Lower extremity edema** | ICD-10-CM: R60.0<br>ICD-9-CM: 782.3 | | | 1/28/2022 - Present |
| **PVD (peripheral vascular disease)** | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | | | Unknown - Present |
| **Chest pain, atypical** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 6/24/2022 - Present |
| RESOLVED: Leiomyoma of body of uterus | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 2/22/2016 - 8/30/2017 |
| RESOLVED: Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/29/2017 - 8/30/2017 |

**Patient as-of Visit**

**Allergies** as of 6/24/2022

Allergies last reviewed by Twresia Gilmore, MA on 6/24/2022 1411

**ADHESIVE** *[last edited by Monica Lee, MD on 9/13/2017 0933]*
Reactions: Blisters Noted on: 09/13/2017
SNOMED-CT: 788032009

**SHELLFISH CONTAINING PRODUCTS** *[last edited by Ruth L Polk, RN on 8/29/2017 0628]*
Reactions: Hives Noted on: 08/29/2017
SNOMED-CT: 735029006

**Immunizations** as of 6/24/2022

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 03/15/2021, 04/06/2021 |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 |
| Tdap | 10/30/2015, 10/30/2015 |

**Outpatient Medications at Start of Encounter as of 6/24/2022**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler**<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue - Inhalation<br>Class: Historical Med | | | | |
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet**<br>Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray**<br>Sig - Route: 1 spray by Nasal route 4 (four) times daily. - Nasal<br>Class: Print | 26 mL | 0 | 7/24/2018 | |
| **fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler**<br>Sig - Route: Inhale 1 puff into the lungs 2 (two) times daily. Controller - Inhalation<br>Elisha Moses, MA 2/15/2019 9:40 AM<br>prn | 60 each | 0 | 7/26/2018 | 7/26/2019 |
| **levocetirizine (XYZAL) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every evening. - Oral | 30 tablet | 1 | 1/22/2022 | 1/22/2023 |

**06/24/2022 - Office Visit in Lapalco - Cardiology (continued)**

**Outpatient Medications at Start of Encounter as of 6/24/2022 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN) 4 MG tablet**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 4/16/2019 | |
| **pregabalin (LYRICA) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler**<br>Sig - Route: 2 sprays by Nasal route once daily. - Nasal<br>Class: Print | 16.9 mL | 0 | 7/24/2018 | |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet**<br>Sig - Route: Take 800 mg by mouth. - Oral<br>Class: Historical Med | | | 3/1/2021 | 10/11/2022 |
| **meloxicam (MOBIC) 15 MG tablet**<br>Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | 30 tablet | 0 | 10/26/2021 | 10/11/2022 |

**Progress Notes**

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM**

Author: Samuel J Ferris, MD
Filed: 6/24/2022 2:24 PM
Status: Signed

Service: —
Encounter Date: 6/24/2022
Editor: Samuel J Ferris, MD (Physician)

Author Type: Physician
Creation Time: 6/24/2022 2:17 PM

Electronically signed by Samuel J Ferris, MD on 6/24/2022 2:24 PM

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM**

Author: Samuel J Ferris, MD
Filed: 6/24/2022 2:24 PM
Status: Signed

Service: —
Encounter Date: 6/24/2022
Editor: Samuel J Ferris, MD (Physician)

Author Type: Physician
Creation Time: 6/24/2022 2:17 PM

**Subjective:**
**Patient ID:** Trina Louise Brown-Simmons is a 49 y.o. female who presents for follow-up of No chief complaint on file.

HPI

MVP, palpitations, syncope, CVA

6/4/19 TEE - EF 55%, mild MR/TR, no thrombus seen, bubble study negative for intracardiac shunt

Echo 8/1/18
1 - Normal left ventricular systolic function (EF 60-65%).
2 - Concentric remodeling.
3 - Trivial mitral regurgitation.
4 - Trivial to mild tricuspid regurgitation.

Event monitor 6/26/19
- Negative event monitor with no clinical arrhythmias.

**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM (continued)**

Holter 8/1/18
1. Sinus rhythm with heart rates varying between 67 and 160 bpm with an average of 103 bpm.

VENTRICULAR ARRHYTHMIAS
1. There were very rare PVCs recorded totalling 3 and averaging less than 1 per hour.

2. There were no episodes of ventricular tachycardia.

SUPRA VENTRICULAR ARRHYTHMIAS
1. There were very rare PACs recorded totalling 11 and averaging less than 1 per hour.

2. There were no episodes of sustained supraventricular tachycardia.

SINUS NODE FUNCTION
1. There was no evidence of high grade SA nodal block.

AV CONDUCTION
1. There was no evidence of high grade AV block.

Went to the ER 7/24/18
Patient presents complaining of cough and shortness of breath that started yesterday. No chest pain. No pain with breathing. States shortness of breath is worse with lying down and with ambulation. Cough is nonproductive. There is no fever. Patient has had severe nasal congestion. That nasal congestion is chronic. Patient takes Afrin multiple times a day for months due to this nasal congestion. Patient states she has a history of "bronchitis". States she has been prescribed Advair and albuterol in the past for this. She states she feels like she has been wheezing. Patient seen by SORT prior to my evaluation. Patient is on albuterol treatment during my initial evaluation. Patient does report driving to and from Orlando last week.

patient denies any current calf pain but states she has some calf pain last night and felt she had a "charley horse". Denies any leg swelling. Patient has no Homans sign or palpable cord or leg edema. Patient's D-dimer however elevated. With her symptomatology a CT of the chest was performed. No pulmonary embolism or other acute abnormality. No evidence of pericardial effusion or evidence of heart failure. Patient's BNP is not elevated. Patient's troponin is normal. Patient does have an elevated white cell count. Possibly viral etiology. Patient has significant evidence of sinusitis although this appears chronic. Chart review shows the patient had a 2D cardiac echo in 2016 that showed diastolic heart failure. After breathing treatment patient ambulated with oxygen saturations as low as 91% and feeling short of breath. Patient's heart rate decreased to 110 after breathing treatments were off which was consistent with a tachycardia when she arrived. Patient has been hypertensive. Patient is minimally tachypneic. Discussed overnight observation for persistent tachycardia and respiratory symptoms for repeat echocardiogram. Patient refused overnight admission. States she will call her cardiologist Dr. Ferris in the morning. Patient appears to have capacity to understand the risks. Will refill the patient's Advair and albuterol. I strongly recommend she stop using Afrin at all. Patient has been using this daily, repetitively and frequently for months, which could be the underlying cause of hypertension and tachycardia. Due to elevated white cell count will treat with Augmentin for sinusitis. Will switch to steroid nasal sprays. Will given ENT consultation. Follow up with her primary care doctor for blood pressure recheck. Follow up cardiologist for further evaluation of her mitral prolapse and diastolic dysfunction previously seen and workup. Return for worsening symptoms or at any time.

7/27/18 Feels a little better since discharge
Denies CP
Still congested and SOB
EKG 7/24/18 sinus tachycardia 135 - otherwise ok

8/13/18 SOB and heart racing have improved
Gets some generalized fatigue

11/13/18 Denies significant CP or SOB
Walking more
EKG NSR - ok
Gets dizzy when she gets palpitations

Saw Dr Kapoor-Maini 5/24/19
46 y.o. female with remote R cerebellar infarct on MRI brain, episode of right arm numbness and headache likely due to migraine with aura and a history of seizures. She has left eye blurry vision and feels pressure behind this eye. We discussed a referral to ophthalmology for this and patient is in agreement with this plan.

**1. History of stroke**
- atorvastatin (LIPITOR) 20 MG tablet; Take 1 tablet (20 mg total) by mouth once daily. Dispense: 30 tablet; Refill: 1
- CTA Head and Neck (xpd); Future
Check hypercoagulable workup given stroke in young and prior history of miscarraige
- DRVVT; Future
- Cardiolipin antibody; Future
- Beta-2 glycoprotein antibodies; Future
- C-reactive protein; Future
- Lipoprotein A (LPA); Future
- Homocysteine, serum; Future
- Factor 8 assay; Future
- Protein C activity; Future
- Protein S activity; Future
- Antithrombin III; Future
- Factor 5 leiden; Future
- Prothrombin gene mutation; Future
- Hemoglobin Electrophoresis,Hgb A2 Quan.; Future
- Creatinine, serum; Future
She was advised to follow up with Dr. Ferris/cardiology to further evaluate for cardioembolic source and for consideration of TEE and if neg loop recorder. I have sent a message to Dr. Ferris notifying him of reason for follow up
Will hold off on starting aspirin for now as patient has unknown etiology of blood in stool. I have set up for her to see a gastroenterologist on 6/11/9. I have provided her with a note. Will start aspirin 81mg daily if cleared from GI perspective
Start lipitor 20mg daily, pt was advised to let her PCP know she was started on this medication
Side effects of lipitor were discussed with patient and she was advised to notify me or her PCP if she experiences any

6/18/19 Denies CP or SOB
Discussed ILR or event monitor - she would prefer to have the event monitor first

8/9/19 Denies CP or SOB
Denies further neurologic symptoms

12/3/20 Denies CP, SOB, or palpitations
Needs clearance for foot surgery
EKG NSR -ok

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM (continued)**

Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

4/8/21 needs clearance for revision of plantar fasciitis surgery at Touro
Denies CP, mild stable DOE
BP controlled
EKG NSR short PR otherwise ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

6/24/22 Here for worsening daily palpitations for the last 2 weeks. Also reports increased DOE and pain around left axilla
EKG NSR ok

Review of Systems
Constitutional: Negative for decreased appetite.
HENT: Negative for ear discharge.
Eyes: Negative for blurred vision.
Respiratory: Negative for hemoptysis.
Endocrine: Negative for polyphagia.
Hematologic/Lymphatic: Negative for adenopathy.
Skin: Negative for color change.
Musculoskeletal: Negative for joint swelling.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for brief paralysis.
Psychiatric/Behavioral: Negative for hallucinations.
Allergic/Immunologic: Negative for hives.

**Objective:**
**Physical Exam**
Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Intact distal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.

**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM (continued)**

Cervical back: Normal range of motion and neck supple.

Skin:

General: Skin is warm and dry.

Neurological:

Mental Status: She is alert and oriented to person, place, and time.

**Assessment:**

1. **DOE (dyspnea on exertion)**
2. Palpitations
3. Mitral valve prolapse
4. Essential hypertension
5. PVD (peripheral vascular disease)
6. Syncope and collapse
7. Chest pain, atypical

**Plan:**

Holter for palpitations
Echo and lexiscan myoview for CP and DOE - says she can't walk treadmill due to left foot pain
Continue Rx for HTN, PAD, CVA, MVP

Electronically signed by Samuel J Ferris, MD on 6/24/2022 2:24 PM

**Procedures for Abstract**

**IN OFFICE EKG 12-LEAD (to Muse) [736511598] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 5475613 | — | — | 06/24/22 1414 |

**IN OFFICE EKG 12-LEAD (to Muse) [736511598]** Resulted: 06/28/22 2333, Result status: Final result

Order status: Completed
Collected by: 06/24/22 1414
Filed by: Interface, Lab In HIseven 06/28/22 2334
Resulting lab: OCHS GE MUSE

Narrative
Test Reason : R06.00,R00.2,I34.1,I10,I73.9,R55,R07.89,

Vent. Rate : 093 BPM Atrial Rate : 093 BPM
P-R Int : 122 ms QRS Dur : 070 ms
QT Int : 346 ms P-R-T Axes : 052 053 040 degrees
QTc Int : 430 ms

Normal sinus rhythm
Normal ECG
When compared with ECG of 08-APR-2021 09:34,
No significant change was found
Confirmed by Bedi MD, Updesh S. (64) on 6/28/2022 11:33:50 PM

**Procedures for Abstract (continued)**

Referred By: FERRIS Confirmed By:Updesh S. Bedi MD
Acknowledged by: Samuel J Ferris, MD on 06/29/22 0836

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - GEMUSE** | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

**Indications**

DOE (dyspnea on exertion) [R06.00 (ICD-10-CM)]
Palpitations [R00.2 (ICD-10-CM)]
Mitral valve prolapse [I34.1 (ICD-10-CM)]
Essential hypertension [I10 (ICD-10-CM)]
PVD (peripheral vascular disease) [I73.9 (ICD-10-CM)]
Syncope and collapse [R55 (ICD-10-CM)]
Chest pain, atypical [R07.89 (ICD-10-CM)]

**All Reviewers List**

Samuel J Ferris, MD on 6/29/2022 08:36

**Follow-up and Disposition History**

06/24/2022 1423 - Samuel J Ferris, MD

Dispositions:
- Follow up in about 1 week (around 7/1/2022).

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

---

Date: 12/14/2022
Request Number: 63342316
Page Count: 19

**Your requested medical records are attached.**

Patient Name: TRINA SIMMONS
Medical Facility: Qchsner DDS QDD Requests
Requester: Juan Miguel Mora
Organization: ReleasePoint, Inc./PORTAL

Your reference number: 10156846

Thank you,

*MRO*
*MROcorp.com*

Request Corr.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**OCHSNER MEDICAL CENTER**
**1514 JEFFERSON HWY**
**ATTN: MEDICAL RECORDS**
**New Orleans, LA 70121**

Date: Dec 8, 2022

**Re: Long Term Disability Benefits**
Claim# 10156846 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: OCHSNE

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From December 8, 2021 to Present**
**- Seen By: Ochsner Health Center - Lapalco**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Juan Miguel Mora
Disability Information Specialist
Phone No.: (213) 269-4241
Fax No: (213) 884-4921

RPID: 10156846

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00001S91 LFFP3JD1 00008054

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Atrina Simmons

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative [signature] Date: 11/3/22

Date of Birth: ____________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**



PAGE 6/9 * RCVD AT 11/9/2022 9:10:19 AM [Eastern Standard Time] * SVR:VA1PWFAX201/3 * DNIS:8773536412 * CSID:Office Depot #56 * ANI:5043680135 * DURATION (mm-ss):04-48

Request Corr.

Lincoln Financial Group®

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 10156846

# Quality Assurance Report

## Request Information

Report Date: December 16, 2022

**RP ID:** 10156846

Patient Name: SIMMONS, TRINA

Provider Name: OCHSNER MEDICAL CENTER

## Quality Assurance Information

Scope Requested: **From December 8, 2021 to Present**

Special Request:
- Seen By: Ochsner Health Center - Lapalco

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JCREN

ReleasePoint

**Medical Record Overview**

**Date:** **December 14, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** FAMILY PHYSICIANS CENTER
5216 LAPALCO BLVD
MARRERO, LA 70072
(504) 348-4357

**RP ID:** 10156842

**Client ID:** 11059701

**Source:** L-WALMAR

**Request Scope:** From August 1, 2022 to Present

**Req By:** J Malaguerra
05-290765

**Chart Range:** 11/08/2022 - 11/15/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 15 2022 | Nov 8 2022 | 2 | 2 |
| Request Corr. | | | 4 | 4 |
| **Total Page Count:** | | | 6 | |

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED

Only received medical records, Pls Request for an updated Restrictions Form

P.0005/0006

Progress Notes - 11/15/2022 2nd ID Confirmed

Time in: | Time Out:

**Family Physician Center**

5216 Lapalco Blvd. Marrero, LA 70072

Appt/Sign in time: 10:00/10:30

Walk in / Appt / BW

Date: 11-15-2022 Name: Trina Simmons

Medications: See List

#1

Allergies: shellfish, adhesive

T: 98.1 P: 108 BP: 131/94 R: 20 Weight: ______ Height: ______

Chief Complaint: (1) Lab Review - A.W.

**Review of systems:** General: Fever, Chills, WT gain, WT loss, Fatigue; Gastrointestinal: Nausea, Vomiting, Diarrhea, Constipation, Abdominal pain, Swallowing problem; Respiratory: SOB, Dyspnea on exertion; Cardiovascular: Chest pain; Urinary: Urgency, Frequency, Pain; Genital: Discharge, Pain on urination Neurological: Weakness, Tremor, Visual problems, Hearing problems; Musculoskeletal: Weakness; Skin: Rash, Itch

Neck Supple no
Heart, S.S.
Cont. cl. to auscult.

Pain: numbness
Foot pain

Had relief
- some with Lyrica

Uric Acid 5.7
not Gout

**Bloodwork**
CBC, Chem Comp
LFT, Lipid Panel
TSH, HgB A1C
Thyroid Profile
PT/INR, UA CS
Micro alb Creat
PSA, EKG

**Referrals**
GI, GU, Ortho,
Ophthalmology,
Endocrinology,
ENT, Neurology,
Neurosurgery,
Rheumatology,
GYN, Cardiologist,
Pulmonology,
Dermatology,
Oncolo

P.L.
restart Lyrica
F/U c̄ Neurology
RTC after Neurology
appointment for update

**Diagnosis:** Neuropathic Pain
Cervical radiculopathy
Sciatica

Signature: ____________ Records: ____________

Paul Staab, MD [signature]

PLEASE NOTE: IF YOU EXPERIENCE ANY PROBLEMS RETURN TO THE CLINIC OR GO TO ANY NEAREST EMERGENCY ROOM!!!

Progress Notes - 11/08/2022

Time in:

Time Out: 1300

**Family Physician Center**

Appt/Sign in time: 11:26/11:30

5216 Lapalco Blvd. Marrero, LA 70072

Walk in (Appt) BW

**Date:** 11-8-2022 **Name:** Trina Simmons

**Medications:** See list

#1

**Allergies:** Shellfish, adhesive

**T:** 98.1 **P:** 92 **BP:** 151/92 **R:** 18 **Weight:** 214 **Height:**

**Chief Complaint:** ① (L) foot & knee pain x 2yr. ② Rx request for Ibuprofen 800mg

**Review of systems:** General: Fever, Chills, WT gain, WT loss, Fatigue; Gastrointestinal: Nausea, Vomiting, Diarrhea, Constipation, Abdominal pain, Swallowing problem; Respiratory: SOB, Dyspnea on exertion; Cardiovascular: Chest pain; Urinary: Urgency, Frequency, Pain; Genital: Discharge, Pain on urination Neurological: Weakness, Tremor, Visual problems, Hearing problems; Musculoskeletal: Weakness; Skin: Rash, Itch

**Bloodwork**
CBC, Chem Comp
LFT, Lipid Panel
TSH, HgB A1C
Thyroid Profile
PT/INR, UA CS
Micro alb Creat
PSA, EKG

**Referrals**
GI, GU, Ortho, Ophthalmology, Endocrinology, ENT, Neurology, Neurosurgery, Rheumatology, GYN, Cardiologist, Pulmonology, Dermatology, Oncolo

Hx: 50 y/o female c/o pain in the (L) ankle & (L) 1st MTP joint x 2 years. Pt. states that the left ankle & foot swell whenever she walks. Pt. states that the pain in her ankle & foot responds to Ibuprofen 800mg h.s. and she is requesting a prescription for this medication.

PE: WN, obese female in NAD.
HEENT: PERL
Ext: No swelling or erythema noted over the left ankle & foot. Sensation is intact. Uric Acid,

HIV
RPR
URINE
CHL
HepC

**Diagnosis:**

Impression: Left Ankle Arthralgia
Arthritis Left First MTP joint

Plan: Rx Ibuprofen 800mg h.s. # 30
Follow-up with Vascular Surgeon ASAP

**Signature:** [signature]

**William Troxler, MD**

**Records:**

RTC for Uric Acid Results.

PLEASE NOTE: IF YOU EXPERIENCE ANY PROBLEMS RETURN TO THE CLINIC OR GO TO ANY NEAREST EMERGENCY ROOM!!!

Request Corr.

P.0001/0006

From ReleasePoint 1.626.628.9628 Fri Dec 9 12:50:16 2022 MST Page 1 of 5

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**FAMILY PHYSICIANS CENTER**
**5216 LAPALCO BLVD**
**ATTENTION: MEDICAL RECORDS- HOLLY**
**MARRERO, LA 70072**

Dec 9, 2022
**Re: Long Term Disability Benefits**
Claim# 10156842 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: AVRBZF

Dear MR-HOLLY,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 1, 2022 to Present**
Medical records and restrictions form - Seen By: FAMILY PHYSICIANS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Leizl Olanda

Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 10156842

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

0000191 LTFPaJD1 000085A

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alana Simmons

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative [signature] Date: 11/3/22

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 10156842

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | SIMMONS, TRINA |
| RP ID: | 10156842 |
| Access Code: | AVRBZF |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 10156842

# Quality Assurance Report

## Request Information

Report Date: December 14, 2022

**RP ID:** 10156842

Patient Name: SIMMONS, TRINA

Provider Name: FAMILY PHYSICIANS CENTER

## Quality Assurance Information

Scope Requested: **From August 1, 2022 to Present**

Special Request:

Medical records and restrictions form - Seen By:
FAMILY PHYSICIANS CENTER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED Only received medical records, Pls Request for an updated Restrictions Form

Chart Reviewed By: CPIAO

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group
*Lincoln National Life Insurance Company*

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 11/29/22 - 12/12/22
Pmt Date: 12/12/22
Check #: 108435106

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 11/29/22 | 12/12/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 11/29/22 | 12/12/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

ReleasePoint

**Medical Record Overview**

**Date:** **December 13, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** WALKER, JONES
Medical Center Blvd North Tower
Marrero, LA
(504) 347-2141

**Request Scope:** From December 8, 2021 to Present

**Chart Range:** 02/04/2022 - 07/07/2022

**RP ID:** 10156847

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** J Malaguerra
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 7 2022 | Feb 4 2022 | 9 | 2 |
| Other Records | | | 1 | 11 |

**Total Page Count:** 10

**Notes From QC:**

Progress Notes - 02/04/2022

**Simmons, Trina**

Visit Note - February 4, 2022

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 102800PAT000004702 | Female | | | MM0000004700 |

**Medical History**
Anxiety disorder
Arthritis
Asthma
Elevated blood pressure
Epilepsy
Hypercholesterolemia

**Skin Conditions**
Eczema

**Social History**
EtOH less than 1 drink per day
Smoking status - Never smoker

**Medications**
Atrovent HFA inhalation
Flonase Allergy Relief Nasal
amlodipine Oral
Lyrica Oral
meloxicam

**Allergies**
adhesive

**ROS**
Provider reviewed on Feb 04, 2022.

A focused review of systems was performed including Allergic / Immunologic, Cardiovascular, Constitutional / Symptom, Endocrine, ENT and Mouth, Eyes, Gastrointestinal (G.I.), Hematologic / Lymphatic, Integumentary, Musculoskeletal, Neurological, Psychiatric, and Respiratory and was negative.

## Chief Complaint: Rash

**HPI:** This is a 49 year old female who is being seen for a chief complaint of rash, located on the legs and trunk. The rash is flaking and itchy and mild in severity. The rash has been present for years.

### Exam:

An examination was performed including the scalp (including hair inspection), head (including face), inspection of conjunctivae and lids, lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, left upper extremity, right lower extremity, left lower extremity, and Inspection and palpation of digits and nails.

Patient Skin Type is Type IV.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

### Impression/Plan:

1. MIPS

**Plan: MIPS Quality.**
Quality 110 (Influenza Immunization): Influenza Immunization previously received during influenza season
Quality 111 (Pneumonia Vaccination Status for Older Adults): Pneumococcal Vaccination Previously Received
Quality 47 (Advance Care Plan): Advance Care Planning discussed and documented in the medical record; patient did not wish or was not able to name a surrogate decision maker or provide an advance care plan.

2. MIPS

**Plan: MIPS Quality.**
Quality 110 (Influenza Immunization): Influenza immunization was not ordered or administered, reason not given

3. Atopic Dermatitis
(L20.89)
Erythematous eczematous patches
distributed on the left lateral buttock, right anterior medial proximal thigh, left anterior proximal thigh, left anterior distal thigh, and right proximal pretibial region.

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin care: Patient should bathe using lukewarm water with a mild cleanser and moisturize immediately after. Emollients should be applied at least 2-3 times daily. Avoid scented detergents or fabric softeners. Keep fingernails short. Avoid excessive hand washing.
Expectations: The patient is aware that atopic dermatitis is chronic in nature and can improve with moisturizers and topical steroids and worsen with stress, scented soaps, detergents, scratching, dry skin, changes in weather and skin infections.
Contact office if: Atopic Dermatitis worsens or fails to improve despite several weeks of treatment; patient develops skin infections (such as: yellow honey colored crusts or cold sores).

I recommended the following:
Antihistamines
Cleansers
Moisturizers
Topical Steroids

**Plan: Prescription.**
triamcinolone acetonide 0.1 % topical ointment TP
Sig: AAA BID eczema arms, legs, back, chest, stomach PRN eczema (large BODY SURFACE AREA involved).
Quantity: 80 Gram Refills: 1

### Follow up in 2 weeks

Progress Notes - 02/04/2022

# Simmons, Trina

Visit Note - February 4, 2022

| PMS ID | Sex | DOB | Phone | MRN |
|---|---|---|---|---|
| 102800PAT000004702 | Female | | | MM0000004700 |

**Staff:**

R. Walker Jones, M.D. (Primary Provider) (Bill Under)

Summer C

Progress Notes - 02/04/2022

**Simmons, Trina**

Visit Note - February 4, 2022

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 102800PAT000004702 | Female | | | MM0000004700 |




Electronically Signed By: R. Walker Jones, M.D., 02/04/2022 02:48 PM CST

# Simmons, Trina

Visit Note - February 24, 2022

PMS ID: 102800PAT000004702 Sex: Female DOB: Phone: MRN: MM0000004700

**Medical History**
Anxiety disorder
Arthritis
Asthma
Elevated blood pressure
Epilepsy
Hypercholesterolemia

**Skin Conditions**
Eczema

**Social History**
EtOH less than 1 drink per day
Smoking status - Never smoker

**Medications**
triamcinolone acetonide 0.1 % Topical - ointment
Atrovent HFA Inhalation
Flonase Allergy Relief Nasal
amlodipine Oral
Lyrica Oral
meloxicam

**Allergies**
adhesive

**ROS**
Provider reviewed on Feb 24, 2022.

A focused review of systems was performed including Allergic / Immunologic, Hematologic / Lymphatic, and Integumentary and was negative.

## Chief Complaint: F/U Atopic Dermatitis evaluated on February 4, 2022

**HPI:** This is a 49 year old female who is following up for atopic dermatitis on the left lateral buttock, right anterior medial proximal thigh, left anterior proximal thigh, left anterior distal thigh, and right proximal pretibial region. She was seen on February 4, 2022, at which time she was prescribed Triamcinolone acetonide 0.1 % topical ointment (AAA BID eczema arms, legs, back, chest, stomach PRN eczema (large BODY SURFACE AREA involved).).

The patient presents for further evaluation and management.

## Exam:

An examination was performed including the head (including face), inspection of conjunctivae and lids, right ear, left ear, neck, right upper extremity, left upper extremity, right lower extremity, and left lower extremity

Patient Skin Type is Type V.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

## Impression/Plan:

1. MIPS

**Plan: MIPS Quality.**
Quality 110 (Influenza Immunization): Influenza immunization was not ordered or administered, reason not given

2. Atopic Dermatitis
(L20.89)
Erythematous eczematous patches
distributed on the right pretibial region and left thigh.
Status: Improved

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin care: Patient should bathe using lukewarm water with a mild cleanser and moisturize immediately after. Emollients should be applied at least 2-3 times daily. Avoid scented detergents or fabric softeners. Keep fingernails short. Avoid excessive hand washing.
Expectations: The patient is aware that atopic dermatitis is chronic in nature and can improve with moisturizers and topical steroids and worsen with stress, scented soaps, detergents, scratching, dry skin, changes in weather and skin infections.
Contact office if: Atopic Dermatitis worsens or fails to improve despite several weeks of treatment; patient develops skin infections (such as: yellow honey colored crusts or cold sores).

I recommended the following:
Antihistamines
Cleansers
Moisturizers
Topical Steroids

**Plan: Counseling: Topical Steroids.**
I discussed with the patient that prolonged use of topical steroids can result in the increased appearance of superficial blood vessels (telangiectasias), lightening (hypopigmentation) and thinning of the skin (atrophy). Patient understands to avoid using high potency steroids in skin folds, the groin or the face. The patient verbalized understanding of the proper use and possible adverse effects of topical steroids. All of the patient's questions and concerns were addressed.

**Plan: Treatment Regimen.**
Continue the following treatment(s): Triamcinolone ointment bid prn.

## Follow up in 4 months

Progress Notes - 02/24/2022

**Simmons, Trina**

Visit Note - February 24, 2022

| PMS ID | Sex | DOB | Phone | MRN |
|---|---|---|---|---|
| 102800PAT000004702 | Female | | | MM0000004700 |

**Staff:**

R. Walker Jones, M.D. (Primary Provider) (Bill Under)

Summer C



Lincoln/Brown-Simmons 1052




Electronically Signed By: R. Walker Jones, M.D., 02/24/2022 09:53 AM CST

**Simmons, Trina**

Visit Note - July 7, 2022

PMS ID: 102800PAT000004702 Sex: Female DOB: Phone: MRN: MM0000004700

## Medical History
Anxiety disorder
Arthritis
Asthma
Elevated blood pressure
Epilepsy
Hypercholesterolemia

## Skin Conditions
Eczema

## Social History
EtOH less than 1 drink per day
Smoking status - Never smoker

## Medications
triamcinolone acetonide 0.1 % Topical - ointment
Atrovent HFA Inhalation
Flonase Allergy Relief Nasal
amlodipine Oral
Lyrica Oral
meloxicam

## Allergies
adhesive

## ROS
Provider reviewed on Jul 07, 2022.

A focused review of systems was performed including Allergic / Immunologic, Hematologic / Lymphatic, Integumentary, Musculoskeletal, Neurological, and Respiratory and was negative.

## Chief Complaint: F/U Atopic Dermatitis evaluated on February 24, 2022

**HPI:** This is a 49 year old female who is following up for atopic dermatitis on the right pretibial region and left thigh.
She was seen on February 24, 2022, at which time
The following treatment regimen was given:
Continue the following treatment(s): Triamcinolone ointment bid pm. .

The patient presents for further evaluation and management.

## Exam:
An examination was performed including the head (including face), inspection of conjunctivae and lids, right ear, left ear, neck, right upper extremity, left upper extremity, right lower extremity, and left lower extremity

Patient Skin Type is Type IV.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

## Impression/Plan:
1. Atopic Dermatitis
(L20.89)
Erythematous eczematous patches
distributed on the right anterior distal thigh, left proximal pretibial region, right distal posterior thigh, and left anterior proximal upper arm.
Status: Well Controlled
Overall Assessment: 2.0 - Mild

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin care: Patient should bathe using lukewarm water with a mild cleanser and moisturize immediately after. Emollients should be applied at least 2-3 times daily. Avoid scented detergents or fabric softeners. Keep fingernails short. Avoid excessive hand washing.
Expectations: The patient is aware that atopic dermatitis is chronic in nature and can improve with moisturizers and topical steroids and worsen with stress, scented soaps, detergents, scratching, dry skin, changes in weather and skin infections.
Contact office if: Atopic Dermatitis worsens or fails to improve despite several weeks of treatment; patient develops skin infections (such as: yellow honey colored crusts or cold sores).

I recommended the following:
Antihistamines
Cleansers
Moisturizers
Topical Steroids

**Plan: Counseling: Topical Steroids.**
I discussed with the patient that prolonged use of topical steroids can result in the increased appearance of superficial blood vessels (telangiectasias), lightening (hypopigmentation) and thinning of the skin (atrophy). Patient understands to avoid using high potency steroids in skin folds, the groin or the face. The patient verbalized understanding of the proper use and possible adverse effects of topical steroids. All of the patient's questions and concerns were addressed.

**Plan: Prescription.**
triamcinolone acetonide 0.1 % topical ointment TP
Sig: AAA BID arms, legs, back, chest, stomach PRN eczema (large BODY SURFACE AREA involved).
Quantity: 80 Gram Refills: 1

## Follow up in 6 months

## Staff:



Lincoln/Brown-Simmons 1054

# Simmons, Trina

Visit Note - July 7, 2022

| PMS ID | Sex | DOB | Phone | MRN |
|---|---|---|---|---|
| 102800PAT000004702 | Female | | | MM0000004700 |

R. Walker Jones, M.D. (Primary Provider) (Bill Under)

Jennifer F

Lincoln/Brown-Simmons 1055




Electronically Signed By: R. Walker Jones, M.D., 07/07/2022 08:41 AM CDT

R. WALKER JONES, M.D.
DERMATOLOGY

Date: December 13, 2022

To Whom It May Concern:

Re: Medical Records – Trina Simmons (D.O.B.

I, Jennifer Bowman, Custodian of Records for Harris M. Blackman, M.D., LLC, certify that the enclosed records, medical and billing, are true and correct.

Our fee for this service is as follows:

$9.00 Records

$25.00 Administration fee

$34.00 Total

Our Tax I.D. is 72-1488025.

Please remit upon receipt.

Sincerely,

Jennifer Bowman

Jennifer Bowman

Office Manager/Custodian of Medical Records

Harris M. Blackman, M.D. L.L.C

Robert Walker Jones, M.D.

1111 MEDICAL CENTER BLVD., SUITE N 401 MARRERO, LOUISIANA 70072 TELEPHONE (504) 347-2141

# Quality Assurance Report

## Request Information

Report Date: December 13, 2022

**RP ID:** 10156847

Patient Name: SIMMONS, TRINA

Provider Name: WALKER, JONES

## Quality Assurance Information

Scope Requested: **From December 8, 2021 to Present**

Special Request:
All medical records within timeframe - Seen By: WALKER, JONES

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 9, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

To continue receiving disability benefits, we need you Dr. Staab, Dr. Melcher, Dr. Rousch, Dr. Hirsch, Dr. Ferris and Dr. Jones to provide an update on your condition.

**What You Need to Do By January 23, 2023:**

1. **Check in with Dr. Staab, Dr. Melcher, Dr. Rousch, Dr. Hirsch, Dr. Ferris and Dr. Jones to ensure they have sent the required information.** On December 8, 2022 they received a request for your medical records from our medical records vendor, on our behalf.

2. **If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 2021 through the present. They can send in the information by:

   - Mail to Lincoln National Life Insurance Company, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
   - Email to WMClaims@lfg.com
   - Fax to (877) 353-6412

Please ensure we receive your records on time to avoid your benefits being discontinued. If we do not receive the requested information by January 23, 2023 your benefits may be suspended and if we do not receive them February 23, 2023, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeffrey Malaguerra
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Lincoln Financial Group
*Lincoln National Life Insurance Company*

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 11/15/22 - 11/28/22
Pmt Date: 11/28/22
Check #: 108322850

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 11/15/22 | 11/28/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 11/15/22 | 11/28/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 11/01/22 - 11/14/22
Pmt Date: 11/14/22
Check #: 108216380

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 11/01/22 | 11/14/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 11/01/22 | 11/14/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

11/9/2022 2:10 PM FROM: Office Depot #56 TO: +18773536412 P. 1

# Office DEPOT OfficeMax

## complimentary fax cover sheet

number of pages including cover sheet: 9

attention to: [illegible] date: 11/9/22

company: Lincoln Financial Group from: [illegible]

phone #: 877-353-6409 company: Lincoln Financial

fax #: 877-353-6412 sender's phone #:

sender's email:

comments:

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret or other rights of any third party, (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc. to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

self service domestic per page
$1.55

full service domestic per page
$1.89 833071

full service international per page
$4.99 833191

self service international per page
$3.99 2064240

Office Depot/Office Max Store #56
1500 Westbank Expressway
Harvey, LA 70056
PHONE: 504.368.9731 FAX: 504.368.0135
EMAIL: ods00056cpc@officedepot.com

Office DEPOT OfficeMax

Rev 10/20

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Jeffrey Malaguerra

*page 1 of 4*

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

00001991 LFPP3JD1 00008050

How long are you able to:
sit about 15min stand about 10min walk ______

How many hours a day do you:
sit ______ stand ______ walk ______

Do you take a nap during the day?
Yes ✓ No ______
If Yes, for how long? 1 hour atleast 3 times a day At what time of the day? different times

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:
cane ✓ walker ✓ crutches ______ wheelchair ______ other electric cart

How long are you able to sit in a car? 15 min

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 15 min

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
they came see me

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ✓ No ______ If Yes, please explain I had to put her in nursing ho

How many times a day do you leave the house during the week? 1 if I have a dr. Appt.

On the weekends? 0

How often do you run errands? my daughter do

Please describe what errands you most commonly run: N A

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? one daily

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ____

If yes, how often per day (hours) do you use the internet? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? ____

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. Facebook, Youtube.com

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ ho

What do you use these social media sites for? to see what

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. mobile Phone

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a phone, how long (hours per day)? | ___ None | ___ 0-1 hours | ✓ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a E-reader, (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

For what reasons, do you use these devices?

People Calling or to make call

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NA

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hour |
| If yes, how many days per week do you play? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hour |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Chrishunte Simmons | |
| Carrying groceries into the house | Chrishunte Simmons | |
| Cooking meals | Chrishunte Simmons | |
| Cleaning after meals | Chrishunte Simmons | |
| Cleaning bathrooms | Chrishunte / Christopher | |
| Vacuuming | Chrishunte / Christopher | |
| Doing the laundry | Chrishunte | |
| Opening and responding to mail | Chrishunte / myself | |

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 4*

| | | |
|---|---|---|
| Managing your finances | usaly Chishinte | |
| Balancing your checkbook | Aunt | |
| Bathing yourself | Chirhite Myself | |
| Styling your own hair | Chrishinte | |
| Getting dressed | Chishite/Myself | |
| Going up and down stairs | noe | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

How often do you travel or take vacation? havent had a vacation in 3 years

Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ______ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ✓

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Bad feet Pain, Knee Pain, numbing, lupus, back Pain and neck pain

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Get up and brush teeth wash Face eat sit outside for a little while brlying side and lay on sofa watch news, go back outside sit on porch eat get more air than lay down again and watch tv again

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

( ) -

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

00001991 LFPP3JD1 00008052

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 4 of 4*

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: VTiMA Simmons Date: 11/3/22

Signature: [signature]

00001991 LFPP3JD1 00008053

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Jeffrey Malaguerra

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/12/2021 to the present. *If additional space is needed, please use a separate sheet of paper.*

0001991 LFPP3JD1 00008055

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Staub
Specialty: Family medical
Address: 5216 Lapalco Blvd 90
Marrero LA 70072
Telephone No.: (504) 348-435 Fax No.: ( )

Name: Dr. A Methur
Specialty: Neurological.
Address: 3900 Houma Blvd
Metairie LA
Telephone No.: (504) 885-1337 Fax No.: ( )

Name: Dr. H Roach
Specialty: Cardiovascular Surgeons
Address: 4228 Houma blvd
Metairie LA
Telephone No.: 504 454-2222 Fax No.: ( )

Name: Dr Howard Hirsch
Specialty: Orthopedic Surgery
Address: 1057 Maillard Dr
Luling LA 70070
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: United Healthcare/Community Care
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: walmart
Specialty:
Address: 4810 Lapalco Blvd
Marrero LA 70072
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Trina Simmons DATE: 11/3/22

Dr. Samuel Ferris
Cardiology
120 Ochsner Blvd suite 160
Gretna LA 70056
504. 371-9355

Dr. Walker Jones
Dermatology
1111 Medical Center Blvd
Marrero LA 70072
(504) 347-2141

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Jeffrey Malaguerra

**EMPLOYEE/CLAIMANT NAME:** Trina Simmons **CLAIM #:** 11059701
**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle In t.) Simmons TRINA | Social Security # | Email Address |
| Street Address | City | State Zip |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |
| Spouse's Full Name and Date of Birth Christopher Simmons | Number of Children 4 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Christopher Simmons Relationship to you? husband Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 1512.00 | Aug 8, 2022 | | 1/30/21 |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** TRINA Simmons

**DATE:** 11/3/22 **EMPLOYEE'S SIGNATURE:** Trina Simmons

DP 409

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00001991 LFPP3JD1 00008054

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Tirm Simmons

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative [signature] Date: 11/3/22

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 10/18/22 - 10/31/22
Pmt Date: 10/31/22
Check #: 108102297

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 10/18/22 | 10/31/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 10/18/22 | 10/31/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

October 20, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Walmart, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on March 9, 2021, the change in definition will occur on March 9, 2023. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by December 4, 2022:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
__ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeffrey Malaguerra
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Jeffrey Malaguerra ______



EMPLOYEE/CLAIMANT NAME: Trina Simmons ______
CLAIM NO: 11059701 ______ DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Walmart, Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? ______________________

Are you left or right hand dominant? Left ____ Right ____

Are you able to work in your garden? Yes ____ No ____

Are you able to work on your house? Yes ____ No ____

Are you able to wash your car? Yes ____ No ____

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________

If yes, how often per day (hours) do you use the internet? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? ______________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________

If yes, how often per day (hours) do you engage in activities? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? ______________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a phone, how long (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a E-reader, (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

For what reasons, do you use these devices?

______________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes, how many days per week do you play? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 4*

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ____________________

How often do you travel or take vacation? ____________________
Where do you go? How do you get there (transportation method)? ____________________

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:
- how many hours per day? ________
- how many hours per week? ________
- for whom? ____________________

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 4 of 4*

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ________________________________ Date: ________________

Date of Birth: ____________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Jeffrey Malaguerra

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/12/2021 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Jeffrey Malaguerra

**EMPLOYEE/CLAIMANT NAME:** Trina Simmons **CLAIM #:** 11059701
**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ______________________

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 10/04/22 - 10/17/22
Pmt Date: 10/17/22
Check #: 107992756

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 10/04/22 | 10/17/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 10/04/22 | 10/17/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ 746.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln Financial Group
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 09/20/22 - 10/03/22
Pmt Date: 10/03/22
Check #: 107887506

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 09/20/22 | 10/03/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 09/20/22 | 10/03/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
14045 BALLANTYNE CORP PL #250
CHARLOTTE, NC 28277-0000
1-(877) 353-6404

Claim: 11059701
Claim Type: LTD
Payee Type: EMP

Customer: WALMART, INC.
Subsidiary: WALMART, INC.
Location: FACILITY CODE 1353
Employee: TRINA B SIMMONS

Policy Number: GF3-850-290765-01
Pmt Period: 09/06/22 - 09/19/22
Pmt Date: 09/19/22
Check #: 107771344

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1405.52 | $ 0.00 | $ 659.08 | $ 746.44 | $ 0.00 | $ 0.00 | $ 0.00 | $ 746.44 | $ 0.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SS - DISABILITY | 09/06/22 | 09/19/22 | $ 659.08 | | | | |

Subtotal Offset $ 659.08

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEDUCTION OVERPAYME | 09/06/22 | 09/19/22 | $ 746.44 | | | | |

Subtotal Deduction $ 746.44

Total Provisions $ 0.00 Total Offsets $ 659.08 Total Deductions $ 746.44

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 746.44 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 746.44 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

# Billing Statement:

ReleasePoint

**Invoice Date: 09/02/2022** **Invoice #: 717384-440**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Aug 1 2022 and Aug 31 2022**

**L-WALMAR** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9456016<br>11059701 | SIMMONS, TRINA<br>JEFFERSON NEUROLOGICAL ASSOCI... | Complete | 06/27/22<br>A Doughty | $ 9.00 | $ 34.00 | $ 0.00 | $ 0.00<br>14 | **$ 43.00** |
| 9456015<br>11059701 | SIMMONS, TRINA<br>NEW ORLEANS PODIATRY ASSOCIA... | Complete | 06/27/22<br>A Doughty | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>30 | **$ 9.00** |
| 9576816<br>11059701 | SIMMONS, TRINA<br>FAMILY PHYSICIANS CENTER | Complete | 07/26/22<br>K Holzinger | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>12 | **$ 9.00** |
| 9456014<br>11059701 | SIMMONS, TRINA<br>OCHSNER MEDICAL CENTER | Complete | 06/27/22<br>A Doughty | $ 9.00 | $ 51.50 | $ 0.00 | $ 0.00<br>34 | **$ 60.50** |

**ReleasePoint**

**Total Amount Due: $ 121.50**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Omaha, [illegible]

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 11059701

I Trina Simmons (full name) authorize The Lincoln National Life Insurance Company to debit my account at the financial institution listed below for 10,000 (amount) on or after 9/9/22 (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______ Phone# ______

City, State, Zip ______ Email ______

Account Type: ☑ Checking ☐ Savings

Financial Institution Name Capital one

Financial Institution Address ______

Routing Number

Account Number

SIGNATURE Trina Simmons DATE 9/9/22

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**From:** DisabilityDocuments
**Sent:** Tuesday, September 13, 2022 10:43 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: 11059701

---

**From:** Trina Brown-Simmons <
**Sent:** Tuesday, September 13, 2022 2:37:15 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 11059701

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (877) 353-6412

September 9, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

This letter is to confirm our conversation on September 8, 2022. Thank you for reviewing your disability claim overpayment and agreeing to a repayment arrangement. The repayment agreement applies to your outstanding overpayment of $18,336.79 owed to The Lincoln National Life Insurance Company.

We discussed and agreed to the following repayment arrangement:

- **Lump Sum Payment**

  You agreed to remit a lump sum payment of $10,000.00 toward the overpayment balance due of $18,336.79, leaving a remaining balance due of $8,336.79.

  Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

  **Refund/Recoveries**
  **Group Protection Disability Claims**
  **The Lincoln National Life Insurance Company**
  **PO Box 26028**
  **Greensboro, NC 27420-6028**

  **Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com.

- **Full Benefit Reduction**

  The Lincoln National Life Insurance Company will withhold your bi-weekly disability benefit payment in the amount of $746.44 and apply towards the overpayment balance until paid in full. This will begin with your next bi-weekly benefit payment scheduled to issue on September 19, 2022.

- **Full Repayment if Disability Benefit Ceases**

  If your disability benefit eligibility ends prior to full overpayment recovery, you will need to remit a monthly payment or provide full reimbursement of the overpayment balance by personal check, a cashier's check, or money order. The full reimbursement will be due within 10 business days from the date your claim closes.

- **No Referral to Outside Collection Agencies**

  The Lincoln National Life Insurance Company will not refer the management of this overpayment to an outside collection agency so long as you meet the terms and conditions of this agreement and repayment arrangement.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Hillary Clarke
Recovery Specialist II
On Behalf Of: Nicole Willrich
Phone No.: (888) 437-7611 Ext. 16486
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 11059701

I ______________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on or after __________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________ Phone# ______________________

City, State, Zip ______________________ Email ______________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________

Financial Institution Address ______________________

Routing Number ______________________

Account Number ______________________

SIGNATURE ______________________ DATE ______________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

Aug. 25. 2022 11:52AM No. 2822 P. 1

DBA
BUSINESS CENTRE, LLC

4657 Westbank Expy
Marrero, LA 70072
(504) 264-7906
(504) 264-7145
www.dbabiz.com
support@dbabiz.com

# FAX

To: Walmart Claims From: TRINA Simmons

Fax: 877-353-6412 Fax:

Phone: Phon

No. Pages: 6 Date: 8/25/22

Subject:

Comments:

*Confidentiality Notice: This facsimile contains information that is confidential and/or privileged. This information is intended only for the use of the individual or entity named on this cover letter. Any disclosure, copying, distribution or use of the information by any person other than the intended is prohibited. If you have received this facsimile in error, please notify us immediately. Thank you!*

Your Premier Business Concierge

Aug. 25. 2022 11:53AM No. 2822 P. 2

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME. Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: .

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Christopher DOB:

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Christianla Simmons | | | no | May 2017 |
| A. A. | | | no | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Date: ________

PAGE 2/6 * RCVD AT 8/25/2022 12:52:42 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:8773536412 * CSID: * ANI:5042647145 * DURATION (mm-ss):02-56

Aug. 25. 2022 11:53AM No. 2822 P. 3

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☑ HS Diploma
Vocational Training: Dental Asst. Certificate Program completed: Dental Asst.
Associates Degree: ______ College; number of years: ______
Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______
Professional Training, License, Certificates(s): Dental Asst.
Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______
List any other Training or Classes Attended or Plan to Attend: ______
Primary language spoken: English Other language(s) spoken fluently: ______
Additional Skills, Hobbies & Volunteer Work ______
Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______
Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: Walmart Department: Cashier Front End From: 6/11 To: 3/12
Job Title(s): ~~Cashier~~ Asst. Manager
Supervisory Experience ☐ Y ☐ N
Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______



PAGE 3/6 * RCVD AT 8/25/2022 12:52:42 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:8773536412 * CSID: * ANI:5042647145 * DURATION (mm-ss):02-06



00002009 LFPC3DD1 00008339

Aug. 25. 2022 11:53AM No. 2822 P. 4

3. Company: ________ Department: ________ From: ________ To: ________
Job Title(s): ________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ________

4. Company: Walmart Department: Frontend From: 11/11 To: ________
Job Title(s): Cashier
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ________

5. Company: ABC Insurance Department: Insurance From: 9/12/02 To: 08/10
Job Title(s): Customer Service Manger
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): assisting Customer with insurance Quote, Payments,

**Computer Utilization:**

Computer Training/Courses, Certifications; ________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address. Personal: ________ Work: ________

SIGNATURE: [signature] PHONE NO: ________

00002008 LFPC3DD1 00008340



PAGE 4/6 * RCVD AT 8/25/2022 12:52:42 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:8773536412 * CSID: * ANI:5042647145 * DURATION (mm-ss):02-06

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Claimant:** Trina Simmons **Date of Birth:**

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.:** 05-290765

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

00002008 LFPC3DD1 00006342 E

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** [signature] **DATE:** 8/1/22

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: [redacted]

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Christopher DOB: 9/9/70

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Christina Simmons | [redacted] | | no | May 2017 |
| A[redacted] A[redacted] | | | no | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ____________________ Date: ____________

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Dental Asst. Certificate Program completed: Dental Asst.

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): Dental Asst.

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: English Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
Add additional pages if needed for a complete work history).

1. Company: Walmart Department: Cashier Front From: 4/11 To: 5/12
   Job Title(s): ~~Cashier~~ Asst. Manager
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: Walmart Department: Frontend From: 11/11 To: ______
Job Title(s): Cashier
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ABC Insurance Department: Insurance From: 9/6/02 To: 5/10
Job Title(s): Customer Service Manger
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): assisting Customer with insurance Quotes, Payments,

**:omputer Utilization:**

omputer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

w much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
w much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
'boarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
: recommend- http://typingtest.com to de[redacted]
se provide your email address: Personal: [redacted] Work: ______

SIGNATURE: [signature] PHONE NO: [redacted]

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** Trina Simmons **DATE:** 8/1/20

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

**Claim Number(s):11059701**

**New Bi-Weekly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $1,405.52 |
| Less: Other Income | | | $659.08 |
| | SS Primary Disability | $659.08 | |
| | | $0.00 | |
| | Total Other Income | $659.08 | |
| Your Adjusted Gross | | | $746.44 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$746.44** |

**Overpayment Calculation**

| | | | |
|---|---|---|---|
| Originally Paid | *3/9/2021 through* | *8/8/2022* | $52,004.24 |
| Less: Should have Paid | *3/9/2021 through* | *8/8/2022* | $27,667.45 |
| Overpayment Due | | | $24,336.79 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $6,000.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$18,336.79** |

# Calculation Worksheet

**Claimant Name:** Trina Simmons

**Customer: WALMART, INC.**

**Claim Number (s):** 11059701

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 3/9/2021 | From Date | 3/9/2021 |
| Thru Date | 8/8/2022 | Thru Date | 8/8/2022 |
| Total | $52,004.24 | Total | $27,667.45 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| O Re overed (To Date): | $0.00 |
| Attorn y Fees: | $6,000.00 |
| Exces Fees | $0.00 |
| Total: | $6,000.00 |

| | |
|---|---|
| Overpayment Amount: | $ 18,336.79 |
| Underpayment Amount: | $0.00 |
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11059701 | 103594367 | 0 | 3/9/2021 | 3/22/2021 | 3/23/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 103691584 | 0 | 3/23/2021 | 4/5/2021 | 4/5/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 103787646 | 0 | 4/6/2021 | 4/19/2021 | 4/19/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 103896226 | 0 | 4/20/2021 | 5/3/2021 | 5/3/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 103995079 | 0 | 5/4/2021 | 5/17/2021 | 5/17/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104100294 | 0 | 5/18/2021 | 5/31/2021 | 5/31/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104204805 | 0 | 6/1/2021 | 6/14/2021 | 6/14/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104311303 | 0 | 6/15/2021 | 6/28/2021 | 6/28/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104416378 | 0 | 6/29/2021 | 7/12/2021 | 7/12/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104522148 | 0 | 7/13/2021 | 7/26/2021 | 7/26/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104631665 | 0 | 7/27/2021 | 8/9/2021 | 8/9/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104736801 | 0 | 8/10/2021 | 8/23/2021 | 8/23/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104855761 | 0 | 8/24/2021 | 9/6/2021 | 9/6/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 104964094 | 0 | 9/7/2021 | 9/20/2021 | 9/20/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105084509 | 0 | 9/21/2021 | 10/4/2021 | 10/4/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105190834 | 0 | 10/5/2021 | 10/18/2021 | 10/18/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105307673 | 0 | 10/19/2021 | 11/1/2021 | 11/1/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105413556 | 0 | 11/2/2021 | 11/15/2021 | 11/15/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105519012 | 0 | 11/16/2021 | 11/29/2021 | 11/29/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105629555 | 0 | 11/30/2021 | 12/13/2021 | 12/13/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105736021 | 0 | 12/14/2021 | 12/27/2021 | 12/27/2021 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105846253 | 0 | 12/28/2021 | 1/10/2022 | 1/10/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 105948053 | 0 | 1/11/2022 | 1/24/2022 | 1/24/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106062967 | 0 | 1/25/2022 | 2/7/2022 | 2/7/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106168182 | 0 | 2/8/2022 | 2/21/2022 | 2/21/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106279236 | 0 | 2/22/2022 | 3/7/2022 | 3/7/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106381273 | 0 | 3/8/2022 | 3/21/2022 | 3/21/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106490539 | 0 | 3/22/2022 | 4/4/2022 | 4/4/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106590443 | 0 | 4/5/2022 | 4/18/2022 | 4/18/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106702702 | 0 | 4/19/2022 | 5/2/2022 | 5/2/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106803500 | 0 | 5/3/2022 | 5/16/2022 | 5/16/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 106907785 | 0 | 5/17/2022 | 5/30/2022 | 5/30/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 107014701 | 0 | 5/31/2022 | 6/13/2022 | 6/13/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 107119304 | 0 | 6/14/2022 | 6/27/2022 | 6/27/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 107228639 | 0 | 6/28/2022 | 7/11/2022 | 7/11/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 107334743 | 0 | 7/12/2022 | 7/25/2022 | 7/25/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| 11059701 | 107446924 | 0 | 7/26/2022 | 8/8/2022 | 8/8/2022 | $ 1,405.52 | $ - | $ 1,405.52 | $ - | $ 1,405.52 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | Totals: | $52,004.24 | $0.00 | $52,004.24 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11059701 | 103594367 | 0 | 3/9/2021 | 3/22/2021 | 3/23/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 103691584 | 0 | 3/23/2021 | 4/5/2021 | 4/5/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 103787646 | 0 | 4/6/2021 | 4/19/2021 | 4/19/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 103896226 | 0 | 4/20/2021 | 5/3/2021 | 5/3/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 103995079 | 0 | 5/4/2021 | 5/17/2021 | 5/17/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 104100294 | 0 | 5/18/2021 | 5/31/2021 | 5/31/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 104204805 | 0 | 6/1/2021 | 6/14/2021 | 6/14/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 104311303 | 0 | 6/15/2021 | 6/28/2021 | 6/28/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 104416378 | 0 | 6/29/2021 | 7/12/2021 | 7/12/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ - |
| 11059701 | 104522148 | 0 | 7/13/2021 | 7/26/2021 | 7/26/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 567.70 |
| 11059701 | 104631665 | 0 | 7/27/2021 | 8/9/2021 | 8/9/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 104736801 | 0 | 8/10/2021 | 8/23/2021 | 8/23/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 104855761 | 0 | 8/24/2021 | 9/6/2021 | 9/6/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 104964094 | 0 | 9/7/2021 | 9/20/2021 | 9/20/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105084509 | 0 | 9/21/2021 | 10/4/2021 | 10/4/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105190834 | 0 | 10/5/2021 | 10/18/2021 | 10/18/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105307673 | 0 | 10/19/2021 | 11/1/2021 | 11/1/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105413556 | 0 | 11/2/2021 | 11/15/2021 | 11/15/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105519012 | 0 | 11/16/2021 | 11/29/2021 | 11/29/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105629555 | 0 | 11/30/2021 | 12/13/2021 | 12/13/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105736021 | 0 | 12/14/2021 | 12/27/2021 | 12/27/2021 | $ 1,405.52 | $656.77 | | $0.00 | $ 748.75 | $ - | $ 748.75 | $ 656.77 |
| 11059701 | 105846253 | 0 | 12/28/2021 | 1/10/2022 | 1/10/2022 | $ 1,405.52 | $658.42 | | $0.00 | $ 747.10 | $ - | $ 747.10 | $ 658.42 |
| 11059701 | 105948053 | 0 | 1/11/2022 | 1/24/2022 | 1/24/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106062967 | 0 | 1/25/2022 | 2/7/2022 | 2/7/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106168182 | 0 | 2/8/2022 | 2/21/2022 | 2/21/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106279236 | 0 | 2/22/2022 | 3/7/2022 | 3/7/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106381273 | 0 | 3/8/2022 | 3/21/2022 | 3/21/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106490539 | 0 | 3/22/2022 | 4/4/2022 | 4/4/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106590443 | 0 | 4/5/2022 | 4/18/2022 | 4/18/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106702702 | 0 | 4/19/2022 | 5/2/2022 | 5/2/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106803500 | 0 | 5/3/2022 | 5/16/2022 | 5/16/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 106907785 | 0 | 5/17/2022 | 5/30/2022 | 5/30/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 107014701 | 0 | 5/31/2022 | 6/13/2022 | 6/13/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 107119304 | 0 | 6/14/2022 | 6/27/2022 | 6/27/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 107228639 | 0 | 6/28/2022 | 7/11/2022 | 7/11/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 107334743 | 0 | 7/12/2022 | 7/25/2022 | 7/25/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| 11059701 | 107446924 | 0 | 7/26/2022 | 8/8/2022 | 8/8/2022 | $ 1,405.52 | $659.08 | | $0.00 | $ 746.44 | $ - | $ 746.44 | $ 659.08 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $52,004.24 | $24,336.79 | $0.00 | $0.00 | $27,667.45 | $0.00 | $27,667.45 | $18,336.79 |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (877) 353-6412

August 20, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security benefits with an effective date of February 1, 2021. This letter and the attached overpayment summary outlines the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of March 9, 2021 through August 8, 2022, with no reduction for Social Security benefits, you are now overpaid under the terms of your Policy.

Total Overpayment Amount: $18,336.79
Payment Due Date: September 9, 2022

The attached exhibit explains the calculation of your $18,336.79 balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account.

If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Hillary Clarke
Recovery Specialist II
On Behalf Of: Nicole Willrich
Phone No.: (888) 437-7611 Ext. 16486
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
11059701-RECOVERY/REPAYMENT-CORRESPONDENCE-08.19.2022

**Claim Number(s):11059701**

**New Bi-Weekly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $1,405.52 |
| Less: Other Income | | | $659.08 |
| | SS Primary Disability | $659.08 | |
| | | $0.00 | |
| | Total Other Income | $659.08 | |
| Your Adjusted Gross | | | $746.44 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$746.44** |

**Overpayment Calculation**

| | | | | |
|---|---|---|---|---|
| Originally Paid | *3/9/2021 through* | *8/8/2022* | | $52,004.24 |
| Less: Should have Paid | *3/9/2021 through* | *8/8/2022* | | $27,667.45 |
| Overpayment Due | | | | $24,336.79 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $6,000.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$18,336.79** |

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 11059701

I ______________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ________ on or after __________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________ Phone# ______________________

City, State, Zip ______________________ Email ______________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________

Financial Institution Address ______________________

Routing Number ______________________

Account Number ______________________

SIGNATURE ______________________ DATE ______________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

AUG/16/2022/TUE 12:45 PM FAX No. P. 001/010

RECEIVED 08/04/2022 01:16PM 1 LAW OFFICE

08/04/22 14:17:02 Lincoln Financial -> 1 Lincoln Financial Gr Page 001

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | August 4, 2022 |
| To: | MONICA FERRARO<br>WORKERS COMPENSATION, LLC<br>3045 RIDGELAKE DRIVE<br>SUITE 203<br>METAIRIE LA 70002 |
| Attn: | Monica Ferraro |
| Fax: | (504) 838-8868 |
| From: | Kayleigh Holzinger<br>Ltd Technical Specialists II<br>Phone No.: (877) 353-6404<br>Secure Fax No.: (877) 353-6412 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Attached Notice of award

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: August 9, 2022
BNC#: 22MS159D06167-HA

TRINA B SIMMONS

You are entitled to monthly disability benefits beginning February 2021.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 31, 2020.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2021.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $20,321.00 around August 10, 2022.
- This is the money you are due for February 2021 through July 2022.
- Your next payment of $1,512.00, which is for August 2022, will be received on or about the third of September 2022.
- After that you will receive $1,512.00 on or about the third of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| February | 2021 | $1,423.30 | Entitlement began |
| December | 2021 | $1,507.20 | Cost-of-living adjustment |
| January | 2022 | $1,512.10 | Credit for additional earnings |

## Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $26,321.00 for February 2021 through July 2022. Under the fee agreement, the representative cannot charge you more than $6,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

LOUIS J VOLZ III
SOCIAL SECURITY - OHO
Building 9 SUITE 500
12790 MERIT DR.
DALLAS TX 75251

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $6,000.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore,

*04032FRUN00238* 0000612

we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $104, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to MONICA FERRARO.

**Do You Disagree With The Decision?**

We previously informed you of your appeal rights concerning the administrative law judge's (ALJ) decision. We also informed you of what you must do to have that decision reviewed.

If you believe that we decided any other part of your case incorrectly, you may request reconsideration on that part of your case.

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We may also review the parts of the decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Review of Hearing Decision/Order" form, HA-520-U5. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

Please tell us if your mailing address or direct deposit information changes. We need this information to deposit your payments on time and send you important letters about your payments.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-585-9476. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
115 TERRY PKWY
TERRYTOWN LA 70056

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

PAGE 8/10 * RCVD AT 8/16/2022 2:04:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033340380 * CSID: * ANI:15045820756 * DURATION (mm-ss):04-12



# PAYMENT SUMMARY

**Your Payment Of $20,321.00**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for February 2021 through July 2022 including any cost of living increase and considering work and earnings through 2021, less monthly rounding of benefits | $26,321.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 6,000.00 |
| This equals the amount of your first payment | $20,321.00 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective August 2022:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 1,512.10 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .10 |
| This equals the amount of your regular monthly payment | $ 1,512.00 |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2978
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ______ Claim Number: 11059701

A copy of this authorization will be considered as valid as the original.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 17, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jeffrey Malaguerra
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18197
Secure Fax No.: (877) 353-6412

ReleasePoint

**Medical Record Overview**

**Date:** **August 15, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** NEW ORLEANS PODIATRY ASSOCIATES
2626 Jena St
New Orleans, LA 70115
(504) 897-3627

**Request Scope:** From December 31, 2021 to Present

**Chart Range:** 12/30/2021 - 06/21/2022

**RP ID:** 9456015

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** A Doughty
Trina Simmons

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 30 2021 | Jun 21 2022 | 30 | 2 |
| | | **Total Page Count:** | 30 | |

**Notes From QC:**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 133096709<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that lyrica helps at all. She reports that lyrica just makes her tired. She denies applying Urea cream as prescribed. Patient reports a pain level of 10 out of 10.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Neuropathy; Patient presents with follow up of pain heel, Patient presents with follow up of pain ankle, Pain is located in the Left foot.

**Quality**

**Denied:** Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed.

**Denied:** they have custom orthotics No.

**Medication List**

Lyrica 200 mg capsule - 1 capsule by mouth at bedtime

Lyrica 150 mg capsule - 1 capsule by mouth at bedtime

Lyrica 100 mg capsule - 1 capsule by mouth at bedtime

urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram

Lyrica 75 mg capsule - 1 capsule by mouth daily

Naprosyn 500 mg tablet - 1 tablet by mouth twice a day

hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours

cefdinir 300 mg capsule - 1 capsule by mouth twice a day

ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day

Celebrex 200 mg capsule - 1 capsule by mouth twice a day

Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET

Nalfon 600 mg tablet - 1 tablet by mouth twice a day

Zipsor 25 mg capsule - 1 capsule by mouth twice a day

Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS
famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
hydrochlorothiazide 25 mg tablet

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Decline in Health, Weakness,

**Musculoskeletal - Denied:** Back problems, Joint Pain, Muscle cramps, Restricted Motion,

## Objective

**Physical Exam**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that Lyrica helps at all. She reports that Lyrica just makes her tired. She denies applying Urea cream as prescribed. The patient reports a pain level of 10 out of 10.

On examination, pain on palpation of the left foot.

The patient is having nerve pain, which is not getting controlled with medications. The patient is referred to Neurology for the management of neuropathic symptoms.

The patient admits that she has a difficult time walking long distances and would like to be able to get a temporary handicap parking decal. The paperwork was filled out and given to the patient so that she can bring to the DMV.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

**Prescribe**

Lyrica 200 mg capsule - 1 QHS for 30 Days
Mobic 15 mg tablet - 1 DAILY for 30 Days

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Neurology Consult Needed**

Patient needs neurology consult for painful symptoms.

**Temporary Handicap Paperwork Filled Out**

The patient admits that they have a difficult time walking long distances and would like to be

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

able to get a temporary handicap parking decal. The paperwork was filled out and given to the patient so they can bring to the DMV.

**Rendering Provider Signature**




Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19



Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19



Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 138144866<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that Lyrica helps at all. She reports that Lyrica just makes her tired. She reports applying Urea cream as prescribed. The patient reports a pain level of 10 out of 10. Patient reports seeing a Neurologist at Ochsner but the doctor did not conduct a physical exam or any nerve testing and referred the patient to a Vascular specialist. Patient reports the vascular specialist did not find anything wrong.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain inside of foot, Patient presents with follow up of pain heel, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is not changed since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 10 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Medication List**

Mobic 15 mg tablet - 1 tablet by mouth daily
Lyrica 200 mg capsule - 1 capsule by mouth at bedtime
Lyrica 150 mg capsule - 1 capsule by mouth at bedtime
Lyrica 100 mg capsule - 1 capsule by mouth at bedtime
urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram
Lyrica 75 mg capsule - 1 capsule by mouth daily
Naprosyn 500 mg tablet - 1 tablet by mouth twice a day
hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours
cefdinir 300 mg capsule - 1 capsule by mouth twice a day
ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day
Celebrex 200 mg capsule - 1 capsule by mouth twice a day
Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET
Nalfon 600 mg tablet - 1 tablet by mouth twice a day
Zipsor 25 mg capsule - 1 capsule by mouth twice a day
Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS
amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
hydrochlorothiazide 25 mg tablet

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Musculoskeletal - Denied:** Back problems, Joint pain, Muscle cramps, Restricted Motion,

## Objective

**Physical Exam**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that Lyrica helps at all. She reports that Lyrica just makes her tired. She reports applying Urea cream as prescribed. The patient reports a pain level of 10 out of 10. The patient reports seeing a Neurologist at Ochsner but the doctor did not conduct a physical exam or any nerve testing and referred the patient to a Vascular specialist. The patient reports the vascular specialist did not find anything wrong.

On examination, pain on palpation of the left foot.

The patient has pain and numbness in the left foot. Amitriptyline was prescribed and sent to the pharmacy for the management of the neuropathic symptoms.

The patient is having nerve pain, which is not getting controlled with medications. The patient is referred to Neurology for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

S93492D Sprain of other ligament of left ankle, subsequent encounter

G9009 Other idiopathic peripheral autonomic neuropathy

L853 Xerosis cutis

M79672 Pain in left foot

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

## Rendering Provider Signature

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:06:15

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>Patient Declined<br>English<br>Patient Declined | **Encounter ID:**<br>**Primary Ins:** | 139806015<br>SELF PAY |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Amitriptyline as prescribed. The patient reports drowsiness and tiredness during the day from Amitriptyline. The patient reports it helps her sleep but does not alleviate the pain. She reports applying Urea cream as prescribed. The patient reports a pain level of 5 out of 10. The patient reports having a neurology appointment in May.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Neuropathy; Patient presents with follow up of pain top of foot, Pain is located in the Left foot.

**Severity**

**Reported:** Patient grades the severity of pain as 5 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed.

**Denied:** Taking new prescription medications not prescribed by our office since last visit, Has recently seen or been referred to another healthcare professional for pain since last visit.

**Modifying Factors**

**Reported:** The pain symptoms are receiving treatment and the treatment is helping.

**Medication List**

amitriptyline 25 mg tablet - 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT

Mobic 15 mg tablet - 1 tablet by mouth daily

Lyrica 200 mg capsule - 1 capsule by mouth at bedtime

Lyrica 150 mg capsule - 1 capsule by mouth at bedtime

Lyrica 100 mg capsule - 1 capsule by mouth at bedtime

urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram

Lyrica 75 mg capsule - 1 capsule by mouth daily

Naprosyn 500 mg tablet - 1 tablet by mouth twice a day

hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours

cefdinir 300 mg capsule - 1 capsule by mouth twice a day

ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day

Celebrex 200 mg capsule - 1 capsule by mouth twice a day

Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET

Nalfon 600 mg tablet - 1 tablet by mouth twice a day

Zipsor 25 mg capsule - 1 capsule by mouth twice a day

Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS
amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
hydrochlorothiazide 25 mg tablet

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - Denied:** Chills, Decline in health, Fatigue, Fever, weakness, Weight gain, Weight Loss,

**Neurological - reported:** Tingling, Burning, Numbness,

**Denied:** Blackouts, Dizziness, Fainting, Head Injury, Headaches, Loss of consciousness, Memory loss, Paralysis, Speech Disorders, Strokes, Tremors, Unsteady gait,

## Objective

**Physical Exam**

The patient arrives in the office for treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Amitriptyline as prescribed. The patient reports drowsiness and tiredness during the day from Amitriptyline. The patient reports it helps her sleep but does not alleviate the pain. She reports applying Urea cream as prescribed. The patient reports a pain level of 5 out of 10. The patient reports having a neurology appointment in May.

On examination, pain on palpation of the left foot.

The patient still has pain and numbness in the left foot. The patient was advised to stop Amitriptyline.

She was started on Nortriptyline 10 mg twice daily for the management of neuropathic pain.

The patient was advised to keep that scheduled Neurology appointment for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 4 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

**Patient Instructions**

**Nortriptyline**

Take this medication twice daily, once in morning and once at night.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:34

**Patient:** SIMMONS, TRINA (Female)

**DOB:** (49)
**Race:** Patient Declined
**Language:** English
**Ethnicity:** Patient Declined

**Encounter ID:** 141710476
**Primary Ins:** SELF PAY

**Location:** New Orleans Office
2626 Jena St
New Orleans, LA, 70115-6325
(504)897-3627

**Provider:** Edward M Lang DPM, DPM

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 7 out of 10.The patient denies taking Nortriptyline, she states it did not help her. Patient reports that she has been taking Ibprofin for the pain. Patient reports that the Lyrica worked the best for her. She reports applying Urea cream as prescribed. The patient reports having a neurology appointment in May.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** Patient presents with follow up of pain heel.

**Quality**

**Reported:** The pain treatment is improving since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 7 on a scale of 0-10, with 10 being the worst pain..

**Context**

**Denied:** Taking medications that Dr. Lang prescribed.

**Medication List**

nortriptyline 10 mg capsule - 1 capsule by mouth twice a day
amitriptyline 25 mg tablet - 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT
Mobic 15 mg tablet - 1 tablet by mouth daily
Lyrica 200 mg capsule - 1 capsule by mouth at bedtime
Lyrica 150 mg capsule - 1 capsule by mouth at bedtime
Lyrica 100 mg capsule - 1 capsule by mouth at bedtime
urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram
Lyrica 75 mg capsule - 1 capsule by mouth daily
Naprosyn 500 mg tablet - 1 tablet by mouth twice a day
hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours
cefdinir 300 mg capsule - 1 capsule by mouth twice a day
ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day
Celebrex 200 mg capsule - 1 capsule by mouth twice a day
Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET
Nalfon 600 mg tablet - 1 tablet by mouth twice a day
Zipsor 25 mg capsule - 1 capsule by mouth twice a day
Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS
amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
hydrochlorothiazide 25 mg tablet

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight gain, Weight Loss,
**Neurological - Denied:** Tingling, Burning, Numbness,

## Objective

**Vital Signs**

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

**Physical Exam**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 7 out of 10.The patient denies taking Nortriptyline, she states it did not help her. Patient reports that she has been taking Ibprofin for the pain. Patient reports that the Lyrica worked the best for her. She reports applying Urea cream as prescribed. The patient reports having a neurology appointment in May.

On examination, pain on palpation of the left foot.

The patient still has pain and numbness in the left foot.

She was started on Nortriptyline 10 mg twice daily for the management of neuropathic pain at last visit. Patient to continue as prescribed.

Naprosyn prescribed and sent to pharmacy. patient to take in conjunction with Nortriptyline.

The patient was advised to keep that scheduled Neurology appointment for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

S93492D Sprain of other ligament of left ankle, subsequent encounter

G9009 Other idiopathic peripheral autonomic neuropathy

L853 Xerosis cutis

M79672 Pain in left foot

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

**Prescribe**

Lyrica 200 mg capsule - 1 QHS for 30 Days

Naprosyn 500 mg tablet - 1 BID for 30 Days

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Begin Lyrica**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

Patient has nerve pain and would benefit from Lyrica daily.

**Nsaid's Are Needed**

The patient should benefit from the use NSAID's to control their inflammation and discomfort.

**Patient Instructions**

**Lyrica Continue**

This is a nerve medication.

Lyrica has been sent to your local pharmacy. Patient is to begin taking once daily Lyrica at night in order to avoid drowsiness.

**Naprosyn Rx**

You were given a RX for Naprosyn 500mg tablets. You are to take 1 tablet by mouth twice daily.

**Rendering Provider Signature**




Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:05:00

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA (Female) | **DOB:** | (49) | **Encounter ID:** | 143077674 |
| | | **Race:** | Patient Declined | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Patient Declined | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

## Subjective

**Chief Complaint: Neuropathy Treatment**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 3-4 out of 10. Patient denies that she has been taking Ibuprofin for the pain. Patient reports that the Lyrica 200 worked the best for her. She reports taking it twice a day and says it works. She reports seeing neurology. She reports she has a NCS test scheduled in August. and a MRI scheduled this Friday (spine). She reports applying Urea cream as prescribed.

**History of Present Illness - Neuropathy Treatment**

**Quality**

**Reported:** The neuropathy treatment is improving since last visit; Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 4 on a scale of 1-10, with 10 being the worst pain..

**Timing**

**Reported:** The timing of the neuropathy symptoms occurs less since the last visit.

**Context**

**Denied:** Tried OTC meds for neuropathy symptoms since last visit, Has had recent blood tests related to neuropathy symptoms since last visit.

**Modifying Factors**

**Reported:** The neuropathy symptoms are receiving treatment but the treatment is not helping.

**Associated Signs and Symptoms**

**Reported:** neuropathy symptoms have had an emotional impact.

**Denied:** Fever is a associated with neuropathy symptoms.

**Medication List**

Naprosyn 500 mg tablet - 1 tablet by mouth twice a day
Lyrica 200 mg capsule - 1 capsule by mouth at bedtime
nortriptyline 10 mg capsule - 1 capsule by mouth twice a day
amitriptyline 25 mg tablet - 1 tablet by mouth daily; TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT
Lyrica 200 mg capsule - 1 capsule by mouth at bedtime
Mobic 15 mg tablet - 1 tablet by mouth daily
Lyrica 150 mg capsule - 1 capsule by mouth at bedtime
Lyrica 100 mg capsule - 1 capsule by mouth at bedtime
urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram
Lyrica 75 mg capsule - 1 capsule by mouth daily

Naprosyn 500 mg tablet - 1 tablet by mouth twice a day

hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours

cefdinir 300 mg capsule - 1 capsule by mouth twice a day

ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day

Celebrex 200 mg capsule - 1 capsule by mouth twice a day

Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET

Nalfon 600 mg tablet - 1 tablet by mouth twice a day

Zipsor 25 mg capsule - 1 capsule by mouth twice a day

Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS

amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY

hydrochlorothiazide 25 mg tablet

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - Denied:** Chills, Decline in Health, Fatigue, Fever, Weakness, Weight gain, Weight Loss,

**Neurological - reported:** Tingling, Burning, Numbness,

## Objective

**Vital Signs**

**Weight:** 220 lb **Height:** 5' 2" **BMI Flag:** Obese ( 40.2 )

**Physical Exam**

The patient arrives in the office for follow up treatment of a left ruptured AFT. The patient reports pain and numbness in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports a pain level of 3-4 out of 10. Patient denies that she has been taking Ibuprofin for the pain. Patient reports that the Lyrica 200 worked the best for her. She reports taking it twice a day and says it works. She reports seeing neurology. She reports she has a NCS test scheduled in August. and a MRI scheduled this Friday (spine). She reports applying Urea cream as prescribed.

On examination, mild pain on palpation of the left foot.

The patient is benefiting from the use of Lyrica for neuropathic pain and continues using it.

Plan ABI For Circulation –The patient has signs of circulation problems and needs evaluation prior to treatment.

The patient is to continue on medicines to help with neuropathy to aid in relief of burning pain. The patient needs neurology consult for painful symptoms.

The patient was recommended to do a stress test. The patient needs referral to Vascular MD for evaluation and treatment of vascular symptoms.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 months.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

**Procedures**

99213 Office O/p Est Low (1 UN)

**Care Plan**

**Cardiac Referral Needed**

Patient needs a cardiac referral for the edema in the legs.

**Continue Neurological Medicine**

Patient is to continue on medicines to help with neuropathy to aid in relief of burning pain.

**Neurology Consult Needed**

Patient needs neurology consult for painful symptoms.

**Referral For Vascular**

Patient needs referral to Vascular MD for evaluation and treatment of vascular symptoms.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

**Rendering Provider Signature**

Signature



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38



Electronically Signed and Reviewed by LANG DPM, EDWARD M 08/11/2022 17:04:38

# Quality Assurance Report

## Request Information

Report Date: August 15, 2022

**RP ID:** 9456015

Patient Name: SIMMONS, TRINA

Provider Name: NEW ORLEANS PODIATRY ASSOCIATES

## Quality Assurance Information

Scope Requested: **From December 31, 2021 to Present**

Special Request:

Dr. Lang. All Office visit notes, hospital notes, test results, treatment plans from all treating providers from facility. - Seen By: NEW ORLEANS PODIATRY ASSOCIATES

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 12, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits under the Walmart Inc. Group Disability Income Policy (Policy). This is a friendly reminder that there is action you need to take to continue to receive LTD benefits.

As you may remember, we requested updated medical records and completion of LTD forms on June 27, 2022. Follow up letters were sent to you notifying you of the status of our requests on June 27, 2022, and July 26, 2022.

To date, we have the received the following information:

- Medical records from Dr. Samuel Ferris dated December 3, 2020, through June 24, 2022.
- Medical records from Dr. Archibald Melcher dated June 15, 2022.

To date, the following information remains outstanding:

- Completion of LTD forms (see attached).
- Medical records from December 31, 2021, through the present from Dr. Edward Lang.

**What You Need to Do by September 9, 2022:**

Please follow up with your treating providers to ensure the requested medical documentation will be submitted to Lincoln Financial. Please be advised that your providers may have received a request from our medical records retrieval vendor on our behalf.

Please complete the attached forms and submit them to my attention via the enclosed envelope, by fax to (877) 353-6412 or by e-mail to WMClaims@lfg.com

Please ensure we receive all requested information to avoid your benefits being discontinued. If we do not receive the requested information by September 9, 2022, your claim may be closed.

Once we review the information received by the above due date, we'll contact you by phone to provide you with an update on your claim.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com (company code: Walmart) on your computer or mobile device.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (877) 353-6412

Attachments: Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Return to: Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ________ Married ________ Divorced ________
If married, please indicate your spouse's name and date of birth. Name: ________________ DOB: ________

Do you have children or dependents*? Yes ________ No________
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ______________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Claimant:** Trina Simmons **Date of Birth:** ________

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.:** 05-290765

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_______________________________ **DATE:**________________________

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

**From:** Monica Ferraro
**To:** WMclaims
**Subject:** Trina Simmons
**Date:** Tuesday, August 9, 2022 4:59:59 PM
**Attachments:** Decision cover.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I received your request for the SS award letter. The decision was just recently received. (See attached) Once SSA will issue to award letter I will forward it to you.
Monica Ferraro

SOCIAL SECURITY ADMINISTRATION

Office of Hearings Operations
Suite 800
1515 Poydras St
New Orleans, LA 70112-3723

Date: July 29, 2022

Trina B Simmons
4016 N Chipwood Dr
Harvey, LA 70058

# Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.



See Next Page

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this notice and decision when you call.
3. You may also call your local office at (866) 931-2524.

Social Security
115 Terry Pkwy
Terrytown, LA 70056-9913

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

Louis J. Volz, III
Administrative Law Judge

Enclosures:
Decision Rationale
Form HA-L15 (Fee Agreement Approval)

cc: Monica Ferraro
Workers' Compensation, L. L. C.
3045 Ridgelake Dr.
Ste 203
Metairie, LA 70002

Form HA-L76 (03-2010)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | August 4, 2022 |
| To: | MONICA FERRARO<br>WORKERS COMPENSATION, LLC<br>3045 RIDGELAKE DRIVE<br>SUITE 203<br>METAIRIE LA 70002 |
| Attn: | Monica Ferraro |
| Fax: | (504) 838-8868 |
| From: | Kayleigh Holzinger<br>Ltd Technical Specialists II<br>Phone No.: (877) 353-6404<br>Secure Fax No.: (877) 353-6412 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 4, 2022

Monica Ferraro
Workers Compensation, LLC
3045 RIDGELAKE DRIVE
SUITE 203
METAIRIE, LA 70002

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Monica Ferraro:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

We have been made aware that you have been awarded Social Security Disability Benefits. Please provide our office with a complete copy of the Social Security Award Letter from the Social Security Administration (SSA).

Should you not have your most recent copy available, your local SSA office or attorney will be able to provide you with a copy to return to our office. You may also be able to obtain a status update from your Social Security account at www.SSA.gov.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. Given you are awarded retroactive benefits from Social Security, more than likely your claim has been overpaid. Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and an outside vendor will be in contact with you to assist us with the recovery of the overpayment.

Please submit to our office by September 17, 2022. If we do not receive the award letter, an estimate may be used to calculate the overpayment amount due back to Lincoln.

You may forward this information to my attention at:

- Mail to Lincoln National Life Insurance Company, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688

- Email to WMClaims@lfg.com
- Fax to (603) 334-0380

*In addition, we wish to advise you that the determination made by the Social Security Administration may be based on information not available to Lincoln. You may obtain a copy of your Social Security file from your local Social Security Administration office and provide this to Lincoln for consideration in the ongoing management of your claim.*

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (877) 353-6412

Attachments: 11059701-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.17.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: __ ________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000026 LFPC5BD1 00000285

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ____________ Relationship Claimant

Signature of claimant or legal representative Tarin Simmons Date: 3/8/21

Date of Birth: ____________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

**From:**Trina Brown-Simmons <
**Sent:**Mon, 1 Aug 2022 07:00:49 -0700
**To:**WMclaims
**Subject:**Attention Kayleigh Holzinger# 11059701

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

DIS
DIAGNOSTIC IMAGING SERVICES

**D.I.S. Marrero**
925 Avenue C,
Marrero, LA 70072
P: 504-888-7921 F: 504-328-7230

| | |
|---|---|
| **Patient Name:** | TRINA SIMMONS |
| **Ref. Physician:** | Paul Staab, MD |
| Patient ID: CIS201191 | Home Phone: |
| Date of Birth: | Page 1 of 1 |
| Date of Service: 07/26/2022 | |

STUDY
Right knee series and Left knee series.

CLINICAL INDICATION
Bilateral knee pain.

COMPARISON
No relevant imaging examinations are available for review.

PROCEDURE DETAILS
Erect frontal views of the right knee and the left knee were obtained. Lateral, tunnel (notch), and sunrise views of the right and left knees were obtained.

PROCEDURE DETAILS
Erect frontal views of the right knee and the left knee were obtained. Lateral, tunnel (notch), and sunrise views of the right and left knees were obtained.

FINDINGS
The right and left knees are symmetric in appearance. Bone mineralization is normal. No gross joint effusion is evident on the right or left. Moderately prominent quadriceps enthesopathy is noted. Tiny tricompartment marginal osteophytes and minor medial and patellofemoral compartment joint space narrowing of osteoarthrosis are evident bilaterally. No fracture, dislocation, erosions, focal sclerotic or radiolucent bone lesion, or other acute process is noted on the right or left.

IMPRESSION
1. Minor bilateral osteoarthrosis that includes minor narrowing of the medial and patellofemoral compartment joint spaces.
2. Moderately prominent quadriceps enthesopathy is evident bilaterally.
3. No fracture or other acute process is evident.

Signature
Electronically Signed: Schruff, Louis, M.D. on 07-28-2022, 02:19 PM

ReleasePoint

## Medical Record Overview

**Date:** **July 29, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** FAMILY PHYSICIANS CENTER
5216 LAPALCO BLVD
MARRERO, LA 70072
(504) 348-4357

**Request Scope:** From October 1, 2021 to Present

**Chart Range:** 03/03/2022 - 07/26/2022

**RP ID:** 9576816

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** K Holzinger
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 3 2022 | Jul 26 2022 | 4 | 2 |
| Labs/Diagnostics | Mar 3 2022 | Jul 26 2022 | 3 | 6 |
| Request Corr. | | | 5 | 9 |

**Total Page Count:** 12

**Notes From QC:**

Progress Notes - 03/03/2022 P.006/012

me in: | **Family Physician Center** | Time Out:

pt/Sign in time: 12:00 | 11:00 — 5216 Lapalco Blvd. Marrero, LA 70072 — Walk in / Appt / BW

Date: 3/3/2022 Name: TRINA SIMMONS BMI 37.7

Medications: See list

Allergies: NKDA

T: 97.7 P: 88 BP: 130/89 R: 16 Weight: 206 lb Height: 5'2"

hief Complaint: ↑ B.P. / Med refill /

Had Colonoscopy 18/19 UTD Managed

review of systems: General: Fever, Chills, WT gain, WT loss, Fatigue; Gastrointestinal: Nausea, Vomiting, Diarrhea, Constipation, bdominal pain, Swallowing problem; Respiratory: SOB, Dyspnea on exertion; Cardiovascular: Chest pain; Urinary: Urgency, Frequency, Pain; nital: Discharge, Pain on urination Neurological: Weakness, Tremor, Visual problems, Hearing problems; Musculoskeletal: Weakness; Skin: Rash, Itch

**Bloodwork**
CBC, Chem Comp
LFT, Lipid Panel
TSH, HgB A1C
Thyroid Profile
PT/INR, UA CS
Micro alb Creat
PSA, EKG

**Referrals**
GI, GU, Ortho,
Ophthalmology,
Endocrinology,
ENT, Neurology,
Neurosurgery,
Rheumatology,
GYN, Cardiologist,
Pulmonology,
Dermatology,
Oncolo

WDOWBF in NAD
... No rash Head, NC/AT Non, MMM
... PERRLA, EOMI
... Neck Supple no limit
Heart S1 S2
Chest: Clear to auscultation no rales, rhonchi or wheezes
Ext ⊕ edema B/L
P.T. palpable

... 
V ...
RTC 1 week
... 

iagnosis: Hypertension
Eczema
Neuropathic pain
History of (L) foot Surgery

ignature: ______ Records: ______

aul Staab, MD

PLEASE NOTE: IF YOU EXPIERENCE ANY PROBLEMS RETURN TO THE CLINIC OR GO TO ANY NEAREST EMERGENCY ROOM!!!

Progress Notes - 03/17/2022 P.009/012

Time In: | Family Physician Center | Time Out:

Appt/Sign in time: 12:00 | 11:45 5216 Lapalco Blvd. Marrero, LA 70072 Walk in / (Appt) / BW

Date: 3/17/2022 Name: Trina Simmons

Medications: Seelist

Allergies: NKDA

T: 98.7 P: 90 BP: 131/93 R: 16 Weight: 207 lb Height: 5'2"

Chief Complaint: Follow up / Labs / Hearing Problems / (#1)

Review of systems: General: Fever, Chills, WT gain, WT loss, Fatigue; Gastrointestinal: Nausea, Vomiting, Diarrhea, Constipation, Abdominal pain, Swallowing problem; Respiratory: SOB, Dyspnea on exertion; Cardiovascular: Chest pain; Urinary: Urgency, Frequency, Pain; Genital: Discharge, Pain on urination Neurological: Weakness, Tremor, Visual problems, Hearing problems; Musculoskeletal: Weakness; Skin: Rash, Itch

(L) TM no erythema
(R) TM - no erythema
- a little dull
- EAC - clear

CMP - normal
LDL - 107
risk 1%
CBC OK
TSH OK

**Bloodwork**
CBC, Chem Comp
LFT, Lipid Panel
TSH, HgB A1C
Thyroid Profile
PT/INR, UA CS
Micro alb Creat
PSA, EKG

**Referrals**
GI, GU, Ortho,
Ophthalmology,
Endocrinology,
ENT, Neurology,
Neurosurgery,
Rheumatology,
GYN, Cardiologist,
Pulmonology,
Dermatology,
Oncolo

**Diagnosis:** ↓ Hearing - since December
Hypertension

P: RTC if any problems
Refer to ENT

Signature: [signature]
Paul Staab, MD

Records: ____________

PLEASE NOTE: IF YOU EXPERIENCE ANY PROBLEMS RETURN TO THE CLINIC OR GO TO ANY NEAREST EMERGENCY ROOM!!!

Progress Notes - 04/21/2022 P.010/012

ime In: | Time Out:

**Family Physician Center**

5216 Lapalco Blvd. Marrero, LA 70072

ppt/Sign in time: 10:00 Walk in (Appt) BW

Date: 4/21/2022 Name: TRINA SIMMONS

Medications: See list

Allergies: NKDA.

T: 98.2 P: 88 BP: 139/90 R: 20 Weight: 207 Height: 5'2"

hief Complaint: Both Knees hurt x 2 months c it worsening. U/ Lyrica Stopped Nortriptyline. (L) Knee more painful than (R)

view of systems: General: Fever, Chills, WT gain, WT loss, Fatigue; Gastrointestinal: Nausea, Vomiting, Diarrhea, Constipation, dominal pain, Swallowing problem; Respiratory: SOB, Dyspnea on exertion; Cardiovascular: Chest pain; Urinary: Urgency, Frequency, Pain; ital: Discharge, Pain on urination Neurological: Weakness, Tremor, Visual problems, Hearing problems; Musculoskeletal: Weakness; Skin: Rash, Itch

Neck Supple no bruit
Heart, S.S.
Chest, clear to auscult
Knees - no warmth
no erythema
no crepitus

reviewed photo of (L) foot + lower leg edema

on Nortriptyline 10 BID

**Bloodwork**
CBC, Chem Comp
LFT, Lipid Panel
TSH, HgB A1C
Thyroid Profile
PT/INR, UA CS
Micro alb Creat
PSA, EKG

**Referrals**
GI, GU, Ortho,
Ophthalmology,
Endocrinology,
ENT, Neurology,
Neurosurgery,
Rheumatology,
GYN, Cardiologist,
Pulmonology,
Dermatology,
Oncolo

Rx
Trial of Voltaren 1% gel
→ if no improvement
c Ortho
Cont. Tab Nortriptyline 10
2 tab at bedtime

agnosis: Arthritis / Arthralgia Knees
Neuropathic pain

nature: [signature] Records: ______

al Staab, MD

PLEASE NOTE: IF YOU EXPIERENCE ANY PROBLEMS RETURN TO THE CLINIC OR GO TO ANY NEAREST EMERGENCY ROOM!!!

Progress Notes - 07/26/2022 P.011/012

Time In: | **Family Physician Center** | Time Out:

Appt/Sign in time: 2:27/2:30 | 5216 Lapalco Blvd. Marrero, LA 70072 | Walk in / (Appt) / BW

**Date:** 7-26-2022 **Name:** Trina Simmons

**Medications:** See list -

**Allergies:** NKDA

T: 98.8 P: 104 BP: 120/90 R: 20 Weight: ______ Height: ______

**Chief Complaint:** (1) Still having bilateral knee pain, (L) foot pain, (2) Now (R) foot pain x 2wks - Voltaren gel doesn't help. (3) Refill on meds — UP

**Review of systems:** General: Fever, Chills, WT gain, WT loss, Fatigue; Gastrointestinal: Nausea, Vomiting, Diarrhea, Constipation, Abdominal pain, Swallowing problem; Respiratory: SOB, Dyspnea on exertion; Cardiovascular: Chest pain; Urinary: Urgency, Frequency, Pain; Genital: Discharge, Pain on urination Neurological: Weakness, Tremor, Visual problems, Hearing problems; Musculoskeletal: Weakness; Skin: Rash, Itch

Neck Supple
Heart, S1S2
Chest, clear to auscultation

Chemical Stress test at Ochsner
no ischemia
EF 78%

Ext trace edema
DP / PT palpable
Sensation to SWM 10/10 Bilat ⇒ no significant sensory neuropathy
(L) Knee - no edema
- no erythema
- no warmth
- no crepitus

**Bloodwork**
CBC, Chem Comp
LFT, Lipid Panel
TSH, HgB A1C
Thyroid Profile
PT/INR, UA CS
Micro alb Creat
PSA, EKG

**Referrals**
GI, GU, Ortho, Ophthalmology, Endocrinology, ENT, Neurology, Neurosurgery, Rheumatology, GYN, Cardiologist, Pulmonology, Dermatology, Oncolo

**Diagnosis:** 1. Knee pain / Arthralgia
2. Hypertension
3. Foot Pain

(P) c
Refer to Orthopedic
RTC in 2 weeks
or call with progress report.

**Signature:** ______ **Records:** ______

Paul Staab, MD [signature]

PLEASE NOTE: IF YOU EXPIERENCE ANY PROBLEMS RETURN TO THE CLINIC OR GO TO ANY NEAREST EMERGENCY ROOM!!!

Labs/Diagnostics - 03/03/2022 2nd ID Confirmed P.007/012

| LAB ACCESSION # | LAB ORDER NUMBER | REPORT STATUS |
|---|---|---|
| FL283621 | B6443395 | Final |

CLINICAL PATHOLOGY LABORATORIES
9200 Wall Street
Austin, Texas 78754
(800)595-1275
(800)595-1275

| | |
|---|---|
| PATIENT NAME: SIMMONS, TRINA | PATIENT ID: 452451000783 |
| PATIENT PHONE: N/A | SEX: Female |
| D.O.B.: | AGE: 49 Years |
| IS FASTING?: Unknown | |
| COLLECTED: 03/03/2022 12:30 | ORDER RECEIVED BY LAB: 03/03/2022 18:00 |
| REPORTED: 03/04/2022 09:18 | PRINTED: 03/07/2022 09:08 |

PHYSICIAN NAME: STAAB, PAUL
ACCOUNT: FAMILY PHYSICIANS CENTER, 5216 LAPALCO BLVD, MARRERO, LA 70072
ACCOUNT #: 45245

| Test | Within Range | Outside Range | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | |
| GLUCOSE | 82 | | MG/DL | 70-99 | MAIN |
| BUN | 16 | | MG/DL | 6-20 | MAIN |
| CREATININE | 0.88 | | MG/DL | 0.60-1.30 | MAIN |
| eGFR (2021 CKD-EPI) | 81 | | ML/MIN/1.73 | >60 | MAIN |
| CALC BUN/CREAT | 18 | | RATIO | 6-28 | MAIN |
| SODIUM | 141 | | MEQ/L | 133-146 | MAIN |
| POTASSIUM | 4.0 | | MEQ/L | 3.5-5.4 | MAIN |
| CHLORIDE | 105 | | MEQ/L | 95-107 | MAIN |
| CARBON DIOXIDE | 22 | | MEQ/L | 19-31 | MAIN |
| CALCIUM | 9.5 | | MG/DL | 8.5-10.5 | MAIN |
| PROTEIN, TOTAL | 7.5 | | G/DL | 6.1-8.3 | MAIN |
| ALBUMIN | 4.5 | | G/DL | 3.5-5.2 | MAIN |
| CALC GLOBULIN | 3.0 | | G/DL | 1.9-3.7 | MAIN |
| CALC A/G RATIO | 1.5 | | RATIO | 1.0-2.6 | MAIN |
| BILIRUBIN, TOTAL | 0.3 | | MG/DL | <=1.2 | MAIN |
| ALKALINE PHOSPHATASE | 64 | | U/L | 40-125 | MAIN |
| AST | 28 | | U/L | 9-40 | MAIN |
| ALT | 29 | | U/L | 5-40 | MAIN |
| LIPID PANEL | | | | | |
| CHOLESTEROL | 179 | | MG/DL | <200 | MAIN |
| TRIGLYCERIDES | 123 | | MG/DL | <150 | MAIN |
| HDL CHOLESTEROL | 49 | | MG/DL | >39 | MAIN |
| CALC LDL CHOL | | 107 H | MG/DL | <100 | MAIN |

NOTE: CALCULATED LDL IS BASED ON MARTIN-HOPKINS METHOD WHICH INCLUDES ADJUSTABLE TRIGLYCERIDE:VLDL CHOLESTEROL RATIO. THIS FACTOR VARIES BY MEASURED TRIGLYCERIDE AND NON-HDL CHOLESTEROL CONCENTRATIONS WITH INCREASED CALCULATED LDL SEEN IN HIGHER TRIGLYCERIDE OR LOWER NON-HDL SPECIMENS. FOR MORE INFORMATION, SEE CLIENT ANNOUNCEMENT AT http://www.cpllabs.com/CalcLDL-C

3+3+0+1+4
11=) 1% risk

| Test | Within Range | Outside Range | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| RISK RATIO LDL/HDL | 2.18 | | RATIO | <3.22 | MAIN |
| CBC W/AUTO DIFF WITH PLATELETS | | | | | |
| WBC | 11.0 | | K/UL | 3.5-11.0 | MAIN |
| RBC | 4.97 | | M/UL | 3.80-5.40 | MAIN |
| HEMOGLOBIN | 13.4 | | G/DL | 11.5-15.5 | MAIN |
| HEMATOCRIT | 39.3 | | % | 34.0-45.0 | MAIN |
| MCV | | 79.1 L | fL | 80.0-99.0 | MAIN |

Page 1 of 2

| LAB ACCESSION # | LAB ORDER NUMBER | REPORT STATUS |
|---|---|---|
| FL283621 | B6443395 | Final |

| PATIENT NAME | PATIENT ID. |
|---|---|
| SIMMONS, TRINA | 452451000783 |

| PATIENT PHONE | SEX | D.O.B. | AGE |
|---|---|---|---|
| N/A | Female | | 49 Years |

IS FASTING? Unknown

| COLLECTED | ORDER RECEIVED BY LAB |
|---|---|
| 03/03/2022 12:30 | 03/03/2022 18:00 |

| REPORTED | PRINTED |
|---|---|
| 03/04/2022 09:18 | 03/07/2022 09:08 |

CLINICAL PATHOLOGY LABORATORIES
9200 Wall Street
Austin, Texas 78754
(800)595-1275
(800)595-1275

PHYSICIAN NAME
STAAB, PAUL

ACCOUNT: FAMILY PHYSICIANS CENTER
5216 LAPALCO BLVD
MARRERO, LA 70072

ACCOUNT # 45245

| Test | Within Range | Outside Range | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| MCH | 27.0 | | PG | 25.0-33.0 | MAIN |
| MCHC | 34.1 | | G/DL | 31.0-36.0 | MAIN |
| RDW | | 15.2 H | % | 11.5-15.0 | MAIN |
| NEUTROPHILS | 60.0 | | % | | MAIN |
| LYMPHOCYTES | 30.5 | | % | | MAIN |
| MONOCYTES | 4.5 | | % | | MAIN |
| EOSINOPHILS | 4.2 | | % | | MAIN |
| BASOPHILS | 0.4 | | % | | MAIN |
| IMMATURE GRANULOCYTES | 0.4 | | % | | MAIN |
| NUCLEATED RBCS | 0.0 | | /100 WBC'S | 0.0 | MAIN |
| PLATELET COUNT | 299 | | K/UL | 130-400 | MAIN |
| ABSOLUTE NEUTROPHILS | 6.62 | | K/UL | 1.50-7.50 | MAIN |
| ABSOLUTE LYMPHOCYTES | 3.35 | | K/UL | 1.00-4.00 | MAIN |
| ABSOLUTE MONOCYTES | 0.49 | | K/UL | 0.20-1.00 | MAIN |
| ABSOLUTE EOSINOPHILS | 0.46 | | K/UL | 0.00-0.50 | MAIN |
| ABSOLUTE BASOPHILS | 0.04 | | K/UL | 0.00-0.20 | MAIN |
| ABS IMMATURE GRANULOCYTES | 0.04 | | K/UL | 0.00-0.10 | MAIN |
| ABS NUCLEATED RBCS | 0.00 | | K/UL | 0.00-0.11 | MAIN |
| TSH, THIRD GENERATION | 1.500 | | UIU/ML | 0.400-4.100 | MAIN |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT
CLINICAL PATHOLOGY LABORATORIES, INC. 9200 WALL ST AUSTIN, TX 78754
LABORATORY DIRECTOR: MARK A. SILBERMAN, M.D.
CLIA NUMBER 45D0505003 CAP ACCREDITATION NO. 21525-01

Legend:

MAIN----------> Clinical Pathology Laboratories
9200 Wall St.
Austin, TX 78754
(512)339-1275

DIAGNOSTIC IMAGING SERVICES

**D.I.S. Marrero**
925 Avenue C,
Marrero, LA 70072
P: 504-888-7921 F: 504-328-7230

| | |
|---|---|
| **Patient Name:** | TRINA SIMMONS |
| **Ref. Physician:** | Paul Staab, MD |
| Patient ID: CIS201191 | Home Phone: |
| Date of Birth: | Page 1 of 1 |
| Date of Service: 07/26/2022 | |

STUDY
Right knee series and Left knee series.

CLINICAL INDICATION
Bilateral knee pain.

COMPARISON
No relevant imaging examinations are available for review.

PROCEDURE DETAILS
Erect frontal views of the right knee and the left knee were obtained. Lateral, tunnel (notch), and sunrise views of the right and left knees were obtained.

PROCEDURE DETAILS
Erect frontal views of the right knee and the left knee were obtained. Lateral, tunnel (notch), and sunrise views of the right and left knees were obtained.

FINDINGS
The right and left knees are symmetric in appearance. Bone mineralization is normal. No gross joint effusion is evident on the right or left. Moderately prominent quadriceps enthesopathy is noted. Tiny tricompartment marginal osteophytes and minor medial and patellofemoral compartment joint space narrowing of osteoarthrosis are evident bilaterally. No fracture, dislocation, erosions, focal sclerotic or radiolucent bone lesion, or other acute process is noted on the right or left.

IMPRESSION
1. Minor bilateral osteoarthrosis that includes minor narrowing of the medial and patellofemoral compartment joint spaces.
2. Moderately prominent quadriceps enthesopathy is evident bilaterally.
3. No fracture or other acute process is evident.

Signature
Electronically Signed: Schruff, Louis, M.D. on 07-28-2022, 02:19 PM

refer to Orthopedic

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

FAMILY PHYSICIANS CENTER
5216 LAPALCO BLVD
ATTENTION: MEDICAL RECORDS, ~~HOLLY~~ Brandi
MARRERO, LA 70072

Date: Jul 26, 2022

Re: Long Term Disability Benefits
Claim# 9576816 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: AVRBZF

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From October 1, 2021 to Present**
DR. PAUL STAAB - Seen By: FAMILY PHYSICIANS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Mary Grace Juan
Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 9576816

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ____________ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the Information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the Information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/18/21

Date of Birth: ________ Claim Number: 11059701

A copy of this authorization will be considered as valid as the original



RPID: 9576816

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 9576816

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | SIMMONS, TRINA |
| RP ID: | 9576816 |
| Access Code: | AVRBZF |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 9576816

# Quality Assurance Report

## Request Information

Report Date: July 29, 2022

**RP ID:** 9576816

Patient Name: SIMMONS, TRINA

Provider Name: FAMILY PHYSICIANS CENTER

## Quality Assurance Information

Scope Requested: **From October 1, 2021 to Present**

Special Request:
DR. PAUL STAAB - Seen By: FAMILY PHYSICIANS CENTER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MSAMS

**From:**Trina Brown-Simmons <
**Sent:**Wed, 27 Jul 2022 07:14:46 -0500
**To:**WMclaims
**Subject:**Attention Kayleigh Holzinger Claim # 11059701

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Nola podiatry patient portal login
tbsimmo-username
password

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

July 27, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits under the Walmart Inc. Group Disability Income Policy (Policy). This is a friendly reminder that there is action you need to take to continue to receive LTD benefits.

As you may remember, we requested updated medical records and completion of LTD forms on June 27, 2022. Follow up letters were sent to you notifying you of the status of our requests on June 27, 2022.

To date, we have the received the following information:

- Medical records from Dr. Samuel Ferris dated December 3, 2020, through June 24, 2022.
- Medical records from Dr. Archibald Melcher dated June 15, 2022.

To date, the following information remains outstanding:

- Completion of LTD forms (see attached).
- Medical records from December 31, 2021, through the present from Dr. Edward Lang.

**What You Need to Do by September 9, 2022:**

Please follow up with your treating providers to ensure the requested medical documentation will be submitted to Lincoln Financial. Please be advised that your providers may have received a request from our medical records retrieval vendor on our behalf.

Please complete the attached forms and submit them to my attention via the enclosed envelope, by fax to (877) 353-6412 or by e-mail to WMClaims@lfg.com

Please ensure we receive all requested information to avoid your benefits being discontinued. If we do not receive all of the requested information by August 10, 2022, your benefits may be suspended. If we do not receive the requested information by September 9, 2022, your claim may be closed.

Once we review the information received by the above due date, we'll contact you by phone to provide you with an update on your claim.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com (company code: Walmart) on your computer or mobile device.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (877) 353-6412

Attachments: Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________ Date: ________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Claimant:** Trina Simmons **Date of Birth:** ________

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.:** 05-290765

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**______________________________ **DATE:**_______________________

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

ReleasePoint

## Medical Record Overview

**Date:** **July 21, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** JEFFERSON NEUROLOGICAL ASSOCIATES
3800 HOUMA BLVD STE 325
METAIRIE, LA 70006
(504) 885-7337

**Request Scope:** From August 1, 2020 to Present

**Chart Range:** 06/15/2022 - 06/15/2022

**RP ID:** 9456016

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** A Doughty
Trina Simmons

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 15 2022 | Jun 15 2022 | 9 | 2 |
| Request Corr. | | | 5 | 11 |

**Total Page Count:** 14

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

## 06/15/2022 - Office Visit in East Jefferson Neurological Associates

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Archibald Louis Melcher III, MD | Archibald Louis Melcher III, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Level of Service**

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES |

**Progress Notes**

**Progress Notes**

**Archibald Louis Melcher III, MD at 6/15/2022 1030**

Author: Archibald Louis Melcher III, MD Service: — Author Type: Physician
Filed: 6/15/2022 11:27 AM Encounter Date: 6/15/2022 Creation Time: 6/15/2022 10:22 AM
Status: Signed Editor: Archibald Louis Melcher III, MD (Physician)

**Chief Complaint:**

Chief Complaint

Patient presents with

- Neurologic Problem
  *Left Foot*
- Foot Swelling

**History of Present Illness:**

Ms. Simmons is a 49 y/o female who presents to the clinic today to establish care for foot swelling. She has a medical history significant for DDD, seizures, and CVA. She recently saw Ochsner Neurology and was told her issues were vascular rather than neurological. She is currently on pregabalin 100mg every day and was told to increase if needed. She reports that when she first wakes up, she is fine and there is no swelling. However, once she gets moving around it begins to swell up. She has pain radiating from her foot up her shins and legs. She cannot wear closed toe shoes because her foot swells uncomfortably. She takes her Lyrica at nighttime. Swelling travels up to the knee as well. PCP reports that it is probably arthritis in her knee. She had surgery for her plantar fasciatus. She had pain in her foot prior to her operation but no swelling. Since the surgery, she has swelling. Pain prior to surgery was localized to her arch. She still occasionally gets this pain. She has never had EMG/NCS done. Ms. Simmons also has back pain. Pain begins right after lunchtime, every day. Pain makes it difficult for her to get around. The pain feels like a stinging/inflammation. She reports some occasional numbness in her entire left leg. This foot and leg pain has been occurring for two years. Sitting for longer periods causes it to swell up. She is a manager at WalMart. She has not been working for about 2 years now. Denies any stomach pain. Surgical history significant for hysterectomy in 2017. Feet did not swell after her hysterectomy surgery but they did swell after the plantar fasciatus. She occasionally has some hand numbness and pain. She apparently has a history of CTS as well. Phalen's was positive.

**Review of Systems:**

Comprehensive 14 system review of systems is negative except for that mentioned above.

**Problem List:**

There is no problem list on file for this patient.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Asthma | |
| • Diverticulitis | |
| • Frequency of urination | |
| • Hard of hearing | |
| • History of kidney stones | |
| • Hypertension | |
| • Mitral valve prolapse | |
| • Seizures (CMS/HCC) | |
| • Shortness of breath on exertion | |
| • Stroke (CMS/HCC)<br>*TIA* | |
| • Teeth missing | |
| • Vitamin D deficiency | |
| • Wears glasses | |

**Family History:**

No family history on file.

**Social History:**

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | No<br>*Comment: ON OCCASION* |
| • Drug use: | No |

**Medications:**

Current Outpatient Medications:

- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 6 (six) hours as needed into the lungs, Disp: , Rfl:
- amLODIPine (NORVASC) 10 MG tablet, Take 10 mg daily by mouth, Disp: , Rfl:
- celecoxib (CELEBREX) 200 MG capsule, , Disp: , Rfl:
- ciclopirox (LOPROX) 0.77 % cream, , Disp: , Rfl:
- diclofenac sodium (VOLTAREN) 1 % Gel gel, APPLY 4 GRAMS TO KNEES TOPICALLY EVERY 8 HOURS, Disp: , Rfl:
- efinaconazole (JUBLIA) 10 % SolA, Apply topically daily, Disp: , Rfl:
- ibuprofen (ADVIL,MOTRIN) 800 MG tablet, Take 800 mg by mouth 3 (three) times daily with meals, Disp: , Rfl:
- meloxicam (MOBIC) 15 MG tablet, Take 15 mg by mouth, Disp: , Rfl:
- pregabalin (LYRICA) 200 MG capsule, Take 200 mg nightly by mouth, Disp: , Rfl:
- famotidine (PEPCID) 20 MG tablet, Take 20 mg by mouth 3 (three) times daily, Disp: , Rfl:
- hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet, Take 25 mg daily by mouth, Disp: , Rfl:

**Progress Notes (continued)**

• miscellaneous medical supply Misc, One cam boot, applied to patient's left lower extremity (Patient not taking: Reported on 4/23/2021 ), Disp: 1 each, Rfl: 0

**Vital Signs:**

Vitals:

| | 06/15/22 1019 |
|---|---|
| BP: | (!) 160/92 |
| Pulse: | 101 |
| Resp: | 15 |

**Physical Exam:**

General: No acute distress, Well-groomed and well kempt.
Mental Status: The patient appears alert, Oriented to person, place, time and situation, Speech is fluent, she is not aphasic, she remembers recent and past events, fund of knowledge is good, attention and concentration are good.

Cognition and Comprehension
Cranial Nerves: Extraocular movements are intact, visual fields are intact, pupils are 3 mm, pupils are equally reactive, there is no optic disc edema.
II : Optic: Intact.
III: Oculomotor: Intact.
IV: Trochlear: Intact.
V: Trigeminal: Intact.
VI: Abducens: Intact.
VII: Facial: Intact.
VIII: Acoustic: Intact.
IX/X: Glossopharyngeal/ Vagus: Intact.
XI: Accessory: Intact.
XII: Hypoglossal: Intact.

Muscle Strength & Tone
Normal bilateral upper extremity tone.
Normal bilateral lower extremity tone.
Normal bilateral upper extremity strength.
Normal bilateral lower extremity strength.
Muscle mass normal in all extremities.

Sensation
Left upper extremity: intact light touch, pinprick, proprioception.
Left lower extremity: intact light touch, pinprick, proprioception.
Right upper extremity: intact light touch, pinprick, proprioception.
Right lower extremity: intact light touch, pinprick, proprioception.
Sensation is symmetric

Reflexes
Reflexes are normal and symmetric in the arms and legs. Toes are downgoing bilaterally.
Coordination and Gait: Finger to nose testing is performed normally bilaterally. Heel-to-shin testing is performed normally bilaterally. Gait is normal with normal stride, normal base, and symmetric arm swing.
Psychiatric: Cooperative, Appropriate mood & affect, Normal judgment.
Heart and Circulation: Heart is of regular rate and rhythm
Positive Phalen's on the left

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 139 | 12/19/2020 |
| K | 3.6 | 12/19/2020 |
| CL | 106 | 12/19/2020 |
| CO2 | 25 | 12/19/2020 |
| BUN | 18.0 | 12/19/2020 |
| CREATININE | 1.02 | 12/19/2020 |
| GLU | 92 | 12/19/2020 |

**Diagnostic Results:**
DATA REVIEW:
Previous neurology notes reviewed.

No results found.

**Assessment/Plan:**

| | | |
|---|---|---|
| 1. | Left leg swelling | MRA Pelvis w wo Contrast<br>MRA Abdomen w wo Contrast<br>MRI Lumbar Spine without Contrast<br>Ambulatory Referral to Vascular Surgery<br>CANCELED: MRA Pelvis w wo Contrast<br>CANCELED: MRA Pelvis w wo Contrast |
| 2. | Chronic bilateral low back pain with left-sided sciatica | MRA Pelvis w wo Contrast<br><br>MRA Abdomen w wo Contrast<br>MRI Lumbar Spine without Contrast<br>Ambulatory Referral to Vascular Surgery<br>CANCELED: MRA Pelvis w wo Contrast<br>CANCELED: MRA Pelvis w wo Contrast |
| 3. | Left carpal tunnel syndrome | |

Will order MRI of the L-spine and MRV of the abdomen and pelvis.
Referral to Vascular EJ.
EMG/NCS will be performed on the left arm and leg.
A revisit will be scheduled.

This was a 45-minute visit of which greater than 50% of the time was spent counseling. We discussed diagnosis, differential diagnosis, condition, prognosis, and treatment plan.



Archie Melcher, MD

**Progress Notes (continued)**

Electronically signed by Archibald Louis Melcher III, MD at 6/15/2022 11:27 AM

**Imaging**

**Imaging**

**MRA Pelvis w wo Contrast [231703760] (Discontinued)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1115** Status: **Discontinued**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1115
Authorized by: Archibald Louis Melcher III, MD
Frequency: Routine 06/15/22 –
Quantity: 1
Ordering provider: Archibald Louis Melcher III, MD
Ordering mode: Standard
Class: Ancillary Performed
Discontinued by: Archibald Louis Melcher III, MD 06/15/22 1116 [Other (For got to include comments)]

Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Left leg swelling/possible pelvic venous congestion syndrome |
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
Date of Birth:
Legal Sex: Female
MRN: 1001223294
Home Phone:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO PELVIS W WO CONTRAST | Archibald Louis Melcher III, MD 504-885-7337 | Archibald Louis Melcher III, MD 504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

Patient Signature Date Technologist Signature Date

**Indications**

**Imaging (continued)**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**MRA Pelvis w wo Contrast [231703761] (Discontinued)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1117** Status: **Discontinued**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1117
Authorized by: Archibald Louis Melcher III, MD
Frequency: Routine 06/15/22 -
Quantity: 1
Ordering provider: Archibald Louis Melcher III, MD
Ordering mode: Standard
Class: Ancillary Performed
Discontinued by: Archibald Louis Melcher III, MD 06/15/22 1118 [Other (Forgot to denote MRV)]

Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Intermittent left leg swelling, rule out pelvic venous congestion syndrome |
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

Order comments: Speak to radiologist before performing scan for any special instructions

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
Date of Birth:
Legal Sex: Female
MRN: 1001223294
Home Phone:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO PELVIS W WO CONTRAST | Archibald Louis Melcher III, MD 504-885-7337 | Archibald Louis Melcher III, MD 504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

Patient Signature Date Technologist Signature Date

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**Imaging (continued)**

**MRA Pelvis w wo Contrast [231703762] (Active)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1120** Status: **Active**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1120
Ordering provider: Archibald Louis Melcher III, MD
Authorized by: Archibald Louis Melcher III, MD
Ordering mode: Standard
Frequency: Routine 06/15/22 -
Class: Ancillary Performed
Quantity: 1
Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Intermittent left leg swelling, rule out pelvic venous congestion syndrome |
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

Order comments: Perform MRV and speak to radiologist before performing test for any special instructions

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B
MRN: 1001223294
Date of Birth:
Home Phone:
Legal Sex: Female

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO PELVIS W WO CONTRAST | Archibald Louis Melcher III, MD<br>504-885-7337 | Archibald Louis Melcher III, MD<br>504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

| | | | |
|---|---|---|---|
| Patient Signature | Date | Technologist Signature | Date |

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**MRA Abdomen w wo Contrast [231703763] (Active)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1122** Status: **Active**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1122
Ordering provider: Archibald Louis Melcher III, MD
Authorized by: Archibald Louis Melcher III, MD
Ordering mode: Standard
Frequency: Routine 06/15/22 -
Class: Ancillary Performed

**Imaging (continued)**

Quantity: 1 Indications of use: Renal artery dissection suspected
Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient pregnant? | No |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

Order comments: Rule out pelvic venous congestion syndrome, patient has intermittent left leg swelling, MRV should be performed, speak to radiologist before performing the test for any special instructions.

**Screening Form**

**General Information**

Patient Name: Simmons, Trina B MRN: 1001223294
Date of Birth: Home Phone:
Legal Sex: Female

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI ANGIO ABDOMEN W WO CONTRAST | Archibald Louis Melcher III, MD 504-885-7337 | Archibald Louis Melcher III, MD 504-885-7337 | |

**Screening Form Questions**

No questions have been answered for this form.

**LMP/OB Status**

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Hysterectomy | Mar 12, 2016 | Exact Date |

Patient Signature Date Technologist Signature Date

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

**MRI Lumbar Spine without Contrast [231703764] (Completed)**

Electronically signed by: **Archibald Louis Melcher III, MD on 06/15/22 1123** Status: **Completed**
Ordering user: Archibald Louis Melcher III, MD 06/15/22 1123 Ordering provider: Archibald Louis Melcher III, MD
Authorized by: Archibald Louis Melcher III, MD Ordering mode: Standard
Frequency: Routine 06/15/22 - Class: Ancillary Performed
Quantity: 1 Indications of use: Low back pain, progressive neurologic deficit
Diagnoses
Left leg swelling [M79.89]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|

**Imaging (continued)**

| | |
|---|---|
| Does the patient have a pacemaker, defibrillator, aneurysm clips, programmable shunt, stents, neurostimulator, bone stimulator, or any other metal implant or electronic device in their body ? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |
| Is the patient pregnant? | No |

**Indications**

Left leg swelling [M79.89 (ICD-10-CM)]
Chronic bilateral low back pain with left-sided sciatica [M54.42, G89.29 (ICD-10-CM)]

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date: 7/8/2022
Request Number: 58423135
Page Count: 9

**Your requested medical records are attached.**

Patient Name: TRINA SIMMONS
Medical Facility: MPSI-EJ Neurological Associates
Requester: Glenna Miranda
Organization: ReleasePoint, Inc./PORTAL

Your reference number: 9456016

Thank you,

*MRO*
*MROcorp.com*

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

JEFFERSON NEUROLOGICAL ASSOCIATES
3800 HOUMA BLVD STE 325
ATTN: MEDICAL RECORDS
METAIRIE, LA 70006

Date: Jun 28, 2022

**Re: Long Term Disability Benefits**
Claim# 9456016 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 300114

MRO
JUL 05 2022
Initials:

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 1, 2020 to Present**

**Dr. Melcher. All Office visit notes, hospital notes, test results, treatment plans from all treating providers from facility. • Seen By: JEFFERSON NEUROLOGICAL ASSOCIATES**

We ask that you provide this information within a week of the date of this mailing. **Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number** (213) 884-4921 **or mailed to the above address.**

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Glenna Miranda
Disability Information Specialist
Phone No.: (310) 409-4839
Fax No: (213) 884-4921

RPID: 9456016

07/05/2022 9:54AM (GMT-04:00)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship self/claimant

Signature of claimant or legal representative [signature] Date 3/5/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6413

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (If self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/18/21

Date of Birth: ________ Claim Number: 11059701

A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2020

RFID: 9456016

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

# Quality Assurance Report

## Request Information

Report Date: July 21, 2022

**RP ID:** 9456016

Patient Name: SIMMONS, TRINA

Provider Name: JEFFERSON NEUROLOGICAL ASSOCIATES

## Quality Assurance Information

Scope Requested: **From August 1, 2020 to Present**

Special Request:

Dr. Melcher. All Office visit notes, hospital notes, test results, treatment plans from all treating providers from facility. - Seen By: JEFFERSON NEUROLOGICAL ASSOCIATES

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: CPIAO

## Billing Statement:

**Invoice Date: 07/06/2022** **Invoice #: 716944-558**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2022 and Jun 30 2022**

**L-WALMAR** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8317367<br>11059701 | SIMMONS, TRINA<br>DYNAMIC PHYSICAL THERAPY | Complete | 08/30/21<br>K Holzinger | $ 0.00 | $ 20.00 | $ 0.00 | $ 0.00<br>21 | **$ 20.00** |

**ReleasePoint**

**Total Amount Due:** **$ 20.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, July 13, 2022 10:59:52 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | j9igsqkkjbu4euqkrqyj_13130858.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

July 13, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Per your request, below is an outline of your earning history regarding Long Term Disability benefits (LTD) including the date benefits were issued as well as the check amount. The benefits for LTD were effective as of March 9, 2021:

- Your first payment was released on March 23, 2021, for the pay period of March 9, 2021, through March 22, 2021, in the amount of $1,405.52.
- You then received biweekly payments from March 23, 2021, through July 11, 2022, in the amount of $1, 405.52.
- Your next payment will be released on July 25, 2022, for the pay period of July 12, 2022, through January 25, 2022, in the amount of $1, 405.52.

Please note, that any additional income earned or received after her date of disability, August 31, 2020, is considered an offset to your LTD claim and your benefits will be reduced accordingly.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (877) 353-6412

ReleasePoint

**Medical Record Overview**

**Date:** **July 7, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** OCHSNER HEALTH CENTER - WEST BANK
2500 Belle Chasse Hwy.
Gretna, LA 70056
(504) 371-9355

**RP ID:** 9456014

**Client ID:** 11059701

**Source:** L-WALMAR

**Request Scope:** From August 1, 2020 to Present

**Req By:** A Doughty
Trina Simmons

**Chart Range:** 12/03/2020 - 06/24/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 3 2020 | Jun 24 2022 | 26 | 2 |
| Labs/Diagnostics | Dec 3 2020 | Apr 8 2021 | 2 | 28 |
| Request Corr. | | | 6 | 30 |

**Total Page Count:** 34

**Notes From QC:**

Medicaid Provider No. 1030228

Services have been provided under Louisiana's Medicaid Program and are payable under R.S. 46.446.1 to:

DHH Bureau of Health Services Financing P.O. Box 91030 Baton Rouge, LA 70821-9030 ATTN: Third Party Liability Unit

Any additional authorization needed may be obtained from DHH/BHSF's TPL Unit at (225) 342-8662

LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12064882245
Enc. Date 6/24/2022

## 06/24/2022 - Office Visit in Lapalco - Cardiology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Brown-Simmons, Trina Louise | 8279536 | | Female | 09/24/72 (49 yrs) |

| Address | Phone | Email |
|---|---|---|
| 4016 N Chipwood Dr<br>HARVEY LA 70058 | 504-669-2801 (M)<br>504-669-2801 (H) | trinab924@gmail.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Whitney Hardy, MD504-371-6550 | 06/22/22 | 07/22/22 |

LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12064882245
Enc. Date 6/24/2022

**06/24/2022 - Office Visit in Lapalco - Cardiology (continued)**

**Outpatient Medications at Start of Encounter as of 6/24/2022 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **levocetirizine (XYZAL) 5 MG tablet**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every evening. - Oral | 30 tablet | 1 | 1/22/2022 | 1/22/2023 |
| **meloxicam (MOBIC) 15 MG tablet**<br>Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | 30 tablet | 0 | 10/26/2021 | |
| **ondansetron (ZOFRAN) 4 MG tablet**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 4/16/2019 | |
| **pregabalin (LYRICA) 100 MG capsule**<br>Sig - Route: Take 100 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler**<br>Sig - Route: 2 sprays by Nasal route once daily. - Nasal<br>Class: Print | 16.9 mL | 0 | 7/24/2018 | |

**Progress Notes**

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM**

Author: Samuel J Ferris, MD
Filed: 6/24/2022 2:24 PM
Status: Signed

Service: —
Encounter Date: 6/24/2022
Editor: Samuel J Ferris, MD (Physician)

Author Type: Physician
Creation Time: 6/24/2022 2:17 PM

Electronically signed by Samuel J Ferris, MD on 6/24/2022 2:24 PM

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM**

Author: Samuel J Ferris, MD
Filed: 6/24/2022 2:24 PM
Status: Signed

Service: —
Encounter Date: 6/24/2022
Editor: Samuel J Ferris, MD (Physician)

Author Type: Physician
Creation Time: 6/24/2022 2:17 PM

**Subjective:**

**Patient ID:** Trina Louise Brown-Simmons is a 49 y.o. female who presents for follow-up of No chief complaint on file.

HPI

MVP, palpitations, syncope, CVA

6/4/19 TEE - EF 55%, mild MR/TR, no thrombus seen, bubble study negative for intracardiac shunt

Echo 8/1/18
1 - Normal left ventricular systolic function (EF 60-65%).
2 - Concentric remodeling.
3 - Trivial mitral regurgitation.
4 - Trivial to mild tricuspid regurgitation.

Event monitor 6/26/19
- Negative event monitor with no clinical arrhythmias.

LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12064882245
Enc. Date 6/24/2022

**06/24/2022 - Office Visit in Lapalco - Cardiology (continued)**

**Problem List (continued)** as of 6/24/2022 Date Reviewed: **6/24/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Peripheral neuropathic pain** | ICD-10-CM: M79.2<br>ICD-9-CM: 729.2 | | | 1/28/2022 – Present |
| **Lower extremity edema** | ICD-10-CM: R60.0<br>ICD-9-CM: 782.3 | | | 1/28/2022 – Present |
| **PVD (peripheral vascular disease)** | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | | | Unknown - Present |
| **Chest pain, atypical** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 6/24/2022 - Present |
| RESOLVED: Leiomyoma of body of uterus | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 2/22/2016 - 8/30/2017 |
| RESOLVED: Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/29/2017 - 8/30/2017 |

**Patient as-of Visit**

**Allergies** as of 6/24/2022

Allergies last reviewed by Twresia Gilmore, MA on 6/24/2022 1411

**ADHESIVE** *[last edited by Monica Lee, MD on 9/13/2017 0933]*
Reactions: **Blisters** Noted on: 09/13/2017
SNOMED-CT: 788032009

**SHELLFISH CONTAINING PRODUCTS** *[last edited by Ruth L Polk, RN on 8/29/2017 0628]*
Reactions: **Hives** Noted on: 08/29/2017
SNOMED-CT: 735029006

**Immunizations** as of 6/24/2022

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 03/15/2021, 04/06/2021 |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 |
| Tdap | 10/30/2015, 10/30/2015 |

**Outpatient Medications at Start of Encounter as of 6/24/2022**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler**<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue - Inhalation<br>Class: Historical Med | | | | |
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet**<br>Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray**<br>Sig - Route: 1 spray by Nasal route 4 (four) times daily. - Nasal<br>Class: Print | 26 mL | 0 | 7/24/2018 | |
| **fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler**<br>Sig - Route: Inhale 1 puff into the lungs 2 (two) times daily. Controller - Inhalation<br>Eliska Moses, MA 2/15/2019 9:40 AM<br>prn | 60 each | 0 | 7/26/2018 | 7/26/2019 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet**<br>Sig - Route: Take 800 mg by mouth. - Oral | | | 3/1/2021 | |

LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12064882245
Enc. Date 6/24/2022

## 06/24/2022 - Office Visit in Lapalco - Cardiology (continued)

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **DOE (dyspnea on exertion)** - Primary | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **PVD (peripheral vascular disease)** | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | |
| **Chest pain, atypical** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | |

**Problem List** as of 6/24/2022 Date Reviewed: **6/24/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Leg pain, bilateral** | ICD-10-CM: M79.604, M79.605<br>ICD-9-CM: 729.5 | | | 5/6/2014 - Present |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | | | 7/30/2014 - Present |
| **Pelvic pain in female** | ICD-10-CM: R10.2<br>ICD-9-CM: 625.9 | | | 1/18/2016 - Present |
| **Dyspareunia** | ICD-10-CM: IMO0002<br>ICD-9-CM: 625.0 | | | 1/18/2016 - Present |
| **Menorrhagia** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 1/18/2016 - Present |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | | | 2/10/2016 - Present |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | | | 2/17/2016 - Present |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | | | 2/17/2016 - Present |
| **Vitamin D deficiency** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | | | 1/31/2017 - Present |
| **Status post laparoscopic hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 8/29/2017 - Present |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | | | Unknown - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/1/2019 - Present |
| **Left flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 | | | 4/22/2019 - Present |
| **Kidney stones** | ICD-10-CM: N20.0<br>ICD-9-CM: 592.0 | | | 4/22/2019 - Present |
| **SUI (stress urinary incontinence, female)** | ICD-10-CM: N39.3<br>ICD-9-CM: 625.6 | | | 4/22/2019 - Present |
| **Migraine without status migrainosus, not intractable** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 5/6/2019 - Present |
| **Right arm numbness** | ICD-10-CM: R20.0<br>ICD-9-CM: 782.0 | | | 5/6/2019 - Present |
| **History of seizures** | ICD-10-CM: Z87.898<br>ICD-9-CM: V12.49 | | | Unknown - Present |
| **Rectal bleeding** | ICD-10-CM: K62.5<br>ICD-9-CM: 569.3 | | | 6/24/2019 - Present |

8/13/18 SOB and heart racing have improved
Gets some generalized fatigue

11/13/18 Denies significant CP or SOB
Walking more
EKG NSR - ok
Gets dizzy when she gets palpitations

Saw Dr Kapoor-Maini 5/24/19
46 y.o. female with remote R cerebellar infarct on MRI brain, episode of right arm numbness and headache likely due to migraine with aura and a history of seizures. She has left eye blurry vision and feels pressure behind this eye. We discussed a referral to ophthalmology for this and patient is in agreement with this plan.

**1. History of stroke**
- atorvastatin (LIPITOR) 20 MG tablet; Take 1 tablet (20 mg total) by mouth once daily. Dispense: 30 tablet; Refill: 1
- CTA Head and Neck (xpd); Future
Check hypercoagulable workup given stroke in young and prior history of miscarraige
- DRVVT; Future
- Cardiolipin antibody; Future
- Beta-2 glycoprotein antibodies; Future
- C-reactive protein; Future
- Lipoprotein A (LPA); Future
- Homocysteine, serum; Future
- Factor 8 assay; Future
- Protein C activity; Future
- Protein S activity; Future
- Antithrombin III; Future
- Factor 5 leiden; Future
- Prothrombin gene mutation; Future
- Hemoglobin Electrophoresis,Hgb A2 Quan.; Future
- Creatinine, serum; Future
She was advised to follow up with Dr. Ferris/cardiology to further evaluate for cardioembolic source and for consideration of TEE and if neg loop recorder. I have sent a message to Dr. Ferris notifying him of reason for follow up
Will hold off on starting aspirin for now as patient has unknown etiology of blood in stool. I have set up for her to see a gastroenterologist on 6/11/9. I have provided her with a note. Will start aspirin 81mg daily if cleared from GI perspective
Start lipitor 20mg daily, pt was advised to let her PCP know she was started on this medication
Side effects of lipitor were discussed with patient and she was advised to notify me or her PCP if she experiences any

6/18/19 Denies CP or SOB
Discussed ILR or event monitor - she would prefer to have the event monitor first

8/9/19 Denies CP or SOB
Denies further neurologic symptoms

12/3/20 Denies CP, SOB, or palpitations
Needs clearance for foot surgery
EKG NSR -ok

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM (continued)**

Holter 8/1/18
1. Sinus rhythm with heart rates varying between 67 and 160 bpm with an average of 103 bpm.

VENTRICULAR ARRHYTHMIAS
1. There were very rare PVCs recorded totalling 3 and averaging less than 1 per hour.

2. There were no episodes of ventricular tachycardia.

SUPRA VENTRICULAR ARRHYTHMIAS
1. There were very rare PACs recorded totalling 11 and averaging less than 1 per hour.

2. There were no episodes of sustained supraventricular tachycardia.

SINUS NODE FUNCTION
1. There was no evidence of high grade SA nodal block.

AV CONDUCTION
1. There was no evidence of high grade AV block.

Went to the ER 7/24/18
Patient presents complaining of cough and shortness of breath that started yesterday. No chest pain. No pain with breathing. States shortness of breath is worse with lying down and with ambulation. Cough is nonproductive. There is no fever. Patient has had severe nasal congestion. That nasal congestion is chronic. Patient takes Afrin multiple times a day for months due to this nasal congestion. Patient states she has a history of "bronchitis". States she has been prescribed Advair and albuterol in the past for this. She states she feels like she has been wheezing. Patient seen by SORT prior to my evaluation. Patient is on albuterol treatment during my initial evaluation. Patient does report driving to and from Orlando last week.

patient denies any current calf pain but states she has some calf pain last night and felt she had a "charley horse". Denies any leg swelling. Patient has no Homans sign or palpable cord or leg edema. Patient's D-dimer however elevated. With her symptomatology a CT of the chest was performed. No pulmonary embolism or other acute abnormality. No evidence of pericardial effusion or evidence of heart failure. Patient's BNP is not elevated. Patient's troponin is normal. Patient does have an elevated white cell count. Possibly viral etiology. Patient has significant evidence of sinusitis although this appears chronic. Chart review shows the patient had a 2D cardiac echo in 2016 that showed diastolic heart failure. After breathing treatment patient ambulated with oxygen saturations as low as 91% and feeling short of breath. Patient's heart rate decreased to 110 after breathing treatments were off which was consistent with a tachycardia when she arrived. Patient has been hypertensive. Patient is minimally tachypneic. Discussed overnight observation for persistent tachycardia and respiratory symptoms for repeat echocardiogram. Patient refused overnight admission. States she will call her cardiologist Dr. Ferris in the morning. Patient appears to have capacity to understand the risks. Will refill the patient's Advair and albuterol. I strongly recommend she stop using Afrin at all. Patient has been using this daily, repetitively and frequently for months, which could be the underlying cause of hypertension and tachycardia. Due to elevated white cell count will treat with Augmentin for sinusitis. Will switch to steroid nasal sprays. Will given ENT consultation. Follow up with her primary care doctor for blood pressure recheck. Follow up cardiologist for further evaluation of her mitral prolapse and diastolic dysfunction previously seen and workup. Return for worsening symptoms or at any time.

7/27/18 Feels a little better since discharge
Denies CP
Still congested and SOB
EKG 7/24/18 sinus tachycardia 135 - otherwise ok

**Procedures for Abstract (continued)**

Referred By: FERRIS Confirmed By:Updesh S. Bedi MD
Acknowledged by: Samuel J Ferris, MD on 06/29/22 0836

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

**Indications**

DOE (dyspnea on exertion) [R06.00 (ICD-10-CM)]
Palpitations [R00.2 (ICD-10-CM)]
Mitral valve prolapse [I34.1 (ICD-10-CM)]
Essential hypertension [I10 (ICD-10-CM)]
PVD (peripheral vascular disease) [I73.9 (ICD-10-CM)]
Syncope and collapse [R55 (ICD-10-CM)]
Chest pain, atypical [R07.89 (ICD-10-CM)]

**All Reviewers List**

Samuel J Ferris, MD on 6/29/2022 08:36

**Follow-up and Disposition History**

06/24/2022 1423 - Samuel J Ferris, MD

Dispositions:
- Follow up in about 1 week (around 7/1/2022).

**Follow-up Information**

None

**Follow Up Call**

No data filed

- Protein C activity; Future
- Protein S activity; Future
- Antithrombin III; Future
- Factor 5 leiden; Future
- Prothrombin gene mutation; Future
- Hemoglobin Electrophoresis,Hgb A2 Quan.; Future
- Creatinine, serum; Future

She was advised to follow up with Dr. Ferris/cardiology to further evaluate for cardioembolic source and for consideration of TEE and if neg loop recorder. I have sent a message to Dr. Ferris notifying him of reason for follow up

Will hold off on starting aspirin for now as patient has unknown etiology of blood in stool. I have set up for her to see a gastroenterologist on 6/11/9. I have provided her with a note. Will start aspirin 81mg daily if cleared from GI perspective

Start lipitor 20mg daily, pt was advised to let her PCP know she was started on this medication

Side effects of lipitor were discussed with patient and she was advised to notify me or her PCP if she experiences any

6/18/19 Denies CP or SOB
Discussed ILR or event monitor - she would prefer to have the event monitor first

8/9/19 Denies CP or SOB
Denies further neurologic symptoms

12/3/20 Denies CP, SOB, or palpitations
Needs clearance for foot surgery
EKG NSR -ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

4/8/21 needs clearance for revision of plantar fasciitis surgery at Touro
Denies CP, mild stable DOE
BP controlled
EKG NSR short PR otherwise ok

Review of Systems
Constitutional: Negative for decreased appetite.
HENT: Negative for ear discharge.
Eyes: Negative for blurred vision.
Respiratory: Negative for hemoptysis.
Endocrine: Negative for polyphagia.
Hematologic/Lymphatic: Negative for adenopathy.
Skin: Negative for color change.
Musculoskeletal: Negative for joint swelling.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for brief paralysis.
Psychiatric/Behavioral: Negative for hallucinations.
Allergic/Immunologic: Negative for hives.

**Objective:**

**Physical Exam**

**Progress Notes by Samuel J Ferris, MD at 4/8/2021 9:15 AM (continued)**

feels like she has been wheezing. Patient seen by SORT prior to my evaluation. Patient is on albuterol treatment during my initial evaluation. Patient does report driving to and from Orlando last week.

patient denies any current calf pain but states she has some calf pain last night and felt she had a "charley horse". Denies any leg swelling. Patient has no Homans sign or palpable cord or leg edema. Patient's D-dimer however elevated. With her symptomatology a CT of the chest was performed. No pulmonary embolism or other acute abnormality. No evidence of pericardial effusion or evidence of heart failure. Patient's BNP is not elevated. Patient's troponin is normal. Patient does have an elevated white cell count. Possibly viral etiology. Patient has significant evidence of sinusitis although this appears chronic. Chart review shows the patient had a 2D cardiac echo in 2016 that showed diastolic heart failure. After breathing treatment patient ambulated with oxygen saturations as low as 91% and feeling short of breath. Patient's heart rate decreased to 110 after breathing treatments were off which was consistent with a tachycardia when she arrived. Patient has been hypertensive. Patient is minimally tachypneic. Discussed overnight observation for persistent tachycardia and respiratory symptoms for repeat echocardiogram. Patient refused overnight admission. States she will call her cardiologist Dr. Ferris in the morning. Patient appears to have capacity to understand the risks. Will refill the patient's Advair and albuterol. I strongly recommend she stop using Afrin at all. Patient has been using this daily, repetitively and frequently for months, which could be the underlying cause of hypertension and tachycardia. Due to elevated white cell count will treat with Augmentin for sinusitis. Will switch to steroid nasal sprays. Will given ENT consultation. Follow up with her primary care doctor for blood pressure recheck. Follow up cardiologist for further evaluation of her mitral prolapse and diastolic dysfunction previously seen and workup. Return for worsening symptoms or at any time.

7/27/18 Feels a little better since discharge
Denies CP
Still congested and SOB
EKG 7/24/18 sinus tachycardia 135 - otherwise ok

8/13/18 SOB and heart racing have improved
Gets some generalized fatigue

11/13/18 Denies significant CP or SOB
Walking more
EKG NSR - ok
Gets dizzy when she gets palpitations

Saw Dr Kapoor-Maini 5/24/19
46 y.o. female with remote R cerebellar infarct on MRI brain, episode of right arm numbness and headache likely due to migraine with aura and a history of seizures. She has left eye blurry vision and feels pressure behind this eye. We discussed a referral to ophthalmology for this and patient is in agreement with this plan.

**1. History of stroke**
- atorvastatin (LIPITOR) 20 MG tablet; Take 1 tablet (20 mg total) by mouth once daily. Dispense: 30 tablet; Refill: 1
- CTA Head and Neck (xpd); Future
Check hypercoagulable workup given stroke in young and prior history of miscarraige
- DRVVT; Future
- Cardiolipin antibody; Future
- Beta-2 glycoprotein antibodies; Future
- C-reactive protein; Future
- Lipoprotein A (LPA); Future
- Homocysteine, serum; Future
- Factor 8 assay; Future

**Progress Notes by Samuel J Ferris, MD at 4/8/2021 9:15 AM (continued)**

Electronically signed by Samuel J Ferris, MD on 4/8/2021 9:42 AM

**Progress Notes by Samuel J Ferris, MD at 4/8/2021 9:15 AM**

Author: Samuel J Ferris, MD
Filed: 4/8/2021 9:42 AM
Status: Signed

Service: —
Encounter Date: 4/8/2021
Editor: Samuel J Ferris, MD (Physician)

Author Type: Physician
Creation Time: 4/8/2021 9:36 AM

**Subjective:**

**Patient ID:** Trina Louise Brown-Simmons is a 48 y.o. female who presents for follow-up of Pre-op Exam

HPI

MVP, palpitations, syncope, CVA

6/4/19 TEE - EF 55%, mild MR/TR, no thrombus seen, bubble study negative for intracardiac shunt

Echo 8/1/18
1 - Normal left ventricular systolic function (EF 60-65%).
2 - Concentric remodeling.
3 - Trivial mitral regurgitation.
4 - Trivial to mild tricuspid regurgitation.

Event monitor 6/26/19
- Negative event monitor with no clinical arrhythmias.

Holter 8/1/18
1. Sinus rhythm with heart rates varying between 67 and 160 bpm with an average of 103 bpm.

VENTRICULAR ARRHYTHMIAS
1. There were very rare PVCs recorded totalling 3 and averaging less than 1 per hour.

2. There were no episodes of ventricular tachycardia.

SUPRA VENTRICULAR ARRHYTHMIAS
1. There were very rare PACs recorded totalling 11 and averaging less than 1 per hour.

2. There were no episodes of sustained supraventricular tachycardia.

SINUS NODE FUNCTION
1. There was no evidence of high grade SA nodal block.

AV CONDUCTION
1. There was no evidence of high grade AV block.

Went to the ER 7/24/18
Patient presents complaining of cough and shortness of breath that started yesterday. No chest pain. No pain with breathing. States shortness of breath is worse with lying down and with ambulation. Cough is nonproductive. There is no fever. Patient has had severe nasal congestion. That nasal congestion is chronic. Patient takes Afrin multiple times a day for months due to this nasal congestion. Patient states she has a history of "bronchitis". States she has been prescribed Advair and albuterol in the past for this. She states she

## 04/08/2021 - Office Visit in Lapalco - Cardiology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Brown-Simmons, Trina Louise | 8279536 | | Female | 09/24/72 (48 yrs) |

| Address | Phone | Email |
|---|---|---|
| 4016 N Chipwood Dr<br>HARVEY LA 70058 | 504-669-2801 (M)<br>504-669-2801 (H) | trinab924@gmail.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Whitney Hardy, MD504-371-6550 | 06/22/22 | 07/22/22 |

LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12064882245
Enc. Date 6/24/2022

**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM (continued)**

Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

**Assessment:**

1. **DOE (dyspnea on exertion)**
2. Palpitations
3. Mitral valve prolapse
4. Essential hypertension
5. PVD (peripheral vascular disease)
6. Syncope and collapse
7. Chest pain, atypical

**Plan:**

Holter for palpitations
Echo and lexiscan myoview for CP and DOE - says she can't walk treadmill due to left foot pain
Continue Rx for HTN, PAD, CVA, MVP

Electronically signed by Samuel J Ferris, MD on 6/24/2022 2:24 PM

**Procedures for Abstract**

**IN OFFICE EKG 12-LEAD (to Muse) [736511598] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 5475613 | — | — | 06/24/22 1414 |

**IN OFFICE EKG 12-LEAD (to Muse) [736511598]** Resulted: 06/28/22 2333, Result status: Final result

Order status: Completed
Collected by: 06/24/22 1414
Filed by: Interface, Lab In Hlseven 06/28/22 2334
Resulting lab: OCHS GE MUSE
Narrative:
Test Reason : R06.00,R00.2,I34.1,I10,I73.9,R55,R07.89,

Vent. Rate : 093 BPM Atrial Rate : 093 BPM
P-R Int : 122 ms QRS Dur : 070 ms
QT Int : 346 ms P-R-T Axes : 052 053 040 degrees
QTc Int : 430 ms

Normal sinus rhythm
Normal ECG
When compared with ECG of 08-APR-2021 09:34,
No significant change was found
Confirmed by Bedi MD, Updesh S. (64) on 6/28/2022 11:33:50 PM

LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12048277936
Enc. Date 4/8/2021

**04/08/2021 - Office Visit in Lapalco - Cardiology (continued)**

**Problem List (continued)** as of 4/8/2021 Date Reviewed: **4/8/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 218.9 | | | 8/30/2017 |
| RESOLVED: Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/29/2017 –<br>8/30/2017 |

**Patient as-of Visit**

**Allergies** as of 4/8/2021

Allergies last reviewed by Samuel J Ferris, MD on 4/8/2021 0935

**ADHESIVE** *(last edited by Monica Lee, MD on 9/13/2017 0933)*
Reactions: **Blisters** Noted on: 09/13/2017
SNOMED-CT: 768032009

**SHELLFISH CONTAINING PRODUCTS** *(last edited by Ruth L Polk, RN on 8/29/2017 0628)*
Reactions: Hives Noted on: 08/29/2017
SNOMED-CT: 735029006

**Immunizations** as of 4/8/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 03/15/2021, 04/06/2021 |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 |
| Tdap | 10/30/2015, 10/30/2015 |

**Outpatient Medications at Start of Encounter as of 4/8/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray (Taking)**<br>Sig - Route: 1 spray by Nasal route 4 (four) times daily. - Nasal<br>Class: Print | 26 mL | 0 | 7/24/2018 | |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 4/16/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig - Route: 2 sprays by Nasal route once daily. - Nasal<br>Class: Print | 16.9 mL | 0 | 7/24/2018 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral<br>Class: Print<br>Earliest Fill Date: 4/16/2019 | 12 tablet | 0 | 4/16/2019 | 1/28/2022 |
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler**<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue - Inhalation | 18 g | 3 | 5/13/2019 | 5/12/2020 |
| **fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler**<br>Sig - Route: Inhale 1 puff into the lungs 2 (two) times daily. Controller - Inhalation | 60 each | 0 | 7/26/2018 | 7/26/2019 |

04/08/2021 - Office Visit in Lapalco - Cardiology (continued)

**Outpatient Medications at Start of Encounter as of 4/8/2021 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Eliska Moses, MA 2/15/2019 9:40 AM<br>prn | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral<br>Class: Print<br>Eliska Moses, MA 2/15/2019 9:40 AM<br>prn | 30 tablet | 0 | 7/24/2018 | 11/2/2021 |
| **metoprolol succinate (TOPROL-XL) 50 MG 24 hr tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/25/2020 | 1/28/2022 |
| **sertraline (ZOLOFT) 50 MG tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. - Oral | 30 tablet | 2 | 11/25/2019 | 1/28/2022 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig: Take 1 tablet (20 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray (Taking)**<br>Sig: 1 spray by Nasal route 4 (four) times daily.<br>Class: Print<br>Route: Nasal | 26 mL | 0 | 7/24/2018 | |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed.<br>Class: Print<br>Route: Oral | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking)**<br>Sig: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral | 10 tablet | 0 | 4/16/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Class: Print<br>Route: Nasal | 16.9 mL | 0 | 7/24/2018 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain.<br>Class: Print<br>Earliest Fill Date: 4/16/2019<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 12 tablet | 0 | 4/16/2019 | 1/28/2022 |

## Progress Notes

**Progress Notes by Samuel J Ferris, MD at 4/8/2021 9:15 AM**

Author: Samuel J Ferris, MD
Filed: 4/8/2021 9:42 AM
Status: Signed

Service: —
Encounter Date: 4/8/2021
Editor: Samuel J Ferris, MD (Physician)

Author Type: Physician
Creation Time: 4/8/2021 9:36 AM

**Progress Notes by Samuel J Ferris, MD at 6/24/2022 2:00 PM (continued)**

Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

4/8/21 needs clearance for revision of plantar fasciitis surgery at Touro
Denies CP, mild stable DOE
BP controlled
EKG NSR short PR otherwise ok
Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

6/24/22 Here for worsening daily palpitations for the last 2 weeks. Also reports increased DOE and pain around left axilla
EKG NSR ok

Review of Systems
Constitutional: Negative for decreased appetite.
HENT: Negative for ear discharge.
Eyes: Negative for blurred vision.
Respiratory: Negative for hemoptysis.
Endocrine: Negative for polyphagia.
Hematologic/Lymphatic: Negative for adenopathy.
Skin: Negative for color change.
Musculoskeletal: Negative for joint swelling.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for brief paralysis.
Psychiatric/Behavioral: Negative for hallucinations.
Allergic/Immunologic: Negative for hives.

**Objective:**

**Physical Exam**

Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Intact distal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.

LAPC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12048277936
Enc. Date 4/8/2021

## 04/08/2021 - Office Visit in Lapalco - Cardiology (continued)

**Reason for Visit**

**Pre-op Exam**

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Syncope and collapse** - Primary | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | |

**Problem List** as of 4/8/2021 Date Reviewed: **4/8/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Leg pain, bilateral** | ICD-10-CM: M79.604, M79.605<br>ICD-9-CM: 729.5 | | | 5/6/2014 - Present |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | | | 7/30/2014 - Present |
| **Pelvic pain in female** | ICD-10-CM: R10.2<br>ICD-9-CM: 625.9 | | | 1/18/2016 - Present |
| **Dyspareunia** | ICD-10-CM: IMO0002<br>ICD-9-CM: 625.0 | | | 1/18/2016 - Present |
| **Menorrhagia** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 1/18/2016 - Present |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | | | 2/10/2016 - Present |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | | | 2/17/2016 - Present |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | | | 2/17/2016 - Present |
| **Vitamin D deficiency** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | | | 1/31/2017 - Present |
| **Status post laparoscopic hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 8/29/2017 - Present |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | | | Unknown - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/1/2019 - Present |
| **Left flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 | | | 4/22/2019 - Present |
| **Kidney stones** | ICD-10-CM: N20.0<br>ICD-9-CM: 592.0 | | | 4/22/2019 - Present |
| **SUI (stress urinary incontinence, female)** | ICD-10-CM: N39.3<br>ICD-9-CM: 625.6 | | | 4/22/2019 - Present |
| **Migraine without status migrainosus, not intractable** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 5/6/2019 - Present |
| **Right arm numbness** | ICD-10-CM: R20.0<br>ICD-9-CM: 782.0 | | | 5/6/2019 - Present |
| **History of seizures** | ICD-10-CM: Z87.898<br>ICD-9-CM: V12.49 | | | Unknown - Present |
| **Rectal bleeding** | ICD-10-CM: K62.5<br>ICD-9-CM: 569.3 | | | 6/24/2019 - Present |
| RESOLVED: Leiomyoma of body of uterus | ICD-10-CM: D25.9 | | | 2/22/2016 – |

**Procedures for Abstract (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

**Indications**

DOE (dyspnea on exertion) [R06.00 (ICD-10-CM)]
Syncope and collapse [R55 (ICD-10-CM)]
Mitral valve prolapse [I34.1 (ICD-10-CM)]
Palpitations [R00.2 (ICD-10-CM)]
Essential hypertension [I10 (ICD-10-CM)]
Establishing care with new doctor, encounter for [Z76.89 (ICD-10-CM)]

**All Reviewers List**

Samuel J Ferris, MD on 12/3/2020 20:33

**Follow-up and Disposition History**

12/03/2020 1632 - Samuel J Ferris, MD

Dispositions: • Follow up in about 6 months (around 6/3/2021).

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

WBMC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12044698396
Enc. Date 12/3/2020

## 12/03/2020 - Office Visit in West Bank - Cardiology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Brown-Simmons, Trina Louise | 8279536 | | Female | 09/24/72 (48 yrs) |

| Address | Phone | Email |
|---|---|---|
| 4016 N Chipwood Dr<br>HARVEY LA 70058 | 504-669-2801 (M)<br>504-669-2801 (H) | trinab924@gmail.com |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Whitney Hardy, MD504-371-6550 | 06/22/22 | 07/22/22 |

WBMC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12044698396
Enc. Date 12/3/2020

**12/03/2020 - Office Visit in West Bank - Cardiology (continued)**

**Outpatient Medications at Start of Encounter as of 12/3/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue - Inhalation | | | | |
| **fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler**<br>Sig - Route: Inhale 1 puff into the lungs 2 (two) times daily. Controller - Inhalation<br>Eliska Moses, MA 2/15/2019 9:40 AM<br>prn | 60 each | 0 | 7/26/2018 | 7/26/2019 |
| **cetirizine (ZYRTEC) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral<br>Class: Print<br>Eliska Moses, MA 2/15/2019 9:40 AM<br>prn | 30 tablet | 0 | 7/24/2018 | 11/2/2021 |
| **sertraline (ZOLOFT) 50 MG tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. - Oral | 30 tablet | 2 | 11/25/2019 | 1/28/2022 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig: Take 1 tablet (20 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray (Taking)**<br>Sig: 1 spray by Nasal route 4 (four) times daily.<br>Class: Print<br>Route: Nasal | 26 mL | 0 | 7/24/2018 | |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed.<br>Class: Print<br>Route: Oral | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking)**<br>Sig: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral | 10 tablet | 0 | 4/16/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Class: Print<br>Route: Nasal | 16.9 mL | 0 | 7/24/2018 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain.<br>Class: Print<br>Earliest Fill Date: 4/16/2019<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 12 tablet | 0 | 4/16/2019 | 1/28/2022 |
| **metoprolol succinate (TOPROL-XL) 50 MG 24 hr tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 90 tablet | 3 | 3/25/2020 | 1/28/2022 |

**Progress Notes**

**Progress Notes by Samuel J Ferris, MD at 12/3/2020 4:15 PM**

Went to the ER 7/24/18
Patient presents complaining of cough and shortness of breath that started yesterday. No chest pain. No pain with breathing. States shortness of breath is worse with lying down and with ambulation. Cough is nonproductive. There is no fever. Patient has had severe nasal congestion. That nasal congestion is chronic. Patient takes Afrin multiple times a day for months due to this nasal congestion. Patient states she has a history of "bronchitis". States she has been prescribed Advair and albuterol in the past for this. She states she feels like she has been wheezing. Patient seen by SORT prior to my evaluation. Patient is on albuterol treatment during my initial evaluation. Patient does report driving to and from Orlando last week.

patient denies any current calf pain but states she has some calf pain last night and felt she had a "charley horse". Denies any leg swelling. Patient has no Homans sign or palpable cord or leg edema. Patient's D-dimer however elevated. With her symptomatology a CT of the chest was performed. No pulmonary embolism or other acute abnormality. No evidence of pericardial effusion or evidence of heart failure. Patient's BNP is not elevated. Patient's troponin is normal. Patient does have an elevated white cell count. Possibly viral etiology. Patient has significant evidence of sinusitis although this appears chronic. Chart review shows the patient had a 2D cardiac echo in 2016 that showed diastolic heart failure. After breathing treatment patient ambulated with oxygen saturations as low as 91% and feeling short of breath. Patient's heart rate decreased to 110 after breathing treatments were off which was consistent with a tachycardia when she arrived. Patient has been hypertensive. Patient is minimally tachypneic. Discussed overnight observation for persistent tachycardia and respiratory symptoms for repeat echocardiogram. Patient refused overnight admission. States she will call her cardiologist Dr. Ferris in the morning. Patient appears to have capacity to understand the risks. Will refill the patient's Advair and albuterol. I strongly recommend she stop using Afrin at all. Patient has been using this daily, repetitively and frequently for months, which could be the underlying cause of hypertension and tachycardia. Due to elevated white cell count will treat with Augmentin for sinusitis. Will switch to steroid nasal sprays. Will given ENT consultation. Follow up with her primary care doctor for blood pressure recheck. Follow up cardiologist for further evaluation of her mitral prolapse and diastolic dysfunction previously seen and workup. Return for worsening symptoms or at any time.

7/27/18 Feels a little better since discharge
Denies CP
Still congested and SOB
EKG 7/24/18 sinus tachycardia 135 - otherwise ok

8/13/18 SOB and heart racing have improved
Gets some generalized fatigue

11/13/18 Denies significant CP or SOB
Walking more
EKG NSR - ok
Gets dizzy when she gets palpitations

Saw Dr Kapoor-Maini 5/24/19
46 y.o. female with remote R cerebellar infarct on MRI brain, episode of right arm numbness and headache likely due to migraine with aura and a history of seizures. She has left eye blurry vision and feels pressure behind this eye. We discussed a referral to ophthalmology for this and patient is in agreement with this plan.

**1. History of stroke**
- atorvastatin (LIPITOR) 20 MG tablet; Take 1 tablet (20 mg total) by mouth once daily. Dispense: 30 tablet; Refill: 1
- CTA Head and Neck (xpd); Future
Check hypercoagulable workup given stroke in young and prior history of miscarraige
- DRVVT; Future
- Cardiolipin antibody; Future

WBMC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12044698396
Enc. Date 12/3/2020

**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 12/3/2020 4:15 PM (continued)**

| | | |
|---|---|---|
| Author: Samuel J Ferris, MD | Service: — | Author Type: Physician |
| Filed: 12/3/2020 4:32 PM | Encounter Date: 12/3/2020 | Creation Time: 12/3/2020 4:17 PM |
| Status: Signed | Editor: Samuel J Ferris, MD (Physician) | |

Electronically signed by Samuel J Ferris, MD on 12/3/2020 4:32 PM

**Progress Notes by Samuel J Ferris, MD at 12/3/2020 4:15 PM**

| | | |
|---|---|---|
| Author: Samuel J Ferris, MD | Service: — | Author Type: Physician |
| Filed: 12/3/2020 4:32 PM | Encounter Date: 12/3/2020 | Creation Time: 12/3/2020 4:17 PM |
| Status: Signed | Editor: Samuel J Ferris, MD (Physician) | |

**Subjective:**
**Patient ID:** Trina Louise Brown-Simmons is a 48 y.o. female who presents for follow-up of Palpitations

HPI

MVP, palpitations, syncope, CVA

6/4/19 TEE - EF 55%, mild MR/TR, no thrombus seen, bubble study negative for intracardiac shunt

Echo 8/1/18
1 - Normal left ventricular systolic function (EF 60-65%).
2 - Concentric remodeling.
3 - Trivial mitral regurgitation.
4 - Trivial to mild tricuspid regurgitation.

Event monitor 6/26/19
- Negative event monitor with no clinical arrhythmias.

Holter 8/1/18
1. Sinus rhythm with heart rates varying between 67 and 160 bpm with an average of 103 bpm.

VENTRICULAR ARRHYTHMIAS
1. There were very rare PVCs recorded totalling 3 and averaging less than 1 per hour.

2. There were no episodes of ventricular tachycardia.

SUPRA VENTRICULAR ARRHYTHMIAS
1. There were very rare PACs recorded totalling 11 and averaging less than 1 per hour.

2. There were no episodes of sustained supraventricular tachycardia.

SINUS NODE FUNCTION
1. There was no evidence of high grade SA nodal block.

AV CONDUCTION
1. There was no evidence of high grade AV block.

**12/03/2020 - Office Visit in West Bank - Cardiology (continued)**

**Problem List (continued)** as of 12/3/2020

Date Reviewed: **12/3/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 569.3 | | | Present |
| RESOLVED: Leiomyoma of body of uterus | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 2/22/2016 - 8/30/2017 |
| RESOLVED: Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/29/2017 - 8/30/2017 |

**Patient as-of Visit**

**Allergies** as of 12/3/2020

Allergies last reviewed by Ashante Johnson, MA on 12/3/2020 1619

**ADHESIVE** *[last edited by Monica Lee, MD on 9/13/2017 0933]*

Reactions: Blisters
SNOMED-CT: 786032009

Noted on: 09/13/2017

**SHELLFISH CONTAINING PRODUCTS** *[last edited by Ruth L Polk, RN on 8/29/2017 0628]*

Reactions: Hives
SNOMED-CT: 735029006

Noted on: 08/29/2017

**Immunizations** as of 12/3/2020

| Immunization | Administered On |
|---|---|
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 |
| Tdap | 10/30/2015, 10/30/2015 |

**Outpatient Medications at Start of Encounter as of 12/3/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray (Taking)**<br>Sig - Route: 1 spray by Nasal route 4 (four) times daily. - Nasal<br>Class: Print | 26 mL | 0 | 7/24/2018 | |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 4/16/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig - Route: 2 sprays by Nasal route once daily. - Nasal<br>Class: Print | 16.9 mL | 0 | 7/24/2018 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral<br>Class: Print<br>Earliest Fill Date: 4/16/2019 | 12 tablet | 0 | 4/16/2019 | 1/28/2022 |
| **metoprolol succinate (TOPROL-XL) 50 MG 24 hr tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/25/2020 | 1/28/2022 |
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler** | 18 g | 3 | 5/13/2019 | 5/12/2020 |