**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 12/3/2020 4:15 PM (continued)**

- Beta-2 glycoprotein antibodies; Future
- C-reactive protein; Future
- Lipoprotein A (LPA); Future
- Homocysteine, serum; Future
- Factor 8 assay; Future
- Protein C activity; Future
- Protein S activity; Future
- Antithrombin III; Future
- Factor 5 leiden; Future
- Prothrombin gene mutation; Future
- Hemoglobin Electrophoresis,Hgb A2 Quan.; Future
- Creatinine, serum; Future

She was advised to follow up with Dr. Ferris/cardiology to further evaluate for cardioembolic source and for consideration of TEE and if neg loop recorder. I have sent a message to Dr. Ferris notifying him of reason for follow up Will hold off on starting aspirin for now as patient has unknown etiology of blood in stool. I have set up for her to see a gastroenterologist on 6/11/9. I have provided her with a note. Will start aspirin 81mg daily if cleared from GI perspective
Start lipitor 20mg daily, pt was advised to let her PCP know she was started on this medication
Side effects of lipitor were discussed with patient and she was advised to notify me or her PCP if she experiences any

6/18/19 Denies CP or SOB
Discussed ILR or event monitor - she would prefer to have the event monitor first

8/9/19 Denies CP or SOB
Denies further neurologic symptoms

12/3/20 Denies CP, SOB, or palpitations
Needs clearance for foot surgery
EKG NSR -ok

Review of Systems
Constitution: Negative for decreased appetite.
HENT: Negative for ear discharge.
Eyes: Negative for blurred vision.
Respiratory: Negative for hemoptysis.
Endocrine: Negative for polyphagia.
Hematologic/Lymphatic: Negative for adenopathy.
Skin: Negative for color change.
Musculoskeletal: Negative for joint swelling.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for brief paralysis.
Psychiatric/Behavioral: Negative for hallucinations.
Allergic/Immunologic: Negative for hives.

**Objective:**
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.



EXHIBIT
3, part 5

**Procedures for Abstract (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 4732258 | — | — | 04/08/21 0934 |

**IN OFFICE EKG 12-LEAD (to Muse) [626538397]** Resulted: 04/08/21 1738, Result status: Final result

Order status: Completed
Collected by: 04/08/21 0934
Filed by: Interface, Lab In Hiseven 04/08/21 1738
Resulting lab: OCHS GE MUSE
Narrative:
Test Reason : R55,R06.00,I10,R00.2,I34.1,

Vent. Rate : 087 BPM Atrial Rate : 087 BPM
P-R Int : 100 ms QRS Dur : 064 ms
QT Int : 356 ms P-R-T Axes : 070 002 028 degrees
QTc Int : 428 ms

Sinus rhythm with short PR
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 03-DEC-2020 17:20,
No significant change was found
Confirmed by Castine MD, Michael (1678) on 4/8/2021 5:38:35 PM

Referred By: FERRIS Confirmed By:Michael Castine MD
Acknowledged by: Samuel J Ferris, MD on 04/09/21 0830

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

**Indications**

Syncope and collapse [R55 (ICD-10-CM)]
DOE (dyspnea on exertion) [R06.00 (ICD-10-CM)]
Essential hypertension [I10 (ICD-10-CM)]
Palpitations [R00.2 (ICD-10-CM)]
Mitral valve prolapse [I34.1 (ICD-10-CM)]

**All Reviewers List**

Samuel J Ferris, MD on 4/9/2021 08:30

**Follow-up and Disposition History**

04/08/2021 0942 - Samuel J Ferris, MD

Dispositions:
- Follow up in about 6 months (around 10/8/2021).

**Follow-up Information**

None

**Follow Up Call**

No data filed

WBMC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12044698396
Enc. Date 12/3/2020

## 12/03/2020 - Office Visit in West Bank - Cardiology (continued)

**Reason for Visit**

**Palpitations**

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **DOE (dyspnea on exertion)** - Primary | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **Establishing care with new doctor, encounter for** | ICD-10-CM: Z76.89<br>ICD-9-CM: V65.8 | |

**Problem List** as of 12/3/2020 Date Reviewed: **12/3/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Leg pain, bilateral** | ICD-10-CM: M79.604, M79.605<br>ICD-9-CM: 729.5 | | | 5/6/2014 - Present |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | | | 7/30/2014 - Present |
| **Pelvic pain in female** | ICD-10-CM: R10.2<br>ICD-9-CM: 625.9 | | | 1/18/2016 - Present |
| **Dyspareunia** | ICD-10-CM: IMO0002<br>ICD-9-CM: 625.0 | | | 1/18/2016 - Present |
| **Menorrhagia** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 1/18/2016 - Present |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | | | 2/10/2016 - Present |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | | | 2/17/2016 - Present |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | | | 2/17/2016 - Present |
| **Vitamin D deficiency** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | | | 1/31/2017 - Present |
| **Status post laparoscopic hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 8/29/2017 - Present |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | | | Unknown - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/1/2019 - Present |
| **Left flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 | | | 4/22/2019 - Present |
| **Kidney stones** | ICD-10-CM: N20.0<br>ICD-9-CM: 592.0 | | | 4/22/2019 - Present |
| **SUI (stress urinary incontinence, female)** | ICD-10-CM: N39.3<br>ICD-9-CM: 625.6 | | | 4/22/2019 - Present |
| **Migraine without status migrainosus, not intractable** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 5/6/2019 - Present |
| **Right arm numbness** | ICD-10-CM: R20.0<br>ICD-9-CM: 782.0 | | | 5/6/2019 - Present |
| **History of seizures** | ICD-10-CM: Z87.898<br>ICD-9-CM: V12.49 | | | Unknown - Present |
| **Rectal bleeding** | ICD-10-CM: K62.5 | | | 6/24/2019 - |

**Progress Notes by Samuel J Ferris, MD at 4/8/2021 9:15 AM (continued)**

Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Intact distal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

**Assessment:**

1. **Syncope and collapse**
2. DOE (dyspnea on exertion)
3. Essential hypertension
4. Palpitations
5. Mitral valve prolapse

**Plan:**

Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

Electronically signed by Samuel J Ferris, MD on 4/8/2021 9:42 AM

**Procedures for Abstract**

**IN OFFICE EKG 12-LEAD (to Muse) [626538397] (Final result)**

**Specimen Information**

**Progress Notes (continued)**

**Progress Notes by Samuel J Ferris, MD at 12/3/2020 4:15 PM (continued)**

Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

**Assessment:**

1. **DOE (dyspnea on exertion)**
2. Syncope and collapse

**Plan:**

Cleared for foot surgery at low cardiac risk
OV 6 months
Continue Rx for HTN

Electronically signed by Samuel J Ferris, MD on 12/3/2020 4:32 PM

**Procedures for Abstract**

**IN OFFICE EKG 12-LEAD (to Muse) [546537922] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 4534050 | — | — | 12/03/20 1720 |

**IN OFFICE EKG 12-LEAD (to Muse) [546537922]** Resulted: 12/03/20 2032, Result status: Final result

Order status: Completed
Collected by: 12/03/20 1720
Narrative:
Test Reason : R06.00,R55,I34.1,R00.2,I10,Z76.89,

Filed by: Interface, Lab In Hlseven 12/03/20 2032
Resulting lab: OCHS GE MUSE

Vent. Rate : 100 BPM Atrial Rate : 100 BPM
P-R Int : 120 ms QRS Dur : 068 ms
QT Int : 346 ms P-R-T Axes : 035 018 037 degrees
QTc Int : 446 ms

Normal sinus rhythm
Low voltage QRS
Borderline Abnormal ECG
When compared with ECG of 20-APR-2020 09:57,
QT has lengthened
Confirmed by Ferris MD, Samuel (59) on 12/3/2020 8:32:27 PM

Referred By: FERRIS Confirmed By:Samuel Ferris MD
Acknowledged by: Samuel J Ferris, MD on 12/03/20 2033

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date: 7/6/2022
Request Number: 58307825
Page Count: 28

**Your requested medical records are attached.**

Patient Name: TRINA SIMMONS
Medical Facility: Qchsner DDS QDD Requests
Requester: Juan Miguel Mora
Organization: ReleasePoint, Inc./PORTAL

Your reference number: 9456014

Thank you,

*MRO*
*MROcorp.com*

Request Corr.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

OCHSNER MEDICAL CENTER
1514 JEFFERSON HWY 1ST FLR
ATTN: MEDICAL RECORDS
New Orleans, LA 70121

Date Jun 29, 2022

**Re: Long Term Disability Benefits**
Claim# 9456014 11059701
Claimant: SIMMONS, TRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: OCHSNE

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 1, 2020 to Present**

**Dr. Ferris. All Office visit notes, hospital notes, test results, treatment plans from all treating providers from facility. - Seen By: OCHSNER HEALTH CENTER - WEST BANK**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Juan Miguel Mora
Disability Information Specialist
Phone No.: (213) 269-4241
Fax No: (213) 884-4921

RPID: 9456014

Request Corr.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ____________ Relationship Self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ____________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**



PAGE 5/10 * RCVD AT 3/16/2021 11:46:02 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:8773536412 * CSID:Office Depot #56 * ANI:5043680135 * DURATION (mm-ss):08-3

Request Corr.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®

G0000026 LFFC5BD1 00006285

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/8/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

RPID: 9456014

PAGE 9/10 * RCVD AT 3/18/2021 11:46:02 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:8773536412 * CSID:Office Depot #56 * ANI:5043080135 * DURATION (mm-ss):08-3

Request Corr.

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.



RPID: 9456014

Request Corr.

# CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **7/6/2022 4:54:03 PM** |
| Transaction Reference No.: | **3573692** |
| Approval Code: | **0003403342** |
| Order Number: | **58307825** |
| Charge Amount: | **$51.50** |
| Credit Card Number: | **XXXXXXXXXXXX2131** |
| Credit Card Holder: | **RELEASEPOINT** |

# Quality Assurance Report

## Request Information

Report Date: July 7, 2022

**RP ID:** 9456014

Patient Name: SIMMONS, TRINA

Provider Name: OCHSNER MEDICAL CENTER

## Quality Assurance Information

Scope Requested: **From August 1, 2020 to Present**

Special Request:

Dr. Ferris. All Office visit notes, hospital notes, test results, treatment plans from all treating providers from facility. - Seen By: OCHSNER HEALTH CENTER - WEST BANK

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

June 28, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

To continue receiving disability benefits, we need you and Dr. Ferris, Dr. Lang and Dr. Melcher to provide an update on your condition.

**What You Need to Do By August 10, 2022:**

1. **Check in with Dr. Ferris, Dr. Lang and Dr. Melcher to ensure they have sent the required information.** On June 27, 2022 they received a request for your medical records on from our medical records vendor, on our behalf.
2. **If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 1, 2020 through the present. They can send in the information by:

   - Mail to Lincoln National Life Insurance Company, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
   - Email to WMClaims@lfg.com
   - Fax to (603) 334-0380

   - Please complete the attached forms and submit them to my attention via the enclosed envelope, by fax to (603) 334-0380 or by e-mail to WMClaims@LFG.COM

Please ensure we receive your records as well as the additional documentation requested above on time to avoid your benefits being discontinued. If we do not receive the requested information by August 10, 2022 your benefits may be suspended – and if we do not receive them by September 9,

2022, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Austyn Doughty
LTD Claims Specialist I
On Behalf Of: Kayleigh Holzinger
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (877) 353-6412

Attachments: Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (     )** ______________



**Lincoln/Brown-Simmons 1257**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

**Claimant:** Trina Simmons **Date of Birth:** ________

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.:** 05-290765

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**____________________ **DATE:**____________________

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, May 18, 2022 3:42:17 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | weq6vo4m7x6ituggzvsn_12781574.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (603) 559-8608

May 18, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please complete the enclosed forms and return the forms directly to Lincoln Financial once completed. You may email the forms back to WMclaims@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-8608

Attachments: 11059701-REQUEST-CLAIMANT OTHER-04.13.2022

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, April 13, 2022 4:40:46 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | 3kd6zx5vpsiovna8o53r_12563716.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 13, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please complete the enclosed forms and once completed, please return the forms directly back to Lincoln Financial.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-REQUEST-CLAIMANT OTHER-02.14.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 15, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please complete the enclosed forms and once completed, please return the forms directly back to Lincoln Financial.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: _________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ____________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________ Department: ______________ From: ________ To:
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Claimant:** Trina Simmons

**Date of Birth:**

**Employer:** Walmart, Inc.

**Policy/Plan Sponsor No.:** 05-290765

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. A *change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**____________________ **DATE:** ________________

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | April 18, 2022 |
| To: | MONICA FERRARO<br>WORKERS COMPENSATION, LLC<br>3045 RIDGELAKE DRIVE<br>SUITE 203<br>METAIRIE LA 70002 |
| Attn: | Monica Ferraro |
| Fax: | (504) 838-8868 |
| From: | Kayleigh Holzinger<br>Ltd Technical Specialists II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 559-0473 |
| Total Pages (Including Cover): | 2 |
| RE:<br><br>Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 18, 2022

Monica Ferraro
Workers Compensation, LLC
3045 RIDGELAKE DRIVE
SUITE 203
METAIRIE, LA 70002

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Monica Ferraro:

We have not received any recent medical information from her providers. Updated medical information will be requested in May after Ms. Simmons follow up appointments if warranted.

Can you verify if Ms. Simmons also has a workers compensation claim filed?

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

APR/18/2022/MON 09:08 AM FAX No. P. 001/002

**WORKERS' COMPENSATION, L.L.C**

**ALEXANDRIA** ATTORNEYS AT LAW **BATON ROUGE**

3045 RIDGELAKE DRIVE, SUITE 203

**MONROE** METAIRIE, LA 70002 **NEW ORLEANS**

TELEPHONE: (504)838-8883 / (504)525-0831 FACSIMILE: (504)582-0756

# Fax Memo

April 18, 2022

| | |
|---|---|
| **To:** Kayleigh Holzinger | **From:** Monica Ferraro, Esq. |
| **Fax:** 603-559-0473 | **Fax:** (504) 582-0756 |
| | |
| **Re:** Ms. Trina Simmons | **Number of Pages:** 3 |
| | |

**Message: as mentioned last week, Ms. Simmons 's case is currently pending at the office of hearing operation in New Orleans LA. She is waiting for a hearing to be scheduled.**

**I contacted Ms. Simmons and she does not have any workers compensation claim pending.**

APR/18/2022/MON 09:08 AM FAX No. P. 002/002
RECEIVED 04/18/2022 08:20AM 1 LAW OFFICE
04/18/22 09:21:48 Lincoln Financial -> 1 Lincoln Financial Gr Page 002

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 18, 2022

Monica Ferraro
Workers Compensation, LLC
3045 RIDGELAKE DRIVE
SUITE 203
METAIRIE, LA 70002

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Monica Ferraro:

We have not received any recent medical information from her providers. Updated medical information will be requested in May after Ms. Simmons follow up appointments if warranted.

Can you verify if Ms. Simmons also has a workers compensation claim filed?

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473



PAGE 2/2 * RCVD AT 4/18/2022 10:24:59 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6035590473 * CSID: * ANI:15045820756 * DURATION (mm-ss):00-49

WORKERS' COMPENSATION, L.L.C
ALEXANDRIA ATTORNEYS AT LAW BATON ROUGE

3045 RIDGELAKE DRIVE, SUITE 203
MONROE METAIRIE, LA 70002 NEW ORLEANS

TELEPHONE: (504)838-8883 / (504)525-0831 FACSIMILE: (504)582-0756

# Fax Memo

April 14, 2022

| | |
|---|---|
| To: Kayleigh Holzinger | From: Monica Ferraro, Esq. |
| Fax: 603-559-0473 | Fax: (504) 582-0756 |
| | |
| Re: Ms. Trina Simmons | Number of Pages: 3 |
| | |

Message: Ms. Simmons 's case is currently pending at the office of hearing operation in New Orleans LA. She is waiting for a hearing to be scheduled. Let me know if you need additional information

Also if you have any documentation from her physician about her inability to return to work I would appreciate you forward it to me. Thank you.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 13, 2022

Monica Ferraro
Workers Compensation, LLC
3045 RIDGELAKE DRIVE
SUITE 203
METAIRIE, LA 70002

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Monica Ferraro:

We are assisting the above claimant with her LTD benefits and we are in need of information regarding her Social Security Disability application. Please provide documentation of the current Social Security Disability application status. Authorization forms have been attached for release of this information.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.17.2021

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

**I,** Trina Simmons **File Number:** 1064806

Previous Names: ______________

**SS number:** ______________ **DOB:** ______________

**Authorize:** Lincoln Financial Group

**To Release to:** Workers Compensation LLC all medical records regarding my treatment,hospitalization, and outpatient care specifically including and not limited to:

- -progress notes
- -history & physical
- -medication list
- -summary of treatment
- -laboratory results
- -x-ray and imaging reports
- -consultation reports
- -admission/discharge summaries
- -operative records
- -physical/occupational therapy records
- -speech therapy records
- -psychiatric progress notes
- -psychiatric evaluation
- -academic records/tests/evaluations

-other: Vital signs and psychotherapy notes

I understand that the information to be disclosed may include information relating to HIV testing, AIDS and AIDS-related syndromes, and alcohol and drug treatment/testing.

I understand that this authorization extends to the release of information via mail, telephone, fax machine, or verbally.

I authorize the use of a copy of this form for the disclosure of the information described above.

**Purpose:** I understand the purpose of this authorization is to facilitate legal representation in a claim for Social Security benefits.

**Redisclosure:** I understand that information disclosed under this authorization may be redisclosed to the appropriate agency, court, or organization responsible for approving my claim, and may no longer be protected by federal confidentiality rules.

**Conditioning:** I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

**Revocation:** I understand that I have the right to revoke this authorization at any time. I understand that I must do so in writing and present the written revocation to the health care provider. I understand that this revocation will not apply to information that has already been released to this authorization.

**Expiration: This authorization expires automatically 12 months from the date signed below or, if earlier, when representation by Workers Compensation LLC is terminated.**

**Signed:** X Trina Simmons **Date:** 04-14-2022

**Witness:** ______________ **Date:** ______________

Relationship if other than client: ___ Parent/Guardian ___ Legal Representative

Revised 08/2008

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | April 13, 2022 |
| To: | MONICA FERRARO<br>WORKERS COMPENSATION, LLC<br>3045 RIDGELAKE DRIVE<br>SUITE 203<br>METAIRIE LA 70002 |
| Attn: | Monica Ferraro |
| Fax: | (504) 838-8868 |
| From: | Kayleigh Holzinger<br>Ltd Technical Specialists II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 559-0473 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 13, 2022

Monica Ferraro
Workers Compensation, LLC
3045 RIDGELAKE DRIVE
SUITE 203
METAIRIE, LA 70002

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Monica Ferraro:

We are assisting the above claimant with her LTD benefits and we are in need of information regarding her Social Security Disability application. Please provide documentation of the current Social Security Disability application status. Authorization forms have been attached for release of this information.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.17.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000026 LFPC5BD1 00000285

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/8/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, April 13, 2022 4:40:46 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | 3kd6zx5vpsiovna8o53r_12563716.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 13, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please complete the enclosed forms and once completed, please return the forms directly back to Lincoln Financial.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-REQUEST-CLAIMANT OTHER-02.14.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 15, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please complete the enclosed forms and once completed, please return the forms directly back to Lincoln Financial.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ____________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ____________ Department: ____________ From: ________ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ________ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ________ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (    )** ____________

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Claimant:** Trina Simmons **Date of Birth:**

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.:** 05-290765

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. A *change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**______________________________ **DATE:** ________________________

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

# Billing Statement:

ReleasePoint

**Invoice Date: 03/03/2022** **Invoice #: 716119-580**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Feb 1 2022 and Feb 28 2022**

**L-WALMAR** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8689955<br>11059701 | SIMMONS, TRINA<br>NEW ORLEANS PODIATRY ASSOCIA... | Complete | 12/03/21<br>K Holzinger | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>18 | **$ 9.00** |
| 8887915<br>11059701 | SIMMONS, TRINA<br>OCHSNER HEALTH | Complete | 01/31/22<br>K Holzinger | $ 9.00 | $ 36.00 | $ 0.00 | $ 0.00<br>17 | **$ 45.00** |

**ReleasePoint**

**Total Amount Due:** **$ 54.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, February 16, 2022 12:44:41 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | qjl2pdo7ftv5ocagfa4x_12195223.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 16, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please provide your attorney contact information regarding your pending Social Security Disability application so we may contact them and request the information needed pertaining to your application. We contacted Mr. Gary Sells and he responded stating that he never had a case for you, and he is retired.

You may email your attorney contact information to WMclaims@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, February 15, 2022 2:12:10 PM |
| To: | GSELLS@DBA.CC; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | lp7c78sbyjphv7hm7jum_12187238.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 15, 2022

Gary Sells
Gary Sells Disability Benefits Advocate
401 WHITNEY AVENUE
SUITE 405
GREINA, LA 70056

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Gary Sells:

We are assisting the above claimant with her LTD claim and we are needing a status update pertaining to her Social Security Disability application. Please provide proof of the current application status and any other information relevant to her application that we may need to be aware of. Authorization forms have been attached for release of this information.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.17.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS,
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000026 LFPC5BD1 00000285

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ____________ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/8/21

Date of Birth: ____________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**From:**GP_PUB_PROD@LFG.com
**Sent:**Mon, 14 Feb 2022 11:17:28 -0500
**To:**Holzinger, Kayleigh
**Cc:**GP_PUB_PROD
**Subject:**Failure for Claim Number : 11059701

The Right Fax distribution for the following correspondence failed:

Letter: Request-Other Third Party-FRM_0001__GENERAL_FREEFORM
Recipient: Gary Sells
Fax Number: 8668174462
Failure Code: Fax Number Busy

No further attempts will be made at this time.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | February 14, 2022 |
| To: | GARY SELLS<br>GARY SELLS DISABILITY BENEFITS ADVOCATE<br>401 WHITNEY AVENUE<br>SUITE 405<br>GREINA LA 70056 |
| Attn: | Gary Sells |
| Fax: | (866) 817-4462 |
| From: | Kayleigh Holzinger<br>Ltd Technical Specialists II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 559-0473 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 14, 2022

Gary Sells
Gary Sells Disability Benefits Advocate
401 WHITNEY AVENUE
SUITE 405
GREINA, LA 70056

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Gary Sells:

This is our second request asking for proof of current Social Security Disability application status for the above claimant. Please provide this information as soon as possible so we may update our claim file accordingly. Authorization forms have been attached for the release of information as well as the initial request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-REQUEST-OTHER THIRD PARTY-01.14.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | January 14, 2022 |
| To: | GARY SELLS<br>GARY SELLS DISABILITY BENEFITS ADVOCATE<br>401 WHITNEY AVENUE<br>SUITE 405<br>GREINA LA 70056 |
| Attn: | Gary Sells |
| Fax: | (866) 817-4462 |
| From: | Kayleigh Holzinger<br>Ltd Technical Specialists II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 559-0473 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 14, 2022

Gary Sells
Gary Sells Disability Benefits Advocate
401 WHITNEY AVENUE
SUITE 405
GREINA, LA 70056

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Gary Sells:

We are assisting the above claimant with her LTD benefits and are in need of an update regarding her Social Security Disability application status. Please provide a copy of her current status so we may update our claim file accordingly. You may email this information to WMclaims@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.17.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000025 LFPCSB31 00000285

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/8/21

Date of Birth: ______ Claim Number 11059701

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 15, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Please complete the enclosed forms and once completed, please return the forms directly back to Lincoln Financial.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®

**Return to:** Kayleigh Holzinger

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ________________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

**Claimant:** Trina Simmons **Date of Birth:** ________

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.:** 05-290765

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**______________________________ **DATE:**________________________

**EMPLOYEE'S PRINTED NAME:** Trina Simmons

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

Date: February 11, 2022

Subject: **Nursing Memorandum**

***Claim#:*** 11059701

***Claimant:*** Trina Simmons

***Clinical Assessment:***

Asc with hypertension, obesity (BMI about 37-38), and history of low back pain, seizures (not treating), and depression/anxiety (takes Zoloft: antidepressant) separated from work due to pain in left foot diagnosed as plantar fasciitis (inflammation of a thick band of tissue that connects the heel bone to the toes). She is status post surgery called endoscopic plantar fasciotomy (procedure in which a small portion of the plantar fascia is released at its insertion into the heel bone) performed by AP Lang DPM/podiatrist in 04/2021. (Asc had an initial left foot surgery in 12/2020 by another AP with whom she no longer treats.) Asc has continued to have pain despite surgery, and has been treated with immobilization in boot, compression socks, ankle brace, and medications including Lyrica (used for nerve pain), narcotic pain medication, nonsteroidal anti-inflammatory medication (NSAIDs), and topical pain creams.

Lov with AP Lang was 12/30/21 and Asc reported continued pain in left heel, top of left foot, and inner aspect of left foot and ankle. Exam showed Asc presented in regular shoes; 1+ non-pitting edema was noted in bilateral lower legs; pulses in feet were diminished bilaterally; lower extremity strength and range of motion (ROM) were equal and symmetric; there was moderate pain with palpation of bottom on left foot and mild pain to palpation of same area on right foot. No concerns noted with regard to surgical site. AP Lang stated Asc was having nerve-related pain and referred her to neurologist.

Asc presented on 01/28/22 to AP Rodriguez MD/neurology and reported pain on top of left foot that radiated upwards to knee; also left foot swelling with inability to wear shoes by end of day; denied color changes or loss of sensation in feet. Physical exam showed mild pitting edema in left foot and left leg up to knee, "severe" tenderness to inner left knee and top of left foot, and pain with passive and active ROM to left knee and left ankle. AP stated that the etiology of Asc's pain and swelling more suggestive of vascular/lymph issue; ordered ultrasound of left lower extremity and referred Asc to vascular surgery (for evaluation of circulation).

R&Ls of no lift/push/pull greater than 20 lbs, no climb/crawl/squat/kneel, and no more than occasional stand/walk are supported through about the end of 04/2022 (3 months from lov date) based on edema and pain in left lower extremity and time needed for evaluation and possible treatment with vascular surgeon. Recommend CS clarify ongoing treatment plan with Asc regarding date of appointment with vascular surgery provider, and whether she has any f/u ovs with AP Lang and/or AP Rodriguez (unlikely she will return to AP Rodriguez) and then obtain updated medical from vascular surgery provider (unknown name) as well as any other provider

Asc may return to by the end of 04/2022 and consider additional clinical review with NDC if R&Ls unclear.

At this time the diagnoses remain M72.2- Plantar fascial fibromatosis and M79.672- Pain in left foot. Update provided to CS and file removed from assignments.

Debra A. RN CCM LNC-C
Nurse Disability Consultant II
Lincoln Financial Group

ReleasePoint

**Medical Record Overview**

**Date:** **February 4, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** NEW ORLEANS PODIATRY ASSOCIATES
2626 Jena St
New Orleans, LA 70115
(504) 897-3627

**RP ID:** 8689955

**Client ID:** 11059701

**Source:** L-WALMAR

**Request Scope:** From October 5, 2021 to Present

**Req By:** K Holzinger
05-290765

**Chart Range:** 11/15/2021 - 12/30/2021

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 15 2021 | Dec 30 2021 | 18 | 2 |

**Total Page Count:** 18

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED

We only received inscope medical records. Kindly request for completed form seen by Dr. Edward Lang.

Enclosed are all records supplied by medical facility for requested dates of service.



Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 12/30/2021



Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

able to get a temporary handicap parking decal. The paperwork was filled out and given to the patient so they can bring to the DMV.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

**Prescribe**

Lyrica 200 mg capsule - 1 QHS for 30 Days
Mobic 15 mg tablet - 1 DAILY for 30 Days

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call office if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Neurology Consult Needed**

Patient needs neurology consult for painful symptoms.

**Temporary Handicap Paperwork Filled Out**

The patient admits that they have a difficult time walking long distances and would like to be

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
hydrochlorothiazide 25 mg tablet

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Decline in Health, Weakness,
**Musculoskeletal - Denied:** Back problems, Joint Pain, Muscle cramps, Restricted Motion,

## Objective

**Physical Exam**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that Lyrica helps at all. She reports that Lyrica just makes her tired. She denies applying Urea cream as prescribed. The patient reports a pain level of 10 out of 10.

On examination, pain on palpation of the left foot.

The patient is having nerve pain, which is not getting controlled with medications. The patient is referred to Neurology for the management of neuropathic symptoms.

The patient admits that she has a difficult time walking long distances and would like to be able to get a temporary handicap parking decal. The paperwork was filled out and given to the patient so that she can bring to the DMV.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS. TRINA(Female) | **DOB :** | (49) | **Encounter ID:** | 133096709 |
| | | **Race:** | Decline to specify | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Decline to specify | | |

| | | | |
|---|---|---|---|
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang<br>DPM, DPM |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. She reports taking Lyrica 200 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient denies that lyrica helps at all. She reports that lyrica just makes her tired. She denies applying Urea cream as prescribed. Patient reports a pain level of 10 out of 10.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Neuropathy; Patient presents with follow up of pain heel, Patient presents with follow up of pain ankle, Pain is located in the Left foot.

**Quality**

**Denied:** Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed.

**Denied:** they have custom orthotics No.

**Medication List**

Lyrica 200 mg capsule - 1 capsule by mouth at bedtime
Lyrica 150 mg capsule - 1 capsule by mouth at bedtime
Lyrica 100 mg capsule - 1 capsule by mouth at bedtime
urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram
Lyrica 75 mg capsule - 1 capsule by mouth daily
Naprosyn 500 mg tablet - 1 tablet by mouth twice a day
hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours
cefdinir 300 mg capsule - 1 capsule by mouth twice a day
ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day
Celebrex 200 mg capsule - 1 capsule by mouth twice a day
Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET
Nalfon 600 mg tablet - 1 tablet by mouth twice a day
Zipsor 25 mg capsule - 1 capsule by mouth twice a day
Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.
ibuprofen 600 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS

Electronically Signed and Reviewed by LANG DPM, EDWARD M 01/24/2022 08:21:19



Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 11/30/2021



Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

**Lyrica Continue**

Patient is to continue to take Lyrica 200mg daily.

**Turmeric**

You are encouraged to take Turmeric 500mg twice daily. This can be found over the counter on the vitamin or spice aisle.

**Tylenol**

Patient to take Tylenol for pain as needed.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

S93492D Sprain of other ligament of left ankle, subsequent encounter

G9009 Other idiopathic peripheral autonomic neuropathy

L853 Xerosis cutis

M79672 Pain in left foot

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

**Follow-Up**

Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Lyrica Dosage Increased**

The patient is responding well to Lyrica, but still has residual burning sensation. Therefore, the patient's lyrics dosage is increased and the patient is to follow up in 2-3 weeks.

**Patient Instructions**



Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
hydrochlorothiazide 25 mg tablet

**Allergies**
Adhesive - Active, Shellfish - Active

**Review of Systems**
**Constitutional - Denied:** Fever, Chills, Weakness, Fatigue,
**Musculoskeletal - reported:** Back problems, Joint pain, Muscle cramps,
**Denied:** Restricted Motion,

## Objective

**Vital Signs**
**Weight:** 200 lb **Height:** 5' 2" **BMI Flag:** Obese ( 36.6 )

**Physical Exam**
The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. She reports taking Lyrica 150 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient reports that Lyrica has helped her symptoms at night but not during the day. She reports applying Urea cream as prescribed. The patient reports being prescribed Meloxicam 15 mg by her back doctor.

On examination, pain on palpation of the left foot.

The patient's NSAID Meloxicam does not seem to be helping to relieve the painful symptoms. The patient was advised to stop the Meloxicam. She was advised to start taking Turmeric for the management of inflammation. She was advised to take Tylenol as needed for the pain.

The patient is responding well to Lyrica but still reports a burning and stinging sensation in the left foot. Lyrica dosage was increased to 200 mg. Lyrica 200 mg was prescribed and sent to the pharmacy for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 3 weeks.

**Constitutional**
The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**
**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA(Female) | **DOB :** (49) | | **Encounter ID:** | 131154157 |
| | | **Race:** | Decline to specify | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Decline to specify | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica 150 mg as prescribed. The patient reports drowsiness and tiredness during the day from Lyrica. The patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying Urea cream as prescribed. Patient reports being prescribed Meloxicam 15 mg by her back doctor.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain inside of foot, Patient presents with follow up of pain heel, Patient presents with follow up of pain ankle, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is not changed since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 3.5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Medication List**

Lyrica 150 mg capsule - 1 capsule by mouth at bedtime
Lyrica 100 mg capsule - 1 capsule by mouth at bedtime
urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram
Lyrica 75 mg capsule - 1 capsule by mouth daily
Naprosyn 500 mg tablet - 1 tablet by mouth twice a day
cefdinir 300 mg capsule - 1 capsule by mouth twice a day
hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours
ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day
Celebrex 200 mg capsule - 1 capsule by mouth twice a day
Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET
Nalfon 600 mg tablet - 1 tablet by mouth twice a day
Zipsor 25 mg capsule - 1 capsule by mouth twice a day
Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.
ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS
famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY

Electronically Signed and Reviewed by LANG DPM, EDWARD M 12/23/2021 10:23:03



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

weeks.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00


From NOPA T.504.897.3339 Fri Feb 4 09:33:22 2022 MST Page 4 of 19

mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The Incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

- M722 Plantar Fasciitis
- M79671 Pain in right foot
- R600 Localized edema
- S92015A Nondisp fx of body of left calcaneus, init for clos fx
- S93492A Sprain of other ligament of left ankle, initial encounter
- Z4789 Encounter for other orthopedic aftercare
- S93492D Sprain of other ligament of left ankle, subsequent encounter
- G9009 Other idiopathic peripheral autonomic neuropathy
- L853 Xerosis cutis
- M79672 Pain in left foot

## Plan

**Procedures**

99212 Office O/p Est Sf (1 UN)

**Prescribe**

Lyrica 150 mg capsule - 1 QHS for 30 Days

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call office if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Lyrica Dosage Increased**

The patient is responding well to Lyrica, but still has residual burning sensation. Therefore, the patient's lyrics dosage is increased and the patient is to follow up in 2-3 weeks.



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal - reported:** Back problems, Joint pain,

**Denied:** Muscle cramps, Restricted Motion,

## Objective

**Vital Signs**

**Weight:** 205 lb **Height:** 5' 2" **BMI Flag:** Obese ( 37.5 )

**Physical Exam**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6.5-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica as prescribed up until last week. The patient reports drowsiness while driving in the morning. The patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying Urea cream as prescribed. Patient reports being prescribed Meloxicam 15 mg by her back doctor.

On examination, pain on palpation of the left foot.

The patient reports improvement with Lyrica, but she still has a burning and stinging sensation and pain in her left foot. We advised her to increase the Lyrica to 150 mg. Lyrica 150 mg was prescribed and sent to the pharmacy for the management of neuropathic symptoms.

The patient was advised to call the office if there are any changes to the condition, was given the symptoms to look for i.e pain, fever or swelling or any other concerns.

RTC in 2 weeks to check the progress on Lyrica.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is,

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA(Female) | **DOB :** | (49) | **Encounter ID:** | 130324639 |
| | | **Race:** | Decline to specify | **Primary Ins:** | SELF PAY |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Decline to specify | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang<br>DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

The patient arrives in the office for treatment of left ruptured AFT. On visit 10/4 nerve pain was present. The patient arrives wearing regular shoes. The patient reports pain in the left heel, top of the left foot, and medial aspect of the left foot and ankle during activity. The patient reports burning and stinging sensation and swelling in her left foot. She reports a pain level of 6.5-7 out of 10. The patient reports discontinuing Naprosyn and EBN-5 as prescribed. Patient reports taking Lyrica as prescribed up until last week. The patient reports drowsiness while driving in the morning. The patient reports that Lyrica has helped her symptoms at night but not during the day. Patient reports applying Urea cream as prescribed. Patient reports being prescribed Meloxicam 15mg by her back doctor.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Other; Patient presents with follow up of pain top of foot, Patient presents with follow up of pain inside of foot, Patient presents with follow up of pain ankle, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is improving since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 3.5 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking Lyrica as prescribed.

**Medication List**

Lyrica 100 mg capsule - 1 capsule by mouth at bedtime
urea 40 % topical cream - 1 gm on the skin twice a day; 28.35gram
Lyrica 75 mg capsule - 1 capsule by mouth daily
Naprosyn 500 mg tablet - 1 tablet by mouth twice a day
cefdinir 300 mg capsule - 1 capsule by mouth twice a day
hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours
ciclopirox 0.77 % topical cream - 1 gm on the skin twice a day
Celebrex 200 mg capsule - 1 capsule by mouth twice a day
Naftin 2 % topical gel - 1 gm on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET
Nalfon 600 mg tablet - 1 tablet by mouth twice a day
Zipsor 25 mg capsule - 1 capsule by mouth twice a day
Jublia 10 % topical solution with applicator - 1 drop to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.
ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS
famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY
amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
hydrochlorothiazide 25 mg tablet



Electronically Signed and Reviewed by LANG DPM, EDWARD M 11/23/2021 12:26:00

# Quality Assurance Report

## Request Information

Report Date: February 4, 2022

**RP ID:** 8689955

Patient Name: SIMMONS, TRINA

Provider Name: NEW ORLEANS PODIATRY ASSOCIATES

## Quality Assurance Information

Scope Requested: **From October 5, 2021 to Present**

Special Request:

DR. EDWARD LANG. PLEASE INCLUDE WM RESTRICTIONS FORM.
- Seen By: NEW ORLEANS PODIATRY ASSOCIATES Please
provide medical records and fill out the
questionnaire.

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED We only received inscope medical records. Kindly request for completed form seen by Dr. Edward Lang. Enclosed are all records supplied by medical facility for requested dates of service.

Chart Reviewed By: VAANG

ReleasePoint

**Medical Record Overview**

**Date:** **February 4, 2022**

**Patient Name:** SIMMONS, TRINA

**Records From:** OCHSNER HEALTH
1514 Jefferson Hwy
New Orleans, LA 70121
(504) 842-6850

**RP ID:** 8887915

**Client ID:** 11059701

**Source:** L-WALMAR

**Request Scope:** From January 1, 2022 to Present

**Req By:** K Holzinger
05-290765

**Chart Range:** 01/28/2022 - 01/28/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 28 2022 | Jan 28 2022 | 11 | 2 |
| Request Corr. | | | 6 | 13 |

**Total Page Count:** 17

**Notes From QC:**

## 01/28/2022 - Office Visit in Jeff Hwy - Neurology 7th Fl

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Brown-Simmons, Trina Louise | 8279536 | | Female | 09/24/72 (49 yrs) |

| Address | Phone | Email |
|---|---|---|
| | (M)<br>(H) | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Whitney Hardy, MD504-371-9355 | 01/22/22 | 02/21/22 |

## 01/28/2022 - Office Visit in Jeff Hwy - Neurology 7th Fl (continued)

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Peripheral vascular disease** - Primary | ICD-10-CM: I73.9<br>ICD-9-CM: 443.9 | |
| **Peripheral neuropathic pain** | ICD-10-CM: M79.2<br>ICD-9-CM: 729.2 | |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | |
| **Lower extremity edema** | ICD-10-CM: R60.0<br>ICD-9-CM: 782.3 | |

**Problem List** as of 1/28/2022 Date Reviewed: **1/28/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Leg pain, bilateral** | ICD-10-CM: M79.604, M79.605<br>ICD-9-CM: 729.5 | | | 5/6/2014 - Present |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | | | 7/30/2014 - Present |
| **Pelvic pain in female** | ICD-10-CM: R10.2<br>ICD-9-CM: 625.9 | | | 1/18/2016 - Present |
| **Dyspareunia** | ICD-10-CM: IMO0002<br>ICD-9-CM: 625.0 | | | 1/18/2016 - Present |
| **Menorrhagia** | ICD-10-CM: N92.0<br>ICD-9-CM: 626.2 | | | 1/18/2016 - Present |
| **Mitral valve prolapse** | ICD-10-CM: I34.1<br>ICD-9-CM: 424.0 | | | 2/10/2016 - Present |
| **Palpitations** | ICD-10-CM: R00.2<br>ICD-9-CM: 785.1 | | | 2/17/2016 - Present |
| **Syncope and collapse** | ICD-10-CM: R55<br>ICD-9-CM: 780.2 | | | 2/17/2016 - Present |
| **Vitamin D deficiency** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | | | 1/31/2017 - Present |
| **Status post laparoscopic hysterectomy** | ICD-10-CM: Z90.710<br>ICD-9-CM: V88.01 | | | 8/29/2017 - Present |
| **DOE (dyspnea on exertion)** | ICD-10-CM: R06.00<br>ICD-9-CM: 786.09 | | | Unknown - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/1/2019 - Present |
| **Left flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 | | | 4/22/2019 - Present |
| **Kidney stones** | ICD-10-CM: N20.0<br>ICD-9-CM: 592.0 | | | 4/22/2019 - Present |
| **SUI (stress urinary incontinence, female)** | ICD-10-CM: N39.3<br>ICD-9-CM: 625.6 | | | 4/22/2019 - Present |
| **Migraine without status migrainosus, not intractable** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 5/6/2019 - Present |
| **Right arm numbness** | ICD-10-CM: R20.0<br>ICD-9-CM: 782.0 | | | 5/6/2019 - Present |
| **History of seizures** | ICD-10-CM: Z87.898<br>ICD-9-CM: V12.49 | | | Unknown - Present |
| **Rectal bleeding** | ICD-10-CM: K62.5<br>ICD-9-CM: 569.3 | | | 6/24/2019 - Present |
| **Peripheral neuropathic pain** | ICD-10-CM: M79.2<br>ICD-9-CM: 729.2 | | | 1/28/2022 - Present |
| **Lower extremity edema** | ICD-10-CM: R60.0<br>ICD-9-CM: 782.3 | | | 1/28/2022 - Present |

**01/28/2022 - Office Visit in Jeff Hwy - Neurology 7th Fl (continued)**

**Problem List (continued)** as of 1/28/2022 — Date Reviewed: **1/28/2022**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Leiomyoma of body of uterus | ICD-10-CM: D25.9<br>ICD-9-CM: 218.9 | | | 2/22/2016 -<br>8/30/2017 |
| RESOLVED: Abnormal uterine bleeding (AUB) | ICD-10-CM: N93.9<br>ICD-9-CM: 626.9 | | | 8/29/2017 -<br>8/30/2017 |

**Patient as-of Visit**

**Allergies** as of 1/28/2022

Allergies last reviewed by Sofia C Matta Rodriguez, MD on 1/28/2022 0837

**ADHESIVE** *[last edited by Monica Lee, MD on 9/13/2017 0933]*

Reactions: Blisters — Noted on: 09/13/2017
SNOMED-CT: 418920007

**SHELLFISH CONTAINING PRODUCTS** *[last edited by Ruth L Polk, RN on 8/29/2017 0628]*

Reactions: Hives — Noted on: 08/29/2017
SNOMED-CT: 735029006

**Immunizations** as of 1/28/2022

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 03/15/2021, 04/06/2021 |
| Influenza - Quadrivalent | 10/30/2015, 10/30/2015 |
| Tdap | 10/30/2015, 10/30/2015 |

**Outpatient Medications at Start of Encounter as of 1/28/2022**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue - Inhalation<br>Class: Historical Med | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (20 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray (Taking)**<br>Sig - Route: 1 spray by Nasal route 4 (four) times daily. - Nasal<br>Class: Print | 26 mL | 0 | 7/24/2018 | |
| **fluticasone propionate (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig - Route: 1 spray (50 mcg total) by Each Nostril route 2 (two) times daily. for 14 days - Each Nostril | 16 g | 0 | 1/22/2022 | 2/5/2022 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking)**<br>Sig - Route: Take 800 mg by mouth. - Oral<br>Class: Historical Med | | | 3/1/2021 | |
| **ipratropium (ATROVENT) 21 mcg (0.03 %) nasal spray (Taking)**<br>Sig - Route: 2 sprays by Nasal route 2 (two) times daily. for 7 days - Nasal | 30 mL | 0 | 1/22/2022 | 1/29/2022 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every evening. - Oral | 30 tablet | 1 | 1/22/2022 | 1/22/2023 |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | 30 tablet | 0 | 10/26/2021 | |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 12 tablet | 0 | 4/20/2020 | |

## 01/28/2022 - Office Visit in Jeff Hwy - Neurology 7th Fl (continued)

### Outpatient Medications at Start of Encounter as of 1/28/2022 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking)**<br>Sig - Route: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 4/16/2019 | |
| **pregabalin (LYRICA) 100 MG capsule (Taking)**<br>Sig - Route: Take 100 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig - Route: 2 sprays by Nasal route once daily. - Nasal<br>Class: Print | 16.9 mL | 0 | 7/24/2018 | |
| **fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler**<br>Sig - Route: Inhale 1 puff into the lungs 2 (two) times daily. Controller - Inhalation<br>Eliska Moses, MA 2/15/2019 9:40 AM<br>pm | 60 each | 0 | 7/26/2018 | 7/26/2019 |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral<br>Class: Print<br>Earliest Fill Date: 4/16/2019 | 12 tablet | 0 | 4/16/2019 | 1/28/2022 |
| **metoprolol succinate (TOPROL-XL) 50 MG 24 hr tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/25/2020 | 1/28/2022 |
| **sertraline (ZOLOFT) 50 MG tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. - Oral | 30 tablet | 2 | 11/25/2019 | 1/28/2022 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue<br>Class: Historical Med<br>Route: Inhalation | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily | 90 tablet | 0 | 3/23/2020 | |
| **atorvastatin (LIPITOR) 20 MG tablet (Taking)**<br>Sig: Take 1 tablet (20 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 5/24/2019 | |
| **cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray (Taking)**<br>Sig: 1 spray by Nasal route 4 (four) times daily.<br>Class: Print<br>Route: Nasal | 26 mL | 0 | 7/24/2018 | |
| **fluticasone propionate (FLONASE) 50 mcg/actuation nasal spray (Taking)**<br>Sig: 1 spray (50 mcg total) by Each Nostril route 2 (two) times daily. for 14 days<br>Route: Each Nostril | 16 g | 0 | 1/22/2022 | 2/5/2022 |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet (Taking)**<br>Sig: Take 800 mg by mouth.<br>Class: Historical Med<br>Route: Oral | | | 3/1/2021 | |
| **ipratropium (ATROVENT) 21 mcg (0.03 %) nasal spray (Taking/Expired)**<br>Sig: 2 sprays by Nasal route 2 (two) times daily. for 7 days<br>Route: Nasal | 30 mL | 0 | 1/22/2022 | 1/29/2022 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)**<br>Sig: Take 1 tablet (5 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 1 | 1/22/2022 | 1/22/2023 |
| **meloxicam (MOBIC) 15 MG tablet (Taking)** | 30 tablet | 0 | 10/26/2021 | |

NOMC NEUROLOGY
OCHSNER, SOUTH SHORE REGION LA

Brown-Simmons, Trina Louise
MRN: 8279536, DOB: Sex: F
Acct #: 12057715448
Enc. Date 1/28/2022

## 01/28/2022 - Office Visit in Jeff Hwy - Neurology 7th Fl (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | | | | |
| **ondansetron (ZOFRAN) 4 MG tablet (Taking)**<br>Sig: Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed.<br>Class: Print<br>Route: Oral | 12 tablet | 0 | 4/20/2020 | |
| **ondansetron (ZOFRAN-ODT) 4 MG TbDL (Taking)**<br>Sig: Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral | 10 tablet | 0 | 4/16/2019 | |
| **pregabalin (LYRICA) 100 MG capsule (Taking)**<br>Sig: Take 100 mg by mouth 2 (two) times daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Class: Print<br>Route: Nasal | 16.9 mL | 0 | 7/24/2018 | |

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet**<br>Sig - Route: Take 800 mg by mouth. - Oral<br>Class: Historical Med<br>Order: 698968676<br>Date/Time Signed: 1/28/2022 08:37 | | | 3/1/2021 | | — |

### Progress Notes

**Progress Notes by Sofia C Matta Rodriguez, MD at 1/28/2022 8:30 AM**

Author: Sofia C Matta Rodriguez, MD
Service: —
Author Type: Resident
Filed: 1/28/2022 10:54 AM
Encounter Date: 1/28/2022
Creation Time: 1/27/2022 9:04 PM
Status: Attested
Editor: Sofia C Matta Rodriguez, MD (Resident)
Cosigner: Osvaldo A. Camilo, MD at 1/28/2022 11:31 AM

**Attestation signed by Osvaldo A. Camilo, MD at 1/28/2022 11:31 AM**

I have seen the patient, reviewed the Resident's history and physical, assessment, and plan. I have personally interviewed and examined the patient at bedside and agree with the findings.

.Osvaldo A Camilo, MD
Vascular Neurology
Comprehensive Stroke Center
Ochsner Medical Center-JeffHwy

JEFFERSON HIGHWAY CLINICS
JEFF HWY - NEUROLOGY 7TH FL
OCHSNER, SOUTH SHORE REGION LA

Date: 1/28/22
Patient Name: Trina Louise Brown-Simmons
MRN: 8279536

PCP: Whitney Hardy
Referring Provider: No ref. provider found

**Assessment:**
Trina Louise Brown-Simmons is a 49 y.o. female w PMH HTN, BA, HLD, R cerebellar stroke with no deficits, chronic back pain, seizures not on AED and plantar fasciitis presenting for initial evaluation for worsening left lower extremity pain with associated swelling/edema. This has been on going issue for > 1 year but it has recently got worse due to pain at dorsal foot and distal leg up to knee. There is associated edema with it. No color changes or limb ischemia. There is family history of PAD, patient denies any surgeries at her proxima leg, no history of DVT. On exam there is mild pitting edema at the left leg and severe tenderness to palpation. Leg is not tense, it is warm to touch.

**Plan:**

**Problem List Items Addressed This Visit**

Neuro
**Peripheral neuropathic pain**
Current Assessment & Plan
- Symptoms and presentation more suggestive of vascular/lymph issue, rather than neurological.
- Currently on pregabalin 100mg QD. Discussed that could increase pregabalin to 200mg hs and try lidocaine cream
- No need for EMG/NCS at this time

Cardiac/Vascular
**Essential hypertension**
Current Assessment & Plan
- On amlodipine. Discussed that it increases her risk of edema but patient has been on it for more than 5 years, low likelihood to be causing current symptoms

Endocrine
**Obesity (BMI 30-39.9)**
Current Assessment & Plan
- Risk factor for plantar fascitis
- Discussed with patient

Other
**Lower extremity edema**
Current Assessment & Plan
- Patient is having unilateral lower extremity edema, associated with severe pain and inablity to walk.
- Pitting edema noted on exam, no history of DVT, leg is not tense and is warm to touch.
- Etiology of pain and swelling more suggestive of vascular/lymph issue
- US lower extremity ordered
- Referral to Vascular Surgery for further evaluation

**Other Visit Diagnoses**
**Peripheral vascular disease** - Primary
Relevant Orders

US Lower Extremity Veins Bilateral
Ambulatory referral/consult to Vascular Surgery

Sofia C Matta Rodriguez, MD

*Patient note was created using MModal Dictation. Any errors in syntax or even information may not have been identified and edited on initial review prior to signing this note.*

**Subjective:**

Patient seen in consultation at the request of No ref. provider found for the evaluation of left leg pain. A copy of this note will be sent to the referring physician.

HPI:

Ms. Trina Louise Brown-Simmons is a 49 y.o. female w PMH HTN, BA, HLD, R cerebellar stroke with no deficits, chronic back pain, seizures not on AED and plantar fasciitis presenting for initial evaluation for worsening left lower extremity pain with associated swelling/edema. Patient has history of plantar fasciitis and had her first surgery on 12/2020 with no resolution of her symptoms. She worked with PT/OT and then saw Dr. Lang who did a second surgery on 4/2021. He has tried boot, brace, compression socks and has had her on pregabalin for her symptoms but patient is still complaining of severe pain. Now her pain is no longer on the plantar aspect, but is on dorsal foot and she describes a shooting pain that runs up her left lower extremity pain up to her knee. In the past couple of months she has been experiencing left foot swelling to the extend that she can not ware her shoes. Swelling is not affected by position, but her pain is worse at the end of the day when she is going to bed. Denies any color changes or loss of sensation.

Pain is described as tense, shooting like pain. No history of DVT, there is family history of PAD. She has chronic back pain, but there is no pain radiating down her leg. Currently on o pregabalin 100mg QD, meloxicam 15mg, advil

**PAST MEDICAL HISTORY:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | |
| • Bronchitis | |
| • Essential hypertension | 2/1/2019 |
| • Hyperlipidemia | |
| • Kidney stones | |
| • MVP (mitral valve prolapse) | |
| • Obesity (BMI 30-39.9) | 7/30/2014 |
| • Ovarian cyst | |
| • Seizures<br>*IN PAST* | |
| • Stroke<br>*no residual effects* | |
| • Syncope | |
| • Uterine fibroid | |

**PAST SURGICAL HISTORY:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|

- COLONOSCOPY N/A 6/24/2019
  *Procedure: COLONOSCOPY Prepopik; Surgeon: John A. Evans, MD; Location: KNMH ENDO; Service: Endoscopy; Laterality: N/A;*
- DILATION AND CURETTAGE OF UTERUS
- HYSTERECTOMY
- TUBAL LIGATION
- VAGINAL DELIVERY

**CURRENT MEDS:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. Rescue | | |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 |
| • atorvastatin (LIPITOR) 20 MG tablet | Take 1 tablet (20 mg total) by mouth once daily. | 30 tablet | 1 |
| • cromolyn (NASALCHROM) 5.2 mg/spray (4 %) nasal spray | 1 spray by Nasal route 4 (four) times daily. | 26 mL | 0 |
| • fluticasone propionate (FLONASE) 50 mcg/actuation nasal spray | 1 spray (50 mcg total) by Each Nostril route 2 (two) times daily. for 14 days | 16 g | 0 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 800 mg by mouth. | | |
| • ipratropium (ATROVENT) 21 mcg (0.03 %) nasal spray | 2 sprays by Nasal route 2 (two) times daily. for 7 days | 30 mL | 0 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every evening. | 30 tablet | 1 |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 0 |
| • ondansetron (ZOFRAN) 4 MG tablet | Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed. | 12 tablet | 0 |
| • ondansetron (ZOFRAN-ODT) 4 MG TbDL | Take 1 tablet (4 mg total) by mouth every 12 (twelve) hours as needed. | 10 tablet | 0 |
| • pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth 2 (two) times daily. | | |

**Progress Notes by Sofia C Matta Rodriguez, MD at 1/28/2022 8:30 AM (continued)**

| | | | |
|---|---|---|---|
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 16.9 mL | 0 |
| • fluticasone-salmeterol 250-50 mcg/dose (ADVAIR) 250-50 mcg/dose diskus inhaler | Inhale 1 puff into the lungs 2 (two) times daily. Controller | 60 each | 0 |

No current facility-administered medications for this visit.

**ALLERGIES:**
**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Adhesive | Blisters |
| • Shellfish containing products | Hives |

**FAMILY HISTORY:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hyperlipidemia | Mother | |
| • Hypertension | Mother | |
| • Cataracts | Mother | |
| • Glaucoma | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Sister | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Brother | |
| • Diabetes | Sister | |
| • Hypertension | Sister | |
| • Diabetes | Brother | |
| • Hypertension | Brother | |
| • Colon cancer | Maternal Grandmother | |
| • Cataracts | Maternal Grandmother | |
| • Glaucoma | Maternal Grandmother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • Melanoma | Neg Hx | |
| • Psoriasis | Neg Hx | |
| • Ovarian cancer | Neg Hx | |
| • Breast cancer | Neg Hx | |
| • Amblyopia | Neg Hx | |
| • Blindness | Neg Hx | |
| • Cancer | Neg Hx | |
| • Macular degeneration | Neg Hx | |

| | |
|---|---|
| • Retinal detachment | Neg Hx |
| • Strabismus | Neg Hx |
| • Stroke | Neg Hx |
| • Thyroid disease | Neg Hx |

**SOCIAL HISTORY:**
**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | No |
| *Comment: SOCIALLY* | |
| • Drug use: | No |

**Review of Systems:**
12 system review of systems is negative except for the symptoms mentioned in HPI.

**Objective:**

**Vitals:**

| | 01/28/22 0833 |
|---|---|
| BP: | **(!) 154/103** |
| BP Location: | Right arm |
| Patient Position: | Sitting |
| BP Method: | Large (Automatic) |
| Pulse: | 99 |
| Weight: | 96.2 kg (212 lb 1.3 oz) |
| Height: | 5' 2" (1.575 m) |

General: NAD, well nourished
Eyes: no tearing, discharge, no erythema
ENT: moist mucous membranes of the oral cavity, nares patent
Neck: Supple, full range of motion
Cardiovascular: Warm and well perfused, pulses equal and symmetrical
Lungs: Normal work of breathing, normal chest wall excursions
Skin: No rash, lesions, or breakdown on exposed skin
Psychiatry: Mood and affect are appropriate
Abdomen: soft, non tender, non distended
Extremeties: No cyanosis, clubbing. **Mild pitting edema noted at left foot and left leg up to knee.**

Neurological
MENTAL STATUS: Alert and oriented to person, place, and time. Attention and concentration within normal limits. Speech without dysarthria, able to name and repeat without difficulty. Recent and remote memory within normal limits
CRANIAL NERVES: Visual fields intact. PERRL. EOMI. Facial sensation intact. Face symmetrical. Hearing grossly intact. Full shoulder shrug bilaterally. Tongue protrudes midline
SENSORY: Sensation is intact to pin, light touch, proprioception and temperature throughout. **Severe tenderness to palpation at medial knee and dorsal foot.** Joint position perception intact. Negative Romberg.

**Progress Notes (continued)**

**Progress Notes by Sofia C Matta Rodriguez, MD at 1/28/2022 8:30 AM (continued)**

MOTOR: Normal bulk and tone. No pronator drift. 5/5 deltoid, biceps, triceps, interosseous, hand grip bilaterally. 5/5 iliopsoas, knee extension/flexion, foot dorsi/plantarflexion bilaterally. **Pain with passive and active ROM at left knee and left ankle.**
REFLEXES: Symmetric and 2+ throughout. Toes down going bilaterally.
CEREBELLAR/COORDINATION/GAIT: Gait steady with normal arm swing and stride length. Heel to shin intact. Finger to nose intact. Normal rapid alternating movements.

Electronically signed by Osvaldo A. Camilo, MD on 1/28/2022 11:31 AM

**Follow-up Information**

None

**Chart Cosign**

Required By
**Osvaldo A. Camilo, MD[252298]**

**Follow Up Call**

No data filed

# END OF REPORT

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

---

Date: 2/3/2022
Request Number: 53705219
Page Count: 11

**Your requested medical records are attached.**

Patient Name: TRINA SIMMONS
Medical Facility: Ochsner Main Campus Jefferson
Requester: Johnrey Panganiban
Organization: ReleasePoint, Inc./PORTAL

Your reference number: 8887915

Thank you,

*MRO*
*MROcorp.com*

Request Corr.



Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

MRO
JAN 3 1 2021
Initials:

Lincoln Financial Group

**OCHSNER HEALTH**
**1514 Jefferson Hwy**
**ATTN: MEDICAL RECORDS**
**New Orleans, LA 70121**

Date Jan 31, 2022

**Re: Long Term Disability Benefits**
Claim# 8887915 11059701
Claimant: SIMMONS, TRINA
Claimant DOB·
Provider Portal, https //portal releasepoint com
Access Key OCH295

Dear 5046422832,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From January 1, 2022 to Present**
**DR SOFIA MATTA RODRIGUEZ-NEUROLOGY - Seen By· OCHSNER HEALTH**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Johnrey Panganiban
Disability Information Specialist
Phone No.: (213) 349-9450
Fax No: (213) 884-4921

RPID: 8887915

Request Corr.

From HylaFAX Enterprise Mon 31 Jan 2022 11:42:56 AM PST Page 2 of 4

3/16/2021 10:46 AM FROM: Office Depot #58 P. 5 / 10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Request Corr.

From HylaFAX Enterprise Mon 31 Jan 2022 11:42:58 AM PST Page 3 of 4

3/16/2021 10:46 AM FROM: Office Depot #56 P. 9 / 10

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance related functions.

00080026 LFPC5BD1 00020385

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA SIMMONS

Name of legal representative, if applicable (print) ______ Relationship Claimant

Signature of claimant or legal representative Trina Simmons Date: 3/8/21

Date of Birth: ______ Claim Number 11059701

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

RFID: 8887915

PAGE 9/10 * RCVD AT 3/16/2021 11:46:02 AM [Eastern Daylight Time] * SVR VA1PWFAX1918 * DNIS 8773536412 * CSID Office Depot #56 * ANI 5043580135 * DURATION (mm-ss) 03-38

Request Corr.



Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

2/17/2021

The Lincoln National Life
Insurance Company
Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations

RPID: 8887915

Request Corr.

# CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **2/3/2022 8:49:07 PM** |
| Transaction Reference No.: | **3291521** |
| Approval Code: | **0003137140** |
| Order Number: | **53705219** |
| Charge Amount: | **$36.00** |
| Credit Card Number: | **XXXXXXXXXXXX1563** |
| Credit Card Holder: | **RELEASEPOINT** |

# Quality Assurance Report

## Request Information

Report Date: February 4, 2022

**RP ID:** 8887915

Patient Name: SIMMONS, TRINA

Provider Name: OCHSNER HEALTH

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:
DR. SOFIA MATTA RODRIGUEZ-NEUROLOGY - Seen By: OCHSNER HEALTH

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | January 14, 2022 |
| To: | GARY SELLS<br>GARY SELLS DISABILITY BENEFITS ADVOCATE<br>401 WHITNEY AVENUE<br>SUITE 405<br>GREINA LA 70056 |
| Attn: | Gary Sells |
| Fax: | (866) 817-4462 |
| From: | Kayleigh Holzinger<br>Ltd Technical Specialists II<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 559-0473 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 11059701<br>Claimant: Trina Simmons<br><br>Walmart, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 14, 2022

Gary Sells
Gary Sells Disability Benefits Advocate
401 WHITNEY AVENUE
SUITE 405
GREINA, LA 70056

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701
Claimant: Trina Simmons

Dear Gary Sells:

We are assisting the above claimant with her LTD benefits and are in need of an update regarding her Social Security Disability application status. Please provide a copy of her current status so we may update our claim file accordingly. You may email this information to WMclaims@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

Attachments: 11059701-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.17.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000026 LFPC5BD1 00000285

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ______ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/8/21

Date of Birth: ______ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 15, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits under the Walmart Inc. Group Disability Income Policy (Policy). This is a friendly reminder that there is action you need to take to continue to receive LTD benefits.

As you may remember, we requested updated medical records on December 3, 2021. Follow up letters were sent to you notifying you of the status of our requests on December 3, 2021 and January 3, 2022.

To date, the following information remains outstanding:

- Medical records from October 5, 2021, through the present from Dr. Edward Lang.

**What You Need to Do by February 15, 2022:**

Please follow up with your treating providers to ensure the requested medical documentation will be submitted to Lincoln Financial. Please be advised that your providers may have received a request from our medical records retrieval vendor on our behalf.

Please ensure we receive all requested information to avoid your benefits being discontinued. If we do not receive the requested information by February 15, 2022, your claim may be closed.

Once we review the information received by the above due date, we'll contact you by phone to provide you with an update on your claim.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com (company code: Walmart) on your computer or mobile device.

Thank you for the opportunity to help with your claim. If you have any questions or would like to

discuss next steps, please contact us at the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 4, 2022

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits under the Walmart Inc. Group Disability Income Policy (Policy). This is a friendly reminder that there is action you need to take to continue to receive LTD benefits.

As you may remember, we requested updated medical records on December 3, 2021. Follow up letters were sent to you notifying you of the status of our requests on December 3, 2021.

To date, the following information remains outstanding:

- Medical records from October 5, 2021, through the present from Dr. Edward Lang.

**What You Need to Do by February 15, 2022:**

Please follow up with your treating providers to ensure the requested medical documentation will be submitted to Lincoln Financial. Please be advised that your providers may have received a request from our medical records retrieval vendor on our behalf.

Please ensure we receive all requested information to avoid your benefits being discontinued. If we do not receive all of the requested information by January 16, 2022, your benefits may be suspended. If we do not receive the requested information by February 15, 2022, your claim may be closed.

Once we review the information received by the above due date, we'll contact you by phone to provide you with an update on your claim.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com (company code: Walmart) on your computer or mobile device.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 4, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

To continue receiving disability benefits, we need you and Dr. Edward Lang to provide an update on your condition.

**What You Need to Do by January 16, 2022:**

1. **Check in with Dr. Edward Lang to ensure they have sent the required information.** On December 3, 2021, they received a request for your medical records on from our medical records vendor, on our behalf.
2. **If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 5, 2021, through the present. They can send in the information by:

   - Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 7216, London, KY 40742-7216
   - Email to WMClaims@lfg.com
   - Fax to 877-353-6412

Please ensure we receive your records on time to avoid your benefits being discontinued. If we do not receive the requested information by January 16, 2022, your benefits may be suspended and if we do not receive them by February 15, 2022, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

# Billing Statement:

ReleasePoint

**Invoice Date: 11/04/2021** **Invoice #: 715250-669**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Oct 1 2021 and Oct 31 2021**

**L-WALMAR** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8317369<br>11059701 | SIMMONS, TRINA<br>NEW ORLEANS PODIATRY ASSOCIA... | Complete | 08/30/21<br>K Holzinger | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>23 | **$ 9.00** |
| 8317368<br>11059701 | SIMMONS, TRINA<br>FOOT AND ANKLE CENTER | Complete | 08/30/21<br>K Holzinger | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>6 | **$ 9.00** |
| 8317367<br>11059701 | SIMMONS, TRINA<br>DYNAMIC PHYSICAL THERAPY | Complete | 08/30/21<br>K Holzinger | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>22 | **$ 9.00** |
| 8053039<br>11059701 | SIMMONS, TRINA<br>NEW ORLEANS PODIATRY ASSOCIA... | Canceled | 06/28/21<br>I Griffin | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |

**ReleasePoint**

**Total Amount Due:** **$ 32.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

ReleasePoint

**Medical Record Overview**

**Date:** October 14, 2021

**Patient Name:** SIMMONS, TRINA

**Records From:** NEW ORLEANS PODIATRY ASSOCIATES
2626 Jena St
New Orleans, LA 70115
(504) 897-3627

**RP ID:** 8317369

**Client ID:** 11059701

**Source:** L-WALMAR

**Request Scope:** From February 1, 2021 to Present

**Req By:** K Holzinger
05-290765

**Chart Range:** 07/14/2021 - 10/04/2021

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 14 2021 | Oct 4 2021 | 23 | 2 |
| | | **Total Page Count:** | 23 | |

**Notes From QC:**

Progress Notes - 10/04/2021

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 10/04/2021

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA(Female) | **DOB :** | (49) | **Encounter ID:** | 127593123 |
| | | **Race:** | Decline to specify | **Primary Ins:** | United Healthcare |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Decline to specify | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Post Op Surgery**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing regular shoes. Patient reports pain in left heel and top of left foot during activity. Patient reports that the pain spreads up her leg. Patient reports swelling in her left foot. Patient denies wearing a brace due to the brace causing her to have pain. Patient reports wrapping foot at night time. Patient reports new tingling in the medial heels of bilateral feet. She reports to a pain level of a 8 out of 10. Patient reports taking advil and aleve for pain. Patient reports having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient reports wrapping her foot at night.

**History of Present Illness - Post Op Surgery**

**Location**

**Reported:** The patient had surgery to the left foot.

**Quality**

**Reported:** Activity makes post op surgery pain/swelling symptoms worse.

**Duration**

**Reported:** The Patient had a fascial release, ; performed on 04/23/2021.

**Context**

**Reported:** The patient admits they are using Regular shoes; Yes, Patient states they are taking the over the counter medication(s) advil and aleve.

**Denied:** Currently taking prescription medication to treat post op surgery symptoms.

**Associated Signs and Symptoms**

**Reported:** post-op pain, Patient admits pain as a 4 out of 5.; Patient reports changes in surgery site, Patient admits to having Swelling.

**Medication List**

Naprosyn 500 mg tablet - 1 tablet by mouth twice a day

cefdinir 300 mg capsule - 1 capsule by mouth twice a day

hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours

ciclopirox 0.77 % topical cream - 1 gm apply on the skin twice a day

Celebrex 200 mg capsule - 1 capsule by mouth twice a day

Naftin 2 % topical gel - 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET

Nalfon 600 mg tablet - 1 tablet by mouth twice a day

Zipsor 25 mg capsule - 1 capsule by mouth twice a day

Jublia 10 % topical solution with applicator - 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS

amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

hydrochlorothiazide 25 mg tablet

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - reported:** Fatigue,

**Denied:** Chills, Fever, Weakness,

**Musculoskeletal - reported:** Back problems, Joint pain,

**Denied:** Muscle cramps, Restricted Motion,

## Objective

**Vital Signs**

**Weight:** 180 lb **Height:** 5' 2" **BMI Flag:** Obese ( 32.9 )

**Physical Exam**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing regular shoes. Patient reports pain in left heel and top of left foot during activity. Patient reports that the pain spreads up her leg. Patient reports swelling in her left foot. Patient denies wearing a brace due to the brace causing her to have pain. Patient reports wrapping foot at night time. Patient reports new tingling in the medial heels of bilateral feet. She reports to a pain level of a 8 out of 10. Patient reports taking advil and aleve for pain. Patient reports having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient reports wrapping her foot at night.

Pain with palpation to left foot. ATF rupture. Nerve pain present. Patient to begin taking Lyrica 75mg for nerve pain. Lyrica prescribed and handed to patient. Xerosis noted to bilateral feet. Urea 40% prescribed to help balance pH of skin. Urea sent to pharmacy. Patient to RTC in 2 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, shows fine lined scar. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis
M79671 Pain in right foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter
G9009 Other idiopathic peripheral autonomic neuropathy
L853 Xerosis cutis
M79672 Pain in left foot

## Plan

**Procedures**

99213 Office O/p Es: Low (1 UN) [25]

**Follow-Up**

Follow-Up (2 Weeks) with LANG DPM, EDWARD M

**Care Plan**

**Begin Lyrica**

Patient has nerve pain and would benefit from Lyrica daily.

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Patient Instructions**

**Lyrica 100mg**

You were given a printed prescription for Lyrica 75mg to be taken one pill at night.

**Urea Cream**

You are to continue to apply Urea 40% cream to the skin twice daily from the ankles down including in between to toes.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58



Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58



Electronically Signed and Reviewed by LANG DPM, EDWARD M 10/12/2021 07:42:58

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (48)<br>Decline to specify<br>English<br>Decline to specify | **Encounter ID:**<br>**Primary Ins:** | 124649755<br>United Healthcare |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Post Op Surgery**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing camwalker boot. Patient admits pain in left heel during activity. She admits to a pain level of a 4 out of 5. Patient admits taking advil and aleve for pain. Patient admits her left foot swells and feels numbness when she walks. Patient admits pain on the top of her left foot that travels up her leg. Patient admits having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient admits wrapping her foot at night.

**History of Present Illness - Post Op Surgery**

**Location**

**Reported:** The patient had surgery to the left foot.

**Quality**

**Reported:** Activity makes post op surgery pain/swelling symptoms worse.

**Duration**

**Reported:** The Patient had a fascial release, ; performed on 04/23/2021.

**Context**

**Reported:** The patient admits they are using a CamWalker; The patient admits to keeping the surgical site wrapped Yes.

**Denied:** Currently taking prescription medication to treat post op surgery symptoms.

**Associated Signs and Symptoms**

**Reported:** post-op pain, Patient admits pain as a 4 out of 5..

**Medication List**

Naprosyn 500 mg tablet - 1 tablet by mouth twice a day

cefdinir 300 mg capsule - 1 capsule by mouth twice a day

hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours

ciclopirox 0.77 % topical cream - 1 gm apply on the skin twice a day

Celebrex 200 mg capsule - 1 capsule by mouth twice a day

Naftin 2 % topical gel - 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET

Nalfon 600 mg tablet - 1 tablet by mouth twice a day

Zipsor 25 mg capsule - 1 capsule by mouth twice a day

Jublia 10 % topical solution with applicator - 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS

amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

hydrochlorothiazide 25 mg tablet

famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

**Allergies**

Adhesive - Active, Shellfish - Active

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal - reported:** Back problems, Joint Pain, Muscle Cramps, Restricted Motion,

## Objective

**Vital Signs**

**Weight:** 195 lb **Height:** 5' 2" **BMI Flag:** Obese ( 35.7 )

**Physical Exam**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient arrives wearing camwalker boot. Patient admits pain in left heel during activity. She admits to a pain level of a 4 out of 5. Patient admits taking advil and aleve for pain. Patient admits her left foot swells and feels numbness when she walks. Patient admits pain on the top of her left foot that travels up her leg. Patient admits having frustration due to her consistent pain. Last visit ruptured ATF was present. Patient denies taking Naprosyn and EBN-5 as prescribed. Patient admits wrapping her foot at night.

Pain with palpation to left foot in area of ankle . Edema is decreasing upon physical exam. Pain with palpation to left heel. Patient to wrap foot or use brace daily and try to go back to regular shoe gear. Patient to unwrap nightly. Patient to stop using camwalker boot. no sonogram ordered at todays visit. Patient to continue Naprosyn twice daily. Discussed diet with patient. Patient RTC in 2 weeks.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

S93492D Sprain of other ligament of left ankle, subsequent encounter

## Plan

**Procedures**

99213 Office O/p Es: Low (1 UN) [25]

**Care Plan**

**Call If Any Questions Or Concerns**

The patient is advised to call ofiice if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.

**Coflex Use**

Patient is to use Coflex wraps on the affected areas of the foot. This is used to help keep swelling to a minimum while ambulating and they are to remove in the evening.

**Continue Nsaids**

Patient is doing well on anti inflammatory medicine and needs to continue daily

**Return To Normal Shoe Gear As Tolerable**

The patient can now begin adjusting back to normal shoe gear. They are to get shoes that fit the affected foot comfortably without irritation and use daily.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:12:07

Progress Notes - 07/26/2021

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 07/26/2021

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA(Female) | **DOB :** | (48) | **Encounter ID:** | 123122098 |
| | | **Race:** | Decline to specify | **Primary Ins:** | United Healthcare |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Decline to specify | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Foot Pain Treatment**

Patient arrives to office as post op to left EPF performed on 4/23/21. Patient admits pain in left heel during activity. She admits to a pain level of a 4 out of 5. Patient admits taking advil and aleve for pain. Patient admits her left foot swells and feels numbness when she walks. Last visit ruptured ATF was present. Patient admits taking Naprosyn and EBN-5 as prescribed. Patient admits wrapping her foot at night. Patient admits wearing compression stockings as recommended.

**History of Present Illness - Foot Pain Treatment**

**Location**

**Reported:** to being diagnosed with Plantar Fasciitis; Patient presents with follow up of pain heel, Pain is located in the Left foot.

**Quality**

**Reported:** The pain treatment is improving since last visit.

**Denied:** Has been able to increase activity level since last visit.

**Severity**

**Reported:** Patient grades the severity of pain as 4 on a scale of 0-5, with 5 being the worst pain..

**Context**

**Reported:** Taking medications that Dr. Lang prescribed, Patient admits to taking EBN-5 as prescribed, Patient admits to taking Naprosyn as prescribed; Tried OTC meds for pain symptoms since last visit, Patient admits to taking Ibuprofen, Patient admits to taking Naproxen.

**Modifying Factors**

**Reported:** Receiving an injection for plantar fasciitis Yes, Patient admits to receiving an injection for plantar fasciitis in the Left foot.; that the injection for PF alleviated their symptoms Yes.

**Medication List**

Naprosyn 500 mg tablet - 1 tablet by mouth twice a day

cefdinir 300 mg capsule - 1 capsule by mouth twice a day

hydrocodone 7.5 mg-acetaminophen 325 mg tablet - 1 tablet by mouth every 6 hours

ciclopirox 0.77 % topical cream - 1 gm apply on the skin twice a day

Celebrex 200 mg capsule - 1 capsule by mouth twice a day

Naftin 2 % topical gel - 1 gm apply on the skin twice a day; APPLY ONE GRAM OF TOPICAL TO ANKLES ON DOWN AND IN BETWEEN THE TOES OF BILATERAL FEET

Nalfon 600 mg tablet - 1 tablet by mouth twice a day

Zipsor 25 mg capsule - 1 capsule by mouth twice a day

Jublia 10 % topical solution with applicator - 1 drop apply to nails daily; Apply one drop on all smaller toes and two drops on greater toes once a day.

ibuprofen 800 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY WITH MEALS

amlodipine 10 mg tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

hydrochlorothiazide 25 mg tablet
famotidine 20 mg tablet - TAKE 1 TABLET BY MOUTH THREE TIMES DAILY

**Allergies**
Adhesive - Active, Shellfish - Active

**Review of Systems**
**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,
**Musculoskeletal - reported:** Back problems,
**Denied:** Joint Pain, Muscle Cramps, Restricted Motion,
**Skin - reported:** Dryness, Itching,
**Denied:** Nail Appearance Change, Nail Texture Change,
**Neurological - reported:** Numbness,
**Denied:** Burning, Unsteady Gait, Tingling,

## Objective

**Vital Signs**
**Weight:** 193 lb **Height:** 5' 2" **BMI Flag:** Obese ( 35.3 )

**Physical Exam**
**Constitutional**
The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**
**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**
**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**
**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**
**Sensory**
Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**
Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

## Assessment

**Diagnosis**
M722 Plantar Fasciitis
M79671 Pain in right foot
M79672 Pain in left foot
R600 Localized edema
S92015A Nondisp fx of body of left calcaneus, init for clos fx
S93492A Sprain of other ligament of left ankle, initial encounter
Z4789 Encounter for other orthopedic aftercare
S93492D Sprain of other ligament of left ankle, subsequent encounter

## Plan

**Office Procedures**
**Radiology Interpretation**
**X-Ray's Taken**
Today x-rays. AP. lateral, were taken of the. left. foot.
**X-Ray Findings**
No Fx.

**Procedures**
99213 Office O/p Es: Low (1 UN) [25]
73620 X-Ray Exam Of Foot (1 UN) [LT]

**Follow-Up**
Follow-Up (3 Weeks) with LANG DPM, EDWARD M

**Care Plan**
**Call If Any Questions Or Concerns**
The patient is advised to call office if there are any changes to the condition. The patient was given the the symptoms to look for (ie pain, fever and swelling) or any other concern.
**Cam Walker Boot**
Walking boot, pneumatic and/or vacuum, with or without joints, with or without interface material, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customized to fit a specific patient by an individual with expertise ( Pneumatic walking boot pre cast ) The Cam Walker Boot should benefit the patient by immobilizing the painfully affected area giving the region an opportunity to heal and repair while keeping the patient moderately active.
**Decrease Physical Activity**
Patient is advised to decrease physical activities to increase healing.
**Immobilize Foot**
The patient needs to immobilize the painful foot in order to allow the area to heal.

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:11:31

Progress Notes - 07/14/2021

SIMMONS, TRINA ( #HF317998507 Encounter DOS: 07/14/2021

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SIMMONS, TRINA(Female) | **DOB :** | (48) | **Encounter ID:** | 122465515 |
| | | **Race:** | Decline to specify | **Primary Ins:** | United Healthcare |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Decline to specify | | |
| **Location:** | New Orleans Office<br>2626 Jena St<br>New Orleans, LA, 70115-6325<br>(504)897-3627 | **Provider:** | Edward M Lang DPM, DPM | | |

## Subjective

**Chief Complaint: Post Op Surgery**

Patient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 1.5-2 out of 5 but goes up with activity. Patient admits taking advil and alieve for pain. Patient admits her Left foot was very swollen last thrusday. Patient admits having some pain on the back of her left heel. Last visit ruptured ATF was present. Patient denies taking Naprosyn as presribed. Patient admits wrapping her foot at night. Patient admits her left foot goes numb when walking.

**History of Present Illness - Post Op Surgery**

**Location**

**Reported:** The patient had surgery to the left foot.

**Duration**

**Reported:** The Patient had a fascial release, ; performed on 04/23/2021.

**Context**

**Reported:** The patient admits they are using Regular shoes.

**Modifying Factors**

**Reported:** walking makes symptoms worse.

**Associated Signs and Symptoms**

**Reported:** post-op pain, Patient admits pain as a 2 out of 5..

**Denied:** post-op fever.

**Review of Systems**

**Constitutional - Denied:** Chills, Fever, Weakness, Fatigue,

**Musculoskeletal - Denied:** Back problems, Joint Pain, Muscle Cramps, Restricted Motion,

**Skin - reported:** Dryness, Itching,

**Denied:** Nail Appearance Change, Nail Texture Change,

**Neurological - reported:** Numbness, Burning,

**Denied:** Tingling, Unsteady Gait,

## Objective

**Vital Signs**

**Weight:** 195 lb **Height:** 5' 2" **BMI Flag:** Obese ( 35.7 )

**Physical Exam**

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54

Patient arrives to office as post op to left epf performed on 4/23/21. She admits to a pain level of a 1.5-2 out of 5 but goes up with activity. Patient admits taking advil and alieve for pain. Patient admits her Left foot was very swollen last thrusday. Patient admits having some pain on the back of her left heel. Last visit ruptured ATF was present. Patient denies taking Naprosyn as presribed. Patient admits wrapping her foot at night. Patient admits her left foot goes numb when walking.

Pain with palpation to left foot.Fluroscan with stress ordered and performed to determine the etiology of the patients pain. Good surgical correction noted. Swelling noted. COmpression stocking recommended. 15-20 recommended. RX handed to patient. Naprosyn to take twice daily. EBN-5 prescribed and sent to pharmacy. Patient RTC in 10 days.

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Cardiovascular**

**Edema:** There is 1+ non-pitting edema of the left leg. The edema is located at the ankle/foot/digital There is 1+ non-pitting edema of the right leg. The edema is located at the ankle/foot/digital

**Pulses:** The left dorsalis pedis pulse is 1+ diminished - weaker than expected The right dorsalis pedis pulse is 1+ diminished - weaker than expected The left posterior tibial pulse is 1+ diminished - weaker than expected The right posterior tibial pulse is 1+ diminished - weaker than expected Capillary filling time at the great toe left foot is 1 second Capillary filling time at the great toe right foot is 1 second

**Musculoskeletal**

**Muscle Testing:** Lower extremity muscle strength and range of motion is equal and symmetrical bilaterally.

**Foot Assessment:** There is a rectus foot type noted bilaterally

**Digital Assessment:** There is a non-painful flexible flexion deformity at the PIPJ of the 5th toe noted bilaterally

**Plantar Fascia:** There is, moderate pain with palpation along the medial band of the left foot plantar fascia There is, mild pain with palpation along the medial band of the right foot plantar fascia.

**ROM Joints:** Range of motion of joints are normal.

**Dermatologic**

**Skin:** There is absent hair growth proximal to distal bilaterally Skin temperature is warm proximal to distal bilaterally The skin is xerotic noted at the plantar foot bilaterally

There is a dry scaly tinea pedis noted at the plantar foot with erythema bilaterally

**Toenails Bilaterally:** The nails are hypertrophic, mycotic, dystrophic, brittle, cryptotic, elongated toenail(s) at the R1, R2, R3, R4, R5, L1, L2, L3, L4 with onycholysis both feet.

**Neurologic**

**Sensory**

Sensory testing of the lower extremities for sharp/dull sensation, position, vibration and monofilament sensation is intact. There is no evidence of posterior tibial, superficial peroneal, or sural nerve pathology. There is no evidence of intermetatarsal neuroma bilaterally.

**Post-Op Surgery : Post Surgery**

Patient had surgery to the left foot. The patient's surgery was on 04/23/2021. The surgery site shows, no tenderness, no swelling, no cardinal signs of infection. The incision, is well apposed. The patient's dressing were removed. The surgical is healing well. continue normal shoe gear use. The patient is instructed to, increase activities.

## Assessment

**Diagnosis**

M722 Plantar Fasciitis

M79671 Pain in right foot

M79672 Pain in left foot

R600 Localized edema

S92015A Nondisp fx of body of left calcaneus, init for clos fx

S93492A Sprain of other ligament of left ankle, initial encounter

Z4789 Encounter for other orthopedic aftercare

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54

S93492D Sprain of other ligament of left ankle, subsequent encounter

## Plan

**Office Procedures**
**Radiology Interpretation**

**Fluoroscan**

Fluroscan performed left. The Fluoroscopy view(s), Dorsal-Plantar, Lateral. The patient was not administered contrast dye and the foot was placed on the dector in the appropriate position. The Fluroscan was used to evaluate the following joint(s) under stress, Sub-Talar, Ankle, The joint(s), full, painfree. The joint is normal, STJ, Ankle Joint. The joints surveyed are, Talus, Calcaneous, This was performed to the left foot.

**Procedures**

Patient is advised not to wrap foot h.s.
76000 Fluoroscopy <1 Hr Phys/qhp (1 UN) [59]
77071 X-Ray Stress View (1 UN) [59]

**Follow-Up**

Follow-Up (10 Days) with LANG DPM, EDWARD M

**Care Plan**

**Compression Stockings Needed**

The patient needs compression stockings 20-30mm Hg for pitting edema.

**Patient To Massage Surgical Area**

The patient has developed scar tissue around the surgical area and will benefit from massage therapy the area.

**Plan Abi For Circulation**

Patient has signs of circulation problems and needs evaluation prior to treatment.

### Rendering Provider Signature



Signature

Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54



Electronically Signed and Reviewed by LANG DPM, EDWARD M 09/30/2021 07:10:54

# Quality Assurance Report

## Request Information

Report Date: October 14, 2021

**RP ID:** 8317369

Patient Name: SIMMONS, TRINA

Provider Name: NEW ORLEANS PODIATRY ASSOCIATES

## Quality Assurance Information

Scope Requested: **From February 1, 2021 to Present**

Special Request:
DR. EDWARD LANG - Seen By: NEW ORLEANS PODIATRY ASSOCIATES

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

ReleasePoint

**Medical Record Overview**

**Date:** **September 28, 2021**

**Patient Name:** SIMMONS, TRINA

**Records From:** DYNAMIC PHYSICAL THERAPY
7520 WEST BANK EXPRESSWAY
MARRERO, LA 70072
(504) 371-4226

**Request Scope:** From February 1, 2021 to Present

**Chart Range:** 02/03/2021 - 09/27/2021

**RP ID:** 8317367

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** K Holzinger
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 3 2021 | Sep 27 2021 | 22 | 2 |
| | | **Total Page Count:** | 22 | |

**Notes From QC:**

Progress Notes - 09/27/2021 138844921 Page: 01/29 From: Dynamic Physical Therapy Services LLC Fax: 9858933211

**Dynamic Physical Therapy Services**
653 Myrtle Dr
LA US
985-893-4700
stephen@getwellatdynamic.com
getwellatdynamic.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Lincoln Financial Group<br>c/o RP Claims Processing<br>PO Box 1390<br>St. Peters, MO 63376 | Lincoln Financial Group<br>c/o RP Claims Processing<br>PO Box 1390<br>St. Peters, MO 63376 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 3014 | 09/27/2021 | $20.00 | 10/31/2021 | Pre-Pay | |

**P.O. NUMBER**
Trina Simmons

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Medical Records pp 1-25** | Certified Copy of Medical Records Pgs. 1-25 @ $1.00 per page | 20 | 1.00 | 20.00 |

BALANCE DUE **$20.00**

# Daily Note

**Patient:** Trina Simmons *DOB*
**Visit:** 2021-03-05 *Visit # 10*
**Provider:** Craig Long, PTA *NPI # 1982027363*

DYNAMIC PHYSICAL THERAPY
getwellatdynamic.com

### Clinic Details

**Clinic**
Dynamic Physical Therapy Services LLC

**Address**
7520 Westbank Exp.
Suite D
Marrero, LA 70072-2354

**Phone #**
5043714226

**Fax #**
5043714228

### Case Details

**Injury Description**
PTTD/Plantar Fascitis

**Injury Onset Date**
2020-12-22

**Diagnosis Codes**
M79.672, R26.89

**Surgery Date**
2020-12-22

**Referring Physician**
DENISE ELLIOTT

## Subjective Analysis

**Patient Problem List**

Not Reported

***Additional Problems:*** Not Reported

**Patient Self- Report**

3/5: Pt reports feeling better today than she did for yesterday's visit. Pt states that she still has some pain. Pt states that she has good days and bad days.
Time in: 8:00
Time out: 9:00

**Patient Goals**

Return to Normal Mobility, Reduce pain to improve overall function, Perform all Activitiesof Daily Living without pain, Walk long distances without pain, Stand for prolonged period of time without pain

***Additional Patient Goals:*** Not Reported

### FLR Survey Results

Survey Completed

Survey Score

Assessment and Additional Comments: FOTO score recorded on 1/22 at 40.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Shuttle Double Leg Squats | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Ankle Eversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Cold Pack | | | | | | Not today | PF/calcaneus (L) 10 min 3/5: Pt deferred |
| Great Toe Extension Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Seated Calf Stretch - Soleus | 97110 | | 4 | | 30 sec | Yes | L |
| Bike | 97110 | | | | | Yes | |
| Elgin | 97110 | 3 | 20 | | | Yes | L |
| Hamstring Stretch with a Strap | 97110 | | 4 | | 30 sec | Yes | L |

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Calf Stretch on Stair | 97110 | | 4 | | 30 sec | Yes | L |
| Ankle Dorsiflexion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Ankle Plantarflexion with Elastic Band | 97110 | 3 | 10 | | | Yes | GREEN L |
| Mini Squat | 97110 | 3 | 10 | | | Yes | on BF |
| Shuttle Double Leg Heel Raises | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Ankle Inversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green |
| Fitter Board Incline - Calf Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Single Leg Stance on Foam Pad | 97110 | 6 | 10 | | | Yes | |

### Manual Therapy Techniques - 1 Units - 16 Minutes

- Performed Instrumented Assisted Soft Tissue Mobilization (IASTM) on the foot.
  **Additional Comments: L gastroc/PF/soleus/calcaneus**
- Performed Passive Range of Motion (PROM) on the foot.
  **Additional Comments: L ankle all planes with focus on DF and achilles stretches**

### General Objective Analysis

See treat card.

## Assessment

**Rehab Potential** GOOD

**Contraindications to Therapy**

Not Reported

**Patient Assessment / Diagnosis**

TTP and sensitivity of the calcaneus is improving. Good tolerance to manual techniques per patient report.

### Goals

THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve ankle strength by 1 MMT grade in 6 visits | 2 weeks | Improving |

THERAPIST LONG-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve FOTO score by 30 pts by DC | 4 weeks | |
| Ambulate desired distance without pain by DC | 4 weeks | |
| Pt will return to full duty work by DC | 4 weeks | |
| Pt will stand desired time without symptoms by DC | 4 weeks | |
| Pt will sleep without symptoms by DC | 4 weeks | |

ADDITIONAL THERAPIST GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve DF AROM by 10 deg in 4 visits | | Initial DF AROM = 17, Improving on 3/4 progress eval |

## Plan

**Notes on Plan**

Continue with current treatment plan and progress as tolerated.

**Patient Education**

Pt issued HEP

**Frequency of Treatment** 3X/WEEK

**Duration of Treatment** 4 WEEKS

**Possible Procedures Treated over full course of treatment** (YES)

97110, 97140

**Possible Modalities Treated over full course of treatment**

Pain relief

***Additional Modalities:*** Not Reported

CODES BILLED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 | 3.000 | 43 |
| 97140 | 1.000 | 16 |

The patient (parent/guardian/power of attorney holder) was educated on diagnosis, prognosis, and treatment goals and actively participated in creating goals and agrees to the current treatment plan.

## Signatures

Treating Provider Signature

*Electronically signed by Craig Long, PTA on 2021-03-08 08:52 CST. License #: A8012*

**Notes on Plan**

Continue with current treatment plan and progress as tolerated.

**Patient Education**

Pt issued HEP.

**Frequency of Treatment** 2X/WEEK

**Duration of Treatment** 4 WEEKS

**Possible Procedures Treated over full course of treatment** YES

97110, 97140

**Possible Modalities Treated over full course of treatment** YES

Pain relief

The patient (parent/guardian/power of attorney holder) was educated on diagnosis, prognosis, and treatment goals and actively participated in creating goals and agrees to the current treatment plan.

## Signatures

Treating Provider Signature

*Electronically signed by Cassie Mayer, PT, DPT on 2021-03-05 13:26 CST License # 10300*

# Progress Note

**Patient:** Trina Simmons *DOB*

**Visit:** 2021-03-04 *Visit # 9*

**Provider:** Cassie Mayer, PT, DPT *NPI # 1619524030*

DYNAMIC PHYSICAL THERAPY get well! getwellatdynamic.com

## Clinic Details

**Clinic**
Dynamic Physical Therapy Services LLC

**Address**
7520 Westbank Exp.
Suite D
Marrero, LA 70072-2354

**Phone #**
5043714226

**Fax #**
5043714228

## Case Details

**Injury Description**
PTTD/Plantar Fascitis

**Injury Onset Date**
2020-12-22

**Diagnosis Codes**
M79.672, R26.89

**Surgery Date**
2020-12-22

**Referring Physician**
DENISE ELLIOTT

## Subjective Analysis

**Work Related** NO

**Auto Related** NO

**Injury Severity** N/A

**Patient Chief Complaint**

L heel pain

**Patient Primary Concern**

L heel pain

**Previous History of Symptoms**

**History of Present Condition**

Pt reports that her L foot started hurting in June of 2020 of sudden onset with unknown cause. Pt reports that she was diagnosed with plantar fascitis. Pt reports that she has been prescribed a boot and a cast in the fall. Pt reports that on 12/22 she received a plantar fascia release. Pt reports that she wore a boot for 4 weeks after her surgery. Pt reports that she had an appt with her doctor this week and was instructed to begin therapy. Pt reports that she is currently not working.

**Patient Problem List**

Not Reported

***Additional Problems:*** Not Reported

**Patient Self- Report**

3/4. Pt complains of pain when standing or walking. While on her feet, the pain is about 8/10. There's no pain present while laying down. Pt reports she has a throbbing pain in her foot. Pt reports she still has pain in her foot with all activity.
Time in: 2:11
Time out: 3:15

**Patient Goals**

Return to Normal Mobility, Reduce pain to improve overall function, Perform all Activities of Daily Living without pain, Walk long distances without pain, Stand for prolonged period of time without pain

***Additional Patient Goals:*** Not Reported

**History of Falls**

**Complicating Personal Factors** NO

Not Reported

**Medical History Review**

Low Complexity - The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care

## Pain Scales

| | |
|---|---|
| Bodypart | Foot |
| Side of Body | Left |
| Type of Pain | Chronic |
| Pain at Best | 7 |
| Pain at Time of Visit | 8 |
| Pain at Worst | 10 |
| Pain Descriptors | Sharp |
| Pain Aggravating Factors | Standing, Sitting, Walking |
| Pain Alleviating Factors | Resting |

## FLR Survey Results

| | |
|---|---|
| Survey Completed | |
| Survey Score | |
| Assessment and Additional Comments | FOTO score recorded on 1/22 at 40. Pt's FOTO score decreased to 21 on 3/4 progress eval |

# Objective Analysis

## Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Ankle Eversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Mini Squat | 97110 | 3 | 10 | | | Yes | on BF |
| Shuttle Double Leg Squats | 97110 | 3 | 10 | | | Yes | |
| Shuttle Double Leg Heel Raises | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Flgin | 97110 | 3 | 20 | | | Yes | L |
| Seated Calf Stretch - Soleus | 97110 | | 4 | | 30 sec | Yes | L |
| Cold Pack | | | | | | Not today | PF/calcaneus (L) 10 min |
| Bike | 97110 | | | | | Yes | |
| Ankle Inversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green |
| Ankle Plantarflexion with Elastic Band | 97110 | 3 | 10 | | | Yes | GREEN L |
| Hamstring Stretch with a Strap | 97110 | | 4 | | 30 sec | Yes | L |
| Fitter Board Incline - Calf Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Great Toe Extension Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Calf Stretch on Stair | 97110 | | 4 | | 30 sec | Yes | L |
| Single Leg Stance on Foam Pad | 97110 | 6 | 10 | | | Yes | |
| Ankle Dorsiflexion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |

## Manual Therapy Techniques - 1 Units - 21 Minutes

- Performed Soft Tissue Mobilization (STM) on the foot.

  **Additional Comments: L plantar fascia, calcaneus**
- Performed Passive Range of Motion (PROM) on the foot.

  **Additional Comments: L ankle all planes with focus on DF and achilles stretches**
- Performed Instrumented Assisted Soft Tissue Mobilization (IASTM) on the foot.

  **Additional Comments: L gastroc/PF/soleus/calcaneus**

## General Objective Analysis

See treat card.

Patient re-assessed today, due to 30 days since last evaluation. See objective findings table for objective findings recorded during today's visit. Please note progress towards goals as well as updated treatment plan. Pt received education regarding current objective findings as compared to previous findings, re-established problem list and updated treatment plan and goals with patient demonstrating understanding and agreement, including education on pt responsibilities per HEP to ensure progress towards LTG in planning DC.

## Inspection

None Reported

## Observation

**Vitals**

***Blood Pressure Arm:*** Not Reported

***Systolic / Diastolic:*** - mm / - mm

***Temperature:*** Not Reported

***Pulse:*** Not Reported

***Weight:*** Not Reported

## Range of Motion Measurements

ANKLE DORSIFLEXION @ 0 DEGREES KNEE FLEXION

| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
|---|---|---|
| -12.0 | Active ROM | Not Tested |
| 0.0 | Passive ROM | Not Tested |

## Strength Measurements

GROSS MUSCLE TESTS

| BODY PART | LEFT | RIGHT |
|---|---|---|
| Ankle Dorsiflexion | 4/5 | Not Tested |
| Ankle Plantarflexion | 2+/5 | Not Tested |
| Ankle Inversion | 4/5 | Not Tested |
| Ankle Eversion | 4/5 | Not Tested |

## General Tests

## Other General Tests

| TEST | LEFT | RIGHT |
|---|---|---|
| Single Leg Balance Test | 0 seconds | Not Tested seconds |

# Assessment

**Rehab Potential** GOOD

**Contraindications to Therapy**

Not Reported

**Patient Assessment / Diagnosis**

Pt with improved ankle DF ROM by 5 degrees since IE. Pt tolerated therex well today. Pt continues with TTP and sensitivity to calcaneus, however this is improving. Feel patient would benefit from continuing with skilled physical therapy services in order to progress towards all goals.

**Strength Assessment**

Initial MMT was 4/5 for DF, IV, EV and 2/5 for PF.

## Goals

THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve DF AROM by 10 deg in 4 visits | | Initial DF AROM = -17. Improving on 3/4 progress eval |
| Improve ankle strength by 1 MMT grade in 6 visits | 2 weeks | Improving for PF on 3/4 |

THERAPIST LONG-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve FOTO score by 30 pts by DC | 4 weeks | |
| Ambulate desired distance without pain by DC | 4 weeks | Not met per pt reports. |
| Pt will return to full duty work by DC | 4 weeks | |
| Pt will stand desired time without symptoms by DC | 4 weeks | Not met per pt reports. |
| Pt will sleep without symptoms by DC | 4 weeks | Not met per pt reports. |

## Plan

**Notes on Plan**

Continue with current treatment plan and progress as tolerated.

**Patient Education**

Pt issued HEP.

**Frequency of Treatment** 2X/WEEK

**Duration of Treatment** 4 WEEKS

**Possible Procedures Treated over full course of treatment** YES

97110, 97140

**Possible Modalities Treated over full course of treatment**

Pain relief

***Additional Modalities:*** Not Reported

CODES BILLED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 | 3.000 | 43 |
| 97140 | 1.000 | 21 |

The patient (parent/guardian/power of attorney holder) was educated on diagnosis, prognosis, and treatment goals and actively participated in creating goals and agrees to the current treatment plan.

## Signatures

### Treating Provider Signature

*Electronically signed by Cassie Mayer, PT, DPT on 2021-03-05 13:26 CST. License #: 10300*

### Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

____ I have no revisions to the plan of care.

____ Revise the plan of care as follows:

I, DENISE ELLIOTT, DPM, certify the need for these services furnished under this plan of treatment and while under Cassie Mayer, PT, DPT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| ____________________ | ____________________ | ____________ EST |

*DENISE ELLIOTT, DPM*

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Ankle Eversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Great Toe Extension Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Ankle Dorsiflexion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Fitter Board Incline - Calf Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Elgin | 97110 | 3 | 20 | | | Yes | L |
| Bike | 97110 | | | | | Yes | |
| Ankle Plantarflexion with Elastic Band | 97110 | 3 | 10 | | | Yes | GREEN L |

### Manual Therapy Techniques - 1 Units - 16 Minutes

- Performed Passive Range of Motion (PROM) on the foot.
  **Additional Comments: L ankle all planes with focus on DF and achilles stretches**
- Performed Instrumented Assisted Soft Tissue Mobilization (IASTM) on the foot.
  **Additional Comments: L gastroc/PF/soleus/calcaneus**

## Assessment

**Rehab Potential** GOOD

**Contraindications to Therapy**

Not Reported

**Patient Assessment / Diagnosis**

TTP and sensitivity of the calcaneus is improving.

### Goals

THERAPIST SHORT TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve ankle strength by 1 MMT grade in 6 visits | 2 weeks | |

THERAPIST LONG-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve FOTO score by 30 pts by DC | 4 weeks | |
| Ambulate desired distance without pain by DC | 4 weeks | |
| Pt will return to full duty work by DC | 4 weeks | |
| Pt will stand desired time without symptoms by DC | 4 weeks | |
| Pt will sleep without symptoms by DC | 4 weeks | |

ADDITIONAL THERAPIST GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve DF AROM by 10 deg in 4 visits | | |

## Plan

**Notes on Plan**

Continue with current treatment plan and progress as tolerated.

**Patient Education**

Pt issued HEP.

**Frequency of Treatment** 2X/WEEK

**Duration of Treatment** 4 WEEKS

**Possible Procedures Treated over full course of treatment** YES

97110, 97140

**Possible Modalities Treated over full course of treatment**

Pain relief

***Additional Modalities:*** Not Reported

CODES BILLED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97140 | 1.000 | 16 |
| 97110 | 3.000 | 40 |

The patient (parent/guardian/power of attorney holder) was educated on diagnosis, prognosis, and treatment goals and actively participated in creating goals and agrees to the current treatment plan.

## Signatures

### Treating Provider Signature

*Electronically signed by Janie Irvin, PT, DPT on 2021-02-24 16:42 CST, License #: 09351*

# Daily Note

**Patient:** Trina Simmons *DOB*
**Visit:** 2021-02-09 *Visit # 6*
**Provider:** Craig Long, PTA *NPI # 1982027363*

DYNAMIC PHYSICAL THERAPY get well! getwellatdynamic.com

## Clinic Details

**Clinic**
Dynamic Physical Therapy Services LLC

**Phone #**
5043714226

**Fax #**
5043714228

**Address**
7520 Westbank Exp.
Suite D
Marrero, LA 70072-2354

## Case Details

**Injury Description**
PTTD/Plantar Fascitis

**Diagnosis Codes**
M79.672, R26.89

**Referring Physician**
DENISE ELLIOTT

**Injury Onset Date**
2020-12-22

**Surgery Date**
2020-12-22

## Subjective Analysis

**Patient Problem List**

Not Reported

***Additional Problems:*** Not Reported

**Patient Self- Report**

2/9-Pt reports that she is experiencing pain in her foot, pt rates pain a 7/10. Pt states that her foot swells up every night around 6 pm.
Time in: 1:03
Time out: 2:27

**Patient Goals**

Return to Normal Mobility, Reduce pain to improve overall function, Perform all Activities of Daily Living without pain, Walk long distances without pain, Stand for prolonged period of time without pain

***Additional Patient Goals:*** Not Reported

### FLR Survey Results

| | |
|---|---|
| Survey Completed | |
| Survey Score | |
| Assessment and Additional Comments | FOTO score recorded on 1/22 at 40. |

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Ankle Plantarflexion with Elastic Band | 97110 | 3 | 10 | | | Yes | GREEN L |
| Bike | 97110 | | | | | Yes | |
| Shuttle Double Leg Heel Raises | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Single Leg Stance on Foam Pad | 97110 | 6 | 10 | | | Yes | |
| Calf Stretch on Stair | 97110 | | 4 | | 30 sec | Yes | L |
| Ankle Inversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green |
| Shuttle Double Leg Squats | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Ankle Dorsiflexion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Elgin | 97110 | 3 | 20 | | | Yes | L |

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Mini Squat | 97110 | 3 | 10 | | | Yes | on BF |
| Seated Calf Stretch - Soleus | 97110 | | 4 | | 30 sec | Yes | L |
| Cold Pack | | | | | | Not today | PF/calcaneus deferred 2/09 |
| Fitter Board Incline - Calf Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Ankle Eversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Hamstring stretch with a Strap | 97110 | | | | | Yes | L |
| Great Toe Extension Stretch | 97110 | | 4 | | 30 sec | Yes | L |

### Manual Therapy Techniques - 2 Units - 23 Minutes

- Performed Passive Range of Motion (PROM) on the foot.

  **Additional Comments: L ankle all planes with focus on DF and achilles stretches**

- Performed Instrumented Assisted Soft Tissue Mobilization (IASTM) on the foot.

  **Additional Comments: L gastroc/PF/soleus/calcaneus**

## Assessment

**Rehab Potential** GOOD

**Contraindications to Therapy**

Not Reported

**Patient Assessment / Diagnosis**

TTP and sensitivity of the calcaneus is improving. TTP still present of the gastroc and soleus.

### Goals

THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve ankle strength by 1 MMT grade in 6 visits | 2 weeks | |

THERAPIST LONG-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve FOTO score by 30 pts by DC | 4 weeks | |
| Ambulate desired distance without pain by DC | 4 weeks | |
| Pt will return to full duty work by DC | 4 weeks | |
| Pt will stand desired time without symptoms by DC | 4 weeks | |
| Pt will sleep without symptoms by DC | 4 weeks | |

ADDITIONAL THERAPIST GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve DF AROM by 10 deg in 4 visits | | |

## Plan

**Notes on Plan**

Continue with current treatment plan and progress as tolerated.

**Patient Education**

Pt issued HEP.

**Frequency of Treatment** 2X WEEK

**Duration of Treatment** 4 WEEKS

**Possible Procedures Treated over full course of treatment** YES

97110, 97140

**Possible Modalities Treated over full course of treatment**

Pain relief

***Additional Modalities:*** Not Reported

# Daily Note

**Patient:** Trina Simmons *DOB*
**Visit:** 2021-02-03 *Visit # 4*
**Provider:** Paul Naccari, PT *NPI # 1679750293*

DYNAMIC PHYSICAL THERAPY
getwellatdynamic.com

## Clinic Details

**Clinic**
Dynamic Physical Therapy Services LLC

**Address**
7520 Westbank Exp.
Suite D
Marrero, LA 70072-2354

**Phone #**
5043714226

**Fax #**
5043714228

## Case Details

**Injury Description**
PTTD/Plantar Fascitis

**Injury Onset Date**
2020-12-22

**Diagnosis Codes**
M79.672, R26.89

**Surgery Date**
2020-12-22

**Referring Physician**
DENISE ELLIOTT

## Subjective Analysis

**Patient Problem List**

Not Reported

***Additional Problems:*** Not Reported

**Patient Self- Report**

2/3: Pt reports that her pain in her heel is less but the arch of her foot is hurting more. Pt reports that she is still having swelling. Pt educated on RICE technique by the therapist. Pt reports that she was only performing her HEP one time a day at 5 times a week. Pt educated by the therapist to perform her HEP 3-4 times a day at 7 days a week. Pt reports that she does not have time to perform therex today.
Time in: 1:01
Time out: 1:34

**Patient Goals**

Return to Normal Mobility, Reduce pain to improve overall function, Perform all Activities of Daily Living without pain, Walk long distances without pain, Stand for prolonged period of time without pain

***Additional Patient Goals:*** Not Reported

### FLR Survey Results

Survey Completed

Survey Score

Assessment and Additional Comments: FOTO score recorded on 1/22 at 40.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Fitter Board Incline - Calf Stretch | 97110 | | 4 | | 30 sec | Not today | L |
| Ankle Dorsiflexion with Elastic Band | 97110 | 3 | 20 | | | Not today | red L |
| Hamstring Stretch with a Strap | 97110 | | | | | Not today | L |
| Elgin | 97110 | 3 | 20 | | | Not today | L |
| Seated Calf Stretch - Soleus | 97110 | | 4 | | 30 sec | Not today | L |
| Ankle Inversion with Elastic Band | 97110 | 3 | 20 | | | Not today | red L |
| Bike | 97110 | | | | | Not today | |

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Cold Pack | | | | | | Not today | PF/calcaneus |
| Ankle Plantarflexion with Elastic Band | 97110 | 3 | 10 | | | Not today | red L |
| Shuttle Double Leg Heel Raises | 97110 | 3 | 10 | 25.00 lbs | | Not today | B |
| Great Toe Extension Stretch | 97110 | | 4 | | 30 sec | Not today | L |
| Ankle Eversion with Elastic Band | 97110 | 3 | 20 | | | Not today | red L |
| Calf Stretch on Stair | 97110 | | 4 | | 30 sec | Not today | L |
| Shuttle Double Leg Squats | 97110 | 3 | 10 | 25.00 lbs | | Not today | B |

### Manual Therapy Techniques - 2 Units - 23 Minutes

- Performed Instrumented Assisted Soft Tissue Mobilization (IASTM) on the foot.

  **Additional Comments: L gastroc/PF/soleus/calcaneus**

- Performed Passive Range of Motion (PROM) on the foot.

  **Additional Comments: L ankle all planes with focus on DF and achilles stretches**

### General Objective Analysis

See treat card.

## Assessment

**Rehab Potential** GOOD

**Contraindications to Therapy**

Not Reported

**Patient Assessment / Diagnosis**

TTP and sensitivity of the calcaneus is improving. DF AROM and achilles flexibility are improving. TTP still present of the gastroc and soleus.

### Goals

THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve ankle strength by 1 MMT grade in 6 visits | 2 weeks | |

THERAPIST LONG-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve FOTO score by 30 pts by DC | 4 weeks | |
| Ambulate desired distance without pain by DC | 4 weeks | |
| Pt will return to full duty work by DC | 4 weeks | |
| Pt will stand desired time without symptoms by DC | 4 weeks | |
| Pt will sleep without symptoms by DC | 4 weeks | |

ADDITIONAL THERAPIST GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve DF AROM by 10 deg in 4 visits | | |

## Plan

**Notes on Plan**

Continue with current treatment plan and progress as tolerated.

**Patient Education**

Pt issued HEP.

**Frequency of Treatment** 2X/WEEK

**Duration of Treatment** 4 WEEKS

# Daily Note

**Patient:** Trina Simmons *DOB*
**Visit:** 2021-02-04 *Visit # 5*
**Provider:** Craig Long, PTA *NPI # 1982027363*

DYNAMIC PHYSICAL THERAPY
getwellatdynamic.com

### Clinic Details

**Clinic**
Dynamic Physical Therapy Services LLC

**Address**
7520 Westbank Exp.
Suite D
Marrero, LA 70072-2354

**Phone #**
5043714226

**Fax #**
5043714228

### Case Details

**Injury Description**
PTTD/Plantar Fascitis

**Injury Onset Date**
2020-12-22

**Diagnosis Codes**
M79.672, R26.89

**Surgery Date**
2020-12-22

**Referring Physician**
DENISE ELLIOTT

## Subjective Analysis

**Patient Problem List**

Not Reported

***Additional Problems:*** Not Reported

**Patient Self- Report**

2/4 - Pt states that she is having some pain in her foot today.
Time in: 1:00
Time out: 2:15

**Patient Goals**

Return to Normal Mobility, Reduce pain to improve overall function, Perform all Activities of Daily Living without pain, Walk long distances without pain, Stand for prolonged period of time without pain

***Additional Patient Goals:*** Not Reported

### FLR Survey Results

Survey Completed

Survey Score

Assessment and Additional Comments — FOTO score recorded on 1/22 at 40.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Ankle Dorsiflexion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Elgin | 97110 | 3 | 20 | | | Yes | L |
| Cold Pack | | | | | | Not today | PF/calcaneus |
| Seated Calf Stretch - Soleus | 97110 | | 4 | | 30 sec | Yes | L |
| Calf Stretch on Stair | 97110 | | 4 | | 30 sec | Yes | L |
| Shuttle Double Leg Squats | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Shuttle Double Leg Heel Raises | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Ankle Eversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Ankle Inversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green |
| Great Toe Extension Stretch | 97110 | | 4 | | 30 sec | Yes | L |

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Ankle Plantarflex on with Elastic Band | 97110 | 3 | 10 | | | Yes | GREEN L |
| Mini Squat | 97110 | 3 | 10 | | | Yes | on BF |
| Bike | 97110 | | | | | Yes | |
| Hamstring Stretch with a Strap | 97110 | | | | | Yes | L |
| Single Leg Stance on Foam Pad | 97110 | 6 | 10 | | | Yes | |
| Fitter Board Incline - Calf Stretch | 97110 | | 4 | | 30 sec | Yes | L |

### Manual Therapy Techniques - 2 Units - 23 Minutes

- Performed Instrumented Assisted Soft Tissue Mobilization (IASTM) on the foot.

  **Additional Comments: L gastroc/PF/soleus/calcaneus**

- Performed Passive Range of Motion (PROM) on the foot.

  **Additional Comments: L ankle all planes with focus on DF and achilles stretches**

## Assessment

**Rehab Potential** GOOD

**Contraindications to Therapy**

Not Reported

**Patient Assessment / Diagnosis**

TTP and sensitivity of the calcaneus is improving. TTP still present of the gastroc and soleus.

### Goals

THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve ankle strength by 1 MMT grade in 6 visits | 2 weeks | |

THERAPIST LONG-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve FOTO score by 30 pts by DC | 4 weeks | |
| Ambulate desired distance without pain by DC | 4 weeks | |
| Pt will return to full duty work by DC | 4 weeks | |
| Pt will stand desired time without symptoms by DC | 4 weeks | |
| Pt will sleep without symptoms by DC | 4 weeks | |

ADDITIONAL THERAPIST GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve DF AROM by 10 deg in 4 visits | | |

## Plan

**Notes on Plan**

Continue with current treatment plan and progress as tolerated

**Patient Education**

Pt issued HEP.

**Frequency of Treatment** 2X/WEEK

**Duration of Treatment** 4 WEEKS

**Possible Procedures Treated over full course of treatment** YES

97110, 97140

**Possible Modalities Treated over full course of treatment**

Pain relief

***Additional Modalities:*** Not Reported

# Daily Note

**Patient:** Trina Simmons *DOB*
**Visit:** 2021-02-18 *Visit # 7*
**Provider:** Craig Long, PTA *NPI # 1982027363*

DYNAMIC PHYSICAL THERAPY get well! getwellatdynamic.com

## Clinic Details

**Clinic**
Dynamic Physical Therapy Services LLC

**Address**
7520 Westbank Exp.
Suite D
Marrero, LA 70072-2354

**Phone #**
5043714226

**Fax #**
5043714228

## Case Details

**Injury Description**
PTTD/Plantar Fascitis

**Injury Onset Date**
2020-12-22

**Diagnosis Codes**
M79.672, R26.89

**Surgery Date**
2020-12-22

**Referring Physician**
DENISE ELLIOTT

## Subjective Analysis

**Patient Problem List**

Not Reported

***Additional Problems:*** Not Reported

**Patient Self- Report**

2/18: Patient states that her feet feel fine with little pain. She reports her pain and swelling is worse at night.
Time in: 10:35
Time out: 11:44

**Patient Goals**

Return to Normal Mobility, Reduce pain to improve overall function, Perform all Activities of Daily Living without pain, Walk long distances without pain, Stand for prolonged period of time without pain

***Additional Patient Goals:*** Not Reported

### FLR Survey Results

Survey Completed

Survey Score

| | |
|---|---|
| Assessment and Additional Comments | FOTO score recorded on 1/22 at 40. |

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Shuttle Double Leg Heel Raises | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Elgin | 97110 | 3 | 20 | | | Yes | L |
| Ankle Dorsiflexion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Bike | 97110 | | | | | Yes | |
| Ankle Eversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green L |
| Fitter Board Incline - Calf Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Great Toe Extension Stretch | 97110 | | 4 | | 30 sec | Yes | L |
| Calf Stretch on Stair | 97110 | | 4 | | 30 sec | Yes | L |
| Shuttle Double Leg Squats | 97110 | 3 | 10 | 25.00 lbs | | Yes | |

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Cold Pack | | | | | | Not today | PF/calcaneus deferred 2/18 |
| Seated Calf Stretch - Soleus | 97110 | | 4 | | 30 sec | Yes | L |
| Ankle Plantarflexion with Elastic Band | 97110 | 3 | 10 | | | Yes | GREEN L |
| Hamstring Stretch with a Strap | 97110 | | | | | Yes | L |
| Ankle Inversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green |
| Single Leg Stance on Foam Pad | 97110 | 6 | 10 | | | Yes | |
| Mini Squat | 97110 | 3 | 10 | | | Yes | on BF |

## Manual Therapy Techniques - 2 Units - 23 Minutes

- Performed Passive Range of Motion (PROM) on the foot.

  **Additional Comments: L ankle all planes with focus on DF and achilles stretches**

- Performed Instrumented Assisted Soft Tissue Mobilization (IASTM) on the foot.

  **Additional Comments: L gastroc/PF/soleus/calcaneus**

# Assessment

**Rehab Potential** GOOD

**Contraindications to Therapy**

Not Reported

**Patient Assessment / Diagnosis**

TTP and sensitivity of the calcaneus is improving. TTP still present of the gastroc and soleus.

## Goals

THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve ankle strength by 1 MMT grade in 6 visits | 2 weeks | |

THERAPIST LONG-TERM GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve FOTO score by 30 pts by DC | 4 weeks | |
| Ambulate desired distance without pain by DC | 4 weeks | |
| Pt will return to full duty work by DC | 4 weeks | |
| Pt will stand desired time without symptoms by DC | 4 weeks | |
| Pt will sleep without symptoms by DC | 4 weeks | |

ADDITIONAL THERAPIST GOALS

| GOAL | DURATION | DETAILS |
|---|---|---|
| Improve DF AROM by 10 deg in 4 visits | | |

# Plan

**Notes on Plan**

Continue with current treatment plan and progress as tolerated.

**Patient Education**

Pt issued HEP.

**Frequency of Treatment** 2X/WEEK

**Duration of Treatment** 4 WEEKS

**Possible Procedures Treated over full course of treatment** YES

97110, 97140

**Possible Modalities Treated over full course of treatment**

Pain relief

***Additional Modalities:*** Not Reported

CODES BILLED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 | 2.000 | 44 |
| 97140 | 2.000 | 23 |

The patient (parent/guardian/power of attorney holder) was educated on diagnosis, prognosis, and treatment goals and actively participated in creating goals and agrees to the current treatment plan.

## Signatures

### Treating Provider Signature

*Electronically signed by Craig Long, PTA on 2021-02-22 10:24 CST. License #. A8012*

# Daily Note

**Patient:** Trina Simmons *DOB*
**Visit:** 2021-02-19 *Visit # 8*
**Provider:** Janie Irvin, PT, DPT *NPI # 1952890626*

DYNAMIC PHYSICAL THERAPY get well! getwellatdynamic.com

## Clinic Details

**Clinic**
Dynamic Physical Therapy Services LLC

**Address**
7520 Westbank Exp.
Suite D
Marrero, LA 70072-2354

**Phone #**
5043714226

**Fax #**
5043714228

## Case Details

**Injury Description**
PTTD/Plantar Fascitis

**Injury Onset Date**
2020-12-22

**Diagnosis Codes**
M79.672, R26.89

**Surgery Date**
2020-12-22

**Referring Physician**
DENISE ELLIOTT

## Subjective Analysis

**Patient Problem List**

Not Reported

***Additional Problems:*** Not Reported

**Patient Self- Report**

2/19- Pt states that her left heel pain is not any better. She states that her heel is still swelling.
Time in: 7:52 am
Time out: 9:07

**Patient Goals**

Return to Normal Mobility, Reduce pain to improve overall function, Perform all Activities of Daily Living without pain, Walk long distances without pain, Stand for prolonged period of time without pain

***Additional Patient Goals:*** Not Reported

### FLR Survey Results

Survey Completed

Survey Score

Assessment and Additional Comments — FOTO score recorded on 1/22 at 40.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Hamstring Stretch with a Strap | 97110 | | 4 | | 30 sec | Yes | L |
| Seated Calf Stretch - Soleus | 97110 | | 4 | | 30 sec | Yes | L |
| Cold Pack | | | | | | Yes | PF/calcaneus (L) 10 min |
| Calf Stretch on Stair | 97110 | | 4 | | 30 sec | Not today | L |
| Ankle Inversion with Elastic Band | 97110 | 3 | 20 | | | Yes | Green |
| Single Leg Stance on Foam Pad | 97110 | 6 | 10 | | | Yes | |
| Mini Squat | 97110 | 3 | 10 | | | Yes | on BF |
| Shuttle Double Leg Heel Raises | 97110 | 3 | 10 | 25.00 lbs | | Yes | |
| Shuttle Double Leg Squats | 97110 | 3 | 10 | | | Yes | |

# Quality Assurance Report

## Request Information

Report Date: September 28, 2021

**RP ID:** 8317367

Patient Name: SIMMONS, TRINA

Provider Name: DYNAMIC PHYSICAL THERAPY

## Quality Assurance Information

Scope Requested: **From February 1, 2021 to Present**

Special Request:
medical rec- seen by: DYNAMIC PHYSICAL THERAPY

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

September 22, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
Phone No.: (877) 353-6404 Ext. 18286
Secure Fax No.: (603) 559-0473

ReleasePoint

**Medical Record Overview**

**Date:** **September 9, 2021**

**Patient Name:** SIMMONS, TRINA

**Records From:** FOOT AND ANKLE CENTER
1111 Medical Center Boulevard, Suit
Marrero, LA 70072
(504) 349-6633

**Request Scope:** From February 1, 2021 to Present

**Chart Range:** 02/04/2021 - 02/23/2021

**RP ID:** 8317368

**Client ID:** 11059701

**Source:** L-WALMAR

**Req By:** K Holzinger
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 4 2021 | Feb 23 2021 | 6 | 2 |

**Total Page Count:** 6

**Notes From QC:**

Progress Notes - 02/23/2021

9/3/2021 11:31 AM FROM: Fax TO: 9,12133844921 PAGE: 002 OF 050

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 2/23/2021

Chief Complaint: Endoscopic plantar fasciotomy left foot with sinus tarsi injection. Date of surgery 12/22/2020

Pain Level: Patient rates pain 4/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain.

HPI: 2 months post op.Patient is here for possible discharge.She is wearing a tennis shoe with orange redithotics and compression stocking. She took the Medrol Dose pack. It helped initially with the swelling and pain. But over time her symptoms returned. After walking a short distance her foot swells up. Pt. attended physical therapy 2x weekly. Physical therapy did not help. Medrol dosepak worked for a week, before pain returned. Pain is relieved with rest and NWB.

Pain is not along the bottom of the foot. Those symptoms have completely resolved. She has no pain along the surgical site. Her pain involves the top of the foot and ankle. She complains of stiffness and swelling.

Medical History:
Asthma
CVA
History of epilepsy
Hypertension
Mitral valve prolapse
Vitamin D deficiency

Surgical History:
Dilation and curettage
Hysterectomy - Partial

Foot & Ankle Procedures: Patient Denies

Allergies:
Adhesive, Unknown
Shellfish Containing Products, Unknown

Medications:
albuterol sulfate (Dosage: 90 mcg/actuation|HFA aerosol inhaler Refills: 0)
amlodipine (Dosage: 10 mg|tablet Refills: 0)
atenolol (Dosage: 100 mg|tablet Refills: 0)
Medrol (Pak) (methylprednisolone) (Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)
naproxen (Dosage: 500 mg|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)
urea (Dosage: 40%|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening)

Social History:
Alcohol- denies
Drug use- denies
Education: College Graduate
Full-time employment - Walmart
Marital Status - Married

Smoking Status: Never smoker

Family History:
Amputation
Cancer
Coronary artery disease
CVA
Diabetes: Type 2
Hypertension

Review of Systems

Patient: last Simmons, Trina DOB: Page #: 2 Date: 2/23/2021

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | eg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

Vitals: HEIGHT / LENGTH: 5' 2"
WEIGHT: 195 lbs 0 oz
BMI: 35.7

General: 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities. CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia.

Dermatological: Left heel incisions are healed, nontender with palpation. Skin is dry along the plantar left heel.

Neurological: Light touch sensation intact bilatereal lower extremity. No deficits.

Musculoskelatal: No further Tenderness with deep palpation along the left medial and lateral calcaneal tubercle. Minimal left lower extremity edema. No pain with subtalar joint inversion and eversion. Visible calf atrophy. Weakness with manual muscle testing left lower extremity compared to right. No further Joint stiffness of the left ankle joint, subtalar joint.

Studies: Xrays 2 views left Os Calcis 1/26/2021: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact. No fracture. Mild left lower extremity soft tissue swelling.

MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: Patient range of motion has improved. Surgical site has healed. Unfortunately she still remains weak with continual postoperative edema that is causing joint stiffness, difficulty walking and pain with prolonged standing. I reminded the patient that she was immobilized in a cast or Cam Walker for 6 months prior to surgery. This caused significant muscle atrophy, weakness and loss of proprioception. She should continue with physical therapy. It will take time for her muscles to rebuild.

Prescribed ibuprofen 800 mg twice daily, taking this with the famotidine twice daily always with a meal.

Unfortunately she is still not ready to resume her job full duty which requires prolonged standing and walking. She could return to a light duty or sedentary position if available with

imited standing 3 hours daily.

We also discussed a diet program. Her BMI is greater than 30. She has gained 8 pounds over the last 6 months. She is morbidly obese and will start working on eliminating all carbohydrates.

Plan: Return to office in 4 weeks for possible discharge

Diagnosis:
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela
M72.2-Plantar fasciitis
M25.572-Pain in left ankle and joints of left foot

CPT Codes:
G8427–4A–Document current medications
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON–user
G9716–3D–BMI not documented and no reason given
1123F–2A–Surrogate decision maker provided

Prescriptions
famotidine(Dosage: 20 mg|tablet SIG: Take 1 tablet by mouth three times a day 30 Dispense: 90 Refills: 0)
ibuprofen(Dosage: 800 mg|tablet SIG: Take 1 tablet Oral three times a day with meals 30 Dispense: 90 Refills: 0)

Denise Lea Elliott, DPM
(Electronically Signed - 2/23/2021)

Progress Notes - 02/04/2021

9/3/2021 11:31 AM FROM: Fax TO: 9,12133844921 PAGE: 005 OF 050

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 2/4/2021

Chief Complaint: Endoscopic plantar fasciotomy left foot with sinus tarsi injection. Date of surgery 12/22/2020

Pain Level: Patient rates pain 4/10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain.

HPI: 6 weeks post op. Patient remains in physical therapy 2 times weekly. With the treatment she has regained some range of motion. She complains of severe left leg swelling with stiffness that occurs every night. Last night she slept with compression stockings/socks with foot elevated above heart level. The swelling is always better in the a.m. but by the end of the day, it is severe. The patient became very upset that this is limiting her activities. She is not able to stand and cook for more than 2 hours. She is not able to play with her grandchildren. The swelling involves her left leg, ankle and foot. She complains of tenderness and swelling along the medial first metatarsal and across the top of the left foot.

Patient did not receive medrol dose pak

Medical History:
Asthma
CVA
History of epilepsy
Hypertension
Mitral valve prolapse
Vitamin D deficiency

Surgical History:
Dilation and curettage
Hysterectomy - Partial

Foot & Ankle Procedures: Patient Denies

Allergies:
Adhesive, Unknown
Shellfish Containing Products, Unknown

Medications:
albuterol sulfate (Dosage: 90 mcg/actuation|HFA aerosol inhaler Refills: 0)
amlodipine (Dosage: 10 mg|tablet Refills: 0)
atenolol (Dosage: 100 mg|tablet Refills: 0)
Medrol (Pak) (methylprednisolone) (Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)
naproxen (Dosage: 500 mg|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)
urea (Dosage: 40%|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening)

Social History:
Alcohol- denies
Drug use- denies
Education: College Graduate
Full-time employment - Walmart
Marital Status - Married

Smoking Status: Never smoker

Family History:
Amputation
Cancer
Coronary artery disease
CVA
Diabetes: Type 2
Hypertension

Review of Systems

Patient: last Simmons, Trina DOB: Page #: 5 Date: 2/4/2021

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | eg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

Vitals: Cam Walker

General: 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities. CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia.

Dermatological: Left heel incisions are healed, clean, dry, and intact with sutures in place. No dehiscence. Skin is dry along the plantar left heel.

Neurological: Light touch sensation intact bilatereal lower extremity. No deficits.

Musculoskelatal: No further Tenderness with deep palpation along the left medial and lateral calcaneal tubercle. She complains of mild tenderness with deep palpation along the plantar heel. Minimal postoperative edema. No pain with subtalar joint inversion and eversion. Visible calf atrophy. Weakness with manual muscle testing left lower extremity compared to right. No further Joint stiffness of the left ankle joint subtalar joint.

Studies: Xrays 2 views left Os Calcis 1/26/2021: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact. No fracture. Mild left lower extremity soft tissue swelling.

MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: I discussed her progress with Paul at Dynamic Physical therapy. Objectively she is doing much better with increased range of motion, increased strength. The patient's main complaint is her left leg swelling, which causes stiffness and limited activities. She needs to apply the compression stocking every a.m. and remove it at night prior to sleeping. I reminded the patient that she was immobilized in a cast or Cam Walker for 6 months prior to surgery. This caused muscle atrophy. She is just starting to weight-bear comfortably in her tennis shoe. It will take time for her muscles to rebuild. She is encouraged to continue with her home therapy program, continue cycling and working with her therapist.

Unfortunately she is still not ready to resume her job full duty which requires prolonged standing and walking. She could return to a light duty or sedentary position if available with limited standing 3 hours daily.

She will follow up on the Prescribed Medrol Dosepak, taking as instructed.

Progress Notes - 02/04/2021



Patient: last Simmons, Trina DOB: Page #: 6 Date: 2/4/2021

Plan: Return to office in 4 weeks for possible discharge

Diagnosis:
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela
M72.2-Plantar fasciitis
M25.572-Pain in left ankle and joints of left foot

CPT Codes:
G8427–4A–Document current medications
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON–user
G9716–3D–BMI not documented and no reason given
1123F–2A–Surrogate decision maker provided
G8730–5A– Pain assessment > 0

Prescriptions
No data for Prescription

Denise Lea Elliott, DPM
(Electronically Signed - 2/4/2021)

Fax Created - Name CLAIM #500817024480001 Number: 18592644372 Dated 2/10/2021 12:49:13 PM

Fax Created - Name CLAIM # 500817024480001 Number: 18592644372 Dated 2/11/2021 9:05:18 AM

Fax Created - Name CLAIM #500817024480001 Number: 18592644372 Dated 2/15/2021 9:37:12 AM

# Quality Assurance Report

## Request Information

Report Date: September 9, 2021

**RP ID:** 8317368

Patient Name: SIMMONS, TRINA

Provider Name: FOOT AND ANKLE CENTER

## Quality Assurance Information

Scope Requested: **From February 1, 2021 to Present**

Special Request:
medical rec - Seen By: FOOT AND ANKLE CENTER

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 31, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

To continue receiving disability benefits, we need you and Dynamic Physical Therapy, Foot and Ankle Center, Dr. Edward Lang to provide an update on your condition.

**What You Need to Do By October 13, 2021:**

1. **Check in with Dynamic Physical Therapy, Foot and Ankle Center, Dr. Edward Lang to ensure they have sent the required information.** On August 30, 2021, they received a request for your medical records on from our medical records vendor, on our behalf.
2. **If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2021, through the present. They can send in the information by:

   - Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
   - Email to WMClaims@lfg.com
   - Fax to 877-353-6412

We are also in need of verbal updates from you regarding your current treatment plan, symptoms, verification of your treating providers, and return to work plan, as well as updates regarding your Social Security Disability application status.

Attempts to contact you were made on August 26, 2021, August 27, 2021, and August 30, 2021. We contacted you at however, you were not available, and we had to leave you

messages requesting a return call. Please call us at your earliest convenience at (877) 353-6404 extension *18257.

Please ensure we receive your records and a return call on time to avoid your benefits being discontinued. If we do not receive the requested information by October 13, 2021, your benefits may be suspended and if we do not receive them by November 12, 2021, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by phone to provide you with an update on your claim.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com (company code: Walmart) on your computer or mobile device.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Kayleigh Holzinger
Ltd Technical Specialists II
On Behalf Of: Ieesha G.
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Sprint 7:56 AM 85%

secure.ssa.gov

Navigation

**Welcome, Trina!** You last signed in on July 06, 2021 at 9:36AM EDT.

## Social Security Statement

### A Message from Social Security:

Your Social Security Statement...

Estimated Benefits:
Not available

Last Reported Earnings:
**$61,137 in 2020**
View Earnings Record

## Your Benefit Applications

### Disability Benefits **Reconsideration**

**We started step 3 of 5 of the review process for your appeal.**

Get Help

The Disability Determination Service (DDS) started a medical review for your appeal on

secure.ssa.gov

**May 25, 2021**.

Show Disability Benefits appeal details

## Disability Benefits

**We have processed 100% of your application.**

We made a decision to **deny** your application on **May 10, 2021**.

Hide Disability Benefits application details

1. We received your online application on January 21, 2021.
2. We conducted a non-medical review of your application on January 27, 2021.
3. The state Disability Determination Service completed your medical review on May 6, 2021.
4. We completed a final re[…] application on May 10, 2021.

Get Help

Sprint 7:57 AM 87%

secure.ssa.gov

your application on January 27, 2021.

3. The state Disability Determination Service completed your medical review on May 6, 2021.

4. We completed a final review of your application on May 10, 2021.

**5. We have made a decision to deny your application on May 10, 2021.**

We have sent a notice to you with a detailed explanation of the decision. You should receive your notice within **10 to 15 days**.

If you disagree with the decision, you may request an appeal within 60 days of the date of your decision notice. If you wish to appeal your medical denial, you may file an appeal online. If you need assistance with your appeal, please contact your local Social Security office.

File your appeal online

Get Help

**Additional Information:**

secure.ssa.gov

If you disagree with the decision, you may request an appeal within 60 days of the date of your decision notice. If you wish to appeal your medical denial, you may file an appeal online. If you need assistance with your appeal, please contact your local Social Security office.

File your appeal online

**Additional Information:**

- Learn about Appealing a Decision
- Disability Publications

## Benefits & Payments

You are not currently receiving Social Security benefits.

Get a Benefit Verification Letter

Need proof that you do not receiv[e] ... benefits? Here's your official lette[r]

Get Help

**You have successfully submitted your Disability Appeal on May 21, 2021 at 4:03:18 PM Eastern Time.**

You can log into your *my* Social Security account, or register for an account, to check the status of your appeal.

## Information You Submitted

Identification

### *Information about Trina Simmons*

*Name:* ***Trina Simmons***
*Mailing Address:* [redacted]
Do you live at the above address? **Yes**
Daytime Phone Number: [redacted]
Alternative Phone Number:
Email Address:

### Representative

Has a representative: **No**

Request for Reconsideration

Date Notice of Decision received: **05/10/2021**
*Claim Number:*
*Reason for Appeal:* ***I am disabled and unable to engage in substantial gainful activity.***

Medical

### Someone We Can Contact about Trina Simmons's Medical Conditions

Name: **Christopher Simmons**
Relationship to you: **Family Member**
Same Address as you: **Yes**
Daytime Phone Number: [redacted]
Speak and Understand English: **Yes**

### Medical Conditions




Lincoln/Brown-Simmons 1434

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

July 9, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by September 6, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II; Email : wmclaims@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: 11059701-REQUEST-CLAIMANT OTHER-06.24.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

June 25, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 8, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II; Email : wmclaims@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: 11059701-REQUEST-CLAIMANT OTHER-05.25.2021

From: LFGNotifications@LFG.com
Sent: Tuesday, May 25, 2021 9:26:46 AM
To:
CC:
BCC:
Subject: [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons
Attachments: gt1s21c1huiabjwe6lza_10534321.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

May 25, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration. On Proof of App Received Date, we received proof that you had filed for Social Security Disability benefits. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision.¿ We consider a final decision one made at the Administrative Law Judge level.

Our records show that your request for Social Security Disability benefits was denied. Don't be discouraged! If you have not already done so, gather the required information for your Social Security appeal and submit them to your local Social Security office for processing. The Social Security Administration will be able to take quick action if all the required information is received at the same time.

You must initiate the appeal process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disability/appeal, or by visiting your local Social Security Disability office.

We realize that appealing the Social Security Disability decision can be intimidating. We have Social Security Claimant Representatives that specialize in this process and can assist with your appeal. Please contact us if you would like to utilize their services.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

**What You Need to Do By July 8, 2021:**

- Provide a letter that confirms you have submitted your SSDI appeal.
- Complete and return the attached forms.

You may submit it to us via one of the following methods:

- Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
- Email to WMClaims@lfg.com
- Fax to 877-353-6412

As stated above, you are required to continue to actively seek out Social Security Disability benefits until a final decision is made at the Administrative Law Judge level. Therefore, you must provide proof that you have timely appealed the recent denial of your Social Security Disability benefit. This should include a current official proof of filing and/or complete copy of any award or appeal notification.

As a reminder, if you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. Further, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars.¿ Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. ¿ Once we receive your award letter, we will determine the overpayment amount.¿ You will be informed of this amount in writing and options to recover the overpayment.

If you do not provide proof of a current status of your Social Security Disability benefit application by **July 8, 2021**, your LTD payments will be reduced by an estimated monthly Social Security Disability benefit for which you and your family may be eligible. If we do not receive this information by Sept. 6, 2021, 60 days after we have applied the estimated Social Security Disability benefit, this estimate may be used to calculate the overpayment amount due back to Lincoln.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II; Email : disabilitydocuments@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: 11059701-APPROVE-INITIAL-03.22.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 23, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up on your Long Term Disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD), which Lincoln Life Assurance Company of Boston. We have finished reviewing your information, and we are pleased to let you know that **we've approved your claim for LTD benefits.**

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of his Own Occupation under the applicable Federal Aviation Administration fitness standards.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as*

*it is performed at Walmart, Inc.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We must also make you aware of the following policy provision regarding the Mental Illness Limitation should your disability become a primary Mental Nervous condition.

*"**Mental Illness**" means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

***Mental Illness and/or Substance Abuse Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

**Approved: Your Long-Term Disability Coverage at 50% of Pre-Disability Earnings**

Based on information we received about your medical condition and occupation, we found that you cannot currently perform the job duties of your occupation. Our review found the first day you were unable to work due to your medical condition was August 31, 2020.

**Your benefit payment amount is $0.00.** This amount is 50% of your pre-disability pay minus any other payments you receive, such as benefits under the U.S. Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation. (These payments are *offsets* to your disability benefits, which means they decrease how much money you receive from us.)

When you enrolled in benefits, you elected a 10% increase to your LTD coverage (in addition to the 50% base coverage discussed above). That means you signed up for the 60% benefit plan effective

.

**What You Need to Know:**

- Your LTD Policy has a 182-day elimination period, which is the wait time before you will start receiving your benefits. The wait time began as soon as you became disabled on August 31, 2020. That means **your LTD benefits will begin on March 9, 2021.**
- We will send your benefit payments separately from this letter. Payments will be issued bi-weekly.
- You will not need to pay premiums for your disability coverage while you receive LTD

payments. (Your employer deducted these from your paycheck in the past along with other insurance premiums.)
- Please note this approval doesn't guarantee you will receive payments for the maximum time covered by your LTD Policy. It's important for you to respond promptly going forward when we contact you and provide all information when requested.

**What You Need to Do:**

- Please complete and return all attached forms.
- To have your benefit payments automatically deposited into your checking or savings account, please complete the enclosed **Direct Deposit** form. You may return it to our office in the attached return envelope, e-mail it to WMRTSCU@lfg.com, or fax it to (877) 353-6412.
- If your medical condition will prevent you from working for at least 12 months you are required to apply for **Social Security benefits**. To apply, contact your local Social Security office or call 1-800-772-1213. You may also file via the Social Security website www.ssa.gov. **If you would like assistance with filing, we can refer you to a Social Security Claimant Representative who will help you through the process**. If you have already applied for Social Security or if you have been awarded, please provide me with a copy of your proof of application or your award letter
- Contact your human resources manager or your benefits helpline at (800) 421-1362 regarding **your other benefits**, such as medical, dental, or life insurance. These premiums will not be deducted from your long-term disability payments, and you may need to plan to continue those benefits.
- Provide updates as requested, including updated medical documentation. Additionally, please **let me know** if your condition changes or your physicians change your treatment plan.
- If you are released to return to work, please notify me immediately to avoid an overpayment of LTD benefits.

**How Vocational Rehabilitation May Help You Return to Work:**
We may offer you Vocational Rehabilitation to help you gain skills and resources to return to work, if needed.

Vocational rehabilitation services include:
- Job skill and interest evaluation, counseling, training or job placement
- Job modification or special equipment
- Other services that qualify as necessary to help you return to work

We will review your condition and contact you if we find that you would benefit from these services. Please feel free to contact us for more information.

**If You Also Have a Leave of Absence (in addition to your LTD claim):**
Sedgwick manages leave of absence reporting for all Walmart, Inc. associates. You can get information about your leave status in three ways:
- **By phone:** Call the Walmart Disability & Leave Service Center at Sedgwick at (800) 492-5678. Representatives are available to answer your questions Monday through Friday

from 7 a.m. to 7 p.m. and Saturday 8 a.m. to 4 p.m. CT.

- **Automated phone support:** Call the Sedgwick interactive voice response (IVR) system at (800) 492-5678.
- **Online:** Access the mySedgwick® website through one.walmart.com.

Thank you for the opportunity to help with your claim. If you have any questions, please feel free to call us at (877) 353-6404 or visit us online at www.mylincolnportal.com. The team at Lincoln Financial Group wishes you the best on your recovery.

Sincerely,

Ieesha G.
Ltd Specialist II; email address: WMRTcsu@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Wal-Mart Vocational Rehab Form
Advantages of Social Security Disability Benefits Form

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

**REQUIRED FIELDS ARE BOLDED BELOW**
******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______
**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______
**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______
**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single_____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ______________

Lincoln Financial Group®

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Trina Simmons Date of Birth:

Employer: Walmart, Inc. Policy/Plan Sponsor No. 05 - 290765

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

*Please retain a copy for your records or one can be provided upon request.*

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________ Department: ______________ From: ________ To:
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: __________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (      )** ______________

Lincoln Financial Group®

# Vocational Rehabilitation

## What is a Vocational Rehabilitation?

Vocational Rehabilitation is a process which enables people with disabilities to overcome barriers in accessing, maintaining, or returning to employment. Vocational Rehabilitation services are designed to enable participants to gain skills and strategies and to provide resources needed to compete in the process of obtaining a job. These services may also help a person retrain after a disability has disrupted previous employment.

If you feel you would be able to return to your prior job/employer if an accommodation could be made, please discuss this with your Case Manager. If appropriate, we can assist by requesting that accommodations be considered that would allow you to return to work.

## What is a Vocational Rehabilitation Counselor?

A Vocational Rehabilitation Counselor is someone that is trained to help you return to work. They work with you and your assigned Case Manager to determine the best return to work plan for you, by evaluating requirements of a job and your restrictions and limitations as outlined by a physician. A Vocational Rehabilitation Counselor will try to assist you first and foremost to return to your current job/employer. If a return to your current employer does not seem feasible, the Counselor can help you evaluate other employment opportunities to help you obtain a job that fits your capabilities and/or provide you with resources needed to improve your current skills.

## What Resources are available through the Vocational Rehabilitation Program?

Vocational Rehabilitation can include and/or help identify:

- Job placement assistance with your employer or for alternate employment.
- English as a Second Language classes
- GED classes
- Basic computer skills training
- Volunteer opportunities
- State Vocational Rehabilitation services, which could include training
- Unemployment/Job Service/Job Links Office for services including free training programs, job seeking skills workshops and career exploration resources
- Disability specific services through non-profit agencies

## How much does Vocational Rehabilitation cost?

That's the best part. If it is determined that you are a good candidate for Vocational Rehabilitation services based on the specifics of your claim, there will be no cost for these services. Our goal is to assist you in returning to work.

**Please discuss this information with your assigned Case Manager to determine if this is an appropriate option for you.**

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

June 25, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 8, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II; Email : wmclaims@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: 11059701-REQUEST-CLAIMANT OTHER-05.25.2021

From: LFGNotifications@LFG.com
Sent: Tuesday, May 25, 2021 9:26:46 AM
To:
CC:
BCC:
Subject: [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons
Attachments: gt1s21c1huiabjwe6lza_10534321.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

May 25, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration. On Proof of App Received Date, we received proof that you had filed for Social Security Disability benefits. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision.¿ We consider a final decision one made at the Administrative Law Judge level.

Our records show that your request for Social Security Disability benefits was denied. Don't be discouraged! If you have not already done so, gather the required information for your Social Security appeal and submit them to your local Social Security office for processing. The Social Security Administration will be able to take quick action if all the required information is received at the same time.

You must initiate the appeal process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disability/appeal, or by visiting your local Social Security Disability office.

We realize that appealing the Social Security Disability decision can be intimidating. We have Social Security Claimant Representatives that specialize in this process and can assist with your appeal. Please contact us if you would like to utilize their services.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

**What You Need to Do By July 8, 2021:**

- Provide a letter that confirms you have submitted your SSDI appeal.
- Complete and return the attached forms.

You may submit it to us via one of the following methods:

- Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
- Email to WMClaims@lfg.com
- Fax to 877-353-6412

As stated above, you are required to continue to actively seek out Social Security Disability benefits until a final decision is made at the Administrative Law Judge level. Therefore, you must provide proof that you have timely appealed the recent denial of your Social Security Disability benefit. This should include a current official proof of filing and/or complete copy of any award or appeal notification.

As a reminder, if you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. Further, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars.¿ Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. ¿ Once we receive your award letter, we will determine the overpayment amount.¿ You will be informed of this amount in writing and options to recover the overpayment.

If you do not provide proof of a current status of your Social Security Disability benefit application by **July 8, 2021**, your LTD payments will be reduced by an estimated monthly Social Security Disability benefit for which you and your family may be eligible. If we do not receive this information by Sept. 6, 2021, 60 days after we have applied the estimated Social Security Disability benefit, this estimate may be used to calculate the overpayment amount due back to Lincoln.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II; Email : disabilitydocuments@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: 11059701-APPROVE-INITIAL-03.22.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 23, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up on your Long Term Disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD), which Lincoln Life Assurance Company of Boston. We have finished reviewing your information, and we are pleased to let you know that **we've approved your claim for LTD benefits.**

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of his Own Occupation under the applicable Federal Aviation Administration fitness standards.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as*

*it is performed at Walmart, Inc.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We must also make you aware of the following policy provision regarding the Mental Illness Limitation should your disability become a primary Mental Nervous condition.

*"**Mental Illness**" means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

***Mental Illness and/or Substance Abuse Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

**Approved: Your Long-Term Disability Coverage at 50% of Pre-Disability Earnings**

Based on information we received about your medical condition and occupation, we found that you cannot currently perform the job duties of your occupation. Our review found the first day you were unable to work due to your medical condition was August 31, 2020.

**Your benefit payment amount is $0.00.** This amount is 50% of your pre-disability pay minus any other payments you receive, such as benefits under the U.S. Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation. (These payments are *offsets* to your disability benefits, which means they decrease how much money you receive from us.)

When you enrolled in benefits, you elected a 10% increase to your LTD coverage (in addition to the 50% base coverage discussed above). That means you signed up for the 60% benefit plan effective

.

**What You Need to Know:**

- Your LTD Policy has a 182-day elimination period, which is the wait time before you will start receiving your benefits. The wait time began as soon as you became disabled on August 31, 2020. That means **your LTD benefits will begin on March 9, 2021.**
- We will send your benefit payments separately from this letter. Payments will be issued bi-weekly.
- You will not need to pay premiums for your disability coverage while you receive LTD

payments. (Your employer deducted these from your paycheck in the past along with other insurance premiums.)

- Please note this approval doesn't guarantee you will receive payments for the maximum time covered by your LTD Policy. It's important for you to respond promptly going forward when we contact you and provide all information when requested.

**<u>What You Need to Do</u>:**

- Please complete and return all attached forms.
- To have your benefit payments automatically deposited into your checking or savings account, please complete the enclosed **Direct Deposit** form. You may return it to our office in the attached return envelope, e-mail it to WMRTSCU@lfg.com, or fax it to (877) 353-6412.
- If your medical condition will prevent you from working for at least 12 months you are required to apply for **Social Security benefits**. To apply, contact your local Social Security office or call 1-800-772-1213. You may also file via the Social Security website www.ssa.gov. **If you would like assistance with filing, we can refer you to a Social Security Claimant Representative who will help you through the process**. If you have already applied for Social Security or if you have been awarded, please provide me with a copy of your proof of application or your award letter
- Contact your human resources manager or your benefits helpline at (800) 421-1362 regarding **your other benefits**, such as medical, dental, or life insurance. These premiums will not be deducted from your long-term disability payments, and you may need to plan to continue those benefits.
- Provide updates as requested, including updated medical documentation. Additionally, please **let me know** if your condition changes or your physicians change your treatment plan.
- If you are released to return to work, please notify me immediately to avoid an overpayment of LTD benefits.

**How Vocational Rehabilitation May Help You Return to Work:**
We may offer you Vocational Rehabilitation to help you gain skills and resources to return to work, if needed.

Vocational rehabilitation services include:

- Job skill and interest evaluation, counseling, training or job placement
- Job modification or special equipment
- Other services that qualify as necessary to help you return to work

We will review your condition and contact you if we find that you would benefit from these services. Please feel free to contact us for more information.

**If You Also Have a Leave of Absence (in addition to your LTD claim):**
Sedgwick manages leave of absence reporting for all Walmart, Inc. associates. You can get information about your leave status in three ways:

- **By phone:** Call the Walmart Disability & Leave Service Center at Sedgwick at (800) 492-5678. Representatives are available to answer your questions Monday through Friday

from 7 a.m. to 7 p.m. and Saturday 8 a.m. to 4 p.m. CT.

- **Automated phone support:** Call the Sedgwick interactive voice response (IVR) system at (800) 492-5678.
- **Online:** Access the mySedgwick® website through one.walmart.com.

Thank you for the opportunity to help with your claim. If you have any questions, please feel free to call us at (877) 353-6404 or visit us online at www.mylincolnportal.com. The team at Lincoln Financial Group wishes you the best on your recovery.

Sincerely,

Ieesha G.
Ltd Specialist II; email address: WMRTcsu@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Wal-Mart Vocational Rehab Form
Advantages of Social Security Disability Benefits Form

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Iesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ____ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______
**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______
**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ____ **ZIP:** ____
**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is heing deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ________________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________

Lincoln Financial Group

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Trina Simmons Date of Birth: ________

Employer: Walmart, Inc. Policy/Plan Sponsor No. 05 - 290765

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

*Please retain a copy for your records or one can be provided upon request.*

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department:______________________ From: _________ To:
   Job Title(s): ____________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ____________________________________________________________________________

4. Company: ______________________ Department:______________________ From: _________ To: _______
   Job Title(s): ____________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ____________________________________________________________________________

5. Company: ______________________ Department:______________________ From: _________ To: _______
   Job Title(s): ____________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ____________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: __________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (    )** ________________________

Lincoln
Financial Group®

# Vocational Rehabilitation

## What is a Vocational Rehabilitation?

Vocational Rehabilitation is a process which enables people with disabilities to overcome barriers in accessing, maintaining, or returning to employment. Vocational Rehabilitation services are designed to enable participants to gain skills and strategies and to provide resources needed to compete in the process of obtaining a job. These services may also help a person retrain after a disability has disrupted previous employment.

If you feel you would be able to return to your prior job/employer if an accommodation could be made, please discuss this with your Case Manager. If appropriate, we can assist by requesting that accommodations be considered that would allow you to return to work.

## What is a Vocational Rehabilitation Counselor?

A Vocational Rehabilitation Counselor is someone that is trained to help you return to work. They work with you and your assigned Case Manager to determine the best return to work plan for you, by evaluating requirements of a job and your restrictions and limitations as outlined by a physician. A Vocational Rehabilitation Counselor will try to assist you first and foremost to return to your current job/employer. If a return to your current employer does not seem feasible, the Counselor can help you evaluate other employment opportunities to help you obtain a job that fits your capabilities and/or provide you with resources needed to improve your current skills.

## What Resources are available through the Vocational Rehabilitation Program?

Vocational Rehabilitation can include and/or help identify:

- Job placement assistance with your employer or for alternate employment.
- English as a Second Language classes
- GED classes
- Basic computer skills training
- Volunteer opportunities
- State Vocational Rehabilitation services, which could include training
- Unemployment/Job Service/Job Links Office for services including free training programs, job seeking skills workshops and career exploration resources
- Disability specific services through non-profit agencies

## How much does Vocational Rehabilitation cost?

That's the best part. If it is determined that you are a good candidate for Vocational Rehabilitation services based on the specifics of your claim, there will be no cost for these services. Our goal is to assist you in returning to work.

**Please discuss this information with your assigned Case Manager to determine if this is an appropriate option for you.**

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, May 25, 2021 9:26:46 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 11059701 Trina Simmons |
| Attachments: | gt1s21c1huiabjwe6lza_10534321.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

May 25, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration. On Proof of App Received Date, we received proof that you had filed for Social Security Disability benefits. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

Our records show that your request for Social Security Disability benefits was denied. Don't be discouraged! If you have not already done so, gather the required information for your Social Security appeal and submit them to your local Social Security office for processing. The Social Security Administration will be able to take quick action if all the required information is received at the same time.

You must initiate the appeal process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disability/appeal, or by visiting your local Social Security Disability office.

We realize that appealing the Social Security Disability decision can be intimidating. We have Social Security Claimant Representatives that specialize in this process and can assist with your appeal. Please contact us if you would like to utilize their services.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

**What You Need to Do By July 8, 2021:**

- Provide a letter that confirms you have submitted your SSDI appeal.

- Complete and return the attached forms.

You may submit it to us via one of the following methods:

- Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
- Email to WMClaims@lfg.com
- Fax to 877-353-6412

As stated above, you are required to continue to actively seek out Social Security Disability benefits until a final decision is made at the Administrative Law Judge level. Therefore, you must provide proof that you have timely appealed the recent denial of your Social Security Disability benefit. This should include a current official proof of filing and/or complete copy of any award or appeal notification.

As a reminder, if you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. Further, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover the overpayment.

If you do not provide proof of a current status of your Social Security Disability benefit application by **July 8, 2021**, your LTD payments will be reduced by an estimated monthly Social Security Disability benefit for which you and your family may be eligible. If we do not receive this information by Sept. 6, 2021, 60 days after we have applied the estimated Social Security Disability benefit, this estimate may be used to calculate the overpayment amount due back to Lincoln.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II; Email : disabilitydocuments@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: 11059701-APPROVE-INITIAL-03.22.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 23, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up on your Long Term Disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD), which Lincoln Life Assurance Company of Boston. We have finished reviewing your information, and we are pleased to let you know that **we've approved your claim for LTD benefits.**

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*
    - *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
    - *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of his Own Occupation under the applicable Federal Aviation Administration fitness standards.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as*

*it is performed at Walmart, Inc.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We must also make you aware of the following policy provision regarding the Mental Illness Limitation should your disability become a primary Mental Nervous condition.

*"**Mental Illness**" means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

***Mental Illness and/or Substance Abuse Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

**Approved: Your Long-Term Disability Coverage at 50% of Pre-Disability Earnings**

Based on information we received about your medical condition and occupation, we found that you cannot currently perform the job duties of your occupation. Our review found the first day you were unable to work due to your medical condition was August 31, 2020.

**Your benefit payment amount is $0.00.** This amount is 50% of your pre-disability pay minus any other payments you receive, such as benefits under the U.S. Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation. (These payments are *offsets* to your disability benefits, which means they decrease how much money you receive from us.)

When you enrolled in benefits, you elected a 10% increase to your LTD coverage (in addition to the 50% base coverage discussed above). That means you signed up for the 60% benefit plan effective

.

**What You Need to Know:**

- Your LTD Policy has a 182-day elimination period, which is the wait time before you will start receiving your benefits. The wait time began as soon as you became disabled on August 31, 2020. That means **your LTD benefits will begin on March 9, 2021.**
- We will send your benefit payments separately from this letter. Payments will be issued bi-weekly.
- You will not need to pay premiums for your disability coverage while you receive LTD

payments. (Your employer deducted these from your paycheck in the past along with other insurance premiums.)

- Please note this approval doesn't guarantee you will receive payments for the maximum time covered by your LTD Policy. It's important for you to respond promptly going forward when we contact you and provide all information when requested.

**What You Need to Do:**

- Please complete and return all attached forms.
- To have your benefit payments automatically deposited into your checking or savings account, please complete the enclosed **Direct Deposit** form. You may return it to our office in the attached return envelope, e-mail it to WMRTSCU@lfg.com, or fax it to (877) 353-6412.
- If your medical condition will prevent you from working for at least 12 months you are required to apply for **Social Security benefits**. To apply, contact your local Social Security office or call 1-800-772-1213. You may also file via the Social Security website www.ssa.gov. **If you would like assistance with filing, we can refer you to a Social Security Claimant Representative who will help you through the process**. If you have already applied for Social Security or if you have been awarded, please provide me with a copy of your proof of application or your award letter
- Contact your human resources manager or your benefits helpline at (800) 421-1362 regarding **your other benefits**, such as medical, dental, or life insurance. These premiums will not be deducted from your long-term disability payments, and you may need to plan to continue those benefits.
- Provide updates as requested, including updated medical documentation. Additionally, please **let me know** if your condition changes or your physicians change your treatment plan.
- If you are released to return to work, please notify me immediately to avoid an overpayment of LTD benefits.

**How Vocational Rehabilitation May Help You Return to Work:**

We may offer you Vocational Rehabilitation to help you gain skills and resources to return to work, if needed.

Vocational rehabilitation services include:

- Job skill and interest evaluation, counseling, training or job placement
- Job modification or special equipment
- Other services that qualify as necessary to help you return to work

We will review your condition and contact you if we find that you would benefit from these services. Please feel free to contact us for more information.

**If You Also Have a Leave of Absence (in addition to your LTD claim):**

Sedgwick manages leave of absence reporting for all Walmart, Inc. associates. You can get information about your leave status in three ways:

- **By phone:** Call the Walmart Disability & Leave Service Center at Sedgwick at (800) 492-5678. Representatives are available to answer your questions Monday through Friday

from 7 a.m. to 7 p.m. and Saturday 8 a.m. to 4 p.m. CT.

- **Automated phone support:** Call the Sedgwick interactive voice response (IVR) system at (800) 492-5678.
- **Online:** Access the mySedgwick® website through one.walmart.com.

Thank you for the opportunity to help with your claim. If you have any questions, please feel free to call us at (877) 353-6404 or visit us online at www.mylincolnportal.com. The team at Lincoln Financial Group wishes you the best on your recovery.

Sincerely,

Ieesha G.
Ltd Specialist II; email address: WMRTcsu@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Wal-Mart Vocational Rehab Form
Advantages of Social Security Disability Benefits Form

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

**REQUIRED FIELDS ARE BOLDED BELOW**
******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______
**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______
**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______
**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc.

ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# Family Information Questionnaire

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®

**Return to:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________