Lincoln Financial Group®

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Trina Simmons Date of Birth:

Employer: Walmart, Inc. Policy/Plan Sponsor No. 05 - 290765

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full. I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

*Please retain a copy for your records or one can be provided upon request.*

EXHIBIT
3, part 6

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO:** ( ) ______________

Lincoln Financial Group®

# Vocational Rehabilitation

## What is a Vocational Rehabilitation?

Vocational Rehabilitation is a process which enables people with disabilities to overcome barriers in accessing, maintaining, or returning to employment. Vocational Rehabilitation services are designed to enable participants to gain skills and strategies and to provide resources needed to compete in the process of obtaining a job. These services may also help a person retrain after a disability has disrupted previous employment.

If you feel you would be able to return to your prior job/employer if an accommodation could be made, please discuss this with your Case Manager. If appropriate, we can assist by requesting that accommodations be considered that would allow you to return to work.

## What is a Vocational Rehabilitation Counselor?

A Vocational Rehabilitation Counselor is someone that is trained to help you return to work. They work with you and your assigned Case Manager to determine the best return to work plan for you, by evaluating requirements of a job and your restrictions and limitations as outlined by a physician. A Vocational Rehabilitation Counselor will try to assist you first and foremost to return to your current job/employer. If a return to your current employer does not seem feasible, the Counselor can help you evaluate other employment opportunities to help you obtain a job that fits your capabilities and/or provide you with resources needed to improve your current skills.

## What Resources are available through the Vocational Rehabilitation Program?

Vocational Rehabilitation can include and/or help identify:

- Job placement assistance with your employer or for alternate employment.
- English as a Second Language classes
- GED classes
- Basic computer skills training
- Volunteer opportunities
- State Vocational Rehabilitation services, which could include training
- Unemployment/Job Service/Job Links Office for services including free training programs, job seeking skills workshops and career exploration resources
- Disability specific services through non-profit agencies

## How much does Vocational Rehabilitation cost?

That's the best part. If it is determined that you are a good candidate for Vocational Rehabilitation services based on the specifics of your claim, there will be no cost for these services. Our goal is to assist you in returning to work.

**Please discuss this information with your assigned Case Manager to determine if this is an appropriate option for you.**

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.
- **Increased Retirement Benefits**
  - For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be ***substantially higher***.
- **Cost of Living Adjustment (COLA) Raises**
  - SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.
- **Tax Free Income**
  - The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.
- **Medicare Coverage**
  - After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.
  - Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.
  - Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.
- **COBRA Extension**
  - If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.
- **Return To Work Incentives**
  - Social Security will provide you opportunities to Return To Work while still paying you disability benefits.

Sprint 4:39 PM 22%
secure.ssa.gov

**Welcome, Trina!** You last signed in on March 22, 2021 at 11:04AM EDT.

## Social Security Statement

### A Message from Social Security:

Your Social Security Statement...

Estimated Benefits:
Not available

Last Reported Earnings:
**$61,137 in 2020**
View Earnings Record

## Your Benefit Applications

### Disability Benefits

Typically it takes **176** days for a decision.

**We have processed 31% of your application.**

Get Help

The Disability Determination Service (DDS) started a medical review of your application

Sprint 4:39 PM 22%
secure.ssa.gov

Estimated Benefits:
Not available

Last Reported Earnings:
**$61,137 in 2020**
View Earnings Record

## Your Benefit Applications

### Disability Benefits

Typically it takes **176** days for a decision.

**We have processed 31% of your application.**

The Disability Determination Service (DDS) started a medical review of your application on **January 27, 2021**. We expect this review to take **4 months**.

Show Disability Benefits application details

## Benefits & Payments

Get Help

You are not currently receiving Social Security

Lincoln Financial Group®

**Walmart Associate Earnings History Calculation**
Report Generation Date: 03/23/2021

**Associate Name: TRINA SIMMONS**
**Emp ID/WIN#: 104222173**
**Claim#: 11059701**
**Product: LTD**

**Date of Disability: 8/31/2020**
**Last Day Worked: 8/30/2020**
**Date of Hire: 11/9/2011**

| Biweekly Salary Amount: | $2,811.03 |
|---|---|

**LTD Earnings History Detail**

| Claim# | WIN# (Emp ID) | LAST NAME | FIRST NAME | PAY PERIOD FROM DATE | PAY PERIOD TO DATE | GROSS EARNINGS |
|---|---|---|---|---|---|---|
| 11059701 | 104222173 | SIMMONS | TRINA | 8/15/2020 | 8/28/2020 | $ 2,450.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 8/1/2020 | 8/14/2020 | $ 2,850.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 7/18/2020 | 7/31/2020 | $ 2,451.57 |
| 11059701 | 104222173 | SIMMONS | TRINA | 7/4/2020 | 7/17/2020 | $ 3,341.01 |
| 11059701 | 104222173 | SIMMONS | TRINA | 6/20/2020 | 7/3/2020 | $ - |
| 11059701 | 104222173 | SIMMONS | TRINA | 6/6/2020 | 6/19/2020 | $ 2,850.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 5/23/2020 | 6/5/2020 | $ 2,450.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 5/9/2020 | 5/22/2020 | $ 2,450.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 4/25/2020 | 5/8/2020 | $ 2,450.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 4/11/2020 | 4/24/2020 | $ 2,450.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 3/28/2020 | 4/10/2020 | $ 2,450.07 |
| 11059701 | 104222173 | SIMMONS | TRINA | 3/14/2020 | 3/27/2020 | $ 2,802.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 2/29/2020 | 3/13/2020 | $ 10,054.23 |
| 11059701 | 104222173 | SIMMONS | TRINA | 2/15/2020 | 2/28/2020 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 2/1/2020 | 2/14/2020 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 1/18/2020 | 1/31/2020 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 1/4/2020 | 1/17/2020 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 12/21/2019 | 1/3/2020 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 12/7/2019 | 12/20/2019 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 11/23/2019 | 12/6/2019 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 11/9/2019 | 11/22/2019 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 10/26/2019 | 11/8/2019 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 10/12/2019 | 10/25/2019 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 9/28/2019 | 10/11/2019 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 9/14/2019 | 9/27/2019 | $ 2,402.03 |
| 11059701 | 104222173 | SIMMONS | TRINA | 8/31/2019 | 9/13/2019 | $ 2,402.03 |
| | | | | | Average Biweekly Amt: | $ 2,811.03 |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 23, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up on your Long Term Disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD), which Lincoln Life Assurance Company of Boston. We have finished reviewing your information, and we are pleased to let you know that **we've approved your claim for LTD benefits.**

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

    i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
    ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of his Own Occupation under the applicable Federal Aviation Administration fitness standards.*

*"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as*

*it is performed at Walmart, Inc.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We must also make you aware of the following policy provision regarding the Mental Illness Limitation should your disability become a primary Mental Nervous condition.

***"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

***Mental Illness and/or Substance Abuse Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

**Approved: Your Long-Term Disability Coverage at 50% of Pre-Disability Earnings**

Based on information we received about your medical condition and occupation, we found that you cannot currently perform the job duties of your occupation. Our review found the first day you were unable to work due to your medical condition was August 31, 2020.

**Your benefit payment amount is $0.00.** This amount is 50% of your pre-disability pay minus any other payments you receive, such as benefits under the U.S. Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation. (These payments are *offsets* to your disability benefits, which means they decrease how much money you receive from us.)

When you enrolled in benefits, you elected a 10% increase to your LTD coverage (in addition to the 50% base coverage discussed above). That means you signed up for the 60% benefit plan effective .

**What You Need to Know:**

- Your LTD Policy has a 182-day elimination period, which is the wait time before you will start receiving your benefits. The wait time began as soon as you became disabled on August 31, 2020. That means **your LTD benefits will begin on March 9, 2021.**
- We will send your benefit payments separately from this letter. Payments will be issued bi-weekly.
- You will not need to pay premiums for your disability coverage while you receive LTD

payments. (Your employer deducted these from your paycheck in the past along with other insurance premiums.)

- Please note this approval doesn't guarantee you will receive payments for the maximum time covered by your LTD Policy. It's important for you to respond promptly going forward when we contact you and provide all information when requested.

**What You Need to Do:**

- Please complete and return all attached forms.
- To have your benefit payments automatically deposited into your checking or savings account, please complete the enclosed **Direct Deposit** form. You may return it to our office in the attached return envelope, e-mail it to WMRTSCU@lfg.com, or fax it to (877) 353-6412.
- If your medical condition will prevent you from working for at least 12 months you are required to apply for **Social Security benefits**. To apply, contact your local Social Security office or call 1-800-772-1213. You may also file via the Social Security website www.ssa.gov. **If you would like assistance with filing, we can refer you to a Social Security Claimant Representative who will help you through the process**. If you have already applied for Social Security or if you have been awarded, please provide me with a copy of your proof of application or your award letter
- Contact your human resources manager or your benefits helpline at (800) 421-1362 regarding **your other benefits**, such as medical, dental, or life insurance. These premiums will not be deducted from your long-term disability payments, and you may need to plan to continue those benefits.
- Provide updates as requested, including updated medical documentation. Additionally, please **let me know** if your condition changes or your physicians change your treatment plan.
- If you are released to return to work, please notify me immediately to avoid an overpayment of LTD benefits.

**How Vocational Rehabilitation May Help You Return to Work:**
We may offer you Vocational Rehabilitation to help you gain skills and resources to return to work, if needed.

Vocational rehabilitation services include:

- Job skill and interest evaluation, counseling, training or job placement
- Job modification or special equipment
- Other services that qualify as necessary to help you return to work

We will review your condition and contact you if we find that you would benefit from these services. Please feel free to contact us for more information.

**If You Also Have a Leave of Absence (in addition to your LTD claim):**
Sedgwick manages leave of absence reporting for all Walmart, Inc. associates. You can get information about your leave status in three ways:

- **By phone:** Call the Walmart Disability & Leave Service Center at Sedgwick at (800) 492-5678. Representatives are available to answer your questions Monday through Friday

from 7 a.m. to 7 p.m. and Saturday 8 a.m. to 4 p.m. CT.
- **Automated phone support:** Call the Sedgwick interactive voice response (IVR) system at (800) 492-5678.
- **Online:** Access the mySedgwick® website through one.walmart.com.

Thank you for the opportunity to help with your claim. If you have any questions, please feel free to call us at (877) 353-6404 or visit us online at www.mylincolnportal.com. The team at Lincoln Financial Group wishes you the best on your recovery.

Sincerely,

Ieesha G.
Ltd Specialist II; email address: WMRTcsu@lfg.com
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments: Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Wal-Mart Vocational Rehab Form
Advantages of Social Security Disability Benefits Form

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# Family Information Questionnaire

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Trina Simmons **Date of Birth:** ____________

**Employer:** Walmart, Inc. **Policy/Plan Sponsor No.** 05 - 290765

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department: ______________________ From: _________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

4. Company: ______________________ Department: ______________________ From: _________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

5. Company: ______________________ Department: ______________________ From: _________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (    )** ____________________



**Lincoln/Brown-Simmons 1502**

Lincoln Financial Group®

# Vocational Rehabilitation

## What is a Vocational Rehabilitation?

Vocational Rehabilitation is a process which enables people with disabilities to overcome barriers in accessing, maintaining, or returning to employment. Vocational Rehabilitation services are designed to enable participants to gain skills and strategies and to provide resources needed to compete in the process of obtaining a job. These services may also help a person retrain after a disability has disrupted previous employment.

If you feel you would be able to return to your prior job/employer if an accommodation could be made, please discuss this with your Case Manager. If appropriate, we can assist by requesting that accommodations be considered that would allow you to return to work.

## What is a Vocational Rehabilitation Counselor?

A Vocational Rehabilitation Counselor is someone that is trained to help you return to work. They work with you and your assigned Case Manager to determine the best return to work plan for you, by evaluating requirements of a job and your restrictions and limitations as outlined by a physician. A Vocational Rehabilitation Counselor will try to assist you first and foremost to return to your current job/employer. If a return to your current employer does not seem feasible, the Counselor can help you evaluate other employment opportunities to help you obtain a job that fits your capabilities and/or provide you with resources needed to improve your current skills.

## What Resources are available through the Vocational Rehabilitation Program?

Vocational Rehabilitation can include and/or help identify:

- Job placement assistance with your employer or for alternate employment.
- English as a Second Language classes
- GED classes
- Basic computer skills training
- Volunteer opportunities
- State Vocational Rehabilitation services, which could include training
- Unemployment/Job Service/Job Links Office for services including free training programs, job seeking skills workshops and career exploration resources
- Disability specific services through non-profit agencies

## How much does Vocational Rehabilitation cost?

That's the best part. If it is determined that you are a good candidate for Vocational Rehabilitation services based on the specifics of your claim, there will be no cost for these services. Our goal is to assist you in returning to work.

**Please discuss this information with your assigned Case Manager to determine if this is an appropriate option for you.**

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

TRINA SIMMONS

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 18, 2021

TRINA SIMMONS

RE: WALMART, INC.
Long Term Disability Benefits
Claim #: 11059701

MS. SIMMONS

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Louisiana law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

Ieesha Griffin
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

6Ø2Ø2Ø1231ØØ4948

# Possible claim number: Trina Simmons 104222173

Subject: Trina Simmons 104222173
From: Trina Brown-Simmons
To: walmartforms@sedgwicksir.com
Date and Time: 12/31/2020 9:09:52 AM
CC:

# COMPLETE YOUR FORMS | MEDICAL

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick®| email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

## Attending Physician Statement

**Associate name:** Trina B. Simmons
**Claim number:** 50081702448-0001
**Associate WIN:** 104222173
**Medical due date:** 12/28/2020

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐

   If yes, provide the beginning and ending dates for the period of incapacity: ~~12/22/2020~~ (ARE) 12/6/2020 ~~2/22/2020~~ (ARE) 2/6/2020

2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☒ If yes, dates of admission: ______

3. Date(s) you treated the patient for condition: 12/8/2020, 12/2/2020, 11/23/2020, 10/27/2020, 10/26/2020, 9/28/2020, 9/14/2020, 8/31/2020

4. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐

5. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐ If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
   Pt is Nonweightbearing Left foot using crutches unable to walk or stand after recent foot surgery.

6. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). **NOTE: In California, Wisconsin and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**
**NOTE: This information is required only to support a claim for disability benefits and is not required to support a leave request. Failure to provide this information will not affect the request for leave.**

**In order to verify that the patient cannot do their job, please provide written documentation of observable and measurable findings from examinations as well as supporting laboratory or diagnostic tests.**

1. Objective findings: HT: 5'2" WT: 205 BP:____ TEMP:____ PULSE:____ RESP:____

2. Patient's Complaints: Severe left foot pain aggravated c̄ prolonged standing & walking



sedgwick.

12-31-2020 500817024480001 6020201 3 004948

# COMPLETE YOUR FORMS | MEDICAL

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwickslr.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Trina B. Simmons
**Claim number:** 50081702448-0001

**Associate WIN:** 104222173
**Medical due date:** 12/28/2020

3. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   Primary: ICD10 Code: M72.2 Description: Plantar fasciitis
   Secondary: ICD10 Code: M79.672 Description: Left foot pain
   ICD10 Code: M25.572 Description: Sinus Tarsitis left foot

4. List all co-morbid conditions: Asthma, CVA, History of Epilepsy, HTN, Mitral valve prolapse

5. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date: __/__/__

6. If patient is pregnant, is a C-Section planned? Yes ☐ No ☐ If yes, date scheduled? __/__/__

7. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. Pt has severe left foot pain unable to comfortably weightbear.

8. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒

   If "Yes", give the date the patient was able to return to work __/__/__

   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. __/__/__
   ~~12/22/20 – 2/22/20~~ 12/6/2020 – 2/6/2020

9. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☒
   If "Yes", indicate date restrictions begin: __/__/__ Date restrictions end: __/__/__
   Restriction (s) required:

10. When was patient first diagnosed with this condition? 7/22/2020

11. When is the patient's next office visit? 12/28/2020

12. Is this condition the result of an injury? Yes ☐ No ☒ Is this condition work related? Yes ☐ No ☐
    If yes, provide date and description of event:

13. What is the prescribed treatment plan? (Please provide specific details regarding treatment/therapy, attach notes if necessary): Surgery on 12/22/20 requires 8 weeks recovery c̄ Crutches, CAM Walker, pain medication

Med 2 of 3

12-31-2020 500817024480001 48

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Trina B. Simmons
**Claim number:** 50081702448-0001
**Associate WIN:** 104222173
**Medical due date:** 12/28/2020

14. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| Percocet | 7.5mg | q 4h | pr severe pain | Yes ☒ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |

15. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☒ No ☐
List the name of the procedure: Endoscopic Plantar Fasciotomy (L)
CPT code: 29893 + 20605 Date of procedure: 12/22/2020

16. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☒ If yes, provide physician name, specialty, and telephone number. ______

17. List specific functional limitations of Activities of Daily Living (ADL's): Unable to stand, walk.

18. Has patient been given any driving restrictions for this disability period? Yes ☒ No ☐
If yes please describe: Unable to drive while taking Narcotics

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) and the California Genetic Information Nondiscrimination Act of 2011 (CalGINA) prohibit employers and other entities from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by applicable law. **To comply with GINA and CalGINA, please DO NOT provide any genetic information when responding to this request for medical certification.**

"**Genetic information**," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member of an embryo legally held by an individual or family member receiving assistive reproductive services. (75 Fed. Reg. 68934.)

"**Genetic information**," as defined by CalGINA includes information about the individual's or the individual's family member's genetic tests, information regarding the manifestation of a disease or disorder in a family member of the individual, and includes information from genetic services or participation in clinical research that includes genetic services by an individual or any family member of the individual. "Genetic Information" does not include information about an individual's sex or age.

Telephone Number: 504-349-6633
Healthcare Provider Name (Printed): DENISE ELLIOTT

Fax Number: 504 349-6631
Healthcare Provider Specialty: PODIATRY

Date Completed: 12/23/2020
Healthcare Provider Signature: [signature]

Med 3 of 3

12-31-2020 5008 024480 0 31004948

6Ø2Ø2Ø1214Ø12537

# Possible claim number: FW: Work Schedule Verification SIMMONS, TRINA WIN 104222173

Subject: FW: Work Schedule Verification SIMMONS, TRINA WIN 104222173
From: SedgwickLeaveandDisability <SedgwickLeaveandDisability@sedgwickcms.com>
To: Walmartforms@sedgwickSIR.com
Date and Time: 12/14/2020 10:51:50 AM
CC:

---

**From:** Noely Rojas - nprojas.s01353
**Sent:** Monday, December 14, 2020 9:51:37 AM (UTC-06:00) Central Time (US & Canada)
**To:** SedgwickLeaveandDisability
**Subject:** Re: Work Schedule Verification SIMMONS, TRINA WIN 104222173

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

***Noely Paiz Rojas***
*People Lead*
*Store #1353*

---

**From:** SedgwickLeaveandDisability <SedgwickLeaveandDisability@sedgwickcms.com>
**Sent:** Friday, December 11, 2020 4:37 PM
**To:** Noely Rojas - nprojas.s01353 <nprojas.s01353.us@wal-mart.com>; Cornelius Coleman - cdc008n.s01353 <cdc008n.s01353.us@wal-mart.com>; Rolland.Dixon@walmart.com <Rolland.Dixon@walmart.com>
**Cc:** DropFile Claim Correspondence <Dropfileclaimcorrespondence@sedgwick.com>
**Subject:** EXT: Work Schedule Verification SIMMONS, TRINA WIN 104222173

SIMMONS, TRINA
WIN 104222173
Claim #50081702448-0001

Walmart associate SIMMONS, TRINA 104222173 has filed a leave of absence. In order to process payments accurately it is imperative to obtain a consecutive three week work schedule for the dates **12/06/2020 – 12/25/2020.**
**If the associate was on PTO or taken off the schedule, a projected work schedule is needed.**

**Please fill out the template below:**

| WEEK 1: | Scheduled Hrs |
|---|---|
| Sunday - | 5AM-2PM |
| Monday - | 5AM-2PM |
| Tuesday - | 5AM-2PM |
| Wednesday - | 5AM-2PM |
| Thursday - | 5AM-2PM |
| Friday - | |
| Saturday - | |

| Dates: |
|---|
| 6-Dec |
| 7-Dec |
| 8-Dec |
| 9-Dec |
| 10-Dec |
| 11-Dec |
| [illegible] |

| WEEK 2: | Scheduled Hrs | |
|---|---|---|
| Sunday - | 5AM-2PM | 12-Dec |
| Monday - | 5AM-2PM | 13-Dec |
| Tuesday - | 5AM-2PM | 14-Dec |
| Wednesday - | 5AM-2PM | 15-Dec |
| Thursday - | 5AM-2PM | 16-Dec |
| Friday - | | 17-Dec |
| Saturday - | | 18-Dec |
| **WEEK 3:** | **Scheduled Hrs** | |
| Sunday - | 5AM-2PM | 19-Dec |
| Monday - | 5AM-2PM | 20-Dec |
| Tuesday - | 5AM-2PM | 21-Dec |
| Wednesday - | 5AM-2PM | 22-Dec |
| Thursday - | 5AM-2PM | 23-Dec |
| Friday - | | 24-Dec |
| Saturday - | | 25-Dec |

**If unable to provide the dates in the template, please provide the dates of: 12/06/2020 – 12/25/2020**

As a reminder, until the work schedule is obtained we cannot complete the processing of their claim and it can negatively impact the pay for the associate. Please call us as soon as possible at 1-800-492-5678 to provide the work schedule needed to process this claim. You may also send a reply email to provide the work schedule.

Ashley Gonzalez | Absence Management Payroll Coordinator
Sedgwick Claims Management Services, Inc.
www.sedgwick.com | Caring counts℠

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

6020200901034893

# Possible claim number: FW: WORK SCHEDULE REQUIRED - WIN # 104222173 **Please respond**

Subject: FW: WORK SCHEDULE REQUIRED - WIN # 104222173 **Please respond**
From: SedgwickLeaveandDisability <SedgwickLeaveandDisability@sedgwickcms.com>
To: Walmartforms@sedgwickSIR.com
Date and Time: 9/1/2020 4:47:41 PM
CC:

---

**From:** Cornelius Coleman - cdc008n.s01353
**Sent:** Tuesday, September 01, 2020 3:47:31 PM (UTC-06:00) Central Time (US & Canada)
**To:** SedgwickLeaveandDisability
**Subject:** Fw: WORK SCHEDULE REQUIRED - WIN # 104222173 **Please respond**

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

***Cornelius Coleman***
***Complex-Store Manager#1353***
***Phone- 504.733.4923***
***Fax- 318.322.4968***
***Cell #-254.338.8927***
*cdc008n.s01353.us@wal-mart.com*

***Wal-Mart Stores Inc.***
***5110 Jefferson HWY***
***Harahan LA, 70123***

*Save Money. Live Better.*

---

**From:** SedgwickLeaveandDisability <SedgwickLeaveandDisability@sedgwickcms.com>
**Sent:** Tuesday, September 1, 2020 3:08 PM
**To:** Cornelius Coleman - cdc008n.s01353 <cdc008n.s01353.us@wal-mart.com>; Noely Rojas - nprojas.s01353 <nprojas.s01353.us@wal-mart.com>; Sherrie Kelley <Sherrie.Kelley@walmart.com>
**Cc:** DropFile SIR Intake <dropfile@sedgwickcms.com>
**Subject:** EXT: WORK SCHEDULE REQUIRED - WIN # 104222173 **Please respond**

SIMMONS, TRINA
WIN # 104222173
Claim # 50081702448-0001

Walmart associate **SIMMONS, TRINA - 104222173** has filed a leave of absence for the dates of 08/31/2020 - 09/06/2020. We are in need to obtain a work schedule in order to process their claim.
If a work schedule for this time frame is unavailable, you may also provide a **projected** work schedule, but please be sure to specify "on" and "off" days, as well as the number of hours scheduled per shift.

Date range needed for work schedule: **08/30/2020 – 09/19/2020**

| WEEK 1: | Scheduled Hrs | Date: |
|---|---|---|
| Sunday - 9-1-2020 | OFF | 30-Aug |
| Monday - | 5AM-3PM | 31-Aug |

500817024480001 6020200901034893

| | | |
|---|---|---|
| Tuesday - | 12PM-10PM | 1-Sep |
| Wednesday - | 12PM-10PM | 2-Sep |
| Thursday - | OFF | 3-Sep |
| Friday - | 5AM-3PM | 4-Sep |
| Saturday - | VACATION | 5-Sep |
| **WEEK 2:** | **Scheduled Hrs** | |
| Sunday - | VACATION | 6-Sep |
| Monday - | VACATION | 7-Sep |
| Tuesday - | 8AM-6PM | 8-Sep |
| Wednesday - | OFF | 9-Sep |
| Thursday - | 12PM-10PM | 10-Sep |
| Friday - | 8AM-6PM | 11-Sep |
| Saturday - | 8AM-6PM | 12-Sep |
| **WEEK 3:** | **Scheduled Hrs** | |
| Sunday - | 12PM-10PM | 13-Sep |
| Monday - | OFF | 14-Sep |
| Tuesday - | OFF | 15-Sep |
| Wednesday - | 8AM-6PM | 16-Sep |
| Thursday - | 8AM-6PM | 17-Sep |
| Friday - | 8AM-6PM | 18-Sep |
| Saturday - | 5AM-3PM | 19-Sep |

As a reminder, until the work schedule is obtained we cannot complete the processing of their claim and it can negatively impact the pay for the associate. Please call us as soon as possible at 1-800-492-5678 to provide the work schedule needed to process this claim. You may also send a reply email to provide the work schedule.

Rebecca Richards | Absence Management Payroll Coordinator
Sedgwick Claims Management Services, Inc.
www.sedgwick.com | Caring counts℠
sedgwick.

---

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

5220201223011001

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| December 23, 2020 12:30:39 PM EST | Fax | ÿÿÿÿ | 2011 | 21 | Received |

12/23/2020 10:56 AM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 021

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | SEDGWICK | **Fax:** | +1 (859) 264-4372 |
| **From:** | Karla Enamorado | **Date:** | 12/23/2020 10:10 AM |
| **Re:** | | **Pages:** | 20 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

December 8, 2020

# Continuation of Disability

sedgwick.

web: mySedgwick | phone: 800-492-5678 | email: WalmartForms@sedgwickcr.com | fax: 859-264-4372 or 859-280-3270 | postal: P.O. Box 14028, Lexington, KY 40512

Trina B. Simmons

Associate WIN: 104222173

Dear Trina:

We received your request for Short-Term Disability (STD) pay and a leave of absence. Since the STD request is for the same/related condition as a previous claim, we will reopen your previous claim. The claim will start where it left off, and there will not be another waiting period. We are here to simplify the process and to help answer any questions you may have as this process moves forward.

The enclosed packet explains the steps you need to take and the medical information required. Once we have received everything, a final decision will be made.

***Here are some important details about your disability pay and leave of absence request:***

**Leave**

- **Leave case number:** C012080204802409AA
- **Leave type:** Eligible for the Family and Medical Leave Act (FMLA), 52 Week Policy, if approved
- **Relapse requested start date:** 12/06/2020

**Pay**

- **Disability claim number:** 50081702448-0001

PTO: You elected to use 4 days of PTO, which will be applied to any unpaid time. After the leave ends, you and your manager/HR representative will receive a separate notice to inform you of the number of PTO days used while away from work.

***Here's what you need to do next:***

→ Medical due date: Your **Medical information/"Attending physician statement" form** is due 20 days from the date of your first absence from work.

→ To avoid delays in approving your claim, we will need a few things from you. Please go to **Your Step-by-Step Guide** on the following page to help you through the process.

**Find Top Doctors and Get Expert Medical Advice at No Cost**

If you are covered under the Walmart HRA High Plan, HRA Plan, or HSA Plan you have access to Grand Rounds. Get matched with top-ranked, in-network doctors or get an expert remote second opinion on a diagnosis or treatment plan at no additional cost to you. Grand Rounds will take care of all of the details, like booking appointments and gathering medical records. Visit grandrounds.com/walmart or call 1-800-941-1384 to get started.

*We are here to help:*

- Resources are available through mySedgwick® and accessible at One.Walmart.com.
- You can also contact the Walmart Disability and Leave Service Center at 800-492-5678
  - Monday through Friday from 7:00 a.m. – 7:00 p.m. and

## COMPLETE YOUR FORMS | RELEASE OF INFORMATION

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

### HIPAA Release

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001

**This authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).**

**Note to all healthcare providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Follow these instructions to complete the form:

1. Complete all applicable areas of the form.
2. If you are an authorized representative, include a copy of the legal document(s) authorizing you to act on the associate's behalf.
3. Sign this form.
4. Return this form as soon as possible – **keep a copy for your records.**

Your refusal to complete and sign this form may affect your eligibility for benefits under Walmart's disability plan.

Associate signature: ______________________________

ROI 1 OF 5

*C0447317 5.848-2048*

12-23-2020 500817024480001 5220201223011001

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

Return of documents to Sedgwick in one of three ways:
[illegible]

## Authorization for use and disclosure of medical information

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001

I understand that Lincoln Financial Group (Lincoln) and Sedgwick work to coordinate claim services for Walmart's: 1) disability income benefit plan; 2) requests for leave under the Family and Medical Leave Act (FMLA), state leave laws, and/or Walmart's leave of absence policy ("Leave Request"); and 3) Walmart's workers' compensation program (collectively, "My Employer's Benefit Plans and Programs"). In order that Lincoln and Sedgwick may obtain information necessary to determine my eligibility for disability income benefits and/or my Leave Request, I have read and signed the following authorization:

**For the following purposes of determining my eligibility for:**

- Disability income benefits
- Leave under the Family and Medical Leave Act
- Leave under other state law
- Leave under Walmart's disability and leave of absence policy and/or Walmart's workers' compensation program

**I authorize the following persons** having any records or knowledge of me or my health:

- Any physician, surgeon, dentist, pharmacy benefits manager or other medical service provider
- Any hospital, clinic, ambulance service or other medical-related facility
- Other insurance company
- Any employer, disability service administrator, group policyholders, contract holders or benefit plan administrators
- Any government agency
- The authorized persons/entities include but are not limited to the following (list all providers you have treated with over the past 5 years):

________________________________________________

________________________________________________



*C04473175+848-2048*

## COMPLETE YOUR FORMS | RELEASE OF INFORMATION

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwickgir.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001

I permit Sedgwick to contact any healthcare provider who has submitted a medical certification to Sedgwick in connection with my Leave Request in order to authenticate, clarify, or obtain any information missing on the certification. I also permit Lincoln or Sedgwick to contact any healthcare providers necessary to evaluate and determine my eligibility for disability income benefits.

**This includes giving the following information:**

- All medical and claim information about me, including medical history, diagnosis, prognosis and treatment of any physical or mental condition. This includes disclosure of my entire medical record, including but not limited to, disclosure of medical care or surgery, psychiatric or psychological care or examinations; but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. I understand that this authorization includes my consent to disclose medical information that relates to mental illness, **HIV, AIDS, HIV**-related illness and sexually transmitted diseases or other serious communicable diseases, but only in accordance with any law or regulation that applies to any such disclosure of this information about me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law, and may no longer be covered by those rules.
- Federal and/or state law specifically requires that any disclosure or re-disclosure of substance abuse, alcohol or drug, mental health or AIDS related information must be accompanied by the following written statement:

# COMPLETE YOUR FORMS | RELEASE OF INFORMATION

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwicksir.com | fax: 859 264 4372 or 859-280-3270

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2) and/or state law. The Federal rules and/or state law prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**To Lincoln and Sedgwick** in the format requested by them, including by telephone, fax or mail. I authorize Lincoln and Sedgwick to release information about me 1) to each other, 2) to any person performing business or legal services on their behalf and persons or organizations performing claims management and claims advisory services or medical treatment or services in connection with my claims for disability income benefits, my Leave Request, and/or occupational injury benefits claim, 3) to Walmart and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to extent permitted by state or federal law, 4) as required by law. I understand that Lincoln and Sedgwick will only use or disclose the information to the extent necessary to administer My Employer's Benefit Plans or Programs.

This information will not be released by Lincoln and Sedgwick to parties that are not acting on behalf of Lincoln, Sedgwick, and/or My Employer's Benefit Plans or Programs, unless required by law, or unless specifically requested to do so, in writing by me.

I understand that I may revoke this authorization at any time by writing to the address noted above. I further understand that, unless permitted by applicable law, I cannot revoke this authorization to the extent that Walmart, Lincoln and/or Sedgwick have taken action in reliance on it.

ROI 4 OF 5

*C0447317 3-848-2048*

# COMPLETE YOUR FORMS | RELEASE OF INFORMATION

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick* | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001

If I do not revoke this authorization, I understand that for purposes of disability benefits and/or my Leave or Accommodation Request it will be valid for **2 years** from the date I sign this authorization or the duration of my claim for benefits and/or my Leave Request, whichever period is shorter.
I understand that for purposes of occupational injury benefits it will be valid for the duration of my claim for occupational injury benefits or for the period required by applicable state law, whichever period is shorter.

I also understand that the entity releasing the information pursuant to this authorization may not condition my treatment or payment of health benefits on my signing this authorization. **I understand that my refusal to sign this authorization may cause a delay or denial of payment of disability benefits and/or occupational injury benefits. I understand that my refusal to sign this authorization will not affect my eligibility for leave under the FMLA.**

I understand that a photocopy of this authorization is as valid as the original, **and that I may receive a copy of this authorization upon request.**

| | |
|---|---|
| Signature of patient (associate) or patient's representative | Patient's (associate's) address |
| Printed name of patient (associate) or patient's representative | XXX-XX-______<br>Patient's (associate's) *Last four digits* of Social Security Number |
| Representative's relationship to patient, only if applicable | First day absent |
| Date signed | Date of birth |

**Short Term Disability Income Benefits and Leaves administered by Sedgwick.**
**Long Term Disability Income Benefits insured and administered by Lincoln.**
**Lincoln and Sedgwick are independent entities and are not affiliated with each other.**

ROI 5 OF 5

*C0447317S-848-2048*

# COMPLETE YOUR FORMS | RELEASE OF INFORMATION

Return all documents to Sedgwick in one of three ways:
Upload - mySedgwick | email: WalmartForms@sedgwick.com | fax: [illegible] or [illegible]

## Voluntary authorization to seek clarification or authentication on FMLA, State FMLA and/or Walmart Personal Leave certification

**Associate name: Trina Simmons** **Associate WIN: 104222173**
**Case number: C012080204802409AA**

In order to substantiate your leave request under the Family and Medical Leave Act (FMLA), State FMLA and/or Walmart Personal Leave, Sedgwick may require a healthcare provider certification ("FMLA Certification Form") to support your need for family and medical leave due to your own serious health condition or a family member's serious health condition. It is your responsibility to provide Sedgwick with a complete and sufficient certification. With your permission, once the certification has been submitted, the FMLA regulations allow Sedgwick, as the administrator of Walmart's FMLA policy, to seek clarification from your healthcare provider if it is necessary to understand the meaning of a response or the handwriting on the medical certification.

I, Trina, hereby authorize Sedgwick to make contact with my healthcare provider for the purpose of seeking authentication of the document or clarification of the information contained in the document. This Release and Consent does not authorize the disclosure of: 1) the identification of past, present, or future physical or mental health, or conditions; 2) the diagnosis or treatment provided to me; 3) payment for the healthcare I received; or 4) genetic information. In addition, Sedgwick will not, nor does this Release and Consent authorize Sedgwick to, request information beyond that required by the FMLA Certification Form.

I understand, that I am responsible for signing any releases or authorizations required under the Health Insurance Portability and Accountability Act (HIPAA) or other laws which would authorize the healthcare provider to discuss my certification for leave and provide the clarifications requested.

I acknowledge that this authorization is voluntary, however if I choose not to provide Sedgwick with this authorization, and do not provide either a complete and sufficient certification form Sedgwick may deny the taking of FMLA, State FMLA and/or Walmart Personal Leave.

I further understand that I have the right to revoke this authorization at any time by providing written notice to Sedgwick at the following address:
Walmart Disability and Leave Service Center at Sedgwick
PO Box 14028, Lexington, KY 40512

However, this authorization cannot be revoked if Sedgwick has taken action on this authorization prior to receiving written notice. I also understand that I have a right to have a copy of this authorization. This authorization is valid from the date of my signature below and shall expire one year from the date of this authorization.

______________________________________________

Associate signature Date

We value your privacy. For more on what personal information we may collect, how we may use this information and other importa areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com

*C0447317S.848-2048*

12/23/2020 10:56 AM FROM: Fax TO: 9,18592644372 PAGE: 009 OF 021

# COMPLETE YOUR FORMS | MEDICAL

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick®| email: WalmartForms@sedgwickslr.com | fax: 859-264-4372 or 859-280-3270

## Attending Physician Statement

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001 **Medical due date:** 12/28/2020

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐

   If yes, provide the beginning and ending dates for the period of incapacity: 12/27/2020 2/22/2020

2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☒ If yes, dates of admission: ______

3. Date(s) you treated the patient for condition: 12/8/2020, 12/2/2020, 11/23/2020, 10/27/2020, 10/26/2020, 9/28/2020, 9/14/2020, 8/31/2020

4. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐

5. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐ If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)

   Pt is nonweightbearing left foot using crutches unable to walk or stand after recent foot surgery

6. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). **NOTE: In California, Wisconsin and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

**NOTE: This information is required only to support a claim for disability benefits and is not required to support a leave request. Failure to provide this information will not affect the request for leave.**

**In order to verify that the patient cannot do their job, please provide written documentation of observable and measurable findings from examinations as well as supporting laboratory or diagnostic tests.**

1. Objective findings: HT: 5'4" WT: 205 BP: ____ TEMP: ____ PULSE: ____ RESP: ____

2. Patient's Complaints: Severe left foot pain aggravated c prolonged standing & walking



sedgwick.

12-23-2020 [illegible]7024480001 5220201223011001

# COMPLETE YOUR FORMS | MEDICAL

[illegible]
[illegible]

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001 **Medical due date:** 12/28/2020

3. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   - Primary: ICD10 Code: M72.2 Description: Plantar fasciitis
   - Secondary: ICD10 Code: M79.672 Description: Left foot pain
   - ICD10 Code: M25.572 Description: Sinus Tarsitis left foot

4. List all co-morbid conditions: Asthma, CVA, History of Epilepsy, HTN, Mitral valve prolapse

5. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date: __/__/__

6. If patient is pregnant, is a C-Section planned? Yes ☐ No ☐ If yes, date scheduled? __/__/__

7. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. Pt has severe left foot pain unable to comfortably wear footwear.

8. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒

   If "Yes", give the date the patient was able to return to work __/__/__

   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. __/__/__
   12/22/20 – 2/22/20

9. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☒
   If "Yes", indicate date restrictions begin: __/__/__ Date restrictions end: __/__/__
   Restriction (s) required:

10. When was patient first diagnosed with this condition? 7/22/2020

11. When is the patient's next office visit? 12/28/2020

12. Is this condition the result of an injury? Yes ☐ No ☒ Is this condition work related? Yes ☐ No ☐
    If yes, provide date and description of event:

13. What is the prescribed treatment plan? (Please provide specific details regarding treatment/therapy, attach notes if necessary): Surgery on 12/22/20 requiring 8 weeks recovery c̄ crutches, CAM walker, pain medication

Med 2 of 3

12-23-2020 [illegible]24480001 5220201223011001

# COMPLETE YOUR FORMS | MEDICAL

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Trina B. Simmons **Associate WIN:** 104222173
**Claim number:** 50081702448-0001 **Medical due date:** 12/28/2020

14. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication / Dose / Frequency / Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|
| Percocet 7.5mg T q 4h p—severe pain | Yes ☒ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |

15. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☒ No ☐
List the name of the procedure: Endoscopic Plantar Fasciotomy (L)
CPT code: 29893 + 20605 Date of procedure: 12/22/2020

16. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☒ If yes, provide physician name, specialty, and telephone number. ______

17. List specific functional limitations of Activities of Daily Living (ADL's): Unable to stand, walk

18. Has patient been given any driving restrictions for this disability period? Yes ☒ No ☐
If yes please describe: Unable to drive while taking Narcotics

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) and the California Genetic Information Nondiscrimination Act of 2011 (CalGINA) prohibit employers and other entities from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by applicable law. **To comply with GINA and CalGINA, please DO NOT provide any genetic information when responding to this request for medical certification.**
"**Genetic information**," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo legally held by an individual or family member receiving assistive reproductive services. (75 Fed. Reg. 68934.)
"**Genetic information**," as defined by CalGINA includes information about the individual's or the individual's family member's genetic tests, information regarding the manifestation of a disease or disorder in a family member of the individual, and includes information from genetic services or participation in clinical research that includes genetic services by an individual or any family member of the individual. "Genetic information" does not include information about an individual's sex or age.

Telephone Number: 504-349-6633 Healthcare Provider Name (Printed): DENISE ELLIOTT

Fax Number: 504 349-6631 Healthcare Provider Specialty: PODIATRY

Date Completed: 12/23/2020 Healthcare Provider Signature: [signature]

Med 3 of 3

12-23-2020 5008 7024480001 5220201223011001

# TAKE YOUR LEAVE | ACCESS RESOURCES

[illegible]

## Health benefits

**Premium Payments While on Leave of Absence**

To avoid service interruption, you are responsible for paying premiums for benefits you are currently enrolled in if deductions are not made from your Walmart payroll check. Failure to pay premiums within 30 days of the date the premium is due will result in cancellation of coverage. When you make your payment, you are paying for coverage for the previous pay period. If you are within your 7 day waiting period before disability payments begin, you are responsible for all premiums during that time. You may pay your premiums in advance to avoid coverage interruptions.

**Premium Payment Options**

**Online – Credit or Debit Card**

- Go to One.Walmart.com >Search "Online Enrollment" > Click "Online Enrollment" under the APPS section > Choose Make a Payment on the left-hand side

**Phone – Credit or Debit Card**

- Contact People Services at 1-800-421-1362 > Choose the option to make a payment via our Interactive Voice Response system

**Mail – Check or Money Order**

- Make the check or Money Order payable to "Associates' Health and Welfare Trust" > Write your Benefits Identification Number (found on your insurance ID card) or WIN and your work location on your check or money order to ensure your payment is credited properly > Mail your check or Money Order to the Associates' Health and Welfare Trust, P.O. Box 1039 –Dept. 3001, Lowell, AR 72745-1039

**Changing Your Benefits While on Leave of Absence**

You may be eligible to drop or decrease your benefits by calling People Services at 800-421-1362 or going online to One.Walmart.com/Benefits within 60 days from the date you go on leave of absence. If you choose to drop or decrease your coverage, it may be reinstated within 60 days of returning to work by calling People Services at 800-421-1362 or going online to One.Walmart.com/Benefits. If you have an approved short-term disability claim with Sedgwick, your disability check will be issued through the Walmart payroll system, and your premiums will be deducted from that check.

**Find Top Doctors and Get Expert Medical Advice at No Cost**

If you are covered under the Walmart HRA High Plan, HRA Plan, or HSA Plan you have access to Grand Rounds. Get matched with top-ranked, in-network doctors or get an expert remote second opinion on a diagnosis or treatment plan at no additional cost to you. Grand Rounds will take care of all of the details, like booking appointments and gathering medical records. Visit grandrounds.com/walmart or call 1-800-941-1384 to get started.

## PTO

Based upon the number of available PTO days you requested to use, you may continue to receive pay for any unpaid days, including your unpaid 7-day waiting period. **To avoid an impact to your pay, you must have elected to use PTO.** If you would like to change your request, please contact Sedgwick.

# ELIGIBILITY, RIGHTS & RESPONSIBILITIES

phone: 800 492 5678 | email: WalmartForms@sedgwicksir.com | fax: 859 264 4372 or 859 280 3270 | web: mySedgwick®

You have requested leave beginning on December 6, 2020 due to a serious health condition that makes you unable to perform the essential functions of your job.

**Leave request eligibility**
The FMLA and/or state leave law provides time off to eligible associates for certain leave reasons. We have determined that:

- You meet the FMLA's basic eligibility requirements. However, you are **not entitled** to leave because you have exhausted your FMLA leave entitlement.

  **Although you do not qualify for FMLA, we have enclosed the Rights and Responsibilities under the FMLA for your information.**

**Basic eligibility criteria for FMLA**

- 12 months of service completed by the time your leave begins
- 1,250 hours worked during the 12-month period immediately preceding your leave

**In order to determine whether your absence qualifies for leave, you must provide us with a completed certification form no later than 12/28/2020.** If required information is not provided by the due date in this packet, your leave may be denied. Please contact Sedgwick with any questions or concerns.

**Options for submitting your completed documentation:**

- Email: WalmartForms@sedgwicksir.com
- Fax: 859-264-4372 or 859-280-3270
- Online using mySedgwick®: **Log on to** One.Walmart.com
- Mail: **Walmart Disability and Leave Service Center at Sedgwick, PO Box 14028, Lexington, KY 40512** (please keep a copy for your records)

Once we receive the required information, we will inform you within 5 business days whether your leave will count towards your FMLA, state or Walmart Personal Leave entitlement.

**Your responsibilities if you qualify for leave:**

- **Health benefits:** Contact People Services at 800-421-1362 to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum grace period of 30 days in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled.
- **Pay:** You may use your available PTO during your absence, if you are on an unpaid leave.
- **Return to work/extensions:** While on leave, you will be required to furnish periodic updates of your status and intent to return to work as requested.

**Your rights if your leave qualifies under FMLA:**

- You have the right under FMLA for up to 12 weeks of unpaid leave in a 12-month period, calculated as a "rolling" 12-month period measured backward from the date of any FMLA leave usage.
- Your health benefits must be maintained during any period of unpaid leave the same as if you continued to work.

# TAKE YOUR LEAVE | ACCESS RESOURCES

phone: 800.492.5678 | email: WalmartForms@sedgwicksir.com | fax: 859.264.4372 or 859.280.3270 | web: mySedgwick®

**mySedgwick®**

Using mySedgwick® online is the easiest and fastest way to provide updates to an existing case or claim, return forms, report an intermittent absence and get up-to-the-minute information. You can access Sedgwick's mySedgwick® website on One.Walmart.com:

- One.Walmart.com (from home or work): Me > My Time > Leave of Absence (LOA) > LOA Claims
- Visit this web address: sedg.info/WMTFAQ4 to watch a short video on mySedgwick®
- Visit this web address: www.surveymonkey.com/r/8V9D6T9 to complete a survey about your video experience

If you still have questions, please contact the Walmart Disability and Leave Service Center at Sedgwick by phone at 800-492-5678. Please include your WIN and claim number when you call. We are here to help.

**Resources for Living®**

Resources for Living is a confidential, round-the-clock service that helps associates and their families balance the demands of work, life and personal issues. The program offers support and resources for concerns such as parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement. Services are available to you and anyone in your household. Contact Resources for Living at 800-825-3555 or www.rfl.com.

**Return to work accommodation**

Walmart wants to help associates safely return to work. If your healthcare provider releases you with medical restrictions, you may still be able to return to work. Depending on your restrictions and the requirements of your job, we may be able to provide you with a job adjustment or accommodation. Please send the **Return to work certification form** or medical release to Sedgwick to start the review process.

# PLAN YOUR RETURN | RETURN TO WORK

Return all documents to Sedgwick in one of three ways: [illegible]

Associate name: [illegible] Associate WIN: [illegible] Case number: [illegible]

If you are returning from medical leave due to your own serious health condition, you must provide a written release. You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

| **SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)** | |
|---|---|
| Leave start date: | Expected return to work date: |
| Facility number: | City/state: |
| **Preferred method of contact (optional)**<br>Home phone number: Cell number: Email: | |
| **Associate's signature:** **Job title:** **Date:** | |

**SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER**

I certify that the associate named above is medically able to resume work on: __ /__ /____ (MM/DD/YYYY)

This associate can return to work (check one): __ With no restrictions __ With restrictions (please describe below)

| **Activity** | **Frequency, activity level, limitations, etc.** | **Duration** *(circle P if permanent)* |
|---|---|---|
| Bending | | ____ to ____ or P |
| Breathing | | ____ to ____ or P |
| Climbing | | ____ to ____ or P |
| Communicating | | ____ to ____ or P |
| Grasping | | ____ to ____ or P |
| Hearing | | ____ to ____ or P |
| Lifting/carrying (lbs) | (check one) __ 0-9 __ 10 __ 15 __ 20 __ 25 __ 50 __ 60 __ Other (provide details below) | ____ to ____ or P |
| Pulling | | ____ to ____ or P |
| Reaching | (check one) __ Overhead __ Below knee __ Other (provide details below) | ____ to ____ or P |
| Seeing | | ____ to ____ or P |
| Standing | | ____ to ____ or P |
| Twisting | | ____ to ____ or P |
| Walking | | ____ to ____ or P |

**Other restrictions or details:** If you need additional room, please ensure any attached pages are signed and dated.

**Accommodation(s):** If returning with restriction(s), please list suggested ways the associate can be accommodated.

| | |
|---|---|
| Option 1 | |
| Option 2 | |

| | |
|---|---|
| **Name of healthcare provider:** | **Phone:** |
| **Mailing address:** | **Fax:** |
| **Healthcare provider signature:** **Date:** | **Email:** |

**SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED**

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. (NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.)

Name: Signature: Title: Date:

12-23-2020 [illegible]24480001 5220201223011001

# ELIGIBILITY, RIGHTS & RESPONSIBILITIES

phone: 800.492.5678 | email: WalmartForms@sedgwick.com | fax: 859.264.4372 or 859.280.7270 | web: my/Sedgwick®

- You must be reinstated to the same or an equivalent job with the same pay, benefits and terms and conditions of employment on your return from FMLA-protected leave (if your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA).
- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a qualifying serious health condition; 2) the continuation, recurrence, or onset of a serious health condition of a covered servicemember's serious injury or illness that would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to

  reimburse Walmart for your share of health insurance premiums paid on your behalf during your FMLA leave.

# Simmons, Trina B

MRN: 1001223294

**Denise Lea Elliott, DPM** Op Note Date of Service: 12/22/2020 8:18 AM
Physician Signed
Podiatry

Signed

**Procedure Note**

Trina B Simmons
1001223294

12/22/2020

**Pre-op Diagnosis:** Chronic proximal plantar fasciitis left foot, sinus tarsitis left subtalar joint

**Post-op Diagnosis:** Same

**Procedure(s):** Left - FASCIOTOMY PLANTAR ENDOSCOPIC LEFT FOOT,SUBTALOR JOINT INJECTION LEFT FOOT - Wound Class: Clean

**Anesthesia:** Monitor Anesthesia Care

**Surgeon(s) and Role:** * Denise Lea Elliott, DPM - Primary

**Staff:** Circulator: Scott Duhon, RN
Scrub Person: Theresa Ware

**Estimated Blood Loss:** less than 50 mL

**Quantitative Blood Loss:** No data recorded

**Drain:** None

**Total IV Fluids:** See anesthesia mL

**Specimens:** No specimens

**Implants:** * No implants in log *

**Complications:** None

**Findings:**

**Technique:** The patient was brought to the operating room in a mildly sedated state. She was placed on the operating room table in the supine position. Following IV sedation local anesthesia was obtained to the left foot in a field block and tibial nerve block using 20 cc of a one-to-one mixture of 1% lidocaine plain and 0.5% Marcaine plain. Her left lower extremity was scrubbed, prepped and draped in the usual aseptic technique. A tourniquet was placed around the left ankle. With an Esmarch bandage the left foot was exsanguinated and the tourniquet was inflated to 250 mm of mercury.

Attention was directed to the plantar medial aspect of the left heel. A 2 cm linear longitudinal incision was placed approximately 4 cm from the proximal edge of the calcaneus. This incision was

deepened through subcutaneous tissue. Care was taken to identify and retract all vital neural and vascular structures. All bleeders were cauterized as necessary. Using the blunt elevator a sub fascial tunnel was created from medial to lateral. Tenting of the skin was noted along the lateral wall of the calcaneus. A 2nd 2 cm incision was made. The cannula was in 3rd along the medial incision then exiting laterally. With the arthroscopic equipment the plantar fascia was identified. The middle band of the plantar fascia was then isolated and probed bluntly. With the scalpel the middle band of the plantar fascia extending medially was incised until complete release of this portion of the fascia was noted. Using a blunt probe complete release of the intermediate and medial 3rd of the plantar fascia was noted. All arthroscopic equipment was removed. Both surgical incisions were thoroughly irrigated with normal sterile saline. With a 4-0 nylon the skin was reapproximated in simple suture technique.

Attention was directed to the left subtalar joint. A cortisone injection using 1 cc of Celestone Soluspan with 1 cc of 0.5% Marcaine plain and 1 cc of 1% lidocaine plain was infiltrated into the sinus tarsi left foot.

Both incisions were covered with Bactroban ointment, Xeroform and a dry sterile dressing of 4x4s and Kling. The tourniquet was released and a prompt hyperemic response was noted all toes on the left foot. Patient tolerated the anesthesia procedure well. She was transferred from the operating room to the recovery area with vital signs stable and intact.

**Disposition:** aroused from sedation, and taken to the recovery room in a stable condition

**Condition:** doing well without problems

Electronically signed by Denise Lea Elliott, DPM at 12/22/2020 8:24 AM

Admission
(Discharged) on
12/22/2020

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 12/8/2020

| | |
|---|---|
| Chief Complaint: | Chronic proximal plantar fasciitis left foot with sinus tarsitis |
| Pain Level | Patient rates pain 8/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain. |
| HPI: | Patient returns to the office for pre-op. She went back to work and on Saturday and had a hard time getting thought her shift because of the pain in her left foot. She is using a walker at work to complete her work day. She wears the cam walker daily. She complains that her pain is debilitating both along the bottom of her left heel and within the hindfoot. |
| Medical History: | Asthma<br>CVA<br>History of epilepsy<br>Hypertension<br>Mitral valve prolapse<br>Vitamin D deficiency |
| Surgical History: | Dilation and curettage<br>Hysterectomy - Partial |
| Foot & Ankle Procedures: | Patient Denies |
| Allergies: | Adhesive, Unknown<br>Shellfish Containing Products, Unknown |
| Medications: | albuterol sulfate (Dosage: 90 mcg/actuation\|HFA aerosol inhaler Refills: 0)<br>amlodipine (Dosage: 10 mg\|tablet Refills: 0)<br>atenolol (Dosage: 100 mg\|tablet Refills: 0)<br>Medrol (Pak) (methylprednisolone) (Dosage: 4 mg\|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)<br>naproxen (Dosage: 500 mg\|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)<br>urea (Dosage: 40%\|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening) |
| Social History | Alcohol- denies<br>Drug use- denies<br>Education: College Graduate<br>Full-time employment - Walmart<br>Marital Status - Married |
| Smoking Status: | Never smoker |
| Family History: | Amputation<br>Cancer<br>Coronary artery disease<br>CVA<br>Diabetes: Type 2<br>Hypertension |

**Review of Systems**

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |

| | |
|---|---|
| Neurological: | Patient Denies |
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

Vitals: Cam Walker

General: 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities, CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia.

Dermatological: Dry skin along the plantar soles of both feet. No interdigital macerations. Toenails healthy in appearance.

Neurological: Light touch sensation intact bilatereal lower extremity. No deficits.

Musculoskelatal: Tenderness on palpation along the left plantar medial calcaneal tubercle extending along the medial band of the plantar fascia. Patient complains of severe plantar foot pain with maximum dorsiflexion stretch left foot. Lateral hindfoot pain with subtalar joint inversion and eversion. Focal tenderness with direct palpation over the sinus tarsi left hindfoot. Mild tenderness along the anterior lateral left ankle. No pain with range of motion of the forefoot noted, mid foot or ankle joint dorsiflexion and plantar flexion. No joint crepitus. No joint effusion. No pain with direct pressure along the ankle joint line both anterior and posterior. Negative anterior drawer sign. No soft tissue swelling but mild benign lipomas noted along the anterior lateral ankle bilateral.

Studies: MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020. There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: Patient is having severe debilitating pain along the bottom of her left foot which is causing her to limp. She has developed sinus tarsitis and lateral ankle ligament strain. She has failed to respond to multiple conservative treatments over the last 5 months. I recommend surgical correction with endoscopic plantar fasciotomy and sinus tarsi injection. The patient has been cleared by her cardiologist to undergo surgery. The recommended procedures were explained to her in detail including associated risks, benefits and complications. The patient understands that surgery is done endoscopically with release of the medial and intermediate band of the plantar fascia. Postoperatively this requires every week strict nonweightbearing and then 2 weeks weightbearing as tolerated wearing the cam walker for a total of 4 weeks. A cortisone injection will be placed into the sinus tarsi and subtalar joint. Possible wrist to the surgeries would include but are not limited to pain, nerve or tendon damage, over correction, under correction, swelling, scar, infection, difficulty walking, return of deformity, gangrene, amputation and death. The patient understands. She consents at this time. No guarantees given.

I reassured her that she has no lower extremity edema or swelling. She has mild bilateral ankle lipomas which are asymptomatic and no further treatment is needed.

Plan:

Diagnosis: M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela
M72.2-Plantar fasciitis
M25.572-Pain in left ankle and joints of left foot

CPT Codes: G8427--4A--Document current medications
1124F--2B--Surrogate decision maker NOT provided
G8417--3B-- BMI Above normal
G8730--5A-- Pain assessment > 0
G9459--6B-- Currently a tobacco NON-user
99213--Established Level III

Prescriptions
No data for Prescription

Denise Lea Elliott, DPM
(Electronically Signed - 12/8/2020)

5220210316018340

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| March 16, 2021 2:33:34 PM EDT | Fax | ÿÿÿÿ | 147 | 2 | Received |

3/16/2021 1:30 PM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 002

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | claim # 500817024480001 | **Fax:** | +1 (859) 264-4372 |
| **From:** | Karla Enamorado | **Date:** | 3/16/2021 11:54 AM |
| **Re:** | | **Pages:** | 1 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

**FOOT AND ANKLE CENTER, L.L.C.**
**DENISE LEA ELLIOTT, D.P.M.**
DEA BE 6806799
1111 MEDICAL CENTER BLVD., STE N-507
MARRERO, LA 70072
PHONE (504) 349-6633 FAX (504) 349-6631

FOR Trina Simmons DATE 3/16/21

ADDRESS

Rx

Pt Can resume light duty or sedentary position c̄ limited standing of 3 hours daily.

☐ DAW

REFILL ____ TIMES ________________ D.P.M.

5220210303012610

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

5220210303012610 500817024480001 3-3-2021

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| March 3, 2021 12:37:46 PM EST | Fax | ÿÿÿÿ | 154 | 4 | Received |

3/3/2021 11:35 AM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 004

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | CLAIM # 500817024480001 | **Fax:** | +1 (859) 264-4372 |
| **From:** | Karla Enamorado | **Date:** | 3/3/2021 11:22 AM |
| **Re:** | | **Pages:** | 3 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 2/23/2021

Chief Complaint: Endoscopic plantar fasciotomy left foot with sinus tarsi injection. Date of surgery 12/22/2020

Pain Level: Patient rates pain 4/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain.

HPI: 2 months post op.Patient is here for possible discharge.She is wearing a tennis shoe with orange redithotics and compression stocking. She took the Medrol Dose pack. It helped initially with the swelling and pain. But over time her symptoms returned. After walking a short distance her foot swells up. Pt. attended physical therapy 2x weekly. Physical therapy did not help. Medrol dosepak worked for a week, before pain returned. Pain is relieved with rest and NWB.

Pain is not along the bottom of the foot. Those symptoms have completely resolved. She has no pain along the surgical site. Her pain involves the top of the foot and ankle. She complains of stiffness and swelling.

Medical History:
Asthma
CVA
History of epilepsy
Hypertension
Mitral valve prolapse
Vitamin D deficiency

Surgical History:
Dilation and curettage
Hysterectomy - Partial

Foot & Ankle Procedures: Patient Denies

Allergies:
Adhesive, Unknown
Shellfish Containing Products, Unknown

Medications:
albuterol sulfate (Dosage: 90 mcg/actuation|HFA aerosol inhaler Refills: 0)
amlodipine (Dosage: 10 mg|tablet Refills: 0)
atenolol (Dosage: 100 mg|tablet Refills: 0)
Medrol (Pak) (methylprednisolone) (Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)
naproxen (Dosage: 500 mg|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)
urea (Dosage: 40%|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening)

Social History:
Alcohol- denies
Drug use- denies
Education: College Graduate
Full-time employment - Walmart
Marital Status - Married

Smoking Status: Never smoker

Family History:
Amputation
Cancer
Coronary artery disease
CVA
Diabetes: Type 2
Hypertension

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

| | |
|---|---|
| Vitals | HEIGHT / LENGTH: 5' 2"<br>WEIGHT: 195 lbs 0 oz<br>BMI: 35.7 |

| | |
|---|---|
| General: | 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD |
| Vascular: | Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities, CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia. |
| Dermatological: | Left heel incisions are healed, nontender with palpation. Skin is dry along the plantar left heel. |
| Neurological: | Light touch sensation intact bilatereal lower extremity. No deficits. |
| Musculoskelatal: | No further Tenderness with deep palpation along the left medial and lateral calcaneal tubercle. Minimal left lower extremity edema. No pain with subtalar joint inversion and eversion. Visible calf atrophy. Weakness with manual muscle testing left lower extremity compared to right. No further Joint stiffness of the left ankle joint, subtalar joint. |

Studies: Xrays 2 views left Os Calcis 1/26/2021: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact. No fracture. Mild left lower extremity soft tissue swelling.

MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: Patient range of motion has improved. Surgical site has healed. Unfortunately she still remains weak with continual postoperative edema that is causing joint stiffness, difficulty walking and pain with prolonged standing. I reminded the patient that she was immobilized in a cast or Cam Walker for 6 months prior to surgery. This caused significant muscle atrophy, weakness and loss of proprioception. She should continue with physical therapy. It will take time for her muscles to rebuild.

Prescribed ibuprofen 800 mg twice daily, taking this with the famotidine twice daily always with a meal.

Unfortunately she is still not ready to resume her job full duty which requires prolonged standing and walking. She could return to a light duty or sedentary position if available with

limited standing 3 hours daily.

We also discussed a diet program. Her BMI is greater than 30. She has gained 8 pounds over the last 6 months. She is morbidly obese and will start working on eliminating all carbohydrates.

Plan: Return to office in 4 weeks for possible discharge

Diagnosis:
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela
M72.2-Plantar fasciitis
M25.572-Pain in left ankle and joints of left foot

CPT Codes:
G8427–4A–Document current medications
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON–user
G9716–3D–BMI not documented and no reason given
1123F–2A–Surrogate decision maker provided

Prescriptions
famotidine(Dosage: 20 mg|tablet SIG: Take 1 tablet by mouth three times a day 30 Dispense: 90 Refills: 0)
ibuprofen(Dosage: 800 mg|tablet SIG: Take 1 tablet Oral three times a day with meals 30 Dispense: 90 Refills: 0)

Denise Lea Elliott, DPM
(Electronically Signed - 2/23/2021)

5220210215004249

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| February 15, 2021 10:40:23 AM EST | Fax | ÿÿÿÿ | 161 | 4 | Received |

2/15/2021 9:37 AM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 004

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | CLAIM #500817024480001 | **Fax:** | +1 (859) 264-4372 |
| **From:** | Aline Tate | **Date:** | 2/15/2021 9:37 AM |
| **Re:** | | **Pages:** | 3 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 2/4/2021

Chief Complaint: Endoscopic plantar fasciotomy left foot with sinus tarsi injection. Date of surgery 12/22/2020

Pain Level: Patient rates pain 4/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain.

HPI: 6 weeks post op. Patient remains in physical therapy 2 times weekly. With the treatment she has regained some range of motion. She complains of severe left leg swelling with stiffness that occurs every night. Last night she slept with compression stockings/socks with foot elevated above heart level. The swelling is always better in the a.m. but by the end of the day, it is severe. The patient became very upset that this is limiting her activities. She is not able to stand and cook for more than 2 hours. She is not able to play with her grandchildren. The swelling involves her left leg, ankle and foot. She complains of tenderness and swelling along the medial first metatarsal and across the top of the left foot.

Patient did not receive medrol dose pak

Medical History:
Asthma
CVA
History of epilepsy
Hypertension
Mitral valve prolapse
Vitamin D deficiency

Surgical History:
Dilation and curettage
Hysterectomy - Partial

Foot & Ankle Procedures: Patient Denies

Allergies:
Adhesive: Unknown
Shellfish Containing Products: Unknown

Medications:
albuterol sulfate (Dosage: 90 mcg/actuation|HFA aerosol inhaler Refills: 0)
amlodipine (Dosage: 10 mg|tablet Refills: 0)
atenolol (Dosage: 100 mg|tablet Refills: 0)
Medrol (Pak) (methylprednisolone) (Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)
naproxen (Dosage: 500 mg|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)
urea (Dosage: 40%|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening)

Social History:
Alcohol- denies
Drug use- denies
Education: College Graduate
Full-time employment - Walmart
Marital Status - Married

Smoking Status: Never smoker

Family History:
Amputation
Cancer
Coronary artery disease
CVA
Diabetes: Type 2
Hypertension

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

| | |
|---|---|
| Vitals: | Cam Walker |
| General: | 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD |
| Vascular: | Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities. CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia. |
| Dermatological: | Left heel incisions are healed, clean, dry, and intact with sutures in place. No dehiscence. Skin is dry along the plantar left heel. |
| Neurological: | Light touch sensation intact bilatereal lower extremity. No deficits. |
| Musculoskelatal: | No further Tenderness with deep palpation along the left medial and lateral calcaneal tubercle. She complains of mild tenderness with deep palpation along the plantar heel. Minimal postoperative edema. No pain with subtalar joint inversion and eversion. Visible calf atrophy. Weakness with manual muscle testing left lower extremity compared to right. No further Joint stiffness of the left ankle joint, subtalar joint. |

Studies: Xrays 2 views left Os Calcis 1/26/2021 There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact. No fracture. Mild left lower extremity soft tissue swelling.

MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: I discussed her progress with Paul at Dynamic Physical therapy. Objectively she is doing much better with increased range of motion, increased strength. The patient's main complaint is her left leg swelling, which causes stiffness and limited activities. She needs to apply the compression stocking every a.m. and remove it at night prior to sleeping. I reminded the patient that she was immobilized in a cast or Cam Walker for 6 months prior to surgery. This caused muscle atrophy. She is just starting to weight-bear comfortably in her tennis shoe. It will take time for her muscles to rebuild. She is encouraged to continue with her home therapy program, continue cycling and working with her therapist.

Unfortunately she is still not ready to resume her job full duty which requires prolonged standing and walking. She could return to a light duty or sedentary position if available with limited standing 3 hours daily.

She will follow up on the Prescribed Medrol Dosepak, taking as instructed.

Plan: Return to office in 4 weeks for possible discharge

Diagnosis:
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela
M72.2-Plantar fasciitis
M25.572-Pain in left ankle and joints of left foot

CPT Codes:
G8427–4A–Document current medications
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON–user
G9716–3D–BMI not documented and no reason given
1123F–2A–Surrogate decision maker provided
G8730–5A– Pain assessment > 0

Prescriptions
No data for Prescription

Denise Lea Elliott, DPM
(Electronically Signed - 2/4/2021)

Fax Created - Name: CLAIM #500817024480001 Number: 18592644372 Dated 2/10/2021 12:40:13 PM

Fax Created - Name: CLAIM # 500817024480001 Number: 1859264372 Dated 2/11/2021 9:05:48 AM

5220200917026907

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| September 17, 2020 5:29:13 PM EDT | Fax | ÿÿÿÿ | 366 | 7 | Received |

9/17/2020 4:22 PM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 007


Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631


# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | SEDGWICK | **Fax:** | +1 (859) 264-4372 |
| **From:** | Karla Enamorado | **Date:** | 9/17/2020 4:01 PM |
| **Re:** | | **Pages:** | 6 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

**Sedgwick Claims Management Services, Inc.**

To: Dr. Catherine Hudson
Fax: 15043496631
From: Cornejo, Brian
Fax:
Date: September 15, 2020
Subject: 50081702448-0001 - SIMMONS, TRINA B - 08/30/2020

---

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by calling the number listed above and return the original message to us at the address above by the United States Postal Service.

sedgwick.

## Request for Medical Information to Support Disability Benefits

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

**Telephone:** (800) 492-5678 **Facsimile:** (859) 264-4372 **Email:** walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| **Today's Date:** | September 15, 2020 | **Pages:** | 2 |
| **To:** | Dr. Catherine Hudson | **From:** | Sedgwick Disability & Leave |
| **Fax:** | 5043496631 | **Fax:** | (859) 264-4372 |
| **Patient:** | Trina B. Simmons | **Telephone:** | (800) 492-5678 |
| **Patient DOB:** | | **Claim Number:** | 50081702448-0001 |

**Medical Information Due Date:** **October 12, 2020**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective information check-marked below that supports your patient inability to return to work due to reduced functional capacity.

***If the requested information is not received by 10/12/2020 , it may result in the patient not receiving disability pay.***

**ACTION REQUIRED, we need the following checked item(s) returned:**

Please send the most recent Office Visit Notes and Treatment Notes describing the physical and/or mental status exam findings to support a disability.

Date of Next Office Visit: ____________

Estimated Return to work date: 10-5-2020

If the associate is able to Return to work with restrictions. Please indicate restrictions below based on the Associate's Essential Job Functions which include: move, lift, carry, and place merchandise and supplies weighing up to 25 pounds without assistance, grasp, turn, and manipulate objects of varying size and weight, requiring fine motor skills and hand-eye coordination, and reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

**Please fax to: Fax (859) 264-4372 or Email: walmartforms@sedgwicksir.com**

Any and all charges for copies of records are the responsibility of patient.

[1] The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

{C04473175.848-2048}

# PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

Return all documents to Sedgwick in one of these ways:
upload: mySedgwick* | email: Walmartforms@sedgwick.com | fax: 859-264-4372

**Associate name:** Trina Simmons **Associate WIN:** 104222173 **Case number:** C00901020480027AA

If you are returning from medical leave due to your own serious health condition, **you must provide a written release.** You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

| **SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)** | | |
|---|---|---|
| Leave start date: | Expected return to work date: | |
| Facility number: | City/state: | |
| **Preferred method of contact (optional)** Home phone number: | Cell number: | Email: |
| **Associate's signature:** | **Job title:** | **Date:** |

**SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER**

I certify that the associate named above is medically able to resume work on: 10/05/2020 (MM/DD/YYYY)

This associate can return to work (check one): __ With no restrictions __ With restrictions (please describe below)

| **Activity** | **Frequency, activity level, limitations, etc.** | **Duration** *(circle P if permanent)* |
|---|---|---|
| Bending | | ___ to ___ or P |
| Breathing | | ___ to ___ or P |
| Climbing | | ___ to ___ or P |
| Communicating | | ___ to ___ or P |
| Grasping | | ___ to ___ or P |
| Hearing | | ___ to ___ or P |
| Lifting/carrying (lbs) | (check one) __0-9 __10 __15 __20 __25 __50 __60 __Other (provide details below) | ___ to ___ or P |
| Pulling | | ___ to ___ or P |
| Reaching | (check one) __ Overhead __ Below knee ___Other (provide details below) | ___ to ___ or P |
| Seeing | | ___ to ___ or P |
| Standing | | ___ to ___ or P |
| Twisting | | ___ to ___ or P |
| Walking | | ___ to ___ or P |

**Other restrictions or details:** If you need additional room, please ensure any attached pages are signed and dated.

**Accommodation(s):** If returning with restriction(s), please list suggested ways the associate can be accommodated.

| | |
|---|---|
| Option 1 | |
| Option 2 | |

| | |
|---|---|
| **Name of healthcare provider:** Catherine Hudson | **Phone:** (504) 349-6083 |
| **Mailing address:** 1111 Medical Center Blvd, Suite N509 Marrero LA 70072 | **Fax:** (504) 349-6083 |
| **Healthcare provider signature:** [signature] **Date:** 9/14/2020 | **Email:** [illegible] |

**SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED**

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. (NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.)

| | | | |
|---|---|---|---|
| Name: | Signature: | Title: | Date: |

sedgwick.

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 9/14/2020

Chief Complaint: Left foot pain

Pain Level: Patient rates pain 9/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain.

HPI: 47 year(s) old BLACK OR AFRICAN AMERICAN female returns to the office for follow up on left foot pain. Pt. complains of continual left foot pain that shoots up her leg. The effects of the cortisone shot wore off after 3 days. Physical Therapy is not working as well as she thought it would have. She went to a repast on Saturday without her boot. She complains of foot swelling across the top of her foot and on the sides.

Medical History:
Asthma
CVA
History of epilepsy
Hypertension
Mitral valve prolapse
Vitamin D deficiency

Surgical History:
Dilation and curettage
Hysterectomy - Partial

Foot & Ankle Procedures: Patient Denies

Allergies:
Adhesive, Unknown
Shellfish Containing Products, Unknown

Medications:
albuterol sulfate (Dosage: 90 mcg/actuation|HFA aerosol inhaler Refills: 0)
amlodipine (Dosage: 10 mg|tablet Refills: 0)
atenolol (Dosage: 100 mg|tablet Refills: 0)
Medrol (Pak) (methylprednisolone) (Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)
naproxen (Dosage: 500 mg|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)
urea (Dosage: 40%|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening)

Social History:
Alcohol- denies
Drug use- denies
Education: College Graduate
Full-time employment - Walmart
Marital Status - Married

Smoking Status: Never smoker

Family History:
Amputation
Cancer
Coronary artery disease
CVA
Diabetes, Type 2
Hypertension

<u>Review of Systems</u>

HEENT: Patient Denies
Pulmonary: Asthma
Cardiac: High blood pressure
GI: Patient Denies

Patient: last Simmons, Trina DOB: Page #: 2 Date: 9/14/2020

| | |
|---|---|
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

Vitals: HEIGHT / LENGTH: 5' 2"
WEIGHT: 193 lbs 0 oz
BMI: 35.3

General: 47 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities, CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia

Dermatological: There is no erythema or ecchymosis present into the left heel. Dry skin along the plantar soles of both feet. No interdigital macerations. Toenails healthy in appearance

Neurological: Light touch sensation intact bilatereal lower extremity tested with the Semmes Weinstein 5.07 Monofilament wire. Vibratory sensation intact bilateral lower extremity. DTR 2/4 bilateral patella and tendoachilles equal and symmetrical.

Musculoskelatal: Pain on palpation along the left plantar medial calcaneal tubercle. No pain along the right medial fascial band in arch. Pain with heel squeeze test. Pain present with plantar fascial stretch. Decreased ankle joint d/f b/l. Tenderness along the left Achilles tendon at its insertion site into the heel. Negative tarsal tunnel. Negative PTT.

Other Findings:

Studies: X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure:

Plan: She continues to complain of left foot pain, especially at nighttime. She experiences a shooting pain up her leg. She does report a history of lower back pain. The nighttime pain is likely due to radiculopathy. She will begin taking gabapentin at bedtime to reduce the pain caused by the radiculopathy. I also recommend an MRI to evaluate the soft tissues for other causes that can be causing her pain. She will followup once the MRI has been completed.

Diagnosis:
M72.2-Plantar fascial fibromatosis
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region

CPT Codes:
G8427--4A--Document current medications
1124F--2B--Surrogate decision maker NOT provided
G8417--3B-- BMI Above normal
G8730--5A-- Pain assessment > 0
G9459--6B-- Currently a tobacco NON-user

Patient: last Simmons, Trina DOB: Page #: 3 Date: 9/14/2020

99213--Established Level III

Prescriptions

gabapentin(Dosage: 300 mg|capsule SIG: Take 1 capsule by mouth three times a day 30 Dispense: 90 Refills: 0 Note: Begin taking at bedtime for first week and gradually increase as needed)

Catherine Hudson, DPM
(Electronically Signed - 9/14/2020)

5220210210016555

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| February 10, 2021 1:52:34 PM EST | Fax | ÿÿÿÿ | 154 | 4 | Received |



Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | CLAIM #500817024480001 | **Fax:** | +1 (859) 264-4372 |
| **From:** | Aline Tate | **Date:** | 2/10/2021 12:49 PM |
| **Re:** | | **Pages:** | 3 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 2/4/2021

Chief Complaint: Endoscopic plantar fasciotomy left foot with sinus tarsi injection. Date of surgery 12/22/2020

Pain Level: Patient rates pain 4/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain.

HPI: 6 weeks post op. Patient remains in physical therapy 2 times weekly. With the treatment she has regained some range of motion. She complains of severe left leg swelling with stiffness that occurs every night. Last night she slept with compression stockings/socks with foot elevated above heart level. The swelling is always better in the a.m. but by the end of the day, it is severe. The patient became very upset that this is limiting her activities. She is not able to stand and cook for more than 2 hours. She is not able to play with her grandchildren. The swelling involves her left leg, ankle and foot. She complains of tenderness and swelling along the medial first metatarsal and across the top of the left foot.

Patient did not receive medrol dose pak

Medical History:
Asthma
CVA
History of epilepsy
Hypertension
Mitral valve prolapse
Vitamin D deficiency

Surgical History:
Dilation and curettage
Hysterectomy - Partial

Foot & Ankle Procedures:
Patient Denies

Allergies:
Adhesive, Unknown
Shellfish Containing Products, Unknown

Medications:
albuterol sulfate (Dosage: 90 mcg/actuation|HFA aerosol inhaler Refills: 0)
amlodipine (Dosage: 10 mg|tablet Refills: 0)
atenolol (Dosage: 100 mg|tablet Refills: 0)
Medrol (Pak) (methylprednisolone) (Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)
naproxen (Dosage: 500 mg|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)
urea (Dosage: 40%|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening)

Social History:
Alcohol- denies
Drug use- denies
Education: College Graduate
Full-time employment - Walmart
Marital Status - Married

Smoking Status: Never smoker

Family History:
Amputation
Cancer
Coronary artery disease
CVA
Diabetes: Type 2
Hypertension

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

Vitals: Cam Walker

General: 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities. CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia.

Dermatological: Left heel incisions are healed, clean, dry, and intact with sutures in place. No dehiscence. Skin is dry along the plantar left heel.

Neurological: Light touch sensation intact bilatereal lower extremity. No deficits.

Musculoskelatal: No further Tenderness with deep palpation along the left medial and lateral calcaneal tubercle. She complains of mild tenderness with deep palpation along the plantar heel. Minimal postoperative edema. No pain with subtalar joint inversion and eversion. Visible calf atrophy. Weakness with manual muscle testing left lower extremity compared to right. No further Joint stiffness of the left ankle joint, subtalar joint.

Studies: Xrays 2 views left Os Calcis 1/26/2021 There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact. No fracture. Mild left lower extremity soft tissue swelling.

MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: I discussed her progress with Paul at Dynamic Physical therapy. Objectively she is doing much better with increased range of motion, increased strength. The patient's main complaint is her left leg swelling, which causes stiffness and limited activities. She needs to apply the compression stocking every a.m. and remove it at night prior to sleeping. I reminded the patient that she was immobilized in a cast or Cam Walker for 6 months prior to surgery. This caused muscle atrophy. She is just starting to weight-bear comfortably in her tennis shoe. It will take time for her muscles to rebuild. She is encouraged to continue with her home therapy program, continue cycling and working with her therapist.

Unfortunately she is still not ready to resume her job full duty which requires prolonged standing and walking. She could return to a light duty or sedentary position if available with limited standing 3 hours daily.

She will follow up on the Prescribed Medrol Dosepak, taking as instructed.

| | |
|---|---|
| Plan: | Return to office in 4 weeks for possible discharge |
| Diagnosis: | M79.672-Pain in left foot<br>R60.0-Localized edema<br>M76.62-Achilles tendinitis, left leg<br>L85.3-Xerosis cutis<br>M54.16-Radiculopathy, lumbar region<br>S93.432S-Sprain of tibiofibular ligament of left ankle, sequela<br>M72.2-Plantar fasciitis<br>M25.572-Pain in left ankle and joints of left foot |
| CPT Codes: | G8427–4A–Document current medications<br>G8730–5A– Pain assessment > 0<br>G9459–6B– Currently a tobacco NON–user<br>G9716–3D–BMI not documented and no reason given<br>1123F–2A–Surrogate decision maker provided<br>G8730–5A– Pain assessment > 0 |

Prescriptions
No data for Prescription

Denise Lea Elliott, DPM
(Electronically Signed - 2/4/2021)

5220210126024280

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| January 26, 2021 4:04:00 PM EST | Fax | ÿÿÿÿ | 145 | 4 | Received |

1/26/2021 3:01 PM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 004

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | CLAIM # 500817024480001 | **Fax:** | +1 (859) 264-4372 |
| **From:** | Karla Enamorado | **Date:** | 1/26/2021 3:00 PM |
| **Re:** | | **Pages:** | 3 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 1/26/2021

| | |
|---|---|
| Chief Complaint | Endoscopic plantar fasciotomy left foot with sinus tarsi injection. Date of surgery 12/22/2020 |
| Pain Level | Patient rates pain 4/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain. |
| HPI: | 5 weeks post op. Patient returns wearing tennis shoes. After 3-4 days she had increased RLE swelling and pain. She is no longer wearing the Cam Walker. She has severe pain upon standing out of bed. Patient attended her 1st PT on Friday. Over the weekend she performed exercises from Physical Therapy. She bought an exercise bike and is doing 5 minutes of cycling as recommended by PT. Pt reports that her foot is not getting better. Patient's pain keeps her up at night. Pain is along the plantar left heel. She complains of constant limping. |
| Medical History: | Asthma<br>CVA<br>History of epilepsy<br>Hypertension<br>Mitral valve prolapse<br>Vitamin D deficiency |
| Surgical History: | Dilation and curettage<br>Hysterectomy - Partial |
| Foot & Ankle Procedures: | Patient Denies |
| Allergies: | Adhesive, Unknown<br>Shellfish Containing Products, Unknown |
| Medications: | albuterol sulfate (Dosage: 90 mcg/actuation\|HFA aerosol inhaler Refills: 0)<br>amlodipine (Dosage: 10 mg\|tablet Refills: 0)<br>atenolol (Dosage: 100 mg\|tablet Refills: 0)<br>naproxen (Dosage: 500 mg\|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)<br>urea (Dosage: 40%\|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening) |
| Social History: | Alcohol- denies<br>Drug use- denies<br>Education: College Graduate<br>Full-time employment - Walmart<br>Marital Status - Married |
| Smoking Status: | Never smoker |
| Family History: | Amputation<br>Cancer<br>Coronary artery disease<br>CVA<br>Diabetes: Type 2<br>Hypertension |

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |

| | |
|---|---|
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

Vitals: Cam Walker

General: 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities, CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia.

Dermatological: Left heel incisions are healed, clean, dry, and intact with sutures in place. No dehiscence. Skin is dry along the plantar left heel.

Neurological: Light touch sensation intact bilatereal lower extremity. No deficits.

Musculoskelatal: No further Tenderness with deep palpation along the left medial and lateral calcaneal tubercle. She complains of mild tenderness with deep palpation along the plantar heel. Minimal postoperative edema. No pain with subtalar joint inversion and eversion. Visible calf atrophy. Weakness with manual muscle testing left lower extremity compared to right. Joint stiffness of the left ankle joint, subtalar joint.

Studies: Xrays 2 views left Os Calcis 1/26/2021: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact. No fracture. Mild left lower extremity soft tissue swelling.

MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: X-rays reviewed with the patient. Negative for any fracture or other problem. Patient has pain along the surgical site likely due to scarring and adhesions. She is only 5 weeks out of surgery. Continue Full weight bearing in a tennis shoe. Continue physical therapy 2 times weekly for a work conditioning program, to work on strengthening so she can return to work full duty. Patient is hoping to accelerate her treatment. She is performing all home exercises as instructed. I will discuss this with her therapist.

Prescribed a Medrol Dosepak, taking as instructed.

Plan: Return to office in 4 weeks for possible discharge

Diagnosis:
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela
M72.2-Plantar fasciitis
M25.572-Pain in left ankle and joints of left foot

CPT Codes:
G8427–4A–Document current medications
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON–user
G9716–3D–BMI not documented and no reason given
1123F–2A–Surrogate decision maker provided
G8730–5A– Pain assessment > 0

Prescriptions
Medrol (Pak) (methylprednisolone)(Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)

Denise Lea Elliott, DPM
(Electronically Signed - 1/26/2021)

5220201105004718

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| November 5, 2020 10:13:37 AM EST | Fax | ÿÿÿÿ | 224 | 7 | Received |

11/5/2020 9:09 AM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 007

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | SEDGWICK | **Fax:** | +1 (859) 264-4372 |
| **From:** | Aline Tate | **Date:** | 11/5/2020 9:09 AM |
| **Re:** | | **Pages:** | 6 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 10/27/2020

| | |
|---|---|
| Chief Complaint | Left foot pain |
| Pain Level | Patient rates pain 7/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain. |
| HPI: | 48 year(s) old BLACK OR AFRICAN AMERICAN female returns to the office for cast application. She complains of severe pain last night while wearing the cam boot and states she would rather have the cast reapplied because they gave her more comfort. |
| Medical History: | Asthma<br>CVA<br>History of epilepsy<br>Hypertension<br>Mitral valve prolapse<br>Vitamin D deficiency |
| Surgical History: | Dilation and curettage<br>Hysterectomy - Partial |
| Foot & Ankle Procedures: | Patient Denies |
| Allergies: | Adhesive, Unknown<br>Shellfish Containing Products, Unknown |
| Medications | albuterol sulfate (Dosage: 90 mcg/actuation\|HFA aerosol inhaler Refills: 0)<br>amlodipine (Dosage: 10 mg\|tablet Refills: 0)<br>atenolol (Dosage: 100 mg\|tablet Refills: 0)<br>Medrol (Pak) (methylprednisolone) (Dosage: 4 mg\|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)<br>naproxen (Dosage: 500 mg\|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)<br>urea (Dosage: 40%\|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening) |
| Social History: | Alcohol- denies<br>Drug use- denies<br>Education: College Graduate<br>Full-time employment - Walmart<br>Marital Status - Married |
| Smoking Status: | Never smoker |
| Family History: | Amputation<br>Cancer<br>Coronary artery disease<br>CVA<br>Diabetes: Type 2<br>Hypertension |

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |

| | |
|---|---|
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

| | |
|---|---|
| Vitals: | crutches |
| General: | 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD |
| Vascular: | Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities, CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia. |
| Dermatological: | There is no erythema or ecchymosis present into the left heel. Dry skin along the plantar soles of both feet. No interdigital macerations. Toenails healthy in appearance. |
| Neurological: | Light touch sensation intact bilatereal lower extremity tested with the Semmes Weinstein 5.07 Monofilament wire. Vibratory sensation intact bilateral lower extremity. DTR 2/4 bilateral patella and tendoachilles equal and symmetrical. |
| Musculoskelatal: | Focal pain on palpation along the anterior lateral malleolus of the left ankle. Pain with end range plantar flexion of the ankle joint.<br>Pain on palpation along the left plantar medial calcaneal tubercle. No pain along the right medial fascial band in arch. Pain with heel squeeze test. Pain present with plantar fascial stretch. Decreased ankle joint d/f b/l. Tenderness along the left Achilles tendon at its insertion site into the heel. Negative tarsal tunnel. Negative PTT |
| Other Findings: | |
| Studies: | X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture. |
| Procedure: | |
| Plan: | Short-leg fiberglass cast applied to the left lower extremity. Continue range of motion exercises to prevent DVT. Followup in one month. |
| Diagnosis: | M72.2-Plantar fascial fibromatosis<br>M79.672-Pain in left foot<br>R60.0-Localized edema<br>M76.62-Achilles tendinitis, left leg<br>L85.3-Xerosis cutis<br>M54.16-Radiculopathy, lumbar region<br>S93.432S-Sprain of tibiofibular ligament of left ankle, sequela |
| CPT Codes: | G8427--4A--Document current medications<br>1124F--2B--Surrogate decision maker NOT provided<br>G8417--3B-- BMI Above normal<br>G8730--5A-- Pain assessment > 0<br>G9459--6B-- Currently a tobacco NON-user<br>99213--Established Level III |

Prescriptions
No data for Prescription

Catherine Hudson, DPM
(Electronically Signed - 10/27/2020)

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 10/26/2020

| | |
|---|---|
| Chief Complaint | Left foot pain |
| Pain Level | Patient rates pain 7/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain. |
| HPI: | 48 year(s) old BLACK OR AFRICAN AMERICAN female returns to the office for cast removal. She denies any pain to the ankle while wearing the cast. He states she did walk while wearing the cast when she had to go her dogs out. The bottom of the cast is well worn |
| Medical History: | Asthma<br>CVA<br>History of epilepsy<br>Hypertension<br>Mitral valve prolapse<br>Vitamin D deficiency |
| Surgical History: | Dilation and curettage<br>Hysterectomy - Partial |
| Foot & Ankle Procedures: | Patient Denies |
| Allergies: | Adhesive, Unknown<br>Shellfish Containing Products, Unknown |
| Medications | albuterol sulfate (Dosage: 90 mcg/actuation\|HFA aerosol inhaler Refills: 0)<br>amlodipine (Dosage: 10 mg\|tablet Refills: 0)<br>atenolol (Dosage: 100 mg\|tablet Refills: 0)<br>Medrol (Pak) (methylprednisolone) (Dosage: 4 mg\|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)<br>naproxen (Dosage: 500 mg\|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)<br>urea (Dosage: 40%\|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening) |
| Social History: | Alcohol- denies<br>Drug use- denies<br>Education: College Graduate<br>Full-time employment - Walmart<br>Marital Status - Married |
| Smoking Status: | Never smoker |
| Family History: | Amputation<br>Cancer<br>Coronary artery disease<br>CVA<br>Diabetes: Type 2<br>Hypertension |

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |

| | |
|---|---|
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

Vitals: crutches

General: 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities. CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia.

Dermatological: There is no erythema or ecchymosis present into the left heel. Dry skin along the plantar soles of both feet. No interdigital macerations. Toenails healthy in appearance.

Neurological: Light touch sensation intact bilatereal lower extremity tested with the Semmes Weinstein 5.07 Monofilament wire. Vibratory sensation intact bilateral lower extremity. DTR 2/4 bilateral patella and tendoachilles equal and symmetrical.

Musculoskelatal: Focal pain on palpation along the anterior lateral malleolus of the left ankle. Pain with end range plantar flexion of the ankle joint.
Pain on palpation along the left plantar medial calcaneal tubercle. No pain along the right medial fascial band in arch. Pain with heel squeeze test. Pain present with plantar fascial stretch. Decreased ankle joint d/f b/l. Tenderness along the left Achilles tendon at its insertion site into the heel. Negative tarsal tunnel. Negative PTT.

Other Findings:

Studies: X-rays. 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure:

Plan: I explained it can take 6-8 weeks for the sprain to heal. She will remain immobilized and nonweightbearing for an additional 4 weeks. An Ace bandage was applied today and she will apply her Cam Walker that she has at home. She is instructed to treat the Cam Walker like a cast and remain nonweightbearing with use of crutches or walker. Patient understands. I explained if she resumes walking on it too early then she will regress back to where she was prior to the cast. Followup in one month.

Diagnosis:
M72.2-Plantar fascial fibromatosis
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela

CPT Codes:
G8427–4A–Document current medications
1124F–2B–Surrogate decision maker NOT provided
G8417–3B– BMI Above normal
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON-user
99213–Established Level III

Prescriptions
No data for Prescription

Catherine Hudson, DPM
(Electronically Signed - 10/26/2020)

5220210125006991

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | SEDGWICK | **Fax:** | +1 (859) 264-4372 |
| **From:** | Aline Tate | **Date:** | 1/25/2021 8:39 AM |
| **Re:** | | **Pages:** | 3 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 1/19/2021

| | |
|---|---|
| Chief Complaint | Endoscopic plantar fasciotomy left foot with sinus tarsi injection. Date of surgery 12/22/2020 |
| Pain Level | Patient rates pain 4/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain. |
| HPI: | 1 month post op. Patient returns to the office using walker, weightbearing in the cam walker. She complains of some pain mainly at night or with prolonged standing or walking. She keeps her foot elevated as much as possible. |
| Medical History: | Asthma<br>CVA<br>History of epilepsy<br>Hypertension<br>Mitral valve prolapse<br>Vitamin D deficiency |
| Surgical History: | Dilation and curettage<br>Hysterectomy - Partial |
| Foot & Ankle Procedures: | Patient Denies |
| Allergies: | Adhesive, Unknown<br>Shellfish Containing Products, Unknown |
| Medications: | albuterol sulfate (Dosage: 90 mcg/actuation\|HFA aerosol inhaler Refills: 0)<br>amlodipine (Dosage: 10 mg\|tablet Refills: 0)<br>atenolol (Dosage: 100 mg\|tablet Refills: 0)<br>Medrol (Pak) (methylprednisolone) (Dosage: 4 mg\|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)<br>naproxen (Dosage: 500 mg\|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)<br>urea (Dosage: 40%\|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening) |
| Social History: | Alcohol- denies<br>Drug use- denies<br>Education: College Graduate<br>Full-time employment - Walmart<br>Marital Status - Married |
| Smoking Status: | Never smoker |
| Family History: | Amputation<br>Cancer<br>Coronary artery disease<br>CVA<br>Diabetes: Type 2<br>Hypertension |

<u>Review of Systems</u>

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |

| | |
|---|---|
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

| | |
|---|---|
| Vitals: | Cam Walker |
| General: | 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD |
| Vascular: | Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities. CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia. |
| Dermatological: | Left heel incisions are healed, clean, dry, and intact with sutures in place. No dehiscence. |
| Neurological: | Light touch sensation intact bilatereal lower extremity. No deficits. |
| Musculoskelatal: | No further Tenderness with deep palpation along the left plantar medial calcaneal tubercle. Minimal postoperative edema. No pain with subtalar joint inversion and eversion. Visible calf atrophy. Weakness with manual muscle testing left lower extremity compared to right. Joint stiffness of the left ankle joint, subtalar joint. |

Studies: MRI left ankle 9/21/2020: Thickening of the central cord of the plantar fascia at the proximal insertion into the calcaneus. No calcaneal edema. Mild subtalar joint and ankle joint fluid noted. No Achilles tendinitis. Intact anterior talofibular ligament.

X-rays, 3 views of the left foot weightbearing, 7/22/2020. There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure: She is allowed to start full weight bearing in a tennis show as tolerated and stop using assistive devices. Discontinue the walker and Cam Walker. She is referred to physical therapy 3 times weekly for a work conditioning program, to work on strengthening so she can return to work full duty.

Plan: Return to office in 4 weeks for possible discharge

Diagnosis:
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg
L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela
M72.2-Plantar fasciitis
M25.572-Pain in left ankle and joints of left foot

CPT Codes:
G8427–4A–Document current medications
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON–user
G9716–3D–BMI not documented and no reason given
1123F–2A–Surrogate decision maker provided

Prescriptions
No data for Prescription

Denise Lea Elliott, DPM
(Electronically Signed - 1/20/2021)

5220201006009041

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | SEDGWICK | **Fax:** | +1 (859) 264-4372 |
| **From:** | Aline Tate | **Date:** | 10/6/2020 10:12 AM |
| **Re:** | | **Pages:** | 5 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

**FaxComments =**

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hudson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 9/28/2020

| | |
|---|---|
| Chief Complaint | Left foot pain |
| Pain Level | Patient rates pain 7/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain. |
| HPI: | 48 year(s) old BLACK OR AFRICAN AMERICAN female returns to the office to review MRI. Patient experiences foot pain after prolonged standing.She complains of constant swelling. Sometime she will experience swelling after prolonged sitting. She takes Gabapentin as needed for pain. She rates pain a 7 out fo 10 on the 0-10 pain scale. |
| Medical History: | Asthma<br>CVA<br>History of epilepsy<br>Hypertension<br>Mitral valve prolapse<br>Vitamin D deficiency |
| Surgical History: | Dilation and curettage<br>Hysterectomy - Partial |
| Foot & Ankle Procedures: | Patient Denies |
| Allergies: | Adhesive Unknown<br>Shellfish Containing Products, Unknown |
| Medications: | albuterol sulfate (Dosage: 90 mcg/actuation\|HFA aerosol inhaler Refills: 0)<br>amlodipine (Dosage: 10 mg\|tablet Refills: 0)<br>atenolol (Dosage: 100 mg\|tablet Refills: 0)<br>gabapentin (Dosage: 300 mg\|capsule SIG: Take 1 capsule by mouth three times a day 30 Dispense: 90 Refills: 0 Note: Begin taking at bedtime for first week and gradually increase as needed)<br>Medrol (Pak) (methylprednisolone) (Dosage: 4 mg\|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)<br>naproxen (Dosage: 500 mg\|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)<br>urea (Dosage: 40%\|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening) |
| Social History: | Alcohol- denies<br>Drug use- denies<br>Education: College Graduate<br>Full-time employment - Walmart<br>Marital Status - Married |
| Smoking Status: | Never smoker |
| Family History: | Amputation<br>Cancer<br>Coronary artery disease<br>CVA<br>Diabetes: Type 2<br>Hypertension |

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |

| | |
|---|---|
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | leg cramps |
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

**Physical Examination**

Vitals: HEIGHT / LENGTH: 5' 2"
WEIGHT: 193 lbs 0 oz
BMI: 35.3

General: 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD

Vascular: Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities, CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia.

Dermatological: There is no erythema or ecchymosis present into the left heel. Dry skin along the plantar soles of both feet. No interdigital macerations. Toenails healthy in appearance.

Neurological: Light touch sensation intact bilatereal lower extremity tested with the Semmes Weinstein 5.07 Monofilament wire. Vibratory sensation intact bilateral lower extremity. DTR 2/4 bilateral patella and tendoachilles equal and symmetrical.

Musculoskelatal: Pain on palpation along the left plantar medial calcaneal tubercle. No pain along the right medial fascial band in arch. Pain with heel squeeze test. Pain present with plantar fascial stretch. Decreased ankle joint d/f b/l. Tenderness along the left Achilles tendon at its insertion site into the heel. Negative tarsal tunnel. Negative PTT

Other Findings:

Studies: X-rays, 3 views of the left foot weightbearing, 7/22/2020. There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture.

Procedure:

Plan: The MRI report was reviewed with the patient. She has a low-grade partial thickness injury to the anterior talofibular ligament, but no rupture. I recommend further immobilization with a short leg fiberglass cast to allow for it to heal with use of crutches. Patient returned later in the day for cast application. The prescription for crutches and is pending with her insurance. A pair of crutches were dispensed from our office today for her to use. Patient became unstable by the elevator and developed heart palpitations and lightheaded. No fall occurred. The prescription for crutches was amended to a rolling walker with seat along with a referral to physical therapy to instruct the patient on how to safely use the walker with nonweightbearing on the left foot. She is also educated on the symptoms or DVT and if she develops he symptoms to go to the emergency room immediately. She is instructed to perform range of motion exercises daily to reduce incidence of developing a DVT. Follow up in 4 weeks or sooner if problems arise.

Diagnosis: M72.2-Plantar fascial fibromatosis
M79.672-Pain in left foot
R60.0-Localized edema
M76.62-Achilles tendinitis, left leg

L85.3-Xerosis cutis
M54.16-Radiculopathy, lumbar region
S93.432S-Sprain of tibiofibular ligament of left ankle, sequela

CPT Codes:
G8427–4A–Document current medications
1124F–2B–Surrogate decision maker NOT provided
G8417–3B– BMI Above normal
G8730–5A– Pain assessment > 0
G9459–6B– Currently a tobacco NON-user
99213–Established Level III

Prescriptions
No data for Prescription

Catherine Hudson, DPM
(Electronically Signed - 9/28/2020)

sedgwick.

**Request for Medical Information to Support Disability Benefits**

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

**Telephone:** (800) 492-5678 **Facsimile:** (859) 264-4372 **Email:** walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| **Today's Date:** | October 05, 2020 | **Pages:** | 3 |
| **To:** | Dr. Hudson | **From:** | Sedgwick Disability & Leave |
| **Fax:** | 5043496631 | **Fax:** | (859) 264-4372 |
| **Patient:** | Trina B. Simmons | **Telephone:** | (800) 492-5678 |
| **Patient DOB:** | | **Claim Number:** | 50081702448-0001 |

**Medical Information Due Date:** **October 24, 2020**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective information check-marked below that supports your patient inability to return to work due to reduced functional capacity.

*If the requested information is not received by 10/24/2020 , it may result in the patient not receiving disability pay.*

**ACTION REQUIRED, we need the following checked Item(s) returned:**

☒ **Most recent office Visit Notes and Treatment Notes or Status Report describing the physical exam findings.**

**[Note: The findings should indicate the medical reason why your patient is unable to perform the essential job functions.](See Below)**

☒ **Updated treatment plan**

☒ **Date Next Office Visit:** 10-26-2020

☒ **If the associate is able to return to work with restrictions. Please complete the Return to Work form below based on the Associate's Essential Job Functions which include: move, lift, carry, and place merchandise and supplies weighing up to 10 pounds without assistance, grasp, turn, and manipulate objects of varying size and weight, requiring fine motor skills and hand-eye coordination, and reaches overhead and below the knees, including bending, twisting, pulling, and stooping.**

**Please fax to: Fax (859) 264-4372 or Email: walmartforms@sedgwicksir.com**

**Any and all charges for copies of records are the responsibility of patient.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

{C04473175.848-2048}

# PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

Return all documents to Sedgwick in one of 3 ways:
Upload: mySedgwick* | email: WalmartFaxes@sedgwick.com | fax: 859-264-4372

**Associate name:** Trina Simmons **Associate WIN:** 104222173 **Case number:** C009010204800274AA

If you are returning from medical leave due to your own serious health condition, **you must provide a written release.** You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

| **SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)** | |
|---|---|
| Leave start date: | Expected return to work date: |
| Facility number: | City/state: |

**Preferred method of contact (optional)**
Home phone number: Cell number: Email:

**Associate's signature:** **Job title:** **Date:**

**SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER**

I certify that the associate named above is medically able to resume work on: 11/9/2020 (MM/DD/YYYY)

This associate can return to work (check one): ✓ With no restrictions __ With restrictions (please describe below)

| **Activity** | **Frequency, activity level, limitations, etc.** | **Duration** *(circle P if permanent)* |
|---|---|---|
| Bending | | ___ to ___ or P |
| Breathing | | ___ to ___ or P |
| Climbing | | ___ to ___ or P |
| Communicating | | ___ to ___ or P |
| Grasping | | ___ to ___ or P |
| Hearing | | ___ to ___ or P |
| Lifting/carrying (lbs) | (check one) __0-9 __10 __15 __20 __25 __50 __60 __Other (provide details below) | ___ to ___ or P |
| Pulling | | ___ to ___ or P |
| Reaching | (check one) __ Overhead __ Below knee __ Other (provide details below) | ___ to ___ or P |
| Seeing | | ___ to ___ or P |
| Standing | | ___ to ___ or P |
| Twisting | | ___ to ___ or P |
| Walking | | ___ to ___ or P |

**Other restrictions or details:** If you need additional room, please ensure any attached pages are signed and dated.

**Accommodation(s):** If returning with restriction(s), please list suggested ways the associate can be accommodated.

| | |
|---|---|
| Option 1 | |
| Option 2 | |

| | |
|---|---|
| **Name of healthcare provider:** Catherine Hudson | **Phone:** 504-349-6633 |
| **Mailing address:** | **Fax:** 349-6631 |
| **Healthcare provider signature:** [signature] **Date:** 10/6/2020 | **Email:** |

**SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED**

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. (NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.)

Name: Signature: Title: Date:

sedgwick.

5220201124030569

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | | DURATION | PAGES | STATUS |
|---|---|---|---|---|---|
| November 24, 2020 6:14:44 PM EST | Fax | ÿÿÿÿ | 490 | 7 | Received |

11/24/2020 5:06 PM FROM: Fax TO: 9,18592644372 PAGE: 001 OF 007

Foot and Ankle Clinic
1111 Medical Center BLVD, Suite N507
Marrero, LA 70072
Phone (504) 349-6633 Fax (504) 349-6631

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | sedgwick | **Fax:** | +1 (859) 264-4372 |
| **From:** | Karla Enamorado | **Date:** | 11/24/2020 4:34 PM |
| **Re:** | | **Pages:** | 6 |
| **CC:** | | | |

[ ] **Urgent** [ ] **For Review** [ ] **Please Comment** [ ] **Please Reply** [ ] **Please Recycle**

**Notes:**

FaxComments =

**This message is intended only for the use of the individual entity to which it is addressed & contains information that is privileged, confidential & exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissembling distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone & return the original message to us at the above address via the U.S. Postal Service.**

**Thank you.**

**Sedgwick Claims Management Services, Inc.**

To: Dr Hudson
Fax: 15043496631
From: Ortiz, Isidora
Fax:
Date: November 24, 2020
Subject: Case#50081702448-0001 SIMMONS, TRINA B DOB: 09/24/1972

---

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by calling the number listed above and return the original message to us at the address above by the United States Postal Service.

sedgwick.

## Request for Medical Information to Support Disability Benefits

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

**Telephone:** (800) 492-5678 **Facsimile:** (859) 264-4372 **Email:** walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| **Today's Date:** | November 24, 2020 | **Pages:** | [redacted] |
| **To:** | [redacted] | **From:** | Sedgwick Disability & Leave |
| **Fax:** | [redacted] | **Fax:** | (859) 264-4372 |
| **Patient:** | Trina B. Simmons | **Telephone:** | (800) 492-5678 |
| **Patient DOB:** | | **Claim Number:** | 500817024480001 |

**Medical Information Due Date:** **December 17, 2020**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective information check-marked below that supports your patient inability to return to work due to reduced functional capacity.

***If the requested information is not received by 12/17/2020 , it may result in the patient not receiving disability pay.***

**ACTION REQUIRED, we need the following checked item(s) returned:**

☒ 11/23/2020 Office Visit Notes and Treatment Notes or Status Report describing the physical exam finding

[Note: The findings should indicate the medical reason why your patient is unable to perform the essential job functions.](See Below)

☒ Next Office Visit

☒ MRI / CT Scan / X-ray Results / Lab Results

☒ If the associate is able to Return to work with restrictions. Please complete the Return to Work form below **based on the Associate's Essential Job Functions which include:** move, lift, carry, and place merchandise and supplies weighing up to 10 pounds without assistance, grasp, turn, and manipulate objects of varying size and weight, requiring fine motor skills and hand-eye coordination, and reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

**Please fax to: Fax (859) 264-4372 or Email: walmartforms@sedgwicksir.com**

Any and all charges for copies of records are the responsibility of patient.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

!C04473175.848-2048!

# PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

Return all documents to Sedgwick in one of three ways:
upload: mySedgwick® | email: WalmartForms@sedgwickclr.com | fax: 859-264-4372

**Associate name:** Trina Simmons **Associate WIN:** 104222173 **Case number:** C00901020490002 74AA

If you are returning from medical leave due to your own serious health condition, **you must provide a written release**. You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

| **SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)** | | |
|---|---|---|
| Leave start date: | Expected return to work date: | |
| Facility number: | City/state: | |
| **Preferred method of contact (optional)** Home phone number: | Cell number: | Email: |
| **Associate's signature:** | **Job title:** | **Date:** |

**SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER**

I certify that the associate named above is medically able to resume work on: 11/28/2020 (MM/DD/YYYY)

This associate can return to work (check one): __ With no restrictions ✓ With restrictions (please describe below)

| **Activity** | **Frequency, activity level, limitations, etc.** | **Duration** *(circle P if permanent)* |
|---|---|---|
| Bending | | ____ to ____ or P |
| Breathing | | ____ to ____ or P |
| Climbing | No climbing | ____ to ____ or P 4 weeks |
| Communicating | | ____ to ____ or P CH |
| Grasping | | ____ to ____ or P |
| Hearing | | ____ to ____ or P |
| Lifting/carrying (lbs) | (check one) ✓ 0-9 __10 __15 __20 __25 __50 __60 __Other (provide details below) | ____ to ____ or P |
| Pulling | no pulling | ____ to ____ or P |
| Reaching | (check one) __ Overhead __ Below knee __ Other (provide details below) | ____ to ____ or P |
| Seeing | | ____ to ____ or P |
| Standing | | ____ to ____ or P |
| Twisting | | ____ to ____ or P |
| Walking | limit walking to > 4 hrs/day. use walker for assistance | ____ to ____ or P 4 weeks |

**Other restrictions or details:** If you need additional room, please ensure any attached pages are signed and dated. CH

**Accommodation(s):** If returning with restriction(s), please list suggested ways the associate can be accommodated.

| | |
|---|---|
| Option 1 | Use scooter/walker to move around store |
| Option 2 | |

| | |
|---|---|
| **Name of healthcare provider:** Catherine Hudson, DPM | **Phone:** (504) 349-6633 |
| **Mailing address:** 1111 Medical Center Blvd. N-507 Marrero, LA 70072 | **Fax:** (504) 349-6631 |
| **Healthcare provider signature:** [signature] **Date:** 11/24/2020 | **Email:** |

**SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED**

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. (NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.)

| | | | |
|---|---|---|---|
| Name: | Signature: | Title: | Date: |

sedgwick.

# Foot and Ankle Center

Dr. Denise Lea Elliott
Podiatrist / Podiatric Surgeon

1111 Medical Center Blvd.
Ste. N-507
Marrero, LA 70072
P: 504-349-6633 F: 504-349-6631

Dr. Catherine M. Hodson
Podiatrist / Podiatric Surgeon

Patient: Trina Simmons DOB: Date of Visit: 11/23/2020

Chief Complaint: Left foot pain

Pain Level: Patient rates pain 7/ 10 using the Wong-Baker FACES pain rating scale with 0 meaning no pain and 10 as severe pain.

HPI: 48 year(s) old BLACK OR AFRICAN AMERICAN female returns to the office for cast removal. She denies any pain to her foot or ankle.

Medical History:
Asthma
CVA
History of epilepsy
Hypertension
Mitral valve prolapse
Vitamin D deficiency

Surgical History:
Dilation and curettage
Hysterectomy - Partial

Foot & Ankle Procedures: Patient Denies

Allergies:
Adhesive, Unknown
Shellfish Containing Products, Unknown

Medications:
albuterol sulfate (Dosage: 90 mcg/actuation|HFA aerosol inhaler Refills: 0)
amlodipine (Dosage: 10 mg|tablet Refills: 0)
atenolol (Dosage: 100 mg|tablet Refills: 0)
Medrol (Pak) (methylprednisolone) (Dosage: 4 mg|tablets,dose pack SIG: 1 tablet by mouth as directed Dispense: 1 Refills: 0 Note: take as directed on package)
naproxen (Dosage: 500 mg|tablet SIG: 1 tablet oral every twelve hours with meals Dispense: 60 Refills: 0)
urea (Dosage: 40%|cream SIG: Apply a small amount top once a day as needed Dispense: 1 Refills: 2 Note: Apply to calluses for softening)

Social History:
Alcohol- denies
Drug use- denies
Education: College Graduate
Full-time employment - Walmart
Marital Status - Married

Smoking Status: Never smoker

Family History:
Amputation
Cancer
Coronary artery disease
CVA
Diabetes: Type 2
Hypertension

Review of Systems

| | |
|---|---|
| HEENT: | Patient Denies |
| Pulmonary: | Asthma |
| Cardiac: | High blood pressure |
| GI: | Patient Denies |
| GU: | Patient Denies |
| Neurological: | Patient Denies |
| Vascular: | leg cramps |

Patient: last Simmons, Trina DOB Page #: 2 Date: 11/23/2020

| | |
|---|---|
| Endocrine: | Patient Denies |
| Musculoskeletal: | back pain;Difficulty walking |
| Dermatological: | Patient Denies |
| Psychiatric: | Patient Denies |
| Hema/Lymphatic: | Ease of bruising;Night sweats |

Physical Examination

| | |
|---|---|
| Vitals: | crutches |
| General: | 48 year(s) old BLACK OR AFRICAN AMERICAN female Awake, alert, and oriented x 3 in NAD |
| Vascular: | Dorsalis Pedis and posterior tibial arteries 2/4 bilateral lower extremities, CFT < 3 seconds. Mild nonpitting edema to the left ankle. No varicosed veins. Negative Homan's. No ischemia. |
| Dermatological: | There is no erythema or ecchymosis present into the left heel. Dry skin along the plantar soles of both feet. No interdigital macerations. Toenails healthy in appearance. |
| Neurological: | Light touch sensation intact bilatereal lower extremity tested with the Semmes Weinstein 5.07 Monofilament wire. Vibratory sensation intact bilateral lower extremity. DTR 2/4 bilateral patella and tendoachilles equal and symmetrical. |
| Musculoskeletal: | Tenderness on palpation along the left plantar medial calcaneal tubercle. No pain along the right medial fascial band in arch. No pain on palpation along the posterior medial malleolus of the left ankle. Mild tenderness along the lateral malleolus. |
| Other Findings: | |

| | |
|---|---|
| Studies: | X-rays, 3 views of the left foot weightbearing, 7/22/2020: There is no exostosis present along the plantar calcaneal tubercle. Cortices are intact with no signs of fracture or stress fracture. |
| Procedure: | |
| Plan: | Short-leg fiberglass cast was removed. I recommend she return to the Cam Walker and begin ambulating. I also recommend a lace up ankle brace for her tennis shoe for additional support. She is also referred to physical therapy to begin strengthening, balance exercises and assistance with range of motion. She may return to work in a limited capacity. She works 12 hour shifts, but I explained she cannot walk for prolonged periods of time as she continues to rehabiliate the left ankle and foot. She may use her rolling walker for additional support while working and wearing the Cam Walker. She may not climb ladders. She is also instructed to wear tennis shoes with an arch support rather than her flat soled tennis shoes she is wearing today otherwise the pain will return. |
| Diagnosis: | M72.2-Plantar fascial fibromatosis<br>M79.672-Pain in left foot<br>R60.0-Localized edema<br>M76.62-Achilles tendinitis, left leg<br>L85.3-Xerosis cutis<br>M54.16-Radiculopathy, lumbar region<br>S93.432S-Sprain of tibiofibular ligament of left ankle, sequela |
| CPT Codes: | G8427--4A--Document current medications<br>1124F--2B--Surrogate decision maker NOT provided<br>G8417--3B-- BMI Above normal<br>G8730--5A-- Pain assessment > 0<br>G9459--6B-- Currently a tobacco NON-user<br>99213--Established Level III |

Prescriptions
No data for Prescription

Catherine Hudson, DPM
(Electronically Signed - 11/23/2020)

Job Description

Walmart

# Food **and Consumables Team** Associate

This position is responsible for assisting in the operation of a department. An individual in this position will be expected to perform additional job related responsibilities and duties throughout the facility as assigned and/or as necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Maintains area of responsibility in accordance with company policies and procedures by properly handling claims and returns, zoning the area, arranging and organizing merchandise/supplies, identifying shrink and damages, and ensuring a safe work environment.

Provides customer service by acknowledging the customer, identifying customer needs, assisting with purchasing decisions, locating merchandise, resolving customer issues and concerns, and promoting products and services, while maintaining a safe shopping environment.

Provides dairy/frozen products to customers by following company and regulatory policies and procedures for food safety and working to ensure in-stock and appropriate inventory levels.

Receives and stocks merchandise/supplies from distribution centers and suppliers throughout the facility and organizes and maintains facility by following company procedures, utilizing equipment appropriately, merchandising, and completing and retaining required paperwork, logs, and other documentation.

Maintains merchandise presentation in area of responsibility by stocking and rotating merchandise, removing damaged or out-of-date goods, setting up, cleaning, and organizing product displays, signing and pricing merchandise appropriately, and securing fragile and high-shrink merchandise.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Execution and Results: WMH - Ensures work is done correctly. Works on top priorities first. Makes a consistent effort to get results. Meets deadlines. Takes action in order to solve problems so work can be completed in a timely manner.

Adaptability: Adapt - Adapts to changing work demands. Stays focused on own work when faced with change or difficulties. Stays open to and learns from assignments and feedback. Learns and adapts to digital systems, strategies, and processes using different digital tools to complete essential job functions.

Judgment: WMH - Uses policies, procedures, and/or guides to make good choices. Uses data and facts in order to make day-to-day decisions and involves others as needed. Recognizes what might be a problem and informs those who can correct it.

Customer/Member Centered: Serve the Customer/Member - Shows care and concern when serving our customers/members. Asks questions in order to understand customer/member needs. Uses policies and information in order to exceed customer/member expectations. Finds and uses the right resources (people, products, tools, technology) at the right time in order to resolve customer/member requests.

Food: WMH - Handles, stores, cooks, and cleans food in safe and correct ways. Informs customers about food items when asked to do so. Prepares, takes, and fills orders for food items in a timely manner. Observes and reports complaints and problems with food products, services, and work areas. Uses food equipment and supplies in safe and correct ways, and cleans and logs them after each use.

Stocking/Receiving: WMH - Follows proper procedures to prevent theft and loss when stocking, receiving, maintaining, and securing goods. Receives, stages, and delivers goods to appropriate areas throughout the Facility in a timely manner. Reports complaints and problems with products, services, and conditions in the Stocking/Receiving area. Uses stocking/receiving supplies and equipment in safe and correct ways.

Inventory: Fresh - Handles, moves, and displays goods in safe and correct ways. Tracks goods, maintains in-stock levels, and controls shrinkage in a timely manner. Reports poor inventory practices and low in-stock levels in assigned area. Uses inventory tools and equipment in safe and correct ways.

Planning and Improvement: Plan for and Improve Work - Accepts responsibility and meets expectations for own work. Identifies steps needed in order to carry out work as required.

Influence and Communicate: Share Information - Listens to others and asks questions to learn about what is needed. Communicates the right information to associates and leaders when they need it. Communicates in a respectful and professional manner.

Ethics and Compliance: Perform to Ethical Standards - Follows company policies and procedures (for example, the Ten Foot Rule). Shows integrity and ethical behavior in all work situations. Reports ethical and compliance issues promptly.

## Physical Activities

*The following physical activities are necessary to perform one or more essential functions of this position.*

Moves up and down a ladder.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.



**Lincoln/Brown-Simmons 1601**

Visually verifies information, often in small print.

Reads information, often in small print.

Visually locates merchandise and other objects.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

Moves, lifts, carries, and places merchandise and supplies weighing up to 25 pounds without assistance.

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Works in areas requiring exposure to varying temperatures, extreme heat or cold, and/or wet, damp, or drafty conditions.

Works overnight and on varying shifts as required.

Job Description

**Food and Consumables Team Associate**

## Signature

I have read and understand the essential functions for this position and certify that:

__________ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

__________ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |
|---|---|---|

History
es
ments
ubrogation
TATION
s
Diary
e Detail
IR Fields
acts
ns
nts
axes

Export

| | | Benefits | | | | | |
|---|---|---|---|---|---|---|---|
| Work Status | Effective Date ▼ | Duration | Begin Date | End Date | Type | Benefit Status | Reason |
| OFF WORK | 12/6/2020 | 93 | 12/6/2020 | 3/8/2021 | Short Term | Approved | Voluntary Pay |
| NORMAL | 11/28/2020 | 8 | 11/28/2020 | 12/5/2020 | Short Term | Normal | No Pay |
| OFF WORK | 8/31/2020 | 82 | 9/7/2020 | 11/27/2020 | Short Term | Approved | Voluntary Pay |
| | | 7 | 8/31/2020 | 9/6/2020 | Short Term | Waiting Period - Not Paid | No Pay |

Paging 1 Results 1 - 3 of 3 Show 10 Records Per Page Update

**Date Last Worked** 12/5/2020 **Date Notice** **Date Update** 2/16/2021
**Authorized Off Work** No **Date Disability** 12/6/2020

Client Defined Fields
**FINANCIAL**
- Payment History
- Recoveries
- Overpayments
- Offsets/Subrogation

**DOCUMENTATION**
- Notes
- My Tasks
- Examiner Diary
- Images

**HR DATA**
- Employee Detail
- Custom HR Fields
- HR Contacts
- Deductions
- Dependents

**PAYROLL**
- Payroll Taxes
- Buy Up
- Direct Deposit
- Accruals
- Earnings
- Leave Balances

Print This Page

## − Job

| | | | | | |
|---|---|---|---|---|---|
| Date Effective | 3/13/2021 | Date Updated | 3/17/2021 | | |
| Action Code | | Action Date | 3/09/2021 | Action Reason | |
| Position Date | 4/02/2016 | Job Title | (USA) Fresh/Food/Consumable As | | |
| Length of Service | 000000 | Job Group | | | |
| Employee Status | Leave of Absence | Manager Level | | | |
| FLSA Status | Non-Exempt | Employee Class | | Class code | |
| Union Code | | Union Local | | | |
| Supervisor Empl ID | 103902383 | Supervisor SSN | | | |
| Supervisor Email | cdc008n.s01353.us@wal-mart.com | | | | |
| Employment Basis | Full Time | Employee Type | Regular | Pay Type | Salary |
| Pay Frequency | Bi-Weekly | Pay Group | | Salary Grade | |
| Hours/Regular Day | 0 | Hours/Regular Week | 0 | Days/Regular Week | 0 |
| Scheduled Hours | 0 | Shift | | | |

## − Company

| | | | |
|---|---|---|---|
| Company Code | 001 | Location Code | A |
| Transfer Code | | Job Code | |
| Business Unit | COO | Business Unit Name | |
| Bargained | No | Bargained Unit | |
| Responsibility | 0128 | Regulated | No |
| Organization ID | 0013 | Organization Name | |
| Department ID | 1353 | Department Name | 0099 |

## − Benefit Plan

| | | | | |
|---|---|---|---|---|
| Short Term Disability Plan | SAL-BW-100%-SALARIED Bi-Weekly STD 100% | Effective | 3/01/2016 | Expire |
| Supplemental Benefit Plan | | Effective | | Expire |
| Voluntary Benefit Plan | | Effective | | Expire |
| Paid Family Leave Plan | | Effective | | Expire |
| Long Term Benefit Plan | 4 | Effective | 1/01/2016 | Expire |
| Benefit Code | | Employee Buy Up Contribution | | |

# Office DEPOT OfficeMax

## complimentary fax cover sheet

number of pages including cover sheet: 10

attention to: Tiffany Hall

date: 3/16/21

company: Lincoln Financial Group

from: TRINA Simmons

phone #: [redacted] 877-353-6404

company: Walmart

fax #: 877-353-6412

sender's phone #

sender's email:

comments:

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable, (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax, (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party, (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

self service domestic per page

$1.50 2065527

full service domestic per page

$1.79 833071

full service international per page

$4.99 833191

self service international per page

$3.99 2064240

Office depot|max store 00056
1500 Westbank Expressway
Harvey, LA, 70058
p: 504.368.9731 f: 504.368.0135
ods00056cpc@officedepot.com

Office DEPOT OfficeMax

Rev 10/20

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall



EMPLOYEE/CLAIMANT NAME: Trina Simmons

CLAIM NO: 11059701 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit 30 min stand 10-15 min walk 5 to 10 min

How many hours a day do you: with Rotation Rotation

sit 30 min stand 10-15 min walk no straight hours

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ✓ crutches ______ wheelchair ______ other Knee Scooter

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? at least 20 min

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

They visit me at my house and [illegible]

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 2

On the weekends? Sometime none others 2

How often do you run errands? None

Please describe what errands you most commonly run: ______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? Daily and sit in back yard

Are you left or right hand dominant? Left ✓ Right ____

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ____________

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____________

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____________

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | My husband/me | yes |
| Carrying groceries into the house | My husband | |
| Cooking meals | my husband/me | yes |
| Cleaning after meals | My husband | |
| Cleaning bathrooms | My husband | |
| Vacuuming | | |
| Doing the laundry | Daughter | |
| Opening and responding to mail | Everyone in house hold | no |
| Managing your finances | Myself + husband | no |
| Balancing your checkbook | | |
| Bathing yourself | Myself / Daughter | yes |
| Styling your own hair | Daughter | yes |
| Getting dressed | Myself | |
| Going up and down stairs | Myself Daughter son | yes |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? 1 a year before Surgery and Foot Problem

Where do you go? How do you get there (transportation method)? Family Trips Vehicle

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ✓ No ~~X~~ 848

If Yes, please describe Dynamic Physical Therapy 2 times per week

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

ability to stand on Foot, walking and Pain in Which my Foot gets

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: TRINA Simmons Date: 3/5/21

Signature: [signature]

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/06/2020 to 02/16/2021. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Kathrine Hudson
Specialty: Podiatry (Foot and ankle)
Address: 1111 Medicle Center Blvd Marrero, LA 70072 N-507
Telephone No.: (504 349.4635 Fax No.: ( )

Name: Dr. Denise Elliott
Specialty: Podiatry (Foot and Ankle
Address: 1111 Medicle Center Blvd Marrero, LA 70072 N-507
Telephone No.: (504) 349 4633 Fax No.: ( )

Name: Dynamic Physical therapy Services
Specialty: Physical therapy
Address: 7520 Westbank Exwy D marrero LA 70072
Telephone No.: (504) 371-4226 Fax No.: ( )

Name: Dr. Edward M. Lang DPM
Specialty: Podiatry
Address: 2626 Jena ST. New Orleans LA 70115
Telephone No.: (504 897-3622 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: United Health Care
Specialty: Health Insurance
Address: P.O. BOX 30555 Salt Lake City UT 84130
Telephone No.: (877 842.3210 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walmart
Specialty:
Address: 4810 Lapalco Blvd Marrero LA 70072
Telephone No.: (504 341-0075 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________ DATE: 3/5/21

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Trina Simmons **CLAIM #:** 11059701
**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address |
|---|---|---|
| Simmons, TRINA B | | |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Christopher Simmons | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Christopher Simmons Relationship to you? Spouse Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.
NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
NO

Do you hold a professional license? If yes, for what purpose?
NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability | $ 3200 monthly | | 3/8/21 | 9/20 |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** TRINA Simmons

**DATE:** 3/8/21 **EMPLOYEE'S SIGNATURE:** Trina Simmons

DP 409

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

00000025 LFFC5BD1 00000285

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/18/21

Date of Birth: ________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: Christopher Simmons | Name: |
| Address: | Address: |
| | |
| | |
| Telephone Number: | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: Alvin Thomas | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number | |
| Name: Christopher Simmons | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Name: Treushanna Webb | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone | |

GUARDIANSHIP: For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| Telephone Number: |

DO YOU HAVE A WILL? YES ___ NO ___ DO YOU HAVE A TRUST? YES ___ NO ___

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: ________________ EMPLOYEE'S PRINTED NAME: ______________________________

EMPLOYEE'S SIGNATURE: ______________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship self/claimant

Signature of claimant or legal representative [signature] Date: 3/5/21

Date of Birth: ________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

00000026 LFPC5BD1 00000285

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) TRINA Simmons

Name of legal representative, if applicable (print) ________ Relationship Claimant

Signature of claimant or legal representative [signature] Date: 3/8/21

Date of Birth: ________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. TRINA SIMMONS

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 17, 2021

Ms. Trina B. Simmons

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 11059701

Dear Ms. Trina Simmons:

We are writing to follow up with you on your disability benefits. While you have been out of work, Sedgwick has been guiding you through the process of receiving short-term disability (STD) payments. As you reach the end of your STD coverage, you may be eligible to receive Long Term Disability (LTD) payments, which Lincoln Life Assurance Company of Boston would manage.

We understand this change from Sedgwick to Lincoln Financial Group may be confusing for you. Sedgwick and Lincoln Financial Group partner to manage STD and LTD for Walmart, Inc., ensuring that you are fully supported throughout your absence. To help you with the potential transition from STD to LTD, Sedgwick has notified Lincoln Financial Group of your claim so we could reach out.

Below, we have outlined what you need to know about your disability benefits, as well as what you will need to do if you wish to apply for LTD benefits. Please know that at Lincoln Financial Group, we are here to help you through this process and answer any questions you may have.

**What You Need to Know About Your Disability Benefits:**

- Your STD payments will end soon. This benefit only covers the first 26 weeks (maximum) from the date of your illness/injury.
- There are steps you will need to take to apply for LTD benefits and continue to receive payments.

**What You Need to Do By March 17, 2021:**

- If you will return to work on or before the end of your short-term disability or you do not wish to apply for LTD benefits, please call us at (877) 353-6404 to let us know.
- If you believe you will be unable to return to work by that time, and you wish to apply for LTD benefits, please fill out the enclosed forms and return them to us by email, fax, or mail March 17, 2021:
  1. Authorization to Obtain and Release Information – Medical
  2. Authorization to Obtain and Release Information – Psychotherapy

3. Activities Questionnaire
4. Claimant Information Form
5. Claimant Supplementary Statement
6. Copy of your Driver's License
7. Survivor/Estate Information Form

You can return them by:

- Email to WMRTcsu@lfg.com
- Fax (to my attention) at (877) 353-6412
- Mail using the enclosed envelope

Once we receive your forms, your claim will be assigned to a dedicated case manager for review. Please note that even if you were approved for STD payments, your situation may not qualify for LTD payments due to differences between these benefits. If that happens, we'll explain why and let you know what you can do if you disagree with the decision.

**More Help for You and Your Family**
Your employer, Walmart, Inc., understands that this may be a difficult time for you and your household members. As such, we have enclosed helpful information for you about your Employee Assistance Program (EAP), which Resources for Living administers.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln Financial Group wishes you the best on your recovery.

Sincerely,

Tiffany Hall
Technical Assistant Ii, Ci
Phone No.: (877) 353-6404 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Survivor / Estate Information Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall ______



EMPLOYEE/CLAIMANT NAME: Trina Simmons ______
CLAIM NO: 11059701 ______ DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Walmart, Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ___________________________ Relationship ________________

Signature of claimant or legal representative ________________________________ Date: __________________

Date of Birth: ______________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Trina Simmons
CLAIM NO: 11059701
EMPLOYER/SPONSOR: Walmart, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/06/2020 to 02/16/2021. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ___________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Trina Simmons **CLAIM #:** 11059701
**EMPLOYER:** Walmart, Inc. **DATE OF BIRTH:** ___________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 11059701

**A copy of this authorization will be considered as valid as the original**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

**From:**Jernigan, David
**Sent:**Fri, 12 Feb 2021 12:55:43 +0000
**To:**WMRTCSU
**Subject:**- Walmart LTD Claim Creation Request for TRINA SIMMONS, WIN: 104222173

Please create a new **LTD** Claim based on the information provided:

**Triage Status:** Review 10
**SSN:**
**Last Name:** SIMMONS
**First Name:** TRINA
**WIN:** 104222173
**Address:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**Cell Phone:**
**Claimant Email:**
**DOH:** 11/9/2011
**LDW:** 8/30/2020
**DOD:** 12/06/2020
**Approve Through Date:** 02/16/2021
**STD Max Date:** 03/08/2021
**LTD Max Date:** 9/23/2039
**Work State:** LA
**ICD Code:** M79.672
**ICD Description:** Pain in left foot
**ICD 2 Code:**
**ICD 2 Description:** Localized edema
**Work Related:** n
**Medical Auth Recvd:** Yes
**Job Description:** (USA) Fresh/Food/Consumable As
**Loc Code:** B
**Escalation Date:** 2/9/2021
**Days of Benefits:** 147
**LTD Effective Date:**
**HR LTD Benefit Plan:** 4
**LTD Class:** C1
**Pre X:** No
**Product Coverage:** LTD
**Plan Type:** LTDC1
**Assc Status Code:** A
**Sys1 Effective Date:** 1/1/2016

**RTW Status:** LEAVE WITH PAY_EE TYPE_R_R
**Late Enrollee:**
**Manual Work:** N
**Relapse Claim:** N
**Benefit Begin Date:**

If you have further questions, please contact your Manager.

Claims Reporting Analytics
Email: ClaimsReportingAnalytics@lfg.com