**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TRINA BROWN-SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-305** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION: D (2)** |

## ORDER OF CONDITIONAL DISMISSAL

The Court has been advised by counsel for the Plaintiff, in a letter sent to the Court on July 15, 2024, that the parties have settled all of their claims and have agreed to amicably resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the claims if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, July 15, 2024.

Wendy B Vitter

**WENDY B. VITTER**
**United States District Judge**